# EXHIBIT C

EFFECTIVE DATE: 10/9/18

# SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

## Scope

The scope of this information security policy includes the protection of the Confidentiality, Integrity, and Availability of information in Involved Systems or otherwise in our possession.

- *Availability*: Data or information is accessible and usable upon demand by an authorized person.
- *Confidentiality*: Data or information is not made available or disclosed to unauthorized persons or processes.
- *Integrity*: Data or information that has not been altered or destroyed in an unauthorized manner.
- *Involved Systems*: All computer equipment and network systems that are operated within the SRS Acquiom environment. This includes all operating systems, all company issued devices (laptops, smartphones, tablets, etc.), and all applications and data (whether developed in-house or licensed from third parties) contained on those systems.

This policy and all standards apply to all protected personal information and other classes of protected information in any form as defined in the Information Classification section below.
The framework for managing information security in this policy applies to all employees, contractors and vendors of SRS Acquiom Inc. and affiliates.

It is the policy of SRS Acquiom that information, as defined hereinafter, in all its forms – written, spoken, recorded electronically or printed – will be protected from accidental or intentional unauthorized modification, destruction or disclosure throughout its life cycle. This protection includes an appropriate level of security over the equipment, services, and software used to process, store, and transmit that information.

EFFECTIVE DATE: 10/9/18

SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

# 1. Information Security Responsibilities

**SRS Management**

The Business Technology department (BT) is ultimately responsible for information security at SRS Acquiom. They are responsible for developing and implementing prudent security policies, procedures, standards, and controls for SRS Acquiom.

**User**

The user is any person who has been authorized to read, enter, or update information. A user of information is expected to:

1. Access information only in support of their authorized job responsibilities. *(Procedures for granting user access maintained by the BT department)*
2. Comply with these information security policies.
3. Keep personal authentication devices (*e.g.* passwords, tokens, PINs, smartphone authentication codes, *etc.*) secure and confidential.
4. Report promptly to BT Help Desk the loss or misuse of SRS Acquiom information or equipment. This includes devices listed in the Involved Systems section of this document.

**User Management - New Employee Access**

New employee access requests are submitted to the BT Help Desk from Human Resources. Department Managers are responsible for overseeing their employees' use of information, including:

1. Reviewing and approving all requests for their employee's access authorizations
2. Initiating security change requests to keep employees' security record systems access permission level current with their actual position and job function
3. Reporting promptly to the Information Security Manager the loss or misuse of SRS Acquiom information
4. Department Managers will partner with Human Resources when performance issues are identified

5. Following existing approval processes within SRS Acquiom for the selection, budgeting, purchase, and implementation of any computer system/software to manage information

**Human Resources is responsible for the following:**

1. Promptly informing designated BT staff of employee terminations in accordance with off-boarding procedures
2. Promptly informing BT Help Desk of new employee hires and internal transfers
3. Is responsible for conducting and reviewing employee investigations, providing recommendation on subsequent outcomes, and maintaining confidential employee files
4. In the case where HR participates in the off-boarding process, revocation of physical access to SRS Acquiom property (*e.g.* confiscating brass keys, changing locks, *etc*.) may take place and company issued property is returned to the BT Help Desk

**Business Technology along with Security is responsible for the following:**

5. Providing employees with the opportunity for training needed to properly use the computer systems including security training is provided
6. Reporting promptly to the ISO (Information Security Officer) the loss or misuse of SRS Acquiom information
7. Initiating corrective actions when problems are identified
8. Following existing approval processes within SRS Acquiom for the selection, budgeting, purchase, and implementation of any computer system/software to manage information

*All Employees MUST complete each information security awareness training module when distributed by the training team.*

## 2. Information Classification

Classification is used to promote proper controls for safeguarding the confidentiality of information. Regardless of classification the integrity and accuracy of all classifications of information must be protected. The classification assigned and the related controls applied are dependent on the sensitivity of the information. Information must be classified according to the most sensitive detail it includes. Information recorded in several formats (e.g., source document,

EFFECTIVE DATE: 10/9/18

## SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

electronic record, report) must have the same classification regardless of format. The following levels are to be used when classifying information:

**Personally Identifiable Information (PII)**

Personally Identifiable Information is any information about an individual maintained by SRS Acquiom, including:

- Any information that can be used to distinguish or trace an individual's identity, such as name, social security number, date and place of birth, mother's maiden name
- Any other information that is linked or linkable to an individual, such as medical, educational, financial, and employment information
- For an individual or company, SRS Acquiom specific PII information includes:
    o First name, last name when used in combination with birthday, home address, or telephone number,
    o Social Security number or Tax-ID's
    o Driver's License or Passport numbers
    o Account numbers, banking numbers, and codes
    o User name or electronic email address in combination with password or access information
    o Certificate numbers or number of shares (when used to verify customer identity or authenticate a user of our customer facing systems)

Unauthorized or improper disclosure, modification, or destruction of this information could violate state and federal laws, result in civil and criminal penalties, and cause serious damage to SRS Acquiom and its customers.

