IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRSENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

**PLAINTIFFS SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned certifies the following:

Plaintiff Shareholder Representative Services LLC is indirectly wholly owned by Plaintiff SRS Acquiom Inc., via SRS Acquiom Holdings LLC.

SRS Acquiom Inc. is indirectly wholly owned by SRS Acquiom Holdings Inc., via SRS Intermediate Inc.

No publicly held corporation owns 10% or more of the stock of either Shareholder Representative Services LLC or SRS Acquiom Inc.

                                               Respectfully submitted,

Dated  June 11, 2019

                                      By:  s/ *Warren A. Braunig*
                                                Warren A. Braunig
                                                    *wbraunig@keker.com*
                                                Benjamin D. Rothstein
                                                   *brothstein@keker.com*
                                                Maya Karwande
                                                   *mkarwande@keker.com*
                                                Victor H. Yu
                                                   *vyu@keker.com*
                                                KEKER, VAN NEST & PETERS LLP
                                                633 Battery Street
                                                San Francisco, CA 94111-1809
                                                Telephone:   415-391-5400
                                                Facsimile:    415-397-7188

                                                Scott R. Bialecki
                                                   *sbialecki@sheridanross.com*
                                                Matthew C. Miller
                                                   *mmiller@sheridanross.com*
                                                SHERIDAN ROSS P.C.
                                                1560 Broadway, Suite 1200
                                                Denver, Colorado 80202
                                                Telephone:   303-863-9700
                                                Facsimile:    303-863-0223
                                                Email:  *litigation@sheridanross.com*

                                                ATTORNEYS FOR PLAINTIFFS
                                                SRS ACQUIOM INC. AND SHAREHOLDER
                                                REPRESENTATIVE SERVICES LLC