**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005 - _____ - _____

SRS ACQUIOM, INC., a Delaware corporation,
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual.

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF SCOTT R. BIALECKI**

---

      Scott R. Bialecki of the law firm Sheridan Ross P.C. hereby enters his appearance on behalf of Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC, (collectively, "SRSA") in the above referenced matter.  The undersigned requests that all papers in this matter be served upon him at the e-mail address set forth below.

                                          Respectfully submitted,

Dated July 11, 2019               By:  s/ Scott R. Bialecki
                                    Scott R. Bialecki
                                      *sbialecki@sheridanross.com*
                                    SHERIDAN ROSS P.C.
                                    1560 Broadway, Suite 1200
                                    Denver, Colorado 80202
                                    Telephone:  303-863-9700
                                    Facsimile:   303-863-0223
                                    Email:       *litigation@sheridanross.com*

                                  ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of

the Court using CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By:  <u>*s/* Tricia M. Hoy          </u>
       Tricia M. Hoy
       Paralegal to Scott R. Bialecki
       SHERIDAN ROSS P.C.
       1560 Broadway, Suite 1200
       Denver, CO 80202-5141
       Telephone:  (303) 863-9700
       Facsimile:  (303) 863-0223
       E-mail:      thoy@sheridanross.com
               litigation@sheridanross.com