**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005 - ____ - ____

SRS ACQUIOM, INC., a Delaware corporation,
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual.

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE OF MATTHEW C. MILLER**

---

Matthew C. Miller of the law firm Sheridan Ross P.C. hereby enters his appearance on behalf of Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC, (collectively, "SRSA") in the above referenced matter. The undersigned requests that all papers in this matter be served upon him at the e-mail address set forth below.

Respectfully submitted,

Dated July 11, 2019

By: s/ Matthew C. Miller
Matthew C. Miller
*mmiller@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
Email: *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By: *s/* Tricia M. Hoy

Tricia M. Hoy
Paralegal to Scott R. Bialecki
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202-5141
Telephone: (303) 863-9700
Facsimile: (303) 863-0223
E-mail: thoy@sheridanross.com
litigation@sheridanross.com