**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

               Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

               Defendants.

---

**NOTICE OF APPEARANCE OF BENJAMIN D. ROTHSTEIN**

---

The undersigned hereby enters his appearance as counsel of record on behalf of Plaintiffs SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC in the above matter. The undersigned submitted an application for admission and was admitted to this District on July 9, 2019. The undersigned requests that all papers in this matter be served upon him at the following e-mail address: brothstein@keker.com.

1

1335235

Dated:  July 11, 2119

Respectfully submitted,

*/s/Benjamin D. Rothstein*
Warren A. Braunig
    *wbraunig@keker.com*
Benjamin D. Rothstein
    *brothstein@keker.com*
Maya Karwande
    *mkarwande@keker.com*
Victor H. Yu
    *vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

Scott R. Bialecki
    *sbialecki@sheridanross.com*
Matthew C. Miller
    *mmiller@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:     303-863-9700
Facsimile:     303-863-0223
Email:  *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

2

1335235