**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
Alfred A. Arraj United States Courthouse Annex
901 19th Street, A1041
Denver, Colorado 80294
(303) 335-2350

**ROBERT E. BLACKBURN**
United States District Judge

# MEMORANDUM

**TO:**     Jeffrey P. Colwell, Clerk

**FROM:**   Judge Robert E. Blackburn

**DATE:**   July 12, 2019

**RE:**     Civil Action No. 19-cv-02005
            SRS Acquiom Inc. et al v. PNC Financial Services Group, Inc. et al

      Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.