IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

                Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

                Defendants.

**NOTICE OF APPEARANCE OF VICTOR H. YU**

The undersigned hereby enters his appearance as counsel of record on behalf of Plaintiffs SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC in the above matter.  The undersigned submitted an application for admission and was admitted to this District on July 10, 2019.  The undersigned requests that all papers in this matter be served upon him at the following e-mail address:  vyu@keker.com.

1

1335294

Dated:  July 12, 2019

Respectfully submitted,


*/s/Victor H. Yu*
Warren A. Braunig
    *wbraunig@keker.com*
Benjamin D. Rothstein
    *brothstein@keker.com*
Maya Karwande
    *mkarwande@keker.com*
Victor H. Yu
    *vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Scott R. Bialecki
    *sbialecki@sheridanross.com*
Matthew C. Miller
    *mmiller@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:    303-863-9700
Facsimile:    303-863-0223
Email:  *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

                              Respectfully submitted,

                              By:  s/ Victor H. Yu
                                    Victor H. Yu
                                    KEKER, VAN NEST & PETERS LLP
                                    633 Battery Street
                                    San Francisco, CA  94111
                                    Tel:  4150391-5400
                                    Fax:  415-397-7188
                                    vyu@keker.com

3