# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-002005-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES LLC,
a Colorado limited liability company,

                              Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC.,
a Pennsylvania Corporation, PNC BANK, N.A.,
a Pennsylvania Corporation, HEATHER KELLY, an individual,
and ALEX TSARNAS, an individual

                              Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

      Sarah B. Wallace, Andrew J. Petrie and Matthew A. Morr of the law firm of Ballard Spahr LLP enter their appearance as counsel for Defendant(s) PNC Financial Services Group, Inc.; PNC BANK, NA, Heather Kelly and Alex Tsarnas in the above captioned matter.

      They do so without waiver of any argument that this Court has no jurisdiction over the Defendants or that the District of Colorado is not the proper venue for this matter.

      Dated this 15th day of July, 2019.

Respectfully submitted,

BALLARD SPAHR LLP


By:    *s/ Andrew J. Petrie*
Sarah B. Wallace (#31859)
Andrew J. Petrie (#11416)
Matthew A. Morr (#35913)
1225 17th Street, Suite 2300
Denver, CO  80202
Telephone:  303-292-2400
Fax:  303-296-3956
Email:  wallaces@ballardspahr.com
petriea@ballardspahr.com
morrm@ballardspahr.com

***ATTORNEYS FOR DEFENDANTS***

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 15th day of July, 2019, I served a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

                                              *s/ Brandon Blessing*