AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| SRS ACQUIOM INC. and SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>*Plaintiff(s)*<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS,<br><br>*Defendant(s)* | Civil Action No. 1:19-cv-02005 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   PNC FINANCIAL SERVICES GROUP, INC.
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222-2401


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Warren A. Braunig, Benjamin D. Rothstein
Maya Karwande, Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   07/12/2019                                                                      s/ R. Villa, Deputy Clerk
                                                                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:19-cv-02005

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* PNC Financial Services Group, Inc.
was received by me on *(date)* 07/12/2019.

☐ I personally served the summons on the individual at *(place)* ___ on *(date)* ___ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ___, a person of suitable age and discretion who resides there, on *(date)* ___, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tabatha Guzewicz, Process Intake Specialist, who is designated by law to accept service of process on behalf of *(name of organization)* PNC Financial Services Group, Inc. on *(date)* 07/15/2019 ; or

☐ I returned the summons unexecuted because ___ ; or

☐ Other *(specify):*

My fees are $ ___ for travel and $ 117.40 for services, for a total of $ 117.40.

I declare under penalty of perjury that this information is true.

Date: 07/15/2019

*Server's signature*

Wm. Keith Scannell, Licensed Private Investigator
*Printed name and title*

Scannellcorp
PO Box 12714 Pittsburgh, PA 15241
www.Pittsburghsubpoena.com   412.835.8887
*Server's address*

Additional information regarding attempted service, etc:
Also served ~ CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES ~ PLAINTIFFS SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 ~ CIVIL COVER SHEET, NOTICE OF FILING VERIFIED FIRST AMENDED COMPLAINT AND JURY DEMAND and VERIFIED FIRST AMENDED COMPLAINT AND JURY DEMAND