AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| SRS ACQUIOM INC. and<br>SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>*Plaintiff(s)*<br>v.<br>PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:19-cv-02005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HEATHER KELLY
861 Daisy Circle
Hudson, WI 54016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Warren A. Braunig, Benjamin D. Rothstein
Maya Karwande, Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 07/12/2019

s/ R. Villa, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## AFFIDAVIT OF SERVICE UPON DEFENDANT HEATHER KELLY

STATE OF WISCONSIN    )
                                  ) ss:
COUNTY OF ST. CROIX   )

    I, Chad Nieland, City of Hudson, County of St. Croix, State of Wisconsin, being first duly sworn on oath, state that I am at least 18 years of age and not a party to this action, and that on the 12th day of July, 2019, at approximately 6:43 p.m., I served authenticated copies of the:

1. Letter from Keker, Van Nest & Peters LLP dated July 12, 2019;
2. Civil Case Cover Sheet;
3. Verified First Amended Complaint and Jury Demand, Exhibits A-C;

    4.       Corporate Disclosure Statement;

    5.       Consent/Non-Consent to the Exercise of Jurisdiction by a United States Magistrate Judge in Direct Assignment Cases; and

    6.       Notice of Filing Verified First Amended Complaint and Jury Demand

in the above-entitled action upon the person I knew to be Heather Kelly by physically handing said documents to her as she stood in the entryway to her residence located at 861 Daisy Circle, Hudson, WI 54016.

I further state that on the 12th day of July, 2019, at approximately 8:54 p.m., I served an authenticated copy of the:

    1.       Issued Summons in a Civil Action to Heather Kelly

in the above-entitled action upon the person I knew to be Heather Kelly by physically handing said document to her as she stood in the entryway to her residence located at 861 Daisy Circle, Hudson, WI 54016.

Subscribed and sworn to before me this 15 day of July, 2019.

_____  
Notary Public, State of Wisconsin  
My commission expires: June 6, 2023

_____  
Chad Nieland  
808 Carmichael Road #143  
Hudson, WI 54016  
(715) 808-8597