AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| SRS ACQUIOM INC. and SHAREHOLDER REPRESENTATIVE SERVICES, LLC,<br><br>*Plaintiff(s)*<br>v.<br>PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:19-cv-02005 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ALEX TSARNAS
74 Heights Road
Allendale, NJ 07401

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Warren A. Braunig, Benjamin D. Rothstein
Maya Karwande, Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 07/12/2019

s/ R. Villa, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Alex Tsarnas**

was received by me on *(date)* **7/12/19** .

☑ I personally served the summons on the individual at *(place)* **74 Heights Road, Allendale, NJ 07401**
at 10:35 PM on *(date)* **7/12/19** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **7/15/19**

*Server's signature*

**Anabela Pinto**
*Printed name and title*

PO BOX 25066
Newark, NJ 07102
*Server's address*

Additional information regarding attempted service, etc:
CIVIL COVER SHEET, SUMMONS IN A CIVIL ACTION, PLAINTIFFS SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC'S CORPORATE DISCLOSURE STATEMENT CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES, NOTICE OF FILING VERIFIED FIRST AMENDED COMPLAINTAND JURY DEMAND, VERIFIED FIRST AMENDED COMPLAINT AND JURY DEMAND WITH EXHIBITS A-C 7/12/2019 LETTER FROM KEKER, VAN NEST & PETERS LLP

DESCRIPTION OF PERSON SERVED: 45 to 50-year-old white male, salt pepper hair and goatee, 185 pounds, 5'11