**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**NOTICE OF APPEARANCE OF MAYA KARWANDE**

---

The undersigned hereby enters her appearance as counsel of record on behalf of Plaintiffs SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC in the above matter. The undersigned submitted an application for admission and was admitted to this District on July 10, 2019. The undersigned requests that all papers in this matter be served upon her at the following e-mail address: mkarwande@keker.com

1

1336162

Dated:  July 16, 2019

Respectfully submitted,

By:     */s/ Maya Karwande*
        Warren A. Braunig
        *wbraunig@keker.com*
        Benjamin D. Rothstein
        *brothstein@keker.com*
        Maya Karwande
        *mkarwande@keker.com*
        Victor H. Yu
        *vyu@keker.com*
        KEKER, VAN NEST & PETERS LLP
        633 Battery Street
        San Francisco, CA 94111-1809
        Telephone:     415-391-5400
        Facsimile:     415-397-7188

        Scott R. Bialecki
        *sbialecki@sheridanross.com*
        Matthew C. Miller
        *mmiller@sheridanross.com*
        SHERIDAN ROSS P.C.
        1560 Broadway, Suite 1200
        Denver, Colorado 80202
        Telephone:     303-863-9700
        Facsimile:     303-863-0223
        Email:  *litigation@sheridanross.com*

        Attorneys for Plaintiffs
        SRS ACQUIOM INC. AND
        SHAREHOLDER REPRESENTATIVE
        SERVICES LLC

1336162

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2019, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,

By:  */s/ Maya Karwande*
Maya Karwande
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Tel:    415-391-5400
Fax:    415-397-7188
mkarwande@keker.com

3

1336162