IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO
UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

(1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

    or

(2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

    or

(3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____    all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

\_\_\_\_\_X\_\_\_\_\_    at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Dated: July 25, 2019

By:  *s/ Warren A. Braunig*
    Warren A. Braunig
    *wbraunig@keker.com*
    Benjamin D. Rothstein
    *brothstein@keker.com*
    Maya Karwande
    *mkarwande@keker.com*
    Victor H. Yu
    *vyu@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:     415-391-5400
    Facsimile:     415-397-7188

    SHERIDAN ROSS P.C.
    Scott R. Bialecki
    *sbialecki@sheridanross.com*
    Matthew C. Miller
    *mmiller@sheridanross.com*
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone:     303 863 9700
    Facsimile:     303 863 0223
    Email:     litigation@sheridanross.com

    Attorneys for Plaintiffs
    SRS ACQUIOM INC. AND
    SHAREHOLDER REPRESENTATIVE
    SERVICES LLC

Respectfully submitted,

By: *s/ Andrew J. Petrie*
    Sarah B. Wallace (#31859)
    Andrew J. Petrie (#11416)
    Matthew A. Morr (#35913)
    BALLARD SPAHR LLP
    1225 17th Street, Suite 2300
    Denver, CO  80202
    Telephone:  303-292-2400
    Fax:  303-296-3956
    Email:  wallaces@ballardspahr.com
    petriea@ballardspahr.com
    morrm@ballardspahr.com

    ATTORNEYS FOR DEFENDANTS

NOTE: You are directed to confer with all parties in this action and execute and file with the Court this Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction, indicating either the unanimous consent of the parties or that at least one party has declined to consent, at the earlier of (1) no later than seven days before the scheduling conference, if any; or (2) 45 days after the filing of the first response, other than an answer, to the operative complaint. All parties must either consent to the exercise of magistrate judge jurisdiction, or any party may decline to consent. In either event, filing of the Election Concerning Consent/Non-Consent to United States Magistrate Judge Jurisdiction is mandatory, indicating either the unanimous consent of the parties or that at least one party has declined to consent.