# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005

SRS ACQUIOM, INC., and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A.,
HEATHER KELLY, and
ALEX TSARNAS,

    Defendants.

---

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANTS PNC FINANCIAL SERVICES GROUP, INC. AND
## PNC BANK, NATIONAL ASSOCIATION

---

Pursuant to Fed. R. Civ. P. 7.1(a), Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A., by their undersigned counsel, provide the following corporate disclosure statement:

The PNC Financial Services Group, Inc. is a financial holding company trading under the symbol "PNC" on the New York Stock Exchange. PNC Bank, National Association is a national banking association and is an indirect subsidiary of The PNC Financial Services Group.

Dated:  July 29, 2019                              Respectfully submitted,


        /s/ Sarah Wallace
        Andrew J. Petrie
        Sarah Block Wallace
        **BALLARD SPAHR LLP**
        1225 Seventeenth Street, Suite 2300
        Denver, Colorado  80202-5596
        Telephone:  303-292-2400
        Facsimile:  303-296-3956
        petriea@ballardspahr.com
        wallaces@ballardspahr.com

        Hara K. Jacobs
        **BALLARD SPAHR LLP**
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103-7599
        Telephone: 215-668-8500
        Facsimile: 215-864-8999
        jacobsh@ballardspahr.com
        robbinsn@ballardspahr.com
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 29 day of July, 2019, service of the foregoing was effected by filing same via the Court's CM/ECF filing system, which will send notification to the following:

Warren A. Braunig
Benjamin D. Rothstein
Maya Karwande
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
wbraunig@keer.com
brothstein@keker.com
mkarwande@keker.com
vyu@keker.com

Scott R. Bialecki
Matthew C. Miller
1560 Broadway, Suite 1200
Denver, CO 80202
Sbialecki@sheridanross.com
mmiller@sheridanross.com

*/s/ Sherri L. Clark*

3