# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC Bank, N.A., a national association,
HEATHER KELLY, an individual, an
ALEX TSARNAS, an individual

    Defendants.

_____

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' VERIFIED FIRST AMENDED COMPLAINT (ECF NO. 12)
_____

Pursuant to D.C.COLO.LCivR 6.1(a), Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (together, "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A. (collectively "PNC"), Heather Kelly ("Kelly"), and Alex Tsarnas ("Tsarnas") (collectively "Defendants") hereby stipulate that all Defendants shall respond to SRSA's Verified First Amended Complaint (ECF No. 12) ("Amended Complaint") by August 23, 2019.  As support therefor, the Parties state as follows:

    1.    SRSA's Amended Complaint was filed on July 12, 2019.

    2.    Defendants Kelly and Tsarnas were served with SRSA's Amended Complaint on July 12, 2019, and as such, pursuant to Fed. R. Civ. P. 12, must respond by August 2, 2019.

Defendants PNC were served with SRSA's Amended Complaint on July 15, 2019, and as such, pursuant to Fed. R. Civ. P. 12, must respond by August 5, 2019.

3. Pursuant to D.C.COLO.LCivR 6.1(a), the Parties hereby stipulate that the time for all Defendants to answer or otherwise respond to the Amended Complaint is hereby extended by no more than 21 days, to and including, August 23, 2019.

4. As this is Defendants' first request for an extension and the extension is not more than 21 days, no Court order is required. In addition, this Stipulation is being filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure and shall be effective upon filing pursuant to D.C.COLO.LCivR 6.1(a), unless otherwise ordered.

5. Pursuant to D.C.COLO.LCivR 6.1(c), counsel for the Parties certify that a copy of this Stipulation is being served contemporaneously upon all of the Parties.

STIPULATED AND AGREED TO:

Dated:  July 31, 2019

Respectfully submitted,

s/ Sarah Wallace
Andrew J. Petrie
Sarah Block Wallace
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, Colorado  80202-5596
Telephone:  303-292-2400
Facsimile:  303-296-3956
petriea@ballardspahr.com
wallaces@ballardspahr.com

Hara K. Jacobs
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com

ATTORNEYS FOR DEFENDANTS

By:  s/ Warren A. Braunig (with permission)
Warren A. Braunig
*wbraunig@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Maya Karwande
*mkarwande@keker.com*
Victor H. Yu
*vyu@keker.com*
**KEKER, VAN NEST & PETERS LLP**
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415-391-5400
Facsimile:   415-397-7188

Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller

3

*mmiller@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:  303-863-9700
Facsimile:   303-863-0223
Email:       *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC