# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

      Noah S. Robbins of the law firm of Ballard Spahr LLP enters his appearance as counsel for Defendants PNC Financial Services Group, Inc.; PNC Bank, NA, Heather Kelly and Alex Tsarnas in the above captioned matter.

      He does so without waiver of any argument that this Court has no jurisdiction over the Defendants or that the District of Colorado is not the proper venue for this matter.

Dated: August 27, 2019

Ballard Spahr LLP

By: *s/ Noah S. Robbins*
    Noah S. Robbins

Andrew J. Petrie
Sarah B. Wallace
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.292.2400
Facsimile: 303.296.3956

-and

Hara K. Jacobs
Noah S. Robbins
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8745
Facsimile: 215.864.8999

*Attorneys for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27 day of August, 2019, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Maya Karwande
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

                                                  *s/ Sherri L. Clark*
                                                  Sherri L. Clark