**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**JOINT MOTION FOR ENTRY OF FORENSIC INSPECTION ORDER AND
STIPULATED ORDER REGARDING DISCOVERY OF ELECTRONICALLY STORED
INFORMATION**

---

1

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby move this Court to enter the proposed Forensic Inspection Order and proposed Stipulated Order Regarding Discovery of Electronically Stored Information ("ESI Order").

There is good cause for entry of the Forensic Inspection Order. Defendants have agreed to produce several computers, tablets, and smartphones that are in Defendants' possession for forensic inspection as part of the ordered expedited discovery. The parties have signed and executed a Stipulated Forensic Inspection Protocol, the terms of which set forth the parties' respective rights and obligations in the forensic inspections that will be conducted during the expedited discovery period, and which is attached as Exhibit A to the Forensic Inspection Order.

There is also good cause for entry of the ESI Order. The parties will each will produce a significant amount of electronically-stored information ("ESI") in this matter, including during the expedited discovery period. The parties have stipulated to the ESI Order, the terms of which set forth mutually-agreeable requirements for the production of ESI, and set forth the parties' rights and obligations with respect to any such productions.

WHEREFORE, the parties respectfully request that the proposed Forensic Inspection Order and ESI Order be entered by the Court.

Dated: August 29, 2019

By:   /s/   *Warren A. Braunig*
    Warren A. Braunig
    *wbraunig@keker.com*
    Benjamin D. Rothstein
    *brothstein@keker.com*
    Maya Karwande
    *mkarwande@keker.com*
    Victor H. Yu
    *vyu@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:    415-391-5400
    Facsimile:    415-397-7188

    SHERIDAN ROSS P.C.
    Scott R. Bialecki
    *sbialecki@sheridanross.com*
    Matthew C. Miller
    *mmiller@sheridanross.com*
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone:    303 863 9700
    Facsimile:    303 863 0223
    Email:    litigation@sheridanross.com

    ATTORNEYS FOR PLAINTIFFS


By:   /s/   *Sarah B. Wallace*
    Andrew J. Petrie
    Sarah Block Wallace
    **BALLARD SPAHR LLP**
    1225 Seventeenth Street, Suite 2300
    Denver, Colorado 80202-5596
    Telephone: 303-292-2400
    Facsimile: 303-296-3956
    petriea@ballardspahr.com
    wallaces@ballardspahr.com

        Hara K. Jacobs
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com

ATTORNEYS FOR DEFENDANTS

4

1341216