# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT MOTION TO AMEND SCHEDULING AND EXPEDITED DISCOVERY ORDER

Pursuant to Fed. R. Civ. P. 16 and D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby jointly move to amend the Scheduling and Expedited Discovery Order [ECF. No. 26] ("Expedited Discovery Order") to allow further time to complete factual discovery and briefing on SRSA's anticipated motion for preliminary injunction. In support thereof, the Parties state as follows:

    1.    The Parties have advanced the litigation. In compliance with the Court's Expedited Discovery Order, to date, the Parties have exchanged Fed. R. Civ. P. 26(a)(1) Initial Disclosures, have served Requests for the Production of Documents, are collecting responsive

1342202

documents to be produced on a rolling basis, and have filed a Joint Motion for Protective Order and Stipulated Order Regarding Discovery of Electronically Stored Information [ECF No. 34.]. The Parties are also continuing to meet and confer in good faith regarding the scope of SRSA's document requests.

2. However, due to the complexity of the matter, the anticipated volume of documents the parties will review and produce, and the number of depositions the Parties expect to conduct, an extension is warranted. Accordingly, the Parties respectfully request that the remaining deadlines of the Expedited Discovery Order be extended as such:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve Rule 30(b)(6) deposition notices | September 6, 2019 | September 20, 2019 |
| Document Production Deadlines | Completion of rolling document production: September 11, 2019 | The Parties will use their best efforts and will act in good faith to produce responsive documents by each of the staggered deadlines set forth below:<br><br>By September 11, 2019, the Parties will have produced 50% of responsive documents<br><br>By September 18, 2019, the Parties will have produced 75% of responsive documents<br><br>By September 25, 2019, the Parties will have completed their production of responsive documents |

| | | |
|---|---|---|
| Deadline to serve objections to Rule 30(b)(6) deposition notice | September 13, 2019, or within seven days after receipt of the deposition notice | September 27, 2019, or within seven days after receipt of the deposition notice |
| Depositions may commence | September 16, 2019 | September 30, 2019 |
| Deadline to complete depositions | October 11, 2019 | October 30, 2019 |
| Deadline for SRSA to file a Motion for Preliminary Injunction | October 18, 2019 | November 5, 2019 |
| Deadline for Defendants' to file an Opposition to SRSA's Motion for Preliminary Injunction | November 1, 2019 | November 19, 2019 |
| Deadline for SRSA to file a Reply in support its Motion for Preliminary Injunction | November 8, 2019 | November 26, 2019 |
| Hearing on Motion for Preliminary Injunction | To be set by the District Judge at a time convenient to the Court | To be set by the District Judge at a time convenient to the Court |

3.      Good cause exists to grant this Motion.  Granting a brief extension of the deadlines in the Court's Expedited Discovery Order will allow the Parties sufficient time to complete the production of responsive documents, conduct depositions, and diligently brief and respond to SRSA's anticipated Motion for Preliminary Injunction.  No other hearing or trial dates have been set in this matter, and other than the deadlines set forth in this Joint Motion, the parties are not seeking to alter any other deadline set in the Court's Expedited Discovery Order.

4.      Pursuant to D.C.COLO.LCivR. 6.1(b) & (c), this is the Parties' first request to amend the Expedited Discovery Order and this motion is being served contemporaneously by the undersigned on their clients.

WHEREFORE, the Parties jointly request that the Court grant this Motion and extend the deadlines in this case as requested herein.  A proposed Order is submitted herewith for the Court's convenience.

Dated: September 4, 2019                                          Respectfully submitted,


By: ___s/ *Warren A. Braunig*___                                  By: ___s/ *Sarah Block Wallace*_____
    Warren A. Braunig                                              Andrew J. Petrie
    *wbraunig@keker.com*                                         Sarah Block Wallace
    Michelle S. Ybarra                                               **BALLARD SPAHR LLP**
    *mybarra@keker.com*                                          1225 Seventeenth Street, Suite 2300
    Benjamin D. Rothstein                                          Denver, Colorado 80202-5596
    *brothstein@keker.com*                                       Telephone: 303-292-2400
    Maya Karwande                                                   Facsimile: 303-296-3956
    *mkarwande@keker.com*                                    petriea@ballardspahr.com
    Victor H. Yu                                                           wallaces@ballardspahr.com
    *vyu@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:      415-391-5400
    Facsimile:        415-397-7188

    SHERIDAN ROSS P.C.                                           Hara K. Jacobs
    Scott R. Bialecki                                                   Noah S. Robbins
    *sbialecki@sheridanross.com*                              **BALLARD SPAHR LLP**
    Matthew C. Miller                                               1735 Market Street, 51st Floor
    *mmiller@sheridanross.com*                              Philadelphia, PA 19103-7599
    1560 Broadway, Suite 1200                                Telephone: 215-668-8500
    Denver, Colorado 80202                                      Facsimile: 215-864-8999
    Telephone:      303 863 9700                               jacobsh@ballardspahr.com
    Facsimile:        303 863 0223                               robbinsn@ballardspahr.com
    Email:      litigation@sheridanross.com

Attorneys for Plaintiffs                                                   Attorneys for Defendants
SRS ACQUIOM INC. AND SHAREHOLDER          PNC FINANCIAL SERVICES GROUP, INC.,
REPRESENTATIVE SERVICES LLC                        PNC BANK, N.A., HEATHER KELLY,
                                                                                 And ALEX TSARNAS

1342202