IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation; and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability
company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation;
PNC BANK, N.A., a national association;
HEATHER KELLY, an individual; and
ALEX TSARNAS, an individual,

      Defendants.

_____

## FORENSIC INSPECTION ORDER
_____

THE COURT, having reviewed the parties' Joint Motion for Entry of Stipulated Forensic Inspection Order and Stipulated Order Regarding Discovery Of Electronically Stored Information, and for good cause shown, hereby ORDERS that the parties shall be bound to the terms of the signed Stipulated Forensic Inspection Protocol attached as Exhibit A to this Order.

DATED: September 5, 2019.

BY THE COURT:

_____

S. Kato Crews
United States Magistrate Judge

1

APPROVED:

By: __/s/__ *Warren A. Braunig* _____
    Warren A. Braunig
    *wbraunig@keker.com*
    Benjamin D. Rothstein
    *brothstein@keker.com*
    Maya Karwande
    *mkarwande@keker.com*
    Victor H. Yu
    *vyu@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:    415-391-5400
    Facsimile:    415-397-7188

    SHERIDAN ROSS P.C.
    Scott R. Bialecki
    *sbialecki@sheridanross.com*
    Matthew C. Miller
    *mmiller@sheridanross.com*
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone:    303 863 9700
    Facsimile:    303 863 0223
    Email:    litigation@sheridanross.com

    ATTORNEYS FOR PLAINTIFFS


By: __/s/__ *Sarah B. Wallace* _____
    Andrew J. Petrie
    Sarah Block Wallace
    **BALLARD SPAHR LLP**
    1225 Seventeenth Street, Suite 2300
    Denver, Colorado 80202-5596
    Telephone: 303-292-2400
    Facsimile: 303-296-3956
    petriea@ballardspahr.com
    wallaces@ballardspahr.com

    ATTORNEYS FOR DEFENDANTS