**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Hara K. Jacobs of the law firm of Ballard Spahr LLP enters her appearance as counsel for Defendants PNC Financial Services Group, Inc., PNC Bank, NA, Heather Kelly and Alex Tsarnas in the above captioned matter.

She does so without waiver of any argument that this Court has no jurisdiction over the Defendants or that the District of Colorado is not the proper venue for this matter.

Dated: September 5, 2019

BALLARD SPAHR LLP

By:  *s/ Hara K. Jacobs*
    Hara K. Jacobs

Andrew J. Petrie
Sarah B. Wallace
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Telephone: 303.292.2400
Facsimile: 303.296.3956

-and

Hara K. Jacobs
Noah S. Robbins
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8745
Facsimile: 215.864.8999

*Attorneys for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on September 5, 2019, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

 Warren A. Braunig
 Benjamin D. Rothstein
 Maya Karwande
 Victor H. Yu
 Michelle S. Ybarra
 KEKER, VAN NEST & PETERS LLP
 633 Battery Street
 San Francisco, CA 94111-1809

 Scott R. Bialecki
 Matthew C. Miller
 SHERIDAN ROSS P.C.
 1560 Broadway, Suite 1200
 Denver, CO 80202

 *Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

           *s/ Darlene D. Dethlefs*
           Darlene D. Dethlefs