IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING AND EXPEDITED DISCOVERY ORDER

Before the Court is the Parties' Joint Motion to Amend Scheduling and Expedited Discovery Order (Dkt. 38). For good cause shown, the Court GRANTS the Motion and ORDERS that the case deadlines for expedited discovery and preliminary-injunction briefing are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline to serve Rule 30(b)(6) deposition notices | September 6, 2019 | September 20, 2019 |
| Document Production Deadlines | Completion of document production: September 11, 2019 | The Parties will use their best efforts and will act in good faith to produce responsive documents by each of the staggered |

1342203.v1

|  |  | deadlines set forth below:<br><br>By September 11, 2019, the Parties will have produced 50% of responsive documents<br><br>By September 18, 2019, the Parties will have produced 75% of responsive documents<br><br>By September 25, 2019, the Parties will have completed their production of responsive documents |
|---|---|---|
| Deadline to serve objections to Rule 30(b)(6) deposition notice | September 13, 2019, or within seven days after receipt of the deposition notice | September 27, 2019, or within seven days after receipt of the deposition notice |
| Depositions may commence | September 16, 2019 | September 30, 2019 |
| Deadline to complete depositions | October 11, 2019 | October 30, 2019 |
| Deadline for SRSA to file a Motion for Preliminary Injunction | October 18, 2019 | November 5, 2019 |
| Deadline for Defendants' to file an Opposition to SRSA's Motion for Preliminary Injunction | November 1, 2019 | November 19, 2019 |
| Deadline for SRSA to file a Reply in support its Motion for Preliminary Injunction | November 8, 2019 | November 26, 2019 |
| Hearing on Motion for Preliminary Injunction | To be set by the District Judge at a time convenient to the Court | To be set by the District Judge at a time convenient to the Court |

DATED: September 6, 2019.

BY THE COURT:

_____
S. Kato Crews
United States District Judge