IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge S. Kato Crews**

| | |
|---|---|
| Civil Action: 19-cv-02005-DDD-SKC | Date: October 10, 2019 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom C-201 |

*Parties:*                                              *Counsel:*

SRS ACQUIOM INC., et al.,                   Michelle Ybarra
                                                              Scott Bialecki
                                                              Victor Yu

        Plaintiff,

v.

PNC FINANCIAL SERVICES GROUP, INC., et al.,        Sarah Wallace

        Defendant.

---

**COURTROOM MINUTES**

---

**HEARING: DISCOVERY HEARING**
**Court in session: 01:32 p.m.**
Court calls case.  Appearances of counsel.  Natalie Moritz, in house counsel for PNC, is present.

This hearing is before the Court regarding discovery disputes as outlined in ECF docs. 48 and 49.

**ORDERED:**   All discovery issues are **TAKEN UNDER ADVISEMENT.**

Further discussion regarding PNC's request for 30(b)(6) deposition regarding factual basis for allegations.

Hearing Concluded.

**Court in recess: 03:04 p.m.**
Total time in court: 01:32

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Court Reporting & Video, Inc. at (303) 629-8534.
.