IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., and
SHAREHOLDER REPRESENTATIVE SERVICES LLC,

        Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A.,
HEATHER KELLY, and
ALEX TSARNAS,

        Defendants.

## MINUTE ORDER CLARIFYING [#51] ORDER RE: OCTOBER 10, 2019 DISCOVERY HEARING

        This Minute Order addresses the Order Re: October 10, 2019 Discovery Hearing [#51] (the "Order").[1] Counsel for the Parties contacted chambers pursuant to section E.3 of my practice standards requesting clarification of the Order's language regarding Plaintiffs' Request for Production ("RFP") No. 8. [*See* #51 at pp. 2-3.]

        Plaintiffs' RFP No. 8 requests the production of "[d]ocuments sufficient to show the identity of all potential or actual customers targeted by PNC for PNC's M&A Payments and Escrow Products, the first date such customer was contacted about PNC's M&A Payments and Escrow Products, and the PNC Employee who served as the primary contact for such customer." [#49 at p. 6.] The Order compelled PNC Financial Services Group, Inc. and PNC Bank, N.A. ("PNC Defendants") response to RFP No. 8 "limited to those customers from the applicable customer lists whom the PNC Defendants targeted for [their] competing program." [#51 at p. 3.] At the hearing, I ordered Plaintiffs to identify those "applicable customer lists" by bates number.

---

[1] The Court uses "[#___ ]" to refer to entries in the CM/ECF electronic docket.

2

The Parties now ask whether I further limited RFP No. 8 to those customer lists for which Plaintiffs can provide a factual basis for their underlying allegations that the list was misappropriated. I did not. For expedited discovery purposes, it is sufficient that Plaintiffs identify which customer lists are alleged to be misappropriated by PNC Defendants. In the Complaint, Plaintiffs allege the lists were misappropriated. [#12 at ¶¶ 77,88.] Therefore, customers from those lists that PNC Defendants contacted or targeted is relevant to the claim of misappropriation in this case regardless of PNC Defendants defense that it did not misappropriate any lists. The discovery rules do not require Plaintiffs to provide evidence of their allegations before being entitled to discovery that is relevant and proportional, particularly at this early stage of expedited discovery.

DATED: October 22, 2019.

BY THE COURT:

S. Kato Crews
U.S. Magistrate Judge