IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## SECOND JOINT MOTION FOR LEAVE TO AMEND SCHEDULING AND EXPEDITED DISCOVERY ORDER [ECF NO. 46]

Pursuant to Fed. R. Civ. P. 16 and D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby jointly move to amend the Scheduling and Expedited Discovery Order [ECF No. 26, as amended by ECF No. 46] ("Scheduling Order") to allow further time to complete factual discovery and briefing on SRSA's anticipated Motion for Preliminary Injunction.  In support of this Motion, the Parties state as follows:

      1.      The Parties have diligently advanced this litigation in accordance with the Court's Scheduling Order, having served Rule 30(b)(6) deposition notices and objections thereto, completed production of documents (with the exception of documents subject to the Court's

October 17, 2019 Order [ECF No. 51]), and have commenced and completed the majority of noticed depositions.

2. Unfortunately, an unforeseen grave illness in the family of one of SRSA's lead counsel has required her to take leave from practice and attend to personal matters. Her absence has left SRSA without its full staff it anticipated when it contemplated and agreed to the discovery and briefing schedule, as she was slated to take and defend several depositions as well as manage various aspects of the case. Due to this unfortunate development, there is good cause to briefly extend the current schedule.

3. As set forth below, the Parties request that the remaining deadlines of the Scheduling Order be extended by approximately two to three weeks. Good cause exists to grant this Motion. Allowing a brief extension of the remaining deadlines will allow the Parties to complete the necessary discovery and briefing associated with SRSA's Motion for Preliminary Injunction, the result of which could help to streamline issues in the case.

4. The current deadlines under the Scheduling Order [ECF No. 46] and the Parties' requested extensions are as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of depositions | October 30, 2019 | November 15, 2019 |
| SRSA motion for preliminary injunction | November 5, 2019 | November 25, 2019 |
| Defendants' response to motion for preliminary injunction | November 19, 2019 | December 13, 2019 |
| SRSA reply in support of motion for preliminary injunction | November 26, 2019 | December 23, 2019 |

5. No hearing or trial dates have been set in this matter, and no party will be prejudiced by this brief extension of the current deadlines.

6.      Pursuant to D.C.COLO.LCivR. 6.1(b) and (c), this is the Parties' second request to amend the Scheduling Order, and this Motion is being served contemporaneously by the undersigned on their clients.

WHEREFORE, the Parties jointly request that the Court grant this Motion and extend the deadlines in this case as requested herein. A proposed Order is submitted herewith for the Court's convenience.

Dated: October 25, 2019                        Respectfully submitted,

| By: /s/ Scott R. Bialecki | By: /s/ Andrew J. Petrie |
|---|---|
| Warren A. Braunig | Andrew J. Petrie |
| *wbraunig@keker.com* | *petriea@ballardspahr.com* |
| Michelle S. Ybarra | Sarah Block Wallace |
| *mybarra@keker.com* | *wallaces@ballardspahr.com* |
| Benjamin D. Rothstein | Matthew A. Morr |
| *brothstein@keker.com* | *morrm@ballardspahr.com* |
| Maya Karwande | BALLARD SPAHR LLP |
| *mkarwande@keker.com* | 1225 Seventeenth Street, Suite 2300 |
| Victor H. Yu | Denver, Colorado 80202-5596 |
| *vyu@keker.com* | Telephone: 303-292-2400 |
| KEKER, VAN NEST & PETERS LLP | Facsimile: 303-296-3956 |
| 633 Battery Street | |
| San Francisco, CA 94111-1809 | |
| Telephone:     415-391-5400 | |
| Facsimile:      415-397-7188 | |

| | |
|---|---|
| Scott R. Bialecki | Hara K. Jacobs |
| *sbialecki@sheridanross.com* | *jacobsh@ballardspahr.com* |
| Matthew C. Miller | Noah S. Robbins |
| *mmiller@sheridanross.com* | *robbinsn@ballardspahr.com* |
| SHERIDAN ROSS P.C. | BALLARD SPAHR LLP |
| 1560 Broadway, Suite 1200 | 1735 Market Street, 51st Floor |
| Denver, Colorado 80202 | Philadelphia, PA 19103-7599 |
| Telephone:    303 863 9700 | Telephone: 215-668-8500 |
| Facsimile:    303 863 0223 | Facsimile: 215-864-8999 |
| Email:   litigation@sheridanross.com | |
| | |
| Attorneys for Plaintiffs | Attorneys for Defendants |
| SRS ACQUIOM INC., and | PNC FINANCIAL SERVICES GROUP, INC., |
| SHAREHOLDER REPRESENTATIVE | PNC BANK, N.A., HEATHER KELLY, and |
| SERVICES LLC | ALEX TSARNAS |

4