IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING SECOND JOINT MOTION FOR LEAVE TO AMEND SCHEDULING AND EXPEDITED DISCOVERY ORDER [ECF NO. 46]

Before the Court is the Parties' Second Joint Motion for Leave to Amend the Scheduling and Expedited Discovery Order [ECF No. 55].

Upon consideration, the Court finds there is good cause and hereby GRANTS the Motion and ORDERS that the deadlines for expedited discovery and preliminary-injunction briefing are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of depositions | October 30, 2019 | November 15, 2019 |
| SRSA motion for preliminary injunction | November 5, 2019 | November 25, 2019 |
| Defendants' response to motion for preliminary injunction | November 19, 2019 | December 13, 2019 |
| SRSA reply in support of motion for preliminary injunction | November 26, 2019 | December 23, 2019 |

DATED this _____ day of _____, 2019.

                                    BY THE COURT:

                                    _____

                                    S. Kato Crews
                                    United States Magistrate Judge