# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT AND REQUEST FOR EXPEDITED RULING

THIS MATTER, coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's Motion for Leave to File a Second Amended Complaint and Request for Expedited Ruling [ECF No. __], and the Court being fully advised on the premises,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.  The proposed Second Amended Complaint and incorporated exhibits are accepted and deemed filed this date.

DONE AND ORDERED this _____ day of _____, 2019.

                                            BY THE COURT:

                                            _____
                                            Daniel D. Domenico
                                            United States District Court Judge