# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT MOTION TO EXCEED WORD LIMIT FOR
## PRELIMINARY INJUNCTION BRIEFING

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby jointly move to exceed the Court's word limits for preliminary injunction briefing in this matter.  Due to the complex nature of the claims and extensive discovery conducted to date, SRSA and Defendants seek to increase the total word limit associated with SRSA's Motion for Preliminary Injunction to 7,500 words for its opening brief and 3,750 for its reply brief in order to fully address its desired relief.  Defendants will have 7,500 words for their response brief.  Good cause exists to grant this Joint Motion.

1.    Under the Amended Scheduling and Expedited Discovery Order (ECF No. 60), SRSA's Motion for Preliminary Injunction must be filed by November 25, 2019.  This Motion is

being filed more than three business days in advance of that deadline in accordance with Judge Domenico's Practice Standards, III.A.5.

2. The Court's Practice Standards for Civil Cases limits motions for preliminary injunction and response briefs to 5,500 words, and related reply briefs to 2,700 words. (*See* Judge Domenico's Practice Standards, III.A.2.) As further explained below, the current word limits are insufficient to fully address issues to be raised by SRSA's impending Motion for Preliminary Injunction as those issues are complex and discovery conducted to date has been voluminous.

3. This is a complicated trade secret and breach of contract case involving a total of seven counts. *See* SRSA's First Amended Verified Complaint ("FAC") (ECF No. 12).[1] There are numerous commercial and technical trade secrets at issue, which vary in nature and complexity. For example, SRSA's allegations (which Defendants deny) pertain, in part, to its suite of electronic online mergers-and-acquisition products as well as confidential financial information, business plans, go-to-market strategies, pricing, and customer information. SRSA intends to pursue its trade secret misappropriation claim as part of its Preliminary Injunction Motion.

4. In lieu of SRSA seeking an immediate temporary restraining order, the parties agreed to an expedited discovery schedule, which would culminate in SRSA filing a motion for preliminary injunction. The parties negotiated and the Court entered an aggressive timeline to conduct expedited discovery, including a total of 35 document requests and 14 depositions.

---

[1] On November 13, SRSA filed a Motion for Leave to File a Second Amended Complaint. (ECF No. 61). Among other amendments, SRSA requested leave to include two additional causes of action. If SRSA's motion is granted, this case would involve a total of nine causes of action.

(ECF No. 24 & 26.) Indeed, to date, there have been more than 10,000 documents produced and over a dozen depositions conducted.

5. The scope of discovery, number of legal theories and defendants, and complexity of issues require additional briefing in order for all matters to be addressed.

Based on the foregoing, SRSA and Defendants respectfully request that the Court grant this Joint Motion and increase the word limit for SRSA's upcoming Motion for Preliminary Injunction to 7,500 words, Defendants' Response to 7,500 words, and SRSA's corresponding Reply to 3,750 words. A proposed order is submitted herewith for the Court's convenience.

Dated: November 18, 2019                           Respectfully submitted,

By: s/ Matthew C. Miller                           By: s/ Sarah B. Wallace
Warren A. Braunig                                  Andrew J. Petrie
*wbraunig@keker.com*                               petriea@ballardspahr.com
Michelle S. Ybarra                                 Sarah Block Wallace
*mybarra@keker.com*                                wallaces@ballardspahr.com
Benjamin D. Rothstein                              Matthew A. Morr
*brothstein@keker.com*                             morrm@ballardspahr.com
Maya Karwande                                      BALLARD SPAHR LLP
*mkarwande@keker.com*                              1225 Seventeenth Street, Suite 2300
Victor H. Yu                                       Denver, Colorado 80202-5596
*vyu@keker.com*                                    Telephone: 303-292-2400
KEKER, VAN NEST & PETERS LLP                       Facsimile: 303-296-3956
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

| | |
|---|---|
| Scott R. Bialecki<br>*sbialecki@sheridanross.com*<br>Matthew C. Miller<br>*mmiller@sheridanross.com*<br>SHERIDAN ROSS P.C.<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone:    303-863-9700<br>Facsimile:    303-863-0223<br>Email: *litigation@sheridanross.com*<br><br>ATTORNEYS FOR PLAINTIFFS<br>SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC | Hara K. Jacobs<br>jacobsh@ballardspahr.com<br>Noah S. Robbins<br>robbinsn@ballardspahr.com<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Telephone: 215-668-8500<br>Facsimile: 215-864-8999<br><br><br>ATTORNEYS FOR DEFENDANTS<br>PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS |