# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING JOINT MOTION TO EXCEED WORD LIMIT FOR PRELIMINARY INJUNCTION BRIEFING

THE COURT, having reviewed the parties' Joint Motion to Exceed Word Limit for Preliminary Injunction Briefing [ECF No. 63], and for good cause shown, hereby ORDERS that the word limit for Plaintiffs' Motion for Preliminary Injunction and Defendants' Response is increased to 7,500 words, and increased to 3,750 words for Plaintiffs' Reply.

DONE AND ORDERED this _____ day of _____, 2019.

BY THE COURT:

_____
Daniel D. Domenico
United States District Court Judge