**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**DEFENDANTS' MOTION REQUESTING THE COURT RECONSIDER ITS ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND CONSIDER DEFENDANTS' OPPOSITION**

---

Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC") as well as Defendants Heather Kelly and Alex Tsarnas (the "Individual Defendants" and, collectively with PNC, the "Defendants") move this Court to vacate its Order on SRSA's Motion for Leave to File a Second Amended Complaint Based on Newly Discovered Evidence and consider Defendants' Opposition to SRSA's Motion.  ECF Nos. 61, 65.

SRSA filed its Motion on November 13, 2019.  ECF No. 61.  This motion was filed as contested.  *Id.* at p. 10.  Pursuant to local rules, Defendants' deadline to file a response is December 4, 2019.  *See* D.C.COLO.LCivR 7.1(d); *see also* Order Granting Plaintiffs' Motion for Leave to File Second Amended Complaint, ECF No. 65 p. 4 n. 2.  This Court did not issue an order setting forth an expedited briefing schedule on SRSA's Motion.  On Friday, November 22,

2019, the Court filed its Order granting SRSA's Motion to Amend.  ECF No. 65.  This Order recognizes that Defendants had not yet filed a response.  *Id.*  p. 4 n. 2.

The parties have completed expedited discovery and are currently preparing for briefing on SRSA's forthcoming motion for a preliminary injunction.  Since receiving SRSA's Motion last week, Defendants have been diligently preparing a response in opposition.  *See* Defendants' Brief in Opposition to Plaintiffs' Motion for Leave to File a Second Amended Complaint, attached hereto.  Defendants were prepared to file this timely response today, well in advance of the December 4, 2019 deadline.  Because the Court did not consider Defendants' arguments against SRSA's Motion, Defendants respectfully request that the Court do so.

For the foregoing reasons, the Court should grant Defendants' motion vacating its Order so that it can consider Defendants' response.

Dated:  November 24, 2019

Respectfully submitted,

By:  /s/ *Sarah B. Wallace*
Andrew J. Petrie
Sarah Block Wallace
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
petriea@ballardspahr.com
wallaces@ballardspahr.com

2

Hara K. Jacobs
Noah Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

3

## CERTIFICATE OF SERVICE

  I hereby certify that on this 24th day of November, 2019, a true and correct copy of the foregoing defendants' **MOTION REQUESTING THE COURT RECONSIDER its order on PLAINTIFFS' motion FOR LEAVE TO FILE SECOND AMENDED COMPLAINT and CONSIDER DEFENDANTS' OPPOSITION** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Maya Karwande
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

                */s/ Elizabeth P. Weissert*
                Elizabeth P. Weissert