EXHIBIT 2

**From:** Rick Fink
**To:** Semenova, Luda; Kelly, Heather (Escrow)
**Sent:** 4/8/2019 11:47:32 PM
**Subject:** RE: Project Bison

Great news. Do they see it as something better than acquiom?

**From:** Semenova, Luda [mailto:luda.semenova@pnc.com]
**Sent:** Monday, April 08, 2019 4:31 PM
**To:** Rick Fink <rfink@fortisrep.com>; Kelly, Heather (Escrow) <hkelly@pnc.com>
**Subject:** RE: Project Bison

Not yet, they wanted to see PAID demo, which we did earlier today, they were impressed, and we left it at that after the demo; I personally think if sell side counsel would request us at this point, they would just sign off; otherwise, I'll reach to John tomorrow if we don't hear back today.

**From:** Rick Fink [mailto:rfink@fortisrep.com]
**Sent:** Monday, April 08, 2019 4:24 PM
**To:** Kelly, Heather (Escrow) <hkelly@pnc.com>; Semenova, Luda <luda.semenova@pnc.com>
**Subject:** EXTERNAL: RE: Project Bison

Any response from VMware on this one?

**From:** Rick Fink
**Sent:** Thursday, April 04, 2019 11:10 AM
**To:** Heather Kelly <hkelly@pnc.com>; luda.semenova@pnc.com
**Subject:** Fwd: Project Bison

Was no associate mentioned. Please note Mark's confidentiality comment below so be discreet with VMWare, ie. play sort of dumb.

Sent from my iPhone

Begin forwarded message:

**From:** "Seneca, Mark W." <mseneca@orrick.com>
**Date:** April 3, 2019 at 3:02:52 PM CDT
**To:** Chris Anson <canson@fortisrep.com>, Rick Fink <rfink@fortisrep.com>
**Cc:** Bison <Bison@orrick.com>
**Subject: Project Bison**

Chris and Rick,

I have another deal we'd like your assistance with as s/h representative [Redacted] Redacted by VMware.

**Redacted**

Attached is the initial draft merger agreement from MoFo, together with the parties' term sheet. Please keep these documents confidential. As usual, it would be great if you could provide us your comments within a couple of days and send us your engagement letter and fee proposal when able.

EXHIBIT Semenova
WIT: 12
DATE: 11-5-19
Jeanine Curcione, CSR, RPR

Regards,

Mark

**Mark W. Seneca**
Partner

Orrick
Silicon Valley

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

Confidential