EXHIBIT 3

| | |
|---|---|
| From: | Rick Fink |
| To: | Semenova, Luda |
| Sent: | 4/23/2019 9:53:26 PM |
| Subject: | Re: Project Bison |

Talked to him today. Give me a call when you get a chance.

Sent from my iPhone

On Apr 12, 2019, at 7:29 AM, Semenova, Luda <luda.semenova@pnc.com> wrote:

Agree that it is typical John:), and he sometimes does not want to be initiating something, so I think Orrick requesting us and saying that there are tangible advantages we bring to the table over other competition should suffice.

On: 12 April 2019 06:35,
"Kelly, Heather (Escrow)" <hkelly@pnc.com> wrote:

I think it's typical John :)

Luda thoughts?

I'm inclined to start with mark Seneca and see if that pushes it over the edge

On: 12 April 2019 08:32,
"Rick Fink" <rfink@fortisrep.com> wrote:

Do you think John is being unresponsive?
Mike Lyons knows someone senior at VMWare and can send an email but with all of us pushing it seems like that could backfire if John feels strong armed. What do you think?

Sent from my iPhone

On Apr 12, 2019, at 5:45 AM, Kelly, Heather (Escrow) <hkelly@pnc.com> wrote:

Love it. All angles :)

EXHIBIT Semenova
WIT: 13
DATE: 11-5-19
Jeanine Curcione, CSR, RPR

On: 11 April 2019 23:28,
"Rick Fink" <rfink@fortisrep.com> wrote:

Mark Seneca at Orrick is also going to reach out to John and push for us.

Sent from my iPhone

On Apr 10, 2019, at 9:25 AM, Semenova, Luda <luda.semenova@pnc.com> wrote:

I think it is a great idea:)

---

On: 10 April 2019 08:55,
"Rick Fink" <rfink@fortisrep.com> wrote:

I'm happy to call John. I know him too. Gave him great seats to the Western Conf Finals last year too��

Sent from my iPhone

On Apr 10, 2019, at 8:30 AM, Semenova, Luda <luda.semenova@pnc.com> wrote:

I have not heard back from John ( I left a message but have not heard back), but I would agree with Heather that we should just request from Seller side, even adding a simple argument that they will get better rate of return on escrow deposit for that account size and we would just take over current drafts, no agreement re-negotiations will be needed, and no KYC on sell side with us, and we will pay holders on the closing date and will have 1099B forms at year end on the portal, and all above SRS can't match.

---

On: 10 April 2019 00:24,
"Rick Fink" <rfink@fortisrep.com> wrote:

Any luck with John?

Sent from my iPhone

On Apr 8, 2019, at 4:30 PM, Semenova, Luda <luda.semenova@pnc.com> wrote:

Not yet, they wanted to see PAID demo, which we did earlier today, they were impressed, and we left it at that after the demo; I personally think if sell side counsel would request us at this point, they would just sign off; otherwise, I'll reach to John tomorrow if we don't hear back today.

**From:** Rick Fink [mailto:rfink@fortisrep.com]
**Sent:** Monday, April 08, 2019 4:24 PM
**To:** Kelly, Heather (Escrow) <hkelly@pnc.com>; Semenova, Luda <luda.semenova@pnc.com>
**Subject:** EXTERNAL: RE: Project Bison

Any response from VMware on this one?

**From:** Rick Fink
**Sent:** Thursday, April 04, 2019 11:10 AM
**To:** Heather Kelly <hkelly@pnc.com>; luda.semenova@pnc.com
**Subject:** Fwd: Project Bison

Was no associate mentioned. Please note Mark's confidentiality comment below so be discreet with VMWare, ie. play sort of dumb.

Confidential                                PNC_00043017

Sent from my iPhone

Begin forwarded message:

**From:** "Seneca, Mark W." <mseneca@orrick.com>
**Date:** April 3, 2019 at 3:02:52 PM CDT
**To:** Chris Anson <canson@fortisrep.com>, Rick Fink <rfink@fortisrep.com>
**Cc:** Bison <Bison@orrick.com>
**Subject: Project Bison**

Chris and Rick,

I have another deal we'd like your assistance with as s/h representative [Redacted] [Redacted] by VMware.

**Redacted**

Attached is the initial draft merger agreement from MoFo, together with the parties' term sheet. Please keep these documents confidential. As usual, it would be great if you could provide us your comments within a couple of days and send us your engagement letter and fee proposal when able.

Regards,

Mark

<u>Mark W. Seneca</u>
Partner

<u>Orrick</u>
<u>Silicon Valley</u>


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic

mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com


The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may be considered a commercial electronic message under Canadian law or this message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US law. You may unsubscribe at any time from receiving commercial electronic messages from PNC at http://pages.e.pnc.com/globalunsub/
PNC, 249 Fifth Avenue, Pittsburgh, PA 15222; pnc.com

Confidential                    PNC_00043019