EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

SRS ACQUIOM, INC., A                )
DELAWARE CORPORATION, AND           )
SHAREHOLDER REPRESENTATIVE          )
SERVICES, LLC, A COLORADO           )
LIMITED LIABILITY COMPANY,          )
                                    )
            Plaintiffs,             )
                                    )
    vs.                             ) No. 1:19-cv-02005
                                    )     DDD-SKC
                                    )
PNC FINANCIAL SERVICES              )
GROUP, INC., A PENNSYLVANIA         )
CORPORATION, PNC BANK, N.A.,        )
A NATIONAL ASSOCIATION,             )
HEATHER KELLY, AN INDIVIDUAL,       )
AND ALEX TSARNAS, AN                )
INDIVIDUAL,                         )
                                    )
            Defendants.             )
                                    )

VIDEOTAPED DEPOSITION OF LUDA SEMENOVA
TUESDAY, NOVEMBER 5, 2019
LOS ANGELES, CALIFORNIA

REPORTED BY:   JEANINE CURCIONE
               CSR NO. 10223, RPR

FILE NO.: 47864

Page 1

**Page 74**

 1    Q.  Does that refresh your recollection that
 2  the subject matter of this lawsuit -- withdrawn.
 3      Does that representation refresh your
 4  recollection that the subject matter of this text
 5  message is the lawsuit that SRSA filed against
 6  Ms. Kelly among others?
 7    A.  I don't know.  It's hard to say.
 8    Q.  Okay.  And the text message reads, Even in
 9  Italy they say, open quote, that nothing compares to
10  you, end quote, smily face, dash, you're the best
11  which is why SRS is scared to put it mildly, smily
12  face.
13      Do you see that?
14    A.  I see that.
15    Q.  Is it your understanding that the reason
16  why you were talking to Ms. Kelly -- withdrawn.
17      This is a message of reassurance, is it
18  not?
19      MS. WALLACE:  Object to the form.
20      THE WITNESS:  I don't know what was the
21  subject honestly.  You know, it's like it's a little
22  of piece of something without the entire content
23  that it's hard to give an answer on right now.  I
24  don't know what was the subject we were discussing.
25  ///

**Page 75**

 1  BY MR. ROTHSTEIN:
 2    Q.  The fact that this message was sent the
 3  day after SRS filed a lawsuit against Ms. Kelly, the
 4  fact that it starts with a reassuring note to
 5  Ms. Kelly and the fact that it says you are the best
 6  which is why SRS is scared collectively is not
 7  enough context to refresh your recollection that
 8  this is a text message that you sent to Ms. Kelly
 9  about the lawsuit SRS filed against her?  Is that
10  your testimony?
11      MS. WALLACE:  Object to the form.
12      THE WITNESS:  To me that's not enough to
13  make the judgment that you did.
14  BY MR. ROTHSTEIN:
15    Q.  And you have no recollection of sending
16  Ms. Kelly a text message in the day after the
17  lawsuit was filed against her reassuring her as your
18  friend; is that correct?
19    A.  It's correct that I would not be able to
20  recollect what exactly we talked about at what given
21  day and what was the main subject it was related to.
22  I mean, we're friends.  We talk about different
23  things and life as well so it's really hard to say.
24    Q.  Right.  That wasn't my question.
25      My question is, sitting here today, you

**Page 76**

 1  have no recollection of sending Ms. Kelly a text
 2  message in the day after the lawsuit was filed
 3  against her reassuring her as your friend; is that
 4  correct?
 5      MS. WALLACE:  Object to the form.
 6      THE WITNESS:  When you say "no
 7  recollection," you showed me the text message so
 8  right now I can see the text message.  But I
 9  wouldn't be able, by this text message, to give you
10  definitive answer what it was in regards to.
11  BY MR. ROTHSTEIN:
12    Q.  How often would you say you exchanged text
13  messages with Ms. Kelly?
14    A.  I don't know.  Do you track how often you
15  exchange text messages with some of your friends?  I
16  don't know.
17      MR. ROTHSTEIN:  Move to strike everything
18  after I don't know.
19    Q.  Ms. Semenova, did you exchange text
20  messages with Ms. Kelly in the weeks following her
21  departure from SRSA?
22      MS. WALLACE:  Object to the form.
23      THE WITNESS:  Quite possibly because I
24  talk to her as a friend on regular basis.
25  ///

**Page 77**

 1  BY MR. ROTHSTEIN:
 2    Q.  Prior to joining PNC, did you exchange
 3  text messages with Ms. Kelly regarding your
 4  potential employment with PNC?
 5    A.  As I have already stated here, I have
 6  reached not just to Heather but to every single
 7  person that I knew in the industry looking for a job
 8  as I needed to get out of SRS.
 9    Q.  And did you reach out to Ms. Kelly in
10  connection with trying to get a job to get out of
11  SRS through text message?
12      MS. WALLACE:  Object to the form.  Asked
13  and answered.  You can answer.
14      THE WITNESS:  I don't know.
15  BY MR. ROTHSTEIN:
16    Q.  Ms. Semenova, am I correct that you worked
17  remotely when you were employed by SRSA?
18    A.  Correct.
19    Q.  And am I correct that you work remotely
20  for PNC?
21    A.  Correct.
22    Q.  Am I also correct that you frequently
23  traveled for work at SRSA?
24    A.  No.
25    Q.  Do you frequently travel for work at PNC?