## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

## [PROPOSED] ORDER

AND NOW, this __ day of _____, 2019, upon consideration of Defendants' Motion Requesting the Court Reconsider Its Order On Plaintiffs' Motion For Leave To File Second Amended Complaint and Consider Defendants' Opposition, IT IS HEREBY ORDERED that said Motion is GRANTED, the Court's Order (ECF No. 65) is VACATED, and Plaintiffs' Motion for Leave to File Second Amended Complaint is DENIED.

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge