# EXHIBIT 2
# TO DECLARATION OF HANNAH LEE

| | |
|---|---|
| **From:** | Hannah Lee <hlee@srsacquiom.com> on behalf of Hannah Lee <hlee@srsacquiom.com> |
| **To:** | tracker@srsacquiom.com; Arielle Rippley; Jennifer Bell; Eric Martin; Payroll |
| **Sent:** | 3/9/2018 11:45:13 PM |
| **Subject:** | Off-Boarding: Heather Kelly (VanderLinden) Resignation |

Name: Heather Kelly (VanderLinden)
Manager: Eric Martin
Last day in the office: 3/9/2018
Paid through date: 3/9/2018
Location: Remote office in Wisconsin
Recipient of copy of computer desktop files:  Eric Martin
Recipient of copy of Google Drive content/files: Eric Martin
Recipient of copy of Email Archive: Eric Martin, Ali Bryson, Jessica McCarthy
Recipient of forwarded email: RM-Team@srsacquiom.com (Eric Martin, Ali Bryson, Jessica McCarthy need to be added to this alias).

Out of office message to run for the next 6 months:

*Thank you for contacting SRS Acquiom.  Heather Kelly is no longer with the company. For immediate assistance please contact Ali Bryson, Relationship Manager, at (303) 222-2085 or abryson@srsacquiom.com.*

*For all other matters, please know that your message has also been forwarded to our Relationship Management group and you will hear back from a member of our team shortly.*

--
Heather currently has all of her equipment and Denver ID card, so please disable and I will coordinate the return in the coming week.

This email also approves the shut-down of her access around 3 pm (MST) today.

Please let me know if you have any questions.

--
**Hannah Lee**


720.370.1139
hlee@srsacquiom.com



Highly Confidential - Attorneys' Eyes Only                                                                                                                                              SRSAvPKT00059398