# EXHIBIT 3
# TO DECLARATION OF HANNAH LEE

| | |
|---|---|
| From: | Heather VanderLinden <heather@vlpaintdesign.com> on behalf of Heather VanderLinden <heather@vlpaintdesign.com> |
| To: | Hannah Lee |
| CC: | pkoenig@srsacquiom.com |
| Sent: | 3/16/2018 12:21:52 AM |
| Subject: | Re: Address for Laptop |

Hi Hannah,
So I put in a notice and indicate a last day of two weeks from notice date (at minimum), management confirms in writing they will have me working two weeks, i make arrangements based on that email confirmation, and then SRS terminates me so it doesn't have to pay me two weeks of wages? Is that SRS's formal position?

Re: variable income - I appreciate your time, and I will wait to hear from Paul hopefully next week.

Re: equipment. I will ship SRS equipment back tomorrow.

Best,

HK

Sent from my iPhone

On Mar 15, 2018, at 4:43 PM, Hannah Lee <hlee@srsacquiom.com> wrote:

Hi Heather,
As we discussed this morning, you have already received all regular wages owed and you will receive all final expense reimbursements no later than 3/31/18. This can also include the cost of shipping your company property back as we have discussed. However, given that you shared that you were not comfortable incurring additional expenses to return your equipment, I have attached a pre-paid FedEx label for you to use so I encourage you to ship your computer and desk phone back as soon as possible, ideally today. Please access the link below and confirm your shipment.

Regarding commission payments, as we discussed this morning, while you are not contractually owed any additional monies, this is something that Paul and I are reviewing and will get back to you in the coming weeks. Between Paul's travel schedule and my own, this may be as late as the first week in April.

We'll be in touch,

Hannah



Hello Heather Kelly,

SRS has provided 1 shipping label for your convenience.

Print your label by 03/19/2018 using one of these options:

Print label yourself.

Or

FedEx Office locations can print label for you by scanning barcode below from your mobile device.

Note: Once you view your label with an option above, you may only use that option to print or reprint within 5 days of accessing the label.

**Shipment summary**

Ship to: SRS
Recipient Phone: 7207291091
Item description: work items

For shipment questions or expired label access call 7207291091.

**Want to learn more about using fedex.com? Go to FedEx Support.**



Label ID            Label Code
LBMgYVYrUWpW- C=yqr2fj,d7r


On Thu, Mar 15, 2018 at 11:30 AM, Heather VanderLinden <heather@vlpaintdesign.com> wrote:

Hi Hannah,
Thanks for the call today. I'm copying Paul to ensure he is party to these conversations as I do not feel I'm being treated fairly on what I hoped and intended (and provided resources) to be an amicable separation.

To recap:

- I offered Eric Martin / SRS as much time as it needed for transition. Eric sent me an email confirming SRS would like me to work for two weeks and I made arrangements based on that communication. I was expecting to receive ordinary wages for at minimum two weeks from date of the conversation with Eric Martin. There was no cause to terminate me without pay of the standard.

- I've been paid monthly for almost four years. I've never been on a quarterly payment plan. All communications with the SRS management team and the facts of receiving commission monthly vs quarterly through my entire employment support this not being an accommodation but part of the plan management negotiated with me.

- I am due commission earned through February 28. The sentence in the letter negotiated with Alex Tsarnas was specifically to ensure I knew I wasn't eligible for commissions earned after a separation. When payment is made is different than when the payment is due. I was expecting payment on commissions earned in February 28 at a minimum. I don't feel like I'm asking a favor for SRS to pay me on earnings while employed when SRS will have full benefit of the very large balances I left on the books for it to earn from over the next two years. This is honestly a drop in the bucket to SRS and to push back on commissions due is very disheartening and not impression I know Paul would want to make when it comes to treatment of employees (former or current) so I can only assume Paul hasn't been part of these discussions until now.

Highly Confidential - Attorneys' Eyes Only                                                                                                      SRSAvPKT00087551

- I have expenses of 800$ to be approved. I do not have access to all of the receipts (which are in my former company email) but I did attach a statement to my expense report. Please let me know when to expect these funds and whether you need any further information (eg I don't have access to Comcast bills as they are in SRs's name but I was paying the bills).

- I will send back the laptop and phone when I i) receive written confirmation (by email is fine), that i will be reimbursed promptly but in no event after 3/31 for the expense, and (ii) I receive a response to the below question via email.

