# EXHIBIT 6
# TO DECLARATION OF HANNAH LEE

**SRS ACQUIOM**                                                    Emily Herber <eherber@shareholderrep.com>

# Fwd: Off-Boarding: Alex Tsarnas Termination
1 message

**Jennifer Bell** <jbell@srsacquiom.com>                            Tue, Jul 30, 2019 at 8:50 AM
To: Emily Herber <eherber@shareholderrep.com>

Alex Tsarnas

---------- Forwarded message ---------
From: **Hannah Lee** <hlee@srsacquiom.com>
Date: Mon, Jan 22, 2018 at 5:47 PM
Subject: Off-Boarding: Alex Tsarnas Termination
To: <tracker@srsacquiom.com>, Arielle Rippley <arippley@srsacquiom.com>, Jennifer Bell <jbell@shareholderrep.com>, Paul Koenig <pkoenig@srsacquiom.com>, Mark Vogel <mvogel@srsacquiom.com>, Eric Martin <emartin@srsacquiom.com>, Payroll <Payroll@shareholderrep.com>

Name: Alex Tsarnas
Manager: Paul Koenig
Last day in the office: 1/22/18
Paid through date: 1/23/18
Location: Remote office in NY & NJ
Recipient of copy of computer desktop files:  Paul Koenig
Recipient of copy of Google Drive content/files: Paul Koenig
Recipient of copy of Email Archive: Paul Koenig, Mark Vogel, and Eric Martin
Recipient of forwarded email: Eric Martin
Out of office message to run for the next 90 days:
*Thank you for contacting SRS Acquiom.  Alex Tsarnas is no longer with the company.  Your message has been forwarded to Eric Martin, Managing Director of Business Development & Client Relations.  You will hear back from Eric or a member of our team shortly.  You can also directly reach Eric at emartin@srsacquiom.com or (720) 279-0974.  Thank you.*

Paul has in his possession Alex's computer and the Denver ID card, and will deliver it on Wednesday.  The WeWork key to the NY office was given to Ben Lane.

This email also approves the shut-down of his access around 7am (MST) today.

Please let me know if you have any questions.

--
**Hannah Lee**
Director, Human Resources

M 720.370.1139
hlee@srsacquiom.com



srsacquiom.com

This email, along with any attachments, is intended for the named recipient(s) and may contain confidential or proprietary information. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message, including any attachments.

--

**Jennifer Bell**
HR Program Manager

O 720.452.0567
M 239.822.0829
jbell@srsacquiom.com



srsacquiom.com



---

This email, along with any attachments, is intended for the named recipient(s) and may contain confidential or proprietary information. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message, including any attachments.

Highly Confidential - Attorneys' Eyes Only                                                                                                                              SRSAvPKT00074536