# EXHIBIT 7
# TO DECLARATION OF JORDAN SISK

| | |
|---|---|
| **From:** | bputnam@shareholderrep.com <jira@srsacquiom.atlassian.net> on behalf of bputnam@shareholderrep.com <jira@srsacquiom.atlassian.net> |
| **To:** | hkelly@srsacquiom.com |
| **Sent:** | 6/7/2017 5:15:54 PM |
| **Subject:** | IT-6225 Re: Heather's Laptop |

bputnam@shareholderrep.com resolved this as Done.

bputnam@shareholderrep.com commented:

Assisted Heather over the phone with the migration of the old Mac contents to the new one. The migration was successful. We updated the Google Drive app and re-signed into Office365.

Thanks,

B

View request · Turn off this request's notifications

This is shared with tlever, tracker@srsacquiom.com, Paul Koenig, and 2 other people.

Help Center, powered by JIRA Service Desk, sent you this message.

Highly Confidential - Attorneys' Eyes Only                                                                                   SRSAvPKT00087523

## [IT-6225] Re: Heather's Laptop   Created: 11/May/17   Updated: 08/Jun/17   Resolved: 07/Jun/17

| Status: | Resolved |
|---|---|
| Project: | IT Support |
| Components: | None |
| Affects versions: | None |
| Fix versions: | None |

| Type: | IT Help | Priority: | Minor |
|---|---|---|---|
| Reporter: | Tom Lever | Assignee: | brunno putnam |
| Resolution: | Done | Votes: | 0 |
| Labels: | None | | |
| Remaining Estimate: | Not Specified | | |
| Time Spent: | Not Specified | | |
| Original Estimate: | Not Specified | | |

| Attachments: | Screen Shot 2017-05-15 at 15.19.40.png |
|---|---|
| Request participants: | |
| Organizations: | None |

### Description

Paul,

We will reach out to Heather and take care of this.
Thanks!

On Thu, May 11, 2017 at 10:46 AM, Paul Koenig <pkoenig@srsacquiom.com> wrote:

> Barry and Tom,
>
> Heather needs a better laptop for the work she's going with client meetings.  Can we make that happen?
>
> Thanks
>
> Paul Koenig
>
> CEO
>
> [303.957.2850|]
>
> pkoenig@srsacquiom.com
>
> SRS ACQUIOM  ELEVATE YOUR GAIN <http://srsacquiom.com/>
>
> srsacquiom.com
>
> <http://twitter.com/srsacquiom>      <https://www.linkedin.com/company/shareholder-representative-services>
>
> Securities offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc.,
> located at 1614 15th Street, Suite 200, Denver, CO 80202, and member FINRA/SIPC.
> This email, along with any attachments, is intended for the named recipient(s) and may contain
> confidential or proprietary information. If you are not an intended recipient, you may not review, copy
> or distribute this message. If you have received this communication in error, please notify us

> immediately by email and delete the original message, including any attachments.

Tom Lever

IT Technical Analyst

O 720.452.1026 <tel:720.613.1026>

tlever@srsacquiom.com

SRS ACQUIOM ELEVATE YOUR GAIN <http://srsacquiom.com/>

srsacquiom.com

<http://twitter.com/srsacquiom>     <https://www.linkedin.com/company/shareholder-representative-services>

This email, along with any attachments, is intended for the named recipient(s) and may contain confidential or proprietary information. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message, including any attachments.

## Comments

**Comment by brunno putnam [ 15/May/17 ]**

ShipTo:
132 Dunberry Pass
Hudson Wi
54016

**Comment by brunno putnam [ 15/May/17 ]**

Thunderbolt cable has been ordered from Amazon.com, and shipped to Heather's home addressed, screenshot attached.

**Comment by brunno putnam [ 16/May/17 ]**

05/16/2017 shipping date
Employee: Heather Kelly
Tracking#: 779150855866
Package name: Heather Kellys Computer
Carrier: FedEx Standard Rate

**Comment by brunno putnam [ 24/May/17 ]**

Heather has received both the laptop and the thunderbolt cable. We are going to set up a time to meet and perform the migration from the old machine to the new one sometime next week.

**Comment by brunno putnam [ 07/Jun/17 ]**

Assisted Heather over the phone with the migration of the old Mac contents to the new one. The migration was successful. We updated the Google Drive app and re-signed into Office365.

Thanks,

Confidential                                                                             SRSAvPKT00074616

B

Generated at Wed Jul 03 22:46:09 UTC 2019 by Jordan Sisk using Jira 1001.0.0-SNAPSHOT#100105-sha1:c3a2f9de99e056e32f510014bbe9ea28bddb2ed0.

Confidential                                                                                                          SRSAvPKT00074617