# EXHIBIT 2
# TO DECLARATION OF GLEN COLTHUP



# PNC PAID
## Transform M&A Payments

Find out more about the innovative online portal and how it can streamline your services.

**Contact Us**

Already a PNC PAID user?

**Login**

## IT'S QUICK AND SIMPLE AND DELIVERS PAYMENTS FASTER THAN CONVENTIONAL PROCESSES.



**Step 1: Send**

Security holders can quickly and securely review, complete, and electronically sign deal documents in minutes - from anywhere they have online access.



**Step 2: Sign**

Our personalized signing experience enables deal documents to be completed accurately the first time, saving time and expediting payments.



**Step 3: Close**

Close without the time-consuming process of printing and mailing the many deal documents.



- Eliminate paper-based payment processes in merger and acquisition (M&A) transactions.
- The online portal allows security holders to complete and submit deal documents online via mobile or desktop applications.
- It's quick and simple and delivers payments faster than conventional processes.
- Security holders can manage payment information online, choose payment method (Fedwire, ACH or check) and view their deal payment status. The easy-to-use platform is available 24/7/365.
- PNC also manages optionholder payments to former employees, eliminating the pain of keeping seller's payroll open after closing.
- Access for security holders, buyers, seller and deal counsel.

Want to learn more? **Download the PNC PAID product sheet »**

## Access a Personalized Deal Dashboard

PNC PAID provides direct access to key information on their current and prior deals. Monitor deal progress in real-time. Solicitation, payment status, transaction activity and more are immediately available.



## MAINTAIN CONTROL OF YOUR M&A DEAL

## PNC is the only bank to provide full service from end-to-end

| Pre-Closing Solicitation | Payments | Escrows | **Optionholder Payments** |



Deliver optionholder payments:

- Manage optionholder payments to former employees so that the seller's payroll does not need to remain open after closing.
- Get flexible solutions for current and former employees to ensure vested and unvested payments are made in a timely manner.

### Ready to Help.

Organizations seeking to mitigate counterparty risk often utilize an escrow solution. PNC's escrow team can provide rapid turnaround and flexible solutions for your escrow needs. Having services under the same roof saves our clients time and energy.

Learn more about PNC's escrow services »

### Contact us to get started.

All fields required.

| First Name |

| Last Name |

| Phone Number |

| Email |

| Company Name |

State

Company Position

Company Revenue

How can we help you?

Submit

Important Legal Disclosures and Information

1. **PNC General Disclosure**