# EXHIBIT 4
# TO DECLARATION OF GLEN COLTHUP

**Terms of Use**

Last Revision Date: December 4, 2018

These Terms of Use are between you and Acquiom Clearinghouse LLC and govern the terms under which you may access and use the Acquiom Clearinghouse websites (for purposes of this User Agreement, "**websites**" includes our mobile and tablet device sites and applications) and the services associated with it (together, the **"Service"**).  Acquiom Clearinghouse LLC's affiliate, Acquiom Financial LLC ("**Acquiom Financial**"), acts as a payments administrator on behalf of purchasers, sellers or shareholder representatives (collectively, "**Deal Parties**") in merger and acquisition transactions (each an "**M&A Transaction**"). Acquiom Clearinghouse LLC does not hold or at any time take possession of or have an ownership interest in acquisition payment funds, which are held by a third party financial institution as depository bank ("**Depository Bank**") in a regulated paying account and related trust or custodial account for unclaimed funds established by Acquiom Financial and authorized by the Deal Parties (the "**Paying Account**").  Acquiom Clearinghouse LLC facilitates the processing of payments by Acquiom Financial (each a "**Payment**") as directed by one or more of the Deal Parties. Neither Acquiom Clearinghouse LLC nor any of its affiliates is, or is acting in the capacity of, a bank or money transmitter.  Additional information regarding the Services may be obtained online at www.srsacquiom.com.

*Pre-Closing Solicitation Service – Special Note*: If the Service you are using at the time you access the websites consists solely of our Pre-Closing Solicitation service, where we solicit and collect certain signed documents unrelated to Payments on behalf of one or more Deal Parties in connection with an M&A Transaction, then the provisions of these Terms of Use relating to Payments or the Paying Account are not applicable and do not apply to you.  However, all other provisions of these Terms of Use apply to your use of such Service.

Except as otherwise provided below, as used throughout these Terms of Use, the terms **"Acquiom"**, **"we"**, **"us"**, and **"our"** refer to Acquiom Clearinghouse LLC, a Delaware limited liability company, together with its employees, consultants, directors, successors, affiliates (including Acquiom Financial), and assignees.   Acquiom Financial establishes and maintains the Paying Account, receives funds from the Deal Parties, and initiates payments

from the Paying Account, including the payments to you addressed in these Terms of Use. For those provisions of these Terms of Use relating to the establishment or maintenance of the Paying Account, receipt of funds from Deal Parties or payments from the Paying Account, including such provisions in the "IMPORTANT NOTICE FOR ELECTRONIC PAYMENT INSTRUCTIONS", "Receiving Payments", "Payment Delivery Delays", "ACH Authorization", "Applicable Fees and Charges", "The Paying Account", "Unclaimed Payment Funds" and "Additional Charges" sections of these Terms of Use, "**Acquiom**", "**we**", "**us**", and "**our**" refer to Acquiom Financial LLC, a Colorado limited liability company, together with its employees, consultants and directors.  Acquiom Financial is a registered broker-dealer and member of the Financial Industry Regulatory Authority and Securities Investor Protection Corporation.  The terms **"you"** and **"your"** refer to users of the Service, including any person authorized by a user to use the Service on behalf of the user as provided in these Terms of Use.  These Terms of Use, together with all items incorporated by reference, and along with any other documentation completed or used in connection with your use of the Service, including any letter of transmittal used for your M&A Transaction and any related forms or acknowledgements, constitute the entire agreement ("**Agreement**") between you and us.

### Acceptance of the Terms of Use

Please read the Terms of Use carefully. By using the website and by clicking to accept or agree to the Explicit Consent, Terms of Use, and the Privacy Policy when this option is made available to you, you accept and agree to be bound and abide by these Terms of Use and our Privacy Policy with respect to the Service. If you do not want to agree to these Terms of Use or the Privacy Policy, you must exit the website and not use our online Service.  Selecting this option may require that you submit additional documentation, the delivery and processing of which may cause you to incur additional costs, and may increase the time for delivery, in connection with your receipt of any Payment from the Paying Account.

### Privacy Policy

To view Acquiom's Privacy Policy, click here.

