# EXHIBIT 5
# TO DECLARATION OF GLEN COLTHUP

Terms & Conditions from main website

PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. BY AGREEING TO THE EXPLICIT CONSENT OR ACCESSING OR USING THIS WEBSITE (DEFINED BELOW) OR ITS AFFILIATED SYSTEMS YOU AGREE TO BE BOUND BY THE TERMS AND CONDITIONS BELOW. THESE TERMS AND CONDITIONS ARE SUBJECT TO CHANGE. ANY CHANGES WILL BE INCORPORATED INTO THE TERMS AND CONDITIONS POSTED TO THIS WEBSITE FROM TIME TO TIME. IF YOU DO NOT AGREE WITH THESE TERMS AND CONDITIONS, PLEASE DO NOT ACCESS OR USE THIS WEBSITE OR THE AFFILIATED SYSTEMS. Unauthorized use of the websites of SRS Acquiom Inc. ("SRS Acquiom") or its affiliates, including but not limited to unauthorized entry into SRS Acquiom's systems, misuse of passwords, or misuse of any information posted to a site, is strictly prohibited. You acknowledge that SRS Acquiom may disclose and transfer any information that you provide through this Website (i) to SRS Acquiom's affiliates, agents or third party service providers; (ii) to any other person or entity with your consent; or (iii) if we have a right or duty to disclose or are permitted or compelled to so disclose such information by law. You consent to the transmission, transfer or processing of such information to, or through, any country in the world, as we deem necessary or appropriate, and by using and providing information through this Website you agree to such transfers. Use of this Website may be monitored, tracked and recorded. Anyone using this Website expressly consents to such monitoring, tracking and recording.

**PRIVACY POLICY**

To view the SRS Acquiom Privacy Policy,            .

**COOKIES**

Cookies are pieces of information stored directly on the computer you are using. SRS Acquiom, or our third-party service providers, may place cookies or Flash objects on your hard drive for security purposes, to facilitate site navigation and to personalize your experience. When you visit our Website, we use cookies to monitor your experience.

To view the SRS Acquiom Cookie Notice, **click here**

**COPYRIGHT AND USE OF MATERIALS**

Copyright 2019 by SRS Acquiom Inc., 950 17th Street, Suite 1400, Denver, CO 80202, USA. All rights reserved. The works of authorship contained in the                 website, any srsacquiom.com subdomain, and/or any other SRS Acquiom-owned website (collectively, the "Website"), including but not limited to all design, text, sound recordings, videos, images, and Interactive Content (defined below) (collectively, "Works"), are owned, except as otherwise expressly stated, by SRS Acquiom or its subsidiaries. Except as otherwise expressly stated herein, Works may not be copied, transmitted, displayed, performed, distributed (for compensation or otherwise), licensed, altered, framed, stored for subsequent use or otherwise used in whole or in part in any manner without SRS Acquiom's prior written consent, except to

Nonconfidential - No Stamp                                                                                                       SRSAvPKT00074970

Terms & Conditions from main website

the extent permitted by the Copyright Act of 1976 (17 U.S.C. § 107), as amended, and then, only with notices of SRS Acquiom's proprietary rights; provided that you may transmit, display, download, and print Works for your personal use, so long as you do not remove any copyright or other notice as may be contained in such Works, as downloaded.

**WEB CONTENT AND MATERIALS**

The information on this Website is for informational purposes only. It is believed to be reliable, but SRS Acquiom does not warrant its completeness, timeliness or accuracy. The information and materials contained in this Website – and the terms and conditions of the access to and use of such information and materials – are subject to change without notice. You agree that (i) you will not engage in any activities related to the Website that are contrary to applicable law, regulation or the terms of any agreements you may have with SRS Acquiom, and (ii) in circumstances where locations of the Website require identification for process, you will establish commercially reasonable security procedures and controls to limit access to your password or other identifying information to authorized individuals.

SRS ACQUIOM OR ITS SUPPLIERS MAY DISCONTINUE OR MAKE CHANGES IN THE INFORMATION, PRODUCTS OR SERVICES DESCRIBED HEREIN AT ANY TIME WITHOUT PRIOR NOTICE TO YOU AND WITHOUT ANY LIABILITY TO YOU. ANY DATED INFORMATION IS PUBLISHED AS OF ITS DATE ONLY, AND SRS ACQUIOM DOES NOT UNDERTAKE ANY OBLIGATION OR RESPONSIBILITY TO UPDATE OR AMEND ANY SUCH INFORMATION. SRS RESERVES THE RIGHT TO TERMINATE ANY OR ALL WEBSITE OFFERINGS OR TRANSMISSIONS WITHOUT PRIOR NOTICE TO THE USER. FURTHERMORE, BY OFFERING THIS WEBSITE AND INFORMATION, PRODUCTS OR SERVICES VIA THIS WEBSITE, NO DISTRIBUTION OR SOLICITATION IS MADE BY SRS ACQUIOM TO ANY PERSON TO USE THE WEBSITE OR SUCH INFORMATION, PRODUCTS OR SERVICES IN JURISDICTIONS WHERE THE PROVISION OF THE WEBSITE AND SUCH INFORMATION, PRODUCTS OR SERVICES IS PROHIBITED BY LAW.

