**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**DECLARATION OF MICHELLE S. YBARRA IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

---

1

I, MICHELLE S. YBARRA, hereby declare and state:

1.      I am an attorney, duly admitted to practice law in this District on January 27, 2012, and I am a Partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs in the above-referenced action. I submit this declaration on behalf of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") in connection with SRSA's Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2.      Attached hereto as **Exhibit 1** are true and correct copies of excerpts from the deposition of Paul Koenig taken in this action on November 15, 2019.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of an email from Alex Tsarnas to Robert Sandt re: TM Training Presentation, dated January 31, 2019 and marked as Exhibit 22 at the deposition of Robert Sandt taken in this action on October 18, 2019.

4.      Attached hereto as **Exhibit 3** are true and correct copies of excerpts from the deposition of Hannah Lee taken in this action on October 10, 2019.

5.      Attached hereto as **Exhibit 4** are true and correct copies of excerpts from the deposition of Jordan Sisk taken in this action on October 24, 2019.

6.      Attached hereto as **Exhibit 5** are true and correct copies of excerpts from the deposition of Heather Kelly taken in this action on October 23, 2019.

7.      Attached hereto as **Exhibit 6** is true and correct copy of an email from Ben Lane to the BD Team with attachment that was marked as Exhibit 22 at the deposition of Heather Kelly taken in this action on October 23, 2019.

1357848

8.      Attached hereto as **Exhibit 7** are true and correct copies of excerpts from the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of an email from Dale Gibbons to Heather Kelly re: Making an Introduction, dated January 31, 2018 and marked as Exhibit 1 at the deposition of Heather Kelly taken in this action on October 23, 2019.

10.      Attached hereto as **Exhibit 9** is a true and correct copy of an email from Rick Fink to Ryan Simkin and Adam Lezack, dated February 16, 2018 and marked as Exhibit 7 at the deposition of Adam Lezack taken in this action of October 28, 2019.

11.      Attached hereto as **Exhibit 10** is a true and correct copy of an email from Alex Tsarnas to Sean Arend re: Following up, dated February 7, 2018 and marked as Exhibit 6 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

12.      Attached hereto as **Exhibit 11** is a true and correct copy of an email from Alex Tsarnas to Heather Kelly, re: APT deck attaching a document entitled "Developing an Asset Gathering Strategy via Escrow & Payments Capabilities" and marked as Exhibit 7 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

13.      Attached hereto as **Exhibit 12** is a true and correct copy of an email from Alex Tsarnas to Jane McNeil, attaching a document entitled, "Building the E_P_SHR Platform – WA 022018" marked as Exhibit 8 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

14.      Attached hereto as **Exhibit 13** is a true and correct copy of an email from Heather Kelly to Heather Kelly, attaching a document entitled, "Heather Vander Linden Offer Letter 3-

12-18 ND (002)" and marked as Exhibit 4 at the deposition of Heather Kelly taken in this action on October 23, 2019.

15.     Attached hereto as **Exhibit 14** is a true and correct copy of an email from Heather Kelly to Heather VanderLinden attaching SRSA Payments Spreadsheet and produced in this action at Bates number SRSAvPKT00026365 to SRSAvPKT00026366.

16.     Attached hereto as **Exhibit 15** is a true and correct copy of an email from Heather Kelly to Heather VanderLinden, attaching a document entitled, "Tender Admin Agreement 8-31" and marked as Exhibit 11 at the deposition of Heather Kelly taken in this action on October 23, 2019.

17.     Attached hereto as **Exhibit 16** is a true and correct copy of an email from Heather Vander Linden to Richard Kotermanski et al. re: Payment Spreadsheet Template, dated May 4, 2018 and produced in this action at Bates number CGI_SRS_00000035 to CGI_SRS_00000037.

