# EXHIBIT 18
# TO DECLARATION OF MICHELLE S. YBARRA

# DeForest Koscelnik Yokitis & Berardinelli
Attorneys at Law

PITTSBURGH
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA  15219

DETROIT
440 Burroughs Street, Suite 136
Detroit, MI  48202

Walter P. DeForest
Licensed in Pennsylvania, West Virginia, Ohio, Michigan, New York
Direct Dial:  412-227-3101
Email:  deforest@deforestlawfirm.com
REPLY TO PITTSBURGH

NEW YORK
401 Park Avenue South, 10th Floor
New York, NY  10016

March 20, 2018

**VIA ELECTRONIC AND FIRST CLASS MAIL**
Jonathan A. Patchen
Taylor & Patchen, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111

Re: SRS Acquiom, Inc. Employment Agreements with Heather Kelly and Alex Tsarnas

Dear Mr. Patchen:

I am in receipt of your letter to Gregory Jordan dated March 9, 2018. I am counsel for The PNC Financial Services Group, Heather Kelly, and Alex Tsarnas. Any further communications regarding this matter should be directed to me.

I have reviewed the employment agreements of Ms. Kelly and Mr. Tsarnas and reviewed the facts.

I am advised as follows. Mr. Tsarnas did not solicit Ms. Kelly to leave SRS Acquiom, Inc. ("SRS") and did not breach his obligations regarding solicitation of employees.  I trust that you have discussed with your client Ms. Kelly's issues with SRS.

As for your concerns about Ms. Kelly and Mr. Tsarnas disclosing confidential or trade secret information of SRS, Ms. Kelly and Mr. Tsarnas are business managers with considerable industry knowledge that is in the public domain. They are aware of the obligations in their employment agreements with SRS and do not intend to disclose confidential or trade secret information of SRS to PNC.

Ms. Kelly's and Mr. Tsarnas' employment agreements do not prohibit them from working in the industry or at a company that is competitive to SRS. Your letter insinuates that neither could do so without breaching their employment agreements, which we strongly contest.

SRSAvPKT00074625

DeForest Koscelnik Yokitis & Berardinelli

Jonathan A. Patchen
Taylor & Patchen, LLP
March 20, 2018
Page 2

       Without concurring with your comments about the circumstances of Mr. Tsarnas' departure from SRS and your concerns that he will not comply with the obligations in his employment agreement, Mr. Tsarnas has affirmed that he does intend to comply with any obligations under that agreement.

       Very truly yours,

       DeFOREST KOSCELNIK YOKITIS
       & BERARDINELLI

By
       Walter P. DeForest

WPD:sb

SRSAvPKT00074626