# EXHIBIT 79
# TO DECLARATION OF MICHELLE S. YBARRA

Thomas Lang                                                                           November 14, 2019

## Page 2

```
 1        VIDEO DEPOSITION OF THOMAS LANG, a witness
 2   herein, called by the Plaintiffs, SRS Acquiom Inc.,
 3   and Shareholder Representative Services LLC, taken
 4   pursuant to the Federal Rules of Civil Procedure, by
 5   and before Kathy D. Landock, a Registered Merit
 6   Reporter, Certified Realtime Reporter and a Notary
 7   Public in and for the Commonwealth of Pennsylvania,
 8   at the law offices of Reed Smith, Reed Smith Centre,
 9   225 Fifth Avenue, Pittsburgh, PA 15222, on Thursday,
10   November 14, 2019 commencing at 10:04 a.m.
```

## Page 3

```
 1   COUNSEL PRESENT:
 2   For the Plaintiffs:
 3         Warren A. Braunig, Esquire
           KEKER, VAN NEST & PETERS, LLP
 4         633 Battery Street
           San Francisco, CA 94111-1809
 5         415.391.5400
           wbraunig@keker.com

 7   For the Defendant:
 8
           Sarah B. Wallace, Esquire
 9         BALLARD SPAHR, LLP
           1225 17th Street, Suite 2300
10         Denver, CO 80202
           303.292.2400
11         wallaces@ballardspahr.com

13   ALSO PRESENT:
14
           Natalie Moritz, Esquire
15         Inhouse, PNC
16         Adam Balenciaga, Videographer
```

## Page 4

```
                    I N D E X

WITNESS                                          PAGE

THOMAS LANG

     by Mr. Braunig                                6


                  E X H I B I T S

NUMBER      DESCRIPTION                        MARKED

Exhibit 1    Business Plan                       13

Exhibit 2    Email                               24

Exhibit 3    Email Chain                         33

Exhibit 4    Initiative Approval                 38

Exhibit 5    Email                               43

Exhibit 6    Email Chain                         45

Exhibit 7    Email                               52

Exhibit 8    Email                               54

Exhibit 9    Email Chain                         61

Exhibit 10   Email                               63

Exhibit 11   Output from Techbnology
             Accounting System                   70
Exhibit 12   Invoices                            73
```

## Page 5

```
              P R O C E E D I N G S
                      - - -
         VIDEOGRAPHER:  Good morning.  Here begins
Media No. 1 in the Deposition of Tom Lang, Volume 1,
in the matter of SRS Acquiom, Incorporated versus PNC
Financial Services Group, Incorporated.
         This case is in the United States District
Court, District of Colorado.  Case number is
119-CV-02005-DDD-SKC.
         Today's date is November 14, 2019.  The time
is 10:04 a.m.  The deposition is taking place at 225
Fifth Avenue, Pittsburgh, PA 15222.
         The legal videographer is Adam Balenciaga,
and the court reporter is Kathy Landock, here on
behalf of Litivate Reporting and Trial Services.
         Counsel, be aware your microphones are
sensitive and may pick up whispers, private
conversations and cellular interference which may be
captured on the video as well as taken down by the
court reporter as part of the record of these
proceedings.
         Will counsel please identify yourselves and
state whom you represent.
         MR. BRAUNIG:  Warren Braunig, Keker, Van
Nest & Peters for Plaintiff SRS Acquiom.
```

**Page 10**

businesses that are in that space.

Many years ago we acquired Harris Williams, which is the leading investment bank for the middle market. About five years, five-six years ago we acquired Salisbury Advisors, who are the leading IPO advisory firm in the country.

And when we learned about Fortis' business, it fit well into that group of companies that we've acquired in order to have value-added discussions with our core middle market clients that PNC serves.

Q. Go ahead, I didn't mean to cut you off.

A. The second rationale was the prospect of building out the escrow and paying agent business to acquire low cost deposits.

As a bank deposits are critical to how we run the bank. The prospect of an avenue to low cost deposits was appealing.

