**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

     Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

**RESTRICTED LEVEL 1**

**PURSUANT TO STIPULATED PROTECTIVE ORDER [ECF NO. 40]**

**EXHIBIT 97**

**TO DECLARATION OF MICHELLE S. YBARRA**