**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT

Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC") as well as Defendants Heather Kelly and Alex Tsarnas (the "Individual Defendants" and, collectively with PNC, the "Defendants") move this Court to restrict Exhibit 1 to Defendants' Motion Requesting The Court Reconsider Its Order on Plaintiffs' Motion For Leave to File Second Amended Complaint and Consider Defendants' Opposition under Level 2 Restriction. ECF No. 67-2.

The Parties entered into a Stipulated Protective Order on September 5, 2019. ECF No. 40. Section 10 of the Protective Order requires that "[a] document containing 'Highly Confidential – Attorneys' Eyes Only' Information shall be filed under Level 2 Restriction." *Id.* Exhibit 1 to Defendants' Motion consists of two documents SRSA produced and designated Highly Confidential – Attorneys' Eyes Only. ECF No. 67-2. Accordingly, SRSA believes these

documents "contain or otherwise reference non-public trade secrets or other current or prospective confidential research, development, commercial, sensitive, competitive, or financial information, or other highly-sensitive data, the disclosure of which to a Party or Non-Party could cause either a competitive disadvantage to aa Party or could create a substantial risk of serious harm that could not be avoided by less restrictive means."  ECF No. 40 ¶ 2.7.

For the foregoing reasons, the Court should grant Defendants' Unopposed Motion For Leave to Restrict Exhibit 1 (ECF No. 67-2) to Level 2 Restriction.

**D.C.COLO.L.CIVR 7.1(A) CERTIFICATE OF CONFERRAL**

Counsel for Defendants contacted counsel for Plaintiffs on November 25, 2019 and Plaintiffs' counsel confirmed they do not oppose this Motion.

Dated:  November 26, 2019

Respectfully submitted,

By: __/s/ *Sarah B. Wallace*_____
Andrew J. Petrie
Sarah Block Wallace
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
petriea@ballardspahr.com
wallaces@ballardspahr.com

Hara K. Jacobs
Noah Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

## CERTIFICATE OF SERVICE

       I hereby certify that on this 26th day of November, 2019, a true and correct copy of the foregoing defendants' **UNOPPOSED MOTION FOR LEAVE TO RESTRICT** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Maya Karwande
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

                                                     */s/ Elizabeth P. Weissert*
                                                     Elizabeth P. Weissert