**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

## [**PROPOSED**] ORDER

AND NOW, this __ day of _____, 2019, upon consideration of Defendants' Unopposed Motion For Leave to Restrict, IT IS HEREBY ORDERED that said Motion is GRANTED and ECF No. 67-2 is subject to Level 2 Restriction.

          BY THE COURT:

          _____
          S. Kato Crews
          United States Magistrate Judge