# EXHIBIT A
# FILED RESTRICTED
# LEVEL 2