# EXHIBIT B

## Wallace, Sarah B (Denver)

| | |
|---|---|
| **From:** | Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com> |
| **Sent:** | Friday, August 30, 2019 9:20 AM |
| **To:** | Warren Braunig |
| **Subject:** | SRSA/PNC |

Warren

Before I bother PNC's in house contact on holiday, I just wanted to make sure I got down what you proposed yesterday. Is this the scheduling you had in mind?

| | | |
|---|---|---|
| 9/6 | 30(b)(6) notice | 9/20 |
| 9/11 | Complete rolling document production | 9/25 |
| 9/13 | 30(b)(6) notice objections | 9/27 |
| 9/16-10/11 | Deposition period | 9/30-10/30 |
| 10/18 | PI Brief | 11/5 |
| 11/1 | PI response | 11/19 |
| 11/9 | PI reply | 11/26 |

As we discussed, all of this only works if the rolling production is truly rolling. To that end, if we change the schedule as you propose (subject to me conferring internally, etc), I'd like to also agree to the following:

(1) 9/11    50% of total production
(2) 9/18    75% of total production
(3) 9/25    100% of total production

Let me know what you think.

Sarah B. Wallace

**Ballard Spahr** LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.299.7334 DIRECT
303.296.3956 FAX

wallaces@ballardspahr.com
VCARD

www.ballardspahr.com

1