# EXHIBIT C

**Wallace, Sarah B (Denver)**

---

**From:** Wallace, Sarah B (Denver)
**Sent:** Monday, October 14, 2019 7:56 PM
**To:** Warren Braunig; Petrie, Andrew J. (Denver)
**Subject:** RE: Scheduling issues

Warren

We will, of course, work with you.  I do think the sooner we reschedule the better.  Can you try to give us replacement dates as soon as you are able.  I have told Lisa Richman regarding Shashi Bandanatham but that is one that we'd like to reschedule ASAP since we also need to coordinate with Lisa Richman's schedule as well as Mr. Bandanatham.

On the proposed change to briefing, I will get back to but something along the lines of what you suggest should work with the caveat that out team has been planning with the expectation that we'd not have to work the week of Thanksgiving so we'll probably need to consider that a dead week.


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.comvcard
www.ballardspahr.com

**From:** Warren Braunig <WBraunig@keker.com>
**Sent:** Monday, October 14, 2019 10:56 AM
**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>
**Subject:** Scheduling issues

⚠ **EXTERNAL**

Sarah and Drew,

As I discussed with Sarah, Michelle Ybarra's dad is dying of cancer and was moved into hospice over the weekend.  He is not expected to make it through the week.  She plans to be home with him and her family in San Antonio for the foreseeable future, like this week and next.  Michelle has been slated to take and defend a number of depositions over the coming weeks, and is managing other parts of the case as well.  After discussing it with our client, and in light of how little wiggle room there is in the schedule, we are going to need to adjust the schedule and move some of the depositions into early November.  Specifically, we will not be able to take Luda Semenova this Thursday and we will not be able to take the CGI deposition next Thursday (I'm looking into whether we can do the rest of the PNC 30(b)(6) next Friday – Michelle was planning to handle that as well.)  I also suspect we will need to move the Paul Koenig deposition slated for October 29.  The timing of Amanda Jackson's deposition remained an open issue as well.

My current thinking is that we kick the schedule a couple of weeks, complete depositions by November 12, we file our opening PI brief November 19, you guys oppose a couple weeks later (maybe add a few days to account for Thanksgiving), and we oppose a week after that.   Let me know what you think.

I'm sorry to be blowing up a well-constructed schedule but, under the unfortunate circumstances, I don't think we have another viable option.

1

Also, unrelated, we owe a response to your second set of confidentiality challenges today.  I want to do our best to review those carefully.  We would appreciate having until Thursday to respond on those.

Warren

---

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com

2