# EXHIBIT D

**Wallace, Sarah B (Denver)**

**From:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>
**Sent:** Friday, October 25, 2019 11:04 AM
**To:** Warren Braunig; Petrie, Andrew J. (Denver)
**Subject:** RE: Scheduling issues

Warren

This is fine.

Sarah B. Wallace
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com


-----Original Message-----
From: Warren Braunig <WBraunig@keker.com>
Sent: Thursday, October 24, 2019 7:42 PM
To: Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>
Subject: RE: Scheduling issues

⚠ EXTERNAL

Sarah and Drew,

To pick up the string below, we need to finalize a stipulation to extend the deadlines for discovery and PI briefing. Depositions will be completed on November 15.  I propose

11/25 - opening brief
12/13 - opp brief
12/23 - reply brief

Please confirm and we will prepare a stipulation.  That still gives you, effectively, three whole weeks to prepare an opposition, though per your email below, you expect Thanksgiving to be a dead week for your team anyway.

Warren

-----Original Message-----
From: Wallace, Sarah B <wallaces@ballardspahr.com>
Sent: Tuesday, October 15, 2019 2:31 PM
To: Warren Braunig <WBraunig@keker.com>; petriea@ballardspahr.com
Subject: RE: Scheduling issues

1

[EXTERNAL]

I was literally just removing Thanksgiving week because I'm celebrating my 50th and Hara and Noah have a trial so while we have three weeks no one is working. I'd rather give you more time on the backend.

Sarah B. Wallace

Ballard Spahr LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.299.7334 DIRECT
303.296.3956 FAX
wallaces@ballardspahr.com
- - - - - - - - - - - - - - - - - - - - - - - -
http://www.ballardspahr.com


On Oct 15, 2019 1:54 PM, Warren Braunig <WBraunig@keker.com> wrote:
⚠ EXTERNAL
Three weeks for you guys to oppose and only one week for us to reply seems a little lopsided, especially if we only get your papers at COB on Friday the 13th. How about opp on 12/11, reply on 12/20?

Warren

From: Wallace, Sarah B <wallaces@ballardspahr.com>
Sent: Tuesday, October 15, 2019 9:59 AM
To: Warren Braunig <WBraunig@keker.com>; petriea@ballardspahr.com
Subject: RE: Scheduling issues

[EXTERNAL]
_____
In terms of briefing, I'd recommend that you file your motion on 11/22, we respond on 12/13 and you reply on 12/20.

Sarah B. Wallace
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596<http://maps.apple.com/?address=1225%2017th%20Street,Suite%202300,Denver,CO,80202-5596>
Direct 303.299.7334<tel:303.299.7334>
Fax 303.296.3956<tel:303.296.3956>
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=3D8C34ED1D91E42E80CCDA0C6DD0B027&format=vcard>
http://www.ballardspahr.com<http://www.ballardspahr.com>

From: Warren Braunig <WBraunig@keker.com<mailto:WBraunig@keker.com>>
Sent: Tuesday, October 15, 2019 12:46 AM
To: Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>
Subject: RE: Scheduling issues

2

⚠ EXTERNAL
Sarah,

We don't intend to squeeze you guys over the holiday so we'll work with you on that.  I will try to get back to you soon on CGI/Bandanathan.

Warren

From: Wallace, Sarah B <wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>>
Sent: Monday, October 14, 2019 6:56 PM
To: Warren Braunig <WBraunig@keker.com<mailto:WBraunig@keker.com>>; petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>
Subject: RE: Scheduling issues

[EXTERNAL]
_____

Warren

We will, of course, work with you.   I do think the sooner we reschedule the better.  Can you try to give us replacement dates as soon as you are able.  I have told Lisa Richman regarding Shashi Bandanatham but that is one that we'd like to reschedule ASAP since we also need to coordinate with Lisa Richman's schedule as well as Mr. Bandanatham.

On the proposed change to briefing, I will get back to but something along the lines of what you suggest should work with the caveat that out team has been planning with the expectation that we'd not have to work the week of Thanksgiving so we'll probably need to consider that a dead week.

Sarah B. Wallace
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596<http://maps.apple.com/?address=1225%2017th%20Street,Suite%202300,Denver,CO,80202-5596>
Direct 303.299.7334<tel:303.299.7334>
Fax 303.296.3956<tel:303.296.3956>
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=3D8C34ED1D91E42E80CCDA0C6DD0B027&format=vcard>
http://www.ballardspahr.com<http://www.ballardspahr.com>

From: Warren Braunig <WBraunig@keker.com<mailto:WBraunig@keker.com>>
Sent: Monday, October 14, 2019 10:56 AM
To: Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>
Subject: Scheduling issues

⚠ EXTERNAL
Sarah and Drew,

As I discussed with Sarah, Michelle Ybarra's dad is dying of cancer and was moved into hospice over the weekend.  He is not expected to make it through the week.  She plans to be home with him and her family in San Antonio for the foreseeable future, like this week and next.  Michelle has been slated to take and defend a number of depositions over the coming weeks, and is managing other parts of the case as well.  After discussing it with our client, and in light of how little wiggle room there is in the schedule, we are going to need to adjust the schedule and move some of the

depositions into early November. Specifically, we will not be able to take Luda Semenova this Thursday and we will not be able to take the CGI deposition next Thursday (I'm looking into whether we can do the rest of the PNC 30(b)(6) next Friday – Michelle was planning to handle that as well.) I also suspect we will need to move the Paul Koenig deposition slated for October 29. The timing of Amanda Jackson's deposition remained an open issue as well.

My current thinking is that we kick the schedule a couple of weeks, complete depositions by November 12, we file our opening PI brief November 19, you guys oppose a couple weeks later (maybe add a few days to account for Thankgsiving), and we oppose a week after that. Let me know what you think.

I'm sorry to be blowing up a well-constructed schedule but, under the unfortunate circumstances, I don't think we have another viable option.

Also, unrelated, we owe a response to your second set of confidentiality challenges today. I want to do our best to review those carefully. We would appreciate having until Thursday to respond on those.

Warren


Warren Braunig
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com<mailto:wbraunig@keker.com> |
vcard<http://www.keker.com/Utilities/vCard.ashx?NodeGuid=459796C1-B63B-4E7F-B996-B00683A76EB5&PhotoSource=Photo1> | http://keker.com<http://www.keker.com>

4