# EXHIBIT 2

| | |
|---|---|
| **From:** | Ben D. Rothstein |
| **Sent:** | Tuesday, December 3, 2019 9:46 PM |
| **To:** | petriea@ballardspahr.com; 'Wallace, Sarah B'; ballardpnclitteam@ballardspahr.com |
| **Cc:** | ACQUIOM-KVP; sheridan-srs@sheridanross.com |
| **Subject:** | SRSA v. PNC -- AEO-redacted PI Motion |
| **Attachments:** | 2019 11 25 PI Motion -- CONFIDENTIAL REDACTED.pdf; 2019 11 25 PI Motion -- HC-AEO HIGHLIGHTED.pdf |

Hi Drew and Sarah,

I'm attaching a copy of our PI motion brief that has redactions over the portions that we are designating HC-AEO and will seek to seal under Level 2. We agree that you may treat this redacted copy as "Confidential" under the PO.

I'm also attaching, for your (counsel's) ease of reference, a version that has yellow highlighting over the portions that we've redacted. Please continue to treat the highlighted version as HC-AEO under the protective order.

Best,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com