**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION TO FILE MATERIALS UNDER
RESTRICTION LEVELS 1 AND 2 UNDER D.C. COLO. L CIV. R 7.2**

---

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and

Shareholder Representative Services LLC's (collectively "SRSA") Motion to File Materials

Under Restriction Levels 1 and 2 Pursuant to D.C.COLO.LCivR 7.2 ("Motion"), and being fully

advised in the premises,

     IT IS HEREBY ORDERED that SRSA's Motion is GRANTED.  The Clerk is hereby

directed to place SRSA's Preliminary Injunction Motion and certain supporting declarations and

exhibits under Restriction Level 2 or Restriction Level 1, as detailed in the Motion, pursuant to

D.C.COLO.LCivR 7.2.

     **IT IS SO ORDERED.**

Dated:                      By: _____
                                  Hon. Daniel D. Domenico
                                  United States District Judge

1