# Exhibit 1

ATTORNEYS' EYES ONLY - CONFIDENTIAL TRANSCRIPT

Heather Kelly                                                          October 23, 2019

```
 1   misuse of expenses.
 2        Q.   And you thought it was wrongful to
 3   terminate Alex for --
 4        A.   For an accident.  Sorry.  I didn't
 5   mean to talk over you.
 6        Q.   You thought it was wrongful to
 7   terminate Alex for charging information --
 8   charging payments on a card and being
 9   reimbursed for them multiple times?
10        A.   Inadvertently and accidentally, yes,
11   I think that was wrong based on how much else
12   he did for the company.
13        Q.   And when you say it was inadvertent,
14   that's based on your conversations with
15   Mr. Tsarnas?
16        A.   Yes.
17        Q.   Mr. Tsarnas had been your boss at
18   SRSA?
19        A.   Yes.
20        Q.   Were you fond of him?
21        A.   Very.
22        Q.   Were you guys quite close?
23        A.   What do you mean by close?
24        Q.   Were you close friends?  Were you
25   friends?
                                          Page 22
```

```
 1        A.   We were friends.
 2        Q.   Did you talk regularly?
 3        A.   Yes.
 4        Q.   Did you text each other regularly?
 5        A.   Yes.  He was a great boss.  He
 6   checked in with his employees all the time by
 7   text and phone calls.
 8        Q.   Were you upset that he had been
 9   terminated?
10        A.   I was sad.
11        Q.   Were you angry?
12        A.   No.
13        Q.   Did you communicate with Alex
14   Tsarnas about his termination from SRSA?
15        A.   Well, let me rephrase that,
16   actually.  Angry at whom would be the question?
17        Q.   Were you angry at SRSA?
18        A.   I was frustrated with certain people
19   within SRSA.
20        Q.   Who?
21        A.   Mark Vogel, Paul Koenig.
22        Q.   They were -- sorry.  Paul Koenig was
23   a CEO of SRSA?
24        A.   Yes.
25        Q.   And Mark Koenig was a prior -- Mark
                                          Page 23
```

```
 1   Vogel -- strike that.  Mark Vogel was a prior
 2   CEO?
 3        A.   At the time he was co-CEO, which was
 4   a ball of fun.
 5        Q.   You say it was a ball of fun.  What
 6   does that mean?
 7        A.   Mark and Paul frequently disagreed
 8   so having them as co-CEOs was very interesting.
 9        Q.   When you and Alex Tsarnas
10   communicated with each other, what are the
11   different forms of communication that you used
12   in the January to March 2018 timeframe?
13        A.   I'm not particularly sure about the
14   timeframe, but in general, phone, text,
15   What'sApp, voicemail.  I think that's all.
16        Q.   Did you ever Signal?
17        A.   I'm not familiar with that.
18        Q.   Google Hangouts?
19        A.   I could have.  I don't know how to
20   use Google Hangouts, but I may have.
21        Q.   How about Skype, Skype for business?
22        A.   That could have been.  I don't
23   recall.
24        Q.   How about Slack?
25        A.   I don't know what that is.
                                          Page 24
```

```
 1        Q.   And in the January to March 2018
 2   timeframe, was there a period of time where
 3   Alex Tsarnas had left SRSA and you were both
 4   considering employment offers from these
 5   various banks?
 6        A.   I don't know what he was
 7   considering, but I was -- I don't know the
 8   timeframe of it -- but I was considering -- you
 9   have to kind of go back through it so I'm not
10   going to lock in an answer.  So there were
11   periods where I wasn't considering moving and
12   then certain events took place which allowed me
13   to open my mind to other opportunities.
14             And obviously he was out of work, so
15   he would have been looking for work.
16        Q.   Was that a period when the two of
17   you were communicating frequently?
18        A.   No more frequently than we had
19   prior.
20        Q.   Which was quite a bit?
21        A.   Yeah.
22        Q.   Is it fair to say you're someone who
23   sends a lot of text messages?
24        A.   I wouldn't know what you -- like in
25   comparison with whom, my teenager?  No.
                                          Page 25
```

