# Exhibit 2

12. If you produce a document in an incomplete or redacted format, indicate which portions of the document have been redacted or withheld, and state with particularity the reason for the redaction or withholding, and describe to the best of your knowledge, information, belief, and ability, those portions of the document which are not being disclosed.

13. If you object to any portion of any request, respond to the portions to which your objection does not apply.

14. If in answering these requests you claim any ambiguity in either the request or an applicable definition or instruction, identify in your response the language you consider ambiguous and state the interpretation of the language you used to respond.

15. Your obligation to respond to these Document Requests is continuing, and you should supplement your responses and production in accordance with the requirements of Rule 26(e) of the Federal Rules of Civil Procedure.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

All communications, including but not limited to text messages, between you and Tsarnas, dated between October 1, 2017 and March 31, 2018.

**REQUEST FOR PRODUCTION NO. 2:**

All communications, including but not limited to text messages, between you and any PNC employee, including but not limited to Tsarnas, relating to SRSA or SRSA's M&A Payments and Escrow Products, dated from March 18, 2018 to the present.

**REQUEST FOR PRODUCTION NO. 3:**

All documents reflecting or comprising communications with actual or potential customers for PNC's M&A Payments and Escrow Products that mention or refer to SRSA or SRSA's M&A Payments and Escrow Products.

**REQUEST FOR PRODUCTION NO. 4:**

All documents, dated from January 1, 2018 to the present, reflecting your contributions or input to the development of products that compete or were intended to compete with SRSA's M&A Payments and Escrow Products, including any documents created in anticipation of your competing with SRSA, such as the PowerPoint presentation "Building the E&P Platform 022018."

**REQUEST FOR PRODUCTION NO. 5:**

All communications, including but not limited to text messages, between you and any then-current SRSA employee, dated from March 8, 2018 to the present, relating to PNC, PNC's M&A Payments and Escrow Products, SRSA, or SRSA's M&A Payments and Escrow Products.

Respectfully submitted,

7

1338877