# Exhibit 3

**From:** Heather Kelly <hckelly@gmail.com>
**To:** Alex Tsarnas
**Sent:** 3/3/2018 11:11:11 AM
**Subject:** Text scares me

Sent from my iPhone

EXHIBIT
2
Kelly

Confidential					SRSAvPKT00026272