# Exhibit 5

Page 66

```
 1   charged to SRSA within the 2016 and 2017 time
 2   period; is that correct?
 3           MR. PETRIE:  Object to the form.
 4       A.  Yes.
 5           MR. ROTHSTEIN:  I'm handing the
 6       witness what's marked as Tsarnas
 7       Exhibit 5.
 8           (Exhibit 5:  Excerpt of texts
 9       (#PNC_00052082-94), was marked for
10       identification.)
11   BY MR. ROTHSTEIN (continuing):
12       Q.  Do you recognize this as an
13   excerpt from a text message conversation
14   between you and Rick Fink?
15       A.  I just need a second to review it.
16       Q.  Sure.
17       A.  (Perusing exhibit.)
18           Yes, I do.
19       Q.  And the subject matter of your
20   text thread with Mr. Fink beginning February
21   8th, 2018, is your potential employment at PNC
22   to work with Mr. Fink and his colleagues from
23   Fortis on a paying agent product that would
24   compete with SRSA; is that correct?
25       A.  No.
```

Page 67

```
 1       Q.  What was the subject matter of
 2   your text shared with Mr. Fink?
 3       A.  To work with PNC to build a
 4   product to compete in the industry.
 5       Q.  Compete in the same industry in
 6   which SRSA competed, correct?
 7       A.  Yes, and many other competitors.
 8       Q.  Which are the other competitors in
 9   that industry?
10       A.  Wilmington Trust, Wells Fargo,
11   Citibank, U.S. Bank, JPMorgan Chase, Fifth
12   Third Bank, Sun Trust Bank, many more.
13       Q.  Of all of those competitors,
14   including SRSA, whose mergers and acquisitions
15   payment product suite most closely resembles
16   the payment product suite that you've developed
17   since you joined PNC in 2018?
18       A.  I'd say it would either be
19   Wilmington Trust or SRS.
20       Q.  At the time of this text thread,
21   you knew that Mr. Fink was one of the three
22   principals at Fortis, right?
23       A.  Yes.
24       Q.  How did you know that?
25       A.  Because he introduced himself as
```

Page 68

```
 1   such and I had known about him while working at
 2   SRS.
 3       Q.  You knew PNC had purchased Fortis
 4   in December of 2017, correct?
 5       A.  Yes.
 6       Q.  Until PNC bought Fortis, Fortis
 7   was a shareholder representative company that
 8   competed with SRSA when you worked at SRSA; is
 9   that correct?
10       A.  Yes.
11       Q.  The date range for this entire
12   text thread is February 8th, 2018, through May
13   14th, 2018; is that correct?
14       A.  Yes.
15       Q.  Can you turn to page 4 of this
16   document to -- which is Bates ending 084.
17       A.  Yes.
18       Q.  Sorry, withdrawn.
19           Page 5, Bates ending 085.  And I'm
20   directing your attention to the February 27th,
21   2018, timestamp 16:05:55.  Do you see that?
22       A.  I do.
23       Q.  You wrote (as read):
24           Rick, the first version of the
25       severance agreement had the not asking me
```

Page 69

```
 1       to pay back the money that was
 2       erroneously credited to me.  I said no
 3       way to that.  I had to pay them back.
 4           Do you see that?
 5       A.  What was the -- I'm sorry, I must
 6   be in the wrong spot.
 7           MR. PETRIE:  Can you just repeat
 8       the timestamp?
 9           MR. ROTHSTEIN:  I think it's the
10       wrong timestamp.
11           THE WITNESS:  I've now found the
12       text that you just referred to.
13           MR. PETRIE:  It's 16:54:58, that's
14       the text you were asking about.
15   BY MR. ROTHSTEIN (continuing):
16       Q.  So did you write to Mr. Fink by
17   text on February 27th (as read):
18           Rick - The version of the
19       severance agreement had -- the first
20       version of the severance had them not
21       asking me to pay back the money that was
22       erroneously credited to me.  I said no
23       way to that.  I had to pay them back.
24           Did you say that?
25       A.  Yes, I did.
```