# Exhibit 8

| Parent Document Date | Subject | Privilege Type | Comments |
|---|---|---|---|
| 3/13/18 16:24 | FW: PRIVILEGED SRS legal letter | Attorney Client | Email containing legal advice concerning litigation or reasonable anticipation for litigation. |
| 3/13/18 16:32 | RE: PRIVILEGED SRS legal letter | Attorney Client | Email containing legal advice concerning litigation or reasonable anticipation for litigation. |
| 3/13/18 16:33 | FW: PRIVILEGED SRS legal letter | Attorney Client | Email containing legal advice concerning litigation or reasonable anticipation for litigation. |
| 3/13/18 16:38 | Fwd: PRIVILEGED SRS legal letter | Attorney Client | Email containing legal advice concerning litigation or reasonable anticipation for litigation. |
| 3/13/18 16:52 | FW: PRIVILEGED SRS legal letter | Attorney Client | Email containing legal advice concerning litigation or reasonable anticipation for litigation. |
| 3/15/18 12:27 | Call re SRS letter | Attorney Client | Communication with and at the direction of counsel regarding SRS litigation. |
| 3/20/18 22:44 | Re: PRIVILEGED -- Follow-up Letter on Behalf of SRS Acquiom, Inc. | Attorney Client | Communication with regarding contractual matters and litigation threatened by SRS. |