# Exhibit 9

 1    saw this, but it basically said are you a lawyer who

 2    doesn't want to be a lawyer anymore.  And I'm not a

 3    lawyer, but I thought it was interesting.  I looked at

 4    it and it talked about, you know, it talked about M&A

 5    and I texted -- I replied back and I said, "What are you

 6    talking about?"

 7            And then Paul and I started talking.  We knew a

 8    lot of people in common, and he described the business

 9    that he was putting together.  And he then asked me

10    whether I would join him on this adventure, and it's

11    been an incredible adventure.

12    BY MS. JACOBS:

13        Q.  During the -- during your tenure at SRS, do you

14    text other employees of SRS?

15        A.  Yes, we do -- we do various forms of text

16    messaging among the company.

17        Q.  So you text with other SRS employees; right?

18        A.  Yes.

19        Q.  Okay.  And you're aware that various other SRS

20    employees text with one another; is that right?

21        A.  Yes.

22        Q.  When you were co-CEO, did you have -- when you

23    were co-CEO of SRS, did you have any role in hiring?

24        A.  Yes.

25        Q.  What was your role in hiring?