# EXHIBIT 2
# FILED RESTRICTED
# LEVEL 2