### Page 17

[redacted]

### Page 18

[redacted]

9  Q. Can you describe for me what your
10 responsibilities were in your prior role as executive
11 chairman?
12  A. Yeah. It was a little bit more than what I'm
13 doing now in that I was on the board. I used to
14 coordinate strategy for the company, corporate
15 development for the company. But, again, at that point
16 once I stopped being the CEO, I had no day-to-day
17 operating responsibilities with the company.
18  Q. When you were executive chairman, did anyone
19 report to you at the company?
20  A. Perhaps my assistant, but even then I don't
21 think my assistant really reported to me. I don't think
22 I had any formal employees as executive chairman.
23  Q. When you were co-CEO of SRS, can you describe
24 for me what -- what your responsibilities were at that
25 time?

### Page 19

1  A. Well, it was, you know, Paul and I jointly held
2 the senior operating roles in the company. For the
3 first nine years or so we did everything together. All
4 decisions were done jointly. We were partners. For the
5 first many years of SRS it was a partnership.
6      And now given that, we did divide into areas of
7 interest. So my interest was more I had a financial
8 background. So I did all the financial -- I was -- sort
9 of oversaw the financial the CEO of the company. I
10 did -- I did marketing strategy, but my big area was
11 operations and technology.
12      Paul, on the other hand, is an attorney. He
13 managed our claims group. He managed -- he loves sales.
14 He's a great marketer, and he wanted to focus on those
15 areas and jointly we did strategy.
16  Q. How did you wind up getting together with
17 Mr. Koenig?
18      MR. BRAUNIG: Object to the form.
19      You can answer.
20      THE WITNESS: I was -- I was selling my last
21 start-up. I was -- my family said if I don't do
22 something new, they'd kick me out of the house. And one
23 day I was looking for theater tickets on Craigslist and
24 I saw a posting somewhere between row five and row seven
25 of Jersey Boys which I think -- I don't understand why I

### Page 20

1 saw this, but it basically said are you a lawyer who
2 doesn't want to be a lawyer anymore. And I'm not a
3 lawyer, but I thought it was interesting. I looked at
4 it and it talked about, you know, it talked about M&A
5 and I texted -- I replied back and I said, "What are you
6 talking about?"
7      And then Paul and I started talking. We knew a
8 lot of people in common, and he described the business
9 that he was putting together. And he then asked me
10 whether I would join him on this adventure, and it's
11 been an incredible adventure.
12 BY MS. JACOBS:
13  Q. During the -- during your tenure at SRS, do you
14 text other employees of SRS?
15  A. Yes, we do -- we do various forms of text
16 messaging among the company.
17  Q. So you text with other SRS employees; right?
18  A. Yes.
19  Q. Okay. And you're aware that various other SRS
20 employees text with one another; is that right?
21  A. Yes.
22  Q. When you were co-CEO, did you have -- when you
23 were co-CEO of SRS, did you have any role in hiring?
24  A. Yes.
25  Q. What was your role in hiring?