Page 17

[lines 1-10 redacted]

11 Q. Did you work with Heather Kelly while
12 you were at Wells Fargo?
13 A. I did -- oh, with Heather, no, I did not
14 while I was at Wells Fargo, no.
15 Q. Okay. Did she work for others in the
16 department you led, to your knowledge?
17 A. Not to my knowledge.
18 Q. Did you work with her at Wilmington
19 Trust?
20 A. I did.
21 Q. And in what approximate time period did
22 you work with her at Wilmington?
23 A. From a period from when I took over the
24 group until she left to go to SRS.
25 Q. So from sometime in 2015 would be the

Page 18

1 starting point?
2 A. I think so.
3 Q. And when did she leave to go to SRS?
4 A. I don't recall.
5 Q. Did she report directly to you during
6 the time period from sometime in 2015 until when she
7 left?
8 A. She did not.
9 Q. Did she report up through others to you?
10 A. She did.
11 Q. Who were the -- was the person or were
12 the people who were in between on that reporting
13 chain?
14 A. I think the person who was her direct
15 manager was Nick Tally.
16 Q. As the manager of that group, were you
17 involved in doing any sort of review of Ms. Kelly's
18 work while she was at Wilmington Trust?
19 A. What would you say is a for-instance of
20 her work? Her specific work while at Wilmington
21 Trust?
22 Q. Well, let me ask you a different
23 question. Was there a periodic review process for
24 employees in the department you managed at Wilmington
25 Trust from the 2015 period, when you started, until

Page 19

1 when you left?
2 A. Yes.
3 Q. And was that review process something in
4 which you were involved?
5 A. So the process would have been that her
6 direct manager would have conducted those reviews and
7 given her those reviews. So I would catch up with my
8 managers generally on how people are going or how
9 they're doing within their departments.
10 Q. Before those managers would then give
11 the reviews to the employees or after?
12 A. I tried to do them before they would
13 give them to their people, yes.
14 Q. Did Mr. Tally report to you how
15 Ms. Kelly was performing while an employee of
16 Wilmington Trust?
17 A. I don't recall.
18 Q. As part of your involvement in that
19 process generally, were you involved in making
20 decisions about employee compensation?
21 A. Yes.
22 Q. And would that include employee
23 compensation for Ms. Kelly when she worked there?
24 A. Yes.
25 Q. Were you ever involved in a discussion

Page 20

1 about reducing her compensation because of some
2 deficiency in her performance?
3 A. Not that I recall.
4 Q. Were you ever advised by Mr. Tally of
5 some deficiency in her performance?
6 A. Not that I recall.
7 Q. Are you friends with Ms. Kelly?
8 A. I think we're acquaintances and
9 colleagues.
10 Q. You have from time to time engaged in
11 text communications with Ms. Kelly; is that right?
12 A. Yes.
13 Q. Have you continued to have text
14 communications with Ms. Kelly after she had left SRS?
15 A. Yes.
16 Q. Have you continued to have text
17 communications with Ms. Kelly from the time you joined
18 SRS through present?
19 A. Yes.
20 Q. How did it come about that you were
21 talking to SRS about potential employment
22 opportunities with that company?
23 A. So SRS had made a claim by letter to
24 Wilmington Trust that started a dialogue between
25 Wilmington Trust and SRS, and in a meeting I had with