Page 21

1  existence of the lawsuit has put us both in a
2  position where we don't speak freely with each
3  other.
4      Q.   And when you say you "don't speak
5  freely with each other," what do you mean?
6      A.   I mean we don't communicate
7  frequently.
8      Q.   And when you say you "don't
9  communicate frequently," is that a change from
10 how your communications were prior to the
11 lawsuit?
12     A.   Yes, a marked change.
13     Q.   And prior to the lawsuit, on what --
14 just generally, what sort of level would you
15 communicate with Ms. Kelly?
16           MR. ROTHSTEIN:  Objection to
17 form.
18     A.   So while Heather worked at SRS, we
19 communicated many, many times per day.  After
20 she left SRS and joined PNC, we communicated
21 less frequently and even less so now after the
22 lawsuit.
23 BY MR PETRIE:
24     Q.   And would the same sort of progression
25 of communications from when Mr. Tsarnas was

Page 22

1  employed to after he was employed follow?
2      A.   Yes.
3      Q.   When working at SRS, do you use texts
4  as a means of communicating with your fellow
5  employees?
6      A.   I do with certain employees.
7      Q.   And what -- either by name or by
8  employment position, what types of employees
9  do you communicate with by text?
10     A.   I have communicated by text with many
11 employees who serve as relationship manager
12 and the executive team, when needed.  I
13 communicated more extensively via text with
14 Heather and Alex than any other employees at
15 SRS Acquiom.
16     Q.   Why is that?
17     A.   I don't know.
18     Q.   And who are the -- let me rephrase
19 that.
20          When you and Ms. Kelly were both
21 working at SRS, who were the RMs with whom you
22 would communicate by text?
23     A.   Primarily Heather, occasionally Daren
24 Di Nicola or Jennifer Kelley.
25     Q.   And when you say -- I believe you also

Page 23

1  told me that you will communicate sometimes by
2  text with the executive team?
3      A.   Uh-huh.
4      Q.   Is that correct?
5      A.   Yes.
6      Q.   Who is -- who are the individuals who
7  would be on the executive team that you would
8  communicate with by text?
9      A.   It would be primarily Mark Vogel, Paul
10 Koenig, Lon LeClair.  Typically, I would
11 communicate via text when I was trying to
12 catch someone's attention, perhaps, with
13 something more urgent.
14     Q.   Do you use -- or do you have an
15 SRS-issued cell phone?
16     A.   I do.
17     Q.   Do you also have a personal cell
18 phone?
19     A.   I do not.
20     Q.   So would it be accurate then that all
21 of your texting would be done on your
22 company-issued phone?
23     A.   Yes.
24     Q.   Have you provided your phone to the
25 company for it to look at whatever it could

Page 24

1  retrieve on it for text communications with
2  RMs or the executive team?
3      A.   No.
4      Q.   Has anyone asked you to provide your
5  phone to be reviewed for anything that can be
6  retrieved in terms of text messages?
7      A.   No.
8      Q.   I take it you also use e-mail in the
9  course of your work, like all of us?
10     A.   I do.
11     Q.   Is that something that's been fairly
12 constant since you joined the company in 2011?
13     A.   Yes.
14     Q.   Do you have -- in the course of your
15 work at SRS, do you also use any sort of
16 instant messenger type of communication?
17     A.   We use Gchat internally.
18     Q.   Do you use -- and Gchat is a Google
19 program?
20     A.   It is.
21     Q.   Sorry.  It's one of those things where
22 it's an easy question to see where it's going,
23 but if you can just take deep breath before
24 you respond.  That way we won't run into each
25 other okay?