# EXHIBIT 6
# FILED RESTRICTED LEVEL 1