**Archived:** Thursday, December 12, 2019 4:31:44 PM
**From:** Ben D. Rothstein
**Sent:** Monday, November 18, 2019 10:47:54 PM
**To:** jen.snodgrass@forensicpursuit.com
**Cc:** ACQUIOM-KVP; Robbins, Noah (Phila); mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B (Denver); Weissert, Elizabeth (Phila); robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. (Denver); Jacobs, Hara K. (Phila); Ballard PNC Litigation Team; Auerbach, Brian (Phila)
**Subject:** SRSA v. PNC -- Request for user-created files
**Sensitivity:** Normal

---

⚠ **EXTERNAL**

Hi Jen,

Pursuant to paragraph 8 of the Forensic Protocol, SRSA requests the following user-created files from Heather Kelly's PNC-issued computer (PNC008):

- "Copy of HK Contacts.xlsx" – this file has an MD5 hash value of: a31445990ff232e957a084c14a5b018c
- "Copy of HK Contacts (version 1).xlsb" – this file has an MD5 hash value of: 9f9d110a8adb00b1cc986b9aa9ffd9d8
- "HK BUYERS.xlsx" – this file has an MD5 hash value of: 4c7a2b2825385ec2e98d4bd2ee4b22cd
- "HK Buyers_Target List.xlsx" – this file has an MD5 hash value of: 53857d6d11ac141b606420eb12dfa9ed
- "HK TOP TIER 1.xlsx" – this file has an MD5 hash value of: 499b2dbe26387dc67259e6409a80a0aa

Please provide these five documents to Ballard Spahr as soon as possible and in no event later than close of business tomorrow (Tuesday, November 19), and please "reply all" to this email confirming when Forensic Pursuit has done so.

Counsel, these five documents on their face appear to be either versions of the "HK Contacts" spreadsheet that Ms. Kelly created/edited while at SRSA and brought to PNC, or derivative (or potentially derivative) customer lists that she created/edited on her PNC work computer. Given the narrow scope of the request, the apparent relevance of these five specific documents, and the upcoming PI deadline, we would appreciate your courtesy in providing approval for Forensic Pursuit to produce the documents to us in less than the three business days allotted under the Protective Order.

Regards,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com