**Archived:** Thursday, December 12, 2019 4:31:59 PM
**From:** Weissert, Elizabeth (Phila)
**Sent:** Friday, November 22, 2019 4:05:08 PM
**To:** jen.snodgrass@forensicpursuit.com; Wallace, Sarah B (Denver); 'Victor H. Yu'
**Cc:** acquiom-kvp@keker.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; michael.huber@ey.com; Petrie, Andrew J. (Denver); Jacobs, Hara K. (Phila); Ballard PNC Litigation Team; chris.schmidt@forensicpursuit.com; mybarra@keker.com; robert.kelso@forensicpursuit.com
**Subject:** RE: SRSA et al. v. PNC et al. - Request for user files (11/20/19)
**Sensitivity:** Normal

---

Jen and counsel,

I write in response to various SRSA requests for user-created files in accordance with the Forensic Protocol.

Regarding SRSA's November 18, 2019 request for user created files, we have reviewed these documents and will be producing the responsive documents to SRSA today via FTP.

Regarding SRSA's first November 20, 2019 request for user-created files, we received from Forensic Pursuit the deleted text messages. We have reviewed and there are no responsive messages.

Defendants object to SRSA's second November 20, 2019 request for user-created files, namely group chat messages and iMessages from PNC 004 and PNC 009. These devices were included in Defendants' document review and production. Accordingly, messages from the devices have already been reviewed and messages responsive to SRSA's document requests have been produced.

Nothing further is needed from Forensic Pursuit on these requests.

Thank you,
Liz

---

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Thursday, November 21, 2019 6:08 PM
**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; 'Victor H. Yu' <vyu@keker.com>
**Cc:** acquiom-kvp@keker.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; michael.huber@ey.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; chris.schmidt@forensicpursuit.com; mybarra@keker.com; robert.kelso@forensicpursuit.com
**Subject:** RE: SRSA et al. v. PNC et al. - Request for user files (11/20/19)

⚠ **EXTERNAL**

Good Afternoon All,

I am sending the first request via Hightail to Ballard Spahr now. Please confirm receipt of this email as well as the production.

Please be aware that the software will sometimes indicate a message was deleted but the content of the deleted message cannot be recovered. If content was available to me, it would be included per the request.

Thank you,

**Jen Snodgrass, ACE, CCO, CCPA**
*Senior Forensic Analyst*