# Auerbach, Brian (Phila)

| | |
|---|---|
| **From:** | Michelle Ybarra <mybarra@keker.com> |
| **Sent:** | Sunday, November 24, 2019 12:30 AM |
| **To:** | Wallace, Sarah B (Denver); brothstein@keker.com; jen.snodgrass@forensicpursuit.com |
| **Cc:** | acquiom-kvp@keker.com; Robbins, Noah (Phila); mschroeder@thinkbrg.com; acrain@thinkbrg.com; Weissert, Elizabeth (Phila); robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. (Denver); Jacobs, Hara K. (Phila); Ballard PNC Litigation Team; Auerbach, Brian (Phila) |
| **Subject:** | RE: . RE: SRSA v. PNC -- Request for user-created files |

⚠ **EXTERNAL**

Sarah,

From the filenames alone, the documents appear to be highly relevant and responsive to SRSA's RFP 4.

In any event, nothing in the forensic protocol limits us to seeking user files that are also responsive to RFPs. The protocol exists on top of the RFPs, not in service to them. If the user files we uncover in the trash bin on Kelly's PNC laptop are discoverable under Rule 26, they should be produced.

If PNC refuses to produce the files, we'll need to raise with the Court.

```
PNCWIN07\Users\PL03382\Desktop\TRASH\HK Buyers_Target List.xlsx
PNCWIN07\Users\PL03382\Desktop\TRASH\HK BUYERS.xlsx
PNCWIN07\Users\PL03382\Desktop\TRASH\HK TOP TIER 1.xlsx
```

Please let us know by Monday.

Thanks,

Michelle S. Ybarra
Keker, Van Nest & Peters LLP

---

**From:** Wallace, Sarah B <wallaces@ballardspahr.com>
**Sent:** Saturday, November 23, 2019 2:00 PM
**To:** Ben D. Rothstein <BRothstein@keker.com>; jen.snodgrass@forensicpursuit.com
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; robbinsn@ballardspahr.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com; ballardpnclitteam@ballardspahr.com; auerbachb@ballardspahr.com
**Subject:** RE: . RE: SRSA v. PNC -- Request for user-created files

**[EXTERNAL]**

Ben

Liz Weissert responded on Friday. We reviewed the documents and yesterday produced the two that were responsive to document requests and consistent with the Court's orders. There is nothing for Forensic Pursuit to do.