IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT

Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC") as well as Defendants Heather Kelly and Alex Tsarnas (the "Individual Defendants" and, collectively with PNC, the "Defendants") move this Court to order Level 1 restriction over Exhibit 6 to Defendant's Brief Regarding Motion to Compel Text Messages, Spoliation and Spreadsheets ("Discovery Brief") (ECF No. 116).  Defendants also move this Court to order Levels 1 and 2 restriction over portions of Exhibit A to Defendants' Motion for Extension of Time (ECF No. 105) as set forth in Plaintiffs' Motion to File Materials Under Restriction Levels 1 and 2 (ECF No. 110).

This Court entered the parties' Stipulated Protective Order on September 5, 2019 to govern the production of confidential information during this litigation.  (ECF No. 40).  Under Section 2.2 of the Protective Order, Confidential Information includes "confidential and non-

public development, financial, sensitive, competitive, or commercial information, non-public personal information, or any other non-public information for which a good father claim of need for protection from disclosure can be made[.]" Per Section 2.7, Highly Confidential – Attorneys' Eyes Only Information includes "non-public trade secrets or other current or prospective confidential research, development, commercial, sensitive, competitive, or financial information, or other highly-sensitive data, the disclosure of which to a Party or Non-Party could cause either a competitive disadvantage to a Party or could create a substantial risk of serious harm that could not be avoided by less restrictive means." Section 10 of the Protective Order requires that "[a] document containing 'Confidential' information shall be filed under Level 1 restriction." The Protective Order further requires that "[a] document containing 'Highly Confidential – Attorneys' Eyes Only' Information shall be filed under Level 2 Restriction." *Id.*

Exhibit 6 to Defendants' Discovery Brief consists of a document PNC produced and designated as "Confidential" because it contains sensitive, non-public personal information. (ECF 116). Exhibit A to Defendants' Motion for an Extension of Time consists of Plaintiffs' Motion for a Preliminary Injunction with proposed redactions which Plaintiffs originally designated Highly Confidential – AEO in its entirety. (ECF No. 105). Plaintiffs have since moved this Court to restrict certain portions of their Motion for a Preliminary Injunction under Levels 1 and 2 restriction. *See* Plaintiffs' Motion to File Materials Under Restriction Levels 1 and 2 Under D.C. COLO. L. CIV. R. 7.2 (ECF No. 110). Defendants respectfully request that this Court order Levels 1 and 2 restriction over Exhibit A to Defendants' Motion for Extension of Time in accordance with the restrictions requested by SRSA in its Motion. *Id.*

2

For the foregoing reasons, Defendants respectfully request the Court order the above-referenced documents be maintained as Level 1 and Level 2 restriction.

## D.C.COLO.L.CIVR 7.1(A) CERTIFICATE OF CONFERRAL

Counsel for Defendants contacted counsel for Plaintiffs on December 19, 2019 and Plaintiffs' counsel confirmed on December 20, 2019 they do not oppose this Motion.

Dated:  December 20, 2019

Respectfully submitted,

By: __/s/ *Sarah B. Wallace*_____
    Andrew J. Petrie
    Sarah Block Wallace
    **BALLARD SPAHR LLP**
    1225 Seventeenth Street, Suite 2300
    Denver, Colorado 80202-5596
    Telephone: 303-292-2400
    Facsimile: 303-296-3956
    petriea@ballardspahr.com
    wallaces@ballardspahr.com

    Hara K. Jacobs
    Noah Robbins
    **BALLARD SPAHR LLP**
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone: 215-668-8500
    Facsimile: 215-864-8999
    jacobsh@ballardspahr.com
    robbinsn@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2019, a true and correct copy of the foregoing defendants' **UNOPPOSED MOTION FOR LEAVE TO RESTRICT** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Maya Karwande
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

></>/s/ Elizabeth P. Weissert_
Elizabeth P. Weissert