# EXHIBIT 4

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3                            - - -

 4
     SRS ACQUIOM INC., a          )   CIVIL ACTION
 5   Delaware corporation,        )   NO. 1:19-cv-02005
     and SHAREHOLDER              )       DDD-SKC
 6   REPRESENTATIVE SERVICES      )
     LLC, a Colorado limited      )
 7   liability company,           )
                                  )   VIDEO DEPOSITION OF
                                  )   THOMAS LANG
 8             Plaintiffs,        )   NOVEMBER 14, 2019
                                  )
 9      vs.                       )
                                  )
10   PNC FINANCIAL SERVICES       )
     GROUP, INC., a               )
11   Pennsylvania                 )
     corporation, PNC Bank,       )
12   N.A., a national             )
     association, HEATHER         )
13   KELLY, an individual,        )
     and ALEX TSARNAS, an         )
14   individual,                  )
                                  )
15             Defendants.        )

16
                              - - -
17

18

19

20

21

22

23

24

25
```

Thomas Lang                                                                          November 14, 2019

**Page 6**

1    MS. WALLACE: Sarah Wallace, Ballard Spahr,
2  for PNC, Alex Tsarnas and Heather Kelly. And with me
3  today is Natalie Moritz of PNC.
4    MR BRAUNIG: We should also state for the
5  record that this is not an individual deposition of
6  Mr. Lang, he is appearing as a 30(b)(6) witness
7  designee for PNC. Correct?
8    MS. WALLACE: Correct.
9         - - -
10        THOMAS LANG,
11  having been first duly sworn, was examined and
12  testified as follows:
13         - - -
14       E X A M I N A T I O N
15  BY MR. BRAUNIG:
16   Q.  Good morning, Mr. Lang.
17   A.  Good morning.
18   Q.  How are you presently employed?
19   A.  I'm employed at PNC.
20   Q.  What is your role at PNC?
21   A.  I am the COO for the treasury management
22  business.
23   Q.  Are you the business owner for the M & A
24  payments and escrow business?
25   A.  Yes, I am the business owner. When we

**Page 7**

1  acquired Fortis Advisors, I was the business lead on
2  that acquisition. And then as part of that strategy
3  we were -- we set out to build the escrow and paying
4  agent business.
5   Q.  Do Alex Tsarnas and Heather Kelly report up
6  to you?
7   A.  They don't report directly up to me. They
8  report through a chain of individuals that do
9  ultimately report to me.
10   Q.  Is there any reason you can't give your best
11  truthful testimony today?
12   A.  No.
13   Q.  Can I ask you, please, to turn - you have in
14  front of you an exhibit that was previously marked as
15  Bandanatham Exhibit No. 1.
16       Can I ask you to turn to the page, it's page
17  4 where the topics begin, the deposition topics.
18   A.  Sure.
19   Q.  Do you understand that you have been
20  designated today to testify about topic 2, PNC's
21  business plans and business reviews for PNC's M & A
22  payments and escrow products, including PNC's reasons
23  for developing the M & A payments and escrow
24  products, the integration of the M & A payments and
25  escrow products with Fortis shareholder services and

**Page 8**

1  PNC's budgets, product strategies and roadmaps?
2   A.  Yes.
3   Q.  And are you qualified to testify on that
4  topic?
5   A.  Yes.
6   Q.  Do you understand you've also been
7  designated to testify on topic 5, the revenues,
8  expenses and profits for PNC's M & A payments and
9  escrow products from October 1, 2017 to the present?
10   A.  I do.
11   Q.  Are you qualified to testify on that topic?
12   A.  I am.
13   Q.  Do you understand that you've also been
14  designated on topic 10, PNC's analysis of competitors
15  with products that may compete with PNC's M & A
16  payments and escrow products, including but not
17  limited to any comparisons between the features of
18  competitive products and those of PNC's M & A
19  payments and escrow products?
20   A.  Yes.
21   Q.  And do you understand when we say PNC's M &
22  A payment and escrow products, do you understand what
23  that entails?
24   A.  Yes.
25    MS. WALLACE: Let me just interrupt you for

**Page 9**

1  one minute, Warren, before we proceed and leave the
2  30(b)(6) notice. All of Mr. Lang's testimony today
3  will be subject to the limitations in the court order
4  regarding what PNC does and does not have to disclose
5  in terms of budgets and forecasts and the like.
6    MR. BRAUNIG: I understand your position. I
7  don't think the court order specifically dealt with
8  these deposition topics, but I do understand your
9  position on that.
10    MS. WALLACE: And we talked in advance when
11  we were meeting and conferring on this that since
12  these topics were directly relevant and largely the
13  same as the discovery requests at issue that we would
14  -- it was my understanding that the parties
15  understood that we would apply whatever he said the
16  scope was to this deposition as well.
