# EXHIBIT 5

```
                                                                    Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3

 4     Civil Action No. 1:19-cv-02005-DDD-SKC

 5     SRS ACQUIOM INC., a Delaware
       corporation, and SHAREHOLDER
 6     REPRESENTATIVE SERVICES LLC,
       a Colorado limited liability
 7     company,

 8                Plaintiffs,

 9          v.

10     PNC FINANCIAL SERVICES GROUP,
       INC., a Pennsylvania
11     corporation, PNC BANK, N.A.,
       a national association,
12     HEATHER KELLY, an individual,
       and ALEX TSARNAS, an
13     individual,

14                Defendants.

15     _____

16       VIDEOTAPED DEPOSITION OF ADAM LEZACK AND AS A

17            30(b)(6) REPRESENTATIVE FOR PNC BANK

18                    SAN DIEGO, CALIFORNIA

19                      OCTOBER 28, 2019

20

21

22     Reported By:
       PATRICIA Y. SCHULER
23     CSR No. 11949

24     Job No. 47863

25
```

Adam Lezack                                                                      October 28, 2019

```
 1     Q.   So let's start with the first one.  What
 2  is the -- what are your job responsibilities as a
 3  managing director at Fortis?
 4     A.   At Fortis, in the shareholder rep
 5  business?
 6     Q.   Yes.
 7     A.   So in the shareholder rep business, I
 8  oversee the business.  I help oversee the
 9  relationship managers.  I help oversee the
10  operational team.  I help oversee the financial
11  piece.
12          Pretty much in my role as the founder --
13  one of the founders of the organization, I am
14  helping in one way or another the entire business.
15     Q.   Does -- do you have separate
16  responsibilities as a managing director for PNC?
17     A.   I do.
18     Q.   What are those responsibilities?
19     A.   So in that role -- currently?
20     Q.   Let's start with currently, yes.
21     A.   So one of the things I am responsible for
22  is managing a bunch of people on the escrow and
23  payments.
24     Q.   Who are the people that you manage on the
25  PNC side?
                                                Page 14
```

```
 1     A.   So the people that report to me are --
 2  and apologies in advance if I forget someone --
 3  Alex Tsarnas, Heather Kelly, Luda Semenova.
 4          Warren, apologies.  Did you just say the
 5  PNC side?
 6     Q.   On the PNC side.
 7     A.   There are others.  I would need the org
 8  chart in front of me to remember them.
 9     Q.   But among the people who you directly
10  manage are Alex Tsarnas, Heather Kelly and Luda
11  Semenova?
12     A.   Correct.
13     Q.   About how many --
14     A.   Oh, Patrick Murphy.  Tell me when you are
15  ready.  I have another one too.
16     Q.   Sure.
17     A.   Ilona Kandarova.  Give me a minute.  Let
18  me just think.  Just thinking about all the people
19  I talk to all the time.
20          That is the best I can remember at this
21  time.
22     Q.   You said that your role includes managing
23  people on the payment and escrow side of the
24  business.
25          Other than managing those people, do you
                                                Page 15
```

```
 1  have any other role or any other responsibilities
 2  on -- at PNC?
 3     A.   Well, when I said "managing," it is a
 4  broad word, you know, what I do.  I am managing
 5  those people.  I am also helping, you know, with
 6  the sales pipeline, right?  Those are salespeople
 7  or relationship managers.  I am also helping -- you
 8  said currently, or do you want to go back a bit?
 9     Q.   Let's stick with current for now.
10     A.   So I am still currently involved in just
11  lending my subject matter expertise to the
12  development of the business.  That is something I
13  have done since the beginning.  I interface with
14  senior management about the business.
15          That is a pretty good description I would
16  think.
17     Q.   On the PNC side, who do you report to?
18     A.   Thomas Lang.
19     Q.   You have made reference to sort of your
20  current responsibilities on the PNC side versus
21  previous responsibilities that you had on the PNC
22  side.
23          What were the previous responsibilities
24  that you had that you no longer have?
25     A.   Well, I did not say I no longer have
                                                Page 16
```

```
 1  them.  It's just, as life goes on, things morph,
 2  right?  You get older, things change, right?  So I
 3  was more heavily focused on things earlier on, such
 4  as building out the business from the ground up.
 5     Q.   What do you mean when you say "building
 6  out the business from the ground up"?
 7     A.   So my company, Fortis Advisors, of which
 8  I was a founder, was acquired by PNC back in 2018.
 9  Just the beginning of the year we closed.  And part
10  of the acquisition -- part of the thesis was that
11  we would build out a paying agent business and
12  escrow business for the bank to have a one-stop
13  shop.  To have all three products housed at one
14  place, because we possessed, you know, the
15  experience and subject matter expertise within
16  myself and my team to be able to do that within the
17  financial institution.
18          So when we came over to PNC after the
19  acquisition started, that was my primary focus;
20  was, you know, building this new business.
21     Q.   What was involved in building the new
22  business?
23     A.   Where do you want me to start?
24     Q.   Wherever you would like.
25     A.   Okay.  So involved in building the new
                                                Page 17
```

