# EXHIBIT 7

Case No. 1:19-cv-02005-DDD-SKC   Document 122-2   filed 12/23/19   USDC Colorado   pg 1 of 6

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE DISTRICT OF COLORADO
 3    Civil Action No. 1:19-cv-02005-DDD-SKC
 4    ------------------------------------x
 5    SRS ACQUIOM INC., a Delaware corporation,
 6    and SHAREHOLDER REPRESENTATIVE SERVICES
 7    LLC, a Colorado limited liability company,
 8                              Plaintiffs,
 9     - against -
10    PNC FINANCIAL SERVICES GROUP, INC., a
11    Pennsylvania corporation,
12    PNC BANK, N.A., a national association,
13    HEATHER KELLY, an individual, and
14    ALEX TSARNAS, an individual,
15                              Defendants.
16    ------------------------------------x
17                              1675 Broadway
18                              New York, New York
19                              October 18, 2019
20                              9:00 a.m.
21    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
              VIDEOTAPED DEPOSITION of ROBERT P.
22    SANDT, JR., taken by the Plaintiffs, held at
      the aforementioned time and place, before
23    Sherri Flagg, a Registered Professional
      Reporter, Certified LiveNote Reporter, and
24    Notary Public.
25    PAGES 1 - 393
```

Page 1

**Page 250**

```
 1   process of determining which different
 2   information fields to publish through the
 3   buyer/seller portal?
 4       A.   The collective team, which was
 5   growing at that point.  So it would have been,
 6   again, very similar I answered previously:  PNC
 7   technology, CGI technologists, PNC business
 8   people, and we also involved PNC legal and
 9   risk.
10       Q.   Did Alex Tsarnas provide input
11   into the different information fields that
12   would be displayed to a buyer or a seller
13   through PNC PAID's buyer/seller portal?
14       A.   As part of the business team, most
15   likely, yes.
16       Q.   Did Heather Kelly provide input
17   into the different information fields that
18   would be displayed to a buyer or a seller
19   through PNC PAID's buyer/seller portal?
20       A.   Same answer.
21       Q.   So that's a yes?
22       A.   Yes.
23       Q.   Does PNC PAID's buyer/seller
24   portal present deal documents in an extractible
25   format to buyers and sellers if they want to
```

**Page 251**

```
 1   check them?
 2       A.   I believe so.
 3       Q.   Can you explain to me, in as much
 4   detail as you could explain to a jury in this
 5   case, how PNC PAID's buyer/seller portal
 6   feature makes deal documents extractible?
 7       A.   Once a buyer/seller has been
 8   granted access to the system, they can log into
 9   the client portal, buyer/seller portal;
10   navigate to the deal that they wish to extract
11   documents from; and then within that page,
12   there's a tab where they can click on a link
13   for documents and be presented with a list of
14   all documents that are available.  Click on the
15   document and they can download it.
16       Q.   Do you have an understanding, at
17   any more granular level than that, of how the
18   buyer/seller portal works from a back-end
19   perspective in regard to making deal documents
20   available in an extractible format?
21       A.   I don't.
22       Q.   Who would know that?
23       A.   Most likely a combination of PNC
24   technology and CGI technology.
25       Q.   And when you say "PNC technology,"
```

**Page 252**

```
 1   you're referring to Sergiy?
 2       A.   Correct.
 3       Q.   Is there anyone else you're
 4   referring to?
 5       A.   Nick O'Loughlin.  From the PNC
 6   side, I would say Nick and Sergiy.
 7       Q.   And then prior to Sergiy taking
 8   over Shashi's previous role, was there a
 9   different PNC technologist that had a primary
10   role on the PNC PAID project?
11            MR. ROBBINS:  Objection, form.
12       A.   Besides Shashi?
13       Q.   Correct.
14       A.   I don't recall if there were CGI
15   people or PNC people.  It was a different team,
16   right?  It was Shashi and team and now it's
17   Sergiy and team.
18       Q.   Okay.  And Shashi and team was
19   entirely CGI; am I correct?
20       A.   I believe so.  I believe so.
21       Q.   Sitting here today, are you aware
22   of any dedicated PNC IT personnel who worked on
23   the development of PNC PAID prior to Shashi
24   transitioning his role to Sergiy?
25            MR. ROBBINS:  Objection, form.
```

**Page 253**

