# EXHIBIT 8

```
 1      IN THE UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF COLORADO
 2
        Civil Action No. 1:19-cv-02005-DDD-SKC
 3      ---------------------------------------x
 4      SRS ACQUIOM INC., a Delaware corporation,
        and SHAREHOLDER REPRESENTATIVE SERVICES
 5      LLC, a Colorado limited liability company,
 6                                    Plaintiffs,
        - against -
 7
        PNC FINANCIAL SERVICES GROUP, INC., a
 8      Pennsylvania corporation;
        PNC BANK, N.A., a national association;
 9      HEATHER KELLY, an individual; and
        ALEX TSARNAS, an individual,
10
                                      Defendants.
11
        ---------------------------------------x
12
                                  1675 Broadway
13                                New York, New York
14                                October 17, 2019
                                  9:00 a.m.
15
16           HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17
18            VIDEOTAPED DEPOSITION of ALEX P.
19      TSARNAS, taken by the Plaintiffs, held at the
20      aforementioned time and place, before Sherri
21      Flagg, a Registered Professional Reporter,
22      Certified LiveNote Reporter, and Notary Public.
23
                      *    *    *
24
25      Pages 1- 406
```

Page 1

Page 262

```
 1   or texts from people at that point asking what
 2   had happened.
 3       Q.    Were you asked to hand in your
 4   computer and keycard at the time Mr. Koenig
 5   fired you?
 6       A.    Yes, I was.
 7       Q.    Did you comply with your
 8   obligation to return all company property at
 9   the time you were fired?
10       A.    I returned what I had and then
11   subsequently returned the rest after I returned
12   home.
13       Q.    What was included in the rest that
14   you returned to SRSA after you went home?
15       A.    There was a few things: the
16   telephone that I had at my desk, a -- one of
17   those little key SRS USB drives that had our
18   deal term study and stuff on it that we had
19   been using as marketing material. I'd also
20   used that as a backup for some data. And then
21   a Verizon WiFi hot spot.
22             And there might have been any --
23   I'm trying to think if there was anything else.
24   Maybe my business cards or something like that.
25       Q.    Tell me about the USB device that
```

Page 263

```
 1   you returned. Where did you find that?
 2       A.    I had that USB device near my --
 3   like my inbox on my desk.
 4       Q.    And when did you return it to
 5   SRSA?
 6       A.    When I mailed the package of
 7   telephone, WiFi card, you know, all that stuff
 8   back.
 9       Q.    How soon after January 23rd, 2018,
10   was that?
11       A.    A couple days I think. I could
12   give you an exact date; I just don't remember
13   what it is off the top of my head.
14       Q.    Okay. And describe that USB
15   device. Do you recall what it looked like?
16       A.    I do.
17       Q.    Okay.
18       A.    It was a -- it looks like a silver
19   key and it was branded "SRS."
20       Q.    Do you recall how much storage
21   capacity it had?
22       A.    I don't.
23       Q.    Okay. What did you use that USB
24   device for when you were at SRSA?
25       A.    I used it for -- so we gave those
```

Page 264

```
 1   out to clients on a regular basis because it
 2   had deal term studies on them, so it was sort
 3   of a leave-behind of the most recent version of
 4   them. And we -- you know, I guess I had --
 5   there were some in the office, but I had one
 6   that I had been regularly using to just back up
 7   my finicky laptop.
 8       Q.    How often did you plug it into
 9   your laptop in the, say, 2016 to 2017 time
10   frame?
11       A.    I don't remember. I don't think
12   we had them that long. I don't remember when
13   we actually ordered those USB drives.
14   Marketing would know. But we ordered a
15   quantity of them that we were giving out, but
16   they were only good for a while because they
17   had a dated -- they had dated material on them
18   for deal term studies.
19             So I took one once it was sort of
20   out-of-date and we had issued subsequent deal
21   term studies and used it as a backup for
22   occasional stuff. I'd sometimes use it for if
23   I had a client presentation or something like
24   that and you never knew if your SRSA laptop was
25   going to work when you were somewhere, you'd
```

