# EXHIBIT 9

Shashidhar Bandanatham

November 13, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
- - -

SRS ACQUIOM INC., a          )   CIVIL ACTION
Delaware corporation,        )   NO. 1:19-cv-02005
and SHAREHOLDER              )       DDD-SKC
REPRESENTATIVE SERVICES      )
LLC, a Colorado limited      )
liability company,           )   VIDEOTAPE DEPOSITION OF
                             )   SHASHIDHAR BANDANATHAM
         Plaintiffs,         )   NOVEMBER 13, 2019
                             )
    vs.                      )
                             )
PNC FINANCIAL SERVICES       )
GROUP, INC., a               )
Pennsylvania                 )
corporation, PNC Bank,       )
N.A., a national             )
association, HEATHER         )
KELLY, an individual,        )
and ALEX TSARNAS, an         )
individual,                  )
                             )
         Defendants.         )

- - -

LITIVATE REPORTING + TRIAL SERVICES  |  877.771.3312  |  www.litivate.com

Shashidhar Bandanatham                                    November 13, 2019

**Page 26**

1    BY MR. BRAUNIG:
2       Q.   Now, in the development of PNC's paying
3    agent products, were there distinct phases of
4    development?
5       A.   Yes.
6       Q.   What were the distinct phases of
7    development?
8       A.   It's not only this project or product, it's
9    for every project or product that we do, we have
10   discovery or strategy phase, then we have
11   implementation phase, and then we call it as
12   maintenance phase and ongoing enhancements.  Those
13   are three distinct phases.
14      Q.   Let's take those one at a time.  So with
15   respect to PNC's paying agent products, what was the
16   discovery and strategy phase, can you describe that
17   for me?
18      A.   Sure.  Our discovery and strategy phase is
19   to understand the ask or the requirement, like what
20   do we have to build, understand the ask; have a
21   shared understanding of what we want to build and
22   scope it out that can be achieved by the development
23   team.
24      Q.   That can be achieved?
25      A.   Achieved.

**Page 27**

1       Q.   I may have misheard you.
2       A.   What can be chewed.
3       Q.   Chewed, like chewed off?
4       A.   Yeah.  Like scope it down so that we can
5    deliver it.
6       Q.   Got it.  Understood.
7            Was there in the first phase, the discovery
8    and strategy phase, was there a deliverable or sort
9    of a final product that completes that stage of the
10   product, that stage of the process?
11      A.   No.  Discovery phase is just like scratching
12   the surface, because people ask a lot without knowing
13   how much can be implemented.  So it's never ended,
14   like there is no physical end for discovery.  It's
15   ongoing, we keep discovering, we keep enhancing.
16           But at least as soon as we know, oh, this is
17   something we should build for next few months, we'll
18   end there and take slowly after that.
19      Q.   When did PNC's development of the paying
20   agent product begin?
21      A.   July 2.
22      Q.   July 2 of 2018?
23      A.   Yes.
24      Q.   You described that there was work that took
25   place before July 2 on this project; right?

**Page 28**

1       A.   Discovery.
2       Q.   So there's a part that you would refer to as
3    product development, which is when you actually start
4    building the software itself?
5       A.   True.
6       Q.   And then there's -- prior to the building of
7    the software, there is a discovery process that took
8    place for some number of months prior to that?
9       A.   Maybe around two to three months.
10      Q.   So when did the discovery process for PNC
11   Paid begin?
12      A.   I don't know exactly.  Maybe April or March.
13      Q.   Focusing just on the discovery strategy
14   phase, who were the individuals who were most
15   involved in that phase of the product development?
16      A.   All those three names that we've just gone
17   through, Rick, Scott and Emma.
18      Q.   Rick, Scott and?
19      A.   Emma.
20      Q.   What about on the -- those are all CGI
21   employees; right?
22      A.   Yes.
23      Q.   What about on the PNC side, who were the PNC
24   folks who were most involved in that discovery
25   strategy phase that took place for a few months

**Page 29**

1    before July 2018?
2       A.   That was Ray a little bit involved, and then
3    Rahul, who is resource manager.
4       Q.   Who is Ray?
5       A.   Ray is another solution architect within
6    Innovations who works for Rich.
7       Q.   And then Rahul, who is Rahul?
8       A.   Rahul also works for Rich.  He is ASM,
9    application system manager, mostly deals with
10   resource management.
11      Q.   What about on the business side in terms of
12   the ones who were contributing to what should the
13   product -- you described it as what should the
14   product look like, what should the features be, what
15   do we want to build, who were the people at PNC who
16   were most involved in the discovery and strategy
17   phase in that respect?
18           MS. WALLACE:  Object to the form.  You can
19   answer.
20           THE WITNESS:  As I was not physically
21   involved, but with whatever information I have
22   gathered, we had Tom Lang, and then Mike Houlihan,
23   who is a product manager.
24           COURT REPORTER:  Mike?
25           THE WITNESS:  Sorry, I don't know spellings.

