# EXHIBIT 74



**KEKER VAN NEST & PETERS**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
keker.com

**Victor H. Yu**
(415) 962-8859
vyu@keker.com

November 1, 2019

**VIA ELECTRONIC MAIL**

Sarah B. Wallace
Andrew J. Petrie
Matthew A. Morr
Hara K. Jacobs
Noah A. Robbins
BALLARD SPAHR LLP

Re: *SRSA, et al. v. PNC, et al.*, Civil Action No. 1:19-cv-02005-DDD-SKC

Counsel:

I write to address Defendants' Request for Production No 4.  On October 17, 2019, the Court ordered SRSA to "identify by bates numbers those sales and marketing documents already produced" that were "regularly disseminated to third parties" or "shared with investors that specifically relate to [SRSA's] products and trade secrets."  ECF No. 51, Order re: October 10, 2019 Discovery Hearing (October 17, 2019) at 5.  The Court further ordered SRSA to identify documents that were not subject to a non-disclosure agreement ("NDA"), and it also ordered SRSA to produce copies of any NDAs that protected the dissemination of SRSA's documents.  *Id.*  The Court held that its Order was "limited to the scope of discovery under the Expedited Discovery Order" and did not "necessarily control the scope of overall discovery in the case."  *Id.* at 6.

Pursuant to the Court's October 17, 2019 Order, Exhibit A to this letter lists the produced sales-and-marketing documents that SRSA, in the ordinary course of business, regularly shared with (in person), made available to, or disseminated to, its customers and prospective customers.  To the best of SRSA's current understanding, these are documents that were typically shared, made available, or disseminated without requiring an NDA.

In addition, the following produced sales-and-marketing documents were regularly disseminated to investors and prospective investors: SRSAvPKT00088361, SRSAvPKT00082839, SRSAvPKT00082548, SRSAvPKT00007808 and SRSAvPKT00021608

SRSA documents sent to investors and prospective investors, including but not limited to sales-and-marketing documents, are typically sent with the protections of an NDA or an equivalent

1354891

November 1, 2019                                    Via Electronic Mail
Page 2

confidentiality agreement.  Responsive confidentiality agreements have been produced as LMP0000280, SRSAvPKT00089465 and SRSAvPKT00089547.  In addition, SRSA has produced a template NDA form that was regularly provided to prospective investors: SRSAvPKT00089540.

SRSA's identification of documents pursuant to the Court's October 17th Order is solely for discovery purposes.  By identifying such documents, SRSA does not waive any protection over the confidentiality of these documents, and SRSA reserves the right to explain in full during the preliminary-injunction briefing and hearing process the reasonable measures SRSA takes to protect its confidential information.  *See* Tr. of Oct. 10, 2019 Discovery Hearing at 43 ("And that wouldn't be the function of the stipulation . . . to waive any . . . arguments that the plaintiff wants to make around any of those materials continuing to have a trade secret status . . . [T]he Order of the Court in this regard is simply to – for discovery purposes, getting information to the defendant that appears to be relevant and proportional to the preliminary injunction hearing.").  SRSA further reserves the right to supplement its identification of documents regularly disseminated to third parties and their associated confidentiality agreements at a later stage in this action.

