# LEZACK
# EXHIBIT 1

*screenshot-www.businesswire.com-2019.12.09-12_33_43*
*https://www.businesswire.com/news/home/20150317005034/en/Acquiom%C2%AE-Compensation-Payments-Solves-Significant-Unmet-MA#.VQgy61o7P8k*
*09.12.2019*



HOME   SERVICES   NEWS   EDUCATION   ABOUT US

Search

Log In   Sign Up

## New Acquiom® Compensation Payments Solves Significant Unmet Need in M&A Payments Administration

Industry's most comprehensive service is first to include payments treated as employee compensation

**March 17, 2015 07:00 AM Eastern Daylight Time**

SAN FRANCISCO--([BUSINESS WIRE](#))--SRS Acquiom announced the launch of Acquiom® Compensation Payments, the industry's first mergers & acquisitions (M&A) payments administration service that processes M&A payments to option holders and others that must be treated as taxable employee compensation. It solves a huge hassle for merger parties, and makes Acquiom the only truly comprehensive M&A payments administration service in the industry.

> "SRS Acquiom is dedicated to continuous innovation"
>
> [Tweet this](#)

Acquiom Compensation Payments solves an unmet need for buyers and sellers in private M&A transactions. Most transactions require payments to option holders, restricted stockholders, participants in management carve-out plans and/or bonus recipients. These payments are usually characterized as compensation and therefore subject to special income and payroll tax withholding rules. Outsourcing is not an option because traditional paying agents will not process these payments. Sellers usually lack the systems and expertise required to do so. Buyers must onboard payees to their payroll systems even if the payee does not become or remain an employee, and even though only one or a few payments will be made. The cost and hassle of processing these payments internally is significant and greatly complicated by the tax withholding and reporting requirements. By adding compensation-based payments, Acquiom's comprehensive service greatly simplifies payments administration. For the first time, target companies and buyers are freed from this cumbersome process.

Another SRS Acquiom Innovation

"The M&A payments process is ripe for innovation," said Mark Vogel, co-CEO. "It is encumbered by tedious tasks that produce delays, errors, bottlenecks, and unnecessary costs. The fact that paying agents have burdened buyers and sellers with the complexity of tax withholding and reporting for payments treated as compensation shows a lack of responsiveness to customer needs. Buyers were enthusiastic when we launched our online platform, and we'll receive an equally positive reaction to Acquiom Compensation Payments."

Acquiom Compensation Payments joins Acquiom Clearinghouse™ as another game-changing innovation in M&A payments administration. A completely online platform, Acquiom Clearinghouse allows paperless and easy submission of all materials. Selling shareholders complete simple online forms in minutes and get paid quickly.

"SRS Acquiom is dedicated to continuous innovation," said Paul Koenig, co-CEO. "Administrative inefficiencies for participants in private M&A transactions in the U.S. represent an opportunity cost of about $5 billion annually. That is huge and unnecessary. We created the professional shareholder representation service in 2007, and our innovations in payments administration, the latest of which is Acquiom Compensation Payments, are re-engineering how deals get done. The marketplace has enthusiastically responded and is eager for more."

Acquiom Compensation Payments offers these benefits:

- Complete hand-off. One wire is sent at closing, and Acquiom handles the rest.
- Accurate. Acquiom makes sure that all payees are paid properly, and that IRS withholding and reporting are done correctly.
- Ease in record retention. Records are maintained by Acquiom; that means no more lost former employee information or out-of-date payment instructions.
- Fast. No payment delays.

**SRS ACQUIOM**

Release Versions

English

Contacts

SRS Acquiom
Jay Dean, 415-432-7122
[jdean@srsacquiom.com](mailto:jdean@srsacquiom.com)

- Comprehensive. Acquiom processes closing payments and all post-closing payments such as escrow releases and milestone payments.
- Scalable. Payroll departments of serial acquirers can readily handle payments to option holders at new acquisitions without adding staff or implementing new systems.

"As they see the capabilities of Acquiom Compensation Payments in conjunction with Acquiom Clearinghouse, buyers and selling shareholders, such as private equity and venture capital investors, are concluding that they wouldn't do it any other way," added Vogel.

About SRS Acquiom

SRS Acquiom brings continuous innovation to M&A post-closing services, providing unprecedented ease, efficiency and better economics to buyers and sellers. SRS Acquiom delivers industry-leading services for shareholder representation, escrow investment and payments administration. A global leader in these services, SRS Acquiom has been engaged in over 800 transactions valued at $130 billion.

Contacts

SRS Acquiom
Jay Dean, 415-432-7122
jdean@srsacquiom.com



More from Business Wire:   Blog   UK/Ireland   Deutschland   France   Hong Kong   Italy   Japan   Tradeshownews.com

Contact Us   UK Tax Strategy   Privacy   Terms of Use   © 2019 Business Wire, Inc.