# LEZACK
# EXHIBIT 4

| Payee Name | E-Mail | Gross Proceeds |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TIN Type<br>Use 1 for EIN XX-XXXXXXX<br>Use 2 for SSN XXX-XX-XXXX | TIN |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| ADDRESS 1 | ADDRESS 2 |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| CITY | STATE<br>(2 letter abbreviation only) |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| US ZIP Code | Canadian Province (if applicable) | Canadian Province Abbrevialtion (2 letters only) (if applicable) |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Foreign Postal Code (if applicable) | Foreign Country | Country Code (2 Letter Abbreviation) | Account Name | Account # |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

| Wire Information | | | |
|---|---|---|---|
| Bank Name | ABA Routing Number | Final Beneficiary BIC | Transit No. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Reference/FFC | Intermediary bank SWIFT BIC CODE |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| Position Detail | | | | | Owner Cost Basis Detail | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Registration | Cusip | Type/Class | Position Number | Quantity | Acquisition Date | Price Per Unit | Total Price | Principal Amount | Interest Amount | |
| George Washington | | Series A Preferred | PA-123 | 1,000,000 | 6/1/2011 | $ 0.02 | $ 20,000.00 | $ 174,578.54 | $ - | |
| George Washington | | Series B Preferred | PB-7 | 500,000 | 7/1/2012 | $ 0.04 | $ 20,000.00 | $ 57,444.11 | $ - | |
| George Washington | | Series B Preferred | PB-8 | 250,000 | 8/1/2012 | $ 0.04 | $ 10,000.00 | $ 28,722.06 | $ - | |

**Exchange/Paying Agent Payout Detail**

| | | Total Payout: | $ | 260,744.71 |
|---|---|---|---|---|

| Dividend Amount | Misc Amount | Total Payment Amount | |
|---|---|---|---|
| $          - | $          - | $ | 174,578.54 |
| $          - | $          - | $ | 57,444.11 |
| $          - | $          - | $ | 28,722.06 |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |
| | | $ | - |

| Holder of Record - Address Detail | | | | | |
|---|---|---|---|---|---|
| Name | Address 1 | Address 2 | Address 3 | City, State, Zip | Country |
| George Washington | 3200 Mount Vernon Memorial Highway | | | Mount Vernon, VA, 22309 | United States |
| George Washington | 3200 Mount Vernon Memorial Highway | | | Mount Vernon, VA, 22309 | United States |
| George Washington | 3200 Mount Vernon Memorial Highway | | | Mount Vernon, VA, 22309 | United States |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Contact Detail | | | |
|---|---|---|---|
| Owner Contact Full Name | Phone | Fax | Email |
| | 813-444-5555 | 813-444-5556 | George.Washington@yahoo.com |
| | 813-444-5555 | 813-444-5556 | George.Washington@yahoo.com |
| | 813-444-5555 | 813-444-5556 | George.Washington@yahoo.com |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Payment Amount | Amount to be reported | Securityholder Name | SecurityHolder Name Line 2 | C/O Address Line |
|---|---|---|---|---|

| Street Address | City | State | Zip | Foreign | CERTIFICATES | Certificate Prefix | Certificate Number | Date of Certificate |
|---|---|---|---|---|---|---|---|---|

| Share Amount (Face Value) | WARRANTS | Face Value of Warrant | Warrant Number | Warrant Issuance Date |
|---|---|---|---|---|

| Underlying Shares (if applicable) | Series of warrant | | Payment allocated to options | Options Date of Issuance |
|---|---|---|---|---|
| | | **N O N  E M P  O P T I O N S** | | |

| Total Options | Underlying Shares (if applicable) | Covered Security? | Acquisition Date | Acquisition Date |
|---|---|---|---|---|

Email Address (if applicable)              Phone # (if appolicable)