IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

## DECLARATION OF BRIAN AUERBACH IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

---

I, Brian Auerbach, declare and state the facts I set forth in this declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts competently under oath.

1.  I am an associate with the law firm of Ballard Spahr LLP, counsel for Defendants in the above-referenced action. I submit this declaration on behalf of the Defendants in connection with their Opposition to Plaintiffs' Motion for Preliminary Injunction.

2.  According to information posted publicly online by Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services LLC (collectively, "SRSA"), and other third parties, SRSA was founded in 2007 as a financing advisory firm.  A true and correct screenshot of the Pitchbook SRSA profile, which can be found at https://pitchbook.com/profiles/advisor/52885-54, is attached hereto as Exhibit 1.  A true and correct copy of an overview document, which can be

found at https://docecity.com/key-facts-srs-comport14beef8f559ee42a0213d718cdf0680344957.html, is attached hereto as Exhibit 2.

3. According to its website, SRSA's platform of online services are targeted to buyers and sellers for major mergers and acquisitions transactions, and include payment and escrow services, representation and warranty insurance brokerage, shareholder representation, and various administrative services. A true and correct screenshot of SRSA's website's homepage, which can be found at https://www.srsacquiom.com/, is attached hereto as Exhibit 3.

4. SRSA publicly lists its clients on its website. Notable clients include Google Ventures, Goldman Sachs, Andreessen Horowitz, SoftBank Capital, and others. A true and correct screenshot of SRSA's "Featured Clients" webpage, which can be found at https://www.srsacquiom.com/about-us/clients/, is attached hereto as Exhibit 4.

5. SRSA publicly lists deals in which it has provided services, including Krispy Kreme's acquisition of Insomnia Cookies GrubHub's acquisition of LevelUp, and Symantec's acquisition of BlueCoat. A true and correct screenshot of SRSA's "Featured Deals" webpage, which can be found at https://www.srsacquiom.com/about-us/featured-deals/, is attached hereto as Exhibit 5.

6. According to SRSA's Frequently Asked Questions, SRSA's tent-pole service is its Clearinghouse product. "SRS Acquiom Clearinghouse is a secure, online system where [a shareholder] can electronically complete [a] Letter of Transmittal (LOT) in order to receive payment related to a transaction for which SRS Acquiom has been hired as payments administrator." A true and correct screenshot of SRSA's "Frequently Asked Questions"

2

webpage, which can be found at https://www.srsacquiom.com/support-faq/, is attached hereto as Exhibit 6.

7. SRSA's Clearinghouse login page is publicly accessible. A true and correct screenshot of the Clearinghouse login webpage, which can be found at https://clearinghouse2.srsacquiom.com/auth/login, is attached hereto as Exhibit 7.

8. In the upper right-hand corner of the Clearinghouse login page, a user can access a "help" page. A true and correct screenshot of the Clearinghouse help webpage, which can be found at https://clearinghouse2.srsacquiom.com/help/, is attached hereto as Exhibit 8. Included within the help page are links to general information regarding SRSA, a glossary of terms, and Frequently Asked Questions regarding the Clearinghouse product. True and correct screenshots of the "About Us," "Glossary," and "Questions & Answers" pages, which can be found at https://clearinghouse2.srsacquiom.com/help/about/, https://clearinghouse2.srsacquiom.com/help/glossary/, and https://clearinghouse2.srsacquiom.com/help/faqs/, respectively, are attached hereto as Exhibits 9-11.

9. On December 9, 2019, I accessed a presentation posted in 2017 to Vimeo by Midaxo in collaboration with SRSA (the "2017 Presentation"). A true and correct screenshot of the Vimeo page containing the 2017 Presentation, which can be found at https://vimeo.com/214203164, is attached hereto as Exhibit 12. A machine transcription of the recorded audio of the 2017 Presentation is attached hereto as Exhibit 13. True and correct screenshots of the visual portion of the 2017 Presentation were taken by me, and are attached as Exhibit 14.

10. In the 2017 Presentation, SRSA, through the presenter, its then head of sales Alex Tsarnas (Ex. 14 at 1), walks through SRSA's online service offerings, as well as a step-by-step demonstration of how a shareholder might use its Clearinghouse product to complete a digital Letter of Transmittal and receive payment at closing. According to the 2017 Presentation, as well as the FAQs on SRSA's main website and the website dedicated to the Clearinghouse product, the steps for a shareholder to use the Clearinghouse platform include (either pre-closing or at closing):

a. Logging onto the Clearinghouse platform. At the outset of a deal, SRS will send a unique URL to all of the shareholders on a particular deal. (Ex. 13 at 7). This may come in the form of an email or a letter. (Exs. 6 and 11). The shareholder list is obtained from the capitalization table, which is loaded into the SRS platform, which allows SRS to send a unique URL to each individual shareholder so that there is no duplication of shareholders. (Ex. 13 at 7). If a shareholder does not wish to use the online process, they may elect to download a copy of the Letter of Transmittal and complete the process online. (Ex. 14 at 5, Exs. 6 and 11).

