# AUERBACH EXHIBIT 1



| | Advisor: General | May 2019 | | |
| --- | --- | --- | --- | --- |
| | Advisor: General | May 2019 | | |
| Webroot | Advisor: General | Mar 2019 | | |
| AgileCraft | Advisor: General | Mar 2019 | | |

To view this company's complete company service history, request access »

**Request full access to PitchBook**

You're viewing a free company profile from the PitchBook Platform. To explore SRS Acquiom's full profile, request a free trial.

## SRS Acquiom Services to Investors

### Service on a Deal — Buy Side (1)

| Investor Name | Service Provided | Deal Date | Deal Type | Deal Amount |
| --- | --- | --- | --- | --- |
| HarbourVest Partners | Advisor: General | Feb 2009 | | |

To view this company's complete investor service history, request access »

## SRS Acquiom Investment Preferences

| Preferred Industries | Preferred Verticals | Preferred Deal Types | Geographic Preferences | Transaction Amount |
| --- | --- | --- | --- | --- |

This information is reserved for PitchBook Platform users. To explore SRS Acquiom's full profile, request access.

**Request full access to PitchBook**

## SRS Acquiom Team (53)

| Name | Title | Deals | Office | Contact Info |
| --- | --- | --- | --- | --- |
| Paul Koenig | Chief Executive Officer, Board Member & Co-Founder | | Denver, CO |  |
| Lon LeClair | Chief Operating Officer & President | | Denver, CO | |
| Deborah Wapensky | Chief Financial Officer | | Denver, CO | |
| David Foxhoven | Chief Operating and Technology Officer | | Denver, CO | |
| Sean Arend JD | General Counsel & Managing Director, Corporate Development | | Denver, CO | |

10 Former Team Members

You're viewing 5 of 53 team members. Get the full list »

## SRS Acquiom Board Members (2)

| Name | Representing | Role | Since | Contact Info |
| --- | --- | --- | --- | --- |
| Mark Vogel | SRS Acquiom | Vice Chairman & Co-Founder | | |
| Paul Koenig | SRS Acquiom | Chief Executive Officer, Board Member & Co-Founder | | |

12/9/2019 nimbus screenshot app print

Request full access to PitchBook

| PRODUCTS | SOLUTIONS | DATA | NEWS & ANALYSIS |
|---|---|---|---|
| PitchBook Desktop | Private Market Intel | Companies | Industry Reports |
| PitchBook Mobile | Fundraising | Investors | Blog |
| Excel Plugin | Sourcing Investments | Deals | Subscribe to Newsletter |
| Direct Data | Due Diligence | M&A | Advertise with Us |
| CRM Integration | Business Development | Limited Partners | ABOUT |
| Chrome Extension | Networking | Funds | Partnerships |
| Product Releases | Deal Execution | Financials | Careers |
| | | Advisors | Events |
| | | Professionals | Press Inquiries |
| | | Profile Previews | Video Library |

FOLLOW US

| US HEADQUARTERS | EUROPEAN HEADQUARTERS | NEW YORK | CONTACT US |
|---|---|---|---|
| +1 (206) 623.1986 | +44 (0) 207.190.9809 | +1 (206) 623.1986 | info@pitchbook.com |
| 901 Fifth Avenue | 1st Floor Saffron House | 315 Park Avenue South | Request Research |
| Suite 1200 | 6-10 Kirby Street | 14th Floor | Request your Profile |
| Seattle, WA 98164 | London EC1N 8TS | New York, NY 10010 | Submit your Deal |
| | United Kingdom | | |

© 2019 PitchBook Data. All rights reserved. PitchBook is a financial technology company that provides data on the capital markets.

Site Map    Terms of Use    Privacy Policy