# AUERBACH EXHIBIT 2



> OVERVIEW

## The Global Leader for Managing Post-Closing Activity in M&A
Completing deals most efficiently and economically.

## Key Facts

### The Global Leader

SRS Acquiom innovates new ways to complete M&A transactions that help merger parties on both sides of the deal to close more efficiently and economically. We deliver industry-leading services for shareholder representation, payment administration, and escrow solutions.

**1** — **800 M&A** deals completed

**2** — **80,000** shareholders across 95 countries

**3** — **$130** billion managed

### SRS

Founded in 2007, SRS invented professional shareholder representation, and today is the undisputed expert at managing post-closing activity in private M&A. The 70 experts at SRS—in forensic accounting, finance, tax, intellectual property, litigation and dispute resolution, and customer support and operations—work together to safeguard the interests of 80,000 selling shareholders, including over 500 of the world's top venture capital and private equity firms.

### Acquiom

Acquiom reinvents the process of facilitating distributions of M&A proceeds to shareholders and investing escrows — bringing simplicity and better economics to what has been an unnecessarily burdensome process.

With years of experience on hundreds of transactions, SRS launched Acquiom after witnessing first-hand just how outdated M&A processes had become. Buyers frequently asked if they could simply wire the money to SRS in satisfaction of their payment obligation and be done. Sellers told us that they wanted higher returns and faster payments.

Acquiom distributes enhanced escrow solutions from top-tier M&A banks, such as Capital One Bank and SunTrust — who act as depository and independent escrow agents.

### SRS Acquiom

SRS launched the Acquiom suite of financial services in 2012. Today, the parent company is SRS Acquiom — a combined name that reflects all services that help merger parties to close more efficiently and economically. SRS Acquiom is re-engineering how M&A deals get done.

Acquiom®, SRS®, and Acquiom Clearinghouse™ are registered trademarks or trademarks of SRS Acquiom LLC or its affiliates. All other logos, company names or product names are trademarks or registered trademarks of their respective owners.



The global leader for managing post-closing activity in private M&A — completing deals most efficiently and economically.

415.367.9400   |   info@srsacquiom.com   |   srsacquiom.com

# Recent Deals

      

      

      

      

      

      

      

The global leader for managing post-closing activity in private M&A — completing deals most efficiently and economically.

415.367.9400   |   info@srsacquiom.com   |   srsacquiom.com



> CLEARINGHOUSE OVERVIEW

# M&A Payments Online — Simple. Fast. *Finally*.

Finally, shareholders can confirm holdings and transmit payment instructions online. A faster, easier payments process means satisfied shareholders, and no hassle for buyers.

## Acquiom Clearinghouse™ — The Logical Next Step

**The Problem:** The traditional payments process in M&A hasn't seen innovation in decades; it is burdened with unnecessary paperwork and costs, and prone to delays and errors. These inefficiencies cost the industry countless hours and billions of dollars each year. Buyers want to start integrating the acquired company as fast as possible, but disbursing payments to shareholders is a tedious, necessary first step.

**The Solution:** Acquiom Clearinghouse reinvents how buyers disburse merger proceeds by offering the industry's first secure online platform for easy submission of all materials and fast payments that will work with any escrow bank. No more hassle. And when necessary or preferred, hardcopy documents can still be used. It's the easy and logical way to close.

**The Result:** Buyers fund one account and are done. Sellers use intuitive online forms and get paid quickly. Attorneys have satisfied clients and no headaches.

## Benefits

**Fast.** It takes hours, not weeks. 80% of merger consideration has been paid within 24 hours after the letter of transmittal (LOT) is submitted and verified when SRS Acquiom serves as payments administrator.

**Better Economics.** Shareholders' money doesn't sit idle. And in most cases the service is offered at low to no fees. The economics get even better combined with Acquiom's Enhanced Escrow Solutions.

**Online & Easy.** Buyers fund one account and receive daily reports. Shareholders confirm holdings, select payment methods, provide account information, and e-sign instructions. Attorneys have far fewer administrative hassles. When necessary or preferred, hardcopy documents can still be sent and received.



**Greater Reliability and Accuracy.** Because shareholders submit and validate instructions directly into the payment system, there are no transcription errors. Our redesigned online LOT is intuitive and much easier to complete.

