# AUERBACH EXHIBIT 3





Pre-Closing Solicitation

Payments

Escrows

Representations & Warranties Insurance

Shareholder Representation

Loan Agency

Learn about our solutions →

## Featured Clients

| | | | |
|---|---|---|---|
| 3i Group | Alloy Ventures | August Capital | Boulder Ventures |
| 500 Startups | Andreessen Horowitz | Austin Ventures | Canaan Partners |
| 5AM Ventures | APAX Partners | Bain Capital Ventures | Carlyle Ventures |
| Accel Partners | Arboretum Ventures | Battery Ventures | Carmel Ventures |
| Adams Street Partners | ARCH Venture Partners | Benchmark Capital | Charles River Ventures |
| Advanced Technology Ventures | Atlas Venture | Bessemer Venture Partners | Chess Ventures |

## Client Quotes and Stories

See why clients rely on us to elevate their gain.

