# AUERBACH
# EXHIBIT 4

12/9/2019                                           nimbus screenshot app print

*screenshot-www.srsacquiom.com-2019.12.09-10_37_13*
*https://www.srsacquiom.com/about-us/clients/*
*09.12.2019*



SRS**ACQUIOM**                 Who We Help    Solutions    Insights    About Us    Newsletter →    Contact Us →

MarketStandard®    Login    🔍

# Featured Clients

| 3i Group | 500 Startups | 5AM Ventures |
|---|---|---|
| Accel Partners | Adams Street Partners | Advanced Technology Ventures |
| Alloy Ventures | Andreessen Horowitz | APAX Partners |
| Arboretum Ventures | ARCH Venture Partners | Atlas Venture |
| August Capital | Austin Ventures | Bain Capital Ventures |
| Battery Ventures | Canaan Partners | Canyon Ventures Partners |
| Carmel Ventures | Charles River Ventures | Chess Ventures |
| Chrysalis Ventures | CMEA Ventures | Columbia Capital |
| DAG Ventures | DCM | D.E. Shaw |
| Delphi Ventures | Draper Fisher Jurvetson | El Dorado Ventures |
| FirstMark Capital | First Round Capital | Flybridge Capital Partners |

| | | |
|---|---|---|
| Focus Ventures | Foundation Capital | Foundry Group |
| Frazier Healthcare Ventures | Gemini Israel Ventures | General Atlantic |
| General Catalyst Partners | Giza Venture Capital | Goldman Sachs Private Equity Group |
| Google Ventures | Granite Ventures | Greylock Partners |
| H&Q Healthcare Investors | HarbourVest Partners | Highland Capital Partners |
| In-Q-Tel | Index Ventures | Institutional Venture Partners |
| Intel Capital | InterWest Partners | JAFCO Ventures |
| JMI Equity | Khosla Ventures | Kleiner Perkins Caufield & Byers |
| Lerer Hippeau Ventures | Lightspeed Venture Partners | Masthead Venture Partners |
| Mayfield Fund | Menlo Ventures | Meritech Capital Partners |
| Mobius Venture Capital | Mohr Davidow Ventures | New Enterprise Associates |
| Novak Biddle Venture Partners | Norwest Venture Partners | Oak Investment Partners |
| OrbiMed Add | Pitango Venture Capital | Redpoint Ventures |
| Revolution LLC | RRE Ventures | Saints Capital |
| Sapphire Ventures | Scale Venture Partners | Sequoia Capital |
| Sigma Partners | Silicon Valley Bank | SoftBank Capital |
| Steamboat Ventures | Summit Partners | Sutter Hill Ventures |
| SV Life Sciences | TA Associates | Tenaya Capital |
| The Social + Capital Partnership | TPG Capital | Trevi Health Ventures |
| Trident Capital | Trinity Ventures | True Ventures |
| U.S. Venture Partners | Valhalla Partners | VantagePoint Venture Partners |
| Venrock | Versant Ventures | Vulcan Capital |
| Worldview Technology Partners | Y Combinator | |

