# AUERBACH EXHIBIT 5



   

   

acquired by | acquired by | acquired by | acquired by



   

   

acquired by | acquired by | acquired by | acquired by

  

   

acquired by | acquired by | acquired by | acquired by

   


acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



















acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by







acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by




acquired by



acquired by


acquired by












acquired by    acquired by    acquired by    acquired by










acquired by    acquired by    acquired by    acquired by






acquired by    acquired by    acquired by    acquired by











acquired by    acquired by    acquired by    acquired by















acquired by











acquired by















acquired by













acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by










acquired by | acquired by | acquired by | acquired by










acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by










acquired by | acquired by | acquired by | acquired by










acquired by | acquired by | acquired by | acquired by









acquired by | acquired by | acquired by | acquired by













acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by








12/9/2019   nimbus screenshot app print

See a list of featured clients →

Contact Us
Support / FAQs
Terms & Conditions
Privacy Policy

Subscribe to Our Newsletter

Careers

Connect

SRS ACQUIOM
ELEVATE YOUR GAIN

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity.

Transactional risk insurance products or services may not be available in all states, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc.

© 2019 SRS Acquiom Inc.