# AUERBACH EXHIBIT 7

12/16/2019 nimbus screenshot app print

*screenshot-clearinghouse2.srsacquiom.com-2019.12.16-11_07_18*
*https://clearinghouse2.srsacquiom.com/auth/login*
*16.12.2019*

