# AUERBACH EXHIBIT 8

12/16/2019                                     nimbus screenshot app print

*screenshot-clearinghouse2.srsacquiom.com-2019.12.16-11_06_36*
*https://clearinghouse2.srsacquiom.com/help/*
*16.12.2019*

