# AUERBACH EXHIBIT 9

12/9/2019 nimbus screenshot app print

screenshot-clearinghouse2.srsacquiom.com-2019.12.09-11_43_39
https://clearinghouse2.srsacquiom.com/help/about/
09.12.2019

