# AUERBACH EXHIBIT 10

12/9/2019 nimbus screenshot app print

screenshot-clearinghouse2.srsacquiom.com-2019.12.09-11_44_32
https://clearinghouse2.srsacquiom.com/help/glossary/
09.12.2019



 HELP

 Glossary

ALL HELP TOPICS

Escrow

Escrow Expiration Date

Form W-8

Form W-9

Letter of Transmittal (LOT)

Medallion Guarantee

Merger Agreement

Stock Certificate

### Escrow

As part of the deal negotiations, the buyer and seller may agree that a portion of the purchase price be placed in an escrow fund. An escrow fund often is established as the primary (or only) source of recovery if the buyer successfully asserts a claim under the terms of the transaction agreements. Once the escrow period expires, any residual escrow funds are generally distributed to securityholders according to their pro rata share. A typical timeline for the distribution of funds after an escrow period expires can be found here.

Escrow funds usually cannot be distributed to securityholders prior to the escrow expiration date. If claims remain outstanding as of such date, the amount in dispute generally remain in escrow until such claims are resolved. Escrow funds are at risk until released and do not represent guaranteed funds.

### Escrow Expiration Date

The escrow expiration date marks the end of the period during which new claims may be asserted by the buyer against the escrow fund. It is not the day that money is actually released to securityholders. Since claims can be made through the end of the last day of the period, the process (see this typical timeline) to release funds to shareholders does not begin until the day following the expiration date.

### Form W-8

Form W-8 is an IRS form that grants a foreigner an exemption from certain U.S. information return reporting and backup withholding regulations. There are many variations of the W-8 form, such as the W-8BEN and W-8IMY.

One of the main purposes of this document is to show that the foreign investor is not subject to the typical taxation practice where tax is withheld from investment income (e.g. dividends and coupon payments). If adequate documentation is not supplied with a W-8 form, the foreign investor will be subject to the normal rates of backup withholding.

### Form W-9

Form W-9 is an IRS form, also known as "Request for Taxpayer Identification Number and Certification", which is used by an individual defined as a "U.S. person" or a resident alien to verify his or her taxpayer identification number (TIN), which is either a Social Security Number (for individuals) or an Employer Identification Number (for entities).

### Letter of Transmittal (LOT)

The Letter of Transmittal ("LOT") is used to transmit information related to your securities holdings in the target company as of the closing of the merger to facilitate payment of your merger consideration. In transactions where Acquiom is hired as the Payment Administrator, you will return your completed Letter of Transmittal to Acquiom, either via our online system or via paper, if you request.

### Medallion Guarantee

A Medallion Guarantee is a special signature guarantee by a financial institution that the shareholder's signature is genuine and that the financial institution accepts liability for any forgery.

### Merger Agreement

A merger agreement is the contract used to effect the merger of two or more entities.

### Stock Certificate

A Stock Certificate is a physical piece of paper representing ownership of shares of stock in a company. Stock Certificates will include information such as the number of shares owned, the date of issue, an identification number, usually a corporate seal, and signatures of corporate officers. Many stock certificates have intricate designs to discourage fraudulent replication. Upon closing of a merger, the shares of stock represented by the certificate are generally cancelled and converted into the right to receive the merger consideration in respect to those shares.

SRS ACQUIOM® ELEVATE YOUR GAIN

Copyright 2019 Acquiom Clearinghouse LLC. All Rights Reserved. Patent Pending.

Terms & Conditions   Privacy Policy   Contact Us