# AUERBACH EXHIBIT 11

screenshot-clearinghouse2.srsacquiom.com-2019.12.09-11_45_49
https://clearinghouse2.srsacquiom.com/help/faqs/
09.12.2019



 HELP

 Questions & Answers                                                                                      ALL HELP TOPICS

Holdings Verification - Where do I find the Security certificate number needed to create an account if I don't have a physical certificate?

**Holdings Verification - Where do I find the Security certificate number needed to create an account if I don't have a physical certificate?**
Acquiom Clearinghouse uses one of your Security Certificate Numbers and the corresponding number of shares to confirm your identity when creating your Acquiom Clearinghouse account.

If you were not issued a physical Security by the Selling Company, you were probably given an investment confirmation via an email or letter that indicates the Security certificate number, or a number resembling a serial number, for the shares issued to you.

If you were issued a physical Security, but have lost it as well as the details included on the Security, or cannot locate any investment confirmation details, please contact us at support@srsacquiom.com.

Holdings Verification - What if I lost my Security?

**Holdings Verification - What if I lost my Security?**
Acquiom Clearinghouse uses one of your Security Certificate Numbers and the corresponding number of shares to confirm your identity when creating your Acquiom Clearinghouse account.

If you were issued a physical Security, but have lost it as well as the details included on the Security, or cannot locate any investment confirmation details, please contact us at support@srsacquiom .com.

Holdings Verification - What do I do with my Stock Certificate?

**Holdings Verification - What do I do with my Stock Certificate?**
Unless specifically requested by one of the merger parties, Acquiom Clearinghouse does not require the submission of your physical Stock Certificate. However, it is recommended that you mark it "cancelled" and keep them for your records. Once you have received your final payment in respect of each Stock Certificate, you can destroy them or keep them for your records.

If you have any questions, please contact us at support@srsacquiom .com.

Holdings Verification - What do I do with my Options?

**Holdings Verification - What do I do with my Options?**
Typically, merger consideration payable to option holders is paid through the payroll of either the selling company or the buyer. If this is not the case in your transaction, you should inquire with the individual or department at your company that manages the option plan.

If you have any questions, please contact us at support@srsacquiom .com.

Tax Information - Will I receive information about tax reporting?

**Tax Information - Will I receive information about tax reporting?**
Interest will not be earned on the paying account established to make payments related to the merger.  It is possible you could have interest attributable to you from any escrow account that is established.  If so, you should expect to receive associated tax forms from the applicable bank or financial institution.  Acquiom will send an annual statement to all securityholders. This statement is for informational purposes only and cannot be used as a tax reporting document.

If you have any questions, please contact us at support@srsacquiom .com.

Changing Payment Information - What if I want to pay someone other than myself?

**Changing Payment Information - What if I want to pay someone other than myself?**
A Medallion Guarantee must be completed to issue payment to anyone other than the Registered Holder of the certificate.

If you have any questions, please contact us at support@srsacquiom .com.

Changing Payment Information - What if I want to change payment instructions in the future?

**Changing Payment Information - What if I want to change payment instructions in the future?**
Please complete this form to update your contact information or payment instructions for future releases.

Changing Payment Information - What do I do if my name has changed?

Changing Payment Information - What is a Medallion Guarantee?

Changing Payment Information - Why is a Medallion Guarantee beneficial?

Payments - What is the difference between a Direct Deposit/ACH and wire?

Payments - How long will it take to receive payments made via Wire, Direct Deposit/ACH, or Check?

Payments - How am I charged for fees associated with my selected payment type?

Payments - Is it possible to delay my payment?

General - What is the Information Statement and where can I find the Information Statement for my transaction?

General - Will my Security have any value after closing?

If you have any questions, please contact us at support@srsacquiom .com.

If you have any questions, please contact us at support@srsacquiom .com.

value after closing?

**Changing Payment Information - What do I do if my name has changed?**
A Medallion Guarantee must be completed to issue payment to any name other than the Registered Holder of the cancelled shares.  Proof of your name change will be required in order to obtain a Medallion Guarantee.

If you have any questions, please contact us at support@srsacquiom .com.

**Changing Payment Information - What is a Medallion Guarantee?**
A Medallion Guarantee is a special signature guarantee by a financial institution that the shareholder's signature is genuine and that the financial institution accepts liability for any forgery.

If you have any questions, please contact us at support@srsacquiom.com.

**Changing Payment Information - Why is a Medallion Guarantee beneficial?**
Signature guarantees are designed to protect shareholders from unauthorized transfers or payments and possible investor losses. They also limit the liability of the transfer or paying agent that accepts documents or Securities or that effects payments.  A Medallion Guarantee is not the same as an acknowledgment by a notary public. A Medallion Guarantee is a certification by the institution that the signature is authentic and belongs to the signer, while an acknowledgment by a notary public attests that the signer signed a document voluntarily.

If you have any questions, please contact us at support@srsacquiom .com.

**Payments - What is the difference between a Direct Deposit/ACH and wire?**
A wire is a real-time method of transferring immediate funds and supporting information between two financial institutions. A Direct Deposit/ACH is similar to a wire transfer, except it uses a batch-process. With a batch-process, transactions received by the bank are processed in batches and funds are not available in the beneficiary's account until the next business day, sometimes longer.

If you have any questions, please contact us at support@srsacquiom .com.

**Payments - How long will it take to receive payments made via Wire, Direct Deposit/ACH, or Check?**
After your Letter of Transmittal (LOT) is received and accepted, your payment will be fully processed by Acquiom within 48 hours.  Below is a general summary of the time it typically takes for your receiving bank to reflect payment:

- Wire – Approximately 2 Business Days
- Direct Deposit/ACH – Approximately 5 Business Days
- Check – Approximately 10 Business Days

If you have any questions, please contact us at support@srsacquiom .com.

**Payments - How am I charged for fees associated with my selected payment type?**
If there is a fee associated with your chosen payment type (e.g., Wire, Check, etc.) the fees will be deducted from the payment you are due to receive.

If you have any questions, please contact us at support@srsacquiom .com.

**Payments - Is it possible to delay my payment?**
Yes, you can delay your payment by not "presenting", or completing, your Letter of Transmittal.  To determine the deadline to present, please consult the transaction agreement or the information statement, if any, related to your transaction.  Depending on the terms of your agreement related to confidentiality and the sharing of materials or information, these documents may be available from the Company or on your Acquiom Dashboard under "Documents".

If you have any questions, please contact us at support@srsacquiom .com.

**General - What is the Information Statement and where can I find the Information Statement for my transaction?**
Not all transactions have Information Statements.  The Information Statement generally summarizes the terms of the transaction, including the structure of the deal, the timing of any payments, and other key details. If one was prepared in connection with your transaction, you would have received it along with the initial email you received from Acquiom Clearinghouse inviting you to create your account.

If you have any questions, please contact us at support@srsacquiom .com.

**General - Will my Security have any value after closing?**
The physical Security will not have any value after Closing, but you should not transfer it to, or allow it to be possessed by,

others.

If you have any questions, please contact us at support@srsacquiom.com.

**SRS ACQUIOM** ELEVATE YOUR GAIN

Copyright 2019 Acquiom Clearinghouse LLC. All Rights Reserved. Patent Pending.     Terms & Conditions   Privacy Policy   Contact Us