# AUERBACH EXHIBIT 12



screenshot-vimeo.com-2019.12.09-09_55_00
https://vimeo.com/214203164
09.12.2019

12/9/2019 nimbus screenshot app print



Due Diligence Pro…
Midaxo

Post-Merger Integ…
Midaxo

Webinar: Using Ol…
Midaxo

Webinar: Painless…
Midaxo

Webinar: Bridging …
Midaxo

Webinar: Step Out…
Midaxo

Webinar: Managin…
Midaxo

Show more…

| VIMEO | SOLUTIONS | APPS | RESOURCES | UPGRADE | COMPANY |
|---|---|---|---|---|---|
| Pricing | Video Player | macOS | Help Center | Vimeo Plus | About |
| Upload | Privacy | iOS | Blog | Vimeo PRO | Jobs |
| Staff Picks | Collaboration | Android | Video School | Vimeo Business | Partners |
| On Demand | Distribution & marketing | | OTT Resources | Vimeo Premium | |
| Vimeo OTT | Monetization | | Developers | Vimeo Enterprise | |
| Site map | Live streaming | | Students | Refer a friend | |
| | Analytics | | Guidelines | | |
| | Hosting & management | | | | |
| | Enterprise | | | | |
| | For Hire | | | | |
| | Stock | | | | |

Did you know?
Help keep Vimeo safe and clean. Learn how to report a violation.

TM + © 2019 Vimeo, Inc. All rights reserved.   Terms   |   Privacy   |   Copyright   |   Cookies   Made with ❤ in NYC.

Language: English   Mature content filter: None