# AUERBACH EXHIBIT 14

**1**

**2**

### 3. Compensation Payments



> No traditional paying agents pay option holders, MIP's or bonus participants – buyers usually do it.

> But, buyers hate to keep track of hundreds or thousands of payees who may receive post-closing payments.

> Tax reporting for compensation payments is complicated and time consuming.

© 2017 SRS Acquiom Inc. All rights reserved.

**3**

**4**

**5**

**6**

**7**



**8**

**9**

**10**

**11**

**12**



**13**



**14**



**15**



**16**



**17**



**18**



**19**



**20**

**21**

**22**



**23**



**24**



**25**

**26**



**27**



28

**29**

