# AUERBACH EXHIBIT 16

12/9/2019 nimbus screenshot app print

screenshot-www.srsacquiom.com-2019.12.09-12_03_57
https://www.srsacquiom.com/solutions/pre-closing-solicitation/
09.12.2019



# A smarter system for document distribution and action

Trying to gather **shareholder consents**, joinders and 280G elections can at times feel like herding cats. We saw an opportunity to improve the process of distributing, collecting and tabulating pre-closing documents by using our online platform. With SRS Acquiom, pre-closing stockholder document solicitation is simple, cost-effective and secure.

✓ **Simplicity**
We offer single user sign-ins. Once a shareholder is set up on our platform, it's a seamless process for payment of the merger consideration. The same SRS Acquiom platform can collect letters of transmittal (LOTs), payment instructions, tax forms and manage the entire M&A **payments process**.

✓ **Speed**
Our online platform serves all shareholders instantly. No more back and forth in the mail.

✓ **Flexibility**
Each stockholder views only the documents they need to review and execute. They can interact with each document individually, unlike other electronic document signature systems. And you can even set up documents and the flow of a document that requires multiple-party signatures.

**Deeper dive**

White Paper
Understanding Changes in Shareholder Consent Requirements

Infographic
5 Easy Ways to Avoid M&A Payment Pitfalls

Ask me about our solutions

**Greg Nelson**
Managing Director, Head of Sales

SEND ME AN EMAIL

12/9/2019
Case No. 1:19-cv-02005-DDD-SKC Document 128-16 filed 12/23/19 USDC Colorado pg 3 of 4
nimbus screenshot app print



