# AUERBACH EXHIBIT 17

12/16/2019, nimbus screenshot app print

*screenshot-web.archive.org-2019.12.16-12_35_55*
*https://web.archive.org/web/20170731012723/https://www.srsacquiom.com/solutions/pre-closing-solicitation/ 16.12.2019*



## A smarter system for document review and action.

When it comes to distributing, collecting, and tabulating pre-closing documents, paper-and-mail service has been the norm. We saw an opportunity to update and improve an archaic, costly, and time-consuming aspect of the M&A process.

### What You Gain from SRS Acquiom

Unlike other e-signature services, SRS Acquiom Pre-Closing Solicitation is the only online, customizable, flexible private-target M&A solution ideal for everything from pre-closing shareholder solicitations to 280G elections, option cancellation agreements, spousal consents, and more. Send, sign, verify, and tabulate key documents related to the transaction with our secure system.

- **Fast Results:** Our intuitive online system replaces the traditional pen, paper, and mail methods of document collection, serving all shareholders instantly, no matter how many.

- **Flexible and Customizable Platform:** Send each shareholder only the documents they need. They can interact with each document individually, unlike the bulk limitations of other electronic document signature systems.

- **Document Tabulation and Records:** Deal parties can easily and securely access key results like voting tallies or signed documents.

- **All-in-One Solution:** Pre-Closing Solicitation is part of our online SRS Acquiom Clearinghouse™ system, making it simpler for each shareholder to complete and return their letter of transmittal and other necessary documents at closing for *faster and easier payments*.



### Deeper Dive
Find out more about the comprehensive solutions SRS Acquiom offers.

**Pre-Closing Checklist for M&A Seller Management** — Read More

**Shareholder Releases and Letters of Transmittal** — Read More

**Third-Party Vendors: Resolving Complications Can Be A Win-Win** — Read More

**How Best to Effect Payments** — Read More

### Client Quotes and Stories
See why clients rely on us to elevate their gain.

