# AUERBACH EXHIBIT 18



12/9/2019 nimbus screenshot app print


Swift Programming Tutorial for Beginners (Full Tutorial)
CodeWithChris
Recommended for you


How to Clear All Cache in Windows 10
Britec09
Recommended for you


The surprising secret to speaking with confidence |...
TEDx Talks
Recommended for you


SRS Acquiom Expert Series: Escrow Trends 2019
SRS Acquiom
No views


Java Project Tutorial - Make Login and Register Form Step...
1BestCsharp blog
Recommended for you


How to Start a Speech
Conor Neill
Recommended for you


How to configure a Shared Network Printer in Windows 7,...
Rohit Sahu
Recommended for you


A simple guide to electronic components.
bigclivedotcom
Recommended for you