# AUERBACH EXHIBIT 19

screenshot-www.srsacquiom.com-2019.12.09-12_05_50
https://www.srsacquiom.com/solutions/escrows/
09.12.2019



# Simplified M&A Escrow Administration

With a variety of investment and deposit options, streamlined KYC and account opening, and high-touch service through a single point of contact, SRS Acquiom simplifies and optimizes the M&A escrow experience.

## What You Gain from SRS Acquiom

✓ **A Single Point of Contact**
Work with a dedicated, highly responsive relationship manager who helps move the deal forward with

✓ **A Simple Engagement Process**
We approach each deal with the goal of negotiating the escrow agreement quickly and streamlining the escrow account opening process. Our online M&A Know-Your-Customer (KYC) process is simple, secure, and fast.

✓ **Top Tier Financial Institutions**
Our escrow solutions are developed with some of the most highly-rated escrow banks including SunTrust Bank, Citizens Bank, and Signature Bank.

✓ **A Comprehensive Deal Dashboard**
Our **online dashboard** lets deal parties know what is happening with the deal. Access data across

### Deeper dive

**Infographic**
Deal Terms for M&A Escrows

**Article**
Avoiding Improper Lock-up of Escrow Money



**Greg Nelson**
Managing Director, Head of Sales

**SEND ME AN EMAIL**



Find out how our innovative solutions can help streamline your deal process.

Contact us.

Contact Us
Support / FAQs
Terms & Conditions
Privacy Policy

Subscribe to Our Newsletter

Careers

Connect

SRS ACQUIOM
ELEVATE YOUR GAIN

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity.

Transactional risk insurance products or services may not be available in all states, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc.

© 2019 SRS Acquiom Inc.