# KELLY
# EXHIBIT 2

Contacts

| Title | FirstName | MiddleName | LastName | Suffix | Company | Department | JobTitle | BusinessSt | BusinessSt | BusinessSt | BusinessC | BusinessSt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Brandon | | McGathy | | ROPES & GRAY LLP | | | Three Embarcadero Center | | | San Franci | CA |
| | Shawn | P. | McAveney | | Pepper Hamilton LLP | Attorney | | 400 Berwyn Park | 899 Cassatt Roa | | Berwyn | PA |
| | Elizabeth | C. | Hill | | Wilson Sor Corporate | | Associate | 650 Page Mill Road | | | Palo Alto | CA |
| | Jeff | | Blaido | | American Stock Transfer | | | | | | | |
| | Jon | | Biasetti | | Locke Lord Bissell & Liddell LLP | | | 111 South Wacker Drive | | | Chicago | Illinois |
| | Michael | | Renetzky | | Locke Lord Bissell & Liddell LLP | | | 111 South Wacker Drive | | | Chicago | Illinois |
| | Geoff | | Broglio | | Hudson | | | | | | | |
| | Philip | H. | Oettinger | | Wilson Sor Corporate | | Partner | 650 Page Mill Road | | | Palo Alto | CA |
| | Jeffrey | B. | Kassels | | Wells Fargo Bank, N.A | | Vice Presic | 707 Wilshire Blvd.,17th Floor | MAC | | Los Angele | CA |
| | Raymond | O. | Gietz | | Weil, Gotshal & Mango | Corporate | | 767 Fifth Avenue | | | New York | New York |
| | Vita | | Wilson | | Mintz, Levin, Cohn, Fe | | Attorney | | | | One Finan | MA |
| | Lauren | K | Boglivi | | Proskauer Rose LLP | | Partner | 1585 Broadway | | | New York | NY |
| | Eugene | J. | Ng | | Weil, Gotshal & Mango | | | 767 Fifth Avenue | | | New York | New York |
| | Jason | | Galbraith | | Latham & Watkins LLP | | Associate | 885 Third Avenue | | | New York | NY |
| | Paul | | Kukish | | Latham & Watkins LLP | | Associate | 885 Third Avenue | | | New York | NY |
| | Kim | | Letter | | Perkins Coie LLP | | | 101 Jefferson Drive | | | Menlo Park | CA |
| | Zachary | | Olson | | Fredrikson & Byron, P.A. | | | | | | | |
| | Scott | Robert | Jones | | Pepper Hamilton LLP | | Associate | 3000 Two Logan Square | Eighteent | | Philadelphi | PA |
| | Jeffrey | | Tuckel | | Financial S Structured | Wells Farg | | 333 S Grand Avenue | | | Los Angele | CA |
| | Daniel | | Percella | | Mercer Inc., | | Treasurer | 121 River Street | | | Hoboken | NJ |
| | John | H. | Brooks | | Vinson & Elkins LLP | | Associate | Trammell Crow Center | 2001 Ross | | Dallas | TX |
| | Matthew | D. | Cammack | | Weil, Gotshal & Mango | Corporate | | 100 Federal Street, Floor 34 | | | Boston | Massachus |
| | Marc | | Rose | | Vinson & Elkins LLP | | Parnter | Trammell Crow Center | 2001 Ross | | Dallas | TX |
| | christie. | | hamaker | | Windstream Corporatio | Corporate | Treasury | | | | | |
| | David | K. | Boston | | Willkie Farr & Gallaghe | | Partner | 787 Seventh Avenue | | | New York | N.Y. |
| | John | | Stohlmann | | Wells Fargo Bank N A | Corporate | | 201 Main St | | | Fort Worth | TX |
| | Jonathan | | Weiss | | Wells Fargo Securities | Co-Head, | | Wells Fargo Securities, LLC | 375 P | | New York | NY |
| | ACG | | News | | | | | | | | | |
| | Nathan | | Ngai | | Swander Pace Capital | | | 100 Spear Street | Suite 1900 | | San Franci | CA |
| | Sarah | E. | York | | | | | Baker Botts L.L.P. | 2001 Ross Ave | | Dallas | TX |
| | Kevin | | Dunn | | Mercer | | Global Head of Corporate Development | Merc | | | 3560 Leno | GA |
| | Dan | & Kristi | Kelly | | | | | | | | | |
| | Brett | | Beugen | | Wells Farg West Cent | Abl Region | | 109 S 7th St | | | Minneapoli | MN |
| | Cynthia | M. | Dunnett | | Bingham | | | | | | | |
| | june. | | duchesne | | EMC Corporation | | Assistant C | EMC Corporation | 176 South Stree | | Hopkinton | MA |
| | Jessica | | Xavier | | Orrick | | | | | | | |

