# LANG
# EXHIBIT 1

# PNC CORPORATE PROFILE

The PNC Financial Services Group, Inc. (NYSE: PNC) is one of the largest diversified financial services institutions in the United States with assets of $409 billion as of September 30, 2019. With employees in more than 40 states across the country; regional presidents in 41 markets; a retail branch network located in markets across the Mid-Atlantic, Midwest and Southeast; and strategic international offices in four countries outside the U.S., PNC is organized around its customers and communities for building strong relationships and is engaged in retail banking, including residential mortgage, corporate and institutional banking, and asset management, providing many of its products and services nationally.

## PNC's Franchise Is One of the Most Attractive in the Industry



 **National:** Asset Management, Corporate & Institutional Banking and Retail Digital Presence (includes AK, HI)

**Regional:** Asset Management, Corporate & Institutional Banking and Retail Bank Branch Presence

**Strategic international offices:**
- Canada
- China
- Germany
- United Kingdom

## PNC Highlights



| ASSETS | $409 BILLION |
| DEPOSITS | $286 BILLION |
| SHAREHOLDERS' EQUITY | $49 BILLION |
| ASSETS UNDER ADMIN | $298 BILLION |
| BRANCHES | APPROXIMATELY 2,300 |
| ATMs | APPROXIMATELY 9,100 |
| EMPLOYEES[1] | APPROXIMATELY 52,000 |

### RETAIL BANKING

Provides deposit, lending, brokerage and insurance services and investment management and cash management products and services to consumer and small business customers serviced through our branch network, solution centers, ATMs, call centers, online banking and mobile channels. In 2018, launched a retail national expansion designed to grow customers with digitally led banking and an ultra-thin branch network in markets outside of our existing retail branch network.

- One of the largest banks in the U.S. based on deposits and branches
- Ranked among top small business lenders
- One of the nation's top retail lenders and servicers of residential mortgage loans nationwide

### ASSET MANAGEMENT GROUP

Provides comprehensive wealth management and private banking services for high-net-worth and ultra-high-net worth-individuals as well as custom investment and advisory solutions for a wide breadth of institutional clients.

- One of the largest U.S. wealth managers and multi-family office providers
- One of the largest U.S. providers of outsourced chief investment officer ("OCIO") services

### CORPORATE & INSTITUTIONAL BANKING

Provides a complete set of value-added lending, treasury management, advisory and capital markets–related products and services to companies, governments and nonprofits across the U.S. and Canada.

- One of the largest commercial and industrial and commercial real estate lenders in the U.S.
- One of the top treasury management providers in the U.S.

### BLACKROCK

A leading publicly traded investment management firm, in which PNC holds an equity investment, providing a broad range of investment and technology services to institutional and retail clients worldwide. At September 30, 2019, PNC's economic interest in BlackRock was 22%.

**SEE REVERSE FOR MORE DETAILS**



Financial information as of September 30, 2019
[1] U.S. and abroad

**COMMUNITY IMPACT**

Through executive leadership, strategic investments and employee volunteerism, PNC is helping to build strong communities and create financial opportunities for individuals, families and businesses.

**Community Development**

PNC boosts the quality of life in neighborhoods through affordable home loans and lending programs, economic revitalization and customized financial solutions. PNC earned an "outstanding" rating for exceeding Community Reinvestment Act standards in the most recent examination period.

**Charitable Giving**

More than $77 million was invested in communities in 2018. The **PNC Foundation** forms partnerships with nonprofit organizations to advance mutual objectives driven by two priorities: (1) early childhood education; and (2) community and economic development.

**PNC Grow Up Great®**

A $500 million, multi-year, bilingual school readiness initiative that began in 2004 and has benefited more than 5 million at-risk children from birth to age 5. Through the program, PNC provides innovative opportunities that assist families, educators and community partners to enhance children's learning and development.

**Environmental Responsibility**

PNC's commitment to environmentally responsible business practices has enabled us to lower costs, increase efficiency and create a healthy workplace for employees. PNC has more than 205 LEED-certified projects and more than 294 Energy Star–certified projects nationwide.

**SENIOR EXECUTIVES**

**William S. Demchak**
Chairman, President and Chief Executive Officer

**Robert Q. Reilly**
Chief Financial Officer

**CORPORATE HEADQUARTERS**

**The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222**

**MEDIA RELATIONS**

412-762-4550
media.relations@pnc.com

**INVESTOR RELATIONS**

800-843-2206
investor.relations@pnc.com

**TOLL-FREE BANKING**

1-888-PNC-BANK

**CORPORATE WEBSITE**

www.pnc.com

**CONNECT WITH US**



PNC is a registered mark of The PNC Financial Services Group, Inc. ("PNC").

Bank deposit, treasury management and lending products and services, and investment and wealth management, and fiduciary services are provided by PNC Bank, National Association, a wholly-owned subsidiary of PNC and **Member FDIC**. Lending and leasing products and services, as well as certain other banking products and services, may require credit approval.

©2019 The PNC Financial Services Group, Inc. All rights reserved.

CORP COMM PDF 1019-0139

PNC
The PNC Financial Services Group