# EXHIBIT D



05 November 2019
Victor H. Yu
Keker, Van Nest & Peters, LLP
633 battery Street
San Francisco, CA 94111

Sarah B. Wallace
Ballard Spahr, LLP
1225 17th Street, Suite 2300
Denver, CO 80202

RE: SRS Acquiom Inc., et al. v. PNC Financial Services Group, Inc. et al.

Forensic Pursuit was tasked with analyzing and producing data pursuant to the Stipulated Forensic Inspection Protocol dated August 14, 2019. On October 30, 2019, Forensic Pursuit received one SiForce LockBox Slim external hard drive from Berkeley Research Group containing the following:

- Alex Tsarnas SRSA-issued MacBook (serial number C02N92N9G5RQ)
- Heather Kelly "New" SRSA-issued MacBook (serial number C02TM1X1FVH4)

### Alex Tsarnas SRSA-issued MacBook (serial number C02N92N9G5RQ)

Pursuant to Exhibit A of the Stipulated Forensic Inspection Protocol, Forensic Pursuit reviewed the contents of this device for the data detailed below. Forensic Pursuit has provided the following data to both Defense and Plaintiff's Counsel:

- .L01 file containing data pursuant to Exhibit A *(Artifacts to Provide – Mac)*
- All files listing
- Axiom reports for all non-UGD

**Metadata Related to Preservation**
**Date Imaged:** 04/16/2016 at 03:24:08 (UTC+0) by RBarhr
**MD5:** 8CA127E142F2E097AF4F36FB5B41825F

**Identifying Information**
**Make:** Apple
**Model:** MacBook Air, model A1466
**Serial Number:** C02N92N9G5RQ

**SSD Identifying information**
**Make:** Apple
**Model:** Apple SSD SM0512F
**Serial Number:** S1K5NYAF817788

**Denver, CO**  **New York, NY**  **Nashville, TN**  **Los Angeles, CA**

2000 Arapahoe Street  445 Park Ave, 9th Floor  424 Church Street  555 W. 5th Street, 31st Floor
Denver, Colorado 80205  New York, NY 10022  Nashville, TN 37219  Los Angeles, California 90013
Denver Local: 303-495-2082  New York Local: 917-740-2082  Nashville Local: 615-486-2082  L.A Local: 424-341-2082

**Nationwide Toll Free: 866-498-3420**

**Capacity**: 464.8GB
**File System:** Mac OS Extended (HFS+)

| | |
|---|---|
| **Name** | Alex Tsarnas's MacBook Air Model: A1466 EMC 2632 SN: C02N92N9G5RQ |
| **Actual Date** | 04/04/16 03:38:13PM |
| **Target Date** | 04/04/16 03:38:13PM |
| **File Path** | F:\028185-Alex_Tsarnas-MacBook_Air_LT-C02N92N9G5RQ_Decrypted\disk22 2016-04-04 22-38-12\028185-Alex_Tsarnas-MacBook_Air_LT-C02N92N9G5RQ_Decrypted.E01 |
| **Case Number** | 028185-Alex_Tsarnas-MacBook_Air_LT-C02N92N9G5RQ |
| **Evidence Number** | 028185-Alex_Tsarnas-MacBook_Air_LT-C02N92N9G5RQ |
| **Examiner Name** | RBaehr |
| **Drive Type** | Fixed |
| **Acquisition MD5** | 8ca127e142f2e097af4f36fb5b41825f |
| **GUID** | d4365a19220c407cb5eaa8d121b52ae6 |
| **Is Physical** | • |
| **Index File** | C:\Program Files\EnCase6\Index\Alex Tsarnas's MacBook Air Model: A1466 EMC 2632 SN: C02N92N9G5RQ-d4365a19220c407cb5eaa8d121b52ae6.Index |
| **Total Size** | 499,082,485,760 Bytes (464.8GB) |
| **Total Sectors** | 974,770,480 |

### Heather Kelly "New" SRSA-issued MacBook (serial number C02TM1X1FVH4)

Pursuant to Exhibit A of the Stipulated Forensic Inspection Protocol, Forensic Pursuit reviewed the contents of this device for the data detailed below. Forensic Pursuit has provided the following data to both Defense and Plaintiff's Counsel:

- .L01 file containing data pursuant to Exhibit A *(Artifacts to Provide – Mac)*
- All files listing

**Metadata Related to Preservation**
**Date Imaged:**  03/21/2018 07:00:19PM by L Nicolo
**MD5:** b09081e1ca83db2b6ce02dff40b8b69a

**Identifying Information**
**Make:** Apple
**Model:** MacBook

**SSD Identifying information**
**Make:** Apple
**Model:** Apple SSD SM0256G
**Serial Number:** S2Z5NY0J400684
**Capacity**: 256GB
**File System:** Mac OS Extended (HFS+)

| | |
|---|---|
| **Name** | Macbook Image |
| **Actual Date** | 03/21/18 05:53:26PM |
| **Target Date** | 03/21/18 05:53:26PM |
| **File Path** | F:\Heather Kelly New SRSA MacBook\SRS001 Heather Computer Image\SRS001.E01 |
| **Case Number** | SRS |
| **Evidence Number** | SRS001 |
| **Examiner Name** | L Nicolo |
| **Model** | APPLE SSD SM0256G |
| **Serial Number** | S2Z5NY0J400684 |
| **Drive Type** | Fixed |
| **Acquisition MD5** | b09081e1ca83db2b6ce02dff40b8b69a |
| **GUID** | 6dcdd46cb0b84b9aa956d9b8b041be15 |
| **System Version** | Linux |
| **Is Physical** | • |
| **Read Errors** | 0 |
| **Missing Sectors** | 0 |
| **CRC Errors** | 0 |
| **Total Size** | 251,000,193,024 Bytes (233.8GB) |
| **Total Sectors** | 490,234,752 |

In order to process this device in Axiom, the FileVault encryption key is needed. If the encryption key isn't available, Forensic Pursuit can export all files and folders and bring the exported data into Axiom.

Sincerely,

Jen Snodgrass
Forensic Pursuit
303-495-2082