# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO FILE
## MATERIALS UNDER RESTRICTION LEVEL 1

Pursuant to the Court's December 6, 2019 Order Setting Discovery Briefing, ECF 107, on December 12, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") filed a Discovery Brief with accompanying exhibits. *See* ECF 113 & 114. SRSA requested sanctions for the spoliation of text messages, sought the production of responsive customer lists, and opposed Defendants' PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively "PNC") request for the production of SRSA's text messages. *See* ECF 113. SRSA filed its Discovery Brief and Exhibits 4 and 6 thereto provisionally under Level 1 Restriction. Now, under D.C.COLO.LCivR 7.2(c), SRSA respectfully requests the Court to order Level 1 restriction over the following documents:

| Documents | Portion SRSA Seeks Level 1 Restriction Over |
|---|---|
| [ECF 113] SRSA's December 12, 2019 | SRSA seeks to restrict the following portions of its Discovery Brief that reference its Exhibit 4 and Exhibit 6: |

| Discovery Brief | <ul><li>In the first full paragraph on page 5, the sentence between the words "SRSA colleague" and "Ex. 4"</li><li>In the first full paragraph on page 6, the clause in between the words "February 2018" and "Ex. 6 at 2."</li></ul> |
|---|---|
| [ECF 113-1] Exhibit 4 to SRSA's December 12, 2019 Discovery Brief | SRSA seeks to restrict this entire exhibit, which is a set of electronic communications between Kelly and a SRSA employee. |
| [ECF 113-2] Exhibit 6 to SRSA's December 12, 2019 Discovery Brief | SRSA seeks to restrict this entire exhibit, which is an email chain between Tsarnas and several PNC executives. |

SRSA takes no position on whether the substance of these documents warrants restriction. Instead, SRSA seeks restriction over these materials because PNC has designated them as "Confidential" under the Court's Stipulated Protective Order. *See* ECF 40. Under section 10 of the Protective Order, "a document containing 'Confidential' Information shall be filed under Level 1 restriction." *Id.* at 18. PNC believes that these documents contain information justifying sealing, as "Confidential" information is defined to include "confidential and non-public development, financial, sensitive, competitive, or commercial information, non-public personal information, or any other non-public information for which a good faith claim of need for protection from disclosure can be made . . . ." ECF 40 at 2.[1]

Accordingly, SRSA respectfully requests that the Court order Level 1 restriction over the above-referenced documents. Along with this motion, SRSA submits a Proposed Order.

---

[1] Under D.C.COLO.LCivR 7.1, on December 23, 2019, the parties met and conferred regarding this Motion. PNC consented to SRSA's motion.

                                  Respectfully submitted,

Dated: December 26, 2019         By:   *s/ Victor H. Yu*
                                Warren A. Braunig
                                *wbraunig@keker.com*
                                Michelle S. Ybarra
                                *mybarra@keker.com*
                                Benjamin D. Rothstein
                                *brothstein@keker.com*
                                Maya Karwande
                                *mkarwande@keker.com*
                                Victor H. Yu
                                *vyu@keker.com*
                                KEKER, VAN NEST & PETERS LLP
                                633 Battery Street
                                San Francisco, CA 94111-1809
                                Telephone:     415-391-5400
                                Facsimile:      415-397-7188

                                SHERIDAN ROSS P.C.
                                Scott R. Bialecki
                                *sbialecki@sheridanross.com*
                                Matthew C. Miller
                                *mmiller@sheridanross.com*
                                1560 Broadway, Suite 1200
                                Denver, Colorado 80202
                                Telephone:     303 863 9700
                                Facsimile:      303 863 0223
                                Email:    litigation@sheridanross.com

                                Attorneys for Plaintiffs
                                SRS ACQUIOM INC. AND
                                SHAREHOLDER REPRESENTATIVE
                                SERVICES LLC

## Compliance With Type-Volume Limitation

      I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.