# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL FOR SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC BY MAYA KARWANDE

Pursuant to D.C. COLO.LAttyR 5(b), Maya Karwande respectfully requests to withdraw as counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC. In support of the motion, the undersigned counsel states as follows:

1. As of December 31, 2019, Maya Karwande will no longer be associated with the law firm of Keker, Van Nest & Peters LLP, counsel of record for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC, in the above-referenced matter.

2. Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC will not be prejudiced by Ms. Karwande's withdrawal and will continue to be represented by Warren A. Braunig, Michelle S. Ybarra, Benjamin D. Rothstein and Victor H. Yu of the Keker, Van Nest & Peters LLP law firm.

1

1361614

3. As required by D.C.COLO.LAttyR 5(b), Ms. Karwande will cause a copy of this Motion to be served on Plaintiffs and counsel of record in this matter via ECF filing.

Maya Karwande therefore respectfully requests that the Court grant this motion and permit her to withdraw as Plaintiffs' counsel in this case.

Respectfully submitted,

Dated: December 31, 2019

By: *s/ Maya Karwande*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:     303 863 9700
Facsimile:     303 863 0223
Email:     *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

2

1361614