**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC BY MAYA KARWANDE**

---

THR COURT, having reviewed Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Motion to Withdraw as Counsel for SRS Acquiom, Inc. and Shareholder Representative Services LLC by Maya Karwande ("Motion"), and for good cause shown, HEREBY ORDERS that SRSA's Motion is GRANTED.

    **IT IS SO ORDERED.**

Dated: _____    By: _____
                                                          Hon. Daniel D. Domenico
                                                          United States District Judge