**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

     v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT THEIR RESPONSE AND SUPPORTING DOCUMENTS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC") as well as Defendants Heather Kelly and Alex Tsarnas (the "Individual Defendants" and, collectively with PNC, the "Defendants") move this Court to order Level 1 and 2 restrictions over certain portions of Defendants' Response in Opposition to Plaintiffs' Motion for a Preliminary Injunction ("Defendants' Response") (ECF No. 120), as well as Level 1 or 2 restrictions over certain portions of supporting declarations and exhibits as detailed in this motion.

This Court entered the parties' Stipulated Protective Order on September 5, 2019 to govern the production of confidential information during this litigation.  (ECF No. 40).  Under Section 2.2 of the Protective Order, Confidential Information includes "confidential and non-

public development, financial, sensitive, competitive, or commercial information, non-public

personal information, or any other non-public information for which a good faith claim of need

for protection from disclosure can be made[.]"  Per Section 2.7, Highly Confidential – Attorneys'

Eyes Only Information includes "non-public trade secrets or other current or prospective

confidential research, development, commercial, sensitive, competitive, or financial information,

or other highly-sensitive data, the disclosure of which to a Party or Non-Party could cause either

a competitive disadvantage to a Party or could create a substantial risk of serious harm that could

not be avoided by less restrictive means."  Section 10 of the Protective Order requires that "[a]

document containing 'Confidential' information shall be filed under Level 1 restriction."  The

Protective Order further requires that "[a] document containing 'Highly Confidential –

Attorneys' Eyes Only' Information shall be filed under Level 2 Restriction."  *Id.*

The following table outlines the documents Defendants' respectfully move to restrict, the

level of restriction requested, and the reasoning behind the necessary restriction:

| ECF No. | Description | Restriction | Reason |
|---------|-------------|-------------|--------|
| 120 | Defendants' Response, pg. 3, between "approximately" and "to" | Level 2 | Contains Financial Material Designated Highly Confidential – AEO by Defendants |
| 120 | Defendants' Response, pg. 3, nt. 1 | Level 2 | Contains Material Designated Highly Confidential – AEO by Plaintiffs |
| 120 | Defendants' Response, pg. 7, between "but." and "SRSA's" | Level 1 | Contains Material Designated Confidential by Plaintiffs |
| 120 | Defendants' Response, pg. 10, sentence before "Regardless" | Level 2 | Contains Material Designated Highly Confidential – AEO by Plaintiffs |
| 120 | Defendants' Response, pg. 12 sentence after "Not so"; and sentence prior to "Courts" | Level 2 | Contains Material Designated Highly Confidential – AEO by Plaintiffs |

| 120 | Defendants' Response, pg. 15, remainder of first sentence | Level 2 | Contains Material Designated Highly Confidential – AEO by Plaintiffs |
|---|---|---|---|
| 120 | Defendants' Response, pg. 23, between "For example," and "it asks…" | Level 2 | Contains Material Designated Highly Confidential – AEO by Plaintiffs |
| 120 | Defendants' Response, pg. 24, after "excess of" | Level 2 | Contains Financial Material Designated Highly Confidential – AEO by Defendants |
| 120-1 | Ex-3 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-2 | Ex-6 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-3 | Ex-11 to Defendants' Response, 45:2-12; 47:7-48:7; 53:1-54:3; 75:21-76:25; 261:1-263:14; 263:23-264:11; 302:17-304:25 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-3 | Ex-11 to Defendants' Response, 46:7-47:6; 54:4-55:16; 301:1-302:14 | Level 1 | Contains Testimony Designated Confidential by Plaintiffs |
| 120-4 | Ex-12 to Defendants' Response, 102:3-103:19; 189:1-192:25 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-4 | Ex-12 to Defendants' Response, 97:11-99:2; 100:7-25; 104:11-25 | Level 1 | Contains Testimony Designated Confidential by Plaintiffs |
| 120-5 | Ex-18 to Defendants' Response, 149:1-152:25 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-6 | Ex-20 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-7 | Ex-21 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-8 | Ex-22 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-9 | Ex-23 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-10 | Ex-24 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-11 | Ex-25 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |

| 120-12 | Ex-26 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
|---|---|---|---|
| 120-13 | Ex-27 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-14 | Ex-28 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-15 | Ex-29 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-16 | Ex-30 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-17 | Ex-31 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-18 | Ex-33 to Defendants' Response, 49:1-50:6; 52:2-25; 81:1-88:25 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-19 | Ex-34 to Defendants' Response, 73:18-77:2; 77:13-78:24; 80:1-25; 149:1-13 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-19 | Ex-34 to Defendants' Response, 73:1-17; 77:3-12; 78:24-79:24; 149:14-152:25 | Level 1 | Contains Testimony Designated Confidential by Plaintiffs |
| 120-20 | Ex-35 to Defendants' Response, 49:1-52:25; 157:1-160:25 | Level 2 | Contains Testimony Designated Highly Confidential – AEO by Plaintiffs |
| 120-21 | Ex-36 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-22 | Ex-37 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-23 | Ex-38 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-24 | Ex-39 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-25 | Ex-40 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-26 | Ex-41 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-27 | Ex-42 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-28 | Ex-43 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-29 | Ex-44 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |

