# EXHIBIT D
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

```
 1                      -  -  -

 2            IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
 3                      -  -  -

 4   SRS ACQUIOM, INC., a        )Civil Action No.
     Delaware corporation, and   )1:19-cv-02005-DDD-SKC
 5   SHAREHOLDER REPRESENTATIVE  )
     SERVICES, LLC, a Colorado   )
 6   limited liability company,  )
                                 )
 7                               )
                 Plaintiffs,     )
 8                               )
         vs.                     )
 9                               )
     PNC FINANCIAL SERVICES      )
10   GROUP, INC., a Pennsylvania )
     corporation, PNC BANK, N.A.,)
11   a national association,     )
     HEATHER KELLY, an           )
12   individual, and             )
     ALEX TSARNAS, an individual,)
13                               )
                                 )
14             Defendants.       )

15
              VIDEOTAPED DEPOSITION OF HEATHER KELLY
16

17

18

19
        ATTORNEYS' EYES ONLY - CONFIDENTIAL TRANSCRIPT
20

21

22

23

24

25
```

ATTORNEYS' EYES ONLY - CONFIDENTIAL TRANSCRIPT
Heather Kelly                                           October 23, 2019

```
 1   reporter is Karen Nickel and will now swear in
 2   the witness.
 3              HEATHER KELLY, a Defendant herein,
 4   having been first duly sworn, was examined and
 5   testified as follows:
 6                    EXAMINATION
 7   BY MR. BRAUNIG:
 8       Q.    Good morning, Ms. Kelly.
 9       A.    Hi.
10       Q.    As I mentioned when we met before we
11   went on the record, I am Warren Braunig and I
12   represent SRS Acquiom in this matter.
13              Have you ever been deposed before?
14       A.    I have not.
15       Q.    You've probably got this routine
16   from your counsel, but the way it's going to
17   work is I'm going to ask you questions, you
18   will give answers.  It is important for the
19   court reporter that you answer audibly because
20   everything is being taken down.
21              Do you understand that?
22       A.    Understood.
23       Q.    Passed the first test.
24              You -- it will also be really
25   important, because the court reporter is taking
```

1  sort of laying out some marketing-related --
2  marketing and sales-related activities that you
3  and Alex Tsarnas and the Fortis guys were
4  supposed to be involved in?
5       A.   Can you repeat your question for me,
6  please?
7       Q.   I'll ask a better question.  Were
8  you sending around a list of to-do items for
9  you and some of your colleagues at PNC?
10      A.   No.
11      Q.   How would you describe the E-mail
12 that you sent on October 12th?
13      A.   These are my notes from an internal
14 meeting.
15      Q.   Okay.  Was one of your deliverables
16 to connect with all buyers categorized as H and
17 the lawyers in the same category?
18      A.   That is on the bullet list.
19      Q.   Do you know what that means, buyers
20 categorized as H?
21      A.   Yes.
22      Q.   What does that mean?
23      A.   We collaborate on a list of buyers
24 in the market, and then based on some logic,
25 I'm not sure what, they were categorized, prior

```
 1   to a meeting, high/low/medium.
 2          Q.    So H is like high priority?
 3          A.    Yeah.
 4          Q.    And is that -- where does that
 5   document reside?  Does that document still
 6   exist?
 7          A.    I'm sure it does.
 8          Q.    Who created it?
 9          A.    I do not know.
10          Q.    And who was it shared with?
11          A.    I don't know.
12          Q.    It was shared with you, something
13   that you had access to?
14          A.    Yes, I have seen it.
15          Q.    And do you remember how many buyers
16   were categorized as H?
17          A.    I do not.  The initial
18   categorization wasn't done by me.
19          Q.    Who was it done by?
20          A.    I don't know that.
21          Q.    How was the list of buyers created?
22          A.    I don't know that.
23          Q.    Who created it?
24          A.    I don't know.
25          Q.    Was it you?
```

1    A.    No.

2    Q.    Was it Alex?

3          MR. PETRIE:  Object to the

4    form.

5          THE WITNESS:  I don't know.

6          MR. PETRIE:  Excuse me.

7    BY MR. BRAUNIG:

8    Q.    And did you connect with various

9    buyers categorized as H?

10   A.    Some of them.

11   Q.    Do you remember which ones?

12   A.    No.  Not off the top of my head.

13   Q.    Is there a place where you would

14   have that written down or noted?

15   A.    Yes.

16   Q.    Where would that be?

17   A.    I would recall if I saw the buyer's

18   name and, to my best effort, I would attempt to

19   E-mail either Ryan or Adam to update the

20   document.

21   Q.    And were these particular buyers,

22   were they noted as H buyers or high priority

23   buyers?

24   A.    I don't recall.  I'm trying to

25   picture the spreadsheet, but I can't recall

```
 1  COMMONWEALTH OF PENNSYLVANIA      )
                                      ) SS
 2  COUNTY OF ALLEGHENY               )

 3                  CERTIFICATE

 4      I, Karen A. Nickel, a notary public in and
    for the Commonwealth of Pennsylvania, do hereby
 5  certify that the witness, HEATHER KELLY, was by
    me first duly sworn to testify the truth, the
 6  whole truth, and nothing but the truth; that
    the foregoing deposition was taken at the time
 7  and place stated herein; and that the said
    deposition was recorded stenographically by me
 8  and then reduced to typewriting under my
    direction, and constitutes a true record of the
 9  testimony given by said witness.

10      I further certify that I am not a
    relative, employee or attorney of any of the
11  parties, or a relative or employee of either
    counsel, and that I am in no way interested
12  directly or indirectly in this action.

13      IN WITNESS WHEREOF, I have hereunto set my
    hand and affixed my seal of office this 25th
14  day of October, 2019.

15

    _____
16              Karen A. Nickel, Notary Public
                Registered Professional Reporter
17              Certified Realtime Reporter

18

19

20

21

22

23

24

25
```