# EXHIBIT E
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

**From:** Warren Braunig
**Sent:** Tuesday, November 5, 2019 5:43 PM
**To:** Wallace, Sarah B; jacobsh@ballardspahr.com; Petrie, Andrew J.; robbinsn@ballardspahr.com
**Cc:** ACQUIOM-KVP; sheridan-srs@sheridanross.com
**Subject:** SRSA v. PNC - Follow-up re: document from depositions

Counsel,

I write to follow up on a document that was identified by both Ms. Kelly and Mr. Lezack. In October 2018, a group of PNC employees, including Ms. Kelly and Mr. Tsarnas, developed a list of buyers and lawyers to contact about PNC Paid. Buyers and lawyers were categorized in various ways, including some who were designated as "H" or High Priority to contact. Mr. Tsarnas and Ms. Kelly were then assigned to connect with those individuals. This process, and the spreadsheet, were described at pages 262-266 of Ms. Kelly's transcript and pages 330-333 of Mr. Lezack's rough transcript. It is also referenced in Kelly Exhibit 43 and Lezack Exhibit 35.

We do not believe this spreadsheet, which is responsive to numerous document requests and likely would have had many iterative versions, has been produced. Will you please investigate and produce any copies of the referenced spreadsheet? If you believe that this spreadsheet has been produced, please identify it by Bates number.

Thank you for your attention to this.

Regards,
Warren

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com