# EXHIBIT I
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

# Ballard Spahr
### LLP

– – – – – – – – – – – – – – – – – – –
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

Elizabeth Weissert
Tel: 215.864.8672
Fax: 215.864.8999
weisserte@ballardspahr.com

November 22, 2019

*Via E-mail*

Warren Braunig
Ben Rothstein
Victor Yu
Keker, Van Nest & Peters LLP
633 Battery St. San Francisco, CA 941111

Re:     *SRS Acquiom Inc., et al. v. PNC Fin. Servs. Grp., Inc., et al.* - Production

Dear Counsel:

Today you will be receiving via FTP from Defendants PNC Financial Services Group, PNC Bank, N.A., Heather Kelly, and Alex Tsarnas production volume 11. The documents in this production are designated "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" material and should be treated as such. This production consist of the following documents:

- Re-produced versions of the spreadsheet produced at PNC_00056508. Due to a miscommunication between counsel and our eDiscovery vendor, versions of this spreadsheet were previously withheld or produced without the "Strategic Buyers" tab. We are re-producing versions of this spreadsheet including the "Strategic Buyers" tab along with the cover emails transmitting these documents. These documents are being produced as an overlay of the previously produced versions with the same bates numbers. Please replace the versions in your system with this new overlay. These documents are marked "HIGHLY CONFIDENTIAL – ATTORNEYS EYES ONLY" material and should be treated as such.

- An additional version of the spreadsheet produced at PNC_00056508 from January 2019 along with its cover email.

- User-created files from Heather Kelly's PNC computer requested by SRSA from Forensic Pursuit on November 18, 2019. ("Copy of HK Contacts.xlsx" "Copy of HK Contacts (version 1).xlsb"). Defendants have reviewed the five documents requested by SRSA and are producing two documents which were

Warren Braunig
November 22, 2019
Page 2

created in March of 2018. Defendants are not producing documents which
were created later in 2018 and 2019, which do not derive from the two
documents being produced, and are not otherwise responsive.

- Ms. Kelly's responsive LinkedIn communications.

Very truly yours,

*/s/ Elizabeth Weissert*
Elizabeth Weissert