# EXHIBIT L
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

| | |
|---|---|
| **From:** | Michael Huber <michael.huber@ey.com> |
| **Sent:** | Wednesday, December 4, 2019 8:16 AM |
| **To:** | wallaces@ballardspahr.com; Michelle Ybarra |
| **Cc:** | Ben D. Rothstein; petriea@ballardspahr.com; ACQUIOM-KVP |
| **Subject:** | RE: SRSA v PNC |

**[EXTERNAL]**

Hello Michelle,

These four excels have been sent to Christine Ostergard's sendfiles account.

The password for the zip is: **.E7K\=w;<!{L4/Mp**

Thank you,

**Michael A. Huber** | Senior Manager | Assurance Services

Ernst & Young LLP
Cell: +1 937 974 8976 | Office: +1 312 879 2875 | Michael.Huber@ey.com

**From:** Wallace, Sarah B <WallaceS@ballardspahr.com>
**Sent:** Wednesday, December 4, 2019 9:50 AM
**To:** Michelle Ybarra <mybarra@keker.com>
**Cc:** brothstein@keker.com; Petrie, Andrew J. <PetrieA@ballardspahr.com>; acquiom-kvp@keker.com; Michael Huber <michael.huber@ey.com>
**Subject:** RE: SRSA v PNC


**Yes and no one else.**


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com


**From:** Michelle Ybarra <mybarra@keker.com>
**Sent:** Wednesday, December 4, 2019 8:18 AM
**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>
**Cc:** brothstein@keker.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; acquiom-kvp@keker.com; michael.huber@ey.com
**Subject:** Re: SRSA v PNC

⚠️ **EXTERNAL**

Sarah, please confirm you have produced all versions and emails attaching, and identify any other individuals who modified documents in Defendants' production. You have repeatedly represented to us—inaccurately—that this problem was limited in scope and remedied by Defendants' recent reproduction, which is clearly not the case.

Thanks,
Michelle

> On Dec 4, 2019, at 7:08 AM, Wallace, Sarah B <wallaces@ballardspahr.com> wrote:
>
> **[EXTERNAL]**
>
> Ben
>
> These are additional versions with a different naming convention of the firms by segment excel spreadsheet and were treated in the same manner. They should have been re-produced when we re-produced the other versions. Un-redacted versions will be produced this morning.
>
> I have asked E&Y to double check that there are no additional documents that have been redacted other than PII and they have.
>
> **Sarah B. Wallace**
> Ballard Spahr LLP
> 1225 17th Street, Suite 2300
> Denver, CO 80202-5596
> Direct 303.299.7334
> Fax 303.296.3956
> wallaces@ballardspahr.com
> www.ballardspahr.com
>
> ---
>
> **From:** Ben D. Rothstein <brothstein@keker.com>
> **Sent:** Tuesday, December 3, 2019 5:47 PM
> **To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; mybarra@keker.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>
> **Cc:** acquiom-kvp@keker.com
> **Subject:** RE: SRSA v PNC
>
>  **EXTERNAL**
>
> Sarah,
>
> Thanks for running down these issues on your end. However, your results are inconsistent with what we're seeing.
>
> So far we've identified four Excel files that Michael Huber appears to have modified, and which do not have any notation indicating that they were redacted for PII:

| PROD BEGDOC | Author From | File Name |
|---|---|---|
| PNC_00040663 | Heather K. Vander Linden | Top Firms v2.xlsx |

| | | |
|---|---|---|
| PNC_00040726 | Heather K. Vander Linden | Top Firms v2.xlsx |
| PNC_00040728 | Heather K. Vander Linden | Top Firms v2.xlsx |
| PNC_00040769 | Heather K. Vander Linden | Top Firms v2.xlsx |

Could you please provide an explanation for how and why Michael Huber modified these documents, and produce copies of the original versions as kept in the ordinary course of business as well as any emails transmitting them?

Also, could you please let us know whether there are any other E&Y individuals who modified documents in Defendants' productions, so that we can complete the process of identifying unlogged documents that have been modified for reasons other than PII redactions?

We would greatly appreciate responses to these questions before our call to Judge Crews' chambers.

Best,
Ben

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com

**From:** Wallace, Sarah B <wallaces@ballardspahr.com>
**Sent:** Tuesday, December 3, 2019 3:44 PM
**To:** Michelle Ybarra <MYbarra@keker.com>; petriea@ballardspahr.com
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v PNC

**[EXTERNAL]**

Thanks, Michelle.

There was no document attached to this email but rather it was a link to an internal system.

I have confirmed with E&Y that when they ran email threading all attachments that were part of a thread group should have been included. If there is a specific instance where that appears to not have happened, I can have them reviewed.

I have also confirmed that no other native documents were redacted other than for PII and where PII was redacted there should have been a PII redacted notation.

I have also confirmed that any native documents that have a saved date by E&Y were because they were redacting PII on native documents.

3

**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

---

**From:** Michelle Ybarra <mybarra@keker.com>
**Sent:** Tuesday, December 3, 2019 12:52 PM
**To:** Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>
**Cc:** acquiom-kvp@keker.com
**Subject:** RE: SRSA v PNC

 **EXTERNAL**

Drew and Sarah,

Thanks for the call just now. The attached email is an example of the issue we discussed.

Michelle S. Ybarra
Keker, Van Nest & Peters LLP

Any tax advice in this e-mail should be considered in the context of the tax services we are providing to you. Preliminary tax advice should not be relied upon and may be insufficient for penalty protection.
_____
The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer.

Notice required by law: This e-mail may constitute an advertisement or solicitation under U.S. law, if its primary purpose is to advertise or promote a commercial product or service. You may choose not to receive advertising and promotional messages from Ernst & Young LLP (except for EY Client Portal and the ey.com website, which track e-mail preferences through a separate process) at this e-mail address by forwarding this message to no-more-mail@ey.com. If you do so, the sender of this message will be notified promptly. Our principal postal address is 5 Times Square, New York, NY 10036. Thank you. Ernst & Young LLP