## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| SRS ACQUIOM INC., a Delaware Corporation, and SHAREHOLDER REPRSENTATIVE SERVICES LLC, a Colorado Limited Liability Company, | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 1:19-cv-02005-DDD-SKC** |
| v. | ) ) | |
| PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, PNC BANK, N.A., a Pennsylvania Corporation, HEATHER KELLY, an individual, and ALEX TSARNAS, an individual, | ) ) ) ) ) ) ) | |
| **Defendants.** | ) | |

### NOTICE OF ENTRY OF APPEARANCE OF JAMES F. BENNETT

PLEASE TAKE NOTICE that James F. Bennett of the law firm of Dowd Bennett LLP

hereby enters his appearance in this lawsuit as counsel for Defendants PNC Financial Services

Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas in the above captioned matter.

Dated: January 13, 2020    Respectfully Submitted,

**DOWD BENNETT LLP**

By: */s/ James F. Bennett*
James F. Bennett
MO Atty. Reg. # 46826
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: 314-889-7302
Email: jbennett@dowdbennett.com
*Attorney for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 13, 2020, I served a true and correct copy of the

foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL via the Court's CM/ECF

electronic filing system, which will provide notice to all parties of record.

By: _/s/ James F. Bennett_____