IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SRS ACQUIOM INC., a Delaware Corporation, and SHAREHOLDER REPRSENTATIVE SERVICES LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, PNC BANK, N.A., a Pennsylvania Corporation, HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,<br><br>Defendants. | Case No. 1:19-cv-02005-DDD-SKC |

## NOTICE OF ENTRY OF APPEARANCE OF MATTHEW E. JOHNSON

PLEASE TAKE NOTICE that Matthew E. Johnson of the law firm of Dowd Bennett LLP hereby enters his appearance in this lawsuit as counsel for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly. and Alex Tsarnas in the above captioned matter.

Dated: January 13, 2020

Respectfully Submitted,

**DOWD BENNETT LLP**

By: */s/ Matthew E. Johnson*
Matthew E. Johnson
CO Atty. Reg. No. 40984
1775 Sherman Street, Suite 2010
Denver, CO 80203
Tel: 303-353-4361
Email: mjohnson@dowdbennett.com
*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2020, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

By: */s/ Matthew E. Johnson*