**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

**DECLARATION OF BENJAMIN D. ROTHSTEIN IN SUPPORT OF
PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION [ECF NO. 137] TO STRIKE
THE DECLARATION AND EXHIBITS OF ANDY CRAIN [ECF NOS. 70-71]**

1363997

I, BENJAMIN D. ROTHSTEIN, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("SRSA" collectively hereafter). I submit this declaration in support of Plaintiffs' Response to Defendants' Motion [ECF No. 137] to Strike the Declaration and Exhibits of Andy Crain [ECF Nos. 70-71]. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Since August 2019, the parties in this matter have been engaged in ongoing forensic discovery with the aid of hired forensic analysts, pursuant to the Scheduling and Expedited Discovery Order (ECF No. 26) and Stipulated Forensic Inspection Protocol (ECF No. 43-1) (the "Protocol"). In that time period, *all* parties have made requests for forensic inspection pursuant to the Protocol. I have reviewed my correspondence with opposing counsel and the third-party vendor hired to maintain possession of electronic device images and provide requested forensic data pursuant to the Protocol. By my count, Plaintiffs in this matter have made four separate requests for forensic data, five requests for user files, and have requested and received inspection of one additional device not included among the original eight devices subject to inspection pursuant to the Scheduling and Expedited Discovery Order. Defendants have made three requests for forensic data and have requested inspection of two additional devices not included among the original eight devices subject to inspection pursuant to the Scheduling and Expedited Discovery Order.

1

3. I have asked the forensic analysts hired by Plaintiffs and disclosed pursuant to the Protocol, Andy Crain and Matt Schroeder, to provide the total number of electronic files that Forensic Pursuit has provided to the parties pursuant to the Protocol, not including "user" files (such as word processing documents, Excel spreadsheets, PowerPoint slide presentations, and PDFs). They have counted a total of 396,649 such files, which include reports on forensic artifacts as well as forensic source data.

4. On October 26, 2019, I contacted Defendants and requested that Defendants make Alex Tsarnas's home iMac available for inspection pursuant to the Protocol.

5. SRSA filed and served Andy Crain's declaration on November 25, 2019. Since that date, Defendants have never requested to depose Mr. Crain, and they have not made any additional requests pursuant to the Forensic Inspection Protocol for data from the images of the Kelly or Tsarnas SRSA-issued MacBooks or any other devices that are currently in the third-party vendor's possession.

6. Attached hereto as **Exhibit A** is a true and correct copy of an email string between Sarah Wallace and myself, dated August 1-2, 2019.

7. Attached hereto as **Exhibit B** is a true and correct copy of an email string between counsel and Forensic Pursuit, dated August 14-23, 2019.

8. Attached hereto as **Exhibit C** is a true and correct copy of an email from myself to Forensic Pursuit, the parties' disclosed forensics analysts, and Counsel, dated October 25, 2019.

2

1363997

9. Attached hereto as **Exhibit D** is a true and correct copy of an email from me to Forensic Pursuit, the parties' disclosed forensics analysts, and Counsel, dated October 31, 2019, along with the preceding email string.

10. Attached hereto as **Exhibit E** is a true and correct copy of an email from Forensic Pursuit to me, the parties' disclosed forensics analysts, and Counsel, November 7, 2019, along with the preceding email string.

11. Attached hereto as **Exhibit F** is a true and correct copy of an email from Forensic Pursuit to me, the parties' disclosed forensics analysts, and Counsel, November 14, 2019, along with the preceding email string.

12. Attached hereto as **Exhibit G** a true and correct copy of Defendants' Amended 30(b)(6) Notice, dated November 14, 2019.

13. Attached hereto as **Exhibit H** is a true and correct copy of an email string between myself and Counsel, dated November 29 – December 5, 2019.

14. Attached hereto as **Exhibit I** is a true and correct copy of an email string between myself and Counsel, dated December 16, 2019.

15. Attached hereto as **Exhibit J** is a true and correct copy of a scheduling order in the matter *In re: Ohio Execution Protocol Litigation*, Case No. 2:11-cv-1016, ECF. No. 746, November 29, 2016. The highlighting is my own.

16. Attached hereto as **Exhibit K** is a true and correct copy of a scheduling order in the matter *Spurlock, et. al. v. Fox, et. al.,* Case No. 3:09-cv-0756, ECF. No. 76, October 7, 2009. The highlighting is my own.

3

1363997

17. Attached hereto as **Exhibit L** is a true and correct copy of an email string between myself and Counsel, dated December 16-18, 2019.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 13th day of January, 2020, at San Francisco, California.

Respectfully submitted,

Dated: January 13, 2020     By:  *s/Benjamin D. Rothstein*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:    303 863 9700
Facsimile:    303 863 0223
Email:   *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

4