# EXHIBIT B
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

| | |
|---|---|
| **From:** | Wallace, Sarah B <wallaces@ballardspahr.com> |
| **Sent:** | Friday, August 23, 2019 11:46 AM |
| **To:** | Warren Braunig; jen.snodgrass@forensicpursuit.com; Victor H. Yu |
| **Cc:** | Michelle Ybarra; Ben D. Rothstein; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; acrain@thinkbrg.com; mschroeder@thinkbrg.com; michael.huber@ey.com |
| **Subject:** | RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC |

In that case, you can also add Mike Huber at E&Y—also copied.

**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

**From:** Warren Braunig <WBraunig@keker.com>
**Sent:** Friday, August 23, 2019 12:44 PM
**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; jen.snodgrass@forensicpursuit.com; Victor H. Yu <VYu@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; Andy Crain <acrain@thinkbrg.com>; Matt Schroeder <mschroeder@thinkbrg.com>
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

 **EXTERNAL**

Jen,

Thanks for the update. So that we don't have to play middle man, please also include our forensic analysts Andy Crain and Matt Schroeder from BRG, both of whom are copied here.

Regards,
Warren

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com

**From:** Wallace, Sarah B <wallaces@ballardspahr.com>
**Sent:** Friday, August 23, 2019 11:35 AM
**To:** jen.snodgrass@forensicpursuit.com; Warren Braunig <WBraunig@keker.com>; Victor H. Yu <VYu@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

That is fine with us.


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Friday, August 23, 2019 12:26 PM
**To:** 'Warren Braunig' <WBraunig@keker.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

⚠️ **EXTERNAL**

Good Afternoon,

I am zipping up the production now. The Protocol indicates that the data should be transmitted simultaneously to the Identified Representatives. I think our best bet is to send it via Hightail. Should I just have the link sent to everyone included in this email string? Please advise.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver  ▪New York  ▪Nashville  ▪Dallas  ▪Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Thursday, August 22, 2019 1:50 PM
**To:** 'Warren Braunig' <WBraunig@keker.com>; wallaces@ballardspahr.com; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Hi Warren,

I won't be able to get everything completed for the first set of production before the end of the work day as I am at the mercy of the software. However, it is possible I can get something to everyone later this evening. I will keep everyone updated on my progress.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver ▪New York ▪Nashville ▪Dallas ▪Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



**From:** Warren Braunig <WBraunig@keker.com>
**Sent:** Thursday, August 22, 2019 11:18 AM
**To:** jen.snodgrass@forensicpursuit.com; wallaces@ballardspahr.com; Victor H. Yu <VYu@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Jen,

If you have results from the analysis of the devices imaged on the first disk and it's going to take a few days to complete the analysis on the devices from the second disk, please go ahead and share the first set of data.

Thanks,

Warren

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com

---

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Thursday, August 22, 2019 10:14 AM
**To:** wallaces@ballardspahr.com; Warren Braunig <WBraunig@keker.com>; Victor H. Yu <VYu@keker.com>
**Cc:** Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

The drive was received and is working.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver ▪New York ▪Nashville ▪Dallas ▪Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



---

**From:** Wallace, Sarah B <WallaceS@ballardspahr.com>
**Sent:** Wednesday, August 21, 2019 12:10 PM
**To:** jen.snodgrass@forensicpursuit.com; 'Warren Braunig' <WBraunig@keker.com>; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Ok. E&Y will resend for delivery tomorrow morning.


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

---

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, August 21, 2019 12:10 PM

**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; 'Warren Braunig' <WBraunig@keker.com>; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

 **EXTERNAL**

Hi Sarah,

Yes, I figured we might receive a Mac formatted drive but it is definitely a hardware issue. To be sure, the drive has been attached to both a Mac and Windows machine. The hard drive is also clicking; which is indicative of a hardware failure.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver ▪New York ▪Nashville ▪Dallas ▪Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



---

**From:** Wallace, Sarah B <WallaceS@ballardspahr.com>
**Sent:** Wednesday, August 21, 2019 11:53 AM
**To:** jen.snodgrass@forensicpursuit.com; 'Warren Braunig' <WBraunig@keker.com>; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Ernst & Young responded as follows:

*The **PNC-SOT-006-002** drive contains data related to Mac forensic images. The reason they might not able to access is because the drive is HFS+ formatted. In order to access the drive, they can connect it to a Mac and use Veracrypt in the similar manner as mounting a drive to a Windows system.*

