# EXHIBIT C
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

**From:** Ben D. Rothstein
**Sent:** Friday, October 25, 2019 2:49 PM
**To:** jen.snodgrass@forensicpursuit.com; Matt Schroeder; Andy Crain; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; robbinsn@ballardspahr.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com
**Cc:** ACQUIOM-KVP; sheridan-srs@sheridanross.com
**Subject:** SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Jen and Counsel,

SRSA hereby requests that Forensic Protocol produce to us, pursuant to Paragraph 6 of the Forensic Protocol, the forensic artifacts and information listed below.

Counsel, paragraph 6 requires that Defendants state any objection by close of business on **Tuesday, October 29**.

The requested information is as follows:
1. From PNC002 (Tsarnas' iPhone) and PNC004 (Tsarnas' iPad), please provide:
   a. Chat, SMS, and MMS Cellebrite reports *excluding* the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 612-615-1637
      ii. 626-389-7626
      iii. hckelly@gmail.com
      iv. heather@vlpaintdesign.com
      v. vanderlindenpaint@gmail.com
      vi. hkelly@srsacquiom.com
      vii. hkelly@shareholderrep.com
      viii. luda7@aol.com
      ix. Kelly
      x. Semenova
2. From PNC009 (Kelly's iPhone), please produce:
   a. Chat, SMS, and MMS Cellebrite reports *excluding* the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 201-294-1717
      ii. 626-389-7626
      iii. atsarnas@srsacquiom.com
      iv. atsarnas@shareholderrep.com
      v. atsarnas@me.com
      vi. alextsarnas1@gmail.com
      vii. atsarnas@villanova.edu
      viii. atsarnas@icloud.com
      ix. atsarnas@mac.com
      x. luda7@aol.com
      xi. Tsarnas
      xii. Semenova
3. From PNC001, PNC005, PNC007, PNC008, PNC010 (all computers), please produce:
   a. Axiom Reports of any iChat, iMessages, or any other Instant Message *excluding* the message content itself or any attachments, limited to records to or from these numbers, names, or email addresses.

1

      i. 201-294-1717
     ii. 626-389-7626
    iii. atsarnas@srsacquiom.com
    iv. atsarnas@shareholderrep.com
     v. atsarnas@me.com
    vi. alextsarnas1@gmail.com
   vii. atsarnas@villanova.edu
  viii. atsarnas@icloud.com
    ix. atsarnas@mac.com
     x. luda7@aol.com
    xi. Tsarnas
   xii. Semenova

Regards,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com