# EXHIBIT D
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

| | |
|---|---|
| **From:** | Ben D. Rothstein |
| **Sent:** | Thursday, October 31, 2019 1:51 PM |
| **To:** | Michelle Ybarra; Wallace, Sarah B; jen.snodgrass@forensicpursuit.com; robbinsn@ballardspahr.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com; auerbachb@ballardspahr.com |
| **Cc:** | ACQUIOM-KVP |
| **Subject:** | RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information |
| **Attachments:** | Tsarnas USB File Names.xlsx |

Hi Jen,

I write to clear up any confusion regarding the images received by Forensic Pursuit this week.

_**First**_, Forensic pursuit received a hard drive yesterday from Berkeley Research Group (SRSA's consultant) that contains forensic images of Alex Tsarnas's and Heather Kelly's SRSA-issued MacBooks.  The decryption PIN for that drive is: **12636**

Forensic Pursuit has Plaintiffs' permission to run the searches set forth in Noah Robbins' email from yesterday afternoon (October 30).  To be very clear:

- The "Tsarnas Laptop" referred to in Noah's email is the image of Alex Tsarnas's SRSA-issued MacBook, with serial number C02N92N9G5RQ.
- The "Kelly 'New' Laptop" referred to in Noah's email is the image of Heather Kelly's SRSA-issued MacBook, with serial number C02TM1X1FVH4.

Defendants (PNC, Kelly, and Tsarnas) will bear the cost of these searches.

_**Second**_, Forensic Pursuit also received a forensic image of Alex Tsarnas's iMac from Ernst & Young (Defendants' consultant).  Please run the following forensic searches—to which Defendants' counsel have already agreed—on this image.  We would appreciate the results as soon as possible.  Plaintiffs (SRSA) will bear the cost of these searches.

1. A list of files if they match any of the file names in the <u>attached excel document</u>. At a minimum, produce these fields for the matches:
    a. File Path
    b. File Name
    c. File Size
    d. Date Created
    e. Date Modified
    f. Date Accessed
    g. Date Added (if applicable)
    h. MD5 Hash
    i. Description / deleted vs. active state
2. Run Axiom across the computers and produce reports for all Operating System categories Axiom finds in XLSX format. Please exclude any categories that could contain the content of user documents or emails that could be privileged.
3. Produce all files responsive to the following criteria so long as they are not User Generated Data (as defined in Exhibit A to the forensic protocol). Please produce the data with folder structure in L01 or DMG format.
    a. All non-UGD files containing these strings in the names:
        i. MicrosoftRegistrationDb.reg
        ii. com.apple.TimeMachine.plist
        iii. .AppleSetupDone

1

                iv.  InstallHistory.plist
- b. All non-UGD files containing these strings in the paths:
  - i. com.apple.QuickLook.thumbnailcache
  - ii. .fseventsd
  - iii. private\var\logs (please include Container file types in this directory so long as they do not contain UGD)
  - iv. private\var\db\uuidtext
  - v. private\var\db\diagnostics
  - vi. private\var\spool
  - vii. Library\Preferences (including any copies under user profiles)
  - viii. Library\Logs (including any copies under user profiles)
  - ix. .Spotlight-v100
4. Confirm whether any APFS snapshots exist on the disk.

***Please confirm receipt of this email***, and please let me know if you have any questions or need clarification regarding any remaining issues from yesterday's email thread.

Thanks very much,
Ben

_____

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com


---

**From:** Michelle Ybarra <MYbarra@keker.com>
**Sent:** Wednesday, October 30, 2019 5:11 PM
**To:** Wallace, Sarah B <wallaces@ballardspahr.com>; jen.snodgrass@forensicpursuit.com; robbinsn@ballardspahr.com; Ben D. Rothstein <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com; auerbachb@ballardspahr.com
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

I think Jen is seeking the PIN for the BRG drive. We are working on it.

Michelle S. Ybarra
Keker, Van Nest & Peters LLP

---

**From:** Wallace, Sarah B <wallaces@ballardspahr.com>
**Sent:** Wednesday, October 30, 2019 5:02 PM
**To:** jen.snodgrass@forensicpursuit.com; robbinsn@ballardspahr.com; Ben D. Rothstein <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com; auerbachb@ballardspahr.com

**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]

Jen

I am not sure what you are asking for and from whom?


Sarah B. Wallace
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596
Direct 303.299.7334
Fax 303.296.3956
wallaces@ballardspahr.com
www.ballardspahr.com


**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, October 30, 2019 3:58 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; 'Ben D. Rothstein' <BRothstein@keker.com>;
mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Weissert,
Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com;
chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>;
Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; Auerbach, Brian (Phila) <AuerbachB@ballardspahr.com>
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠ **EXTERNAL**
Thank you!

Alex, please send the decryption key for the hard drive and I will get started right away.

Best,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver** ▪ **New York** ▪ **Nashville** ▪ **Dallas** ▪ **Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Wednesday, October 30, 2019 3:53 PM
**To:** jen.snodgrass@forensicpursuit.com; 'Ben D. Rothstein' <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B <WallaceS@ballardspahr.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. <PetrieA@ballardspahr.com>; Jacobs, Hara K. <JacobsH@ballardspahr.com>; AuerbachB@ballardspahr.com
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

That is correct.

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745
215.864.8999

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, October 30, 2019 5:52 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; 'Ben D. Rothstein' <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; Auerbach, Brian (Phila) <AuerbachB@ballardspahr.com>
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠️ **EXTERNAL**
Thank you, Noah.

