# EXHIBIT E
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

| | |
|---|---|
| **From:** | jen.snodgrass@forensicpursuit.com |
| **Sent:** | Thursday, November 7, 2019 11:37 AM |
| **To:** | robbinsn@ballardspahr.com |
| **Cc:** | Ben D. Rothstein; Michelle Ybarra; wallaces@ballardspahr.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com; auerbachb@ballardspahr.com; ACQUIOM-KVP |
| **Subject:** | RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**[EXTERNAL]**

Good Afternoon,

I just sent the data requested from Alex Tsarnas's iMac.

All parties should have the entirety of the last request other than the Axiom reports for Heather Kelly's MacBook; which I am just waiting on the FileVault encryption key to complete.

If you have any questions or concerns, please do not hesitate to contact me.

Thank you,

**Jen Snodgrass, ACE, CCO, CCPA**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver** ∎ **New York** ∎ **Nashville** ∎ **Dallas** ∎ **Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



**From:** jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
**Sent:** Thursday, October 31, 2019 5:35 PM
**To:** 'Robbins, Noah' <robbinsn@ballardspahr.com>
**Cc:** 'Ben D. Rothstein' <BRothstein@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Wallace, Sarah B' <WallaceS@ballardspahr.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; 'Weissert, Elizabeth' <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; 'Petrie, Andrew J.' <PetrieA@ballardspahr.com>; 'Jacobs, Hara K.'

<JacobsH@ballardspahr.com>; AuerbachB@ballardspahr.com; 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Hi All,

Attached, you will find a spreadsheet detailing what has been requested and produced thus far. This doesn't include the most recent device requests.

Please let me know if anything is incorrect or missing.

Thank you,

**Jen Snodgrass, ACE, CCO, CCPA**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver  •  New York  •  Nashville  •  Dallas  •  Los Angeles**

**Email:**   jennifer.snodgrass@forensicpursuit.com
**Web:**    http://www.forensicpursuit.com




-----Original Message-----
From: jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
Sent: Thursday, October 31, 2019 4:23 PM
To: 'Robbins, Noah' <robbinsn@ballardspahr.com>
Cc: 'Ben D. Rothstein' <BRothstein@keker.com>; 'Michelle Ybarra' <MYbarra@keker.com>; 'Wallace, Sarah B' <WallaceS@ballardspahr.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; 'Weissert, Elizabeth' <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; 'Petrie, Andrew J.' <PetrieA@ballardspahr.com>; 'Jacobs, Hara K.' <JacobsH@ballardspahr.com>; AuerbachB@ballardspahr.com; 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Confirmed. Thank you, Noah!

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082
Mobile: 520-307-8061


Denver    New York    Nashville    Dallas    Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com
Web:     http://www.forensicpursuit.com

2

-----Original Message-----
From: Robbins, Noah <robbinsn@ballardspahr.com>
Sent: Thursday, October 31, 2019 4:02 PM
To: jen.snodgrass@forensicpursuit.com
Cc: Ben D. Rothstein <BRothstein@keker.com>; Michelle Ybarra <MYbarra@keker.com>; Wallace, Sarah B <WallaceS@ballardspahr.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Weissert, Elizabeth <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Petrie, Andrew J. <PetrieA@ballardspahr.com>; Jacobs, Hara K. <JacobsH@ballardspahr.com>; AuerbachB@ballardspahr.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
Subject: Re: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Jen,

We have reviewed the files that you provided and they are not responsive.  As a result, they should not be provided to opposing counsel.

Noah

Sent from my iPhone

On Oct 31, 2019, at 5:05 PM, "jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>" <jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>> wrote:

 EXTERNAL
Thank you, Ben. I will get started and let you know if I need any clarification along the way. Please be aware that Axiom typically takes quite some time to process and I am at the mercy of the software as far as processing time goes but I will get started right away.

