# EXHIBIT F
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

| | |
|---|---|
| **From:** | jen.snodgrass@forensicpursuit.com |
| **Sent:** | Thursday, November 14, 2019 12:19 PM |
| **To:** | Ben D. Rothstein; auerbachb@ballardspahr.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; robbinsn@ballardspahr.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com |
| **Cc:** | ACQUIOM-KVP; sheridan-srs@sheridanross.com |
| **Subject:** | RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information |

**[EXTERNAL]**

Good Afternoon,

The production requested below is on the way via Hightail. The only items responsive to any of the search hits are as follows:

- PNC002
- PNC004
- PNC005
- PNC009
- PNC010

If anyone does not receive the production within the next 30 minutes, please let me know.

Thank you,

**Jen Snodgrass, ACE, CCO, CCPA**
*Senior Forensic Analyst*

**Phone:** 303-495-2082
**Mobile:** 520-307-8061



**Denver** ● **New York** ● **Nashville** ● **Dallas** ● **Los Angeles**

**Email:** jennifer.snodgrass@forensicpursuit.com
**Web:** http://www.forensicpursuit.com



-----Original Message-----
From: Ben D. Rothstein <BRothstein@keker.com>
Sent: Wednesday, November 13, 2019 6:42 PM
To: auerbachb@ballardspahr.com; jen.snodgrass@forensicpursuit.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; robbinsn@ballardspahr.com; petriea@ballardspahr.com;

1

jacobsh@ballardspahr.com
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

Got it.  Thank you, Brian.

-----Original Message-----
From: AuerbachB@ballardspahr.com <auerbachb@ballardspahr.com>
Sent: Wednesday, November 13, 2019 5:26 PM
To: Ben D. Rothstein <BRothstein@keker.com>; jen.snodgrass@forensicpursuit.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; robbinsn@ballardspahr.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
Subject: Re: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]

Jen and Ben,

Sorry for the confusion.  Confirmed that the BallardPNCLitTeam@ballardspahr.com and michael.huber@ey.com are the correct emails to use, and that everything should be sent simultaneously to both parties.

Best,

Brian

_____
From: Ben D. Rothstein <BRothstein@keker.com>
Sent: Wednesday, November 13, 2019 8:21 PM
To: Auerbach, Brian (Phila); jen.snodgrass@forensicpursuit.com; mschroeder@thinkbrg.com; acrain@thinkbrg.com; Wallace, Sarah B (Denver); Weissert, Elizabeth (Phila); robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Robbins, Noah (Phila); Petrie, Andrew J. (Denver); Jacobs, Hara K. (Phila)
Cc: ACQUIOM-KVP; sheridan-srs@sheridanross.com
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

 EXTERNAL

Brian: Are you confirming that Jen may release the forensic data to both parties simultaneously or are you insisting that the defense be permitted to review it first?  And if the latter, on what grounds?

-----Original Message-----
From: AuerbachB@ballardspahr.com <auerbachb@ballardspahr.com>
Sent: Wednesday, November 13, 2019 4:59 PM
To: jen.snodgrass@forensicpursuit.com; Ben D. Rothstein <BRothstein@keker.com>; mschroeder@thinkbrg.com; acrain@thinkbrg.com; wallaces@ballardspahr.com; weisserte@ballardspahr.com; robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; robbinsn@ballardspahr.com; petriea@ballardspahr.com; jacobsh@ballardspahr.com

Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
Subject: Re: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

[EXTERNAL]

Confirmed as to your email below.  Thank you.


-Brian


_____
From: jen.snodgrass@forensicpursuit.com <jen.snodgrass@forensicpursuit.com>
Sent: Wednesday, November 13, 2019 7:44 PM
To: Auerbach, Brian (Phila); 'Ben D. Rothstein'; 'Matt Schroeder'; 'Andy Crain'; Wallace, Sarah B (Denver); Weissert, Elizabeth (Phila); robert.kelso@forensicpursuit.com; chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Robbins, Noah (Phila); Petrie, Andrew J. (Denver); Jacobs, Hara K. (Phila)
Cc: 'ACQUIOM-KVP'; sheridan-srs@sheridanross.com
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠ EXTERNAL

Hi Brian,


Are you responding to Ben's email confirming that I am to send to both parties simultaneously? Or are you confirming that I should send the production to Ballard Spahr first, per my email below?


I am still waiting for two of the devices to finish processing but everything will be completed and ready for production tomorrow.


