# EXHIBIT I
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

**From:** AuerbachB@ballardspahr.com
**Sent:** Monday, December 16, 2019 8:35 AM
**To:** ACQUIOM-KVP
**Cc:** sheridan-srs@sheridanross.com; ballardpnclitteam@ballardspahr.com
**Subject:** SRSA v PNC - Crain Declaration

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**[EXTERNAL]**

Counsel:

Included with SRSA's motion for preliminary injunction was an expert declaration from Mr. Andy Crain, along with 47 exhibits (ECF 70-71).  This was improper: SRSA did not timely disclose the existence of Mr. Crain as an expert as it was required to under the Federal Rules (even when directly asked), nor did the parties agree to expert discovery when the expedited discovery schedule was being negotiated.  Accordingly, Mr. Crain's expert declaration and its exhibits must be immediately withdrawn.

Please let us know by close of business today whether Mr. Crain's declaration will be withdrawn.  Otherwise, please provide your availability tomorrow for a telephonic meet and confer regarding this issue.

Regards,

**Brian S.S. Auerbach**



1735 Market Street      919 N. Market Street
51st Floor              11th Floor
Philadelphia, PA        Wilmington, DE
19103-7599              19801-3034
215.864.8839 D RECT     302.252.4463  DIRECT
215.864.8999 FAX

auerbachb@ballardspahr.com
VCARD

www.ballardspahr.com