# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C.Colo.LAtty 5(b), Andrew J. Petrie hereby moves the court for an order allowing him to withdraw as counsel for Defendants in this matter, and states the following in support of this motion:

1. On July 15, 2019, the undersigned entered his appearance as counsel for Defendants in this matter (with Sarah B. Wallace and Matthew A. Morr).

2. On January 13, 2020, James F. Bennett and Matthew E. Johnson of Dowd Bennett LLP entered their appearance as counsel for Defendants.

3. Messrs. Bennett and Dowd will be replacing me (as well as Ms. Wallace and Mr. Morr) in this matter.

4. Defendants will continue to be represented by Hara Jacobs and Noah Robbins of Ballard Spahr LLP and James Bennett and Matthew Johnson of Dowd Bennett LLP.

5. As required by D.C.COLO.LAttyR 5(b), Mr. Petrie will cause a copy of this Motion to be served on Plaintiffs and counsel of record in this matter via ECF filing.

Andrew J. Petrie, therefore, respectfully requests that the Court grant this motion and permit him to withdraw as Defendants' counsel in this case.

Respectfully submitted,

Dated:  January 14, 2020

By:  /s/ Andrew J. Petrie
Andrew J. Petrie
Sarah B. Wallace
Matthew A. Morr
**BALLARD SPAHR LLP**
1225 Seventeenth Street, Suite 2300
Denver, Colorado 80202-5596
Telephone: 303-292-2400
Facsimile: 303-296-3956
petriea@ballardspahr.com
wallaces@ballardspahr.com
morrm@ballardspahr.com

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of January 2020, I served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL** via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

                */s/ Darlene D. Dethlefs*
                Darlene D. Dethlefs