**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

---

**REPLY DECLARATION OF BENJAMIN D. ROTHSTEIN IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

---

I, BENJAMIN D. ROTHSTEIN, declare as follows:

1. I am licensed to practice law in the State of California and am a Partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("SRSA" collectively hereafter). I submit this declaration in support of Plaintiffs' Motion for Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as **Exhibit 1** are true and correct excerpts of the Rule 30(b)(6) deposition of Paul Koenig taken in this action on November 15, 2019. The highlighting in this exhibit is my own.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an October 10, 2018 email and attachment from Heather Vander Linden to Adam Lezack and Rick Fink that are Bates-numbered PNC_00056591 to PNC_00056592. The original attachment to this email is a native Microsoft Excel file, which has been converted to PDF in order to attach as an exhibit. I have added page numbers to the upper right corner of the pages on this exhibit for ease of reference.

4. Attached hereto as **Exhibit 3** are true and correct excerpts of the deposition of Adam Lezack taken in this action on October 28, 2019. The highlighting in this exhibit is my own.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an April 18, 2018 email from Heather Vander Linden to Alex Tsarnas et al. that was marked as Exhibit 17 at the Rule 30(b)(6) deposition Shashidhar Bandanatham taken in this action on November 13, 2019.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a January 15, 2019 email from Paul Arvind Mehta to Shashidhar Bandanatham and Emma Patarcity that was marked as Exhibit 19 at the Rule 30(b)(6) deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a May 31, 2019 email from Luda Semenova to Adam Lezack that was marked as Exhibit 6 at the deposition of Luda Semenova taken in this action on November 5, 2019.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a February 14, 2019 email from Alex Tsarnas to Rick Fink and Heather Kelly that was marked as Exhibit 34 at the deposition of Heather Kelly taken in this action on October 23, 2019.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a May 16, 2018 email from Richard Kotermanski to Heather Vander Linden that is Bates numbered CGI_SRS_00003002.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates-numbered PNC_00025269 to PNC_00025277.

11. Attached hereto as **Exhibit 10** are true and correct excerpts of the Rule 30(b)(6) deposition of Shashidhar Bandanatham taken in this action on November 13, 2019. The highlighting in this exhibit is my own.

12. Attached hereto as **Exhibit 11** are true and correct excerpts of the deposition of Alex P. Tsarnas taken in this action on October 17, 2019. The highlighting in this exhibit is my own.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a March 19, 2019 email and attachment from Andrew M. Girty to Adam Lezack that is Bates-numbered as PNC_00038348 to PNC_00038371.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a March 18, 2019 online chat between Aashna Sanghvi and Robert Sandt that was marked as Exhibit 15 at the deposition of Robert P. Sandt, Jr. taken in this action on October 18, 2019.

15. Attached hereto as **Exhibit 14** is a true and correct copy of a January 17, 2019 email from Robert Sandt to Heather Kelly et al. that was marked as Exhibit 31 at the Rule 30(b)(6) deposition of Shashidhar Bandanatham taken in this action on November 13, 2019.

16. Attached hereto as **Exhibit 15** is a true and correct copy of a May 30, 2019 email from Heather Kelly to Thomas Lang el al. that is Bates-numbered PNC_00037914 to PNC_00037915.

17. Attached hereto as **Exhibit 16** are true and correct excerpts of the deposition of Michael Perry taken in this action on November 21, 2019. The highlighting in this exhibit is my own.

18. Attached hereto as **Exhibit 17** is a true and correct copy of an October 18, 2017 email from Jackson Harvell to Alex Tsarnas et al. that was marked as Exhibit 20 at the deposition of Heather Kelly taken in this action on October 23, 2019.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a document Bates-numbered PNC_00043772 to PNC_00043780 that was marked as Exhibit 18 at the deposition of Adam Lezack taken in this action on October 28, 2019.

3

20. Attached hereto as **Exhibit 19** is a true and correct copy of a document Bates-numbered SRSAvPKT00073861.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a document Bates-numbered SRSAvPKT00085125.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a document Bates-numbered SRSAvPKT00085130.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a March 19, 2019 email from Ryan Simkin to Rick Fink and Adam Lezack Bates-numbered PNC_00043319 to PNC_00043322.

24. Attached hereto as **Exhibit 23** is a true and correct copy of an April 7, 2019 email fro Luda Semenova to Heather Kelly that was marked as Exhibit 8 at the deposition of Luda Semenova taken in this action on November 5, 2019.

25. Attached hereto as **Exhibit 24** is a true and correct copy of a February 25, 2019 email from Alana McHugh to Adam Lezack that was marked as Exhibit 14 at the deposition of Adam Lezack taken in this action on October 28, 2019.

26. Attached hereto as **Exhibit 25** is a true and correct copy of a document Bates-numbered PNC_00053112 to PNC_00053138 that was marked as Exhibit 6 at the deposition of Thomas Lang taken in this action on November 14, 2019.

27. Attached hereto as **Exhibit 26** are true and correct excerpts of the deposition of Heather Kelly taken in this action on October 23, 2019. The highlighting in this exhibit is my own.

28. Attached hereto as **Exhibit 27** is a true and correct copy of a February 23, 2019 email from Heather Kelly to Alex Tsarnas et a. that is Bates-numbered as PNC_00048309 to PNC_00048312.

29. Attached hereto as **Exhibit 28** is a true and correct copy of a March 19, 2019 email from Ryan Simkin to Alex Tsarnas that is Bates-numbered as PNC_00043332 to PNC_00043336.

30. Attached hereto as **Exhibit 29** is a true and correct copy of an April 4, 2019 email from Heather Kelly to Alex Tsarnas et al. that is Bates-numbered as PNC_00039912 to PNC_00039915.

31. Attached hereto as **Exhibit 30** is a true and correct copy of June 22, 2019 email from Heather Kelly to Alex Tsarnas that is Bates-numbered as PNC_00014350 to PNC_00014352.

32. Attached hereto as **Exhibit 31** is a true and correct copy of an April 18, 2019 email from Adam Lezack to Alex Tsarnas that is Bates-numbered as PNC_00004202 to PNC_00004205.

33. Attached hereto as **Exhibit 32** is a true and correct copy of a document Bates-numbered CGI_SRS_00003788 to CGI_SRS_00003790.

34. Attached hereto as **Exhibit 33** are true and correct excerpts of the Rule 30(b)(6) deposition of Thomas Lang taken in this action on November 14, 2019. The highlighting in this exhibit is my own.

35. Attached hereto as **Exhibit 34** is a true and correct copy of an August 16, 2018 email from Heather Vander Linden to Melissa Mackin et al. that was marked as Exhibit 33 at the Rule 30(b)(6) deposition Shashidhar Bandanatham taken in this action on November 13, 2019.

Respectfully submitted,

Dated: January 17, 2020

By: s/ *Benjamin D. Rothstein*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:     303 863 9700
Facsimile:     303 863 0223
Email:    *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC