# EXHIBIT 3
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF COLORADO

 3

 4   Civil Action No. 1:19-cv-02005-DDD-SKC

 5   SRS ACQUIOM INC., a Delaware
     corporation, and SHAREHOLDER
 6   REPRESENTATIVE SERVICES LLC,
     a Colorado limited liability
 7   company,

 8            Plaintiffs,

 9            v.

10   PNC FINANCIAL SERVICES GROUP,
     INC., a Pennsylvania
11   corporation, PNC BANK, N.A.,
     a national association,
12   HEATHER KELLY, an individual,
     and ALEX TSARNAS, an
13   individual,

14            Defendants.

15   _____

16      VIDEOTAPED DEPOSITION OF ADAM LEZACK AND AS A

17         30(b)(6) REPRESENTATIVE FOR PNC BANK

18                  SAN DIEGO, CALIFORNIA

19                    OCTOBER 28, 2019

20

21

22   Reported By:
     PATRICIA Y. SCHULER
23   CSR No. 11949

24   Job No. 47863

25
```

Adam Lezack                                                                 October 28, 2019

**Page 30**

```
 1  board that is made up of representatives on the
 2  seller side of the transaction?
 3       A.   That is correct.
 4       Q.   Did Fortis have a relationship with the
 5  buyers in these transactions?
 6       A.   We did.
 7       Q.   What is Fortis's relationship with the
 8  buyer?
 9       A.   So an M&A deal, at least the M&A deals
10  that we work on -- it is not one party.  There is a
11  buyer.  There is buyer counsel.  There is seller.
12  There is seller counsel.  And once again, Warren,
13  I'm just giving you a general description.  Every
14  single deal is different.  So I am giving you the
15  80/20 answer.
16            So there is -- could you repeat the
17  question again.
18       Q.   Yes.  What is the relationship that
19  Fortis has with the buyer?
20       A.   Yes.  Okay.  So as I had mentioned in the
21  service, one of our roles is to be the interface
22  with the buyer.  So we have built relationships
23  with -- I'm really proud to say this -- the
24  majority of the big companies in America.  You
25  know, I used to be, and I still am so proud.  You
```

**Page 31**

```
 1  open the newspaper, and you see, you know,
 2  "Facebook acquires WhatsApp."  Well, our name is in
 3  that agreement.
 4            So we are working hand in hand on these
 5  engagements on every single engagement from a macro
 6  perspective -- I'm sure there is the odd deal --
 7  directly with the buyer because there is the
 8  closing payments that have to be made, right?  So
 9  the buyer sends those funds over to the paying
10  agent.  But once again, the sellers are looking to
11  us.  So we are working hand in hand with the buyer
12  and the paying agent to make sure that happens.
13            And then post-closing, you have on a lot
14  of the deals what's called a working capital
15  adjustment.  And I assume you know what a working
16  capital adjustment is?
17       Q.   Let's try to -- I want to keep our
18  questions a little more focused.  So let me make
19  sure -- let me just ask this question.
20            As part of the relationship that Fortis
21  had as a shareholder rep, did Fortis enter into
22  NDAs?
23       A.   With whom?
24       Q.   That's my next question.  With whom did
25  Fortis have NDAs in the -- in its role as a
```

**Page 32**

```
 1  shareholder rep?
 2       A.   So to the extent there was an NDA -- and
 3  that is by no means on all the deals.  It is if the
 4  selling company asked for an NDA -- and that is an
 5  if because it's not all the time at all -- then
 6  there would be an NDA between Fortis and the
 7  selling company.
 8       Q.   And in the course of -- in the course of
 9  the work that Fortis was doing, did Fortis learn
10  confidential information about the transactions
11  that it was advising on?
12       A.   So what do you mean by "confidential
13  information"?
14       Q.   Information that you understood to be
15  confidential.
16       A.   So certain information would be
17  confidential.
18       Q.   How would you -- what was the expectation
19  for how Fortis would manage that confidential
20  information?
21            MS. WALLACE:  Object to the form.
22            THE WITNESS:  Can you restate the
23  question?
24  BY MR. BRAUNIG:
25       Q.   What was the expectation -- when Fortis
```

**Page 33**

```
 1  encountered confidential information, what was the
 2  expectation for how it would manage that
 3  information?
 4            MS. WALLACE:  Object to the form.
 5            You can answer if you are able.
 6            THE WITNESS:  Sure.  So can you just
 7  restate the question.  I am not really sure what
 8  you're asking.
 9  BY MR. BRAUNIG:
10       Q.   Did you treat confidential information
11  confidentially?
12       A.   To the extent information is
13  confidential, then we would treat information, you
14  know, with the reasonable care that is required of
15  it.
16       Q.   Was that true whether or not there was an
17  NDA in the process; a formal NDA?
18       A.   So was that true whether or not there was
19  a formal NDA in the process?  We employ the same
20  procedures across all of our transactions.
21       Q.   I guess my question, though, was is
22  that -- in other words, if you learned information
23  that was -- it was common in the course of your
24  work that you would learn information that was
25  confidential to the buyer or the seller; is that
```

Adam Lezack                                                              October 28, 2019

---

**Page 34**

1  right?
2      A.   Not -- so I am not really sure what you
3  are driving at.  If -- I will answer it this way.
4  So a transaction -- once again, let's say Company A
5  is buying Company B.  We certainly aren't saying
6  anything in public, unless that deal is
7  announced -- that Company A is buying Company B.
8  Much like you practicing as a lawyer, you keep that
9  quiet.  That is what we do.
10     Q.   Would you keep -- would you keep
11 information confidential in the course of those
12 transactions, regardless of whether or not there
13 was a formal NDA?
14     A.   So I will repeat it again.  Like, to the
15 extent that information is confidential that we had
16 that we otherwise think is confidential, we employ
17 the same procedure.
18          So I am not really sure what you are
19 driving at.  We don't -- unless a deal is publicly
20 announced, we are not announcing our deals.
21     Q.   From whom would you -- in the ordinary
22 course of business, from whom would you learn
23 confidential information?  Would you learn
24 confidential information from the seller in a
25 transaction?

---

**Page 35**

1      A.   If we were to learn confidential
2  information, which, in my mind, the primary thing
3  is the existence of a deal, you would learn it from
4  the seller in the transaction.
5      Q.   Could it also come from the buyer, the
6  confidential information?
7      A.   Well, we're engaged on the sell side.  So
8  I will give you -- an example of confidential
9  information could be related to drug development on
10 a milestone.  That would be something that could be
11 confidential in nature and would not be disclosed
12 to the public.
13     Q.   That is something you might learn from
14 the buyer's counsel or the buyer's side as well?
15     A.   You would typically learn that from a
16 milestone report.
17     Q.   Which would be generated by whom?
18     A.   I don't generate them.  So I could guess
19 if you want me to guess.
20     Q.   No, I don't want you to guess.
21     A.   Okay.
22     Q.   Was 2017 the last year that Fortis was a
23 stand-alone company?
24     A.   2018.
25     Q.   Was the last full year of Fortis

---

**Page 36**

1  operations 2017?
2      A.   Sorry.  You didn't say full year.  The
3  deal closed in January 31 or February 1 of 2018.
4  So the last full calendar year would have been
5  2017.
6      Q.   About how much profit did Fortis generate
7  in 2017?
8      A.   Profit?
9      Q.   Yes.
10     A.   Do you mean net income?
11     Q.   Net income.
12     A.   I don't remember.  Do you want me to
13 guess?
14     Q.   Give me your best estimate.
15     A.   Directionally?  For the calendar year of
16 2017, 4- or $5 million.
17     Q.   Who were Fortis's competitors for
18 shareholder rep services?
19     A.   So Fortis had and has a few competitors;
20 one of which is your client.  There is a few
21 small -- let's call it mom-and-pop shops that
22 provide the service.  But by far the biggest
23 competitor to SRS and to Fortis is the individual
24 shareholder who decides to do it themselves.
25     Q.   For professional shareholder services,

---

**Page 37**

1  the two big players are SRS and Fortis, correct?
2      A.   That is correct.
3      Q.   Prior to the PNC acquisition, had Fortis
4  considered getting into making a bigger play within
5  the payments and escrow business?
6      A.   Yes.
7      Q.   Why is that?
8      A.   Why did Fortis consider --
9      Q.   Yes.
10     A.   You said make a play?  What did you say?
11     Q.   Make a bigger entry into the payments and
12 escrow side of the business.
13     A.   Well, so simple business reason.  When
14 you have a business that has complimentary services
15 that you otherwise have deep subject matter
16 expertise in, to the extent that you can build out
17 those businesses and gain additional revenue --
18 that is a reasonable thing to do versus going down
19 a path that you have no understanding of.
20     ==Q.   Prior to 2018, did Fortis have any sort==
21 ==of online payment software that it had built?==
22     ==A.   Online payment software?==
23     ==Q.   Yes.==
24     ==A.   So we had multiple online products.  We==
25 ==did not have an online payment software.  We had an==

---

Adam Lezack                                                              October 28, 2019

