# EXHIBIT 11
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      IN THE UNITED STATES DISTRICT COURT
       FOR THE DISTRICT OF COLORADO
2
       Civil Action No. 1:19-cv-02005-DDD-SKC
3      -------------------------------------x
4      SRS ACQUIOM INC., a Delaware corporation,
       and SHAREHOLDER REPRESENTATIVE SERVICES
5      LLC, a Colorado limited liability company,
6                               Plaintiffs,
        - against -
7
       PNC FINANCIAL SERVICES GROUP, INC., a
8      Pennsylvania corporation;
       PNC BANK, N.A., a national association;
9      HEATHER KELLY, an individual; and
       ALEX TSARNAS, an individual,
10
                                Defendants.
11
       -------------------------------------x
12
                                1675 Broadway
13                              New York, New York
14                              October 17, 2019
                                9:00 a.m.
15
16      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
17
18              VIDEOTAPED DEPOSITION of ALEX P.
19     TSARNAS, taken by the Plaintiffs, held at the
20     aforementioned time and place, before Sherri
21     Flagg, a Registered Professional Reporter,
22     Certified LiveNote Reporter, and Notary Public.
23                      *   *   *
24
25     Pages 1- 406
```

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1 manager, Rob Sandt, at a particular time along
2 the way who had experience in the business and
3 had been developing something electronic at BNY
4 of which I'm not wholly familiar what its
5 capabilities were or are. And the other person
6 that was influential was Adam Lezack, who, in
7 his capacity -- and certainly that Fortis
8 offers a portal of a different ilk -- had a lot
9 of experience with other paying agents in his
10 capacity as a shareholder rep.
11    Q.   To your knowledge, Mr. Lezack had
12 never worked on the development of an online
13 mergers and acquisitions payment product,
14 correct?
15    A.   To my knowledge, that's correct.
16    Q.   And Mr. Sandt wasn't hired until
17 August of 2018; is that correct?
18    A.   I think something like that, yeah.
19    Q.   You hired Mr. Sandt after the
20 Vision Book was complete, correct?
21    A.   I don't know what date that was
22 that the Vision Book was completed.
23    Q.   You hired Mr. Sandt while the MVP
24 was in production; is that correct?
25    A.   I don't know.

Page 298

1 date where that transition might have occurred,
2 so I don't know.
3    Q.   Okay. Assuming for the moment
4 that that transition occurred before Mr. Sandt
5 joined the company. Was anyone other than you
6 and Ms. Kelly, who was involved in the product
7 design efforts for PNC PAID, that had previous
8 experience working with an online mergers and
9 acquisitions payment product?
10       MR. PETRIE:  Object to the form.
11    A.   I can't answer that effectively
12 because I don't know about the people at CGI
13 and what experience they would have had.
14    Q.   Apart from CGI and, again,
15 assuming that Mr. Sandt was hired after the
16 product moved into development for the MVP, can
17 you think of anyone other than you and Ms.
18 Kelly who was involved in the product
19 development efforts -- sorry, who was involved
20 in the product design efforts for PNC PAID that
21 had previous experience working with online
22 mergers and acquisition payments?
23    A.   Actually, yes, I can. Rachel
24 Stastny. So Rachel came from Wilmington Trust,
25 and they had the (FAST) Track product. The

Page 300

1    Q.   Did PNC conduct any focus groups
2 or advisory board meetings -- assume for the
3 moment that Mr. Sandt was not hired until after
4 the Vision Book was complete and the product
5 design phase of PNC PAID was over.
6        With that assumption, other than
7 you and Ms. Kelly, was anyone else involved in
8 the product design efforts for PNC PAID that
9 had previous experience working with online
10 mergers and acquisitions payment products?
11    A.   I don't know why we say that the
12 product development phase had ended at that
13 point. It's not ended.
14    Q.   I didn't. I'm just referring to
15 the period between when you and Ms. Kelly
16 joined the company and when the Vision Book was
17 complete and the MVP went into production as
18 the product design phase. I'm not saying
19 development was over; I'm saying that product
20 design then shifted into production of actually
21 building the product on or about June or July
22 2018. And if I'm wrong about that, then please
23 correct me.
24       MR. PETRIE:  Object to the form.
25    A.   It assumes I remember the exact

Page 299

1 depth of which she knew its operations, I can't
2 say. But she had been exposed to that product
3 at Wilmington Trust.
4    Q.   Is (FAST) Track, in your
