# EXHIBIT 19
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

# SRS | ACQUIOM®

> ACQUIOM OVERVIEW

# A Better Way to Close

When your deal requires setting up an escrow fund, processing payments at close, or processing payments for releases years into the future, you want the best and most efficient system to get the job done.

We provide a comprehensive and simple solution for all of your escrow and payment needs, allowing you to focus on the business issues that matter most.

> "SRS Acquiom has been flexible and responsive to our many needs. They get the job done and have exceeded our tough standards."
> — **Peggy Tirrell**
> Assistant General Counsel, EMC Corporation

### A Trusted M&A Partner
- Over $24 billion in payments made to date
- 80% of funds paid within 24 hours after closing

## Suite of Solutions

SRS Acquiom offers the industry's leading online payments platform, the ability to process compensation-based payments, and cutting-edge escrow investment options from top-tier financial institutions. Combined with our committment to superior client service, it's easy to see why we are trusted by M&A deal parties to handle any transaction.



### Who We Pay
The 100% payment solution for closing and post-closing payments.

☑ **Securityholders**
- shareholders
- warrant holders
- note holders

☑ **Employees**
- employee options
- bonus recipients
- carve-out plan participants

☑ **Non-Employees**
- non-qualified options

☑ **Vendors and Transaction Expenses**



### How We Pay
Flexible options for both online and offline document handling.

**Acquiom Clearinghouse™**
The industry's first online payments platform offers fast, simple, and accurate payments without tedious paperwork.

**Streamlined Offline Process**
When preferred, our user-friendly offline forms reduce inefficiencies for document collection.



### Escrow Solutions
Escrow options that deliver principal protection, administrative ease, and the opportunitiy for higher yield.

**Escrow Shield Plus℠**
An escrow investment solution offering fully collateralized principal guarantee though AXA Equitable Life Insurance Company.[1]

**Acquiom® Enhanced Escrow**
Escrow deposit options from SunTrust and Capital One Bank designed to maximize your return.

Learn more about our services at: **srsaquiom.com/services**

Securities offered through Acquiom Financial LLC, member FINRA/SIPC and an affiliate broker-dealer of SRS Acquiom.

Escrow Shield Plus is not available in all states. Acquiom Financial LLC does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity. Acquiom®, SRS®, and Acquiom Clearinghouse™ are registered trademarks or trademarks of SRS Acquiom or its affiliates. All other logos, company names or product names are trademarks or registered trademarks of their respective owners. Escrow Shield Plus℠ is issued by AXA Equitable Life Insurance Company (NY, NY). This fact sheet must be preceded or accompanied by the Escrow Shield Plus prospectus.

**SRS | ACQUIOM®** | Shareholder Representation | Escrow Solutions | Payments Administration | **415.367.9400**  info@srsacquiom.com | srsacquiom.com