# EXHIBIT 20
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

## SRS Acquiom at a Glance

# The Comprehensive M&A Platform for Buyers

SRS Acquiom provides a comprehensive platform to manage escrows, payments, risk, documents, and claims on M&A transactions. Our team of experts work at the pace you do to deliver the solutions you need, when you need them. Our results are enabled by tailored service, technology and data not available anywhere else. We've made a business out of constant innovation with a singular purpose: helping deal parties gain the freedom to do more.

| Before Closing | At Closing | After Closing | | | |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **Pre-Closing Solicitation** | **Payments** | **Escrow Solutions** | **Representations & Warranties Insurance** | **Compensation Payments** | **Shareholder Representation** |
| Distribute key documents online to securityholders for review or action, tabulation, and reporting back to deal parties. | Pay every party in an M&A transaction with the industry's fastest, most comprehensive payments process. | Make escrows easier for sellers to accept with smarter products. | Leverage our claims management expertise and proprietary data to assist in making data-driven policy decisions. | Make payments directly to recipients of post-closing merger consideration. Includes tax withholding and remittance and issuance of a W-2. | Bring efficiency to resolving post-closing matters with objective professional representation of selling company securityholders. |

## Recent Deals

| | | | | |
|---|---|---|---|---|
|  |  |  |  |  |
| acquired by | acquired by | acquired by | acquired by | acquired by |
|  |  |  |  |  |

## Benefit From Industry-Leading Experience

**2,050+** deals engaged on to date

**$317 BILLION+** aggregate deal value

**190,000** shareholders represented in over 100 countries

**$93 BILLION+** in payments

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine suitability of any security for any particular person or entity. AXA Equitable and Acquiom Financial LLC are not affiliated companies.

Products or services may not be available in all States, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Certain property-casualty coverages may be provided by a surplus lines insurer. Surplus lines insurers do not generally participate in state guaranty funds, and insureds are therefore not protected by such funds. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc. Nothing herein constitutes an offer and is presented for general information purposes only. ©2018 SRS Acquiom.

**SRS ACQUIOM**  |  303-648-4085  |  srsacquiom.com  |  **ELEVATE YOUR GAIN**

Highly Confidential - Attorneys' Eyes Only                    SRSAvPKT00085125