# EXHIBIT 21
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN



# Compensation Payments Made Simple

Eliminate the administrative headaches and costs associated with keeping the seller's employees on payroll after the deal closes.

## What You Gain from SRS Acquiom

When you add compensation payments to a payments administration engagement, SRS Acquiom makes payments directly to recipients of post-closing merger consideration. We manage tax withholding, W2s and record keeping so you can focus on your newly acquired business.



### Seamless Payments
SRS Acquiom tracks post-closing distributions from escrows, earnout payments, or other amounts due to these individuals.



### Integrated Platform
Seamlessly pair payments services with other SRS Acquiom solutions like escrows for a one-stop, simplified deal experience.



### Responsive Team
We understand the M&A ecosystem. We're available whenever you need us, and we deliver results on your schedule.

## Gain More Time and Efficiency.

SRS Acquiom works with buyers, sellers, and their advisors to customize the ideal combination of our solutions and streamline each transaction, regardless of deal terms.

**Before Closing**
> Pre-Closing Solicitation

**At Closing**
> Payments

**After Closing**
> Escrows
> Representations and Warranties Insurance
> Compensation Payments
> Shareholder Representation

*Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC.*

## Ask us how our M&A escrows can work smarter for you.

303-648-4085 | srsacquiom.com

SRS Acquiom provides a comprehensive platform to manage escrows, payments, risk, documents, and claims on M&A transactions. Our team of experts works at the pace you do to deliver the solutions you need, when you need them. Our results are enabled by tailored service, technology, and data not available anywhere else. With more than 2,050 deals valued at over $317 billion, we've made a business out of constant innovation with a singular purpose: helping deal parties and their advisors gain the freedom to do more.

**SRS ACQUIOM**  ELEVATE YOUR GAIN

Highly Confidential - Attorneys' Eyes Only                                   SRSAvPKT00085130