# EXHIBIT 33
# TO DECLARATION OF BENJAMIN D. ROTHSTEIN

Thomas Lang                                    November 14, 2019

Page 1

1           IN THE UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF COLORADO

3                        - - -

4

   SRS ACQUIOM INC., a        )   CIVIL ACTION
5  Delaware corporation,      )   NO. 1:19-cv-02005
   and SHAREHOLDER            )       DDD-SKC
6  REPRESENTATIVE SERVICES    )
   LLC, a Colorado limited    )
7  liability company,         )   VIDEO DEPOSITION OF
                              )   THOMAS LANG
8         Plaintiffs,         )   NOVEMBER 14, 2019
                              )
9     vs.                     )
                              )
10 PNC FINANCIAL SERVICES     )
   GROUP, INC., a             )
11 Pennsylvania               )
   corporation, PNC Bank,     )
12 N.A., a national           )
   association, HEATHER       )
13 KELLY, an individual,      )
   and ALEX TSARNAS, an       )
14 individual,                )
                              )
15        Defendants.         )

16
                         - - -
17

18

19

20

21

22

23

24

25

Page 1

Thomas Lang                                                  November 14, 2019

1  that's detailed by Ms. Kelly, whether that was public
2  information, one way or the other?
3         MS. WALLACE:  Object to the form.
4         THE WITNESS:  My understanding was that it
5  was information that Ms. Kelly had related to both
6  Fast Track and SRSA's product as well, you know, that
7  was available as someone working in the industry and
8  talking to clients on a regular basis.
9  BY MR. BRAUNIG:
10     Q.   If some of this information were non-public
11 information about SRSA, would you be comfortable with
12 Ms. Kelly sharing it?
13        MS. WALLACE:  Object to the form.
14        THE WITNESS:  Sorry, repeat the question.
15 BY MR. BRAUNIG:
16     Q.   If some of this information were non-public
17 information about SRSA's product, SRS Acquiom's
18 product, would you be comfortable with Ms. Kelly
19 sharing it internally?
20     A.   To the extent with which it was both
21 non-public and not otherwise known by talking to
22 customers, which this clearly suggests in here, then
23 it's possible I would not be comfortable with it.
24     Q.   If it was non-public and not publicly known,
25 that's something that would cause you concern?
                                                    Page 66

1         MS. WALLACE:  Object to the form; asked and
2  answered.
3         THE WITNESS:  I don't know.  Reading through
4  this, again there's nothing what I'm reading in here
5  that's making me uncomfortable.  There's nothing as I
6  read this that makes me uncomfortable.
7  BY MR. BRAUNIG:
8      Q.   Are you aware of any efforts by PNC to
9  identify who the top customers are for a given
10 competitor?
11     A.   No.
12     Q.   Does PNC consider the identity of its
13 highest revenue corporate customers to be
14 confidential information?
15     A.   No.
16     Q.   Is that something that's publicly reported
17 because you're a public company?
18     A.   So, let me just clarify my answer.  Sort of
19 in general at a PNC level, right, broadly speaking
20 our relationships are well known by the other banks,
21 and PNC as a bank knows the other relationships,
22 largely because we participate in other banks' credit
23 facilities and they participate in our credit
24 facilities, so you have a really good understanding
25 of other banks.
                                                    Page 67

1         As you get into potentially smaller niche
2  businesses, that information can be considered
3  confidential.  PNC is a large bank and we have many
4  different businesses.
5      Q.   Is treasury management the kind of business
6  that would be more in that niche space?
7      A.   Certain aspects may be, other aspects may
8  not be.  We serve customers ranging from 5 million
9  dollars in revenue all the way up to the largest
10 companies in the country.  So it's really many
11 businesses within a business.
12     Q.   Is it fair to say there's some level, some
13 particular products within PNC for which PNC does
14 consider the identity of its top customers to be
15 confidential?
16     A.   That may be true.  I'm trying to think
17 through your question.
18        There's areas where that's potentially true,
19 in general banks' customers are known to other banks.
20     Q.   Is PNC aware that Heather Kelly created a
21 list of SRSA's top customers in order to target for
22 PNC's payment and escrow business?
23        MS. WALLACE:  Object to the form; no
24 foundation.
25        THE WITNESS:  I'm aware that Heather Kelly
                                                    Page 68

1  had a list of customers that she wanted to go after.
2  Sort of the basis of putting it together I'm not
3  aware of.
4  BY MR. BRAUNIG:
5      Q.   So you don't know how she came up with that
6  list; is that fair to say?
7      A.   That's fair to say, yeah.
8      Q.   Did you have any discussions with Ms. Kelly
9  about the list of customers that she wanted to
10 target?
11     A.   I don't recall any.
12     Q.   Did you have any discussions with anyone
13 about the providence of that list?
14        MS. WALLACE:  Object to the form.  You've
15 got five minutes.
16 BY MR. BRAUNIG:
17     Q.   Where it came from?
18     A.   I don't recall.
19     Q.   Would you consider it problematic for
20 Ms. Kelly to create a list of who to target from --
21 by using her internal knowledge who SRSA's top
22 customers were?
23        MS. WALLACE:  Object to the form.
24        THE WITNESS:  I do not think in the M & A
25 and escrow space that it is a challenge to determine
                                                    Page 69

