# EXHIBIT G

| | |
|---|---|
| 1 | Martin J. Barab (State Bar No. 47419) |
| 2 | A. Raymond Hamrick, III (State Bar No. 93821)<br>Kenneth A. Kotarski (State Bar No. 100954) |
| 3 | Rebecca L. Worden (State Bar No. 270464)<br>HAMRICK & EVANS, LLP |
| 4 | 111 Universal Hollywood Drive, Suite 2200<br>Universal City, California 91608 |
| 5 | Telephone No.: (818) 763-5292<br>Fax No.: (818) 763-2308 |
| 6 | Attorneys for Plaintiffs GOODNESS FILMS, LLC, |
| 7 | HERBERT HUDSON, PAUL GOLDSBY, and<br>KENNEDY GOLDSBY |

HAMRICK & EVANS, LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | | |
| 12 | GOODNESS FILMS, LLC, a California Limited Liability Company; HERBERT HUDSON, an individual; PAUL GOLDSBY, an individual; and KENNEDY GOLDSBY, an individual, | Case No.: CV 12-08688-GW (JEMa)<br><br>(Case assigned to Hon. George H. Wu)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION** |
| 13 | | |
| 14 | | |
| 15 | Plaintiffs, | |
| 16 | v. | [Filed Concurrently With: Memorandum of Points and |
| 17 | TV ONE, LLC, a Maryland Limited Liability Company; MIGUEL A. NUÑEZ, JR., an individual; and EDWIN B. "ED." WEINBERGER, an individual, | Authorities in Support; Declarations of Richard Walter, Herbert Hudson, |
| 18 | | Kennedy Goldsby, Paul Goldsby, Frank Pinnock, Ciarra Carter, and |
| 19 | Defendants. | Martin J. Barab; and [Proposed] Order Granting Motion for Preliminary |
| 20 | | Injunction] |
| 21 | | Hearing Date: December 17, 2012 |
| 22 | | Time: 8:30 a.m. |
| 23 | | Location: Department 10 |
| 24 | | |

25  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

26      **PLEASE TAKE NOTICE THAT** on December 17, 2012, at 8:30 a.m., or as

27  soon thereafter as this matter may be heard in Courtroom 10 of the above entitled

28  Court located at 312 North Spring Street, Los Angeles, California 90012, Plaintiffs

-1-
**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION**

1  GOODNESS FILMS, LLC, HERBERT HUDSON, PAUL GOLDSBY, and
2  KENNEDY GOLDSBY (collectively, "Plaintiffs") will and hereby do move the
3  Court for an Order for issuance of a Preliminary Injunction, to stop, enjoin and
4  restrain Defendants TV ONE, LLC, MIGUEL A. NÚÑEZ, JR., and EDWIN B.
5  "ED." WEINBERGER (collectively, "Defendants"), and each of them, and all those
6  in active concert or participation with Defendants, from:

7      (1)  Producing, broadcasting, airing, transferring, licensing, selling,
8  exploiting, distributing, exhibiting, marketing, advertising, promoting, or otherwise
9  making any use of or making available in any format, medium, outlet (collectively,
10 "Produce(ing), Exploit(ing), and/or Distribute(ing)"), the television show known as
11 and entitled *Belle's* ("Belle's Show"), which copies, contains, uses, includes, or
12 captures the concept, script, character bible, and treatment (collectively, "Roscoe's
13 Show Materials") developed by Plaintiffs for their television series, *Roscoe's House
14 of Chicken and Waffles* ("Roscoe's Show"); and

15     (2)  Producing, Exploiting, and/or Distributing any out-take images,
16 trailers, or clips of the Belle's Show which in any way copy, contain, use, include,
17 or capture the Roscoe's Show Materials; and

18     (3)  Infringing and making any unauthorized use of the Roscoe's Show
19 Materials in connection with any commercial purpose(s), including on the Internet,
20 to Produce, Exploit, and/or Distribute the Belle's Show.

21     This Motion is made pursuant to the Copyright Act, 17 USC § 101, et seq.,
22 Federal Rules of Civil Procedure, Rule 65, and Local Civil Rules, Rule 65-1.

23     Injunctive relief is sought on the grounds that Defendants have engaged in,
24 and intend to continue to engage in, copyright infringement of Plaintiffs' valuable
25 intellectual property, the Roscoe's Show Materials. Defendants' ongoing Exploiting
26 and/or Distributing of the Belle's Show, and intention to continue to Exploit and/or
27 Distribute the Belle's Show threatens the copyright protections afforded to Plaintiffs
28 and necessitates the entry of a preliminary injunction enjoining such acts in order to

HAMRICK & EVANS, LLP

preserve the status quo pending final disposition of this matter. Based on the testimonial and documentary evidence submitted concurrently herewith, the Plaintiffs are likely to succeed on the merits of their claims and will suffer irreparable harm if the Defendants are not enjoined.

This motion for injunctive relief is based on: (1) this Notice of Motion and Motion; (2) the Complaint, records, and pleadings on file in this matter; (3) the attached Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Injunction; (4) the Declarations of Richard Walter, Herbert Hudson, Kennedy Goldsby, Paul Goldsby, Frank Pinnock, Ciarra Carter, and Martin J. Barab filed herewith; and (5) all other written documents on file in this action, together with such additional evidence as may be offered at the hearing.

DATED: November 19, 2012              HAMRICK & EVANS, LLP

                                      */s/ Martin J. Barab*
                                By:_____
                                      MARTIN J. BARAB
                                      A. RAYMOND HAMRICK, III
                                      KENNETH A. KOTARSKI
                                      REBECCA L. WORDEN
                                      Attorneys for Plaintiffs
                                      GOODNESS FILMS, LLC, HERBERT
                                      HUDSON, PAUL GOLDSBY, and
                                      KENNEDY GOLDSBY

## PROOF OF SERVICE

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party to the within action or cause. My business address is Hamrick & Evans, LLP, 111 Universal Hollywood Drive, Suite 2200, Universal City, California 91608.

I further certify that on November 19, 2012, I caused to be served the copies of the attached:

- **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION;**
- **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF PAUL GOLDSBY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF FRANK PINNOCK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF CIARRA CARTER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF MARTIN J. BARAB IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF RICHARD WALTER IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF HERBERT HUDSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION;**
- **DECLARATION OF KENNEDY GOLDSBY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; AND**
- **[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION** on the parties in said action as follows:

[x] **BY REGULAR MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, for collection and mailing at my place of business following ordinary business practices. Said document(s) will be deposited with United States Post Office mail box at Universal City, California, addressed as follows:

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted by facsimile machine, telephone number (818) 763-2308, pursuant to California Rules of Court, Rule 2005. The facsimile machine I used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e), I caused the machine to print a record of the transmission, a copy of which will be provided upon request. Said fax transmission occurred as stated in the transmission record and was directed as stated above.

[ ] **(BY ELECTRONIC FILING AND SERVICE)** the foregoing document will be served by the court via NEF and hyperlink to the document. On August 16, 2011, I checked the CM/ECF docket for this case and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[ ] **(BY E-MAIL)** the foregoing document will be served electronically to the e-mail address(es) listed below:

[x] (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on November 19, 2012, at Universal City, California.

KRISI M. BISER

# SERVICE LIST

Nausheen Kazalbasch, Esq.
Johnson & Johnson, LLP
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
ATTORNEY FOR EDWIN B. WEINBERGER