IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

## DECLARATION OF MICHAEL HUBER IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

I, Michael Huber, declare and state the facts I set forth in this declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts competently under oath.

1. I am a Senior Manager – Forensic Technology & Discovery Services at Ernst & Young. I have worked at Ernst & Young since 2010 and have been a Senior Manager since 2017.

2. Ernst & Young provides eDiscovery services for PNC at the direction of their counsel. Since 2017, I have worked with the legal department to enhance their policies and procedures related to eDiscovery, and assisted in-house and outside counsel for PNC in collecting, reviewing, and producing documents in litigation.

3. I began working with in-house counsel at PNC as well as outside counsel at Ballard Spahr LLP on collecting documents and other Electronically Stored Information for potential production in this matter in July 2019.

4. To date, Defendants have produced 11,715 documents to SRSA, 11,163 of which were produced by September 25, 2019. SRSA has produced 12,174 documents to Defendants, 909 of which we received after September 25, 2019. SRSA made 16 of its 23 productions in this matter after September 25, 2019

5. SRSA produced documents bates stamped SRSAvPKT00089446 and SRSAvPKT00089458 to Defendants on October 15, 2019. SRSA produced a document bates stamped SRSAvPKT00090155 to Defendants on November 20, 2019.

6. On September 17, 2019, I participated in a call with Fortis principals, a PNC executive, in-house counsel at PNC, and Ballard Spahr attorneys to discuss Defendants' production of documents in this matter. During that call, the group discussed a PNC Excel spreadsheet titled "Firms by segement 101518 v3.xlsx" ("Firms by Segment").

7. The group determined that certain tabs of the Firms by Segment Excel spreadsheet included information that was responsive to SRSA's Requests for Production. Other tabs consisted of non-responsive, confidential information about deals in which Fortis served as shareholder representative. There was a lot of back and forth on the call, and counsel ultimately decided to redact the non-responsive tabs of the Firms by Segment Excel document, which contained confidential information. After communications with counsel, my team at Ernst & Young believed that the Strategic Buyers tab was one of the tabs to be redacted from all versions of the Firms by Segment document. Ernst & Young redacted the Fortis Referral Sources Detail, Fortis Escrows with Attorneys, Fortis Escrows by Buyer, and Strategic Buyers tabs from all

versions of the Firms by Segment document that were produced to SRSA. We were later informed that it was the Buyers with Escrow Amount tab that contained non-responsive, confidential information that should have been redacted from the Firms by Segment document instead of the Strategic Buyers tab.

8. The Ernst & Young team identified an Excel spreadsheet titled "Top Firms v2.xlsx" ("Top Firms") that was a near duplicate of the Firms by Segment document and included many of the same tabs. Accordingly, we redacted the Strategic Buyers and Fortis Referral Sources Detail tabs from all versions of the Top Firms document that were produced to SRSA.

9. The Firms by Segment and Top Firms documents were produced to SRSA as native Excel files on September 18, 2019. As a result, the redacted tabs were removed entirely from the native files. I am listed in the metadata of these documents as the Last Author because I performed the redaction of the native documents.

10. On November 7, 2019, Sarah Wallace sent me a version of the Firms by Segment document and asked whether it had been produced. I confirmed the Firms by Segment document had been produced with certain tabs redacted and the Law Firms, Private Equity, Venture Capital, and Buyers with Escrow Amount tabs remained. On November 8, 2019, I provided Ms. Wallace with a new stand-alone version of the Firms by Segment document with the Strategic Buyers tab (PNC_00056508) and subsequently produced that document to SRSA per instruction from Ms. Wallace.

11. On November 19, 2019, Ballard Spahr attorneys asked me to search for all versions of the Firms by Segment document and cover emails transmitting it. In this search,

3

Ernst & Young identified several versions of the Firms by Segment document that had been previously produced with the Strategic Buyers tab redacted.

12. On November 22, 2019, Defendants produced to SRSA the stand-alone version of the Firms by Segment document (PNC_00056508) with all tabs, re-productions of the previously produced versions of the Firms by Segment document with all tabs and cover emails, and a few additional versions of the Firms by Segment document with all tabs and cover emails.

13. On December 3, 2019, Ms. Wallace instructed me that, in the future, if Ernst & Young redacts tabs from an Excel spreadsheet, the documents should include a placeholder to show that tabs have been removed. I also confirmed to Ms. Wallace that versions of the Firms by Segment document were the only native Excel spreadsheets I was aware of that Ernst & Young redacted for reasons other than personally identifiable information.

14. On December 3, 2019, Ms. Wallace brought to my attention produced versions of the Top Firms document as additional native Excel spreadsheets that Ernst & Young may have redacted in their native production versions. I explained that the Top Firms documents were near duplicates of the Firms by Segment documents and accordingly Ernst & Young had redacted the Strategic Buyers and Fortis Referral Sources Detail tabs from the native versions. On December 4, 2019, we re-produced to SRSA the previously produced versions of the Top Firms document with all tabs.

15. On December 4, 2019, Ms. Wallace requested that I investigate whether the cover email transmitting PNC_00056508 had been produced to SRSA. I reported that it had not been produced to SRSA because that particular version of the Firms by Segment document was originally produced as a stand-alone document. On December 5, 2019, Defendants re-produced

4

to SRSA that version of the Firms by Segment document (originally produced at PNC_00056508) along with the cover email originally transmitting it.

16. At no time did PNC, Fortis, or any attorneys representing these entities request that Ernst & Young withhold responsive information. Rather, the removal of the Strategic Buyers tab was the result of a miscommunication. As set forth above, Defendants and their attorneys requested that Ernst & Young immediately investigate and remedy the oversight as soon as it was discovered.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 29, 2020                          By: _____
                                                      Michael Huber