# EXHIBIT 1

| | |
|---|---|
| **From:** | Ben D. Rothstein <brothstein@keker.com> |
| **Sent:** | Tuesday, January 7, 2020 7:53 PM |
| **To:** | Robbins, Noah (Phila) |
| **Cc:** | Ballard PNC Litigation Team; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com |
| **Subject:** | RE: SRSA v. PNC -- Sanctions motion |

⚠ EXTERNAL

Noah,

I am sorry to hear that you are ill, and I hope you feel better soon.

I want to clarify two points regarding our offer. First, due to scheduling conflicts and further consideration of timing, we can no longer offer 1/21 and 1/22 as depo dates. The depos would have to be next week (between 1/13 and 1/17). Second, to the extent it was not clear in my email, the depositions need to be at Defendants' cost.

We look forward to hearing back from you.

Best,
Ben


-----Original Message-----
From: Robbins, Noah <robbinsn@ballardspahr.com>
Sent: Tuesday, January 7, 2020 12:20 PM
To: Ben D. Rothstein <BRothstein@keker.com>
Cc: ballardpnclitteam@ballardspahr.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com
Subject: Re: SRSA v. PNC -- Sanctions motion

[EXTERNAL]

Ben,

Thanks for your email.  I am out of the office with an illness today but expect to return tomorrow.  I will get back to you then after I've had a chance to discuss your proposal with my colleagues.

Noah

Sent from my iPhone

On Jan 7, 2020, at 2:36 PM, Ben D. Rothstein <brothstein@keker.com<mailto:brothstein@keker.com>> wrote:

⚠ EXTERNAL
Hi Noah,

We have further considered Defendants' request that we consider alternatives to a motion seeking preclusion of testimony as a remedy for Defendants' systematic and undisclosed alteration of documents produced during the

1

expedited discovery period, followed by the untimely production of unaltered originals on the eve of (or after) the PI motion was filed.  The prejudice we have incurred is plain:  because of Defendants' actions, we did not have the opportunity to depose Kelly and Tsarnas on critical documents demonstrating misappropriation of SRSA's confidential information and trade secrets.  As a compromise proposal, SRSA will withhold the filing of our motion if Defendants agree to (a) make Kelly and Tsarnas available for short depositions (maximum two hours each) in San Francisco either next week or on 1/21 or 1/22 on the subject of the late-produced documents, and (b) extend Defendants' deadline for filing our reply brief from January 17 until January 24.

This proposal does not fully remedy the prejudice caused by Defendants' discovery misconduct and improper alteration of documents, as it requires an additional extension of the briefing schedule, which further delays SRSA's provisional relief. However, it is the bare minimum necessary to restore fairness to the PI proceedings in light of Defendants' efforts to submit testimony regarding the late-produced documents through Kelly's declaration.

If Defendants will not agree to this relief, please provide a time this afternoon or tomorrow morning to meet and confer telephonically. We are available this afternoon any time other than 1-2 pm PST, and we are generally available tomorrow morning.

Regards,
Ben


From: Ben D. Rothstein <BRothstein@keker.com<mailto:BRothstein@keker.com>>
Sent: Friday, January 3, 2020 11:05 AM
To: 'Robbins, Noah' <robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>>; ballardpnclitteam@ballardspahr.com<mailto:ballardpnclitteam@ballardspahr.com>
Cc: ACQUIOM-KVP <ACQUIOM-KVP@keker.com<mailto:ACQUIOM-KVP@keker.com>>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- Sanctions motion

Hi Noah,

As Michelle and I discussed with Drew and Sarah when we met and conferred regarding this issue telephonically in December, the only way to obviate the need for this motion would be for Defendants to agree not to offer new evidence regarding the late-produced (and previously-altered) documents in their production. Since Drew and Sarah refused to agree to that relief on the previous meet and confer, and you now refuse to withdraw paragraph 26 of Ms. Kelly's declaration (which falls within the scope of the relief Drew and Sarah already refused), we are at an impasse and our meet and confer is concluded.

Best,
Ben

From: Robbins, Noah [mailto:robbinsn@ballardspahr.com]
Sent: Friday, January 03, 2020 6:12 AM
To: Ben D. Rothstein; ballardpnclitteam@ballardspahr.com<mailto:ballardpnclitteam@ballardspahr.com>
Cc: ACQUIOM-KVP; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: RE: SRSA v. PNC -- Sanctions motion

[EXTERNAL]
_____
Ben,

2

SRS's proposed motion is entirely baseless and will only serve as additional evidence in our eventual motion for fees and costs against SRS and its attorneys.  Unless SRS intends to meet and confer to obviate the need for this meritless motion, we do not believe a conferral is useful.
Noah

Noah S. Robbins

[https://dg01.redatatech.com/onprem_image_fetch?cid=1030&ep=79f04b27daac85b9bfb03085caad53c640048561f4bc84da1185af2a313129f38ba75fd0dc7a721e5fb1a9b5d700eeb367cc05fb5da8c718f610ce1d5934b692b351d7fdcb391a1de211f47c0a762c35042c50fe1ebbb82311de128619d438ba5a9a2ea98c32729bd9c85bad15d48e89d0c14928d0b3e6941fae57d811bb47e13165eb85dee0f6aa7dacc188485f3db7f66e05fbe9045cb5b47081663a0729b667216fd34e1c62ab6f4b337002709f96364ed9584fa2339bb9834d57d712dc74]<http://www.ballardspahr.com/>

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599<http://maps.apple.com/?address=1735%20Market%20Street,51st%20Floor,Philadelphia,PA,19103-7599>
215.864.8745<tel:215.864.8745> direct
215.864.8999<tel:215.864.8999> fax

<http://maps.apple.com/?address=,,,,>

robbinsn@ballardspahr.com<mailto:robbinsn@ballardspahr.com>
vcard<https://vcard.ballardspahr.com/Api/Signature/?vkey=9A0F86604FA1DC1686A0CAD86A808A5C&format=vcard>

http://www.ballardspahr.com<http://www.ballardspahr.com/>

From: Ben D. Rothstein <brothstein@keker.com<mailto:brothstein@keker.com>>
Sent: Thursday, January 2, 2020 5:01 PM
To: Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com<mailto:BallardPNCLitTeam@ballardspahr.com>>
Cc: acquiom-kvp@keker.com<mailto:acquiom-kvp@keker.com>; sheridan-srs@sheridanross.com<mailto:sheridan-srs@sheridanross.com>
Subject: SRSA v. PNC -- Sanctions motion

⚠ EXTERNAL
Counsel,

3

Last month, we met and conferred telephonically regarding our request that Defendants be precluded from offering evidence in opposition to our PI motion regarding the "high priority" customer lists that Defendants altered in their productions during the expedited discovery period. Defendants refused to agree to that relief, and the parties informed Judge Crews that SRSA would file a sanctions motion seeking that relief.

We intend to file our sanctions motion tomorrow afternoon. We will also ask the Court to strike paragraph 26 of Defendant Kelly's declaration in response to the PI motion, which seeks to address the same evidence, on the same grounds. We assume based on our earlier meet and confer that Defendants will refuse this relief as well, since it is encompassed within the relief Defendants have already refused. However, if this is incorrect or if Defendants believe a further meet and confer on this motion would be productive, please provide a time tomorrow between 10-12 am PST that you are available.

Regards,
Ben



Ben D. Rothstein
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com<mailto:brothstein@keker.com> | vcard<http://www.keker.com/Utilities/vCard.ashx?NodeGuid=0FEE1F03-6215-4E45-8E11-15D51FC26EDA&PhotoSource=Photo1> | http://keker.com<http://www.keker.com>