Documents with PII must be stored in a secure manner either within locked cabinets or secured facilities.  Electronic documents with PII, including stored images, must be transmitted encrypted and stored in systems that are subject to access control, in encrypted form where possible.  PII data that is processed data, such as in an accessible database, must be encrypted or kept in a similar secure format while stored.

Data used for testing purposes should be scrubbed of PII.

EFFECTIVE DATE: 10/9/18

## SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

**Confidential Information**

Confidential Information is very important and highly sensitive material that is not classified as PII. This information is private or otherwise sensitive in nature and must be restricted to those with a legitimate business need for access.

Unauthorized disclosure of this information to people without a business need for access may violate laws and/or SRS Acquiom's obligations under non-disclosure agreements, or may cause significant problems for SRS Acquiom, its customers, or its business partners. Decisions about the provision of access to this information must always be cleared through the information owner or SRS Acquiom legal counsel.

Documents with confidential information must be stored in a secure manner either within locked cabinets or secured facilities. Electronic documents with confidential information, including stored images, must be transmitted encrypted where possible and stored in systems that are subject to access control.

**Internal Information**

Internal Information is intended for unrestricted use within SRS Acquiom, and in some cases within organizations such as SRS Acquiom's business partners. This type of information is already widely-distributed within SRS Acquiom, or it could be so distributed within the organization without advance permission from the information owner.

Examples of Internal Information may include: personnel directories, internal policies and procedures, most internal electronic mail messages.

Any information not explicitly classified as PII, Confidential or Public will, by default, be classified as Internal Information.

Unauthorized disclosure of this information to third parties is prohibited.

EFFECTIVE DATE: 10/9/18

SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

**Public Information**

Public Information has been specifically approved for public release by SRS Acquiom management. Examples of Public Information may include marketing brochures and material posted to SRS Acquiom's Internet web pages.

This information may be disclosed outside of SRS Acquiom.

## 3. Access Controls

Physical and electronic access to PII, Confidential and Internal Information and computing resources are controlled. To ensure appropriate levels of access by internal workers, a variety of security measures will be instituted by BT. PII, Confidential and Internal Information must be stored in a manner inaccessible to unauthorized individuals. Mechanisms to control access to PII, Confidential and Internal information include (but are not limited to) the following methods:

**Authorization**

Access will be granted on a "need to know" basis and must be authorized by BT and the applicable Department Manager. Any of the following methods are acceptable for providing access under this policy:

**Identification/Authentication**

Unique user identification (user id) and authentication is required for all systems that maintain or access PII, Confidential and/or Internal Information. Users will be held accountable for all actions performed on the system with their user id. Sharing of passwords is prohibited.

**Authentication Methods**

At least one of the following authentication methods must be implemented:

1. strictly controlled passwords (*See SRS Acquiom Password Standards maintained by the BT department),*
2. biometric identification, and/or

EFFECTIVE DATE: 10/9/18

## SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

    3.    smartphone or security tokens in conjunction with a PIN.

Multi-factor authentication should be used when available.

**Security of Authentication Control**

The user must secure his/her authentication control (e.g. password, token, smartphone) such that it is known only to that user and possibly a designated Department Manager.

**Authentication Timeout**

An automatic timeout re-authentication must be required after a certain period of no activity based on the system access and classification of the data presented.

**Manual Logoff**

The user must log off or secure the system when leaving it.

**Transmission Security**

Technical security mechanisms are in place to guard against unauthorized access to data that is transmitted over a communications network, including wireless networks, such as encryption for data in transit.

***When sending PII or other sensitive information via email, all employees must transmit information using the secure email system.***

Applicable contractual agreements must be in place that respect PII and Confidential Information controls when transferring such information to external entities.

**Remote Access**

Access into SRS Acquiom networks from outside will be granted using SRS Acquiom approved devices and pathways on an individual user and application basis. All other network access options are strictly prohibited. Further, PII, Confidential and/or Internal Information that is stored or accessed remotely must maintain the same level of protections as information stored and accessed within the SRS Acquiom network.

EFFECTIVE DATE: 10/9/18

SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

Remote access must utilize multi-factor authentication wherever possible. Access to non-SRS Acquiom systems, such as banks and commercial vendors, must utilize multi-factor authentication wherever available.

## 4. Physical Access

Access to areas in which information processing is carried out must be restricted to only appropriately authorized individuals. Ability to physically access the Denver and San Francisco offices with supplied access cards or keys is restricted to authorized employees and contractors only. All employees must have a card key to enter the building. All other visitors must be escorted at all times and must remain in permitted areas of the premises.
The following physical controls are in place for SRS Acquiom networks:

a. Workstations or personal computers (PC) must be secured against use by unauthorized individual(s). *Automatic locked screen savers with passwords to protect unattended machines should be utilized when machines are not in use.*
b. Retention of physical paper documents are discouraged; whenever possible, physical documents should be scanned and stored electronically only (subject to any agreements with customers regarding customer transaction documents). Hard copy documents should be placed in company provided commercial shredding bins. Remote locations should utilize cross-shredders.
   1. *If employee needs to retain physical paper or print documents containing PII, those documents must be stored in locked desk drawers or filing cabinets at the end of each work day.*
   2. *PII and Confidential Information must never be left unattended in unsecured areas.*

## 5. Equipment and Media Controls

PII, Confidential, and Internal Information stored on external media (diskettes, CD-ROMs, portable storage, memory sticks, flash drives, *etc*.) must be protected from theft and unauthorized access by each external drive being encrypted.