Open question: does SRSA intend to make payment on the above (ordinary wages, commissions earned and outstanding expenses) on the 3/31/18 pay period?

I need to understand the final compensation amounts to properly plan for my family over the next month and I would greatly appreciate if after all the sacrifices I made for SRSA if it could carve out the time to review the above assertions and provide response this week so that I can wind down the open items (return of property, etc) and take any necessary actions on my end.

Thanks in advance - both personally and professionally,

HK


Sent from my iPhone

On Mar 15, 2018, at 9:44 AM, Hannah Lee <hlee@srsacquiom.com> wrote:

Hi Heather,
I will call you at 11:30 am (MST). Talk to you soon.

On Wed, Mar 14, 2018 at 8:28 PM, Heather VanderLinden <heather@vlpaintdesign.com> wrote:
Hi Hannah,
Sorry about the VM. I'm available at 10 MT - 12 MT if any time slot works

HK

Sent from my iPhone

On Mar 14, 2018, at 7:45 PM, Hannah Lee <hlee@srsacquiom.com> wrote:

Hi Heather,
I have received your emails and tried to return your call (your voicemail is full and not accepting new messages). Please give me a call back at your convenience tomorrow as I would like to discuss your request and make sure that all of your questions have been answered. Regarding your company equipment, please pack and ship your laptop and desk phone to the following address:

SRS Acquiom
Attn: Jennifer Bell
950 17th Street, Ste 1400
Denver, CO 80202

Regarding your 401(k) loan, it is not uncommon for plans to require full repayment within 60 days of your termination, so I encourage you to connect with Empower to understand repayment terms. You can reach them directly at 1-800-338-4015 or www.empower-retirement.com. Also, we have sent a letter to the landlord of your office location, indicating our desire to terminate the lease, and I have some guidance on next steps regarding furniture. I look forward to connecting soon.

Best,

--
Hannah Lee

Highly Confidential - Attorneys' Eyes Only

720.370.1139
hlee@srsacquiom.com

On Tue, Mar 13, 2018 at 2:33 PM, Heather VanderLinden <heather@vlpaintdesign.com> wrote:

Hi Hannah,

What address should the laptop come back to?

HK
Sent from my iPhone

--
**Hannah Lee**

720.370.1139
hlee@srsacquiom.com

--
**Hannah Lee**

720.370.1139
hlee@srsacquiom.com

Highly Confidential - Attorneys' Eyes Only

--
Hannah Lee

720.370.1139
hlee@srsacquiom.com



Highly Confidential - Attorneys' Eyes Only                                                                              SRSAvPKT00087554



Hannah Lee &lt;hlee@shareholderrep.com&gt;

## Office Pictures

**Heather VanderLinden** &lt;heather@vlpaintdesign.com&gt;     Fri, Mar 16, 2018 at 11:00 AM
To: Hannah Lee &lt;hlee@srsacquiom.com&gt;, Heather VanderLinden &lt;heather@vlpaintdesign.com&gt;

Attached are pictures of tracking for phone and computer and receipt for packing supplies.



Confidential        SRSAvPKT00091055

6/30/2019                                                                SRS Acquiom Mail - Office Pictures



Sent from my iPhone

On Mar 15, 2018, at 4:49 PM, Hannah Lee <hlee@srsacquiom.com> wrote:

> Hi Heather,
>
> I am confirming receipt of this email.  Thank you for sending these pictures.
>
> Best,
>
> Hannah
>
> On Thu, Mar 15, 2018 at 3:04 PM, Heather VanderLinden <heather@vlpaintdesign.com> wrote:
>> Hi Hannah-
>>
>> Attached are pictures of the office as I am leaving it with SRS's supplies. The landlord has the keys. This is Sarah's (landlord) cell phone for you to coordinate the remaining items of lease: +1 (612) 221-2556. I understand I was authorized to take the printer and the other desk. Please confirm receipt.

Confidential                                                                                                                                       SRSAvPKT00091056

6/30/2019   SRS Acquiom Mail - Office Pictures

<image2.jpeg>
<image1.jpeg>

Sent from my iPhone
[Quoted text hidden]

2 attachments


image2.jpeg
86K


image1.jpeg
80K

Confidential   SRSAvPKT00091057