### Electronic Consent and Communications

By agreeing to these Terms of Use, you agree and consent to (i) electronically signing (by use of an electronic signature that evidences your identity) any

required documents and agreements, and (ii) receive electronically all communications, agreements, documents, notices and disclosures (collectively, "**Communications**") that we provide, in connection with your Acquiom Clearinghouse account ("**Account**") and your use of the Service.  Communications include: (i) this Agreement and our Privacy Policy and any amendments, modifications or supplements to them; (ii) your records of transactions through the Service; (iii) any initial, periodic or other disclosures or notices provided in connection with the Service, including without limitation those required by federal or state law and including without limitation tax forms; (iv) any customer service communications, including without limitation communications with respect to claims of error or unauthorized use of the Service; and (v) any other communication related to the Service or Acquiom.

We will provide these Communications to you by posting them on our website and/or by emailing them to you at the primary email address listed in your Account.  You agree that these are reasonable procedures for sending and receiving electronic communications.

**It is your responsibility to keep your primary email address up to date so that we can communicate with you electronically.**  You understand and agree that if we send you an electronic Communication but you do not receive it because your primary email address on file is incorrect, out of date, blocked by your service provider, or you are otherwise unable to receive electronic Communications, we will still be deemed to have provided the Communication to you.  If your email address becomes invalid such that electronic Communications sent to you by us are returned, we may deem your Account to be inactive, and you will not be able to transact any activity using your Account until we receive a valid, working primary email address from you.  You can update your primary email address at any time by contacting us via the "Contact Us" link on our website or by logging into your Account.

In order to access and retain Communications, you must have: (i) a Windows or Mac-compatible computer, Internet access with a JavaScript enabled browser with 128-bit encryption such as Microsoft Internet Explorer v.9 or later or another compatible Internet browser, (ii) an e-mail account and the capability to read e-mail from us, and (iii) a device and Internet connection capable of supporting the foregoing.

Nonconfidential - No Stamp

You may withdraw your consent to receive Communications electronically, or you may request a paper copy of a Communication, by contacting us via the "Contact Us" link on our website. If you withdraw your consent to receive Communications electronically, we reserve the right to restrict or close your Account, and there may be an additional charge for paper copies.  If you request paper copies, you understand and agree that we are authorized to charge you a fee for each Communication as specified on the Shareholder Fee Schedule.

**Eligible Users.**  By using this Service, you represent and warrant that you are 18 years or older and able to form a legally binding contract with Acquiom under applicable law.

**Authorized Persons.**  You may designate one or more persons to use the Service on your behalf in accordance with the procedures we have established for such designation. Any action or inaction of such person in connection with the Service will be deemed for all purposes to be your action or inaction. Without limiting the generality of the preceding sentence, we may rely on any instruction or request, including any document executed or provided by, such person in the same manner and to the same extent as if you had provided that instruction or request or executed or provided that document. We may rely on the continued authority of such person to act on your behalf in connection with the Service until you have withdrawn such authorization to such person in accordance with the procedures we have established for such withdrawal of authorization.

### Geographic and Currency Limitations

We make no claims that our website or any of its content is accessible or appropriate outside of the United States. If you access our website and use our Service from outside the United States, you are fully responsible for compliance with all foreign laws applicable to you and your transactions with us.

**Consent to Processing of Personal Data.**  You are agreeing to voluntarily provide information about you to us in connection with your use of the Service, knowing that the laws applicable to processing your personal information in the United States (or other countries where our third party service providers may operate) may be less stringent than the laws in your country. By using our Services and signing the Explicit Consent, if applicable, you hereby consent to the processing of your personal information in connection with the Services and as otherwise permitted by our Privacy Policy.  The processing of personal

information that we collect from you is necessary to perform the Services. You may withdraw your consent by calling us at 303-222-2080 or emailing us at info@srsacquiom.com. However, your withdrawal of consent will not affect the lawfulness of our processing of your personal information prior to such withdrawal.

Except for certain instances where we are directed explicitly by the Deal Parties, Payments are made only in US Dollars from a Paying Account located in the United States. If US Dollars is not the currency in which your receiving financial institution account is denominated, your receiving financial institution may convert the funds at its own currency exchange rate or reject the Payment, charging you associated additional fees. Certain foreign countries may impose taxes, fees or tariffs upon your receipt of a Payment. We accept no responsibility to you for any such rejection or any such fees imposed by your receiving financial institution or otherwise upon receipt of your Payment in a foreign country.