**POTENTIAL DISRUPTION OF SERVICE**

Access to the Website may from time to time be unavailable, delayed, limited or slowed due to, among other things:

- hardware failure, including but not limited to failures of computer systems, servers, networks, telecommunication lines and connections, and other electronic and mechanical equipment;
- software failure, including among other things, bugs, errors, viruses, configuration problems, incompatibility of systems, utilities or applications, the operation of firewalls or screening programs, unreadable codes, or irregularities within particular documents or other content;
- overload of system capacities;

Terms & Conditions from main website

- damage caused by severe weather, earthquakes, wars, insurrection, riots, civil commotion, act of God, accident, fire, water damage, explosion, mechanical breakdown or natural disasters;
- interruption (whether partial or total) of power supplies or other utility of service;
- strike or other stoppage (whether partial or total) of labor;
- governmental or regulatory restrictions, exchange rulings, court or tribunal orders or other human intervention; or
- any other cause (whether similar or dissimilar to any of the foregoing) whatsoever beyond the control of SRS Acquiom.

**LINKS TO OTHER SITES**

Links to non-SRS Acquiom Websites are provided solely as pointers to information on topics that may be useful to the Websites, and SRS Acquiom has no control over the content on such non-SRS Acquiom Websites. If you choose to link to a Website not controlled by SRS Acquiom, SRS Acquiom makes no warranties, either express or implied, concerning the content of such site, including the accuracy, completeness, reliability or suitability thereof for any particular purpose, nor does SRS Acquiom warrant that such site or content is free from any claims of copyright, trademark or other infringement of the rights of third parties or that such site or content is devoid of viruses or other contamination. SRS Acquiom does not guarantee the authenticity of documents on the Internet. Links to non-SRS Acquiom sites do not imply any endorsement of or responsibility for the opinions, ideas, products, information or services offered at such sites, or any representation regarding the content at such sites.

**INTERACTIVE CONTENT**

SRS Acquiom may make interactive online content ("Interactive Content"), such as MarketStandard™, available to you through the Website. Any access to Interactive Content granted to you by SRS Acquiom (including but not limited to access granted through an account) constitutes a limited, non-exclusive, non-transferable, non-sublicenseable, revocable license to use Interactive Content. For clarity, you may not share access granted to you with any other person or entity. Your use is limited to a single license to be used with a single account on your desktop computer, laptop computer, tablet, mobile phone, smartphone, or other similar device. You agree to provide true, accurate, current, and complete information about yourself in connection with accessing, or requesting access to, Interactive Content. If you provide any untrue, inaccurate, outdated, or incomplete information, SRS Acquiom may suspend or terminate your access without notice. SRS Acquiom is entitled to assume that any instruction transmitted using your account details, where the requisite account and password information in relation to your account has been provided, has been transmitted by you or by a person duly authorized by you, and SRS Acquiom may rely upon such instruction without liability. You must immediately inform SRS Acquiom if you are aware or suspect that your username or password has been compromised or if you suspect that any person other than you or any duly authorized third party is using your account. You do not acquire any express or implied rights in Interactive Content. SRS

Terms & Conditions from main website

Acquiom shall retain all right, title and interest in Interactive Content, including without limitation, any and all copies, improvements, enhancements, modifications and derivative works. You shall reproduce all titles, trademarks, copyright, and restricted rights notices contained in Interactive Content in any copies made thereof, and all such copies shall be subject to these terms and conditions. All suggestions for correction, improvement or modification to Interactive Content made by you ("Feedback") and all intellectual property rights therein will be the sole and exclusive property of SRS Acquiom. You hereby assign and agree to assign any and all rights, title, and interest in and to such Feedback and all intellectual property rights therein to SRS Acquiom. You shall not (i) reverse engineer, disassemble, decompile or cause any other attempt to derive (a) the data set underlying Interactive Content, either in part or in whole, or (b) the identity of any individual acquisition(s) included in the Interactive Content data set; (ii) distribute, use, copy, modify, rent, lease, sublease, sublicense, or transfer Interactive Content; or (iii) create any derivative works based on Interactive Content. Interactive Content is provided "as is", and its accuracy and reliability are not guaranteed.