18.     Attached hereto as **Exhibit 17** is a true and correct copy of an email from Jan Cummins to Greg Jordan, dated March 9, 2018 and produced in this action at Bates number SRSAvPKT00058431 to SRSAvPKT00058433.

19.     Attached hereto as **Exhibit 18** is a true and correct copy of a letter from Walter P. DeForest to Jonathan A. Patchen, dated March 20, 2018 and produced in this action at Bates number SRSAvPKT00074625 to SRSAvPKT00074626.

20.     Attached hereto as **Exhibit 19** is a true and correct copy of a letter from Walter P. DeForest to Jonathan A. Patchen, dated April 2, 2018 and produced in this action at Bates number SRSAvPKT00074635 to SRSAvPKT00074636.

1357848

21.     Attached hereto as **Exhibit 20** are true and correct copies of excerpts from the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

22.     Attached hereto as **Exhibit 21** are true and correct copies of excerpts from the deposition of Adam Lezack taken in this action on October 28, 2019.

23.     Attached hereto as **Exhibit 22** is a January 30, 2019 email from Prashant Neginahal to Shashidhar Bandanatham Bates-labeled as CGI_SRS_00001205 to CGI_SRS_00001205.

24.     Attached hereto as **Exhibit 23** is and email from Rick Fink to Thomas Lang, dated March 25, 2018 re Monday Agenda and marked as Exhibit 2 at the deposition of Thomas Lang taken in this action on November 14, 2019.

25.     Attached hereto as **Exhibit 24** are true and correct copies of excerpts from the deposition of Robert P. Sandt, Jr. taken in this action on October 18, 2019.

26.     Attached hereto as **Exhibit 25** is a true and correct copy of a document marked as Exhibit 3 to the deposition of Heather Kelly taken in this action on October 23, 2019.

27.     Attached hereto as **Exhibit 26** is a true and correct copy of an email from Richard Kotermanski to Heather Kelly, et al. re: Focus time next week, dated April 26, 2018 and marked as Exhibit 17 at the deposition of Adam Lezack taken in this action on October 28, 2019.

28.     Attached hereto as **Exhibit 27** is a true and correct copy of an email from Thomas Lang to Richard Kotermanski, et al. re: DRAFT Proposal for MMP Decisions, dated April 30, 2018 and marked as Exhibit 18 at the deposition of Adam Lezack taken in this action on October 28, 2019.

1357848

29.     Attached hereto as **<u>Exhibit 28</u>** is a true and correct copy of an email from Richard Kotermanski to Thomas Lang et al. re: DRAFT Proposal for MMP Decisions, dated April 30, 2018 and produced in this action at Bates number CGI_SRS_00002124 to CGI_SRS_00002126.

30.     Attached hereto as **<u>Exhibit 29</u>** is a true and correct copy of an email from Richard Kotermanski to Thomas Lang et al. re: Fortis Portal Strategy Twice Weekly Review Call, dated May 3, 2018 and produced in this action at Bates number PNC_00040747 to PNC_00040748.

31.     Attached hereto as **<u>Exhibit 30</u>** is a true and correct copy of an email from Emma Patarcity to Diya Shinju et al. re: Final Vision Book, dated June 15, 2018 and produced in this action at Bates number CGI_SRS_00000108 to CGI_SRS_00000194.

32.     Attached hereto as **<u>Exhibit 31</u>** is a true and correct copy of an email from Heather Vander Linden (Kelly) with an attachment that was marked as Exhibit 29 at the deposition of Heather Kelly taken in this action on October 23, 2019.

33.     Attached hereto as **<u>Exhibit 31a</u>** is a true and correct copy of metadata produced by Defendants for the document Bates-labeled PNC_00009265.  A copy of the document Bates-labeled PNC_00009265 was part of Exhibit 29 to the October 23, 2019 deposition of Heather Kelly.

34.     Attached hereto as **<u>Exhibit 32</u>** is a true and correct copy of an email from Heather Vander Linden (Kelly) with an attachment that was marked as Exhibit 30 at the deposition of Heather Kelly taken in this action on October 23, 2019.