Q. Prior to the Fortis acquisition, was PNC in this payments and escrow space --

A. Prior to the --

Q. -- for M & A?

A. Prior to the Fortis acquisition, PNC had a small escrow business that was in our asset management group. It was not a large business. I can't speak definitively to the sort of source of all

**Page 11**

those deals, but likely some of them were M & A driven, as well as they did other escrow deals as well.

Q. Do you understand the difference between paying agent and escrow business?

A. I do.

Q. What about in the paying agent business, did PNC have any paying agent business prior to the Fortis acquisition?

A. PNC was not specifically in the paying agent business prior to the Fortis acquisition.

Q. When we talk about payments and escrow business, can you just give a very short sort of explanation of what you understand that to mean?

A. Sure. So there's a few components in the escrow business, there's many types of escrow, M & A is one of them, where parties want money held securely and released upon typically joint written instruction.

So it's simply opening an account and then executing upon that instruction when it comes. That is the core part of the escrow business.

And in terms of the paying agent business, that is taking funds and then disbursing those to the, in M & A example, disbursing those to the

**Page 12**

shareholders based on sort of the appropriate amount that they have earned based on the sale of the company.

Q. When PNC acquired Fortis, did Fortis have an online paying agent product or is that something that had not been developed yet?

A. I think there's two questions there. Fortis was not in the paying agent business when PNC had acquired it. The sort of concept of getting into the paying agent business was a clear part of the strategy to the acquisition the Fortis team had put a lot of thought in that prior to them going to the market for sale.

Q. Was the idea that if you have a paying agent business that helps you get into escrow more broadly?

A. Just broadly speaking about the paying agent business, there's a couple things it does, clearly in the marketplace help specifically around M & A, you know, help get escrow, but there's certainly plenty of business without it.

And then secondly there are also deposits that are part of the paying agent business, something -- a certain portion of shareholders for whatever reason don't come and collect their money right away.

Q. Broadly speaking was the strategy in

**Page 13**

acquiring Fortis to acquire the shareholder rep business develop a paying agent business and use the combination of those two to unlock escrow opportunities?

A. I wouldn't phrase it that way. I would say the strategy of acquiring the Fortis business was to acquire the existing shareholder rep business and then to collectively build out the escrow and paying agent business in concert. There's value in both businesses.

Q. After the Fortis acquisition, did PNC prepare a business plan to obtain funding to develop a paying agent capability?

MS. WALLACE: Object to the form. You can answer.

THE WITNESS: Can you repeat the question.

BY MR. BRAUNIG:

Q. Yes. After the Fortis acquisition, did PNC prepare a business plan around developing a paying agent capability?

A. After the acquisition of Fortis, there are specific plans around building out an escrow and paying agent business.

(Deposition Exhibit No. 1 was marked for identification.)

Thomas Lang                                                                 November 14, 2019

```
 1                C E R T I F I C A T E
 2                        - - -
 3          I, THOMAS LANG, do hereby certify that I
 4   have read the foregoing transcript and it is a true
 5   and correct copy of my deposition, except for the
 6   changes, if any, made by me on the attached
 7   Deposition Correction Sheet.
 8
 9
                  _____
10                     THOMAS LANG
11
                  _____
12                     Date
13
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 78
```

```
 1   COMMONWEALTH OF PENNSYLVANIA )
                                  ) SS
 2   COUNTY OF WASHINGTON         )
 3
 4                 CERTIFICATE
 5          I, Kathy D. Landock, a Notary Public in and
     for the Commonwealth of Pennsylvania, do hereby
 6   certify that the witness, THOMAS LANG, was by me
     first duly sworn to testify the truth, the whole
 7   truth, and nothing but the truth; that the foregoing
     deposition was taken at the time and place stated
 8   herein; and that the said deposition was recorded
     stenographically by me and then reduced to
 9   typewriting under my direction, and constitutes a
     true record of the testimony given by said witness,
10   all to the best of my skill and ability.
11          I further certify that I am not a relative,
     employee or attorney of any of the parties, or a
12   relative or employee of either counsel, and that I am
     in no way interested directly or indirectly in this
13   action.
14          IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 18th day of
15   November, 2019.
16                 _____
17                 Kathy D. Landock, Notary Public
                   Certified Realtime Reporter
18
19   My Commission Expires:
     March 28, 2023
20
21
22
23
24
25
                                              Page 79
```