ATTORNEYS' EYES ONLY - CONFIDENTIAL TRANSCRIPT

Heather Kelly                                                                                   October 23, 2019

```
 1      Q.   Do you use text messaging on a daily
 2  basis?
 3      A.   Yes.
 4      Q.   Were you regularly text messaging
 5  with Alex Tsarnas in the January to March 2018
 6  timeframe?
 7      A.   Yes.
 8      Q.   Did you text each other about the
 9  PNC opportunity?
10      A.   I don't recall.
11      Q.   Did you text each other about the
12  Western Alliance Bank opportunity?
13      A.   I don't recall what methods we used
14  to communicate about those opportunities.
15      Q.   What about, did you text each other
16  about how things were going for you at SRSA
17  after he left?
18      A.   Oh, I'm sure.
19      Q.   Do you still have all of your text
20  messages with Alex Tsarnas?
21      A.   I rarely delete.  I don't know the
22  answer to that.
23      Q.   Do you ever delete your text
24  messages?
25      A.   Sure.
                                         Page 26
```

```
 1      Q.   Why?
 2      A.   Sometimes I get a wild hair to try
 3  to get organized.  So I'll go through a spurt
 4  of deleting texts and then I'll decide to go
 5  back to my normal process of crazy kind of
 6  world where I let my text messages sit for
 7  hours and days and days or years.
 8           MR. BRAUNIG:  We will mark as
 9  Kelly 2, please.
10           (Deposition Exhibit No. 2 was
11  marked for identification.)
12  BY MR. BRAUNIG:
13      Q.   In front of you is Kelly 2 Bates
14  stamped SRSA 26272.  There's just a subject
15  line here.  It says, text scares me.
16           This is an E-mail that you sent to
17  Alex Tsarnas on March 3, 2018.  What is that
18  reference to, text scares me?
19      A.   I was scared to text.
20      Q.   Why?
21      A.   Something of the recent event prior
22  would have made me feel like people were being
23  able to read my texts or my E-mails, they knew
24  things they shouldn't know.
25      Q.   What specifically are you referring
                                         Page 27
```

```
 1  to?
 2      A.   Paul Koenig calling me out of the
 3  blue, which was only the case when he either --
 4  well, scratch that.
 5           He called me out of the blue and
 6  asked me point blank if I was talking to other
 7  companies.  It was a Friday night.  And there
 8  would be no reason that he would know that.
 9      Q.   And you believed that Paul Koenig
10  was reading your text messages?
11      A.   I didn't say that.  I just said,
12  text scares me.
13      Q.   At any point did you go in and
14  delete text messages with Alex Tsarnas from the
15  January to March 2018 timeframe?
16      A.   I don't know.  As I mentioned, I
17  don't have a process one way or the other.
18  Sometimes I delete, sometimes I don't.
19      Q.   Would it surprise you if, in this
20  litigation, we haven't received any text
21  messages between you and Alex from the January
22  to March 2018 timeframe?
23           MR. PETRIE:  Object to the
24  form.
25           THE WITNESS:  I don't
                                         Page 28
```

```
 1  understand your question.
 2  BY MR. BRAUNIG:
 3      Q.   Do you have your phone with you
 4  today?
 5      A.   Somewhere here.
 6      Q.   When we take a break, would you
 7  check and see whether you have any text
 8  messages with Alex Tsarnas from the January to
 9  March 2018 timeframe?
10           MR. PETRIE:  She'll talk to
11  her lawyer about it.  She's not going to do a
12  homework assignment.
13  BY MR. BRAUNIG:
14      Q.   Do you think it's possible that at
15  some point you went in and deleted text
16  messages with Alex Tsarnas from the January to
17  March 2018 timeframe?
18           MR. PETRIE:  Object to the
19  form.
20           THE WITNESS:  It seems like a
21  hypothetical question.  I don't know the
22  answer.
23  BY MR. BRAUNIG:
24      Q.   You don't know one way or the other?
25      A.   I don't know.
                                         Page 29
```