17    MR. BRAUNIG: I understand your position on
18  that.
19  BY MR. BRAUNIG:
20   ==Q.  What was PNC's rationale for acquiring==
21  ==Fortis?==
22   ==A.  So for acquiring Fortis there were two key==
23  ==rationales. Fortis' business, their shareholder rep==
24  ==business is an advisory service around the M & A==
25  ==world. PNC has a strategy of acquiring advisory==

Pages 6 to 9

**Page 10**

1  businesses that are in that space.
2       Many years ago we acquired Harris Williams,
3  which is the leading investment bank for the middle
4  market. About five years, five-six years ago we
5  acquired Salisbury Advisors, who are the leading IPO
6  advisory firm in the country.
7       And when we learned about Fortis' business,
8  it fit well into that group of companies that we've
9  acquired in order to have value-added discussions
10 with our core middle market clients that PNC serves.
11   Q.  Go ahead, I didn't mean to cut you off.
12   A.  The second rationale was the prospect of
13 building out the escrow and paying agent business to
14 acquire low cost deposits.
15      As a bank deposits are critical to how we
16 run the bank. The prospect of an avenue to low cost
17 deposits was appealing.
18   Q.  Prior to the Fortis acquisition, was PNC in
19 this payments and escrow space --
20   A.  Prior to the --
21   Q.  -- for M & A?
22   A.  Prior to the Fortis acquisition, PNC had a
23 small escrow business that was in our asset
24 management group. It was not a large business. I
25 can't speak definitively to the sort of source of all

**Page 11**

1  those deals, but likely some of them were M & A
2  driven, as well as they did other escrow deals as
3  well.
4    Q.  Do you understand the difference between
5  paying agent and escrow business?
6    A.  I do.
7    Q.  What about in the paying agent business, did
8  PNC have any paying agent business prior to the
9  Fortis acquisition?
10   A.  PNC was not specifically in the paying agent
11 business prior to the Fortis acquisition.
12   Q.  When we talk about payments and escrow
13 business, can you just give a very short sort of
14 explanation of what you understand that to mean?
15   A.  Sure. So there's a few components in the
16 escrow business, there's many types of escrow, M & A
17 is one of them, where parties want money held
18 securely and released upon typically joint written
19 instruction.
20      So it's simply opening an account and then
21 executing upon that instruction when it comes. That
22 is the core part of the escrow business.
23      And in terms of the paying agent business,
24 that is taking funds and then disbursing those to
25 the, in M & A example, disbursing those to the

**Page 12**

1  shareholders based on sort of the appropriate amount
2  that they have earned based on the sale of the
3  company.
4    Q.  When PNC acquired Fortis, did Fortis have an
5  online paying agent product or is that something that
6  had not been developed yet?
7    A.  I think there's two questions there. Fortis
8  was not in the paying agent business when PNC had
9  acquired it. The sort of concept of getting into the
10 paying agent business was a clear part of the
11 strategy to the acquisition the Fortis team had put a
12 lot of thought in that prior to them going to the
13 market for sale.
14   Q.  Was the idea that if you have a paying agent
15 business that helps you get into escrow more broadly?
16   A.  Just broadly speaking about the paying agent
17 business, there's a couple things it does, clearly in
18 the marketplace help specifically around M & A, you
19 know, help get escrow, but there's certainly plenty
20 of business without it.
21      And then secondly there are also deposits
22 that are part of the paying agent business, something
23 -- a certain portion of shareholders for whatever
24 reason don't come and collect their money right away.
25   Q.  Broadly speaking was the strategy in

**Page 13**

1  acquiring Fortis to acquire the shareholder rep
2  business develop a paying agent business and use the
3  combination of those two to unlock escrow
4  opportunities?
5    A.  I wouldn't phrase it that way. I would say
6  the strategy of acquiring the Fortis business was to
7  acquire the existing shareholder rep business and
8  then to collectively build out the escrow and paying
9  agent business in concert. There's value in both
10 businesses.
11   Q.  After the Fortis acquisition, did PNC
12 prepare a business plan to obtain funding to develop
13 a paying agent capability?
14      MS. WALLACE: Object to the form. You can
15 answer.
16      THE WITNESS: Can you repeat the question.
17 BY MR. BRAUNIG:
18   Q.  Yes. After the Fortis acquisition, did PNC
19 prepare a business plan around developing a paying
20 agent capability?
21   A.  After the acquisition of Fortis, there are
22 specific plans around building out an escrow and
23 paying agent business.
24      (Deposition Exhibit No. 1 was marked for
25 identification.)

Thomas Lang                                                                November 14, 2019

## Page 14