Pages 14 to 17

Adam Lezack                                                          October 28, 2019

### Page 58

```
 1     A.   I am at that page.
 2     Q.   There is a section -- there is a bullet
 3  point under "What do banks do to facilitate
 4  payments in escrow" that talks about an integrated
 5  online solution.
 6          My question for you is:  What was -- as
 7  of November of 2017, what was Fortis's concept of
 8  an integrated online solution?
 9     A.   Hold on.  Give me a few minutes.  I was
10  distracted.  I need to read this, and then ask me
11  the question.
12     Q.   You understand specifically the section
13  that I am asking you about, though?
14     A.   The "What do banks do to facilitate
15  payments in escrow"?
16     Q.   Correct.
17     A.   Yeah.  Give me a minute or two to get
18  some context.
19     Q.   Yeah.
20     A.   Okay.  I have read these bullet points.
21     Q.   My question is:  In November of 2017,
22  what was Fortis's idea for an integrated online
23  solution?
24     A.   So the idea in and of itself was to build
25  a paying agent business.  This is just -- you know,
```

### Page 59

```
 1  the world we live in now is digital.  This is just
 2  that piece of having the paying agent business.
 3          To your question, it is no different than
 4  we had -- I had mentioned before with respect to
 5  our thought the year before that and the year
 6  before that.
 7     Q.   So was the -- was it simply at a concept
 8  level in November of 2017?
 9     A.   What do you mean by "concept level"?
10     Q.   Was there any work that had been done to
11  develop this integrated online solution as of
12  November of 2017?
13     A.   So as I had mentioned before, we had
14  not -- we, being Fortis, had not built a paying
15  agent business on a grand scale before we joined
16  PNC.
17     Q.   And there was no -- there was no written
18  document that sort of laid out what it would take
19  in Fortis's view to build that product as of
20  November of 2017?
21     A.   A written document saying Step 1, Step 2?
22  Is that what you are saying?
23     Q.   For example.
24     A.   No.  There was no document that was
25  saying Step 1 or Step 2.  To be fair, none of that
```

### Page 60

```
 1  is required.  I have been doing this so long, it
 2  would take me five minutes to whiteboard what you
 3  need to do.
 4          MR. BRAUNIG:  I will move to strike
 5  everything after "fair."
 6          THE WITNESS:  What does that mean?
 7  BY MR. BRAUNIG:
 8     Q.   Let me ask you another question.
 9          MS. WALLACE:  Just ignore it.
10  BY MR. BRAUNIG:
11     Q.   On page 43776, it says --
12     A.   Sorry.  Where are you?
13     Q.   On page 43776, so the next page.
14     A.   Page 5.  Got it.
15     Q.   Page 5.  It says that "Overall, they have
16  very minimal technology; only proprietary
17  technology.  Are there two client facing systems,
18  Foresight and Forecast?"
19          Can I just ask you what Forecast was, or
20  is?
21     A.   Of course.
22     Q.   What is it?
23     A.   Forecast -- so do you see in the
24  parentheses "shareholder portal"?
25     Q.   Yes.
```