```
 1       A.   Jeff Clarke, Ray Zhao.  Those are
 2   the two that come to mind.
 3       Q.   Okay.  And does Jeff Clarke
 4   continue to work on PNC PAID?
 5       A.   No, not as far as I know.
 6       Q.   Jeff Clarke was part of the
 7   readiness review in December of 2018, correct?
 8       A.   Yes.
 9       Q.   When, after December of 2018, did
10   Mr. Clarke stop working on the product?
11       A.   About the same time as the
12   transition from Shashi to Sergiy.
13       Q.   When did that take place?
14       A.   April of 2019.
15       Q.   And does Mr. Zhao still work on
16   the product?
17       A.   Not as far as I know.
18       Q.   When did Mr. Zhao stop working on
19   the product?
20       A.   Same time, 2019.
21       Q.   Do you have an understanding of
22   why there was such a significant transition of
23   technologist personnel working on PNC PAID in
24   the April 2019 time frame?
25            MR. ROBBINS:  Objection, form.
```

64 (Pages 250 - 253)

Page 254

1  A.  As discussed earlier, the bank has
2  an innovations team that prepares new products
3  for launch and gets them going.  And then once
4  that has taken place, they transition to a more
5  what's called RTB or run-the-bank team but then
6  continue supporting it and enhancing it.
7  Q.  So Jeff Clarke and Ray Zhao have
8  presumably moved on to developing other
9  products at PNC, and Sergiy and his team have
10 now come in to run the PNC PAID product; is
11 that correct?
12 A.  Yes.
13 Q.  But CGI still continues to execute
14 product innovation and product development
15 efforts; is that correct?
16 A.  Yes.
17 Q.  And CGI is responsible for
18 overseeing those efforts from a technology
19 development perspective?
20 A.  Yes.
21 Q.  Okay.
22     MR. ROTHSTEIN:  Would now be a
23 good time for a break?
24     MR. ROBBINS:  I'd rather keep
25 moving because I feel like we're having a

Page 255

1  lot of our time wasted right now and so
2  I'd like to get through this as quick as
3  possible.  Unless the witness needs a
4  break, I --
5     THE WITNESS:  I'm okay to keep
6  going.
7     MR. ROBBINS:  I'd rather keep
8  going.
9     MR. ROTHSTEIN:  I'm going to go
10 off the record.
11     VIDEO TECHNICIAN:  It is
12 approximately 2:55 p.m.  We are going off
13 the record.
14     MR. ROBBINS:  My understanding is
15 you would only go off the record if both
16 counsel agreed.  I don't agree.  I
17 believe we should keep going so...
18     MR. ROTHSTEIN:  Noah, this is my
19 deposition.  I'm about to go to the
20 bathroom.  Relax.
21     MR. ROBBINS:  This is crazy.  I
22 mean, the amount of time that is being
23 wasted right now.
24     MR. ROTHSTEIN:  When it's your
25 deposition, you can ask whatever

Page 256

1  questions you want.
2     MR. ROBBINS:  Well, as far as I'm
3  concerned, the seven hours is continuing
4  to run.
5     (Recess taken.)
6     VIDEO TECHNICIAN:  It is
7  approximately 3:07 p.m.  We are back on
8  the record.
9  BY MR. ROTHSTEIN (continuing):
10 Q.  Mr. Sandt, we spoke earlier about
11 a --
12     (Interruption.)
13     MR. ROBBINS:  Sorry, the person
14 who refreshed the coffee was scared off.
15 You can continue.
16 BY MR. ROTHSTEIN (continuing):
17 Q.  We spoke earlier about a product
18 readiness review.  Do you recall that?
19 A.  I do.
20     MR. ROTHSTEIN:  Okay.  I'm handing
21 the witness what I'll mark as Exhibit 11
22 -- 12.
23     (Exhibit 12:  Email Ruth Franz to
24 Scott Horan, et al., 12/20/18 with
25 attachment (#PNC_00039721-747), was

Page 257

1  marked for identification.)
2  BY MR. ROTHSTEIN (continuing):
3  Q.  Mr. Sandt, do you recognize this
4  as an email dated December 12th, 2018, with the
5  subject:  Steering Committee Documents
6  forwarding a final copy of the PNC Paying Agent
7  Readiness Review document to the attendees to
8  the readiness review meeting?
9  A.  I do.
10 Q.  Does the "To" field on the email
11 on the front page of Exhibit 12 reflect the
12 different attendees of that meeting, to the
13 best of your recollection?
14 A.  Yes.
15 Q.  If you open the slide deck that's
16 attached to that email, is this a true and
17 correct copy of the slide deck that was
18 presented at that meeting?
19 A.  I believe so.
20 Q.  Based on your understanding, what
21 was the purpose of the Tier 1 Readiness Review
22 meeting?
23 A.  This is a procedural requirement
24 at PNC to gain approval from various groups
25 within the bank to release a product.

65 (Pages 254 - 257)

**Page 358**