Page 265

```
 1   want to have the material with you.
 2       Q.    Okay. Which specific types of
 3   documents did you back up onto that USB device?
 4       A.    It could have been a lot of stuff.
 5   I mean, it would have been probably everything
 6   that was in my documents folder, I would guess.
 7       Q.    You would just batch save your
 8   documents folder into that USB device?
 9       A.    Yeah, um-hmm.
10       Q.    Were there other folders that you
11   would look for documents to put onto that USB
12   device while you were at SRSA?
13       A.    I mean, I tend to keep it simple
14   with like file structures. So it might have
15   included downloads, too, but it would have been
16   documents and downloads. But I can't say for
17   sure. I'm sure documents, but I don't know
18   about downloads.
19       Q.    Several days after Mr. Koenig --
20   sorry.
21             Several days before Mr. Koenig
22   fired you, you had a phone interview with
23   Mr. Arend and SRSA's head of human resources,
24   Hannah Lee, regarding your false reimbursement
25   request. Is that correct?
```

67 (Pages 262 - 265)

**Page 294**

1 shifted against us. So what I mean by that is
2 there are other priorities that are being set
3 by people other than us to do that.
4     Q. So in the initial product design
5 stage, you and Ms. Kelly had more influence
6 onto the prioritization of features in the
7 product roadmap than you do now? Is that what
8 you're saying?
9     A. At the present time. But that's
10 just a -- there are just some stabilization
11 things that are going on with the product right
12 now that are driving that.
13     Q. So innovative ideas for new
14 product features have taken a backseat to
15 stabilizing the product; is that what you're
16 saying?
17     A. It's more balanced.
18     Q. More balanced in the direction of
19 stabilizing the product over releasing new
20 features?
21     A. Well, it was -- it's hard to say.
22 I can't say the percentage-wise. I just know
23 that there are more -- there's more diversity
24 in our development that's a sort of 360-degree
25 perspective on covering lots of bases.

**Page 295**

1     Q. Okay. What were the priorities in
2 the development in the product design stage in
3 early 2018?
4     A. Ensuring that the product would
5 mirror the STA guidelines and be legally viable
6 as a processing platform.
7     Q. And during that period, you and
8 Ms. Kelly had significant influence over which
9 features to prioritize for the MVP and the MMP;
10 is that correct?
11     A. As did others, but we had -- we
12 did, yes. We were not the only people making
13 those decisions.
14     Q. But you were influential members
15 of the team making those decisions; is that
16 correct?
17     A. Yes.
18     Q. Have you, at any point from when
19 you joined PNC until the present, ever excused
20 yourself from a development meeting because the
21 discussion focused on part of PNC PAID for
22 which you had intimate knowledge of how the
23 corresponding feature of SRSA's product worked?
24     A. I did not.
25     Q. Can you think of any instance in

**Page 296**

1 which Ms. Kelly excused herself from a
2 development meeting you attended because the
3 discussion focused on part of PNC's PAID
4 product for which Ms. Kelly had intimate
5 knowledge of how the corresponding feature of
6 SRSA's product worked?
7     A. I can't speak for her on that. I
8 know that my knowledge -- the way we designed
9 -- the way we designed our escrow and payments
10 platform was not factoring in anything about
11 SRSA's product.
12     MR. ROTHSTEIN: I'll move to
13 strike all of that answer as
14 nonresponsive after "I can't speak for
15 her on that."
16     Q. Mr. Tsarnas, can you think of any
17 instance in which Ms. Kelly excused herself
18 from a development meeting at all, for any
19 reason at PNC?
20     A. Maybe to use the rest room. I
21 mean, I don't know how specific you want me to
22 be. But I mean, I've walked out of meetings to
23 use the rest room as well so...
24     Q. Fair enough.
25     Other than excusing herself from

**Page 297**

1 meetings for regular reasons, did she ever
2 leave under circumstances where it was clear to
3 you that she was leaving because she didn't
4 want to divulge confidential information about
5 SRSA?
6     A. I'm not aware of that.
7     Q. Okay. Can you think of any
8 instance in which you censored yourself during
9 a development meeting because the discussion
10 focused on a part of PNC's product for which
11 you had intimate knowledge of how the
12 corresponding feature of SRSA's product worked?
13     A. No, because I didn't have intimate
14 knowledge of the development process at SRS so
15 I didn't do that.
16     Q. What were your and Ms. Kelly's
17 primary contributions to PNC -- I think I asked
18 you this.
19     ==Other than you and Ms. Kelly, was==
20 ==anyone else involved in the product development==
21 ==efforts for PNC PAID during the product design==
22 ==phase that had previous experience working with==
23 ==an online mergers and acquisitions payment==
24 ==product?==
25     ==A. So we brought in a product==