8 (Pages 26 to 29)

Shashidhar Bandanatham

November 13, 2019

1    Mike Houlihan, and then there were folks
2  like Adam, Melissa, also I think Alex and Heather
3  were there with them.  They form like a council, like
4  group members.
5        Q.  Just so we make sure we're talking about the
6  right people, Adam is Adam Lezack?
7        A.  Correct.
8        Q.  Melissa is Melissa Mackin?
9        A.  Correct.
10        Q.  Alex is Alex Tsarnas?
11        A.  Yes.
12        Q.  And Heather is Heather Kelly?
13        A.  Yes.
14        Q.  Other than the four of them and Mike
15  Houlihan and Tom Lang, were there any other people at
16  PNC who were involved most significantly in the
17  discovery and strategy phase of the project?
18        A.  I wasn't physically there at that time, but
19  I think going through the recollection and talking to
20  folks, Mike Houlihan's manager was also there,
21  Patrick I believe is his name, who was like
22  significantly -- have a very good knowledge of the
23  payments within the bank, Mike's manager.
24        Then I think there were tax people from
25  bank, PNC Bank, I don't know their names.  There were

Page 30

1        A.  That's what I was debating, maybe at the end
2  of the discovery or the beginning of strategy, July,
3  I don't know.
4        Q.  And you referred to people as subject matter
5  experts.  What is a subject matter expert?
6        A.  Anybody who has good knowledge and have been
7  doing the work for quite a bit of time and can
8  explain or articulate properly.
9        Q.  Were there -- within this council who were
10  most involved in the discovery and strategy phase,
11  were there subject matter experts with experience as
12  a paying agent?
13        A.  Yeah, it's a bank, so we have a lot of
14  paying agents.
15        Q.  What is a paying agent?
16        A.  Anyone who is in between two people who are
17  exchanging the money are called paying agents.
18        Q.  Was it your understanding that PNC Paid was
19  a paying agent product for merger and acquisition
20  transactions?
21        A.  Yes.
22        Q.  Were there subject matter experts who had
23  experience as an M & A paying agent?
24        A.  I do not know if there are.  There could be
25  many.

Page 32

1  quite a few people who are subject matter experts
2  from the bank.
3        Q.  You referred to -- I think you referred to
4  four of those people, Adam, Melissa, Alex and Heather
5  as kind of a council.  Did I understand that right?
6        MS. WALLACE:  Object to the form.
7        THE WITNESS:  I am using that word council.
8  That's a group of members that would discuss, but
9  there was a few more names.  Rachel, then there was
10  other Patrick I guess.  There were like a few more,
11  not just those four.
12  BY MR. BRAUNIG:
13        Q.  Who is Rachel?
14        A.  Rachel is RM.
15        Q.  RM?
16        A.  Relation manager.
17        Q.  Do you know when Rachel started at PNC?
18        A.  I don't exactly recall.  I don't exactly
19  recall.
20        Q.  Do you know whether she worked at PNC during
21  the discovery and strategy phase?
22        A.  I don't exactly recall the time period, but
23  she was hired somewhere during that time.
24        Q.  Somewhere during the discovery and strategy
25  phase?