Regards,

KEKER, VAN NEST & PETERS LLP

Victor H. Yu

VHY

1354891

# EXHIBIT A

| PROD BEGDOC | PROD ENDDOC |
|---|---|
| SRSAvPKT00061716 | SRSAvPKT00061717 |
| SRSAvPKT00006100 | SRSAvPKT00006126 |
| SRSAvPKT00006127 | SRSAvPKT00006128 |
| SRSAvPKT00005991 | SRSAvPKT00005992 |
| SRSAvPKT00061591 | SRSAvPKT00061688 |
| SRSAvPKT00006129 | SRSAvPKT00006166 |
| SRSAvPKT00006167 | SRSAvPKT00006169 |
| SRSAvPKT00006170 | SRSAvPKT00006196 |
| SRSAvPKT00006197 | SRSAvPKT00006202 |
| SRSAvPKT00005993 | SRSAvPKT00005994 |
| SRSAvPKT00006203 | SRSAvPKT00006205 |
| SRSAvPKT00006206 | SRSAvPKT00006303 |
| SRSAvPKT00006353 | SRSAvPKT00006403 |
| SRSAvPKT00006501 | SRSAvPKT00006692 |
| SRSAvPKT00021536 | SRSAvPKT00021553 |
| SRSAvPKT00007649 | SRSAvPKT00007746 |
| SRSAvPKT00073860 | SRSAvPKT00073860 |
| SRSAvPKT00070639 | SRSAvPKT00070669 |
| SRSAvPKT00072974 | SRSAvPKT00073004 |
| SRSAvPKT00001793 | SRSAvPKT00001814 |
| SRSAvPKT00070670 | SRSAvPKT00070770 |
| SRSAvPKT00073005 | SRSAvPKT00073105 |
| SRSAvPKT00049806 | SRSAvPKT00049806 |
| SRSAvPKT00006693 | SRSAvPKT00006741 |
| SRSAvPKT00006742 | SRSAvPKT00006790 |
| SRSAvPKT00006791 | SRSAvPKT00006875 |
| SRSAvPKT00006876 | SRSAvPKT00006960 |
| SRSAvPKT00063306 | SRSAvPKT00063307 |
| SRSAvPKT00012144 | SRSAvPKT00012170 |
| SRSAvPKT00012826 | SRSAvPKT00012852 |
| SRSAvPKT00006961 | SRSAvPKT00006962 |
| SRSAvPKT00012538 | SRSAvPKT00012556 |
| SRSAvPKT00012557 | SRSAvPKT00012573 |
| SRSAvPKT00012393 | SRSAvPKT00012412 |
| SRSAvPKT00012413 | SRSAvPKT00012431 |
| SRSAvPKT00012432 | SRSAvPKT00012449 |
| SRSAvPKT00012450 | SRSAvPKT00012468 |
| SRSAvPKT00012469 | SRSAvPKT00012490 |
| SRSAvPKT00012491 | SRSAvPKT00012513 |
| SRSAvPKT00012514 | SRSAvPKT00012537 |
| SRSAvPKT00065495 | SRSAvPKT00065496 |
| SRSAvPKT00020474 | SRSAvPKT00020478 |
| SRSAvPKT00005988 | SRSAvPKT00005989 |
| SRSAvPKT00049429 | SRSAvPKT00049435 |
| SRSAvPKT00049436 | SRSAvPKT00049436 |
| SRSAvPKT00049437 | SRSAvPKT00049437 |

| | |
|---|---|
| SRSAvPKT00020454 | SRSAvPKT00020455 |
| SRSAvPKT00049438 | SRSAvPKT00049438 |
| SRSAvPKT00049439 | SRSAvPKT00049439 |
| SRSAvPKT00049440 | SRSAvPKT00049443 |
| SRSAvPKT00073861 | SRSAvPKT00073861 |
| SRSAvPKT00020456 | SRSAvPKT00020456 |
| SRSAvPKT00073862 | SRSAvPKT00073863 |
| SRSAvPKT00073864 | SRSAvPKT00073866 |
| SRSAvPKT00073867 | SRSAvPKT00073880 |
| SRSAvPKT00049445 | SRSAvPKT00049445 |
| SRSAvPKT00073881 | SRSAvPKT00073911 |
| SRSAvPKT00021272 | SRSAvPKT00021280 |
| SRSAvPKT00049900 | SRSAvPKT00049913 |
| SRSAvPKT00078635 | SRSAvPKT00078657 |
| SRSAvPKT00073939 | SRSAvPKT00073952 |
| SRSAvPKT00007780 | SRSAvPKT00007793 |
| SRSAvPKT00063464 | SRSAvPKT00063465 |
| SRSAvPKT00012088 | SRSAvPKT00012089 |
| SRSAvPKT00012823 | SRSAvPKT00012824 |
| SRSAvPKT00075340 | SRSAvPKT00075344 |
| SRSAvPKT00012237 | SRSAvPKT00012266 |
| SRSAvPKT00012267 | SRSAvPKT00012296 |
| SRSAvPKT00012297 | SRSAvPKT00012326 |
| SRSAvPKT00012327 | SRSAvPKT00012356 |
| SRSAvPKT00012357 | SRSAvPKT00012386 |
| SRSAvPKT00065395 | SRSAvPKT00065396 |
| SRSAvPKT00058299 | SRSAvPKT00058398 |
| SRSAvPKT00063308 | SRSAvPKT00063334 |
| SRSAvPKT00065397 | SRSAvPKT00065494 |
| SRSAvPKT00049919 | SRSAvPKT00049936 |
| SRSAvPKT00049937 | SRSAvPKT00049953 |
| SRSAvPKT00049954 | SRSAvPKT00049970 |
| SRSAvPKT00049971 | SRSAvPKT00049987 |
| SRSAvPKT00049988 | SRSAvPKT00050004 |
| SRSAvPKT00050005 | SRSAvPKT00050021 |
| SRSAvPKT00050022 | SRSAvPKT00050038 |
| SRSAvPKT00020460 | SRSAvPKT00020460 |
| SRSAvPKT00050156 | SRSAvPKT00050171 |
| SRSAvPKT00050172 | SRSAvPKT00050188 |
| SRSAvPKT00002711 | SRSAvPKT00002711 |
| SRSAvPKT00049510 | SRSAvPKT00049518 |
| SRSAvPKT00049826 | SRSAvPKT00049831 |
| SRSAvPKT00049832 | SRSAvPKT00049837 |
| SRSAvPKT00049519 | SRSAvPKT00049521 |
| SRSAvPKT00021001 | SRSAvPKT00021009 |
| SRSAvPKT00020601 | SRSAvPKT00020602 |
| SRSAvPKT00020603 | SRSAvPKT00020604 |