b. Entering a Security Certificate Number based on one of the shareholder's owned securities relevant to the deal, which is linked to the back-end via the capitalization table. (Ex. 13 at 7, Ex. 14 at 6).

c. Selecting from dropdown lists a specific number of shares for the user's holdings (only known to the shareholder), as well as selecting the Registered Holder's name from a list containing many fictitious names. (Ex. 14 at 7-10).

d. Selecting a username and password, as well as providing a phone number for two-step authentication. (*Id.* at 11-13).

e. Once the user has verified their identity, verifying the complete number of holdings on a particular transaction. (*Id.* at 14-15).

f. Entering contact information, including address, phone number, and signing name. (*Id.* at 16). If the payment is to be made to any name other than the registered holder, a Medallion Guarantee is necessary. (Ex. 11).

g. Selecting from a dropdown menu the proper tax form to be used, and then entering in necessary tax information. (Ex. 14 at 17-19). If the user is unclear as to which tax form to use, Clearinghouse will display help for the user. (*Id.* at 18).

h. Being presented with the selected tax form, the user is prompted to fill in form-specific information in order to receive payment (*id.* at 20), and then digitally sign the tax form. (*Id.* at 21).

i. Choosing, from a drop-down menu, the user's preference for payment method, which can include direct deposit. (*Id.* at 22). The user can then enter his banking information. (*Id.* at 23).

j. After filling out the required information, the user is presented with a pre-filled Letter of Transmittal, which includes the information the user previously entered through Clearinghouse. (*Id.* at 24-27). The user is instructed to review and sign the ultimate Letter of Transmittal.

5

      k.   Finally, the user is presented with a confirmation page, which allows the user to download the signed tax forms and Letter of Transmittal created by Clearinghouse during the process. (*Id.* at 28).

11.    Some examples of SRSA's Letters of Transmittal are publicly available via the SEC's EDGAR site. A true and correct screenshot of an EDGAR filing containing an SRSA Letter of Transmittal, which can be found at https://www.sec.gov/Archives/edgar/data/1314102/000119312518100410/d560059dex105.htm, is attached hereto as Exhibit 15.

12.    SRSA publicly advertises the various features of its Clearinghouse product. For instance, SRSA has an entire page on its website devoted to its pre-closing solicitation service, which can "improve the process of distributing, collecting and tabulating pre-closing documents by using [SRSA's] online platform." A true and correct screenshot of SRSA's "PCS" webpage, which can be found at https://www.srsacquiom.com/solutions/pre-closing-solicitation/, is attached hereto as Exhibit 16.

13.    SRSA's webpage describing pre-closing solicitation has been publicly available since at least July 31, 2017. A true and correct copy of the Wayback Machine's capture of SRSA's pre-closing solicitation webpage, which can be found at https://web.archive.org/web/20170731012723/https://www.srsacquiom.com/solutions/pre-closing-solicitation/, is attached hereto as Exhibit 17.

14.    Additionally, a video on the product page (posted to YouTube on October 23, 2017) describes the ability to personalize documents and collect signatures, report and tabulate votes, pre-fill data and check errors, and verify the identity of shareholders, all before closing. A

true and correct screenshot of the October 23, 2017 video, which can be found at https://www.youtube.com/watch?v=3QmEXU3eUKw, is attached hereto as Exhibit 18.

15. SRSA also touts its Deal Dashboard product via its Escrow webpage. SRSA states that its "online deal dashboard lets deal parties know what is happening with the deal. Access data across transactions, view deal agreements, contacts and summaries of terms, and key dates all in one easy to use location." A true and correct screenshot of SRSA's Escrows page, which can be found at https://www.srsacquiom.com/solutions/escrows/, is attached hereto as Exhibit 19.

16. SRSA has publicly discussed its offering of compensation payments services since 2015. A true and correct screenshot of a BusinessWire article discussing SRSA's compensation payments, which can be found at https://www.businesswire.com/news/home/20150317005034/en/Acquiom%C2%AE-Compensation-Payments-Solves-Significant-Unmet-MA#.VQgy61o7P8k, is attached hereto as Exhibit 20. By offering compensation payments, SRSA ensures that "all payees are paid properly, and that IRS withholding and reporting are done correctly." (*Id.*). SRSA does this by providing "the target company (or buyer, as appropriate) a spreadsheet template or a special Letter of Transmittal (LOT) form. This is completed by the payees or by the target company with the information needed to pay employees/payees. In most cases, the requested information is quickly obtained from the company's payroll system via export." (SRS Website FAQ). "SRS Acquiom calculates [tax] withholding based on the nature of the payment, current tax tables, and W-4 elections of the employees/payees. If a Form W-4 is not provided, a default Single-0 withholding rate is used." (*Id.*). SRSA directly remits tax withholdings to the proper taxing authorities through the Acquiom Employee Solutions, Inc. entity. (*Id.*).

7

17. SRSA dedicates an entire section of its publicly available FAQ to discussing its offering of compensation payments and its offering of pre-closing solicitation. (Ex. 6 at 2).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 23, 2019        By: */s/ Brian S.S. Auerbach*
                                                           Brian S.S. Auerbach

8