**Secure.** Information is protected using state-of-the-art multi-factor authentication and sophisticated risk monitoring analytics.

---

**SRS | ACQUIOM**

The global leader for managing post-closing activity in private M&A — completing deals most efficiently and economically.

415.367.9400   |   info@srsacquiom.com   |   srsacquiom.com



> CLEARINGHOUSE OVERVIEW

# M&A Payments Online — Simple. Fast. *Finally*. (continued)

## Benefits (continued)



**No More Paper.** Online means no more mailing documents back and forth, and that includes stock certificates. Holdings can be validated online.

**Timely Reports.** Buyers receive daily reports on all distributions.

**Expert Service.** We understand M&A hours and provide support from start to finish.

> 80% of merger consideration has been paid within 24 hours after the LOT is submitted and verified — that's fast!

## The SRS Acquiom Difference

Acquiom delivers a superior solution for M&A payment administration and escrow investment. Acquiom eliminates the inefficiencies and improves the economics of completing private M&A transactions, allowing buyers to submit more attractive deal terms in an increasingly competitive deal environment — all at low to no cost.

**SRS | ACQUIOM**

The global leader for managing post-closing activity in private M&A — completing deals most efficiently and economically.

415.367.9400   |   info@srsacquiom.com   |   srsacquiom.com

**ACQUIOM®**

> ESCROW SOLUTIONS

## Enhanced M&A Escrows

Acquiom distributes enhanced escrow solutions from top-tier banks that make the closing and post-closing processes simple, and deliver higher yields and immediate liquidity. These benefits are even greater when combined with Acquiom Clearinghouse™ — the first 100% online payments administration service.

### Improved M&A Escrow Solutions

With extensive data and scale, SRS Acquiom has created financial models that reflect the actual behavior of M&A proceeds held in escrow. We distribute enhanced escrow solutions from top-tier M&A banks, SunTrust and Capital One Bank, that offer higher yields, immediate liquidity and with a waiver or reduction in most fees.



### Top-Tier Banks

Capital One Bank and SunTrust Bank act as depository and independent escrow agents, ensuring that funds are held securely. Acquiom works with each bank to deliver this suite of services, but is not affiliated in any other way.

 

### Key Benefits

- **Simple.** Deal professionals find the typical experience with an escrow bank more difficult than it needs to be. Acquiom has worked with Capital One and SunTrust to simplify the entire process, making it substantially easier for the deal to close.

- **Better Economics.** Escrow solutions offer a combination of enhanced yield and reduced fees when purchased in combination with Acquiom's payments administration services — often enough to cover the attorneys' fees and transaction costs of doing the deal. Going with another escrow product amounts to leaving money behind for no reason.

- **Fast Payments.** With Acquiom's payments administration services, releasing funds held in escrow is as hassle-free as the initial disbursements of merger proceeds to shareholders. Acquiom provides the fastest and easiest way to disburse merger proceeds the market has ever seen.

- **Easy to Engage.** The M&A experts at Acquiom understand M&A hours. We are skilled at working with attorneys to process merger documents quickly and ensure that escrow agreements are in line with customer requirements.

- **Independent.** Capital One and SunTrust act as independent and neutral escrow banks. Merger parties have confidence that funds are held in an FDIC-insured deposit account and are released only under the terms of the contract.

- **Secure.** Capital One and SunTrust rank among the top U.S. M&A escrow banks in financial strength. *Source: Forbes Magazine, 2013 Survey of the Best Banks in America.*

### The Acquiom Difference

Acquiom delivers a superior solution for M&A payment administration and escrow investment. Acquiom eliminates the inefficiencies and improves the economics of completing private M&A transactions, allowing buyers to submit more attractive deal terms in an increasingly competitive deal environment — all at low to no cost.

Acquiom®, SRS®, and Acquiom Clearinghouse™ are registered trademarks or trademarks of SRS Acquiom LLC or its affiliates. All other logos, company names or product names are trademarks or registered trademarks of their respective owners.



The global leader for managing post-closing activity in private M&A — completing deals most efficiently and economically.

415.367.9400   |   info@srsacquiom.com   |   srsacquiom.com