Contacts

| BusinessP | BusinessC | HomeStree | HomeStree | HomeStree | HomeCity | HomeState | HomePosta | HomeCoun | OtherStree | OtherStree | OtherStree | OtherCity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 94111-400 | United States of America | | | | | | | | | | | |
| 19312 | United States of America | | | | | | | | | | | |
| 94304 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 60606 | United States of America | | | | | | | | | | | |
| 60606 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 94304 | United States of America | | | | | | | | | | | |
| 90017 | United States of America | | | | | | | | | | | |
| 10153 | United States of America | | | | | | | | | | | |
| 02111 | United States of America | | | | | | | | | | | |
| 10036-829 | United States of America | | | | | | | | | | | |
| 10153 | United States of America | | | | | | | | | | | |
| 10022-4834 | | | | | | | | | | | | |
| 10022-4834 | | | | | | | | | | | | |
| 94025-111 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 19103-279 | United States of America | | | | | | | | | | | |
| 90071 | | | | | | | | | | | | |
| 07030 | United States of America | | | | | | | | | | | |
| 75201-297 | United States of America | | | | | | | | | | | |
| 02110 | United States of America | | | | | | | | | | | |
| 75201-297 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 10019-609 | USA | | | | | | | | | | | |
| 76102 | | | | | | | | | | | | |
| 10152 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 94105 | United States of America | | | | | | | | | | | |
| 75201-294 | United States of America | | | | | | | | | | | |
| 30305 | United States of America | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 55402 | USA | | | | | | | | | | | |
| | | | | | | | | | | | | |
| 01748 | United States of America | | | | | | | | | | | |

Contacts

| OtherState | OtherPosta | OtherCoun | Assistants | BusinessFa | BusinessPl | BusinessPl | Callback | CarPhone | CompanyM | HomeFax | HomePhor | HomePhor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (415) 315-2358 | | | | | | | |
| | | | | | (610) 640-7853 | | | | | | | |
| | | | | +001 650-4 | (650) 461-6204 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | (312) 443-1823 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | +001 650-4 | 1 650-493-9300 | | | | | | | |
| | | | | 213-614-33 | 213-614-3352 | | | | | | | |
| | | | | +1 212 310 | +1 212 310 8702 | | | | | | | |
| | | | | | (617) 348-1854 | | | | | | | |
| | | | | 212.969.29 | 212.969.3082 | | | | | | | |
| | | | | +1 212 310 | +1 212 310 8785 | | | | | | | |
| | | | | +1.212.751 | +1.212.906.1862 | | | | | | | |
| | | | | +1.212.751 | +1.212.906.1725 | | | | | | | |
| | | | | | (650) 838-4448 | | | | | | | |
| | | | | | (612) 492-7432 | | | | | | | |
| | | | | | (215) 981-4562 | | | | | | | |
| | | | | | (213) 253-6225 | | | | | | | |
| | | | | | (201) 284-6059 | | | | | | | |
| | | | | | (214) 220-7746 | | | | | | | |
| | | | | +1 617 772 | +1 617 772 8822 | | | | | | | |
| | | | | | (214) 220-7946 | | | | | | | |
| | | | | | (501) 748-5636 | | | | | | | |
| | | | | 212-728-96 | 212-728-8625 | | | | | | | |
| | | | | | (817) 334-7065 | | | | | | | |
| | | | | (212) 214-8 | (212) 214-5220 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | (415) 477-8 | (415) 477-8500 | | | | | | | |
| | | | | | (214) 953-6943 | | | | | | | |
| | | | | | (404) 442-3492 | | | | | | | |
| | | | | | 6124623601 | | | | | | | |
| | | | | | (612) 673-8505 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | 508) 293-6754 | | | | | | | |

Contacts

| ISDN | MobilePhone | OtherFax | OtherPhone | Pager | PrimaryPhone | RadioPhone | TTYTDD | Telex | Account | Anniversary | AssistantsN | BillingInform |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | (215) 805-3832 | | | | | | | | | 0/0/00 | | |
| | (213) 598-2102 | | | | | | | | jtuckel | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | john.stohlm | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | (678) 516-5611 | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | | 612/673-8589 | Fax #: (612) 673-8589 | | | | | | Beugb01 | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |
| | 774) 278-0387 | | | | | | | | | 0/0/00 | | |
| | | | | | | | | | | 0/0/00 | | |