| 120-30 | Ex-45 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
|--------|-------------------------------|---------|----------------------------------------------------|
| 120-31 | Ex-46 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-32 | Ex-47 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-33 | Ex-48 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-34 | Ex-49 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-35 | Ex-50 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-36 | Ex-51 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-37 | Ex-52 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-38 | Ex-53 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-39 | Ex-54 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-40 | Ex-55 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-41 | Ex-56 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-42 | Ex-57 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-43 | Ex-58 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-44 | Ex-59 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-45 | Ex-60 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-46 | Ex-62 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-47 | Ex-63 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-48 | Ex-64 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-49 | Ex-65 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-50 | Ex-66 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |

| 120-51 | Ex-67 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
|---|---|---|---|
| 120-52 | Ex-68 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-53 | Ex-69 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-54 | Ex-70 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-55 | Ex-71 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-56 | Ex-72 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-57 | Ex-73 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-58 | Ex-76 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 120-59 | Ex-77 to Defendants' Response | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 121 | Ex-1 to Defendants' Response | Level 1 | Designated Confidential by Defendants |
| 121-1 | Ex-2 to Defendants' Response | Level 1 | Designated Confidential by Defendants |
| 121-2 | Ex-13 to Defendants' Response | Level 1 | Designated Confidential by Plaintiffs |
| 121-3 | Ex-19 to Defendants' Response | Level 1 | Designated Confidential by Plaintiffs |
| 121-4 | Ex-61 to Defendants' Response | Level 1 | Designated Confidential by Plaintiffs |
| 123 | Declaration of Adam Lezack, ¶¶ 32-44 | Level 2 | Contains Proprietary Business and Development Information of Defendants |
| 123-1 | Ex-3 to Declaration of Adam Lezack | Level 2 | Contains Alleged "Trade Secret" Spreadsheets of Plaintiffs |
| 124 | Ex-2 to Declaration of Adam Lezack | Level 1 | Designated Confidential by Defendants |
| 127 | Declaration of Alex Tsarnas, ¶¶ 8, 12-20, 24 | Level 2 | Contains Plaintiffs' Alleged Highly Confidential Information |
| 127-1 | Ex-A to Declaration of Adam Lezack | Level 2 | Designated Highly Confidential – AEO by Plaintiffs |
| 130-1 | Ex-1 to Declaration of Heather Kelly | Level 1 | Originally Designated Highly Confidential – AEO by Plaintiffs, Re-Designated Confidential |

| 130-2 | Ex-3 to Declaration of Heather Kelly | Level 1 | Originally Designated Highly Confidential – AEO by Plaintiffs, Re-Designated Confidential |
| 132 | Declaration of Shashidhar Bandanatham, ¶ 7 | Level 2 | Contains Highly Confidential Development Information Of Defendants |
| 133 | Ex-A to Declaration of Shashidhar Bandanatham | Level 1 | Contains Confidential Development Information of Defendants |
| 134 | Declaration of Thomas Lang, ¶¶ 8, 12, 21-23 | Level 2 | Contains Highly Confidential Business and Development Information Of Defendants |

For the foregoing reasons, Defendants respectfully request the Court order the above-referenced documents be maintained as Level 1 and Level 2 restriction.[1]

**D.C.COLO.L.CIVR 7.1(A) CERTIFICATE OF CONFERRAL**

Counsel for Defendants contacted counsel for Plaintiffs on January 2, 2020 and Plaintiffs' counsel confirmed on January 6, 2020 they do not oppose this Motion.

Dated:  January 6, 2020                    Respectfully submitted,

By:   */s/ Andrew J. Petrie*
            Andrew J. Petrie
            Sarah B. Wallace
            **BALLARD SPAHR LLP**
            1225 Seventeenth Street, Suite 2300
            Denver, Colorado 80202-5596
            Telephone: 303-292-2400
            Facsimile: 303-296-3956
            petriea@ballardspahr.com
            wallaces@ballardspahr.com

---

[1] Defendants note that the majority of the documents where restriction is requested is due to their having previously been designated Highly Confidential by Plaintiffs.  Should the Court grant Defendants' outstanding motion regarding AEO designations (ECF No. 56), and should some of the underlying documents be de-designated, the restrictions sought above could be reduced or rescinded.

Hara K. Jacobs
Noah Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of January, 2020, a true and correct copy of the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT THEIR RESPONSE AND SUPPORTING DOCUMENTS TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

***Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company***

*/s/ Brian S.S. Auerbach*
Brian S.S. Auerbach