*If that does not work, we will resend ASAP.*


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956

wallaces@ballardspahr.com
www.ballardspahr.com

---

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, August 21, 2019 10:31 AM
**To:** 'Warren Braunig' <WBraunig@keker.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; 'Victor H. Yu' <VYu@keker.com>
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; melinda.redenius@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

⚠ **EXTERNAL**

Good Morning,

We are almost finished with everything that needs to be done per the Protocol for the evidence items contained on the device labeled, "PNC-SOT-006-001". However, the external device labeled, "PNC-SOT-006-002" is not working. Is there any way we can get a new device for the items contained on this drive? Please advise.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver ▪New York ▪Nashville ▪Dallas ▪Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



---

**From:** robert.kelso@forensicpursuit.com <robert.kelso@forensicpursuit.com>
**Sent:** Monday, August 19, 2019 3:55 PM
**To:** 'Warren Braunig' <WBraunig@keker.com>; wallaces@ballardspahr.com; 'Victor H. Yu' <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Yep, received. We're going through everything we have now.

**Robert Kelso**
*Forensic Pursuit*

**Phone:** 303-495-2082
**Mobile:** 303-960-6496



**Denver ▪New York ▪Dallas ▪Los Angeles**

**Email:** robert.kelso@forensicpursuit.com
**Web:** http://www.forensicpursuit.com

---

**From:** Warren Braunig <WBraunig@keker.com>
**Sent:** Monday, August 19, 2019 3:54 PM
**To:** robert.kelso@forensicpursuit.com; wallaces@ballardspahr.com; Victor H. Yu <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Robert,

Were the images received this morning? Please let us all know if there were any issues with them, or if you will be able to begin the forensic analysis today.

Best Regards,
Warren Braunig

---

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com

---

**From:** robert.kelso@forensicpursuit.com <robert.kelso@forensicpursuit.com>
**Sent:** Saturday, August 17, 2019 3:21 PM
**To:** wallaces@ballardspahr.com; Victor H. Yu <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** Warren Braunig <WBraunig@keker.com>; Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; weisserte@ballardspahr.com; melinda.redenius@forensicpursuit.com
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Thanks Sarah, we'll watch for them!

**Robert Kelso**
*Forensic Pursuit*

**Phone:** 303-495-2082
**Mobile:** 303-960-6496



**Denver ▪New York ▪Dallas ▪Los Angeles**

**Email: robert.kelso@forensicpursuit.com**
**Web: http://www.forensicpursuit.com**

---

**From:** Wallace, Sarah B <WallaceS@ballardspahr.com>
**Sent:** Friday, August 16, 2019 1:57 PM
**To:** robert.kelso@forensicpursuit.com; 'Victor H. Yu' <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** 'Warren Braunig' <WBraunig@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; 'Melinda Redenius' <melinda.redenius@forensicpursuit.com>
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Since it is 4 pm on the East coast where the images are, I have told Ernst & Young to have the images delivered Monday morning.

The password is $0t@20190713!

Robert—there should be 8 images on two hard drives.

**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

---

**From:** robert.kelso@forensicpursuit.com <robert.kelso@forensicpursuit.com>
**Sent:** Friday, August 16, 2019 9:57 AM
**To:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; 'Victor H. Yu' <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** 'Warren Braunig' <WBraunig@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Morr, Matthew A. (Denver) <MorrM@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; 'Melinda Redenius' <melinda.redenius@forensicpursuit.com>
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

⚠️ **EXTERNAL**
Hi Sarah,

We'll be in and out of the office tomorrow, but Saturday deliveries are often problematic as we never know when the driver will make it to us. If the work schedule can handle us receiving the images on Monday morning that would be best, but if we need Saturday delivery, then just let me know and I'll make sure someone is in.

Signed Exhibit B is attached. I'll send the retainer agreement shortly.