Just to confirm, you are referring to the devices I received from Berkeley Research group only, correct? As of now, I have no instruction on Alex Tsarnas' *iMac* received from Ernest & Young. Please advise.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



Denver ● New York ● Nashville ● Dallas ● Los Angeles

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Wednesday, October 30, 2019 2:48 PM
**To:** jen.snodgrass@forensicpursuit.com; 'Ben D. Rothstein' <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B <WallaceS@ballardspahr.com>; Weissert, Elizabeth <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. <PetrieA@ballardspahr.com>; Jacobs, Hara K. <JacobsH@ballardspahr.com>; AuerbachB@ballardspahr.com
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Thank you Jen,

We ask that Forensic Pursuit provide:

1. Recovery of the following folders/files from the Tsarnas laptop:

   a. /.fseventsd
   b. /Library/Preferences/com.apple.finder.plist
   c. /var/log
   d. /Library/Logs

2. Provide the All Files Listing from Axiom for the Tsarnas laptop

3. Provide the remainder of the reports as dictated by the Forensic Protocol from the Tsarnas laptop and the Kelly "new" laptop

Noah


**Noah S. Robbins**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745
215.864.8999

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, October 30, 2019 2:59 PM
**To:** 'Ben D. Rothstein' <BRothstein@keker.com>; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠️ **EXTERNAL**

Good Afternoon,

I also received an encrypted hard drive from Berkeley Research group. The enclosed letter suggests the hard drive contains the following:

a) Heather Kelly "New" SRSA-issued MacBook (serial number C02TM1X1FVH4)
b) Alex Tsarnas SRSA-issued MacBook (serial number C02N92N9G5RQ)

Please advise how I should proceed.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver** ∎ **New York** ∎ **Nashville** ∎ **Dallas** ∎ **Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Wednesday, October 30, 2019 10:33 AM
**To:** 'Ben D. Rothstein' <BRothstein@keker.com>; 'Robbins, Noah' <robbinsn@ballardspahr.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com
**Cc:** 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Hi All,

I received an external hard drive from Ernst & Young labeled, "Alex Tsarnas' iMac". Please advise how I should move forward with this device.

Thank you,

**Jen Snodgrass, ACE**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver** ▪ **New York** ▪ **Nashville** ▪ **Dallas** ▪ **Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



---

**From:** Ben D. Rothstein <BRothstein@keker.com>
**Sent:** Tuesday, October 29, 2019 11:00 PM
**To:** 'Robbins, Noah' <robbinsn@ballardspahr.com>; jen.snodgrass@forensicpursuit.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Noah, could you please provide a time between 9 am and 12 pm PST on Thursday that Defendants are available to meet and confer about this forensic request?

Regards,
Ben

---

**From:** Robbins, Noah [mailto:robbinsn@ballardspahr.com]
**Sent:** Tuesday, October 29, 2019 3:15 PM
**To:** Ben D. Rothstein; jen.snodgrass@forensicpursuit.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com
**Cc:** ACQUIOM-KVP; sheridan-srs@sheridanross.com
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]

---

Forensic Pursuit:

Defendants object to the production of the information requested in Mr. Rothstein's below e-mail, none of which bear on Plaintiffs' allegation that the Individual Defendants possess or possessed Plaintiffs' documents.  Please do not produce any documents or information in response to this improper request.

Noah

**Noah S. Robbins**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745
215.864.8999

robbinsn@ballardspahr.com
VCARD



www.ballardspahr.com

---

**From:** Ben D. Rothstein <BRothstein@keker.com>
**Sent:** Friday, October 25, 2019 5:49 PM
**To:** jen.snodgrass@forensicpursuit.com; Matt Schroeder <mschroeder@thinkbrg.com>; Andy Crain <acrain@thinkbrg.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
**Subject:** SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠ **EXTERNAL**
Jen and Counsel,

SRSA hereby requests that Forensic Protocol produce to us, pursuant to Paragraph 6 of the Forensic Protocol, the forensic artifacts and information listed below.

Counsel, paragraph 6 requires that Defendants state any objection by close of business on **Tuesday, October 29**.

The requested information is as follows:
1. From PNC002 (Tsarnas' iPhone) and PNC004 (Tsarnas' iPad), please provide:
   a. Chat, SMS, and MMS Cellebrite reports *excluding* the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 612-615-1637
      ii. 626-389-7626
      iii. hckelly@gmail.com
      iv. heather@vlpaintdesign.com
      v. vanderlindenpaint@gmail.com
      vi. hkelly@srsacquiom.com
      vii. hkelly@shareholderrep.com
      viii. luda7@aol.com
      ix. Kelly
      x. Semenova
2. From PNC009 (Kelly's iPhone), please produce:
   a. Chat, SMS, and MMS Cellebrite reports *excluding* the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 201-294-1717
      ii. 626-389-7626
      iii. atsarnas@srsacquiom.com
      iv. atsarnas@shareholderrep.com

     v.  atsarnas@me.com
    vi.  alextsarnas1@gmail.com
   vii.  atsarnas@villanova.edu
  viii.  atsarnas@icloud.com
    ix.  atsarnas@mac.com
     x.  luda7@aol.com
    xi.  Tsarnas
   xii.  Semenova

3. From PNC001, PNC005, PNC007, PNC008, PNC010 (all computers), please produce:

   a. Axiom Reports of any iChat, iMessages, or any other Instant Message *excluding* the message content itself or any attachments, limited to records to or from these numbers, names, or email addresses.

     i.  201-294-1717
    ii.  626-389-7626
   iii.  atsarnas@srsacquiom.com
   iv.  atsarnas@shareholderrep.com
    v.  atsarnas@me.com
    vi.  alextsarnas1@gmail.com
   vii.  atsarnas@villanova.edu
  viii.  atsarnas@icloud.com
    ix.  atsarnas@mac.com
     x.  luda7@aol.com
    xi.  Tsarnas
   xii.  Semenova

Regards,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com