In addition, I would like to follow up on the files we produced to Ballard Spahr on 10/28. Please let me know if there is anything further that needs to be done on my end at this time.

Thank you,

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>
Mobile: 520-307-8061

<image001.jpg><http://forensicpursuit.com/>

Denver  <image002.jpg>   New York  <image002.jpg>  Nashville  <image002.jpg>  Dallas  <image002.jpg>  Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

            [fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter] <https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

3

From: Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>
Sent: Thursday, October 31, 2019 2:51 PM
To: Michelle Ybarra <MYbarra@keker.com<mailto:MYbarra@keker.com>>; Wallace, Sarah B <wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>>; jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>; jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>; auerbachb@ballardspahr.com<mailto:auerbachb@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Hi Jen,

I write to clear up any confusion regarding the images received by Forensic Pursuit this week.

First, Forensic pursuit received a hard drive yesterday from Berkeley Research Group (SRSA's consultant) that contains forensic images of Alex Tsarnas's and Heather Kelly's SRSA-issued MacBooks.  The decryption PIN for that drive is:  12636 Forensic Pursuit has Plaintiffs' permission to run the searches set forth in Noah Robbins' email from yesterday afternoon (October 30).  To be very clear:

  *   The "Tsarnas Laptop" referred to in Noah's email is the image of Alex Tsarnas's SRSA-issued MacBook, with serial number C02N92N9G5RQ.
  *   The "Kelly 'New' Laptop" referred to in Noah's email is the image of Heather Kelly's SRSA-issued MacBook, with serial number C02TM1X1FVH4.
Defendants (PNC, Kelly, and Tsarnas) will bear the cost of these searches.

Second, Forensic Pursuit also received a forensic image of Alex Tsarnas's iMac from Ernst & Young (Defendants' consultant).  Please run the following forensic searches—to which Defendants' counsel have already agreed—on this image.  We would appreciate the results as soon as possible.  Plaintiffs (SRSA) will bear the cost of these searches.

  1.  A list of files if they match any of the file names in the attached excel document. At a minimum, produce these fields for the matches:
     *   File Path
     *   File Name
     *   File Size
     *   Date Created
     *   Date Modified
     *   Date Accessed
     *   Date Added (if applicable)
     *   MD5 Hash
     *   Description / deleted vs. active state
  2.  Run Axiom across the computers and produce reports for all Operating System categories Axiom finds in XLSX format. Please exclude any categories that could contain the content of user documents or emails that could be privileged.
  3.  Produce all files responsive to the following criteria so long as they are not User Generated Data (as defined in Exhibit A to the forensic protocol). Please produce the data with folder structure in L01 or DMG format.

4

* All non-UGD files containing these strings in the names:
    i. MicrosoftRegistrationDb.reg
    ii. com.apple.TimeMachine.plist
    iii. .AppleSetupDone
    iv. InstallHistory.plist

* All non-UGD files containing these strings in the paths:
    i. com.apple.QuickLook.thumbnailcache
    ii. .fseventsd
    iii. private\var\logs (please include Container file types in this directory so long as they do not contain UGD)
    iv. private\var\db\uuidtext
    v. private\var\db\diagnostics
    vi. private\var\spool
    vii. Library\Preferences (including any copies under user profiles)
    viii. Library\Logs (including any copies under user profiles)
    ix. .Spotlight-v100

1. Confirm whether any APFS snapshots exist on the disk.

Please confirm receipt of this email, and please let me know if you have any questions or need clarification regarding any remaining issues from yesterday's email thread.

Thanks very much,
Ben



Ben D. Rothstein
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com<mailto:brothstein@keker.com> |
vcard<http://www.keker.com/Utilities/vCard.ashx?NodeGuid=0FEE1F03-6215-4E45-8E11-15D51FC26EDA&PhotoSource=Photo1> | keker.com<http://www.keker.com>




From: Michelle Ybarra <MYbarra@keker.com<mailto:MYbarra@keker.com>>
Sent: Wednesday, October 30, 2019 5:11 PM
To: Wallace, Sarah B <wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>>; jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>; Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>;

5

petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>;
auerbachb@ballardspahr.com<mailto:auerbachb@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

I think Jen is seeking the PIN for the BRG drive. We are working on it.