Thank you,


Jen Snodgrass, ACE, CCO, CCPA

Senior Forensic Analyst


Phone: 303-495-2082<tel:303-495-2082>

Mobile: 520-307-8061

[cid:image001.jpg@01D59A49.8163A920]<http://forensicpursuit.com/>


Denver     New York     Nashville     Dallas     Los Angeles

Email:  jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:    http://www.forensicpursuit.com<http://www.forensicpursuit.com/>


        [fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter]
<https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>


From: AuerbachB@ballardspahr.com <AuerbachB@ballardspahr.com>
Sent: Wednesday, November 13, 2019 12:38 PM
To: jen.snodgrass@forensicpursuit.com; 'Ben D. Rothstein' <BRothstein@keker.com>; 'Matt Schroeder'
<mschroeder@thinkbrg.com>; 'Andy Crain' <acrain@thinkbrg.com>; Wallace, Sarah B <WallaceS@ballardspahr.com>;
Weissert, Elizabeth <WeissertE@ballardspahr.com>; robert.kelso@forensicpursuit.com;
chris.schmidt@forensicpursuit.com; michael.huber@ey.com; Robbins, Noah <robbinsn@ballardspahr.com>; Petrie,
Andrew J. <PetrieA@ballardspahr.com>; Jacobs, Hara K. <JacobsH@ballardspahr.com>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information


Confirmed, thank you.


From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>
<jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Wednesday, November 13, 2019 2:03 PM
To: 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; 'Matt Schroeder'
<mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>>; 'Andy Crain'
<acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>>; Wallace, Sarah B (Denver)
<WallaceS@ballardspahr.com<mailto:WallaceS@ballardspahr.com>>; Weissert, Elizabeth (Phila)
<WeissertE@ballardspahr.com<mailto:WeissertE@ballardspahr.com>>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>; Robbins, Noah (Phila)
<robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; Petrie, Andrew J. (Denver)
<PetrieA@ballardspahr.com<mailto:PetrieA@ballardspahr.com>>; Jacobs, Hara K. (Phila)
<JacobsH@ballardspahr.com<mailto:JacobsH@ballardspahr.com>>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-
srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information

⚠ EXTERNAL

Good Afternoon All,

Before I send any production, I would like to confirm that the data requested below will first go to the following representatives at Ballard Spahr:

BallardPNCLitTeam@ballardspahr.com<mailto:BallardPNCLitTeam@ballardspahr.com>

michael.huber@ey.com<mailto:michael.huber@ey.com>

Once I receive authorization from Ballard Spahr, I will produce the same to Keker Van Nest & Peters.

Thank you,

Jen Snodgrass, ACE, CCO, CCPA

Senior Forensic Analyst

Phone: 303-495-2082<tel:303-495-2082>

Mobile: 520-307-8061

[cid:image001.jpg@01D59A49.8163A920]<http://forensicpursuit.com/>

Denver      New York      Nashville      Dallas      Los Angeles

Email:   jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:     http://www.forensicpursuit.com<http://www.forensicpursuit.com/>

[fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter] <https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>
<jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>>
Sent: Monday, November 11, 2019 9:24 AM
To: 'Ben D. Rothstein' <BRothstein@keker.com<mailto:BRothstein@keker.com>>; 'Matt Schroeder'
<mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>>; 'Andy Crain'
<acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>>;
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>;
weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>;
robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>;
petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>
Cc: 'ACQUIOM-KVP' <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-
srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information


I will get started right away!


Jen Snodgrass, ACE, CCO, CCPA

Senior Forensic Analyst


Phone: 303-495-2082<tel:303-495-2082>

Mobile: 520-307-8061


[cid:image001.jpg@01D59A49.8163A920]<http://forensicpursuit.com/>


Denver     New York     Nashville     Dallas     Los Angeles

Email:  jennifer.snodgrass@forensicpursuit.com<mailto:jennifer.snodgrass@forensicpursuit.com>
Web:    http://www.forensicpursuit.com<http://www.forensicpursuit.com/>


[fb] <https://www.facebook.com/FPDigitalForensics/>  [twitter]
<https://twitter.com/forensicpursuit>  [linkedin] <https://www.linkedin.com/company/forensic-pursuit>

From: Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>
Sent: Friday, November 8, 2019 6:09 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; Matt Schroeder <mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>>; Andy Crain <acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>>;
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>;
weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>;
robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>;
petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; 'sheridan-srs@sheridanross.com' <sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>>
Subject: RE: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information


Hi Jen,


Defendants have now consented to Forensic Pursuit running the searches outlined in my October 25, 2019 email, forwarded below.  Could Forensic Pursuit please run these searches as soon as possible and send us the results?


Thanks very much, and have a great weekend.