```
 1   online portal which we developed and built.  We had
 2   an online M&A marketing tool which we developed and
 3   built.
 4       Q.   But not an online paying agent software?
 5       A.   Actually, we also helped customize for
 6   our own use, you know, payment platforms within
 7   financial institutions.
 8            But we did not market an online payment
 9   whatever you called it.  I mean, you would have to
10   repeat whatever you called it.
11       Q.   Did Fortis, prior to 2018, have the
12   ability to do letters of transmittal in an online
13   process?
14       A.   What do you mean by that?
15       Q.   Did you have -- did Fortis have a
16   technology that allowed people to execute letters
17   of transmittal in an online format or an online
18   process?
19       A.   Did we have the technology?  Absolutely.
20   I had a DocuSign account.  I could have done that
21   in about one minute.  Did we do it?  No.
22       Q.   What about compensation payments for
23   employees?  Is that something that Fortis did prior
24   to 2018?
25       A.   Yes.
                                                Page 38
```

```
 1       Q.   In what capacity?
 2       A.   So let's -- it is really important to
 3   answer your question in a comprehensive manner.  So
 4   when you say "compensation payment," can you tell
 5   me what you mean by that?
 6       Q.   Did Fortis handle compensation payments
 7   for non -- for people who were -- in addition to
 8   shareholder payments, did Fortis handle
 9   compensation payments, for example, to option
10   holders?
11       A.   Okay.  I think I understand your
12   question.  So there is -- I am going to assume, you
13   know -- do you need me to explain to you what a
14   compensation payment is and the underlying
15   characterization from a tax perspective?
16       Q.   Why don't you go ahead and do that.
17       A.   So you have security holders on the deal.
18   Warren is a security holder in Warren's company.
19   Warren invests $10.  You're a hard-money investor,
20   right?  You don't work at the company.  Sarah works
21   at the company.  She's an employee.  Sarah really,
22   really wants to be paid $300,000 a year, but you
23   don't have $300,000 a year to pay Sarah.  You have
24   $100,000 a year to pay Sarah.
25            But Warren, you're a really persuasive
                                                Page 39
```

```
 1   guy, super persuasive, and you tell Sarah "Come
 2   join the company.  We are going to build a great,
 3   great exit here.  And when we exit the company, you
 4   are going to make a lot of money."  So the question
 5   is, how?  You are going to grant Sarah an option,
 6   right?
 7            And I will just tell you that there are
 8   ISOs, there's MSOs.  And that is neither here nor
 9   there for the purposes.  But let's just go down the
10   ISO path.  You are going to grant Sarah an
11   incentive stock option.  And that is an exercisable
12   security pursuant to which there is a price on it.
13   And Sarah does not own that security until she
14   exercises it.  It is contractual.
15            So what is happening now is Sarah has
16   been granted -- in exchange for her as an employee,
17   in the course and scope of her employment, that is
18   part of her compensation, right?  So she has her
19   paycheck that comes every two weeks that is subject
20   to FICA and withholding, but she also has this
21   option that you granted her.
22            And I'm not going to go down the path of
23   83-B elections.  It's sort of not important for
24   what I think you are asking.  So now you get to an
25   exit event; a liquidity event.  Okay.
                                                Page 40
```

```
 1            And so at that liquidity event, you have
 2   to look at all of the security holders on -- I
 3   refer to them as cap tables or payment
 4   spreadsheets.  You have to look at all of the
 5   security holders and how that security was granted
 6   to that individual or institution and for what
 7   reason and at what time.
 8            So we know that Sarah was granted an ISO
 9   in exchange for her working at the company.  Okay.
10   So we can put everything else aside.  So now the
11   deal closes.  That ISO, because it was granted to
12   her in the course and scope of her employment in
13   exchange for her working, is no different than the
14   cash that showed up on her W-2.
15            So what has to happen is, the company has
16   a legal obligation, pursuant to the IRS regs, to
17   treat it as compensation, meaning that that payment
18   has to go through a payroll process.  There has to
19   be the calculation of the applicable withholding
20   taxes.  There has to be the respective tax filings
21   at the respective institution, whatever that may be
22   at the time.
23            And so back to your original question.
24   Yes, we have done that before on a Fortis deal.
25       Q.   Was that something that Fortis did in the
                                                Page 41
```

Adam Lezack                                                              October 28, 2019

```
 1  ordinary course of its engagements?
 2      A.   So not in the ordinary course of its
 3  engagements.  In the ordinary course of its
 4  engagements -- and let me be clear.  When you say
 5  "did it," what do you mean by "did it"?
 6      Q.   Prior to 2018.
 7      A.   Oh, I understand the time.  I got that.
 8  But you were saying "did it."  What do you mean by
 9  "did it"?
10      Q.   Let me ask the question again.
11           Prior to 2018, in the ordinary course of
12  business, was handling compensation payments to
13  employees of the selling company, not in their
14  shareholder capacity -- was that something that
15  Fortis -- a service that Fortis performed?
16      A.   When you say "did it" or "performed it,"
17  did you mean is Fortis a payroll business?
18      Q.   Right.  Was Fortis the one -- was Fortis
19  an entity that was handling those payments?
20      A.   Well, so in the shareholder rep capacity,
21  we are managing all payments.  But I am saying
22  managing.  And that's why I'm a little confused by
23  your question.
24           But the way payroll payments or
25  compensation payments work is -- like, PNC does not
                                                Page 42
```

```
 1  do them, nor do I believe your client does them
 2  either.  It is simply an outsourced function.
 3           So what you do is you engage -- I'll make
 4  this up.  ADP or Paychex.  There are businesses
 5  that are payroll providers.  And all you have to do
 6  is provide information to them, and then they
 7  process it for you.  So it is just an outsourced
 8  contractual arrangement.
 9           So we had -- as I said we said, we had
10  done that prior to 2018; not on a grand scale.
11      Q.   How many times had Fortis done that prior
12  to 2018?
13      A.   I can distinctly remember one.  Whether
14  there was an additional one that my colleague had
15  managed, I don't know.
16      Q.   So one out of how many deals did Fortis
17  do between 2011 and 2017?
18      A.   Hundreds.
19      Q.   Only one -- only in one of those had
20  Fortis, to your recollection, handled employee
21  compensation payments?
22      A.   Yeah.  Simply because there were other
23  parties that were doing it.  In that respect they
24  had asked us to do it, and it's very easy to do.
25  We just have to engage a payroll provider; provide
                                                Page 43
```