5 understanding, as feature rich as either SRSA's
6 product suite or PNC's?
7    A.   I don't know.
8    Q.   And is that because the complete
9 set of features offered by (FAST) Track is not
10 information that's publicly available?
11    A.   That's right.
12    Q.   Did PNC conduct any focus groups
13 -- well, let me just go back.
14       Other than potentially the
15 developers at CGI and to some extent
16 potentially Ms. Stastney, was anyone else
17 involved in the product development efforts
18 during the product design phase for PNC PAID
19 that had previous experience working with
20 online mergers and acquisition payment
21 products?
22    A.   That would be -- I don't know of
23 anyone else.
24    Q.   Did PNC conduct any focus groups
25 or advisory board meetings in connection with

Page 301

76 (Pages 298 - 301)

1 its product design efforts for PNC PAID?
2    A.   We informally had meetings with
3 people in the industry.
4    Q.   Did you attend any of those
5 meetings?
6    A.   I just need a minute to think
7 through that. Yes.
8    Q.   Which meetings did you attend
9 during the product design phase with people in
10 the industry?
11    A.   There were meetings with attorneys
12 at a few law firms in New York. I'm trying to
13 remember other instances where we were
14 soliciting feedback. I'll stay with just the
15 meetings in New York at this point. I can't
16 pinpoint others.
17    Q.   And when did those meetings occur?
18    A.   Might have been September of '18.
19    Q.   Who participated in them?
20    A.   Patrick Murphy, me. I think it
21 was me and Patrick Murphy.
22    Q.   And were all of the meetings on
23 one day?
24    A.   I don't remember. If it wasn't
25 one, it was two.

Page 302

1    Q.   Did either you or Mr. Murphy take
2 notes regarding the feedback that the law firms
3 provided to you during those September 2018
4 meetings?
5    A.   I don't recall taking notes. If I
6 had, I would have transmitted feedback and
7 tossed the notes.
8    Q.   Do you recall whether Mr. Murphy
9 took notes?
10    A.   Pat doesn't typically take notes.
11 I don't recall if he did or he didn't.
12    Q.   So it's possible that you and
13 Mr. Murphy sat through two days of meetings
14 with law firms to get input onto the product
15 you were developing and you didn't take any
16 notes during those two days?
17    A.   It's possible.
18    Q.   Did you conduct any -- and other
19 than those September 2018 meetings, are there
20 any other instances you're aware of in which
21 PNC met with industry participants outside of
22 the company to solicit feedback in connection
23 with their product design efforts?
24    A.   I can only speak for myself, and
25 I'll say that I don't recall any other

Page 303

1 meetings.
2    Q.   And there is no other written work
3 product arising out of other meetings --
4    A.   Actually I've just remembered
5 something. I attended a conference in
6 Philadelphia, an M&A conference in Philadelphia
7 in October of that year and was gathering
8 feedback from different law firm and private
9 equity participants at the meeting.
10    Q.   Did you take any notes of the
11 feedback you gathered at the M&A conference in
12 October?
13    A.   No, it was a sort of
14 stand-and-chat type of environment.
15    Q.   Was there ever a time, while you
16 were working on the product design for PNC
17 PAID'S products, where you referred to notes or
18 written work product generated by somebody else
19 at PNC based on interviews or market research
20 that they conducted in connection with
21 developing PNC PAID?
22    A.   Would you mind repeating the
23 question.
24    Q.   Did you ever see any notes or any
25 other written work product from meetings that

Page 304

1 other people participated in with industry
2 participants to solicit feedback for PNC PAID?
3    A.   Not that I personally saw.
4    Q.   And not that you ever relied on in
5 connection with your role in developing the PNC
6 PAID product, correct?
7    A.   That's true.
8    Q.   ==And so to your knowledge, PNC==
9 ==conducted no formal market research during the==
10 ==product design phase prior to completing the==
11 ==Vision Book; is that correct?==
12    A.   ==When you say "formal market==
13 ==research" --==
14    Q.   ==Advisory boards, focus groups,==
15 ==interviews in which people take notes and==
16 ==generate work product and circulate it among==
17 ==the team.==
18    A.   ==I wasn't involved in anything like==
19 ==that.==
20    Q.   ==Okay. So to your knowledge,==
21 ==during the product design phase for PNC PAID,==
22 ==PNC didn't conduct any advisory boards, didn't==
23 ==conduct any focus groups and didn't conduct any==
24 ==interviews with industry participants in which==
25 ==PNC members took notes and circulated work==

Page 305