                                                    Pages 66 to 69

Thomas Lang                                                November 14, 2019

1  that the largest customers in the M & A and escrow
2  space are customers who are serial acquirers, and
3  there's public information about who serial acquirers
4  are.
5        To the extent with which somebody knows
6  those two pieces, those two facts, and is able to put
7  together a list of customers, it seems reasonable to
8  me.
9  BY MR. BRAUNIG:
10       Q.   Do you think there would not be any value in
11  knowing who a competitor's leading customers were?
12       A.   To the extent with which it was otherwise
13  impossible to figure that out, it may be valuable.
14            (Deposition Exhibit No. 11 was marked for
15  identification.)
16  BY MR. BRAUNIG:
17       Q.   I'm going to mark for you Lang Exhibit
18  No. 11.
19       A.   Thank you.
20       Q.   Do you recognize -- Lang Exhibit No. 11 is
21  PNC 56563 through 64.  Do you recognize Lang Exhibit
22  No. 11 as a chart of -- well, let me just ask you,
23  what is Lang Exhibit No. 11, tell me what this is?
24       A.   So this is an output from our technology
25  accounting system that tracks our expenses associated

Page 70

1  was a new product, so I'm sure all the costs would be
2  development costs.
3        The second year would be a mix of those, but
4  still heavy development.
5       Q.   Are there two years that -- I'm just trying
6  to make sure I understand.
7        So there's February 2019 and March 2019 show
8  up on both pages?
9       A.   Yes, they do.  They are additive.  Early we
10  looked at some approval documents, the way that
11  technology projects are run at PNC, they're not
12  necessarily run on like a calendar year basis,
13  they're run on a project approval basis.
14        So for the first -- the first page here
15  reflects the costs that were billed to the first
16  project, and the second page reflects the costs that
17  were billed to the second project, and that's what
18  you're seeing here.  You're seeing a total of roughly
19  4.9 million dollars of development costs.
20       Q.   Let me hand you what I'm going to mark --
21       MS. WALLACE:  You've gone your time at this
22  point.
23       MR. BRAUNIG:  I'm not sure that that's
24  exactly to the minute right, but I would like to have
25  another -- I need no more than another five minutes

Page 72

1  with projects.  The first page of what you showed me
2  is the cost associated to building out PNC Paid for
3  what we'll call sort of the first year of the
4  project.  And then the second page is October to date
5  costs for the second year and ongoing development of
6  PNC Paid.
7       Q.   Is the reason why, if you look at the first
8  page, why -- is invoiced contractor, is that CGI?
9       A.   CGI is part of many lines on this.  They
10  would be an invoiced contractor, they would be in
11  some of global onshore, offshore lines that you see
12  throughout this schedule.
13       Q.   Does this include internal costs as well?
14       A.   This does include the internal costs as
15  well, yes.
16       Q.   Was there any effort in -- who created Lang
17  11?
18       A.   This was simply a direct output that I
19  requested out of the system, the accounting system.
20  I then put them into these two charts.
21       Q.   Is there any breakdown in Lang 11 -- or was
22  there any effort to break down what I would call kind
23  of product development costs from maintenance costs
24  associated with the PNC Paid product?
25       A.   No.  I mean, the first year of this was, it

Page 71

1  to finish up.
2       MS. WALLACE:  We've been on a half hour
3  since the break.  You can ask about the invoice
4  you're about to hand him and then we'll be done.
5       MR. BRAUNIG:  I will be done in five
6  minutes.  I would like to ask a few more questions
7  and I'll be done.
8            (Deposition Exhibit No. 12 was marked for
9  identification.)
10  BY MR. BRAUNIG:
11       Q.   Do you recognize Lang Exhibit No. 12 as a
12  set of invoices that PNC has received from CGI, and
13  there's actually one from DocuSign in there as well?
14       A.   Yeah, I recognize these broadly as CGI
15  invoices related to the project.
16       Q.   And would these correspond to the
17  information that's in Lang Exhibit No. 11?
18       A.   They would be embedded in that, embedded in
19  the costs that were in Exhibit No. 11, that's
20  accurate.
21       Q.   How much revenue does PNC anticipate getting
22  from the M & A payments and escrow business in 2019?
23       MS. WALLACE:  I instruct you not to answer.
24  That's outside the scope of what the Court has said
25  that you're entitled to.