---

EFFECTIVE DATE: 10/9/18

## SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

The disposal of information must ensure the continued protection of PII, Confidential and Internal Information. Physical destruction is required for all types of media (CD ROM's, DVD's, floppy disks, hard drives, flash drives, etc.) If media is reused, a low-level re-format of the media is required.

**Lost Devices**

Users should immediately report any lost or stolen company issued laptops or smartphones as well as any personal devices that could potentially store PII, Confidential, or Internal information to the BT Help Desk team. Controls have been implemented to initiate a full remote wipe of company-issued laptops and smartphones when anyone reports a lost or stolen device.

**Mobile Devices**

PII and Confidential Information must never be stored on mobile computing devices (personal digital assistants (PDA), smartphones, tablet PC's, etc.) unless the devices have all the following minimum security requirements implemented:

 a. Power-on passwords that satisfy SRS Acquiom Password policies;
 b. Auto logoff or screen saver with password; and
 c. Other safeguards mandated by the Business Technology department from time to time.

**Further, mobile computing devices must never be left unattended in unsecured areas.**

*If PII or Confidential Information is stored on external medium or mobile computing devices and there is a breach of confidentiality as a result, then the owner of the medium/device will be held personally accountable and is subject to the terms and conditions of the SRS Acquiom Employee Handbook and Employee Invention Assignment and Confidentiality Agreement, or Proprietary Information and Inventions Assignment (Contractors), as applicable, signed as a condition of employment or affiliation with SRS Acquiom.*

EFFECTIVE DATE: 10/9/18

SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

**Other Media Controls**

The BT Help Desk will maintain an inventory of all hardware.

# 6. Computer and Information Controls

All systems and information are assets of SRS Acquiom and are expected to be protected from misuse, unauthorized manipulation, and destruction. Systems that are used by SRS Acquiom contractors are expected to practice the same procedures as applicable to SRS Acquiom owned systems. These protection measures may be physical and/or software based.

**Ownership of Software**

All computer software developed by SRS Acquiom employees or contract personnel on behalf of SRS Acquiom or licensed for SRS Acquiom use is the property of SRS Acquiom and must not be copied for use at home or any other location, unless otherwise specified by the license agreement.

**System Development Life Cycle**

SRS Acquiom will utilize a system development life cycle (SDLC) methodology that will include controls for the development, acquisition, implementation, testing, maintenance, and deployment of software created by SRS Acquiom staff or under SRS Acquiom contract.  The SDLC methodology will minimize the risks to system performance, data confidentiality, and data availability through testing and change control procedures.

**Installed Software**

All software packages that reside on computers and networks within SRS Acquiom must comply with applicable licensing agreements and restrictions and must comply with the SRS Acquiom Corporate Contract Policy.

EFFECTIVE DATE: 10/9/18

SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

**Virus Protection**

Virus checking systems approved by BT will be deployed using a multi-layered approach (desktops, servers, gateways, firewalls, etc.) that ensures all electronic files are appropriately scanned for viruses. Users are not authorized to turn off or disable virus checking systems.

**Cloud-Based Vendors**

Copies of SAS 70, SOC 1 Type 2, and SOC 2 Type 2 certifications as appropriate for all cloud-based systems that could potentially store, transmit, or process PII, Confidential, or Internal information are maintained.  BT conducts vendor due diligence on all vendors for Involved Systems, including through involvement of BT security personnel.

**Audit Controls**

Hardware, software, and/or procedural mechanisms that record and examine activity in information systems that contain or use PII are in place. Records are regularly reviewed for information system activity, such as audit logs, access reports, and security incident tracking reports.  These reviews must be documented and maintained for six (6) years.

# 7. Contingency Plan

SRS Acquiom maintains a Business Continuity Plan under separate cover.

# 8. Unauthorized Data Disclosure

The disclosure of PII or Confidential data to unauthorized persons or parties is to be regarded as a "data breach."  Any such incident will be reported using the Incident Response procedures maintained by the BT Department.

EFFECTIVE DATE: 10/9/18

## SRS ACQUIOM CORPORATE INFORMATION SECURITY POLICY

| Date | Revision & Comments | Revised By |
|---|---|---|
| 6/12/17 | Initial Adoption | BT and Legal |
| 10/9/2018 | Revision 1 | Risk Committee and BT |
| 11/27/2018 | Minor typo correction | Information Security Manager |