### Providing and Verifying Information

You authorize us, directly or through third parties, to make any inquiries we consider necessary to validate your identity or the information that you provide to us. This may include asking you for additional information, requiring you to provide your taxpayer identification number and/or other information that will allow us to reasonably identify you, requiring you to take steps to confirm ownership of your e-mail address or financial institution accounts, or verifying your information against third party databases or through other sources. By providing us with a telephone number (including a mobile telephone number), you agree to receive autodialed and prerecorded message calls at that number. Upon request, you agree to execute and deliver any additional documents reasonably necessary or desirable to act on your Account or process a Payment to you, whether required by the Deal Parties or required by us. You acknowledge that the delivery of any documents, securities or other materials to us will be effected, and the risk of loss and title to any such documents, certificates or other materials, if any, will pass only upon receipt of such documents, certificates or other materials by us. We shall have no liability in the event that a Payment is processed at the direction of an individual who properly answers the security questions for an Account and/or can provide additional requested documentation (even if false or forged). We reserve the right to close, suspend or limit access to your Account and/or the Service in the event we are unable to obtain or verify this information. In such case, we will work with you on

alternative methods for processing any pending Payments that you are entitled to receive, which may result in delays and additional costs to you with respect to your receipt of any such Payments.

Please note that if you choose to send any confidential information such as social security or account numbers to us via an unsecured email it is possible that the information could be intercepted during transmission.  We are not responsible for any data breach on unencrypted transmissions of information or materials from you or the Deal Parties. We suggest that such confidential information be delivered via the Clearinghouse platform or via secure email.

We rely on the information provided from you and the Deal Parties. By providing information, you represent that any such information you or someone acting or purporting to act on your behalf provide is true and accurate.  We shall have no liability for relying upon and taking any action based upon any information provided by you or someone acting or purporting to act on your behalf or the Deal Parties.  In addition, we shall have no liability to you for any damages whatsoever that you may incur as a result of us following any instructions that you or someone acting or purporting to act on your behalf provide or following the instructions or other directions, whether joint or singular, that we receive from the Deal Parties. By submitting any information or initiating any transaction on an Account, you represent that you or someone acting or purporting to act on your behalf are an authorized person to act on such Account.

**IMPORTANT NOTICE FOR ELECTRONIC PAYMENT INSTRUCTIONS:** MAKE SURE THE ACCOUNT NUMBER AND FINANCIAL INSTITUTION DETAILS FOR YOUR RECEIVING FINANCIAL INSTITUTION ACCOUNT ARE CORRECT BEFORE COMPLETING YOUR PAYMENT REQUEST TRANSACTION. IF THE ACCOUNT NUMBER OR FINANCIAL INSTITUTION DETAILS ARE INCORRECT, MONEY MAY BE SENT TO THE WRONG ACCOUNT AND MAY NOT BE RECOVERABLE.  We rely upon the payment instructions information you provide us to send your Payment. Please review all transaction details for accuracy before completing your transaction.  Failure to provide accurate and complete electronic payment instructions may cause delays in processing or Payments to be returned.  We may rely solely on the account numbers and identifying numbers that you provide for identifying a receiving financial institution and your receiving financial institution account, regardless of whether or not you also provide the name of the financial institution or the holders on such receiving

accounts and regardless of whether or not the provided name(s) correspond to the provided number(s).  By initiating a transaction to the receiving financial institution account you provide, you affirm that you are the owner of such receiving account (or an authorized agent of the owner) and have the authority to initiate the transaction.

**Password and Permissions**

You must use your user ID and a private password created by you that permits access to your Account (your "**Password**") to conduct any transactions on your Account. You agree that your Password has the same effect as your written signature and can be used to authorize such transactions on your Account. If you give your Password to another person, you will be deemed to have authorized such person to use that Password for any and all purposes, without limitation.  By using the Password to electronically sign documents, you are representing that either you are an authorized signer or that you have authority to apply the signature of an authorized signer with the intention of providing an electronic signature that is binding on you or the entity you represent and to be given the same legal effect as manual signatures.  If your securities were jointly owned with another person, then you are providing such electronic signature on behalf of all owners. You agree to assume the entire responsibility at all times for the supervision, management, control and confidentiality of your Password. You agree that, to the extent permitted by law, you will assume the entire risk for fraudulent or unintentional use of your Password and that we shall not have any responsibility or liability to you or any other person for any losses or damages which you or anyone else may suffer resulting from the misuse of your Password.  Contact us immediately  through any means described at the "Contact Us" link on our website, if you believe your Password has been lost or stolen or if any transaction conducted on your Account is unauthorized.