**LIMITATION OF LIABILITY**

BECAUSE OF THE POSSIBILITY OF HUMAN AND MECHANICAL ERROR AS WELL AS OTHER FACTORS, THE WEBSITE (INCLUDING ALL INFORMATION AND MATERIALS CONTAINED ON THE WEBSITE) IS PROVIDED "AS IS" "AS AVAILABLE". SRS ACQUIOM AND THIRD PARTY DATA PROVIDERS ARE NOT PROVIDING ANY WARRANTIES AND REPRESENTATIONS REGARDING THE WEBSITE. SRS ACQUIOM AND THIRD PARTY DATA PROVIDERS DISCLAIM ALL WARRANTIES AND REPRESENTATIONS OF ANY KIND WITH REGARD TO THE WEBSITE, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT OF THIRD PARTY RIGHTS, FREEDOM FROM VIRUSES OR OTHER HARMFUL CODE, OR FITNESS FOR ANY PARTICULAR PURPOSE. SRS ACQUIOM AND THIRD PARTY DATA PROVIDERS DO NOT WARRANT THE ACCURACY, ADEQUACY, OR COMPLETENESS OF THE INFORMATION AND MATERIALS CONTAINED ON THE WEBSITE AND EXPRESSLY DISCLAIMS LIABILITY FOR ERRORS OR OMISSIONS IN THE MATERIALS AND INFORMATION. FURTHERMORE, SRS ACQUIOM AND ITS AFFILIATES WILL NOT BE LIABLE FOR ANY DELAY, DIFFICULTY IN USE, COMPUTER VIRUSES, MALICIOUS CODE, OR OTHER DEFECT IN WEBSITE, ANY INCOMPATIBILITY BETWEEN THE WEBSITE AND THE USER'S FILES AND THE USER'S BROWSER OR OTHER SITE ACCESSING PROGRAM, OR ANY OTHER PROBLEMS EXPERIENCED BY THE USER DUE TO CAUSES BEYOND SRS ACQUIOM AND ITS AFFILIATES' CONTROL. NO LICENSE TO THE USER IS IMPLIED IN THESE DISCLAIMERS. NOTHING HEREIN SHALL BE CONSTRUED AS LIMITING OR REDUCING SRS ACQUIOM'S RESPONSIBILITIES AND OBLIGATIONS TO CLIENTS IN ACCORDANCE WITH APPLICABLE LAWS AND REGULATIONS. UNDER NO CIRCUMSTANCES WILL SRS ACQUIOM BE LIABLE FOR ANY LOST PROFITS, LOST OPPORTUNITY OR ANY INDIRECT, CONSEQUENTIAL, INCIDENTAL, SPECIAL, PUNITIVE, OR EXEMPLARY DAMAGES ARISING OUT OF ANY USE OF OR INABILITY TO USE THE WEBSITE OR ANY PORTION THEREOF,

Nonconfidential - No Stamp

Terms & Conditions from main website

REGARDLESS OF WHETHER SRS HAS BEEN APPRISED OF THE LIKELIHOOD OF SUCH DAMAGES OCCURRING AND REGARDLESS OF THE FORM OF ACTION, WHETHER IN CONTRACT, WARRANTY, TORT, (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE.

**ENFORCEABILITY AND GOVERNING LAW**

In the event that any of the terms or provisions of these Terms and Conditions shall be held to be unenforceable, the remaining terms and provisions shall be unimpaired and the unenforceable term or provision shall be replaced by such enforceable term or provision as comes closest to the intention underlying the unenforceable term or provision. These Terms and Conditions shall be subject to any other agreements you have entered into with SRS Acquiom. The user's access to and use of the                     Website, and the terms of this disclaimer are governed by the laws of the State of Colorado.

**TRADEMARKS**

Acquiom®, SRS®, Acquiom Clearinghouse®, MarketStandard™, EscrowUP™, and ComPort™ are registered trademarks or trademarks of SRS Acquiom Inc. or its affiliates. All other logos, company names or product names are trademarks or registered trademarks of their respective owners.

**DISCLAIMER**

SRS Acquiom has made every effort to ensure that the materials in this Website are accurate, complete and current. They are provided with the understanding that SRS Acquiom is not engaged in rendering legal, accounting, or tax services. SRS Acquiom disclaims all warranties, express or implied, including, but not limited to, implied warranties of merchantability, non-infringement of intellectual property, title or fitness for any particular purpose. In no event shall SRS Acquiom be liable for any direct, special, indirect or consequential damages, or any other damages of any kind, including but not limited to loss of use, loss of profits, or loss of data, whether in an action in contract, tort (including but not limited to negligence), or otherwise, arising out of or in any way connected with the use of this website or the materials contained in, or accessed through, this website.

**ELECTRONIC MAIL (E-mail)**

Any notice or communication given pursuant to these terms of use may be sent to you electronically. By registering to use this site, you agree to receive periodic account statements sent electronically to the e-mail you provide.

**ACQUIOM BUSINESS CONTINUITY PLAN**

To view the Acquiom Business Continuity Plan,

Nonconfidential - No Stamp                                                                                        SRSAvPKT00074974