35.     Attached hereto as **<u>Exhibit 33</u>** is a true and correct copy of an email from Heather Vander Linden (Kelly) to Alex Tsarnas, et al., and marked as Exhibit 24 to the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

36.     Attached hereto as **Exhibit 34** is a true and correct copy of an email from Richard Kotermanski to Alex Tsarnas et al. re: PNC FORTIS Shareholder UI Click-through, dated May 1, 2018 and produced in this action at Bates number CGI_SRS_00001824 to CGI_SRS_00001828.

37.     Attached hereto as **Exhibit 35** is a true and correct copy of a document entitled, "Fortis Workshop Notes", dated May 2, 2018 and produced in this action at Bates number CGI_SRS_00003785 to CGI_SRS_00003787.

38.     Attached hereto as **Exhibit 36** is a true and correct copy of a document entitled, "Fortis Workshop Notes", dated May 3, 2018 and produced in this action at Bates number CGI_SRS_00003783 to CGI_SRS_00003784.

39.     Attached hereto as **Exhibit 37** is a true and correct copy of an email from Robert Sandt to Heather Kelly et al. re: Docusign bundles and marked as Exhibit 17 at the deposition of Robert Sandt taken in this action on October 18, 2019.

40.     Attached hereto as **Exhibit 38** is a true and correct copy of document produced in this action at Bates number PNC_00047108 to PNC_00047113.

41.     Attached hereto as **Exhibit 39** is a true and correct copy of a document marked as Exhibit 38 to the deposition of Heather Kelly taken in this action on October 23, 2019.

42.     Attached hereto as **Exhibit 40** is a true and correct copy of an excel spreadsheet re: Strategic Buyers produced in this action at Bates number PNC_00056508.

43.     Attached hereto as **Exhibit 41** is a true and correct copy of an email from Heather Kelly to Ryan Simkin, et al. dated February 7, 2019 and marked as Exhibit 46 to the deposition of Heather Kelly taken in this action on October 23, 2019.

44.     Attached hereto as **Exhibit 42** is a true and correct copy of an email from Heather Kelly to Alex Tsarnas re Missed Conversation with Tsarnas, Alex P., dated May 8, 2019 and marked as Exhibit 35 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

45.     Attached hereto as **Exhibit 43** is a true and correct copy of a document marked as Exhibit 39 at the deposition of Heather Kelly taken in this action on October 23, 2019.

46.     Attached hereto as **Exhibit 44** is a true and correct copy of the Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, dated April 29, 2014, and filed in *PNC Financial Service Group, Inc. et al. v. Curtiss, et al.*, Case Number 14-50089 in the United States District Court for the Northern District of Illinois.

47.     Attached hereto as **Exhibit 45** is a true and correct copy of an email from Alex Tsarnas to Heather Kelly et al. dated January 11, 2019 and produced in this action at Bates number PNC_00040197 to PNC_00040199.

48.     Attached hereto as **Exhibit 46** is a true and correct copy of an email from Alex Tsarnas to Heather Kelly re Conversation with Heather Kelly, dated March 27, 2019 and produced in this action at Bates number PNC_00049934 to PNC_00049935.

49.     Attached hereto as **Exhibit 47** is a true and correct copy of pictures created on May 4, 2018 and marked as Exhibit 30 at the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

50.     Attached hereto as **Exhibit 48** is a true and correct copy of an excel spreadsheet re: Buyers and Lawyers produced in this action at Bates number HKCRASHPLAN00000560.

51.     Attached hereto as **Exhibit 49** is a true and correct copy of an email from Adam Lezack to Heather Kelly, dated April 20, 2019 and produced in this action at Bates number PNC_00051304 to PNC_00051308.