Pages 26 to 29

Heather Kelly                                                                          October 23, 2019

```
 1      Q.   Did you -- did you delete text
 2  messages with Alex Tsarnas because you were
 3  worried about SRSA some day reading them?
 4      A.   No.  As mentioned, my deletes are
 5  sporadic when I decide to get my life
 6  organized.  There's no rhyme or reason to it.
 7      Q.   When was the last time you deleted
 8  text messages?
 9      A.   I don't know.
10      Q.   Within the last year?
11      A.   Yes.
12      Q.   Within the last six months?
13      A.   Possibly, yes.
14      Q.   When was the last time you deleted
15  text messages with Alex Tsarnas?
16      A.   I don't know.
17      Q.   Do you believe you have ever deleted
18  text messages with Alex Tsarnas?
19      A.   I don't know.
20      Q.   Did you and Alex Tsarnas open up a
21  What'sApp thread on or around March 5, 2018?
22      A.   We did open up a What'sApp.
23      Q.   Had you and Alex communicated on
24  What'sApp prior to March of 2018?
25      A.   No.
                                        Page 30
```

```
 1               (Deposition Exhibit No. 3 was
 2  marked for identification.)
 3  BY MR. BRAUNIG:
 4      Q.   Kelly 3, which you have in front of
 5  you, is PNC 51458 through 51476.  Do you
 6  recognize Kelly 3 as a What'sApp chat thread
 7  between you and Alex Tsarnas that begins on
 8  March 5, 2018, and runs through May 17, 2018?
 9      A.   It looks like that's the case.
10      Q.   Why did you start a What'sApp thread
11  with Alex Tsarnas on March 5th?
12      A.   A new application to use that -- I'm
13  finished.
14      Q.   Okay.  Is this the first time you
15  ever used What'sApp on March 5, 2018?
16      A.   Yes.
17      Q.   With anyone?
18      A.   Yes.
19      Q.   Did you have an understanding that
20  What'sApp messages were easier to delete?
21      A.   I did.
22      Q.   Did you have an understanding that
23  What'sApp messages were not going to be -- were
24  not going to be historically preserved?
25      A.   I did.
                                        Page 31
```

```
 1      Q.   Okay.  Did you start the What'sApp
 2  thread, Kelly 3, in order to prevent people
 3  other than Alex Tsarnas from knowing what you
 4  and Alex Tsarnas were talking about?
 5      A.   I was -- I opened What'sApp because
 6  I felt more secure in having personal
 7  conversations.
 8      Q.   Did you own your own phone in March
 9  of 2018 before you left -- before you left
10  SRSA?
11      A.   I did.
12      Q.   Do you still use the same phone you
13  used in March of 2018?
14      A.   I don't know if I've had an upgrade
15  since then.
16      Q.   But the phone belonged to you, not
17  to SRSA?
18      A.   Yes.  It was my phone.
19      Q.   Did you have your own phone plan
20  with Verizon or AT&T or whoever?
21      A.   I did.
22      Q.   Were you reimbursed for that by
23  SRSA?
24      A.   Yes.  $50.  So no.
25      Q.   Not enough.  Have you ever tried to
                                        Page 32
```

```
 1  delete your What'sApp messages?
 2      A.   I don't recall.
 3      Q.   Have you ever removed What'sApp from
 4  your phone?
 5      A.   I don't have it on my phone right
 6  now, or I don't know that that's true.  I know
 7  at one point in time I didn't have it on my
 8  phone.
 9      Q.   What point in time was that?
10      A.   I don't recall.
11      Q.   Did you -- is that -- you didn't
12  have it on your phone because at some point you
13  removed the application from your phone?
14      A.   I don't remember.
15      Q.   You don't recall whether you --
16      A.   I don't remember if I got a new
17  phone and you had to like redownload your
18  applications or if I had a phone and I took the
19  app off or if I never took the app off.  I
20  don't recall is my answer.
21      Q.   But you recall that there was some
22  point in time between March 8, 2018, and today
23  when you did not have What'sApp on your phone
24  anymore?
25      A.   No.  I did not use What'sApp during
                                        Page 33
```