```
 1  BY MR. BRAUNIG:
 2      Q.  I'm going to hand you what I've marked as
 3  Lang Exhibit No. 1.  Do you recognize Lang Exhibit
 4  No. 1?
 5      A.  Can I just take a second to look at it?
 6      Q.  Yep.
 7      A.  Yes, I do.
 8      Q.  Is Lang Exhibit No. 1 a business plan that
 9  was prepared by PNC in order to obtain funding to
10  build out the paying agent capability?
11          MS. WALLACE:  Object to the form.
12          THE WITNESS:  The document that is in front
13  of me is the approval document for what we call TMOC,
14  which is the treasury management oversight committee,
15  which lays out in this case our objective for moving
16  forward with the escrow and paying agent business and
17  asking for funding.
18  BY MR. BRAUNIG:
19      Q.  Were you involved in preparing Lang Exhibit
20  No. 1?
21      A.  This document was authored as sort of
22  indicated on the first page by Mike Houlihan.  Mike
23  Houlihan runs the product group that owns the
24  products for escrow and paying agent.
25          I likely saw versions of this and
```

## Page 15

```
 1  potentially had input into it.
 2      Q.  Does Mike Houlihan report up to you?
 3      A.  Mike Houlihan reports through my chain
 4  currently.  At the time that he wrote this he did
 5  not.
 6      Q.  I want you to turn, please, to the page --
 7  every page has got like a little we call it a Bates
 8  number, PNC sort of stamp number.
 9      A.  Okay.
10      Q.  Turn to page PNC 12709, the second page.
11  You see in the project overview it says, "by
12  September 2018, end of 2018 at the latest, we need to
13  be able to support post-close M & A escrow agent and
14  paying agent activity originating from Fortis deals."
15          Do you see that?
16      A.  I do.
17      Q.  Why was it necessary to have this capability
18  by September 2018 or end of 2018 at the latest?
19      A.  The objective when we entered into
20  discussions with the Fortis team was that we wanted
21  to get out to market with this business by the end of
22  2018.
23      Q.  Did you view that as an aggressive goal?
24      A.  I viewed it as a reasonable, a reasonable
25  goal that was going to require a lot of work.
```

## Page 16

```
 1      Q.  Was there any particular urgency around
 2  trying to get it done in 2018?
 3      A.  I mean, a business urgency, there was money
 4  to be made, and we wanted to deliver on that, you
 5  know, execute on -- from my perspective, execute on
 6  the strategy that was behind the Fortis acquisition.
 7      Q.  When you say there was money to be made, you
 8  mean the longer you wait -- the longer it takes to
 9  get a product to market, the slower the revenue
10  stream?
11      A.  Naturally with any product, the longer we
12  take to get to market, we are clearly missing the
13  market.  And we felt good about the market.
14      Q.  Why did you feel good about the market?
15      A.  There is a large escrow market out there.
16  And the nature of the escrow business in terms of the
17  rates paid on escrows compared to, you'll say
18  compared to a typical corporate escrow is very
19  beneficial to the bank.  And that's why we were
20  excited about the business case.
21          And when you looked at the players in the
22  market, and most of the players in this market that
23  have huge shares are other large banks.  We felt like
24  PNC could deliver and build a business here.
25      Q.  It says on the same page under customer
```

## Page 17

```
 1  impact summary, "paying agent capabilities would be a
 2  new service."
 3          Is that consistent with your understanding
 4  at least within PNC?
 5      A.  Where is it?
 6      Q.  Under customer impact.
 7      A.  Yeah, paying agent capabilities were a new
 8  service.  I think it's important to point out that
 9  the bank makes millions of payments, it's a core
10  functionality that we do all the time.
11      Q.  But doing paying agent, that would be a new
12  service?
13      A.  The paying agent service was a new business,
14  yes.
15      Q.  We have to be careful about talking over
16  each other.
17      A.  I'm sorry.
18      Q.  Turn to the next page, PNC 12711.  Do you
19  recognize this as a budget or cost estimate for the
20  paying agent business?
21      A.  It is a budget and cost estimate for
22  building out the project and financial projections
23  against that.
24      Q.  Was the --
25      A.  For, very specifically for the -- with all
```

Pages 14 to 17

Thomas Lang                                                                 November 14, 2019