### Page 61

```
 1     A.   Before, when I had said the word
 2  "portal," that is what I was referring to.
 3     Q.   What does Forecast -- what service does
 4  Forecast provide?
 5     A.   Well, service is not the right word to
 6  use.  What Forecast is -- I will describe what
 7  Forecast is.
 8          So on a deal, you have 200 security
 9  holders, right?  And a security holder wants to
10  know "How much am I going to get paid," okay.  "How
11  much am I going to get paid at closing?  How much
12  am I going to get paid," to the extent there's a
13  working capital adjustment that has neither a
14  negative or positive adjustment.  It is -- we'll
15  call it neutral.
16          "How much am I going to get paid if and
17  when an escrow is released?  If and when multiple
18  escrows are released.  How much can I get paid if
19  there was a milestone that was hit?  What if there
20  was eight milestones?  How much of that expense
21  fund am I going to get?  How much am I entitled to
22  get?"
23          So what we built -- and this is all from
24  our business expertise.  And it really is six of
25  one, half dozen of another to the payment business.
```

Adam Lezack                                                          October 28, 2019

```
 1   We built a portal -- and when I say "built," we
 2   lent our business expertise.  We would sit in a
 3   room with technology people, and we'd describe in
 4   layman's terms -- although it is not for laypeople.
 5   It is a sophisticated subject matter.  We would
 6   describe "This is what we need.  This is what
 7   happens."  And then the technology people build it.
 8           So what it is, is you can log into the
 9   portal.  It is called Forecast.  And the idea with
10   Forecast is you can forecast into the future how
11   much you might get on any respective piece of your
12   deal.
13           So Forecast -- one of the great things
14   about Forecast too is, you know, similar to when I
15   joined PNC and I was telling them "We need to have
16   this for the paying agent business," a lot of times
17   you have a venture capital fund.  And a venture
18   capital fund -- their business is to raise
19   $1 billion and go invest it in 100 companies.  And
20   hopefully they sell a bunch of portfolio companies.
21           So rather than just seeing one deal,
22   Forecast allows them -- it is a portal.  It is
23   like -- think of it like a shareholder portal.
24   They can see all of their deals in one repository.
25      Q.   Who are the users of Forecast?  Are they
                                                  Page 62
```

```
 1   individual shareholders of companies who are -- who
 2   have been sold?
 3      A.   So who are the folks that would have --
 4      Q.   Log into Forecast.
 5      A.   So the folks that would log into
 6   Forecast -- I am not sure "log in" is the right
 7   word, but you get the cap table.  Okay.  It is a
 8   great question.  You get the cap table.
 9      Q.   Just tell me -- just answer the specific
10   question.  Who logs in?
11      A.   Well, but I am going to answer the
12   specific question.
13      Q.   Okay.
14      A.   You get the cap table that lists all of
15   the security holders, right?  And they are
16   different on every deal.  And that cap table will
17   tell you that "Warren gets 100 bucks here.  Warren
18   gets 500 bucks there."
19           So Warren would have the ability or --
20   unless you asked, you know, your wife to do it
21   or -- I don't know if you are married, but whoever
22   you would give access to -- and we have another
23   feature, but I'll put that aside -- the ability to
24   go in and see your holdings on that deal because
25   you are a security holder on that deal.
                                                  Page 63
```

```
 1      Q.   So security holders are the ones who
 2   access Forecast?
 3      A.   That is who has the right to access
 4   Forecast.  That is right.
 5      Q.   Thank you.
 6           Let me ask you to turn to the next page.
 7      A.   Sure.
 8      Q.   And it says --
 9      A.   You had asked me one more thing.
10      Q.   There is not a question pending right
11   now.
12      A.   Okay.
13      Q.   Let's just keep moving.
14           It says -- you see about the fifth bullet
15   down --
16      A.   You're on page 6?
17      Q.   I'm on page 6.  "Don't have any services
18   built for paying agent or escrow."
19           Was that accurate as of November of 2017?
20      A.   So in the context of this bullet point,
21   they were referring to the combined service that we
22   were talking about.  That is correct.
23      Q.   What do you mean "the combined service"?
24      A.   As we talked about, escrow business,
25   paying agent business.
                                                  Page 64
```

```
 1      Q.   Did you have services built for paying
 2   agent or escrow?  Did Fortis in 2017?
 3      A.   Well, aside from the expense fund
 4   holding, we are not an escrow agent, right?  And so
 5   we did not function as an escrow agent in that
 6   capacity.  And we were not acting as a paying agent
 7   on our deals.
 8      Q.   When PNC acquired Fortis, how much about
 9   PNC pay for Fortis?
10      A.   When the deal closed, PNC paid just at a
11   macro level $40 million.
12      Q.   At the time of the acquisition, it had
13   already been decided that PNC and Fortis were going
14   to build a paying agent platform?
15      A.   Correct.
16      Q.   The answer is "yes"?
17      A.   Yes.  Correct.  We decided that we were
18   going to build a paying agent business, a component
19   of which would be an online tool.
20      Q.   Did you personally receive cash or stock
21   as part of the acquisition?
22      A.   I personally received cash.
23      Q.   Is any of your compensation related to
24   that transaction contingent on future events at
25   PNC?
                                                  Page 65
```