```
 1  mentioned on one of the documents I hand you.
 2       Mr. Sandt, is this a copy of the
 3  final draft of one of the slide decks for an
 4  internal marketing presentation you gave to
 5  Mr. Tsarnas?
 6    A.   It appears so, yes.
 7    Q.   And this has many of the same
 8  slides we just looked at in connection with
 9  page 23; is that right?
10    A.   That's correct.
11    Q.   And if you turn to the back of
12  this document, it lists Mr. Lezack,
13  Mr. Tsarnas, Ms. Kelly, and yourself as the
14  four points of contact for the PNC PAID team.
15  Am I right?
16    A.   That's correct.
17    Q.   Am I correct that Mr. Lezack,
18  Mr. Tsarnas, Ms. Kelly and yourself serve as
19  the four primary points of contact if people in
20  other departments at PNC have questions about
21  how to market PAID to their clients?
22    A.   I would say primarily it's
23  Mr. Tsarnas and myself.
24    Q.   Okay.  And there are other
25  versions of this slide presentation that just
```

**Page 359**

```
 1  list Mr. Tsarnas and yourself in the Contact Us
 2  section at the end, correct?
 3    A.   I believe so.
 4    Q.   Okay.  Okay.  I'm handing you
 5  what's been marked as Exhibit 24.
 6       (Exhibit 24:  Conversation 4/1/19
 7       (#PNC_00043145-), was marked for
 8       identification.)
 9  BY MR. ROTHSTEIN (continuing):
10    Q.   Please take a moment to
11  familiarize yourself with this document.
12    A.   (Perusing exhibit.)
13       Okay.
14    Q.   Mr. Sandt, am I correct that
15  Exhibit 24 is a copy of a OneNote document you
16  created on April 1st, 2019, reflecting notes
17  from one of the internal marketing
18  presentations that you gave with Mr. Tsarnas?
19    A.   Yeah, I believe these were my own
20  sort of preparation notes for talking points
21  for a particular presentation and ongoing.
22    Q.   Okay.  And so these notes are
23  talking points that you used to walk through a
24  slide presentation to other groups at PNC
25  similar to the slide presentation that we just
```

**Page 360**

```
 1  looked at in connection with Exhibits 22 and
 2  23.  Am I correct?
 3    A.   May have been in association with
 4  a slide presentation or not.
 5    Q.   Okay.
 6    A.   Just verbal.
 7    Q.   And at the top of the document, it
 8  begins (as read):
 9       PNC acquired Fortis, a shareholder
10       rep, about a year and a half ago as a way
11       of getting started in the M&A services
12       business.  Soon after, PNC began to make
13       strategic hires in order to build out a
14       paying agent product known as PNC PAID.
15       PNC PAID was developed primarily to drive
16       escrow deposits.
17       Do you see that?
18    A.   I do.
19    Q.   Are the strategic hires you're
20  referring to there Mr. Tsarnas and Ms. Kelly?
21    A.   I would also add Rachel Stastny
22  and myself.
23       MR. ROBBINS:  I was about to say,
24       you're overlooking yourself there.
25    Q.   When was Ms. Stastny hired?
```

**Page 361**

```
 1    A.   Prior to me.  I'm not sure exactly
 2  when.
 3    Q.   Okay.  So the four people who come
 4  to mind as strategic hires that were hired to
 5  help build out the paying agent product are
 6  Mr. Tsarnas and Ms. Kelly followed by
 7  Ms. Stastny and yourself, correct?
 8    A.   Yes.
 9    Q.   Okay.  There's a heading in this
10  document a little bit further down called Main
11  Components of TM's Offering.  Do you see that?
12    A.   I do.
13    Q.   The subheadings within that are
14  escrow Services, Preclosing Solicitation, PNC
15  PAID and Comp Payments.  Do you see that?
16    A.   I do.
17    Q.   Okay.  And so these reflect the
18  four different boxes in one of the slides that
19  are in the -- one of the slides that is in the
20  presentations in Exhibits 22 and 23, right?
21    A.   Correct.
22    Q.   Okay.  And are these emblematic of
23  the speaking points that you and Mr. Tsarnas
24  would typically use in connection with that
25  slide?
```

Case No. 1:19-cv-02005-DDD-SKC   Document 122-2   filed 12/23/19   USDC Colorado   pg 6 of 6