| | |
|---|---|
| 1  manager, Rob Sandt, at a particular time along<br>2  the way who had experience in the business and<br>3  had been developing something electronic at BNY<br>4  of which I'm not wholly familiar what its<br>5  capabilities were or are. And the other person<br>6  that was influential was Adam Lezack, who, in<br>7  his capacity -- and certainly that Fortis<br>8  offers a portal of a different ilk -- had a lot<br>9  of experience with other paying agents in his<br>10  capacity as a shareholder rep.<br>11      Q.   To your knowledge, Mr. Lezack had<br>12  never worked on the development of an online<br>13  mergers and acquisitions payment product,<br>14  correct?<br>15      A.   To my knowledge, that's correct.<br>16      Q.   And Mr. Sandt wasn't hired until<br>17  August of 2018; is that correct?<br>18      A.   I think something like that, yeah.<br>19      Q.   You hired Mr. Sandt after the<br>20  Vision Book was complete, correct?<br>21      A.   I don't know what date that was<br>22  that the Vision Book was completed.<br>23      Q.   You hired Mr. Sandt while the MVP<br>24  was in production; is that correct?<br>25      A.   I don't know.<br>Page 298 | 1  date where that transition might have occurred,<br>2  so I don't know.<br>3      Q.   Okay. Assuming for the moment<br>4  that that transition occurred before Mr. Sandt<br>5  joined the company. Was anyone other than you<br>6  and Ms. Kelly, who was involved in the product<br>7  design efforts for PNC PAID, that had previous<br>8  experience working with an online mergers and<br>9  acquisitions payment product?<br>10         MR. PETRIE: Object to the form.<br>11      A.   I can't answer that effectively<br>12  because I don't know about the people at CGI<br>13  and what experience they would have had.<br>14      Q.   Apart from CGI and, again,<br>15  assuming that Mr. Sandt was hired after the<br>16  product moved into development for the MVP, can<br>17  you think of anyone other than you and Ms.<br>18  Kelly who was involved in the product<br>19  development efforts -- sorry, who was involved<br>20  in the product design efforts for PNC PAID that<br>21  had previous experience working with online<br>22  mergers and acquisition payments?<br>23      A.   Actually, yes, I can. Rachel<br>24  Stastny. So Rachel came from Wilmington Trust,<br>25  and they had the (FAST) Track product. The<br>Page 300 |
| 1      Q.   Did PNC conduct any focus groups<br>2  or advisory board meetings -- assume for the<br>3  moment that Mr. Sandt was not hired until after<br>4  the Vision Book was complete and the product<br>5  design phase of PNC PAID was over.<br>6         With that assumption, other than<br>7  you and Ms. Kelly, was anyone else involved in<br>8  the product design efforts for PNC PAID that<br>9  had previous experience working with online<br>10  mergers and acquisitions payment products?<br>11      A.   I don't know why we say that the<br>12  product development phase had ended at that<br>13  point. It's not ended.<br>14      Q.   I didn't. I'm just referring to<br>15  the period between when you and Ms. Kelly<br>16  joined the company and when the Vision Book was<br>17  complete and the MVP went into production as<br>18  the product design phase. I'm not saying<br>19  development was over; I'm saying that product<br>20  design then shifted into production of actually<br>21  building the product on or about June or July<br>22  2018. And if I'm wrong about that, then please<br>23  correct me.<br>24         MR. PETRIE: Object to the form.<br>25      A.   It assumes I remember the exact<br>Page 299 | 1  depth of which she knew its operations, I can't<br>2  say. But she had been exposed to that product<br>3  at Wilmington Trust.<br>4      Q.   Is (FAST) Track, in your<br>5  understanding, as feature rich as either SRSA's<br>6  product suite or PNC's?<br>7      A.   I don't know.<br>8      Q.   And is that because the complete<br>9  set of features offered by (FAST) Track is not<br>10  information that's publicly available?<br>11      A.   That's right.<br>12      Q.   Did PNC conduct any focus groups<br>13  -- well, let me just go back.<br>14         Other than potentially the<br>15  developers at CGI and to some extent<br>16  potentially Ms. Stastney, was anyone else<br>17  involved in the product development efforts<br>18  during the product design phase for PNC PAID<br>19  that had previous experience working with<br>20  online mergers and acquisition payment<br>21  products?<br>22      A.   That would be -- I don't know of<br>23  anyone else.<br>24      Q.   Did PNC conduct any focus groups<br>25  or advisory board meetings in connection with<br>Page 301 |