Page 31

1        Q.  As you sit here today, you don't know who
2  the subject matter experts were who had M & A paying
3  agent experience?
4        A.  Sorry, is your question the people whom I
5  just said?
6        Q.  Yeah.  From among the people you just said,
7  who were the M & A paying agent subject matter
8  experts?
9        A.  Adam, Melissa, and then Heather, I don't
10  know if Alex is.  Who else?  Rachel of course.  Yeah.
11        Q.  It's your understanding that Adam Lezack and
12  Melissa Mackin had experience as a paying agent for
13  M & A?
14        A.  Yes.
15        Q.  Let's talk about the implementation phase.
16  What happens during the implementation phase?
17        A.  So the implementation phase is where we look
18  at like what we have to build, had a shared
19  understanding, get together and have the developers
20  identify the tech leads, identify the developers,
21  identify the right skill-set, get the blueprints, it
22  involves lots of governance bodies within the bank.
23        We have a very huge process, like permit to
24  build, permit to operate, permit to designs; and we
25  have to on-board the marketing teams, we have to

Page 33

9 (Pages 30 to 33)

Shashidhar Bandanatham                                    November 13, 2019

**Page 34**

1  on-board the cyber security teams, we have to
2  on-board ethical hacking teams, testing center of
3  excellence team.  That's our first forming.
4      Then we make sure people have a shared
5  understanding of what we are building and on-board
6  the 16 applications that I said, and then put
7  together the blueprints of how we want to fit this in
8  the ecosystem.
9      And then build the pieces after we have this
10  blueprint, after we have the shared understanding of
11  what we want to build, then we split it down into
12  chunks of what we need to build.  And I assign to
13  developers on a day-to-day basis, hey, this is what
14  you have to build, this is how we have to build, and
15  we keep accumulating that and keep testing it until
16  we achieve the goal.
17      Q.  So if I were to try to simplify that or sort
18  of sum it up, the implementation phase is when you
19  actually design what is specifically going to be
20  built and coded and you actually do that coding and
21  begin to test it?
22      A.  Exactly.
23      Q.  Is the end of the implementation phase when
24  you have a finished product that's ready to go to
25  market, go live as you said?

**Page 35**

1      A.  So when we build a project we call it MVP,
2  minimum viable product; and then we have a concept
3  called MMP, minimum marketable product; and then we
4  have the regular enhancement.
5      So MVP is a product we first build as a
6  prototype, have it checked within the bank, like
7  whether it is working with all these applications.
8      Then we enhance it a little bit better with
9  bare minimum functionalities that are needed to
10  release into the market so it can be tested by one or
11  two friends and family clients.
12      And if there are less complications, less
13  frustration, we release it to more and more clients.
14      Q.  So at the end of the implementation phase
15  you first sort of have a minimum viable product,
16  which is sort of a prototype?
17      A.  Yes.
18      Q.  And then after the development of the
19  minimum viable product or MVP, you have an MMP, which
20  is the minimum marketable product?
21      A.  True.
22      Q.  And the MMP has a little more functionality
23  than the MVP?
24      A.  A little bit more, yes.
25      Q.  And the idea is the MMP is something that

**Page 36**

1  you can begin to go to market with and then slowly
2  build out from there?
3      A.  True.
4      Q.  During the implementation phase, I'm going
5  to ask you the same question as before, who were the
6  main people at CGI working on the implementation
7  phase?
8      A.  The implementation phase, there are like
9  maybe 14 members, like developers and tech leads and
10  everyone.  But I was leading that effort; however, I
11  still do have Scott, Emma, Ray was also involved a
12  little bit, and all the developers, and then TC team
13  who has to test the product.  So quite a bit of
14  people.
15      Q.  What about on the PNC side during the
16  implementation phase, who were the main people
17  involved at PNC during this implementation phase?
18      A.  During the implementation phase, PNC side,
19  Ray was there, and then eventually Sergiy was like on
20  a little bit, because he is the one who is going to
21  take up on the next tier, so he was there.
22      Then Bobbi was another analyst from PNC, but
23  she wasn't full-time involved, just maybe like a few
24  meetings she attended.
25      Jeff, Jeff was PNC project manager.

**Page 37**

1      Q.  Jeff Clark?
2      A.  Yes.  Of course Rich was overlooking it.
3      Q.  What about kind of on the what I would call
4  the business side at PNC, who were the people who
5  were involved in the implementation phase?
6      A.  Our product manager is Mike Houlihan, so he
7  is responsible for all the business side, and then
8  Tom Lang, and then we have Robert Sandt, of course
9  council who was handling, which is Rich Nill,
10  Melissa, Heather, Alex, Adam.  Adam was a key player
11  because he is our product SME, if you will.
12      Q.  Adam Lezack was the product SME?
13      A.  Uh-huh.
14      Q.  Was he the only product SME on this project?
15      A.  No.  Familiar --
16      Q.  Let me just ask you a question.  Were there
17  other product subject matter experts who were
18  involved in this process?
19      A.  Yes.
20      Q.  Was Heather Kelly one of those subject
21  matter experts?
22      A.  I would consider her as one of those, yes.
23      Q.  And what about Alex Tsarnas?
24      A.  I think he has good experience on the
25  payment side, like ACH and wire.