| | |
|---|---|
| SRSAvPKT00020605 | SRSAvPKT00020605 |
| SRSAvPKT00020607 | SRSAvPKT00020615 |
| SRSAvPKT00020616 | SRSAvPKT00020620 |
| SRSAvPKT00021357 | SRSAvPKT00021367 |
| SRSAvPKT00020633 | SRSAvPKT00020634 |
| SRSAvPKT00049522 | SRSAvPKT00049523 |
| SRSAvPKT00020636 | SRSAvPKT00020639 |
| SRSAvPKT00020642 | SRSAvPKT00020643 |
| SRSAvPKT00074024 | SRSAvPKT00074024 |
| SRSAvPKT00006963 | SRSAvPKT00007060 |
| SRSAvPKT00049528 | SRSAvPKT00049528 |
| SRSAvPKT00020462 | SRSAvPKT00020462 |
| SRSAvPKT00074025 | SRSAvPKT00074025 |
| SRSAvPKT00049529 | SRSAvPKT00049531 |
| SRSAvPKT00049532 | SRSAvPKT00049536 |
| SRSAvPKT00049537 | SRSAvPKT00049538 |
| SRSAvPKT00045598 | SRSAvPKT00045599 |
| SRSAvPKT00049539 | SRSAvPKT00049540 |
| SRSAvPKT00063431 | SRSAvPKT00063431 |
| SRSAvPKT00046040 | SRSAvPKT00046069 |
| SRSAvPKT00046119 | SRSAvPKT00046132 |
| SRSAvPKT00045628 | SRSAvPKT00045628 |
| SRSAvPKT00045605 | SRSAvPKT00045605 |
| SRSAvPKT00045629 | SRSAvPKT00045630 |
| SRSAvPKT00045606 | SRSAvPKT00045607 |
| SRSAvPKT00045608 | SRSAvPKT00045609 |
| SRSAvPKT00049541 | SRSAvPKT00049541 |
| SRSAvPKT00049542 | SRSAvPKT00049542 |
| SRSAvPKT00049543 | SRSAvPKT00049544 |
| SRSAvPKT00047251 | SRSAvPKT00047256 |
| SRSAvPKT00085136 | SRSAvPKT00085136 |
| SRSAvPKT00049555 | SRSAvPKT00049559 |
| SRSAvPKT00049545 | SRSAvPKT00049549 |
| SRSAvPKT00049550 | SRSAvPKT00049554 |
| SRSAvPKT00045597 | SRSAvPKT00045597 |
| SRSAvPKT00085113 | SRSAvPKT00085113 |
| SRSAvPKT00085119 | SRSAvPKT00085119 |
| SRSAvPKT00063335 | SRSAvPKT00063336 |
| SRSAvPKT00049564 | SRSAvPKT00049564 |
| SRSAvPKT00085114 | SRSAvPKT00085114 |
| SRSAvPKT00049565 | SRSAvPKT00049566 |
| SRSAvPKT00085121 | SRSAvPKT00085121 |
| SRSAvPKT00085135 | SRSAvPKT00085135 |
| SRSAvPKT00085115 | SRSAvPKT00085116 |
| SRSAvPKT00085127 | SRSAvPKT00085127 |
| SRSAvPKT00012090 | SRSAvPKT00012090 |
| SRSAvPKT00049567 | SRSAvPKT00049567 |