Contacts

| Birthday | BusinessA | Categories | Children | DirectoryS | EmailAddr | EmailType | EmailDispl | Email2Add | Email2Typ | Email2Disp | Email3Add | Email3Typ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0/0/00 | | | | | Brandon.M | SMTP | McGathy, Brandon | | | | | |
| 0/0/00 | | | | | mcavenes | SMTP | McAveney, Shawn P. | | | | | |
| 0/0/00 | | | | | ehill@wsgr | SMTP | | | | | | |
| 0/0/00 | | | | | jblaido@ya | SMTP | jblaido@yahoo.com | | | | | |
| 0/0/00 | | | | | JBiasetti@ | SMTP | Biasetti, Jon | | | | | |
| 0/0/00 | | | | | MRenetzky | SMTP | Renetzky, Michael | | | | | |
| 0/0/00 | | | | | geoff.brogli | SMTP | Geoff Broglio | | | | | |
| 0/0/00 | | LinkedIn | | | poettinger | SMTP | | | | | | |
| 0/0/00 | | | | | 'Jeffrey.B.K | SMTP | Jeffrey B. Kassels ('Jeffrey.B.Kassels@wellsfargo.com') | | | | | |
| 0/0/00 | | | | | raymond.gi | SMTP | Gietz, Raymond | | | | | |
| 0/0/00 | | | | | VWilson@ | SMTP | Wilson, Vita | | | | | |
| 0/0/00 | | | | | lboglivi@pr | SMTP | | | | | | |
| 0/0/00 | | | | | eugene.ng | SMTP | | | | | | |
| 0/0/00 | | | | | Jason.Galt | SMTP | | | | | | |
| 0/0/00 | | | | | Paul.Kukisl | SMTP | | | | | | |
| 0/0/00 | | | | | KLetter@p | SMTP | Letter, Kim  (Perkins Coie) | | | | | |
| 0/0/00 | | | | | ZOlson@fr | SMTP | Olson, Zachary | | | | | |
| 0/0/00 | | LinkedIn | | | jonessr@p | SMTP | Jones, Scott Robert | | | | | |
| 0/0/00 | | | | | /o=Wells F | EX | Tuckel, Jeffrey | | | | | |
| 0/0/00 | | | | | Daniel.Per | SMTP | Percella, Daniel | | | | | |
| 0/0/00 | | | | | jbrooks@v | SMTP | Brooks, John H. | | | | | |
| 0/0/00 | | | | | matthew.ca | SMTP | | | | | | |
| 0/0/00 | | LinkedIn | | | mrose@ve | SMTP | Rose, Marc | | | | | |
| 0/0/00 | | | | | christie.har | SMTP | christie.hamaker@windstream.com | | | | | |
| 0/0/00 | | | | | dboston@v | SMTP | | | | | | |
| 0/0/00 | | | | | /O=Wells F | EX | Stohlmann, John | | | | | |
| 0/0/00 | | | | | jonathan.w | SMTP | Weiss, Jonathan | | | | | |
| 0/0/00 | | | | | news@pitc | SMTP | news@pitchbook.com | | | | | |
| 0/0/00 | | | | | nngai@spc | SMTP | Nathan Ngai | | | | | |
| 0/0/00 | | | | | sarah.york | SMTP |  (sarah.york@bakerbotts.com) | | | | | |
| 0/0/00 | | | | | kevin.dunn | SMTP | kevin.dunn@mercer.com | | | | | |
| 0/0/00 | | | | | | | | | | | | |
| 0/0/00 | | | | | /o=Wells F | EX | Beugen, Brett | | | | | |
| 0/0/00 | | | | | cynthia.dur | SMTP | Dunnett, Cynthia M. | | | | | |
| 0/0/00 | | | | | june.duche | SMTP | june.duchesne@emc.com | | | | | |
| 0/0/00 | | | | | jxavier@or | SMTP | Xavier, Jessica | | | | | |