**Robert Kelso**
*Forensic Pursuit*

**Phone:** 303-495-2082
**Mobile:** 303-960-6496



**Denver ▪New York ▪Dallas ▪Los Angeles**

**Email: robert.kelso@forensicpursuit.com**
**Web:** http://www.forensicpursuit.com

---

**From:** Wallace, Sarah B <WallaceS@ballardspahr.com>
**Sent:** Friday, August 16, 2019 9:49 AM
**To:** robert.kelso@forensicpursuit.com; 'Victor H. Yu' <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** 'Warren Braunig' <WBraunig@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Petrie, Andrew J. <PetrieA@ballardspahr.com>; Morr, Matthew A. <MorrM@ballardspahr.com>; Jacobs, Hara K. <JacobsH@ballardspahr.com>; Robbins, Noah <robbinsn@ballardspahr.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; 'Melinda Redenius' <melinda.redenius@forensicpursuit.com>
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Ernst & Young has the images on two hard drives.

They can overnight them will someone be available tomorrow to receive? They are encrypted. I will have them email you the password.


**Sarah B. Wallace**
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com

---

**From:** robert.kelso@forensicpursuit.com <robert.kelso@forensicpursuit.com>
**Sent:** Friday, August 16, 2019 9:40 AM
**To:** 'Victor H. Yu' <VYu@keker.com>; jen.snodgrass@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** 'Warren Braunig' <WBraunig@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Morr, Matthew A. (Denver) <MorrM@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; 'Melinda Redenius' <melinda.redenius@forensicpursuit.com>
**Subject:** RE: SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

⚠ **EXTERNAL**
Hi folks,

9

Jen and I are both at two separate conferences currently, coming home tonight, but I wanted to get you a quick acknowledgement that we received and have reviewed the protocol. I'll get you the signed Exhibit B and a retainer agreement shortly.

For device/image drop-off logistics, we do have staff in the office today regular business hours. Devices and/or images can be dropped off at our main office, 2000 Arapahoe Street, Suite 1, Denver 80205. The building is on the corner of 20th and Arapahoe in downtown Denver. There's a call box on the 20th Street side of the building where a visitor can call "Forensic Pursuit" and one of our people will get you into the building. Please ask for Chris Wheeler or Sara McDermott. I'll make them both aware the someone may be coming in today to drop items off. We'll be able to start on the devices as soon as they come in.

Please let me know anyone has any questions in the meantime. You're welcome to call me on my mobile phone anytime today, 303-960-6496.

Thanks all!

**Robert Kelso**
*Forensic Pursuit*

**Phone:** 303-495-2082
**Mobile:** 303-960-6496



**Denver ▪New York ▪Dallas ▪Los Angeles**

**Email: robert.kelso@forensicpursuit.com**
**Web: http://www.forensicpursuit.com**

---

**From:** Victor H. Yu <VYu@keker.com>
**Sent:** Wednesday, August 14, 2019 4:02 PM
**To:** jen.snodgrass@forensicpursuit.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com
**Cc:** Warren Braunig <WBraunig@keker.com>; Michelle Ybarra <MYbarra@keker.com>; Ben D. Rothstein <BRothstein@keker.com>; wallaces@ballardspahr.com; petriea@ballardspahr.com; morrm@ballardspahr.com; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; weisserte@ballardspahr.com
**Subject:** SRSA, et al. v. PNC, et al., Civil Action No. 1:19-cv-02005-DDD-SKC

Jen,

I attach a Stipulated Forensic Protocol entered into by the parties in the above-captioned matter. The parties in this matter request that Forensic Pursuit act as a third-party neutral forensic vendor. The protocol—and in particular Exhibit A to the document—describes the procedures and scope of work requested from Forensic Pursuit.

Please review this document and return a signed version of Exhibit B, which is an agreement to be bound by the stipulated protocol. Additionally, please provide both parties with Forensic Pursuit's retainer agreements. Under the terms of the protocol, both parties will jointly retain Forensic Pursuit but will divide costs in the manner outlined in paragraph 4 of the document.

Please also provide the parties with logistical information on where to send the images and/or devices described in the protocol. SRSA expects that Defendants will provide images and/or the original devices to Forensic Pursuit's Denver

offices no later than two calendar days from today, and the parties request that Forensic Pursuit begin its work as soon as practicable after receiving the images.

Finally, please note that the protocol does not permit any ex parte communications. If Forensic Pursuit has further questions or logistical concerns, please include the counsel for both parties, who are CC'd in this email, in any communications.

We look forward to working with you.

Best,
Victor

**Victor H. Yu**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8859 direct | 415 391 5400 main
vyu@keker.com | vcard | keker.com

Virus-free. www.avast.com

11