Michelle S. Ybarra
Keker, Van Nest & Peters LLP

From: Wallace, Sarah B <wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>>
Sent: Wednesday, October 30, 2019 5:02 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>;
robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>; Ben D. Rothstein
<BRothstein@keker.com<mailto:BRothstein@keker.com>>;
mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>;
weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>;
petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>;
auerbachb@ballardspahr.com<mailto:auerbachb@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]
_____
Jen

I am not sure what you are asking for and from whom?

Sarah B. Wallace
Ballard Spahr LLP
1225 17th Street, Suite 2300
Denver, CO 80202-5596<http://maps.apple.com/?address=1225%2017th%20Street,Suite%202300,Denver,CO,80202-5596>
Direct 303.299.7334<tel:303.299.7334>
Fax 303.296.3956<tel:303.296.3956>
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>
www.ballardspahr.com<http://www.ballardspahr.com>

From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>
<jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Wednesday, October 30, 2019 3:58 PM
To: Robbins, Noah (Phila) <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; 'Ben D. Rothstein'
<BRothstein@keker.com<mailto:BRothstein@keker.com>>;
mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>;
Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth
(Phila) <WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;

chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>; Petrie, Andrew J. (Denver)
<PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. (Phila)
<JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>; Auerbach, Brian (Phila)
<AuerbachB@ballardspahr.com<mailto:AuerbachB@ballardspahr.com>>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

 EXTERNAL
Thank you!

Alex, please send the decryption key for the hard drive and I will get started right away.

Best,

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>
Mobile: 520-307-8061

<image001.jpg><http://forensicpursuit.com/>

Denver  <image002.jpg>   New York  <image002.jpg>  Nashville  <image002.jpg>  Dallas  <image002.jpg>  Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

              [fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter]
<https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: Robbins, Noah <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>
Sent: Wednesday, October 30, 2019 3:53 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; 'Ben D. Rothstein'
<BRothstein@keker.com<mailto:BRothstein@keker.com>>;
mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>;
Wallace, Sarah B <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth
<WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>; Petrie, Andrew J.
<PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K.
<JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>;
AuerbachB@ballardspahr.com<mailto:AuerbachB@ballardspahr.com>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

That is correct.

Noah S. Robbins

<image006.jpg><http://www.ballardspahr.com/>

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599<http://maps.apple.com/?address=1735%20Market%20Street,51st%20Floor,Philadelphia,PA,19103-7599>
215.864.8745<tel:215.864.8745> direct
215.864.8999<tel:215.864.8999> fax

<http://maps.apple.com/?address=,,,,>

robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>
vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=9A0F86604FA1DC1686A0CAD86A808A5C&format=vcard>

www.ballardspahr.com<http://www.ballardspahr.com/>

From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com> <jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Wednesday, October 30, 2019 5:52 PM
To: Robbins, Noah (Phila) <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>; Auerbach, Brian (Phila) <AuerbachB@ballardspahr.com<mailto:AuerbachB@ballardspahr.com>>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

 EXTERNAL
Thank you, Noah.

Just to confirm, you are referring to the devices I received from Berkeley Research group only, correct? As of now, I have no instruction on Alex Tsarnas' iMac received from Ernest & Young. Please advise.