Best,

Ben


From: Ben D. Rothstein
Sent: Friday, October 25, 2019 2:49 PM
To: jen.snodgrass@forensicpursuit.com<mailto:jen.snodgrass@forensicpursuit.com>; Matt Schroeder <mschroeder@thinkbrg.com<mailto:mschroeder@thinkbrg.com>>; Andy Crain <acrain@thinkbrg.com<mailto:acrain@thinkbrg.com>>;
wallaces@ballardspahr.com<mailto:wallaces@ballardspahr.com>;
weisserte@ballardspahr.com<mailto:weisserte@ballardspahr.com>;
robert.kelso@forensicpursuit.com<mailto:robert.kelso@forensicpursuit.com>;
chris.schmidt@forensicpursuit.com<mailto:chris.schmidt@forensicpursuit.com>;
michael.huber@ey.com<mailto:michael.huber@ey.com>;
robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>;
petriea@ballardspahr.com<mailto:petriea@ballardspahr.com>;
jacobsh@ballardspahr.com<mailto:jacobsh@ballardspahr.com>

Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: SRSA v. PNC -- 10/25/19 request for additional forensic artifacts and information


Jen and Counsel,


SRSA hereby requests that Forensic Protocol produce to us, pursuant to Paragraph 6 of the Forensic Protocol, the forensic artifacts and information listed below.


Counsel, paragraph 6 requires that Defendants state any objection by close of business on Tuesday, October 29.


The requested information is as follows:

1. From PNC002 (Tsarnas' iPhone) and PNC004 (Tsarnas' iPad), please provide:
    * Chat, SMS, and MMS Cellebrite reports excluding the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.

        i.   612-615-1637

        ii.   626-389-7626

        iii.   hckelly@gmail.com<mailto:hckelly@gmail.com>

        iv.   heather@vlpaintdesign.com<mailto:heather@vlpaintdesign.com>

        v.   vanderlindenpaint@gmail.com<mailto:vanderlindenpaint@gmail.com>

        vi.   hkelly@srsacquiom.com<mailto:hkelly@srsacquiom.com>

        vii.   hkelly@shareholderrep.com<mailto:hkelly@shareholderrep.com>

        viii.   luda7@aol.com<mailto:luda7@aol.com>

        ix.   Kelly

        x.   Semenova

1. From PNC009 (Kelly's iPhone), please produce:
    * Chat, SMS, and MMS Cellebrite reports excluding the message content itself or any attachments, limited to records involving these numbers, names, or email addresses.

        i.   201-294-1717

        ii.   626-389-7626

    iii.   atsarnas@srsacquiom.com<mailto:atsarnas@srsacquiom.com>

    iv.   atsarnas@shareholderrep.com<mailto:atsarnas@shareholderrep.com>

    v.   atsarnas@me.com<mailto:atsarnas@me.com>

    vi.   alextsarnas1@gmail.com<mailto:alextsarnas1@gmail.com>

    vii.   atsarnas@villanova.edu<mailto:atsarnas@villanova.edu>

    viii.   atsarnas@icloud.com<mailto:atsarnas@icloud.com>

    ix.   atsarnas@mac.com<mailto:atsarnas@mac.com>

    x.   luda7@aol.com<mailto:luda7@aol.com>

    xi.   Tsarnas

    xii.   Semenova

1. From PNC001, PNC005, PNC007, PNC008, PNC010 (all computers), please produce:
   * Axiom Reports of any iChat, iMessages, or any other Instant Message excluding the message content itself or any attachments, limited to records to or from these numbers, names, or email addresses.

    i.   201-294-1717

    ii.   626-389-7626

    iii.   atsarnas@srsacquiom.com<mailto:atsarnas@srsacquiom.com>

    iv.   atsarnas@shareholderrep.com<mailto:atsarnas@shareholderrep.com>

    v.   atsarnas@me.com<mailto:atsarnas@me.com>

    vi.   alextsarnas1@gmail.com<mailto:alextsarnas1@gmail.com>

    vii.   atsarnas@villanova.edu<mailto:atsarnas@villanova.edu>

    viii.   atsarnas@icloud.com<mailto:atsarnas@icloud.com>

    ix.   atsarnas@mac.com<mailto:atsarnas@mac.com>

    x.   luda7@aol.com<mailto:luda7@aol.com>

    xi.   Tsarnas

    xii.   Semenova

Regards,

Ben

Ben D. Rothstein
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com<mailto:brothstein@keker.com> |
vcard<http://www.keker.com/Utilities/vCard.ashx?NodeGuid=0FEE1F03-6215-4E45-8E11-15D51FC26EDA&PhotoSource=Photo1> | http://keker.com<http://www.keker.com>