```
 1  them with the information that they ask.  And they
 2  do the work, file the tax returns.
 3      Q.   But was it something that Fortis did
 4  not -- had not invested the energy into developing
 5  on a grand scale as a product or as a service?
 6      A.   Well, there is no -- keep in mind, it is
 7  the payroll provider that does these.  That is why
 8  I'm confused.  Like, we don't make payments.  The
 9  payroll provider -- that is actually the service.
10  It is managing them.  Does that make sense?
11      Q.   Okay.  But the answer is, it is something
12  that Fortis had not developed on a grand scale as a
13  service?
14      A.   I didn't say that at all.
15      Q.   You said it had only been done once?
16      A.   That is what I said.
17      Q.   Had Fortis -- prior to 2018, had
18  Fortis --
19      A.   Just one second.
20      Q.   Had Fortis developed a business plan
21  to -- around becoming or developing a paying
22  agent -- paying agent business?
23      A.   Had we developed what?
24      Q.   A business plan or a business case-type
25  document around investing in a paying agent
                                                Page 44
```

```
 1  business.
 2      A.   We actively worked on the paying agent
 3  business.  It is not anything formal like a plan,
 4  as you are using that word.  But we had mocked up
 5  and worked on, you know, thoughts of that business
 6  prior to the acquisition by PNC.
 7      Q.   When you say "We had mocked up and worked
 8  on it," in what way was that documented?
 9      A.   In what way was that documented?
10      Q.   Yes.
11      A.   Documented in the sense of, you know,
12  making screenshots and working with our team to
13  figure out -- knowing what we know about the paying
14  agent business, what screen would go here and what
15  screen would go there.
16      Q.   Who were you -- who was Fortis working
17  with to develop these screenshots?
18      A.   Ourselves.
19      Q.   Internally?
20      A.   Yeah.
21      Q.   Were the -- was the screenshots that you
22  are describing -- was that for an online paying
23  agent platform?
24      A.   Correct.  But we were doing that years
25  before with a company called SecondMarket that no
                                                Page 45
```

**Page 54**

1   Q. Were there other entities who were -- who
2   were engaged in that process of potential acquirers
3   as well?
4   A. Correct.
5   Q. Who were the other potential acquirers?
6   A. So because you can only ever be acquired
7   by one, I can do my best to remember the names of
8   other names I saw, but whether or not any of them
9   would have ultimately become a potential acquirer,
10  I can't tell you that.
11  Q. Who were they?
12  A. Goldman Sachs. United Bank. Wilmington
13  Trust. Wilmington Trust was -- let me back up.
14  Wilmington Trust was not part of that process.
15  They actually made an unsolicited offer. There was
16  others. A bank in Pittsburgh. I forget the name.
17  It's a big bank that I've seen their sign in
18  Pittsburgh. Maybe Citizens or -- I don't remember.
19  There are probably two or three others.
20  Q. Was -- was PNC the only one with whom you
21  went through a due diligence process?
22  A. Was PNC -- what do you mean by "due
23  diligence process"?
24  Q. Did anyone else get around to making an
25  offer on Fortis?

**Page 55**

1   A. Multiple of them did.
2   Q. Did Fortis have a series of meetings with
3   PNC during the acquisition -- during that
4   investment bank sort of process?
5   A. We did, yeah.
6   Q. Who did you meet with at PNC prior to the
7   acquisition?
8   A. With all respect, there are a lot of
9   people. I will do my best to just tell you the
10  folks I can remember.
11  Q. Okay. Sure.
12  A. Tom Lang. I met with the CEO of the
13  bank, a gentleman named Bill Benchek. I met with a
14  gentleman who was head of technology. I met with
15  the CFO, I presume, of the CNID Bank. I met
16  with -- there was another individual from finance.
17  I met with a gentleman named Dave Williams. I met
18  with -- there was a bunch of people.
19  Q. Were there people who were particularly
20  involved in that process on the PNC side?
21  A. I don't know what goes on behind closed
22  doors. PNC is a very sophisticated organization
23  that has multiple scrum teams, I assume. I don't
24  know what goes on behind closed doors. I can't
25  guess.

**Page 56**

1   Q. During the course of those discussions,
2   did you develop an understanding of why PNC wanted
3   to acquired Fortis?
4   A. I knew our thesis as to why. There was
5   never a head-to-head conversation of "This is our
6   reason. Is this your reason?" Right? But I would
7   have presumed it would have been aligned with the
8   theory under our CIM.
9   Q. Which was?
10  A. Escrows, payments, shareholder rep, all
11  services that you only have to go to one place.
12  And you can pick and choose whatever you like, but
13  you don't have to reach out to multiple vendors.
14  Because the ultimate goal at the end of the day --
15  so you are in a customer service business, as much
16  as you don't think it. I'm in a customer service
17  business. And at the end of the day, you win
18  business from relationships.
19      And so our whole goal was to be able to
20  bring collectively the relationships together and
21  make it easy on folks to work and not have to deal
22  with multiple vendors.
23  Q. During due diligence, did PNC express any
24  concerns about Fortis's lack of a technology
25  component?

**Page 57**

1   A. No, not at all.
2   Q. Let's mark --
3   A. That I'm aware of.
4      (Exhibit 1 was marked for identification.)
5   BY MR. BRAUNIG:
6   Q. Let's mark as Lezack Exhibit 1, please.
7   Lezack Exhibit 1 is PNC43772 to -780.
8      Do you recognize Lezack Exhibit 1?
9   A. Have I seen this? I don't recall seeing
10  this.
11  Q. Did you participate in a -- did you
12  participate in a due diligence session with
13  someone -- with a group called KBW?
14  A. So KBW is the investment bank.
15  Q. Was there -- who -- were they your
16  investment bank or were they PNC's?
17  A. KBW was the investment bank that Fortis
18  engaged.
19  Q. Did you have a diligence session with
20  them in or around November of 2017?
21  A. You know, I just -- I don't remember.
22  Q. What was -- I want to draw your attention
23  to -- I want to draw your attention to the page
24  that's got 775 on the bottom; in the bottom
25  right-hand corner.

Adam Lezack                                                          October 28, 2019

### Page 58

1  A.  I am at that page.
2  Q.  There is a section -- there is a bullet
3  point under "What do banks do to facilitate
4  payments in escrow" that talks about an integrated
5  online solution.
6      My question for you is:  What was -- as
7  of November of 2017, what was Fortis's concept of
8  an integrated online solution?
9  A.  Hold on.  Give me a few minutes.  I was
10 distracted.  I need to read this, and then ask me
11 the question.
12 Q.  You understand specifically the section
13 that I am asking you about, though?
14 A.  The "What do banks do to facilitate
15 payments in escrow"?
16 Q.  Correct.
17 A.  Yeah.  Give me a minute or two to get
18 some context.
19 Q.  Yeah.
20 A.  Okay.  I have read these bullet points.
21 **Q.  My question is:  In November of 2017,**
22 **what was Fortis's idea for an integrated online**
23 **solution?**
24 **A.  So the idea in and of itself was to build**
25 **a paying agent business.  This is just -- you know,**

### Page 59

1  **the world we live in now is digital.**  This is just
2  that piece of having the paying agent business.
3      To your question, it is no different than
4  we had -- I had mentioned before with respect to
5  our thought the year before that and the year
6  before that.
7  Q.  So was the -- was it simply at a concept
8  level in November of 2017?
9  A.  What do you mean by "concept level"?
10 Q.  Was there any work that had been done to
11 develop this integrated online solution as of
12 November of 2017?
13 A.  So as I had mentioned before, we had
14 not -- we, being Fortis, had not built a paying
15 agent business on a grand scale before we joined
16 PNC.
17 Q.  And there was no -- there was no written
18 document that sort of laid out what it would take
19 in Fortis's view to build that product as of
20 November of 2017?
21 A.  A written document saying Step 1, Step 2?
22 Is that what you are saying?
23 Q.  For example.
24 A.  No.  There was no document that was
25 saying Step 1 or Step 2.  To be fair, none of that

### Page 60

1  is required.  I have been doing this so long, it
2  would take me five minutes to whiteboard what you
3  need to do.
4      MR. BRAUNIG:  I will move to strike
5  everything after "fair."
6      THE WITNESS:  What does that mean?
7  BY MR. BRAUNIG:
8  Q.  Let me ask you another question.
9      MS. WALLACE:  Just ignore it.
10 BY MR. BRAUNIG:
11 Q.  On page 43776, it says --
12 A.  Sorry.  Where are you?
13 Q.  On page 43776, so the next page.
14 A.  Page 5.  Got it.
15 Q.  Page 5.  It says that "Overall, they have
16 very minimal technology; only proprietary
17 technology.  Are there two client facing systems,
18 Foresight and Forecast?"
19     Can I just ask you what Forecast was, or
20 is?
21 A.  Of course.
22 Q.  What is it?
23 A.  Forecast -- so do you see in the
24 parentheses "shareholder portal"?
25 Q.  Yes.

### Page 61

1  A.  Before, when I had said the word
2  "portal," that is what I was referring to.
3  Q.  What does Forecast -- what service does
4  Forecast provide?
5  A.  Well, service is not the right word to
6  use.  What Forecast is -- I will describe what
7  Forecast is.
8      So on a deal, you have 200 security
9  holders, right?  And a security holder wants to
10 know "How much am I going to get paid," okay.  "How
11 much am I going to get paid at closing?  How much
12 am I going to get paid," to the extent there's a
13 working capital adjustment that has neither a
14 negative or positive adjustment.  It is -- we'll
15 call it neutral.
16     "How much am I going to get paid if and
17 when an escrow is released?  If and when multiple
18 escrows are released.  How much can I get paid if
19 there was a milestone that was hit?  What if there
20 was eight milestones?  How much of that expense
21 fund am I going to get?  How much am I entitled to
22 get?"
23     So what we built -- and this is all from
24 our business expertise.  And it really is six of
25 one, half dozen of another to the payment business.

Pages 58 to 61

Adam Lezack                                                                October 28, 2019