```
 1   product to the development team?
 2       A.    Not to my knowledge.
 3             MR. ROTHSTEIN:  I'm handing the
 4   witness what has been premarked as
 5   Exhibit 24.
 6             (Exhibit 24:  Emails RE Fortis
 7   Portal strategy 5/2018 with attachments
 8   (#PNC_00040438-49), was marked for
 9   identification.)
10   BY MR. ROTHSTEIN (continuing):
11       Q.   Mr. Tsarnas, do you recognize this
12   document?
13       A.   Just give me a second.
14            (Perusing exhibit.)
15            I don't recognize this specific
16   document.
17       Q.   Okay.  This document appears to be
18   an email from Diya Shinju to a number of
19   people, including yourself, attaching a slide
20   presentation called a Fortis Portal Weekly
21   Product Update.
22            Do you see that?
23       A.   I do.
24       Q.   Ms. Shinju is one of the CGI
25   developers; is that correct?
                                         Page 306
```

```
 1       A.   I think she's a project manager.
 2       Q.   She's a project manager, but she's
 3   employed by CGI, right?
 4       A.   Yes.
 5       Q.   Okay.  And Fortis Portal was the
 6   working name of PNC PAID as of May 2018; is
 7   that correct?
 8       A.   Yes.
 9       Q.   And the weekly project update
10   slide decks are slide decks that the CGI team
11   would circulate periodically regarding the
12   status of the project; is that correct?
13       A.   I believe so, yes.
14       Q.   Do you recall receiving several of
15   these weekly project updates during the product
16   design phase of PNC PAID?
17       A.   I don't recall.  But, I mean, I
18   was copied on it so I must have.
19       Q.   Did you participate in regular
20   meetings with the CGI developers between March
21   and June of 2018?
22       A.   Yes.
23       Q.   How often did those meetings take
24   place?
25       A.   We went to a regular schedule but
                                         Page 307
```

```
 1   I'm not sure it was until after June, so it
 2   might have been -- it might have been weekly
 3   but I can't say for sure.
 4       Q.   Okay.  And were those in-person
 5   meetings in Pittsburgh?
 6       A.   Sometimes they were.
 7       Q.   And other times did you
 8   participate on them through teleconference?
 9       A.   Yeah, or Skype, yes.
10       Q.   Okay.  And so how long did those
11   meetings usually last?
12       A.   Well, there were a couple of
13   different series of meetings that were
14   happening.  There was a point in time where we
15   shifted into a schedule where we met for two
16   days in a row, two full days in a row.  I just
17   don't know whether this was the time frame when
18   that was happening and it was a lighter
19   schedule.
20       Q.   So there was a period in 2018
21   where there was a lighter meeting schedule, and
22   then there was a period in 2018 when the
23   schedule shifted into meeting two days in a row
24   every week; is that correct?
25       A.   I think it was every other week.
                                         Page 308
```

```
 1       Q.   Two days in a row every other
 2   week, okay.
 3       A.   I believe that's correct.
 4       Q.   And is it your understanding that,
 5   after the two-day meeting, CGI would circulate
 6   a weekly summary?
 7       A.   Yes, it is.
 8       Q.   Okay.  And is it your
 9   understanding that the Fortis Portal Weekly
10   Project Update attached to this exhibit is an
11   example of one of the summaries of your two-day
12   meetings with CGI?
13       A.   It appears to be.  It appears to
14   be that.
15       Q.   Okay.  Did Ms. Kelly participate
16   in all of these meetings as well?
17       A.   Not all.
18       Q.   Did you participate in more of the
19   meetings than Ms. Kelly did?
20       A.   Maybe on balance but not by more
21   than a couple.
22       Q.   Okay.  So you and Ms. Kelly both
23   participated in most of the meetings but not
24   all of the meetings; is that fair?
25       A.   Correct.
                                         Page 309
```

78 (Pages 306 - 309)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              C E R T I F I C A T I O N
 2
 3         I, Sherri Flagg, a Professional
 4   Reporter, Certified LiveNote Reporter, and a
 5   Notary Public, do hereby certify that the
 6   foregoing witness, ALEX P. TSARNAS, was duly
 7   sworn on the date indicated and that the
 8   foregoing is a true and accurate transcription
 9   of my stenographic notes.
10         I further certify that I am not
11   employed by nor related to any party to this
12   action.
13
14   [signature]
15      Sherri Flagg, CLR
16
17
18
19
20
21
22
23
24
25
```

Page 406

103 (Page 406)