Page 73

Thomas Lang                                                November 14, 2019

| | |
|---|---|
| 1  BY MR. BRAUNIG: | 1  deposition of Tom Lang.  The number of media used was |
| 2     Q.   Are you going to follow that instruction? | 2  one.  We are off the record at 12:04 p.m. |
| 3     A.   I'm going to follow that instruction. | 3        (At 12:04 p.m., the deposition was |
| 4     Q.   Do you know how much net profit PNC has | 4  concluded.  Signature was not waived.) |
| 5  anticipated to make in 2019 from its M & A payment | 5 |
| 6  and escrow business? | 6 |
| 7        MS. WALLACE:  Same instruction. | 7 |
| 8        THE WITNESS:  I'm going to follow the | 8 |
| 9  instruction. | 9 |
| 10  BY MR. BRAUNIG: | 10 |
| 11     Q.   Is there a current projection for how much | 11 |
| 12  revenue PNC anticipates making in 2020 from its M & A | 12 |
| 13  payment and escrow revenue product? | 13 |
| 14        MS. WALLACE:  Same instruction. | 14 |
| 15        THE WITNESS:  Follow the instruction. | 15 |
| 16  BY MR. BRAUNIG: | 16 |
| 17     Q.   Likewise, is there a current projection for | 17 |
| 18  how much revenue PNC -- let me ask the question | 18 |
| 19  first. | 19 |
| 20        I'm just asking an is question.  Is there a | 20 |
| 21  current projection for how much revenue PNC | 21 |
| 22  anticipates making in 2020 from its M & A products? | 22 |
| 23        MS. WALLACE:  That's yes or no. | 23 |
| 24        THE WITNESS:  Yes. | 24 |
| 25  BY MR. BRAUNIG: | 25 |
|                                      Page 74 |                                      Page 76 |

| | |
|---|---|
| 1     Q.   What is that amount? | 1              ERRATA SHEET |
| 2        MS. WALLACE:  He is not going to answer, and | 2                                    REASON FOR |
| 3  we're done with this deposition. | 3  PAGE   LINE CHANGE/CORRECTION   CHANGE/CORRECTION |
| 4        MR. BRAUNIG:  Let me just ask one more | 4  ____  ____ _____   _____ |
| 5  question so I've made a record here. | 5  ____  ____ _____   _____ |
| 6  BY MR. BRAUNIG: | 6  ____  ____ _____   _____ |
| 7     Q.   Is there a current projection for how much | 7  ____  ____ _____   _____ |
| 8  revenue -- or how much profit PNC anticipates making | 8  ____  ____ _____   _____ |
| 9  in 2020 from its M & A products? | 9  ____  ____ _____   _____ |
| 10     A.   Yes. | 10 ____  ____ _____   _____ |
| 11     Q.   What is that amount? | 11 ____  ____ _____   _____ |
| 12        MS. WALLACE:  I instruct you not to answer, | 12 ____  ____ _____   _____ |
| 13  and we're done with the deposition. | 13 ____  ____ _____   _____ |
| 14        MR. BRAUNIG:  I thank you for your time. | 14 ____  ____ _____   _____ |
| 15        Before we go off the record, while we have | 15 ____  ____ _____   _____ |
| 16  completed -- or while we have no more witnesses | 16 ____  ____ _____   _____ |
| 17  associated with this 30(b)(6), we have held a number | 17 ____  ____ _____   _____ |
| 18  of the depositions open because there's information | 18 ____  ____ _____   _____ |
| 19  that we either had not received at the time and later | 19 ____  ____ _____   _____ |
| 20  received or because there's information that PNC's | 20 ____  ____ _____   _____ |
| 21  witnesses were not prepared to provide, so I would | 21 ____  ____ _____   _____ |
| 22  state that reservation on the record that we would | 22 ____  ____ _____   _____ |
| 23  hold this deposition open on that basis. | 23 ____  ____ _____   _____ |
| 24        MS. WALLACE:  We object. | 24 ____  ____ _____   _____ |
| 25        VIDEOGRAPHER:  This concludes today's | 25 ____  ____ _____   _____ |
|                                      Page 75 |                                      Page 77 |

Thomas Lang                                                                    November 14, 2019

```
 1              C E R T I F I C A T E
 2                    - - -
 3          I, THOMAS LANG, do hereby certify that I
 4   have read the foregoing transcript and it is a true
 5   and correct copy of my deposition, except for the
 6   changes, if any, made by me on the attached
 7   Deposition Correction Sheet.
 8
 9
               _____
10             THOMAS LANG
11
               _____
12             Date
13
14
15
16
17
18
19
20
21
22
23
24
25
                                          Page 78
```

```
 1   COMMONWEALTH OF PENNSYLVANIA )
                                 ) SS
 2   COUNTY OF WASHINGTON        )
 3
 4                  CERTIFICATE
 5         I, Kathy D. Landock, a Notary Public in and
     for the Commonwealth of Pennsylvania, do hereby
 6   certify that the witness, THOMAS LANG, was by me
     first duly sworn to testify the truth, the whole
 7   truth, and nothing but the truth; that the foregoing
     deposition was taken at the time and place stated
 8   herein; and that the said deposition was recorded
     stenographically by me and then reduced to
 9   typewriting under my direction, and constitutes a
     true record of the testimony given by said witness,
10   all to the best of my skill and ability.
11         I further certify that I am not a relative,
     employee or attorney of any of the parties, or a
12   relative or employee of either counsel, and that I am
     in no way interested directly or indirectly in this
13   action.
14         IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 18th day of
15   November, 2019.
16
               _____
17             Kathy D. Landock, Notary Public
               Certified Realtime Reporter
18
19   My Commission Expires:
     March 28, 2023
20
21
22
23
24
25
                                          Page 79
```