If you grant express permission to a third party to take specific actions on your behalf, or access particular information about your Account, through your Account profile or otherwise, you acknowledge that we may disclose the information about your Account that is specifically authorized by you to this third party. You also acknowledge that granting permission to a third party to take specific actions on your behalf does not relieve you of any of your responsibilities under this Agreement. Further, you acknowledge and agree that you will not hold us responsible for, and will indemnify us from, any liability arising from the

actions or inactions of this third party in connection with the permissions you grant.

### Receiving Payments

You may receive Payments by electronic transfer via direct deposit through the Automated Clearing House (ACH) network or wire transfer, or by physical check delivered to an address provided.  Unless explicitly engaged to do otherwise by the Deal Parties, payments will be made only in US Dollars.  The specific amount of each Payment is set by the Deal Parties and cannot be changed without their instruction to do so.  Subsequent Payments will be made using the same method as your initial Payment, at our discretion, unless you indicate otherwise through verified update of your payment instructions.

Direct Deposit/ACH is only available to certain accounts at U.S. financial institutions. You must confirm that your financial institution accepts Direct Deposit/ACH payments to your account and verify the account information you provide with your financial institution.  Once initiated, Direct Deposit/ACH transactions are typically credited to your receiving account within one business day, but may not be visible in your account or available to you for an additional 1-2 business days. Your financial institution may delay availability for a longer period of time under certain circumstances. Please consult your financial institution for its availability policy. In the event of a duplicate payment, overpayment, fraudulent payment, or payment made in error, you hereby authorize the reversal of such erroneous payment in accordance with the rules of the National Automated Clearinghouse Association. In the event this reversal is returned unpaid, you acknowledge and agree that you are obligated to refund to us and we may recover from you such erroneous payment by any means available to us.

Payments via wire transfer are subject to standard fees.  In the event of a duplicate payment, overpayment, fraudulent payment, or payment made in error, pursuant to the authorization you have provided in these Terms of Use, you authorize the reversal of such erroneous payment through a single Direct Deposit/ACH electronic debit in the amount of such erroneous payment from your receiving financial institution account. In the event this reversal is returned unpaid, you acknowledge and agree that you are obligated to refund to us and we may recover from you such erroneous payment by any means available to us.

If your account is with a non-bank financial institution such as a brokerage or mutual fund, you should contact the financial institution to confirm that wire transfer or Direct Deposit/ACH payment is possible for your account and to obtain the correct payment information. Direct Deposit/ACH may not be available for payments to accounts at non-bank financial institutions.

We are not responsible for any fees or charges that may be imposed by your receiving financial institution or for any other action or inaction taken by your receiving financial institution. Should your Payment be returned or rejected, fees may be charged by your financial institution. Also, your financial institution may charge a fee for processing incoming wire transfers or Direct Deposit/ACH payments. Any such fees would be in addition to the fees described herein.

Payments by check are subject to standard fees. You may elect to receive Payment in the form of a check or will be deemed to have elected a check if no electronic payment instructions are provided. Checks will be mailed to the address on file or to an address that you expressly provide for such Payment. **Please note: It is your responsibility to keep your address up-to-date and correct.** Checks will be made payable only to the registered holder on file as provided by the Deal Parties, unless you have completed the additional verification process to have your Payment delivered to another person.

In order to manage risk, we may limit the payment methods available for your Payment. If Direct Deposit/ACH is unavailable for your Payment for this reason, then we may waive our fee for wire of your Payment as an alternative to Direct Deposit/ACH.

By requesting a Payment through the Service, you acknowledge and agree that you are also authorizing Acquiom to debit an amount equal to your net Payment plus applicable fees from the Paying Account, for credit to you (with respect to the net Payment) and to Acquiom (for any applicable fees deducted from the gross Payment amount).

We shall have no obligation to effect a Payment unless sufficient funds are available in the Paying Account, and we shall have no liability if a Payment is not effected as a result of the unavailability of sufficient funds in the Paying Account.

We reserve the right, in our sole discretion, to require additional information to complete the processing of a Payment and/or take reasonable measures with respect to any Payment in an effort to comply with applicable laws and regulations.