52.     Attached hereto as **Exhibit 50** is a true and correct copy of an email from Robert Sandt to Michael Houlihan, et al. re: Standard PA pricing and marked as Exhibit 38 to the deposition of Alex Tsarnas taken in this action on October 17, 2019.

53.     Attached hereto as **Exhibit 51** is a true and correct copy of a document produced in this action at Bates number HKCRASHPLAN00000199 to HKCRASHPLAN00000200.

54.     Attached hereto as **Exhibit 52** is a true and correct copy of an email from Alex Tsarnas to Lioudmila Semenova re: Pricing, dated March 18, 2019 and produced in this action at Bates number PNC_00005864.

55.     Attached hereto as **Exhibit 53** are true and correct copies of excerpts from the deposition of Glen Colthup taken in this action on October 24, 2019.

56.     Attached hereto as **Exhibit 54** are true and correct copies of excerpts from the deposition of Amanda Jackson taken in this action on November 11, 2019.

57.     Attached hereto as **Exhibit 55** are true and correct copies of screenshots produced by the Defendants and were marked as Exhibit 29 at the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.  A footer with page numbers has been added to the exhibit for ease of reference.

58.     Attached hereto as **Exhibit 56** is a true and correct copy of a picture of a whiteboard with notes produced in this action at Bates number CGI_SRS_00008681.

59.     Attached hereto as **Exhibit 57** is a true and correct copy of an email from James Baughman to Heather Kelly et al. produced in this action at Bates number PNC_00018372 to PNC_00018376.

60.     Attached hereto as **Exhibit 58** is a true and correct copy of an email from Heather Kelly to David Hamm, et. al. dated June 26, 2019 and produced in this action at Bates number PNC_00017543 to PNC_00017651.

61.     Attached hereto as **Exhibit 59** is a true and correct copy of an email from Debbie Wapensky to Amanda Jackson dated June 13, 2019 and produced in this action at Bates number SRSAvPKT00083599 to SRSAvPKT00083607.

62.     Attached hereto as **Exhibit 60** is a true and correct copy of an email from Richard Kotermanski to Thomas Lang, et. al. dated May 3, 2018 and produced in this action at Bates number CGI_SRS_00002711 to CGI_SRS_00002712.

63.     61 Attached hereto as **Exhibit 61** is a true and correct copy of a document entitled, "Fortis Notes: User Journey and Mental Model Updates," dated April 2, 2018 and produced in this action at Bates number CGI_SRS_00003755 to CGI_SRS_00003759.

64.     Attached hereto as **Exhibit 62** is a true and correct copy of a draft document entitled, "Payments Product Specifications", produced in this action at Bates number SRSAvPKT00000123 to SRSAvPKT00000164.

65.     Attached hereto as **Exhibit 63** is a true and correct copy of an email from Robert Sandt to Alex Tsarnas et al. re: Updated Procedures, dated December 6, 2018 and marked as Exhibit 27 to the deposition of Robert Sandt taken in this action on October 18, 2019.

1357848

66.     Attached hereto as **Exhibit 64** is a true and correct copy of an email from Richard Nill to Richard Kotermanski et al. re: DRAFT Proposal for MMP Decisions, dated April 27, 2018 and marked as Exhibit 10 to the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

67.     Attached hereto as **Exhibit 65** is a true and correct copy of an email from Ray Zhao to Robert Sandt et al. re: Considerations for Tier 1 – Paying Agent 10-30-18 rs notes.docx and marked as Exhibit 13 to the deposition of Robert Sandt taken in this action on October 18, 2019.

68.     Attached hereto as **Exhibit 66** is a true and correct copy of a document entitled, "Decisions to Make" marked as Exhibit 32 to the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

69.     Attached hereto as **Exhibit 67** is a true and correct copy of an email from Alex Tsarnas to Paul Koenig re: Sales Strategy, dated September 27, 2017 and produced in this action at Bates number SRSAvPKT00027541 to SRSAvPKT00027551.