```
 1   Exhibit No. 1 by strategic hiring of employees from
 2   competitors?
 3           MS. WALLACE:  Object to the form.  You can
 4   answer.
 5           THE WITNESS:  No.  I would say part of the
 6   strategy of getting to market was hiring the people
 7   that we needed to build out the business, that would
 8   include -- logically would include people that had
 9   experience in the business.
10   BY MR. BRAUNIG:
11       Q.  Did you anticipate at the time in February
12   2018, anticipate hiring from people who -- hiring
13   from competitors who had paying agent businesses
14   already?
15       A.  We had discussed many different ways of
16   going after filling out the team.  And certainly
17   hiring people with experience in the business is a
18   logical thing to do and something we do often when
19   we're building out teams.
20       Q.  When did you become aware of the possibility
21   of hiring Alex Tsarnas and Heather Kelly?
22           MS. WALLACE:  I'm going to object; outside
23   the scope of the 30(b)(6) topics.  You can answer.
24           THE WITNESS:  I first became aware of
25   Mr. Tsarnas and Ms. Kelly and the potential hiring of
                            Page 22
```

```
 1   A.  I did not.
 2   Q.  Did you think it would be helpful to
 3   achieving this goal to be in market by the end of
 4   2018?
 5           MS. WALLACE:  Object to the form; asked and
 6   answered.  You can answer again.
 7           THE WITNESS:  I'm sorry?
 8           MS. WALLACE:  You need to ignore me because
 9   I'm making a record.
10           THE WITNESS:  Okay.
11           MS. WALLACE:  It will just distract you.
12           THE WITNESS:  All right.  I'm sorry, can you
13   repeat the question.
14   BY MR. BRAUNIG:
15       Q.  Yes.  Did you think it would be helpful
16   hiring Alex and Heather to achieving the goal to be
17   in the market by the end of 2018?
18           MS. WALLACE:  Same objection.
19           THE WITNESS:  I thought that -- no.
20           (Deposition Exhibit No. 2 was marked for
21   identification.)
22   BY MR. BRAUNIG:
23       Q.  I'm going to hand you what I am marking as
24   Lang Exhibit No. 2.  Do you recognize Lang Exhibit
25   No. 2 as an email between yourself and Rick Fink
                            Page 24
```

```
 1   them sometime around the middle of February of 2018.
 2   BY MR. BRAUNIG:
 3       Q.  Around the same time as Lang Exhibit No. 1?
 4       A.  Let me check the date.
 5       Q.  Maybe even earlier?
 6       A.  Earlier than this date for sure.
 7       Q.  What was the business goal in hiring Heather
 8   and Alex?
 9           MS. WALLACE:  Outside the scope.  You can
10   answer.
11           THE WITNESS:  The objective of hiring
12   Ms. Kelly was very clearly an experienced
13   relationship manager in the business who was very
14   dedicated to service and felt like service was, you
15   know, a critical part to PNC products overall and
16   wanted to make sure that we delivered on that with
17   our escrow and paying agent business.
18           And with Mr. Tsarnas, clearly years of
19   experience in banking and understanding of banking as
20   well as understanding of the escrow and paying agent
21   business, and the business objective with him was to
22   help build out the middle office function.
23   BY MR. BRAUNIG:
24       Q.  Did you view hiring Alex and Heather as a
25   way to accelerate the schedule of getting to market?
                            Page 23
```

```
 1   dated March 25, 2018?
 2       A.  I'll just take a look at it.  I do.
 3       Q.  You see where Mr. Fink wrote to you, "We had
 4   a very productive session with Heather and Alex this
 5   week in San Diego.  I think you will be pleasantly
 6   surprised how efficiently and cost effectively we
 7   will able to move through this project with the
 8   general experience and industry know-how they are
 9   bringing to the table."
10           Do you see that?
11       A.  I do.
12       Q.  Did you have a discussion with Mr. Fink
13   about this email?
14       A.  I do not recall.
15       Q.  Did you have any discussion in March of 2018
16   about the benefits that hiring Heather and Alex would
17   have on meeting the strategic and business goals that
18   had been set for your project?
19       A.  I don't recall having any.
20       Q.  What did you understand Mr. Fink to be
21   saying to you in Lang 2?
22       A.  First of all, I don't recall this email.  If
23   you're asking me to recall it, I don't recall what I
24   thought at the time.
25           Reading this right now very literally, Rick
                            Page 25
```