Pages 62 to 65

Adam Lezack                                                                October 28, 2019

1  authorization to develop an escrow and payments
2  platform?
3      A.   I think -- I will answer it I think I
4  know what you want to know.  And if this isn't what
5  you want to know, just let me know.
6           So the process as far as development, are
7  you referring to getting approval to spend money?
8      Q.   Yes.  Was there a presentation that had
9  to be made, an approval that had to be obtained to
10 spend money to develop the payments in escrow
11 product?
12     A.   Certainly.  PNC is a big regulated bank,
13 and there's policies and procedures for that.
14     Q.   Were you involved in that process?
15     A.   Was I at the final meeting?  I was
16 involved in the process overall.  I was not at the
17 meeting where they smash on the table and they say
18 "Approved."
19     Q.   Did you help develop the presentation for
20 that meeting?
21     A.   I would have to see the presentation.  If
22 you have one, I am happy to take a look.
23          To save you time, what page would you
24 like me to look at?
25          (Exhibit 2 was marked for identification.)

Page 94

1  BY MR. BRAUNIG:
2      Q.   So let me just quickly -- so you have got
3  Lezack 2, which the court reporter has handed you.
4           It is a document -- it's an email
5  followed by an attachment and some other
6  attachments that all kind of come together that
7  begins PNC54817 and goes through 54861.
8           Do you recognize the presentation that
9  begins on page 54820 as the approval document that
10 was prepared by PNC to spend money to develop the
11 escrow and paying agent platform?
12     A.   So my question is, am I aware of this?
13 Yes.
14     Q.   Is this the document that you were
15 referring to a few moments ago?
16     A.   I did not have a specific picture in my
17 mind, so I -- this certainly looks like a document
18 along that process.
19     Q.   Let me ask you a couple questions.
20     A.   Sure.
21     Q.   On the first page, there is a gentleman
22 by the name of Mike Houlihan.  Who is Mike
23 Houlihan?
24     A.   So Mike Houlihan is a really nice guy.
25 He works in the CNIB group.  I don't know what his

Page 95

1  title is, but he's like -- think of him like a
2  liquidity guy.  So he is on the liquidity side of
3  the CNIB group in treasury management.  I forget
4  his title.
5      Q.   Does he report up to you?
6      A.   No.  Mike reports to a guy named Scott
7  Horan.
8      Q.   What was Mike's involvement in the
9  development of PNC Paid and the paying agent
10 capability at PNC?
11     A.   I can only tell you what I can see Mike
12 doing.  I just know Mike does a ton more.  So
13 Mike -- Mike was one of my liaisons who I would
14 work with who is on the internal bank side of the
15 house dealing with approval processes, risk,
16 liquidity.
17          There is a whole bunch of pieces of the
18 paying agent business.  And that is why this
19 business is a huge team.  There's a ton of people.
20 And that was his role in this piece.  And to this
21 day it remains his role.
22     Q.   I want to draw your attention to the
23 page 54821.
24     A.   Let me just read the email.
25     Q.   I am not going to ask you about the

Page 96

1  email.
2      A.   Okay.
3      Q.   Or if so, I'll give you some time.  So
4  I'm just going to ask you about the presentation.
5      A.   Sure.  54821, you said?
6      Q.   Yes.
7      A.   Okay.  I am there.
8      Q.   It says -- if you look under "Customer
9  Impact Summary," you see it says "Paying agent
10 capabilities would be a new service."
11          Is that consistent with your
12 understanding that PNC did not have paying agent
13 capacities as of March 2018?
14     A.   So what he's referring to here is PNC had
15 the ability to, on a small scale, make payments.
16 He's referring to here about the specific expanded
17 business that we were building.
18     Q.   ==You see up under the "Project Overview,"==
19 ==it says "By September 2018, end of 2018 at the==
20 ==latest, we need to be able to support post-close==
21 ==M&A escrow agent and paying agent activity==
22 ==originating from Fortis deals."==
23          ==Who set that timeline to be able to==
24 ==support escrow agent and paying agent activity by==
25 ==September 2018?==