76 (Pages 298 - 301)

**Page 306**

1  product to the development team?
2     A.   Not to my knowledge.
3         MR. ROTHSTEIN: I'm handing the
4  witness what has been premarked as
5  Exhibit 24.
6         (Exhibit 24: Emails RE Fortis
7  Portal strategy 5/2018 with attachments
8  (#PNC_00040438-49), was marked for
9  identification.)
10 BY MR. ROTHSTEIN (continuing):
11    Q.   Mr. Tsarnas, do you recognize this
12 document?
13    A.   Just give me a second.
14        (Perusing exhibit.)
15        I don't recognize this specific
16 document.
17    Q.   Okay. This document appears to be
18 an email from Diya Shinju to a number of
19 people, including yourself, attaching a slide
20 presentation called a Fortis Portal Weekly
21 Product Update.
22        Do you see that?
23    A.   I do.
24    Q.   Ms. Shinju is one of the CGI
25 developers; is that correct?

**Page 307**

1     A.   I think she's a project manager.
2     Q.   She's a project manager, but she's
3  employed by CGI, right?
4     A.   Yes.
5     Q.   Okay. And Fortis Portal was the
6  working name of PNC PAID as of May 2018; is
7  that correct?
8     A.   Yes.
9     Q.   And the weekly project update
10 slide decks are slide decks that the CGI team
11 would circulate periodically regarding the
12 status of the project; is that correct?
13    A.   I believe so, yes.
14    Q.   Do you recall receiving several of
15 these weekly project updates during the product
16 design phase of PNC PAID?
17    A.   I don't recall. But, I mean, I
18 was copied on it so I must have.
19    Q.   Did you participate in regular
20 meetings with the CGI developers between March
21 and June of 2018?
22    A.   Yes.
23    Q.   How often did those meetings take
24 place?
25    A.   We went to a regular schedule but

**Page 308**

1  I'm not sure it was until after June, so it
2  might have been -- it might have been weekly
3  but I can't say for sure.
4     Q.   Okay. And were those in-person
5  meetings in Pittsburgh?
6     A.   Sometimes they were.
7     Q.   And other times did you
8  participate on them through teleconference?
9     A.   Yeah, or Skype, yes.
10    Q.   Okay. And so how long did those
11 meetings usually last?
12    A.   Well, there were a couple of
13 different series of meetings that were
14 happening. There was a point in time where we
15 shifted into a schedule where we met for two
16 days in a row, two full days in a row. I just
17 don't know whether this was the time frame when
18 that was happening and it was a lighter
19 schedule.
20    Q.   So there was a period in 2018
21 where there was a lighter meeting schedule, and
22 then there was a period in 2018 when the
23 schedule shifted into meeting two days in a row
24 every week; is that correct?
25    A.   I think it was every other week.

**Page 309**

1     Q.   Two days in a row every other
2  week, okay.
3     A.   I believe that's correct.
4     Q.   And is it your understanding that,
5  after the two-day meeting, CGI would circulate
6  a weekly summary?
7     A.   Yes, it is.
8     Q.   Okay. And is it your
9  understanding that the Fortis Portal Weekly
10 Project Update attached to this exhibit is an
11 example of one of the summaries of your two-day
12 meetings with CGI?
13    A.   It appears to be. It appears to
14 be that.
15    Q.   Okay. Did Ms. Kelly participate
16 in all of these meetings as well?
17    A.   Not all.
18    Q.   Did you participate in more of the
19 meetings than Ms. Kelly did?
20    A.   Maybe on balance but not by more
21 than a couple.
22    Q.   Okay. So you and Ms. Kelly both
23 participated in most of the meetings but not
24 all of the meetings; is that fair?
25    A.   Correct.