Shashidhar Bandanatham

November 13, 2019

**Page 38**

1    Q.   ACH and wire?

2    A.   Yes, ACH payments, wire payments, because

3    that's the most times I would take some help from

4    him.

5    Q.   So Alex, Heather and Adam were all product

6    subject matter experts during this particular

7    implementation phase?

8    A.   Mike Houlihan, I mentioned Rob, Rachel,

9    Melissa as well.

10   Q.   That's the group that you consider the

11   product subject matter experts during the

12   implementation phase?

13   A.   Right.  It's like this, every time you ask a

14   question, it's open forum like this, all of us sit

15   together and then we discuss, and it's like everyone

16   all the time.

17   Q.   And then the last phase we talked about was

18   the maintenance phase.  What is the maintenance

19   phase?

20   A.   Like once the product is in MMP and released

21   to production and clients get on-boarded, then there

22   will be issues out of that production somebody has to

23   fix and day-to-day production maintenance, and also

24   new features, there's a backlog, ton of backlog of

25   features that needs repaired.

**Page 39**

1    So somebody has to start from there and take

2    it over for the next few years at least.  We call it

3    as a maintenance -- enhancement and maintenance

4    phase.

5    Q.   Who are the sort of main people on the CGI

6    side on the maintenance phase, is that Sergiy?

7    A.   Sergiy is PNC.

8    Q.   Who on the CGI side?

9    A.   Actually I was the main from CGI, but Rich

10   wanted me to take over other products.  I took over

11   other products, but half of my team we gave to

12   Sergiy.  There are many more new folks got added to

13   it, but --

14   Q.   She's going to have a hard time with those

15   names.

16   Let me ask a question, which is, there were

17   CGI people who got assigned to Sergiy to help with

18   this maintenance phase; correct?

19   A.   Yes.

20   Q.   And you continued to be somewhat involved in

21   a consulting role during this maintenance phase; is

22   that correct?

23   A.   Pretty rarely.

24   Q.   Pretty rarely?

25   A.   Yeah.

**Page 40**

1    Q.   And then other than Sergiy during this

2    maintenance phase, who were the main people at PNC

3    involved in that part of the project?

4    A.   Mainly it is Sergiy and a couple of business

5    analysts who keep changing because of other

6    activities that's going on.  Sailaja, S-A-I-L-A-J-A,

7    was one.  Then Bobbi was there for a few months.  And

8    of course Sergiy's boss, who was Vijay.

9    Q.   Vijay?

10   A.   V-I-J-A-Y.

11   Q.   Is the maintenance phase still ongoing?

12   A.   Yes.  It will go for maybe five, ten years.

13   Q.   Will CGI, is it your understanding that CGI

14   will continue to provide resources to PNC on an

15   ongoing basis for maintenance?

16   A.   Not necessarily.  It's up to how PNC would

17   like to -- maybe for a few years CGI, but then they

18   can change the contractors.

19   Q.   In the product development process that

20   you've described starting with discovery and

21   strategy, then implementation, then maintenance, are

22   there regular meetings -- or were there regular

23   meetings between PNC and CGI?

24   MS. WALLACE:  Object to the form.  You can

25   answer.

**Page 41**

1    THE WITNESS:  Yes.

2    BY MR. BRAUNIG:

3    Q.   How did those meetings take place?

4    A.   It depends on which phase it is.  Discovery

5    phase, we would like to meet as often as possible,

6    which is not possible all the time, so maybe like

7    every two weeks or three weeks for the initial period

8    of time to have the understanding.

9    And then in the implementation phase we call

10   it agile ceremonies, we call it as cadence, like

11   regular meetings for the development phase.

12   Q.   Were the meetings that you're describing,

13   are those face-to-face meetings or telephonic

14   meetings or both?

15   A.   In the discovery phase mostly it is face to

16   face because of course not everybody can make it,

17   some people are traveling and they're on the phone or

18   Skype.

19   Q.   In the face-to-face meetings during the

20   discovery phase, does someone take notes of those

21   meetings?