| | |
|---|---|
| SRSAvPKT00085111 | SRSAvPKT00085111 |
| SRSAvPKT00085117 | SRSAvPKT00085117 |
| SRSAvPKT00085112 | SRSAvPKT00085112 |
| SRSAvPKT00085126 | SRSAvPKT00085126 |
| SRSAvPKT00085129 | SRSAvPKT00085129 |
| SRSAvPKT00085122 | SRSAvPKT00085122 |
| SRSAvPKT00085134 | SRSAvPKT00085134 |
| SRSAvPKT00085118 | SRSAvPKT00085118 |
| SRSAvPKT00012091 | SRSAvPKT00012092 |
| SRSAvPKT00049568 | SRSAvPKT00049572 |
| SRSAvPKT00012853 | SRSAvPKT00012890 |
| SRSAvPKT00012171 | SRSAvPKT00012208 |
| SRSAvPKT00002307 | SRSAvPKT00002335 |
| SRSAvPKT00074026 | SRSAvPKT00074069 |
| SRSAvPKT00012098 | SRSAvPKT00012143 |
| SRSAvPKT00012574 | SRSAvPKT00012596 |
| SRSAvPKT00012783 | SRSAvPKT00012803 |
| SRSAvPKT00012804 | SRSAvPKT00012822 |
| SRSAvPKT00012597 | SRSAvPKT00012617 |
| SRSAvPKT00012618 | SRSAvPKT00012637 |
| SRSAvPKT00012638 | SRSAvPKT00012659 |
| SRSAvPKT00012660 | SRSAvPKT00012683 |
| SRSAvPKT00012684 | SRSAvPKT00012708 |
| SRSAvPKT00012709 | SRSAvPKT00012734 |
| SRSAvPKT00012735 | SRSAvPKT00012755 |
| SRSAvPKT00012756 | SRSAvPKT00012782 |
| SRSAvPKT00085130 | SRSAvPKT00085130 |
| SRSAvPKT00012093 | SRSAvPKT00012093 |
| SRSAvPKT00049573 | SRSAvPKT00049573 |
| SRSAvPKT00072143 | SRSAvPKT00072143 |
| SRSAvPKT00072144 | SRSAvPKT00072144 |
| SRSAvPKT00072145 | SRSAvPKT00072145 |
| SRSAvPKT00085106 | SRSAvPKT00085106 |
| SRSAvPKT00072146 | SRSAvPKT00072146 |
| SRSAvPKT00085109 | SRSAvPKT00085109 |
| SRSAvPKT00085107 | SRSAvPKT00085107 |
| SRSAvPKT00012097 | SRSAvPKT00012097 |
| SRSAvPKT00072130 | SRSAvPKT00072130 |
| SRSAvPKT00072132 | SRSAvPKT00072132 |
| SRSAvPKT00072133 | SRSAvPKT00072133 |
| SRSAvPKT00072134 | SRSAvPKT00072134 |
| SRSAvPKT00072135 | SRSAvPKT00072135 |
| SRSAvPKT00072136 | SRSAvPKT00072136 |
| SRSAvPKT00072137 | SRSAvPKT00072137 |
| SRSAvPKT00072138 | SRSAvPKT00072138 |
| SRSAvPKT00072139 | SRSAvPKT00072139 |
| SRSAvPKT00072140 | SRSAvPKT00072140 |