Contacts

| Email3Disp | Gender | Governme | Hobby | HomeAddr | Initials | InternetFre | Keywords | Language | Location | ManagersN | Mileage | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Unspecified | | | | B.M. | | | | | | | Friday, Nov |
| | Unspecified | | | | S.P.M. | | | | | | | Shawn P. M |
| | Unspecified | | | | E.C.H. | | | | | | | Elizabeth ( |
| | Unspecified | | | | J.B. | | | | | | | |
| | Unspecified | | | | J.B. | | | | | | | Buy side of |
| | Unspecified | | | | M.R. | | | | | | | (312) 443- |
| | Unspecified | | | | G.B. | | | | | | | Stockholde |
| | Unspecified | | | | P.H.O. | | | | | | | 2011 April |
| | Unspecified | | | | J.B.K. | | | | | | | |
| | Unspecified | | | | R.O.G. | | | | | | | Thursday, [ |
| | Unspecified | | | | V.W. | | | | | | | Vita Wilson |
| | Unspecified | | | | L.K.B. | | | | | | | |
| | Unspecified | | | | E.J.N. | | | | | | | |
| | Unspecified | | | | J.G. | | | | | | | |
| | Unspecified | | | | P.K. | | | | | | | |
| | Unspecified | | | | K.L. | | | | | | | Kim Letter |
| | Unspecified | | | | Z.O. | | | | | | | Zachary D. |
| | Unspecified | | | | S.R.J. | | | | | | | Scott R. Jo |
| | Unspecified | | | | J.T. | | | | | | | Jeff Tuckel |
| | Unspecified | | | | D.P. | | | | | | | Daniel Perc |
| | Unspecified | | | | J.H.B. | | | | | | | John H. Bro |
| | Unspecified | | | | M.D.C. | | | | | | | |
| | Unspecified | | | | M.R. | | | | | | | Marc Rose |
| | Unspecified | | | | c.h. | | | | | | | Christie Ha |
| | Unspecified | | | | D.K.B. | | | | | | | Mercer |
| | Unspecified | | | | J.S. | | | | | | | John C. Stc |
| | Unspecified | | | | J.W. | | | | | | | Jonathan G |
| | Unspecified | | | | A.N. | | | | | | | |
| | Unspecified | | | | N.N. | | | | | | | Nathan Nga |
| | Unspecified | | | | S.E.Y. | | | | | | | Sarah E. Yc |
| | Unspecified | | | | K.D. | | | | | | | Kevin J Dur |
| | Unspecified | | | | D.K.K. | | | | | | | |
| | Unspecified | | | | B.B. | | | | | | | |
| | Unspecified | | | | C.M.D. | | | | | | | |
| | Unspecified | | | | j.d. | | | | | | | June D. Du |
| | Unspecified | | | | J.X. | | | | | | | |

Contacts

| OfficeLoca Organizatic OtherAddre | Priority | Private | Profession | ReferredBy | Sensitivity | Spouse | User1 | User2 | User3 | User4 |
|---|---|---|---|---|---|---|---|---|---|---|
| ember 19, 2010 8:32 PM:Brandon | Normal | FALSE | | | Normal | | | | | |
| lcAveney Attorney at Law Pepper | Normal | FALSE | | | Normal | | | | | |
| Palo Alto | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| concentra | Normal | FALSE | | | Normal | | | | | |
| 1823 phone (312) 896-6523 fax m | Normal | FALSE | | | Normal | | | | | |
| r Rep on Sharp – REH LLC transa | Normal | FALSE | | | Normal | | | | | |
| Palo Alto | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| December 23, 2010 1:06 AM:Eli Lil | Normal | FALSE | | | Normal | | | | | |
| ι | AttorneyMintz, Levin, Cohn, Ferr | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| | Perkins Coie LLP101 Jefferson I | Normal | FALSE | | | Normal | | | | | |
| OlsonFredrikson & Byron, P.A. Di | Normal | FALSE | | | Normal | | | | | |
| nes Attorney at Law Pepper Hamil | Normal | FALSE | | | Normal | | | | | |
| E2064-09C | Normal | FALSE | | | Normal | | | | | |
| cellaTreasurer and Partner121 Riv | Normal | FALSE | | | Normal | | | | | |
| poksAssociateVinson & Elkins LLP | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| Vinson & Elkins LLPTrammell Crov | Normal | FALSE | | | Normal | | | | | |
| maker Windstream Corporation Co | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| T5441-030 | Normal | FALSE | | | Normal | | | | | |
| 6. WeissCo-Head, Investment Ban | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| aiSwander Pace Capital**Please N | Normal | FALSE | | | Normal | | | | | |
| ork sarah.york@bakerbotts.com 21 | Normal | FALSE | | | Normal | | | | | |
| nn, Global Head of Corporate Dev | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| N9312-040 | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |
| chesneAssistant General Counsel | Normal | FALSE | | | Normal | | | | | |
| | Normal | FALSE | | | Normal | | | | | |

Contacts

WebPage