Thank you,

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>
Mobile: 520-307-8061

<image001.jpg><http://forensicpursuit.com/>

Denver   <image002.jpg>   New York   <image002.jpg>   Nashville   <image002.jpg>   Dallas   <image002.jpg>   Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

                [fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter] <https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: Robbins, Noah <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>
Sent: Wednesday, October 30, 2019 2:48 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; Wallace, Sarah B <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth <WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; Petrie, Andrew J. <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. <JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>; AuerbachB@ballardspahr.com<mailto:AuerbachB@ballardspahr.com>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Thank you Jen,

We ask that Forensic Pursuit provide:

1.      Recovery of the following folders/files from the Tsarnas laptop:

a.      /.fseventsd

b.      /Library/Preferences/com.apple.finder.plist

c.      /var/log

d.      /Library/Logs

 1. Provide the All Files Listing from Axiom for the Tsarnas laptop

9

2. Provide the remainder of the reports as dictated by the Forensic Protocol from the Tsarnas laptop and the Kelly "new" laptop

Noah

Noah S. Robbins

<image006.jpg><http://www.ballardspahr.com/>

<image007.jpg>

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599<http://maps.apple.com/?address=1735%20Market%20Street,51st%20Floor,Philadelphia,PA,19103-7599>
215.864.8745<tel:215.864.8745> direct
215.864.8999<tel:215.864.8999> fax

<http://maps.apple.com/?address=,,,,>

robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>
vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=9A0F86604FA1DC1686A0CAD86A808A5C&format=vcard>

www.ballardspahr.com<http://www.ballardspahr.com/>

From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com> <jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Wednesday, October 30, 2019 2:59 PM
To: 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; Robbins, Noah (Phila) <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>

10

Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠ EXTERNAL
Good Afternoon,

I also received an encrypted hard drive from Berkeley Research group. The enclosed letter suggests the hard drive contains the following:


1. Heather Kelly "New" SRSA-issued MacBook (serial number C02TM1X1FVH4)
2. Alex Tsarnas SRSA-issued MacBook (serial number C02N92N9G5RQ)

Please advise how I should proceed.

Thank you,

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>
Mobile: 520-307-8061

<image001.jpg><http://forensicpursuit.com/>

Denver  <image002.jpg>   New York  <image002.jpg>  Nashville  <image002.jpg>  Dallas  <image002.jpg>  Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

          [fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter] <https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com> <jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Wednesday, October 30, 2019 10:33 AM
To: 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; 'Robbins, Noah' <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>; weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>; jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Hi All,

I received an external hard drive from Ernst & Young labeled, "Alex Tsarnas' iMac".  Please advise how I should move forward with this device.

Thank you,

Jen Snodgrass, ACE
Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>
Mobile: 520-307-8061

<image001.jpg><http://forensicpursuit.com/>

Denver  <image002.jpg>   New York  <image002.jpg>  Nashville  <image002.jpg>  Dallas  <image002.jpg>  Los Angeles
Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

[fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter] <https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>
Sent: Tuesday, October 29, 2019 11:00 PM
To: 'Robbins, Noah' <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>; weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>; jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Noah, could you please provide a time between 9 am and 12 pm PST on Thursday that Defendants are available to meet and confer about this forensic request?

Regards,
Ben

From: Robbins, Noah [mailto:robbinsn@ballardspahr.com]
Sent: Tuesday, October 29, 2019 3:15 PM
To: Ben D. Rothstein; jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>; acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>; wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>; weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>;

petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>
Cc: ACQUIOM-KVP; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]
_____
Forensic Pursuit:

Defendants object to the production of the information requested in Mr. Rothstein's below e-mail, none of which bear on Plaintiffs' allegation that the Individual Defendants possess or possessed Plaintiffs' documents. Please do not produce any documents or information in response to this improper request.