```
 1  We built a portal -- and when I say "built," we
 2  lent our business expertise.  We would sit in a
 3  room with technology people, and we'd describe in
 4  layman's terms -- although it is not for laypeople.
 5  It is a sophisticated subject matter.  We would
 6  describe "This is what we need.  This is what
 7  happens."  And then the technology people build it.
 8          So what it is, is you can log into the
 9  portal.  It is called Forecast.  And the idea with
10  Forecast is you can forecast into the future how
11  much you might get on any respective piece of your
12  deal.
13          So Forecast -- one of the great things
14  about Forecast too is, you know, similar to when I
15  joined PNC and I was telling them "We need to have
16  this for the paying agent business," a lot of times
17  you have a venture capital fund.  And a venture
18  capital fund -- their business is to raise
19  $1 billion and go invest it in 100 companies.  And
20  hopefully they sell a bunch of portfolio companies.
21          So rather than just seeing one deal,
22  Forecast allows them -- it is a portal.  It is
23  like -- think of it like a shareholder portal.
24  They can see all of their deals in one repository.
25      Q.  Who are the users of Forecast?  Are they
                                                Page 62
```

```
 1  individual shareholders of companies who are -- who
 2  have been sold?
 3      A.  So who are the folks that would have --
 4      Q.  Log into Forecast.
 5      A.  So the folks that would log into
 6  Forecast -- I am not sure "log in" is the right
 7  word, but you get the cap table.  Okay.  It is a
 8  great question.  You get the cap table.
 9      Q.  Just tell me -- just answer the specific
10  question.  Who logs in?
11      A.  Well, but I am going to answer the
12  specific question.
13      Q.  Okay.
14      A.  You get the cap table that lists all of
15  the security holders, right?  And they are
16  different on every deal.  And that cap table will
17  tell you that "Warren gets 100 bucks here.  Warren
18  gets 500 bucks there."
19          So Warren would have the ability or --
20  unless you asked, you know, your wife to do it
21  or -- I don't know if you are married, but whoever
22  you would give access to -- and we have another
23  feature, but I'll put that aside -- the ability to
24  go in and see your holdings on that deal because
25  you are a security holder on that deal.
                                                Page 63
```

```
 1      Q.  So security holders are the ones who
 2  access Forecast?
 3      A.  That is who has the right to access
 4  Forecast.  That is right.
 5      Q.  Thank you.
 6          Let me ask you to turn to the next page.
 7      A.  Sure.
 8      Q.  And it says --
 9      A.  You had asked me one more thing.
10      Q.  There is not a question pending right
11  now.
12      A.  Okay.
13      Q.  Let's just keep moving.
14          It says -- you see about the fifth bullet
15  down --
16      A.  You're on page 6?
17      Q.  I'm on page 6.  "Don't have any services
18  built for paying agent or escrow."
19          Was that accurate as of November of 2017?
20      A.  So in the context of this bullet point,
21  they were referring to the combined service that we
22  were talking about.  That is correct.
23      Q.  What do you mean "the combined service"?
24      A.  As we talked about, escrow business,
25  paying agent business.
                                                Page 64
```

```
 1      Q.  Did you have services built for paying
 2  agent or escrow?  Did Fortis in 2017?
 3      A.  Well, aside from the expense fund
 4  holding, we are not an escrow agent, right?  And so
 5  we did not function as an escrow agent in that
 6  capacity.  And we were not acting as a paying agent
 7  on our deals.
 8      Q.  When PNC acquired Fortis, how much about
 9  PNC pay for Fortis?
10      A.  When the deal closed, PNC paid just at a
11  macro level $40 million.
12      Q.  At the time of the acquisition, it had
13  already been decided that PNC and Fortis were going
14  to build a paying agent platform?
15      A.  Correct.
16      Q.  The answer is "yes"?
17      A.  Yes.  Correct.  We decided that we were
18  going to build a paying agent business, a component
19  of which would be an online tool.
20      Q.  Did you personally receive cash or stock
21  as part of the acquisition?
22      A.  I personally received cash.
23      Q.  Is any of your compensation related to
24  that transaction contingent on future events at
25  PNC?
                                                Page 65
```

Pages 62 to 65

Adam Lezack                                                          October 28, 2019

```
 1     A.  Could you clarify that a bit?
 2     Q.  Yeah.  Do you -- does any of the
 3  compensation that you get associated with that deal
 4  depend on the success of a paying agent business at
 5  PNC?
 6     A.  Not on the success of a paying agent
 7  business.
 8     Q.  Does it depend on the success of
 9  something else?
10     A.  Yes.
11     Q.  What is that?
12     A.  So to the extent that we hit certain
13  targets for dollars under management, escrow
14  deposits, then there is a contingent component of
15  the transaction as well.
16     Q.  What was -- to the best of your
17  recollection, what is that contingent component?
18  In other words, how much did you and the other
19  Fortis founders stand to gain, based on the amount
20  under management?
21     A.  You are saying in the past, how much did
22  we stand to gain?
23     Q.  How much do you stand to gain?
24     A.  So it is a function of how many dollars
25  are under management.  And if you get more dollars,
```
Page 66