**Payment Delivery Delays.** Your Payment may be delayed or suspended in the course of our efforts to verify your identity, validate your payment instructions and receiving financial institution details, receive instruction from or verify information with the Deal Parties, contact and locate you or your agent, or otherwise comply with applicable law. We have the right to suspend the processing of a Payment (or may reverse the process for a pending Payment) at any time if: we have reason to believe that such Payment may not be authorized by you or we have some other security or other concern; such Payment involves funds subject to a hold, dispute or legal process; such Payment would violate any law, rule or regulation applicable to the Service, us, the Depository Bank, you or the financial institution where your bank account is held; such Payment is not in accordance with any other requirement stated in this Agreement or any of our policies, procedures or practices; or for our protection or yours, we have reasonable cause not to process a Payment request. You agree that we shall not be held responsible or liable to you or any other person for such action.

**System Malfunctions and Other Limitations.** We shall not be liable for any loss or damage resulting from a cause outside of our direct control, including the failure of electronic or mechanical equipment or communication lines, telephone or other interconnection problems, computer viruses, software failure, including among other things, bugs, errors, viruses, configuration problems, incompatibility of systems, utilities or applications, the operation of firewalls or screening programs, unreadable codes, or irregularities within particular documents or other content, "hacking," overload of system capacities, unauthorized access, theft, operator error, severe weather, fires, earthquakes, natural disasters, strikes or other labor problems, wars, acts of terrorism, or government restrictions, or for any information lost due to malfunction or loss of any computer, database or email systems.

**ACH Authorization.** You hereby authorize electronic debit from your receiving financial institution account that you most recently provided to us in connection with your use of the Service to: (i) reverse a duplicate payment, overpayment, fraudulent payment or payment made in error; (ii) pay any fees or charges owed

to us remaining due and unpaid that cannot be deducted from a Payment; or (iii) pay any other amounts owed to us that cannot be deducted from a Payment. You understand that this authorization will remain in full force and effect until you terminate your use of the Service in accordance with our procedures for such termination.

### Applicable Fees and Charges

The standard rates for all fees and charges referenced herein are described in our Shareholder Fee Schedule.  To view our current Shareholder Fee Schedule, click here.  In consideration of your use of the Service, you agree to pay the fees or charges, if any, applicable to your Payment or your Account in the manner provided below. Fees are subject to change from time to time.  Fees will be charged at our then-standard rate at the time of the applicable service.

If any fee or charge applies to your Payment or your Account, you authorize us to deduct such applicable fees or charges then due directly from your Payment.  Additional fees apply in the event your Payment is returned or rejected for any reason, unless caused solely by our error.  You understand and agree that such returned item fee will be deducted from your Payment amount, in addition to any standard fee for the chosen payment method when your Payment is re-processed a subsequent time.  If the fees applicable to your Payment exceed the gross Payment amount, then you will be deemed to have forfeited your entire Payment amount to Acquiom.  In addition to such forfeiture, you understand and agree that you may be liable to Acquiom to the extent applicable fees or charges exceed the amount of the forfeited Payment amount.  If there are no pending Payments at the time that any fees or charges remain due and unpaid, you authorize us to deduct the remaining due amounts from any subsequent Payment that may be made to you (for example, upon release of escrowed funds distributed through the Paying Account).  If due and unpaid amounts owed to us cannot be deducted from any Payment, then you agree to make other reasonable arrangements to timely pay such amounts in full to us, including, if available, pursuant to the authorization you have provided in these Terms of Use, via a single Direct Deposit/ACH electronic debit in the amount remaining unpaid and then owed to us, from your receiving financial institution account that you most recently provided to us in connection with your use of the Service.

Nonconfidential - No Stamp

Fees applicable to your Payment will be made aware to you as you elect your Payment method and then summarized in detail on your remittance.

**Account Records.** Records of all Payments involving your Account will be posted and updated on the website on a continuing basis. You may access these records at any time by logging into your Account.

## The Paying Account

The Paying Account used to process payments hereunder is a regulated broker-dealer account for the exclusive benefit of Acquiom Financial customers. The Paying Account is non-interest bearing and you will not earn any interest or other earnings on funds deposited into the Paying Account.