70.     Attached hereto as **Exhibit 68** is a true and correct copy of an email from Alex Tsarnas to Justine Metz, Heather Kelly et al. re: Product Manager Introduction, dated June 22, 2015 and marked as Exhibit 19 at the deposition of Heather Kelly taken in this action on October 23, 2019.

71.     Attached hereto as **Exhibit 69** is a true and correct copy of an email from Eliza Gilpin to Heather Vander Linden et al. re: Buyer/Seller Dashboard Wireframes, dated May 24, 2018 and produced in this action at Bates number PNC_00039028 to PNC_00039037.

72.     Attached hereto as **<u>Exhibit 70</u>** is a true and correct copy of a letter from Sean Arend to Luda Semenova, dated March 8, 2019 and produced in this action at Bates number PNC_00048224 to PNC00048227.

73.     Attached hereto as **<u>Exhibit 71</u>** is a true and correct copy of a document marked as Exhibit 11 to the deposition of Luda Semenova taken in this action on November 5, 2019.

74.     Attached hereto as **<u>Exhibit 72</u>** is a true and correct copy of a document marked as Exhibit 37 at the deposition of Heather Kelly taken in this action on October 23, 2019.

75.     Attached hereto as **<u>Exhibit 73</u>** are true and correct copies of excerpts from the deposition of Luda Semenova taken in this action on November 5, 2019.

76.     Attached hereto as **<u>Exhibit 74</u>** is a true and correct copy of an email from Rick Fink to Luda Semenova, dated April 23, 2019 and marked as Exhibit 13 to the deposition of Luda Semenova taken in this action on November 5, 2019.

77.     Attached hereto as **<u>Exhibit 75</u>** is a true and correct copy of an email from Heather Kelly to Luda Semenova, dated June 19, 2019 and marked as Exhibit 17 to the deposition of Luda Semenova taken in this action on November 5, 2019.

78.     Attached hereto as **<u>Exhibit 76</u>** is a true and correct copy of an email from Heather Kelly to Alex Haskell re: Time to Connect!, dated March 11, 2019 and produced in this action at PNC_00051204 to PNC_00051207.

79.     Attached hereto as **<u>Exhibit 77</u>** is a true and correct copy of an email from Adam Lezack to Luda Semenova re: weekly review, dated April 13, 2019 and marked as Exhibit 9 to the deposition Luda Semenova taken in this action on November 5, 2019.

80.     Attached hereto as **Exhibit 78** is a true and correct copy of an email from Adam Lezack to Heather Kelly re: Acquiom and SunTrust Agreements, dated April 8, 2019 and produced in this action at Bates number PNC_00046716 to PNC_00046719.

81.     Attached hereto as **Exhibit 79** are true and correct copies of excerpts from the deposition of Thomas Lang taken in this action on November 14, 2019.

82.     Attached hereto as **Exhibit 80** is a true and correct copy of a document Bates-labeled PNC_00049821 to PNC_00049824 that was marked as Exhibit 36 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

83.     Attached hereto as **Exhibit 81** is a true and correct copy of an email from Alex Tsarnas to Heather Kelly re: Conversation with Tsarnas, Alex P., dated April 4, 2019 and marked as Exhibit 55 at the deposition of Heather Kelly taken in this action on October 23, 2019.

84.     Attached hereto as **Exhibit 82** is a true and correct copy of SRSA's Buyer Portal Concept produced in this action as SRSAvPKT00000202 to SRSAvPKT00000205.

85.     Attached hereto as **Exhibit 83** is a true and correct copy of a PNC Brochure and marked as Exhibit 23 at the Deposition of Adam Lezack in this action.

86.     Attached hereto as **Exhibit 84** is a true and correct copy of a document entitled SRS ACQUIOM – Product Development Analysis and produced in this action at SRSAvPKT00002568 to SRSAvPKT00002572.