Page 97

Adam Lezack                                              October 28, 2019

```
 1      A.    It is a big group.
 2      Q.    Who made the determination that it needed
 3   to be -- that PNC needed to be able to have this
 4   service by no later than the end of 2018?
 5      A.    So I am one of the individuals.  It is a
 6   big group.  You go and you explain the business
 7   requirements.  You work with technical people to
 8   develop.  You figure out reasonably, based upon the
 9   amount of dollars and people and skill set you
10   have, what that timeline is.
11            And then you figure it, and then you all
12   figure out whether that is reasonable or you have
13   to push people harder, and then you come up with a
14   timeline.
15      Q.    Was -- what was the role of CGI in
16   determining what that timeline should be?
17      A.    So CGI is the outsource development
18   company, the technical people, right?  They do a
19   bunch of things.  And their role is we will tell
20   them "You need to do this, you need to do this, you
21   need to do this."  And then they take all of the
22   ingestion of that material, and they say "We can do
23   this in this time and this in this time and this in
24   this time."  So they're certainly an integral part
25   of the team.
                                                  Page 98
```

```
 1   have seen them and used them many, many times.  And
 2   there is probably a thousand more that I have not
 3   seen or never will see.  That is what they do.
 4   They are experts.
 5      Q.    I want to turn your attention to 54823.
 6   There were financial projections that -- you see
 7   that?  The financial projections that PNC had for
 8   escrow and paying agent operations?
 9      A.    I see it as financial summary page, if
10   we're on the same one.  Yeah.  Okay.
11      Q.    And for 2019, was PNC estimating that it
12   would be able to generate over $8 million in
13   deposit income?
14      A.    So that was probably -- when you say PNC,
15   do you mean me?  I probably was responsible for a
16   lot of these numbers.
17      Q.    Were you estimating that the net interest
18   income for 2019 from deposits would be about
19   $8 million?
20      A.    Well, so no.  Recall, there is -- in a
21   big bank, there is what is called a funding desk
22   and groups that set what the NII is.  I don't do
23   that.  What I would do is I would say "We are going
24   to bring this many billion dollars," and then they
25   would apply those metrics against that to help come
                                                 Page 100
```

```
 1      Q.    But how was it decided that you needed to
 2   have this escrow and paying agent service within
 3   nine months?  How was that determination made?
 4            MS. WALLACE:  Object to the form.
 5            THE WITNESS:  I said "I will take
 6   responsibility for that."
 7   BY MR. BRAUNIG:
 8      Q.    How did you know it would only take nine
 9   months to have an up-and-running escrow and payment
10   capability?
11      A.    Well, actually, I thought nine months was
12   a long time.  I thought nine months was a really
13   long time.  I was hoping it would be done faster.
14      Q.    Did it concern you that no one at PNC had
15   done online paying agent services before?
16      A.    No.
17      Q.    Why not?
18      A.    Warren, PNC is one of the most respected
19   banks in America, with some of the best technology,
20   best-skilled people and hardest-working people I
21   have ever worked with.  So I was not concerned at
22   all.
23            Part of the sales pitch when we sold our
24   company was that they had experience in building
25   out financial products day in and day out.  And I
                                                  Page 99
```

```
 1   up with whatever these numbers may be.
 2      Q.    What was your assumption for what the
 3   total escrow amount under management would be in
 4   2019?
 5      A.    I don't remember specifically, but I
 6   could give you a best estimate.
 7      Q.    Give me your best recollection.
 8      A.    2019, so this year?
 9      Q.    Yes.
10      A.    Say just a billion and change.
11      Q.    You also estimated here in Lezack 2 that
12   there would be revenue of about $2 million,
13   $2.5 million from escrow agent fees, paying agent
14   fees, and wire ACH fees?