78 (Pages 306 - 309)

**Page 310**

```
 1    Q.   Okay.  During those meetings that
 2  you attended, did anyone from CGI take notes
 3  about the meeting's proceedings?
 4    A.   Yes.
 5    Q.   Do you recall who was assigned to
 6  take notes?
 7    A.   Multiple people were taking notes,
 8  drawing on whiteboard, putting up Post-Its,
 9  lots of things like that.
10    Q.   So when people were taking notes
11  from CGI, were they mostly taking notes on
12  their computers or on paper?
13    A.   I know that there were -- there
14  was a lot of whiteboarding going on and Post-It
15  posting going on.  I didn't specifically pay
16  attention to people that might have been taking
17  notes on a computer, so I can't say for sure.
18  But I know whiteboarding and Post-Its for sure.
19    Q.   Did people take pictures of the
20  whiteboard or the Post-Its?
21    A.   I believe so, yes.
22    Q.   At the conclusion of those
23  meetings?
24    A.   Yes.
25    Q.   Do you recall who was responsible
```

**Page 311**

```
 1  for taking those pictures?
 2    A.   I can say that there were
 3  instances where those photos were taken by Emma
 4  Patarcity.
 5    Q.   Patarcity?
 6    A.   Patarcity.  And I don't know that
 7  Scott ever took photos.
 8    Q.   Scott Smith?
 9    A.   Scott Smith.
10    Q.   Who else from PNC participated in
11  those meetings with you and Ms. Kelly and the
12  CGI team?
13    A.   I can tell you to the best of my
14  recollection, because there were different
15  people that would come in and out at different
16  times.
17    Q.   Sure.
18    A.   Ray Zhao, Michael Houlihan, Rob
19  Sandt, Rahul early on, Pamecha.  Just give me a
20  minute to think about -- I'm trying to picture
21  faces in the room.
22        Melissa Mackin, Rachel Stastny,
23  Pat Murphy occasionally, oh, and Jeff.
24    Q.   Clarke?
25    A.   Jeff Clarke.
```

**Page 312**

```
 1    Q.   Who were the most frequent
 2  participants in those meetings, other than the
 3  CGI developers?
 4    A.   Rob Sandt, Rachel, Melissa, Adam,
 5  me, Ray but never for both days but always
 6  present at some point, and Heather.
 7    Q.   Okay.  I want to turn to Slide 9
 8  of the May 4th Fortis Portal Weekly Project
 9  Update which ends in Bates number 448.  Do you
10  see that?
11    A.   Yes, I do.
12    Q.   The top bullet says (as read):
13        Wednesday, Thursday, Friday of
14  this week, Heather and Alex will work
15  with Scott, the CGI team and me to
16  complete journeys and wireframe input for
17  sellers, buyers and ops.  Mike will join
18  on Friday to work on ops stories and
19  input.
20        Do you see that?
21    A.   I do.
22    Q.   Okay.  So "Scott" here is Scott
23  Smith?
24    A.   I believe so.
25    Q.   It's not Scott Horan, is it?
```

**Page 313**

```
 1    A.   Definitely not Scott Horan.
 2    Q.   And who's "me"?
 3    A.   That's a good question.  Who's the
 4  author of the deck?
 5    Q.   Is it your understanding that the
 6  author of the deck is Richard Kotermanski?
 7    A.   Possibly.  I can't say for sure.
 8    Q.   Okay.  And is "Mike" here Mike
 9  Houlihan?
10    A.   I would think at this point, yes.
11    Q.   Did you participate with Ms.
12  Kelly, Mr. Kotermanski, Scott Smith and the CGI
13  team, in three days of meetings from May 2nd to
14  May 4th, to complete journeys and wireframe
15  input for sellers, buyers and ops?
16    A.   I could have.  I don't remember
17  the dates specifically that I did.  But if
18  that's what the calendar says, then yes.
19    Q.   I'll hand you what's been marked
20  Exhibit 25.
21        (Exhibit 25:  Emails RE Fortis
22  portal strategy 5/2018 (#PNC_00040747-8),
23  was marked for identification.)
24  BY MR. ROTHSTEIN (continuing):
25    Q.   This is an email from Richard
```