22   A.   Mostly it is white boarding sessions that we

23   are doing, take pictures, because we don't want

24   people writing stuff and interpreting it rightly or

25   wrongly, because the person who is taking notes may

11 (Pages 38 to 41)

Shashidhar Bandanatham                                November 13, 2019

**Page 70**

1    do this on our own?
2        A.   I don't recall any of that such
3    conversation, because just to be blunt on that
4    statement, we feel that everybody else are dumb, but
5    that's our attitude when we build it.
6        Q.   You feel that everyone else in the market is
7    dumb?
8        A.   (Witness nodded head.)
9        Q.   Why do you feel that way?
10       A.   That's because we want to go to the latest
11   technology, we want to be ahead of the curve.  And if
12   we keep looking at something, even when we write the
13   code, we always look for future potential and
14   architecture scaleability and flexibility, because
15   today it is one use case, but we don't build on the
16   use case.  We build on the platform.
17       Q.   Let me interrupt you there for a second.
18           In the context of developing PNC Paid, did
19   PNC have a sense that the other companies who were
20   trying to do this were dumb?
21       A.   No.  I'm talking about myself here.
22   Whenever we -- I, rather than telling you all those,
23   I as a technologist or a solution architect have to
24   put my knowledge, my talent and my understanding of
25   how the future grows than what something or somebody

**Page 71**

1    has done.  We get the context, that's it, but we
2    proceed from there.
3        Q.   So you try to understand the use case from
4    the subject matter experts; right?
5        A.   All the folks that we talked about.
6        Q.   And then you try to develop the technology
7    that's going to best meet those use cases?
8        A.   Yes.
9        Q.   And that's the process that you underwent in
10   developing PNC Paid?
11       A.   Absolutely, yes.
12       Q.   What was the timeline for developing PNC
13   Paid?
14       A.   So I think it started somewhere in March,
15   right, but I got the application to build from July
16   2, like I told earlier.  And the go live date that
17   was given to me was December 17, which we couldn't
18   meet.  December 17 we deployed of course, but it was
19   not 100 percent useable.
20           So then we have to do additional
21   enhancements in Jan and fixes.
22       Q.   January?
23       A.   January, sorry.  Then we had to do some more
24   enhancements in February 2019.  That's where it
25   became MVP.  And somewhere in April 27 when it came

**Page 72**

1    out, that I call is MMP.
2        Q.   So the timeline was from June when the
3    strategy part was done and you actually began
4    building, from that point in time to when you had an
5    MVP was about seven or eight months?
6        A.   Yes, seven or eight months.
7        Q.   And then it was another month or two until
8    the MMP, the minimum marketable product was ready?
9        A.   Yes.
10       Q.   That was by April of 2019?
11       A.   Correct.  Strategy was like never ended.
12       Q.   Okay.
13       A.   But keep talking and enhancements.
14       Q.   Understood.
15           Who set the initial timeline of December 17?
16       A.   Unfortunately Adam.
17       Q.   Adam Lezack?
18       A.   Yes.
19       Q.   Why did he set that, do you know?
20       A.   Like I was talking, Adam is very smart and
21   he's fast and all that stuff, and he likes bang for
22   his buck.
23       Q.   So he was trying to get as much done as fast
24   as possible?
25       A.   (Witness nodded head.)

**Page 73**

1        Q.   Was there an initial kickoff meeting between
2    PNC and CGI around the development of these paying
3    agent products?
4        A.   Around the development or like way early in
5    the strategy?
6        Q.   In the strategy period.
7        A.   Again, I was not there physically.  I don't
8    know if there is a kickoff meeting of sort, but I
9    know that people started getting the use case and
10   started grouping and working, and maybe the one that
11   you showed, I would consider that maybe the earliest,
12   like Adam was still in that.  But there will be
13   talks, right, project doesn't state like day one.
14           (Deposition Exhibit No. 5 was marked for
15   identification.)
16   BY MR. BRAUNIG:
17       Q.   You have in front of you Exhibit No. 5, CGI
18   1714 through 1746.
19           Do you recognize Exhibit No. 5 as a workshop
20   summary between -- that CGI prepared in March of
21   2018?
22       A.   I'm sorry, let me go through this quickly.
23       Q.   I'm not going to ask you about every single
24   page.  Let me just focus you on the page that has
25   1720 at the bottom, it's about the third or fourth