| | |
|---|---|
| SRSAvPKT00072141 | SRSAvPKT00072141 |
| SRSAvPKT00072142 | SRSAvPKT00072142 |
| SRSAvPKT00007089 | SRSAvPKT00007127 |
| SRSAvPKT00072147 | SRSAvPKT00072187 |
| SRSAvPKT00008171 | SRSAvPKT00008200 |
| SRSAvPKT00072190 | SRSAvPKT00072207 |
| SRSAvPKT00072244 | SRSAvPKT00072261 |
| SRSAvPKT00072225 | SRSAvPKT00072243 |
| SRSAvPKT00072295 | SRSAvPKT00072313 |
| SRSAvPKT00072208 | SRSAvPKT00072224 |
| SRSAvPKT00072262 | SRSAvPKT00072278 |
| SRSAvPKT00044906 | SRSAvPKT00044921 |
| SRSAvPKT00072279 | SRSAvPKT00072294 |
| SRSAvPKT00008201 | SRSAvPKT00008229 |
| SRSAvPKT00007167 | SRSAvPKT00007167 |
| SRSAvPKT00063473 | SRSAvPKT00063473 |
| SRSAvPKT00085125 | SRSAvPKT00085125 |
| SRSAvPKT00072127 | SRSAvPKT00072127 |
| SRSAvPKT00085128 | SRSAvPKT00085128 |
| SRSAvPKT00072128 | SRSAvPKT00072128 |
| SRSAvPKT00049574 | SRSAvPKT00049574 |
| SRSAvPKT00012094 | SRSAvPKT00012094 |
| SRSAvPKT00049575 | SRSAvPKT00049575 |
| SRSAvPKT00085120 | SRSAvPKT00085120 |
| SRSAvPKT00012096 | SRSAvPKT00012096 |
| SRSAvPKT00072129 | SRSAvPKT00072129 |
| SRSAvPKT00063444 | SRSAvPKT00063444 |
| SRSAvPKT00085131 | SRSAvPKT00085131 |
| SRSAvPKT00074070 | SRSAvPKT00074070 |
| SRSAvPKT00085123 | SRSAvPKT00085124 |
| SRSAvPKT00085137 | SRSAvPKT00085137 |
| SRSAvPKT00063471 | SRSAvPKT00063471 |
| SRSAvPKT00013089 | SRSAvPKT00013091 |
| SRSAvPKT00013092 | SRSAvPKT00013097 |
| SRSAvPKT00072314 | SRSAvPKT00072320 |
| SRSAvPKT00050576 | SRSAvPKT00050599 |
| SRSAvPKT00050600 | SRSAvPKT00050624 |
| SRSAvPKT00046133 | SRSAvPKT00046158 |
| SRSAvPKT00050625 | SRSAvPKT00050640 |
| SRSAvPKT00009261 | SRSAvPKT00009272 |
| SRSAvPKT00001904 | SRSAvPKT00001917 |
| SRSAvPKT00050715 | SRSAvPKT00050727 |
| SRSAvPKT00050728 | SRSAvPKT00050749 |
| SRSAvPKT00050750 | SRSAvPKT00050778 |
| SRSAvPKT00050779 | SRSAvPKT00050807 |
| SRSAvPKT00050808 | SRSAvPKT00050824 |
| SRSAvPKT00074071 | SRSAvPKT00074081 |

| | |
|---|---|
| SRSAvPKT00074082 | SRSAvPKT00074110 |
| SRSAvPKT00074111 | SRSAvPKT00074121 |
| SRSAvPKT00050825 | SRSAvPKT00050863 |
| SRSAvPKT00008230 | SRSAvPKT00008329 |
| SRSAvPKT00027846 | SRSAvPKT00027945 |
| SRSAvPKT00044964 | SRSAvPKT00045063 |
| SRSAvPKT00012891 | SRSAvPKT00012990 |
| SRSAvPKT00007168 | SRSAvPKT00007265 |
| SRSAvPKT00012991 | SRSAvPKT00013088 |
| SRSAvPKT00049790 | SRSAvPKT00049791 |
| SRSAvPKT00045596 | SRSAvPKT00045596 |
| SRSAvPKT00049792 | SRSAvPKT00049796 |
| SRSAvPKT00012825 | SRSAvPKT00012825 |
| SRSAvPKT00049797 | SRSAvPKT00049801 |
| SRSAvPKT00002582 | SRSAvPKT00002679 |
| SRSAvPKT00007277 | SRSAvPKT00007374 |
| SRSAvPKT00012095 | SRSAvPKT00012095 |
| SRSAvPKT00058149 | SRSAvPKT00058298 |
| SRSAvPKT00045633 | SRSAvPKT00045634 |
| SRSAvPKT00045637 | SRSAvPKT00045638 |
| SRSAvPKT00049802 | SRSAvPKT00049804 |