Noah

Noah S. Robbins

<image006.jpg><http://www.ballardspahr.com/>

<image007.jpg>

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599<http://maps.apple.com/?address=1735%20Market%20Street,51st%20Floor,Philadelphia,PA,19103-7599>
215.864.8745<tel:215.864.8745> direct
215.864.8999<tel:215.864.8999> fax

<http://maps.apple.com/?address=,,,,>

robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>
vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=9A0F86604FA1DC1686A0CAD86A808A5C&format=vcard>

www.ballardspahr.com<http://www.ballardspahr.com/>

From: Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>
Sent: Friday, October 25, 2019 5:49 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; Matt Schroeder <mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>>; Andy Crain

<acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>>; Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth (Phila) <WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>; robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>; chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>; michael.huber@ey.com<mailto:michael.huber@ey.com>; Robbins, Noah (Phila) <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; Petrie, Andrew J. (Denver) <PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

 EXTERNAL
Jen and Counsel,

SRSA hereby requests that Forensic Protocol produce to us, pursuant to Paragraph 6 of the Forensic Protocol, the forensic artifacts and information listed below.

Counsel, paragraph 6 requires that Defendants state any objection by close of business on Tuesday, October 29.

The requested information is as follows:

1. From PNC002 (Tsarnas' iPhone) and PNC004 (Tsarnas' iPad), please provide:
   * Chat, SMS, and MMS Cellebrite reports excluding the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 612-615-1637
      ii. 626-389-7626
      iii. hckelly@gmail.com<mailto:hckelly@gmail.com>
      iv. heather@vlpaintdesign.com<mailto:heather@vlpaintdesign.com>
      v. vanderlindenpaint@gmail.com<mailto:vanderlindenpaint@gmail.com>
      vi. hkelly@srsacquiom.com<mailto:hkelly@srsacquiom.com>
      vii. hkelly@shareholderrep.com<mailto:hkelly@shareholderrep.com>
      viii. luda7@aol.com<mailto:luda7@aol.com>
      ix. Kelly
      x. Semenova

1. From PNC009 (Kelly's iPhone), please produce:
   * Chat, SMS, and MMS Cellebrite reports excluding the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.
      i. 201-294-1717
      ii. 626-389-7626
      iii. atsarnas@srsacquiom.com<mailto:atsarnas@srsacquiom.com>
      iv. atsarnas@shareholderrep.com<mailto:atsarnas@shareholderrep.com>
      v. atsarnas@me.com<mailto:atsarnas@me.com>
      vi. alextsarnas1@gmail.com<mailto:alextsarnas1@gmail.com>
      vii. atsarnas@villanova.edu<mailto:atsarnas@villanova.edu>
      viii. atsarnas@icloud.com<mailto:atsarnas@icloud.com>
      ix. atsarnas@mac.com<mailto:atsarnas@mac.com>
      x. luda7@aol.com<mailto:luda7@aol.com>
      xi. Tsarnas
      xii. Semenova

1. From PNC001, PNC005, PNC007, PNC008, PNC010 (all computers), please produce:
   * Axiom Reports of any iChat, iMessages, or any other Instant Message excluding the message content itself or any attachments, limited to records to or from these numbers, names, or email addresses.
     i. 201-294-1717
     ii. 626-389-7626
     iii. atsarnas@srsacquiom.com<mailto:atsarnas@srsacquiom.com>
     iv. atsarnas@shareholderrep.com<mailto:atsarnas@shareholderrep.com>
     v. atsarnas@me.com<mailto:atsarnas@me.com>
     vi. alextsarnas1@gmail.com<mailto:alextsarnas1@gmail.com>
     vii. atsarnas@villanova.edu<mailto:atsarnas@villanova.edu>
     viii. atsarnas@icloud.com<mailto:atsarnas@icloud.com>
     ix. atsarnas@mac.com<mailto:atsarnas@mac.com>
     x. luda7@aol.com<mailto:luda7@aol.com>
     xi. Tsarnas
     xii. Semenova

Regards,
Ben


Ben D. Rothstein
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com<mailto:brothstein@keker.com> |
vcard<http://www.keker.com/Utilities/vCard.ashx?NodeGuid=0FEE1F03-6215-4E45-8E11-15D51FC26EDA&PhotoSource=Photo1> | keker.com<http://www.keker.com>