```
 1  you could get more dollars.  If there are more
 2  dollars under management, then you could earn more
 3  dollars on the compensation plan.
 4     Q.  Got it.
 5         So if I am understanding correctly, there
 6  is -- if PNC is able to get some amount of dollars
 7  under management, you individually stood to get
 8  some sort of a bonus associated with that?
 9     A.  That is a generic way of saying it, but
10  yes.
11     Q.  Was your compensation in any way
12  dependent on the speed with which PNC developed a
13  paying agent capability?
14     A.  The paying agent?
15     Q.  Yes.
16     A.  Not the paying agent.
17     Q.  All based on escrow amounts under
18  management?
19     A.  Correct.  Well, it's dollars under
20  management, not -- "escrow" is not the right word.
21  It's -- I forget the defined term, but it is
22  dollars.
23     Q.  Is it dollars under management in a
24  particular year or a particular moment in time that
25  your compensation is based on?
```
Page 67

```
 1     A.  That is correct.  There is a time frame.
 2         MR. BRAUNIG:  It's probably a good time
 3  to take a break.
 4         THE VIDEOGRAPHER:  The time is 10:36 a.m.
 5  We're off the record, ending Media No. 1.
 6         (Recess taken.)
 7         THE VIDEOGRAPHER:  The time is 10:50 a.m.
 8  We are now back on the record, beginning Media
 9  No. 2.
10  BY MR. BRAUNIG:
11     Q.  Mr. Lezack, does Fortis maintain customer
12  lists?
13     A.  Not in the formal sense of a customer
14  list.
15     Q.  Is there some sort of an informal
16  customer list that you are referring to or you are
17  thinking about?
18     A.  Well, I am just thinking about the fact
19  that we know who the folks are that we do deals
20  with.
21     Q.  Do you share that information publicly,
22  the knowledge that you have of who you do deals
23  with?
24     A.  So to the extent that it is publicly
25  known information, then we are proud of our
```
Page 68

```
 1  relationships.
 2         So with customers -- the customers is
 3  different in our business, but we have referral
 4  relationships that we are very proud of.
 5     Q.  Does Fortis track who its most
 6  significant customers are by referral or by
 7  revenue?
 8     A.  No.  Because it is one and done.  Each
 9  deal in and of itself is a deal, and once it is
10  done, it's never going to happen again.
11     Q.  Is that different for PNC, now that you
12  are working with buyers?
13     A.  Is that different from PNC -- sorry.  Is
14  what different?
15     Q.  The one-and-done nature of the business.
16     A.  Yes.  So every deal in and of itself is
17  unique.  You may have a situation where a buyer
18  could engage you on multiple transactions in that
19  circumstance.
20     Q.  Is that something that you had
21  encountered while you were at Fortis?
22     A.  Sure.
23     Q.  There were buyers who would work with
24  Fortis on multiple transactions?
25     A.  Correct.
```
Page 69

Adam Lezack                                                                                          October 28, 2019

| | |
|---|---|
| 1  pre-closing solicitation is when -- it just means | 1  A.  So I actually don't know the answer to |
| 2  getting someone to sign a document before you've | 2  that question. |
| 3  closed.  So who knows what this document is here. | 3  Q.  Where is the -- are there metrics like |
| 4  I don't know if it was like a post-closing payment. | 4  that what's shown here on Page 39366, Solicitation |
| 5  I don't know.  It could be is all I'm saying. | 5  Status.  Is this part of what a user is able to see |
| 6  Q.  Does PNC run the pre-closing solicitation | 6  in within PNC Paid? |
| 7  process through its -- through the PNC Paid online | 7  A.  Who's a user? |
| 8  solution? | 8  Q.  A solicitor, so that would be a what, a |
| 9  A.  Currently, as far as I understand, still, | 9  seller? |
| 10 no.  This is -- this is just a mock-up picture. | 10 A.  Like a shareholder? |
| 11 Q.  So today, does PNC -- to your knowledge, | 11 Q.  No, I'm thinking like a buyer or seller. |
| 12 does PNC do pre-closing solicitation through some | 12 A.  Well, a seller -- do you mean the |
| 13 sort of a paper form? | 13 corporate entity or the -- the shareholder who's |
| 14 A.  No.  No.  So what you had just asked was | 14 actually selling. |
| 15 whether we did it online, and you were referencing | 15 Q.  Not the individual shareholder? |
| 16 these pictures.  I'm saying these are just | 16 A.  So a corporate entity? |
| 17 pictures.  Pre-closing solicitation is just another | 17 Q.  Yes. |
| 18 way of saying sending out a document and getting it | 18 A.  I don't know. |
| 19 signed back.  We do that all day long. | 19 Q.  Let me ask you about the next page, |
| 20 Q.  Do you do it through an online log in | 20 39367. |
| 21 process? | 21 A.  Okay. |
| 22 A.  DocuSign.  That's why I mentioned | 22 Q.  It says Payment Reporting.  Is this a |
| 23 DocuSign before. | 23 feature that PNC offers today? |
| 24 Q.  And that's all done -- it's simply done | 24 A.  To whom? |
| 25 via DocuSign, all the pre-closing -- all the | 25 Q.  To buyers or sellers. |
| Page 174 | Page 176 |
| 1  pre-closing solicitation that PNC does today is | 1  A.  I don't know. |
| 2  simply one-off DocuSign? | 2  Q.  How about the next page and this Deal |
| 3  A.  So for you to use the word "simply" is an | 3  Mechanics Tracking, is that something that PNC |
| 4  insult to the technology people, but I know what | 4  offers today? |
| 5  you're trying to say.  There is nothing simple | 5  A.  So this is, looks as the exact same as |
| 6  about building out a software system from my | 6  the page before in one respect or another.  This |
| 7  perspective, not being a software person, I would | 7  could just be our back-end system.  I don't know |
| 8  never use the word "simple." DocuSign is a | 8  specifically. |
| 9  component that is used in a software system. | 9  Q.  Is this part of what PNC tells buyers and |
| 10 DocuSign, which I'm sure you're aware, is | 10 sellers it, you know, delivers to them as part of |
| 11 a system that you can electronically sign a | 11 the pre-closing solicitation process, all of these |
| 12 document.  So you could send out a document that's | 12 windows into what the status is of a particular |
| 13 a stockholder consent, a 280G vote.  I can make up | 13 solicitation document? |
| 14 a whole other bunch of documents that I've known | 14 A.  So as part of the marketing, there's a |
| 15 for my entire career, and you send them out, and | 15 concept of, you know, a dashboard, and these appear |
| 16 you can get them signed, or a yes, or a check, back | 16 to be dashboards. |
| 17 through the system. | 17 Q.  Do you know whether these are dashboards |
| 18 Q.  Does a person have to log in to PNC Paid | 18 that PNC offers today? |
| 19 in order to participate in the pre-closing | 19 A.  I don't. |
| 20 solicitation process? | 20 Q.  Let me ask you to turn to the next page |
| 21 A.  Log in? | 21 that has 369 at the bottom.  It says "Personalized |
| 22 Q.  Yeah. | 22 Dashboard." |
| 23 A.  Versus? | 23 A.  All right. |
| 24 Q.  Just receiving an email and clicking | 24 Q.  369 at the bottom. |
| 25 through. | 25 A.  Okay. |
| Page 175 | Page 177 |

Pages 174 to 177

Adam Lezack                                                                October 28, 2019