We may receive fees from the Deal Parties and the Depository Bank in connection with the services provided under this Agreement. Fees we receive from the Depository Bank may be paid as either transaction fees for service or a referral fee, calculated as a percentage of the average balances referred to the Depository Bank whether held as bank deposits at the Depository Bank or in alternative investments such as mutual funds. The Depository Bank may receive fees from third parties or otherwise derive value based on all assets held in the Paying Account.

**Taxes.** It is your responsibility to determine what, if any, taxes apply to the Payments you receive, and it is your responsibility to, and you agree to, report and remit the correct tax to the appropriate tax authority. We will send or make available to you a year-end statement containing information regarding your Payments that will assist you in determining your tax reporting and tax payment obligations. If instructed to by the Deal Parties or if required by law, we will report to the Internal Revenue Service the total amount of Payments you receive each calendar year. Notwithstanding the foregoing, we shall have no liability to you for the failure to report or remit any taxes associated with your Payment.

**Unclaimed Payment Funds.** If we have been unable to effect the delivery of Payment to you, then with respect to funds remaining in the Paying Account for your benefit for more than one year (or whatever time period is prescribed in the agreements governing your M&A Transaction), we may eventually return such funds to the purchaser in your M&A Transaction or, if required, escheat (send) your funds to your state of residency. We will determine your residency based on

the state listed in your primary address as provided by you or the Deal Parties. If your address is unknown or registered in a foreign country, your funds will be escheated to the state of Delaware.

**Court Orders or Other Legal Process.** In the event that any funds held for your benefit in the Paying Account shall be attached, garnished or levied upon by any court order, or the delivery thereof shall be stayed or enjoined by an order of a court, or any order, judgment or decree shall be made or entered by any court order affecting such funds, we are hereby expressly authorized, in our sole discretion, to obey and comply with all writs, orders or decrees so entered or issued, and in the event that we obey or comply with any such writ, order or decree, we shall not be liable to you or any third party, by reason of such compliance notwithstanding such writ, order or decree be subsequently reversed, modified, annulled, set aside or vacated.

### Limitations of Liability

YOU HEREBY AGREE THAT WE SHALL NOT BE LIABLE FOR ANY ACTION TAKEN OR OMITTED TO BE TAKEN BY US IN CONNECTION WITH THIS AGREEMENT OR PROVIDING THE SERVICE, EXCEPT TO THE EXTENT THAT ANY LOSSES OR DAMAGES INCURRED BY YOU AS A RESULT THEREOF HAVE BEEN PRIMARILY CAUSED BY OUR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT. OUR LIABILITY, AND THE LIABILITY OF OUR PARENT AND AFFILIATES, AND OUR AND THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES, SUPPLIERS AND SERVICE PROVIDERS, TO YOU OR ANY THIRD PARTIES IN ANY CIRCUMSTANCE IS LIMITED TO THE PROXIMATELY CAUSED ACTUAL AMOUNT OF DIRECT DAMAGES NOT TO EXCEED THE LESSER OF THE PAYMENT(S) SUBJECT TO OUR GROSS NEGLIGENCE OR WILLFUL MISCONDUCT OR ONE HUNDRED THOUSAND DOLLARS ($100,000). IN NO EVENT SHALL WE, OUR PARENT AND AFFILIATES, AND THE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES, SUPPLIERS AND SERVICE PROVIDERS OF ACQUIOM, OUR PARENT OR OUR AFFILIATES BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, CONSEQUENTIAL, PUNITIVE OR EXEMPLARY LOSSES OR DAMAGES OF ANY KIND (INCLUDING BUT NOT LIMITED TO LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, AND LOSS OF DATA) ARISING OUT OF OR IN CONNECTION WITH OUR WEBSITE, THE SERVICE, OR THIS AGREEMENT (HOWEVER ARISING,

INCLUDING NEGLIGENCE), EVEN IF FORESEEABLE OR IF SUCH PARTY HAS BEEN ADVISED OF THE POSSIBILITY OR LIKELIHOOD OF SUCH LOSS OR DAMAGE.  IN ADDITION, ACQUIOM, OUR PARENT, AND AFFILIATES, AND THEIR RESPECTIVE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES, SUPPLIERS, AND SERVICE PROVIDERS ARE NOT LIABLE, AND YOU AGREE NOT TO HOLD THESE PARTIES RESPONSIBLE, FOR ANY DAMAGES OR LOSSES OF ANY KIND RELATED DIRECTLY OR INDIRECTLY TO THE OCCURRENCE OR EXISTENCE OF ANY FACTS REPRESENTING AN EXCEPTION TO OUR LIABILITY AS STATED ANYWHERE IN THIS AGREEMENT.