87.     Attached hereto as **Exhibit 85** is a true and correct copy of a document Bates-labeled PNC_00043131 to PNC_00043132 and marked as Exhibit 4 at the deposition of Robert P. Sandt, Jr. taken in this action on October 18, 2019.

1357848

88.      Attached hereto as **Exhibit 86** is a true and correct copy of a document Bates-labeled as PNC_00043128 to PNC_00043128 and marked as Exhibit 8 at the deposition of Robert P. Sandt, Jr. taken in this action on October 18, 2019.

89.      Attached hereto as **Exhibit 87** is a true and correct copy of a document Bates-labeled PNC_00053141 that was marked as Exhibit 9 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

90.      Attached hereto as **Exhibit 88** is a true and correct copy of a document Bates-labeled PNC_00040471 to PNC_00040473 that was marked as Exhibit 27 at the deposition of Alex P. Tsarnas taken in this action on October 17, 2019.

91.      Attached hereto as **Exhibit 89** is a true and correct copy of an email from Alex Tsarnas to Thomas Lang and Rick Fink that was Bates-labeled as PNC_00040471 to PNC_00040473 and produced on November 23, 2019.

92.      Attached hereto as **Exhibit 90** is a true and correct copy of a document Bates-labeled as PNC_0003911 to PNC_00039116 and marked as Exhibit 4 at the deposition of Adam Lezack taken in this action of October 28, 2019.

93.      Attached hereto as **Exhibit 91** is a true and correct copy of a document Bates-labeled as PNC_00047099 to PNC_00047103 and marked as Exhibit 37 at the deposition of Heather Kelly taken in this action on October 23, 2019.

94.      Attached hereto as **Exhibit 92** is a true and correct copy of a document Bates-numbered PNC_00008071 to PNC_00008072 and marked as Exhibit 43 at the deposition of Heather Kelly taken in this action on October 23, 2019.

95.     Attached hereto as **Exhibit 93** is a true and correct copy of a document Bates-numbered PNC_00038531 and marked as Exhibit 44 at the deposition of Heather Kelly taken in this action on October 23, 2019.

96.     Attached hereto as **Exhibit 94** is a true and correct copy of a document Bates-numbered PNC_00038609 to PNC_00038610 and marked as Exhibit 45 at the deposition of Heather Kelly taken in this action on October 23, 2019.

97.     Attached hereto as **Exhibit 95** is a true and correct copy of a document Bates-numbered PNC_00048309 to PNC_00048312 and marked as Exhibit 47 at the deposition of Heather Kelly taken in this action on October 23, 2019.

98.     Attached hereto as **Exhibit 96** is a true and correct copy of a document Bates-labeled PNC_00016033 to PNC_00016034 and marked as Exhibit 15 to the deposition of Luda Semenova taken in this action on November 5, 2019.

99.     Attached hereto as **Exhibit 97** is a true and correct copy of a document Bates-labeled CGI_SRS_00003767 to CGI_SRS_00003768 and marked as Exhibit 8 to the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

100.     Attached hereto as **Exhibit 98** is a true and correct copy of a December 21, 2018 email from Heather Kelly to Alex Tsarnas produced in this action as PNC_00048457.

101.     Attached hereto as **Exhibit 99** is a true and correct copy of a January 23, 2019 email from Heather Kelly to Ryan Simkin and Alex Tsarnas produced in this action as PNC_00056589 to PNC_00056590.

102.    Attached hereto as **Exhibit 100** is a true and correct copy of an October 12, 2018 email from Alex Tsarnas to Rick Fink, et al. produced in this action as PNC_00038070 to PNC_00038071.

103.    Attached hereto as **Exhibit 101** is a true and correct copy of text messages between Ryan Simkin and Rick Fink produced in this action as PNC_00052104 to PNC_00052115.