15      A.    Sir, Lezack 2.  What page are you on now?
16      Q.    Still the same one, 54823.
17      A.    Okay.  I see that.
18      Q.    Am I getting it right, that that is what
19   that represents?  That represents revenue from
20   those three categories?
21      A.    That would be a good guess.
22      Q.    Looking a little further down the page,
23   was it your assumption that all of this could be
24   achieved with only about $1.2 million in direct
25   expense?
                                                 Page 101
```

```
          [REDACTED]

 6    Q.   We're going to start now the part of the
 7  corporate deposition of PNC.  So I'm going to mark
 8  as our next exhibit --
 9    A.   The 30(b)(6)?
10    Q.   Yes.
11    A.   Can we just take a two-second break?
12    Q.   Yes.
13         MR. BRAUNIG:  Go off the record, please.
14         THE VIDEOGRAPHER:  The time is 11:39 a.m.
15  We're off the record, ending Media No. 2.
16         (Recess taken.)
17         THE VIDEOGRAPHER:  The time is 11:50 a.m.
18  We're now back on the record, beginning Media No.
19  3.
20         (Exhibit 3 was marked for identification.)
21  BY MR. BRAUNIG:
22    Q.   Mr. Lezack, you have in front of you
23  Lezack Exhibit 3, which is the 30(b)(6) deposition
24  notice.
25         Do you recognize the topics listed there
                                              Page 106
```

```
 1  as ones with which you have familiarized yourself?
 2    A.   Let me just take a look at the document,
 3  please.
 4    Q.   I am only going to ask you about pages 4
 5  and 5, not the --
 6    A.   Just go to pages 4 and 5?  Okay.
 7         MS. WALLACE:  And to be clear, he is
 8  designated for certain of these ten topics.
 9         THE WITNESS:  Sorry.  Which ones?
10  BY MR. BRAUNIG:
11    Q.   My question for you is, do you understand
12  that you have been designated on Topics 3, 4, 6,
13  and 8, listed on page 5?
14    A.   Three, yes.  4, yes.
15    Q.   6?
16    A.   6, yes.  And you said one more.
17    Q.   8.
18    A.   8?  Yes.
19    Q.   Are you the person most qualified to
20  testify on those topics?
21         MS. WALLACE:  Object to the form.
22         THE WITNESS:  Most qualified?  What do
23  you mean by "most qualified"?
24  BY MR. BRAUNIG:
25    Q.   Are you the person at PNC who is the most
                                              Page 107
```

```
 1  qualified to provide corporate testimony about
 2  those four topics?
 3         MS. WALLACE:  Object to the form.
 4         THE WITNESS:  I have taken this very
 5  seriously and did my best to educate myself on
 6  these topics so that I could do my best to answer
 7  your question, if that is what you are asking me.
 8  BY MR. BRAUNIG:
 9    Q.   We're going to start with Topic 4.
10         Tell me what you did to prepare to
11  provide corporate testimony on Topic 4, PNC's
12  employment of Kelly and Tsarnas.
13    A.   I talked to some colleagues about Topic
14  No. 4.  That is what I did.
15    Q.   Who did you talk to?
16    A.   I talked to Ryan Simkin and Rick Fink.
17    Q.   Anyone else?
18    A.   Other than legal?
19    Q.   Other than legal.
20    A.   I don't think so.
21    Q.   Did you review documents to prepare for
22  Topic 4?
23    A.   No.
24    Q.   Anything else you did to prepare to
25  testify on Topic 4 other than what you have just
                                              Page 108
```

```
 1  described, talking to those two individuals?
 2    A.   No.
 3    Q.   Prior to January 2018, did you know
 4  Alex Tsarnas?
 5    A.   I did not know Alex.  Me, Adam, or is
 6  this the PNC thing?
 7    Q.   Did PNC know Alex Tsarnas?
 8    A.   That is a weird question.  I did not know
 9  Alex as Adam Lezack, the individual.  And I don't
10  believe PNC knew Alex as an individual; PNC being
11  the company.
12    Q.   Did you know Heather Kelly individually
13  as Adam Lezack?
14    A.   Yes.
15    Q.   How did you know Heather Kelly?
16    A.   I worked as an M&A lawyer.  I knew
17  Heather when she was at Wells and Wilmington and
18  SRS.  So I worked with Heather over the years.
19    Q.   Which of Heather Kelly or Alex Tsarnas
20  did PNC first speak with about potential
21  employment?
22    A.   So the first -- my understanding is the
23  first person that was talked to was Heather.
24    Q.   And what were the circumstances that led
25  to talking to Heather?
                                              Page 109
```