LITIVATE REPORTING + TRIAL SERVICES | 877.771.3312 | www.litivate.com

Shashidhar Bandanatham

November 13, 2019

1     A.  It's one of the feeds.  I wouldn't say
2  that's the important, it's one of the important
3  feeds.  The feeds, one feed is from -- it could be
4  any form.  It could be user coming into the screens
5  and keying in, or you get some sort of financial
6  sheet or Excel or you get from the other systems
7  within or outside the bank, but it's one of them.
8     Q.  In the course of developing PNC Paid, did
9  PNC have to decide on what the structure of its
10  payment spreadsheet was going to be?
11     A.  It's some sort of importance to technology,
12  we call it as canonical form.
13     Q.  Canonical form?
14     A.  Yes, canonical form.  If you have multiple
15  clients, every time a new client coming in, they are
16  giving the feed in different forms, like you like
17  Excel sheet, somebody likes Word document, somebody
18  likes something else.
19     As a system we won't be able to process
20  every time in your document.  So we say, let's come
21  up with one sort of an agreed canonical form where
22  whenever you get a new client, somebody maps to it,
23  and then the system processes from there.
24     Q.  Was the payment spreadsheet something that
25  it was important to PNC to figure out early in the

Page 158

1  process so that you could design the system to
2  accommodate the payment spreadsheet?
3     A.  Not very early, but at some point yes,
4  definitely, it's one of the feeds, so we need to
5  understand how the feed works.
6     Q.  Does the payment spreadsheet link up to any
7  sort of back end database?
8     A.  What exactly do you mean by link up?
9     Q.  How does information get from the payment
10  spreadsheet to whatever database there is that's
11  going to sort of then be used to decide who gets
12  paid?
13     A.  Yeah, that's a detailed technology
14  discussion, and designs for multiple architects come
15  into that one line, and it takes a week to come out
16  for that one line.
17     But what we have come up with, there are
18  multiple feeds, of course I can go on and on
19  discussing on that topic.  But the payment
20  spreadsheets are different forms when it gets into
21  the system, there's a lot of processing that we do,
22  we put a lot emphasis on that.  And we process the
23  data, we define the data, we call it as normalizing
24  the data.
25     And then we have our downstream systems, and

Page 159

1  we map to our database, making sure that our
2  downstream systems, which is ACH, wire and further
3  other obligations, and also governance comes into the
4  picture, like how we are processing it.
5     So it's a complicated answer.  It's a
6  complete architecture how the payment spreadsheet
7  works.
8     Q.  So let me try to break it down a little bit,
9  just tell me if I'm going off course here.
10     There's a payment spreadsheet that is
11  created by PNC; right?  That's a canonical form
12  payment spreadsheet; right?
13     A.  Yes.
14     Q.  Clients then -- do clients then provide
15  information either directly into the canonical form
16  or they provide it in whatever form they choose to do
17  it and PNC then translates it into the canonical
18  form?
19     A.  Yes.
20     Q.  And then the canonical form through all this
21  architecture you described links up to a database
22  that sits behind PNC Paid, where information about
23  individual payees lives?
24     A.  It's not, A, one on many systems.  There's
25  so many other -- the data flows through the bank,

Page 160

1  it's entire ecosystem.
2     Q.  But the canonical form is important because
3  it then feeds into the bank's overall architecture so
4  that people can be paid; is that right?
5     A.  Some agreed form is important, not -- it can
6  be any -- if you give me ten different ways, I'll
7  pick or I will suggest one way which is easy for me
8  to build or which is easy for me to process in the
9  system, and then I convince clients, can you make
10  this happen, please.
11     Q.  In the spring of 2018, was PNC aware of any
12  paying agent payment spreadsheets that were publicly
13  available?
14     MS. WALLACE:  Object to the form; outside
15  the scope.
16     THE WITNESS:  I don't know specifically.
17  Maybe, maybe not.
18  BY MR. BRAUNIG:
19     Q.  Did PNC already have a payment spreadsheet
20  -- in spring of 2018, did PNC already have a paying
21  agent payment spreadsheet that had previously been
22  created?
23     MS. WALLACE:  Object to the form; outside
24  the scope.
25     THE WITNESS:  I don't know.  The discussion

Page 161

41 (Pages 158 to 161)