```
 1      Q.   What is the personalized dashboard that's
 2   being described here?  Being shown here?
 3      A.   So this is -- I'll take credit for this
 4   idea.  This is similar to what I had explained to
 5   you before we've done in our portal within Fortis.
 6   It's just the ability to have transparency for your
 7   client about their respective transaction.  So I'm
 8   presuming when I say "client," it's a buyer, right?
 9   They would be able to see what's going on on a
10   respective transaction.
11      Q.   Is this a -- is this personalized
12   dashboard, is this something that PNC offers today
13   to clients?
14      A.   I don't know.
15      Q.   You don't know whether there are
16   personalized dashboards for buyers?
17      A.   I do a lot of things.  I just haven't
18   logged into the product in a while, so...
19      Q.   I understand.  I understand.
20      A.   I said I --
21      Q.   I'm just going to ask you.  I
22   recognize -- there are -- hold on.  I recognize
23   there are going to be times when you don't know.
24   Just -- you can just say "I don't know."
25      A.   I did.  I don't know.
                                                Page 178

 1      Q.   Let's turn to the page that has 372 at
 2   the bottom.
 3      A.   Okay.
 4      Q.   That starts a section called "Review and
 5   sign deal documents."
 6           Is that a feature that PNC Paid -- that
 7   PNC offers today as part of PNC Paid?
 8      A.   So I'm fairly confident what PNC offers
 9   is, I call it DocuSign, the ability to review and
10   sign a deal document quickly and easily.
11      Q.   That is done through the PNC Paid
12   website?
13      A.   Well, I don't know if it's done through a
14   website or a cloud system.  I'm not a technical
15   person.  Honestly, I don't know how it's actually
16   done, but I know it's done in the online world.
17      Q.   And then I want you to turn to the last
18   page that has 375 at the bottom.
19      A.   Okay.
20      Q.   Complete tax reporting solution.
21      A.   Yes.
22      Q.   Is that a service that PNC provides
23   today?
24      A.   This is what I was describing earlier.
25   This is where we have ADP.  I believe it's ADP,
                                                Page 179

 1   don't hold me to that, but it's an outsource
 2   payroll provider, that we can manage the
 3   compensation payments on a transaction, you know,
 4   through working with them and we do all of the work
 5   for the clients.
 6      Q.   Is that a service that PNC provides
 7   today?
 8      A.   So PNC manages it, but it's provided on
 9   the back-end through ADP.
10      Q.   And, yes, that's available today?
11      A.   It the extent that a client wanted it,
12   sure.
13      Q.   Do you know when that became available
14   for clients who wanted it?
15      A.   So we did a deal back in -- I don't --
16   we've done a deal before with it.  I don't remember
17   the exact date.
18      Q.   Just one?
19      A.   I can only think of one.
20      Q.   What was that one?
21      A.   What was what?
22      Q.   What was the deal you're thinking of?
23      A.   It was --
24           THE WITNESS:  Can I give client names?
25           MS. WALLACE:  Yeah, we can mark it as
                                                Page 180

 1   attorney's eyes only.
 2      A.   It was deal between a company called
 3   BlackBerry, the old phones, and a company called
 4   Cylance.
 5      Q.   One of the services that PNC provided for
 6   BlackBerry in that situation was this employee
 7   compensation reporting?
 8      A.   Well, it's not reporting.  It's managing
 9   the compensation payments.  I don't want to waste
10   your time explaining the service, but it's managing
11   the compensation payment on that deal.
12      Q.   Got it.
13           Let me ask you to turn to the page that
14   has 377 at the bottom.
15      A.   Sure.
16      Q.   There's a description of strategy.  Is
17   this a deck that you prepared?  Did you prepare
18   this deck?
19      A.   I told you in the beginning, I don't
20   remember this one.
21      Q.   Did you understand that there was a
22   tremendous competitive opportunity to leapfrog the
23   rest of the industry?
24      A.   Where are you looking?
25      Q.   On the page that says, "Strategy," under
                                                Page 181
```

Page 182

1  strategy?
2  A.   Okay, sorry.  What's your question?
3  Q.   What did you understand the -- how did
4  you understand PNC had an opportunity to leapfrog
5  the rest of the industry?
6       MS. WALLACE:  Object to the form.
7       THE WITNESS:  Okay.  So that's a word
8  that my colleague Rick Fink would use.  So maybe
9  Rick came up with this sentence, but I absolutely
10 believe in the whole-hearted nature of this
11 sentiment.  So we're competing in an industry that
12 has many, many players in it, including your
13 client, that all do the same thing, right?  And so
14 our view is that when you bring the best people and
15 deliver the best service with, you know, a great
16 product and nonstop responsiveness, you can do
17 better than everyone else because the other folks
18 don't provide great service.  That's our
19 perspective.  That's what this is saying.
20 BY MR. BRAUNIG:
21 Q.   It mentions a couple of things that were
22 going to be how you leapfrog.  Is the first one
23 hiring, hiring the best people?
24      MS. WALLACE:  Object to the form.
25      THE WITNESS:  Is the first one what?

Page 183

1  BY MR. BRAUNIG:
2  Q.   Is the first way in which PNC was going
3  to leapfrog the industry by hiring the best people?
4       MS. WALLACE:  Object to the form.
5       THE WITNESS:  If you're saying are the
6  first words that are written in that sentence
7  hiring the best people, I see those are the first
8  words there.
9  BY MR. BRAUNIG:
10 Q.   Was that one of the ways that PNC thought
11 it could leapfrog the industry by hiring?
12 A.   Hold on.  You said we weren't doing PNC
13 anymore.  You said we were doing Adam now.  You
14 keep saying PNC.
15 Q.   I'm asking whether you know whether PNC
16 intended to leapfrog the industry by hiring the
17 best people.
18 A.   I personally believe in that statement.
19 I will stand behind that all day.  And the way that
20 I built Fortis and the way that I've been helping
21 build this business, you hire the best people, you
22 get results.
23 Q.   And was one of the other ways that PNC
24 was going to leapfrog the industry by leveraging
25 the bank's creditworthiness?

Page 184

1  A.   Once again, this concept of leapfrogging
2  the industry is just deck talk.  That doesn't --
3  the whole point is to get a piece of a market,
4  right, so I don't know necessarily what that means,
5  but leveraging the bank's credit worthiness is a
6  piece of the puzzle here.
7  Q.   And was the third piece building a
8  product in a culture focused on innovation?
9  A.   It is the third thing that we see on the
10 picture.
11 Q.   And on the next page down it says, "PNC
12 is the only bank to provide full service from end
13 to end."
14 A.   Where are you looking?
15 Q.   On the next page, 378.
16 A.   Okay.
17 Q.   And you see it sort of has this flow of
18 the deal from pre-closing solicitation through
19 compensation payments.
20      Do you see that?
21 A.   Yes.
22 Q.   Are all four of these pieces, pieces that
23 are done by SRSA?
24 A.   I don't know specifically what SRS does
25 behind the scenes, but let's look at them.  Well, I

Page 185

1  don't know what kind of technology they use, so I
2  cannot tell you whether they used industry leading
3  technology.  For all I know, SRS uses the worst
4  technology in the world and masks it.  I have no
5  idea, so I can't tell you about that one.
6  Q.   Let's just stick with the sort of
7  pictures on the left.
8  A.   Oh, sorry.  I was reading --
9  Q.   Pre-closing solicitation, is that
10 something that SRSA does?
11 A.   SRS, my understanding is they market that
12 they can do pre-closing solicitation, which to me
13 just means collecting signatures.
14 Q.   And payments?  Payments is something that
15 SRS does as well?
16 A.   I think they can facilitate payments, but
17 they're not a bank.  I don't think they're actually
18 making the payments.
19 Q.   Okay.  Do they facilitate payments?
20 A.   I believe they facilitate payments.  I
21 think the payments are being done by some bank.
22 Q.   Do they set up escrow accounts?
23 A.   I don't think so.  Unless they've changed
24 their business, my understanding is it was always
25 done by Sun Trust Bank.

Adam Lezack                                                                    October 28, 2019