THE FOREGOING DOES NOT AFFECT ANY LIABILITY WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

### Disclaimer of Warranty

BECAUSE OF THE POSSIBILITY OF HUMAN AND MECHANICAL ERROR AS WELL AS OTHER FACTORS, OUR WEBSITE AND THE SERVICE ARE PROVIDED "AS IS" AND WITHOUT ANY REPRESENTATION OF WARRANTY, WHETHER EXPRESS, IMPLIED OR STATUTORY.  ACQUIOM, OUR PARENT AND AFFILIATES, AND THE OFFICERS, DIRECTORS, AGENTS, JOINT VENTURERS, EMPLOYEES, SUPPLIERS AND SERVICE PROVIDERS OF ACQUIOM, OUR PARENT OR OUR AFFILIATES, SPECIFICALLY DISCLAIM ANY IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT.

THE FOREGOING DOES NOT AFFECT ANY WARRANTIES WHICH CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**Indemnification**. You agree to defend, indemnify and hold harmless Acquiom, our parent, affiliates and the officers, directors, agents, joint venturers, employees, suppliers and service providers of Acquiom, our parent, or our affiliates, from and against any and all losses, damages, liabilities, and claims and all fees, costs, and expenses of any kind related thereto (including, without limitation, reasonable attorneys' fees) (collectively "Losses"), including without limitation any Losses arising under our agreement with the Depository Bank, arising out of, in connection with or resulting from: your breach of this Agreement or any action taken or omitted to be taken by you in contravention of any term of this Agreement; charges, fees, taxes, fines, penalties and the like imposed by

Nonconfidential - No Stamp

third parties (including governmental entities) that are your responsibility as contemplated by this Agreement; your use of our website or the Service in any manner or for any purpose other than as expressly authorized in this Agreement; and/or your violation of any law or the rights of a third party.

**Governing Law.**  These Terms of Use and any dispute or claim arising out of, or related to, them, their subject matter or their formation (in each case, including non-contractual disputes or claims) shall be governed by and construed in accordance with the internal laws of the State of Colorado without giving effect to any choice or conflict of law provision or rule (whether of the State of Colorado or any other jurisdiction).

### Dispute Resolution

*Contact Us First.*  If a dispute arises between you and us, our goal is to learn about and address your concerns and, if we are unable to do so to your satisfaction, to provide you with a neutral and cost effective means of resolving the dispute quickly. Disputes between you and us regarding the Service may be reported to our customer service by contacting us through any means described at the "Contact Us" link on our website.

*Agreement to Arbitrate.* **You agree that any and all disputes or claims that have arisen or may arise between you and us (including statutory consumer claims, if applicable) shall be resolved exclusively through final and binding non-appearance based arbitration, rather than in court, except that you may assert claims in small claims court, if your claims qualify. The Federal Arbitration Act governs the interpretation and enforcement of this Agreement to Arbitrate. YOU AGREE THAT YOU MAY BRING CLAIMS AGAINST US ONLY ON AN INDIVIDUAL BASIS AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE ACTION OR PROCEEDING.**

The arbitration will be conducted by the American Arbitration Association ("AAA") under its rules and procedures, including the AAA's Supplementary Procedures for Consumer-Related Disputes (as applicable), as modified by this Agreement to Arbitrate.  The arbitration shall be conducted by telephone, online and/or be solely based on written submissions and shall not involve any personal appearance by the parties or witnesses unless otherwise mutually agreed by the parties.  The arbitrator's award shall be final and binding, and judgment on the

Nonconfidential - No Stamp

award rendered by the arbitrator may be entered in any court having jurisdiction thereof.