104.    Attached hereto as **Exhibit 102** is a true and correct copy of a March 8, 2018 email from Heather Kelly to Heather Kelly attaching a document with the file name "HK Contacts.xlsx" and produced in this action as SRSAvPKT00091058 to SRSAvPKT00091059.

105.    Attached hereto as **Exhibit 103** is a true and correct copy of an image of a text message between Heather Kelly and Radha Subramanian produced in this action as SRSAvPKT00075452.

106.    Attached hereto as **Exhibit 104** is a true and correct copy of presentation produced in this action as PNC_00036363 to PNC_00036369.

107.    Attached hereto as **Exhibit 105** is a true and correct copy of SRSA's Payment Product Specifications produced in this matter by Heather Kelly with the Bates-numbers HK 000001 to HK 000041 and marked as Exhibit 6 at the deposition of Heather Kelly taken in this action on October 23, 2019.

108.    Attached hereto as **Exhibit 106** is a true and correct copy of SRSA guidelines produced in this matter by Heather Kelly with the Bates-numbers HK 000042 to HK 000112 and marked as Exhibit 8 at the deposition of Heather Kelly taken in this action on October 23, 2019.

1357848

109.    Attached hereto as **Exhibit 107** is a true and correct copy of an email from Alex Tsarnas to Rick Fink re Talking Points – Confidential, dated February 10, 2018 and marked as Exhibit 13 to the deposition of Alex Tsarnas taken in this action on October 17, 2019.

110.    Staff working under my direction have reviewed documents produced by Defendants and CGI Technologies and Solutions Inc. Staff working under my direction have calculated that between March 2018 and January 2019, Kelly and/or Tsarnas have exchanged over 2,000 emails with CGI. Based on their review of Defendants' and CGI's production, Kelly and Tsarnas participated in regular calls and meetings with CGI.

111.    Attached hereto as **Exhibit 108** is a true and correct copy of a document Bates-labeled CGI_SRS_00000001 to CGI_SRS_00000004 and marked as Exhibit 23 to the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

112.    Attached hereto as **Exhibit 109** is a true and correct copy of a document Bates-labeled CGI_SRS_00000001 to CGI_SRS_00000004 and marked as Exhibit 25 to the deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

113.    Attached hereto as **Exhibit 110** is a true and correct copy of a document entitled "Fortis Notes 4/13/18 Payables Advantage/Payments Engine and produced in this action with the Bates numbers CGI_SRS_00003769 to CGI_SRS_00003770.

114.    Attached hereto as **Exhibit 111** are LinkedIn messages between Dennis Miller and Heather Kelly that were produced in this action as PNC_00056579.

115.    PNC designed CGI employee Shashidhar Bandanatham as its corporate representative to testify about the development of PNC's M&A payments and escrow products, including but not limited to the role and contribution of PNC employees in such development,

PNC's provision of documents and information to CGI, the source material relied upon to develop PNC's M&A payments and escrow products, and the use of any material or information that originated at SRSA in the course of such development. Bandanatham was deposed on November 13, 2019. Between October 17, 2019, November 8, 2019 and November 11, 2019 CGI produced over 1200 documents.

116.     Attached hereto as **Exhibit 112** is a true and correct copy of a February 16, 2018 email from Heather VanderLinden to Ryan Simkin and marked as Exhibit 5 at the deposition of Heather Kelly taken in this action on October 23, 2019.

117.     Attached hereto as **Exhibit 113** is a list of file names from the Crashplan backup of the MacBook that Heather Kelly retained after leaving SRSA.

118.     Attached hereto as **Exhibit 114** is a true and correct copy of an email from Heather Vander Linden (Kelly) to Scott Smith, et al. re: Letter of Transmittal, dated May 3, 2018, with the Bates-numbers CGI_SRS_00002152 to CGI_SRS_00002164.

//

//

//

//

I declare the foregoing under penalty of perjury under the laws of the United States. Executed this 25th day of November, 2019 at San Francisco, California.

MICHELLE S. YBARRA

1357848