**Page 110**

1    A.    Sure.  So PNC deal and Fortis deal is
2  announced, right, December of 2017.  And we sent
3  out an announcement saying "Great.  We are going to
4  do a deal."  And so in the course and scope of
5  those communications, my colleague, Rick Fink at
6  Fortis -- Rick was touching base with a gentleman
7  named Luke Bergstrom.  He's a corporate partner at
8  Latham & Watkins.
9         And so Luke told -- I was not part of
10 these conversations, but I have spoken to Rick and
11 Ryan to be able to answer your question.  So Luke
12 told Rick "Hey, I understand Heather is not happy
13 working at SRS.  You should talk to her."
14        Then -- because Rick did not know
15 Heather, but Ryan and I have known Heather over the
16 years.  Ryan knows Heather as well.  Ryan called
17 Heather to say "Hey, Heather, how is it going?  I
18 heard you are unhappy."
19    Q.    Approximately when was that?
20    A.    I would say February, March 2018.
21    Q.    Was there an interview process that came
22 out of that initial contact by Ryan Simkin?
23    A.    So when you say "interview process" --
24    Q.    Did you interview Heather Kelly?  Did PNC
25 interview Heather Kelly?

**Page 111**

1    A.    So Ryan and Rick certainly had multiple
2  conversations with Heather; Ryan generally taking
3  the lead, though.
4    Q.    Were those face-to-face interviews or
5  telephonic?
6    A.    For sure over the telephone.  And whether
7  they met in person, I just don't recall.  I don't
8  recall.
9    Q.    What about Alex Tsarnas?  How did PNC
10 come to interview Alex Tsarnas?
11   A.    So as I had mentioned, Luke told Rick
12 "Call Heather."  Ryan calls Heather, and in that
13 initial conversation Heather says to Ryan "Hey, I
14 know this awesome guy whose name is Alex Tsarnas."
15 So Heather passes along Alex's name to Ryan.
16   Q.    And did PNC interview Alex Tsarnas as
17 well?
18   A.    Certainly there were phone calls talking
19 about -- call it an interview, call it what you
20 will, but there was conversations with anyone we
21 hire.
22   Q.    In those conversations with Kelly and
23 Tsarnas, did PNC explain what it was going to be
24 trying to develop in terms of building a paying
25 agent and escrow platform?

**Page 112**

1    A.    So I was not part of those conversations,
2  but my expectation would be that, given that that
3  is what they do for a living, that that was the
4  crux of those communications -- were building out
5  an escrow and payment business.
6    Q.    I want to make sure I understand.  So in
7  the interviews that PNC had with Kelly and Tsarnas,
8  did they discuss building out an escrow and
9  payments business for PNC?
10        MS. WALLACE:  Object to the form.
11        THE WITNESS:  The way you are phrasing
12 that question does not make sense to me.  What you
13 are saying -- no.  It is "Hey" -- because I have
14 done a bunch of recruiting too.  It is "Hey,
15 Heather, we're building an escrow business.  I love
16 you, Heather.  Would you like to join?"  "Okay."
17 You know, back-forth, back-forth, talk terms, and
18 then off you go.
19 BY MR. BRAUNIG:
20   Q.    Is that PNC's testimony?  Is that what --
21 is that PNC's description of what happened at these
22 interviews, that there was no detailed discussion
23 of how PNC intended to develop a payment and escrow
24 business?
25   A.    So my expectation would be that there

**Page 113**

1  would be a discussion about building an escrow and
2  payment agent business.
3    Q.    Did Tsarnas -- did Alex Tsarnas, in the
4  interviews he had with PNC -- did he represent that
5  his experience with Acquiom, with SRS Acquiom,
6  would be relevant in building a competing product?
7    A.    I understood that he sent a bullet point
8  list to Rick Fink of his qualifications.
9    Q.    Why did he do that?
10        MS. WALLACE:  Object to the form.
11        THE WITNESS:  I can't tell you as to why
12 Alex did that.  My best estimate would be that,
13 when you are applying for a job, you want to put
14 your best foot forward.  And what you believe to be
15 your qualities, you would send over, like a résumé.
16        (Exhibit 4 was marked for identification.)
17 BY MR. BRAUNIG:
18   Q.    You have Lezack 4 in front of you.
19        Is Lezack 4 the list of bullet points
20 that you were describing?
21   A.    It is.
22   Q.    Did PNC ask Alex Tsarnas to prepare these
23 bullet points?
24   A.    I believe that Rick asked Alex for his
25 background to the extent he would have it as part