```
 1  the system of record?
 2      A.   So we created a template, you know, you
 3  could call it a payment spreadsheet.  That's a fair
 4  term.  We create a Microsoft Excel document that
 5  just collects information, right:  Your name, your
 6  securities, you get the point.  I don't want to
 7  waste your time.  That Microsoft Excel spreadsheet,
 8  which you're calling a payment spreadsheet, totally
 9  cool by me that name.  Is something that -- we
10  could call it CSV file -- that then gets uploaded
11  into our database.
12      Q.   Got it.  And what was Heather Kelly's
13  role in the development of the PNC payment
14  spreadsheet?
15      A.   So Heather and myself, we were part of
16  the process.  Really it's a function of -- it's
17  form over substance, just what looks prettiest and
18  what order, because these things are provided by
19  all of the agents.  Here is our blank form.  Here
20  is our blank form.  Because what the agents want to
21  do is they want to have the lawyers or the
22  companies or the CFOs fill it out, Warren.  So they
23  just hand these forms out left and right, and, you
24  know, so Heather and I worked on along with CGI
25  figuring out -- and Melissa helped too -- figuring
                                                  Page 266
```

```
 1  out what's the prettiest way we want to order this
 2  form.  And give them to CGI they build in
 3  technology to suck it up into the database.
 4          (Exhibit 22 was marked for
 5           identification.)
 6  BY MR. BRAUNIG:
 7      Q.   Lezack 22 is PNC 8797 and a native file
 8  attached to that.
 9      A.   When you say "native file," you're
10  talking about these pictures over here?
11      Q.   Yeah, exactly.  So this is a printout of
12  an Excel spreadsheet that was attached as payment
13  spreadsheet.xls?
14      A.   Okay.
15      Q.   Is Lezack 22 the payment spreadsheet that
16  PNC used to develop its payment spreadsheet for PNC
17  Paid?
18      A.   Well, is it -- it's just a Microsoft
19  Excel document, so it's CGI that would develop what
20  I think you are asking.
21      Q.   And was this the first version of that
22  Excel spreadsheet that PNC used in the course of
23  his development?
24          MS. WALLACE:  Object to the form.
25          THE WITNESS:  And also, I don't recall
                                                  Page 267
```

```
 1  what the first version was.  It wouldn't matter.
 2  BY MR. BRAUNIG:
 3      Q.   Do you remember that Heather Kelly is the
 4  one who provided the initial version of the payment
 5  spreadsheet?
 6      A.   I don't recall that, but she could have.
 7      Q.   Do you know where the payment spreadsheet
 8  attached to Lezack 22, where it came from?
 9      A.   This one right here?
10      Q.   Yes.
11      A.   So because it wouldn't have been one that
12  we would have built from scratch, my guess would be
13  it came from another agent.
14      Q.   Why wouldn't you build one from scratch?
15      A.   Well, once again, I think you're -- I'm
16  not going to say you're confusing.  It's -- the
17  payment spreadsheet is just Microsoft Excel
18  document, so I would just take another form
19  because, you know, it's not that I'm lazy, but if
20  it says the word shareholder, it says the word
21  address, why do I need to type that again?  That
22  has nothing to do with the actual functionality of
23  this document.  That you can give to developers,
24  have to figure out how do you build this into what
25  they built.  It's just a method for capturing
                                                  Page 268
```

```
 1  fields of information.
 2      Q.   Do you know how the fields of information
 3  in this specific spreadsheet were developed?
 4      A.   How they were developed?
 5      Q.   Yes?
 6      A.   Yeah, I would think that anyone who works
 7  at a paying agent or a law firm would -- or an
 8  escrow agent would know what information that they
 9  need to collect in order to be able to pay people.
10      Q.   Did Fortis advisors have a payment
11  spreadsheet in May 2018.
12      A.   Did Fortis have --
13      Q.   Yes, had you created your own payment
14  spreadsheet before?
15      A.   Let me think about that.  For what
16  purpose?
17      Q.   Any purpose of.
18      A.   Absolutely.
19      Q.   For purposes of paying shareholders?
20      A.   So for purposes of paying shareholders,
21  no, because as I explained, we weren't a paying
22  agent.  But we developed these type of forms many,
23  many times.
24      Q.   What about for paying option holders or
25  employees of the seller.  Is that a payment
                                                  Page 269
```

Adam Lezack                                                October 28, 2019

```
 1  spreadsheet that Fortis had previously created?
 2      A.   Not created.  We would have received it
 3  from ADP or Paychex to be able to populate the
 4  information.
 5      Q.   Was Lezack -- was the payment spreadsheet
 6  attached to Lezack 22 a document that -- strike
 7  that.
 8           Did you know where the payment
 9  spreadsheet, Lezack 22, did you know where that
10  came from?
11      A.   Well, I don't recall the specific one but
12  I can tell you all the names of the paying agents,
13  and it's going to be one of them, unless -- unless
14  if Heather did this she took the time, which I hope
15  she would have, that would be a waste of time.
16      Q.   Why wouldn't PNC create its own payment
17  spreadsheet for a paying agent if it's going to
18  develop a paying agent software?
19      A.   You want me to answer it again?  You
20  asked that exact question.
21      Q.   Just answer the question, please.
22      A.   Sure.  So as I explained, it's a
23  Microsoft Excel document that collects information;
24  your name, your address, your security holding, how
25  much money you're going to get, et cetera.  So
                                                     Page 270
```

```
 1  every payment spreadsheet that you have ever
 2  encountered?
 3      A.   No, because every deal is different.
 4      Q.   And every pay agent is different, right?
 5      A.   Every paying agent?  I can't tell you
 6  whether paying agent is different.  I don't know.
 7  I know every deal is different.
 8      Q.   Do you know whether this is the payment
 9  spreadsheet which PNC built its own payment
10  spreadsheet?
11      A.   I don't.  Ultimately at the end of the
12  day, whatever we ended up with was whatever CGI
13  would have built.
14      Q.   Did you -- did you ask Heather Kelly
15  whether or not this payment spreadsheet was
16  something that she had taken with her from SRSA?
17      A.   I did not.
18      Q.   To your knowledge did anyone ask Heather
19  Kelly where this spreadsheet came from?
20      A.   I doubt that would have come up in
21  conversation given that they are floating out in
22  the world a million times over.
23      Q.   Move to strike as nonresponsive.
24           To your knowledge did anyone ask Heather
25  Kelly where this spreadsheet came from?
                                                     Page 272
```

```
 1  that's just gathering the information, set of
 2  information you're otherwise required to gather
 3  from the security holders in order to pay.  Once
 4  you have that, then we give it to CGI, and they did
 5  develop and create their own form of whether
 6  there's a macro running in the background, I don't
 7  know, but whatever is running in the background to
 8  be the magic of the file to speak up to the system.
 9      Q.   Did PNC already know all of the
10  information that needed to be in the payment
11  spreadsheet in May of 2018?
12      A.   So PNC, like do you mean did I?
13      Q.   Did the people who were working on the
14  project at PNC.
15      A.   Well, I'm one of those people so, yes, we
16  knew.
17      Q.   You knew all of the information in this
18  spreadsheet needed to be in there?
19      A.   I haven't looked at specifically at every
20  single field, but having done -- and I'll
21  approximate -- 150 deals a year, year after year,
22  and on every single one of those we get a
23  spreadsheet, we know all of the fields that are
24  required to be populated.
25      Q.   Is it always the same information in
                                                     Page 271
```