**Intellectual Property.**  All right, title and interest in and to our website and its entire contents, features and functionality (including but not limited to all information, software, text, displays, images, video and audio, and the design, selection and arrangement thereof), the Service, the technology related to the Service, and any and all technology and any content created or derived from any of the foregoing is the exclusive property of Acquiom and its licensors and are protected by United States and international copyright, trademark, patent, trade secret and other intellectual property or proprietary rights laws.  Our website and the Service may be used only for the purpose permitted by these Terms of Use.   You may view and retain a copy of the pages of the website only for your own personal, non-commercial use. You may not duplicate, publish, modify, create derivative works from, participate in the transfer of, post on the World Wide Web, or in any way distribute or exploit the website, the Service or any portion thereof for any public or commercial use without the express written consent of Acquiom. You shall not (i) use any robot, spider, scraper or other automated device to access the website or Service; or (ii) remove or alter any author, trademark or other proprietary notice or legend displayed on the website (or printed pages thereof). The name Acquiom and other names and indicia of ownership of the Service are the exclusive marks of Acquiom or other third parties. Other product, service and company names appearing on the website may be trademarks of their owners.

**Links to Other Sites.**  Our website may contain links and pointers to other non-Acquiom websites, and Acquiom has no control over the content on such non-Acquiom websites. If you choose to follow a link to a website not controlled by Acquiom, Acquiom makes no warranties, either express or implied, concerning the content of such site, including the accuracy, completeness, reliability or suitability thereof for any particular purpose, nor does Acquiom warrant that such site or content is free from any claims of copyright, trademark or other infringement of the rights of third parties or that such site or content is devoid of viruses or other contamination.  Links to non-Acquiom sites do not imply any endorsement of or responsibility for the opinions, ideas, products, information or services offered at such sites, or any representation regarding the content at such sites.  You agree that reliance upon any opinion, advice, or information

displayed on or otherwise available through any linked non-Acquiom site shall be at your sole risk.

**Investment Products.**  Any information on our website regarding any investment product or service is for informational purposes only and is not intended as an offer or solicitation for the sale of any investment product or service or a recommendation or determination by Acquiom that any investment product or service is suitable for a specific investor. Investors should seek financial advice regarding the suitability of any investment product or service, based on the investor's objectives, financial situation and particular needs.

**Miscellaneous.**  This Agreement supersedes all prior understandings and cannot be modified orally. To the extent there is any inconsistency between the Terms and Conditions of the Acquiom Clearinghouse websites and the Terms and Conditions of your Letter of Transmittal, the Terms and Conditions of the Acquiom Clearinghouse websites shall prevail. We may assign this Agreement or delegate certain of our rights and responsibilities under this Agreement to third parties without notice to you and without your consent. You agree that Acquiom Financial is a third party beneficiary of the provisions of these Terms of Use that reference Acquiom Financial or the rights and responsibilities under this Agreement that Acquiom Clearinghouse LLC has assigned or delegated to Acquiom Financial and, accordingly, Acquiom Financial may enforce against you those provisions of these Terms of Use and rights and responsibilities. If any Agreement provision is found invalid, all remaining provisions shall be valid. As between you and us, the English language version controls if there is an inconsistency between English and non-English Agreement versions. You represent that your use of the Service does not violate this Agreement or any law.

**Changes.**  We may revise and update these Terms of Use from time to time in our sole discretion by posting a revised version on our website with a new "Last Revision" date. Except as otherwise required by law, the revised version will be effective at the time we post it. You are expected to check this website from time to time to take notice of any changes we made, as they are binding on you. Your continued use of the website following the posting of revised Terms of Use means that you accept and agree to the changes.

**Acquiom Clearinghouse LLC - Shareholder Fee Schedule\***

*Payments Administration Services*

**Included at No Cost**

- *No-Fee Shareholder Distributions and Expense Account Payments*:
  - US$ Domestic Direct Deposit/ACH Payments

**Additional Charges**

- *Shareholder and Expense Account Payment Fees*: Fees for payments to shareholders are deducted from the payment amounts. Fees to third parties are charged to the Expense Account or Purchaser, as applicable.
  - US$ Checks to U.S. Addresses: up to $40
  - US$ Checks to Non-U.S. Addresses: up to $40
  - Domestic Wire: up to $40
  - International Wire: up to $40
  - Foreign Currency Payments: Subject to Standard Fees
  - Returned Item Fee: $100
  - Paper Copy Fee: no fee currently

*US domestic mail service upgrades and international mailings subject to standard fees.*

*Reflects Acquiom's standard rates as of the date of this Agreement. Fees are subject to change from time to time. Fees will be charged at Acquiom's then-standard rate at the time of applicable service.