Adam Lezack                                                October 28, 2019

**Page 226**

1  BY MR. BRAUNIG:
2      Q.  Mr. Lezack, when did PNC begin the
3  development of the online paying agent platform?
4      A.  So I would say we started the development
5  of the paying agent business with those components
6  the second that we closed our deal.
7      Q.  When did the deal close?
8      A.  It's either the 31st of January or the
9  1st.  I don't recall the day.  Of 2018.
10     Q.  What were the first things that PNC did
11 to develop the online paying agent platform?
12     A.  Well, so it doesn't work like that.
13 We're -- and I'll just provide a little clarity.
14 You keep saying it like it's developing this thing
15 in a vacuum.  We're building a paying agent
16 business, a function of which has online components
17 to the extent shareholders want to use that.  We
18 started building out the paying agent business even
19 before the deal closed.
20     Q.  So I'm specifically asking about the
21 online component that you worked with CGI on.
22     A.  So our -- so maybe your question is when
23 was our first meeting with CGI?
24     Q.  Well, it could be, but I'm also asking
25 was there anything that happened before CGI was

**Page 227**

1  engaged?
2      A.  Yes.  And as I just said, you know, call
3  it the second we had our deal signed up even before
4  closing, we're meeting to discuss next steps.
5      Q.  And who was part of those meetings?
6      A.  Myself certainly.  Tom Lang could have
7  been part of those meetings.  Michael Houlihan
8  could have been part of those meetings.  Scott
9  Horan could have been part of those meetings.
10 Richard Nill could have been part of those
11 meetings.
12         There's a few other, like, tech folks
13 that were part of those meetings, I just don't
14 remember their names.  That's just a sampling.
15     Q.  And how many meetings were there about
16 the paying agent business before you engaged CGI?
17         MS. WALLACE:  The online portion, or just
18 in general?
19 BY MR. BRAUNIG:
20     Q.  The online portion?
21     A.  Well, so -- meetings or phone calls?
22     Q.  Either.
23     A.  Just communication in one respect or
24 another.  Lots.
25     Q.  And what work was done before CGI was

**Page 228**

1  engaged?
2      A.  So I was explaining, you know, and
3  educating myself and others, right -- I have a
4  whole bunch of other colleagues as well -- but the
5  paying agent business and what we believed you
6  needed to do to get to the next step.  So me is one
7  of the people.  And I can speak to my contribution,
8  obviously.
9      Q.  What sort of work product did you develop
10 before engaging CGI with respect to the development
11 of an online paying agent platform?
12     A.  So the term "work product," we would have
13 had meetings, and we would have talked through
14 what's required.  Whether or not we prepared
15 anything formal, very possible.  I just don't know
16 off the top of my head.
17     Q.  Was there any sort of a requirements
18 document that -- that PNC or Fortis prepared that
19 defined what the online product would look like?
20     A.  What the online product would look like?
21     Q.  Well, how the online product would
22 function.
23     A.  So those are two different things.  CGI's
24 UI people were the folks that make how it looks.
25     Q.  I'm not asking about how it looks.  I'm

**Page 229**

1  asking about how it operated.  Was there a
2  process -- let me ask the question.
3      A.  Sure.
4      Q.  Did -- you mentioned a process of
5  meetings or phone calls in which you and other
6  people from PNC were talking about what was
7  required for an online paying agent platform,
8  correct?
9      A.  That's not what I actually said.  You
10 just said for an online paying platform.  I said
11 for the paying agent business.
12     Q.  Okay.  Well, then that's a helpful
13 clarification?
14     A.  Right.
15     Q.  So prior to engaging CGI, had PNC done
16 any work to identify the requirements for an online
17 paying agent platform?
18     A.  I can't speak as to what anyone else did.
19 I can certainly tell you what I did.
20     Q.  What did you do?
21     A.  I explained to the group -- some of the
22 individuals that I just told you their name -- the
23 way that the paying agent business works, the
24 issues we've experienced over the years that are
25 widely known in the industry, the things that we