```
 1      A.   So to my knowledge I don't recall.
 2           MR. BRAUNIG:  Let's take a break.
 3           THE WITNESS:  Okay.
 4           THE VIDEOGRAPHER:  The time is 4:43.  We
 5  are now off the record ending Media No. 6.
 6           (Recess taken.)
 7           THE VIDEOGRAPHER:  5:03 p.m.  We're now
 8  back on the record beginning Media No. 7.
 9  BY MR. BRAUNIG:
10      Q.   Mr. Lezack, we spoke earlier about the
11  people at PNC who were involved in developing PNC
12  Paid.
13           Do you recall that?
14      A.   We did.
15      Q.   Had any of those individuals ever
16  previously designed an online paying agent product?
17      A.   I am not aware of what they designed in
18  their past.  I just know they design financial
19  systems, so I can't say yes or no.
20      Q.   To the best of your knowledge, were any
21  of the people who were involved at PNC in
22  developing this online product, had any of them
23  developed previously online paying agent product?
24      A.   Not to my knowledge.
25      Q.   Had any of those individuals now
                                                     Page 273
```

Adam Lezack                                              October 28, 2019

```
 1  described, had any of them ever built a paying
 2  agent business from the ground up?
 3      A.  I'm sorry.  I lost you from the first
 4  question.  It sounded the same to me.
 5      Q.  You previously distinguished between an
 6  online paying agent software product and the paying
 7  agent business, which you described as something
 8  broader.  My question is:  Of the individuals who
 9  you identified before, had any of them built a
10  paying agent business from scratch?
11      A.  Not that I am aware of.
12      Q.  We're going to switch now to the 30(b)6,
13  and specifically I want to ask you some questions
14  about Topic No. 3, PNC's pricing and marketing of
15  PNC MNA payments and escrow products.
16      A.  Okay.
17      Q.  What did you do to get ready on Topic
18  No. 3?
19      A.  So to get ready for Topic No. 3, I
20  reviewed documentation.  Pretty much for this one I
21  just reviewed documentation and did I even talk to
22  anyone -- to review documentation.
23      Q.  What documentation did you review?
24      A.  So I was actually looking to figure out
25  whether there was anything like really real.  And
                                                  Page 274
```

```
 1  when I say "real" like versus just words on paper
 2  that actually correlate to the way that we market
 3  or price a deal where you could look at something
 4  and say, yes, this aligns with real world.  So
 5  that's why I was looking through a ton of
 6  documents.
 7      Q.  I am not sure I understand that answer.
 8  What is the -- what is the -- what are you
 9  distinguishing between the real world and marketing
10  material?
11      A.  I am sure you have seen like a marketing
12  deck, that may say marketing strategy and has a
13  whole bunch of gobbledygook and little kid words,
14  that doesn't mean anything in terms of what we
15  actually do or did, so I was in the course and
16  scope of topic No. 3 I wanted to make sure I look
17  to the best of my ability to answer all your
18  questions, so I looked at all that stuff, but I
19  also know what we did.
20      Q.  Who within PNC was responsible for the
21  marketing of the PNC Paid suite of services?
22      A.  Can you clarify that a bit for me?
23      Q.  Was there somebody who was in charge of
24  marketing for these MNA products that you guys
25  brand as PNC Paid?
                                                  Page 275
```

```
 1      A.  Well, there's a marketing group at PNC
 2  who makes like website and materials and stuff.  Is
 3  that what you are referring to?
 4      Q.  It could be.  Were they responsible for
 5  the website materials for PNC Paid?
 6      A.  I would have to believe so.
 7      Q.  This was anyone on your team either at
 8  Fortis or PNC who was also a contributor to the
 9  marketing process?
10      A.  Yes.
11      Q.  Who was that?
12      A.  Me, Rick Fink, Ryan Simkin, my team,
13  Heather, Alex, Patrick Murphy -- Warren, at what
14  time period?
15      Q.  At the time of the release of the
16  product.
17      A.  So whoever of the salespeople -- like I'm
18  not sure if Murph was there at the time.  So
19  Murph -- I'm sorry, Patrick Murphy would be
20  responsible for doing whatever he does out in the
21  east coast area.
22      Q.  Okay.
23      A.  Warren, just keep No. 3 out here?
24      Q.  Yes.
25          MR. BRAUNIG:  This is 23.
                                                  Page 276
```

```
 1          (Exhibit 23 was marked for
 2          identification.)
 3  BY MR. BRAUNIG:
 4      Q.  Do you recognize Lezack 23 as a marketing
 5  collateral from that PNC posts on its website?
 6      A.  I don't know if it is posted on the
 7  website, if you tell me it is I believe it.  I just
 8  recollect this as marketing collateral.
 9      Q.  Is marketing collateral that was designed
10  by PNC?
11      A.  Correct.
12      Q.  Did you -- were the images used on this
13  four-page document, Lezack 23, are these images
14  that were used in a variety of other marketing
15  presentations as well?
16      A.  Probably.  I would expect they would be
17  reused.
18      Q.  I want to draw your attention to the
19  first page of Lezack 23 and the iPad that's in the
20  middle that says "review and sign deal documents."
21          Do you see that?
22      A.  I do.
23      Q.  Do you recognize the image that is on
24  that laptop on that iPad on the first page of
25  Lezack 23?
                                                  Page 277
```

```
 1         I, PATRICIA Y. SCHULER, a Certified
 2   Shorthand Reporter of the State of California, do
 3   hereby certify:
 4         That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a
 8   verbatim record of the proceedings was made by me
 9   using machine shorthand which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is a true record of the testimony given.
12         Further, that if the foregoing pertains
13   to the original transcript of a deposition in a
14   Federal Case, before completion of the proceedings,
15   review of the transcript [X] was [ ] was not
16   requested.
17         I further certify I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of party to this
20   action.
21         IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   Dated:  October 31, 2019
24                      _____P.Y.S. Schuler_____
                        PATRICIA Y. SCHULER
25                      CSR NO. 11949
```

Page 378

```
 1                DEPOSITION ERRATA SHEET
 2   CASE NAME:  SRS ACQUIOM INC.  v.  PNC FINANCIAL
     DEPOSITION DATE:  OCTOBER 28, 2019
 3   WITNESS NAME:     ADAM LEZACK
 4   Reason Codes:  1. To clarify the record.
 5                  2. To conform to the facts.
 6                  3. To correct transcription errors.
 7   Page _____ Line _____ Reason Code _____
 8   From _____ to _____
 9   Page _____ Line _____ Reason Code _____
10   From _____ to _____
11   Page _____ Line _____ Reason Code _____
12   From _____ to _____
13   Page _____ Line _____ Reason Code _____
14   From _____ to _____
15   Page _____ Line _____ Reason Code _____
16   From _____ to _____
17   Page _____ Line _____ Reason Code _____
18   From _____ to _____
19   Page _____ Line _____ Reason Code _____
20   From _____ to _____
21   Page _____ Line _____ Reason Code _____
22   From _____ to _____
23   Page _____ Line _____ Reason Code _____
24   From _____ to _____
25   Page _____ Line _____ Reason Code _____
```

Page 379

```
 1   From _____ to _____
 2   Page _____ Line _____ Reason Code _____
 3   From _____ to _____
 4   Page _____ Line _____ Reason Code _____
 5   From _____ to _____
 6   Page _____ Line _____ Reason Code _____
 7   From _____ to _____
 8   Page _____ Line _____ Reason Code _____
 9   From _____ to _____
10   Page _____ Line _____ Reason Code _____
11   From _____ to _____
12   Page _____ Line _____ Reason Code _____
13   From _____ to _____
14   Page _____ Line _____ Reason Code _____
15   From _____ to _____
16
     _____Subject to the above changes, I certify that
17   the transcript is true and correct.
18   _____No changes have been made. I certify that the
     transcript is true and correct.
19
20
21                 _____
22                         ADAM LEZACK
23
24
25
```

Page 380