EXHIBIT 2

```
                                                              Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3

 4    Civil Action No. 1:19-cv-02005-DDD-SKC

 5    SRS ACQUIOM INC., a Delaware
      corporation, and SHAREHOLDER
 6    REPRESENTATIVE SERVICES LLC,
      a Colorado limited liability
 7    company,

 8              Plaintiffs,

 9              v.

10    PNC FINANCIAL SERVICES GROUP,
      INC., a Pennsylvania
11    corporation, PNC BANK, N.A.,
      a national association,
12    HEATHER KELLY, an individual,
      and ALEX TSARNAS, an
13    individual,

14              Defendants.

15    _____

16       VIDEOTAPED DEPOSITION OF ADAM LEZACK AND AS A

17          30(b)(6) REPRESENTATIVE FOR PNC BANK

18                  SAN DIEGO, CALIFORNIA

19                    OCTOBER 28, 2019

20

21

22    Reported By:
      PATRICIA Y. SCHULER
23    CSR No. 11949

24    Job No. 47863

25
```

**Page 358**

                    (Exhibit 35 was marked for
                    identification.)
BY MR. BRAUNIG:
    Q.   And you have Lezack 35 in front of you?
    A.   I do.
    Q.   I want to ask you about there are some notes that are reflected here, and it says under No. 1, "Deliverables: Heather, Pat, Alex, connect with all buyers categorized as H and the lawyers in the same category."
    A.   Okay, I see that, yes.
    Q.   Did PNC develop a list of high priority buyers that it wanted to connect with in October of 2018?
    A.   So this is the list that I was referring to before.  I don't have a name for it, but this is in my mind is the same thing I was talking about before.
    Q.   And who created the buyers connection list?
    A.   It would have been a combination of Heather, Rick, Ryan, myself, Patrick Murphy.  Is there anyone else?  Alex Tsarnas.  And I would have had assistance from my teammates.
    Q.   Where does this document -- where did

**Page 359**

this document live, this buyers list -- of high priority buyers?
    A.   What do you mean where does it live?
    Q.   Was it on somebody's document that was a shared drive?  Was it a document that was shared over email?
    A.   I would have to say over email.
    Q.   Do you know what the document was called?
    A.   I know it would be an Excel spreadsheet.  I can't recall if it had a name.
    Q.   Do you know how many buyers were listed as high priority buyers?
    A.   I don't recall.
    Q.   Did the spreadsheet include tracking of who was going to be responsible for connecting with which buyer?
    A.   That would make sense.
    Q.   Is that your best recollection?
    A.   My best recollection is that would make sense, yes.
    Q.   In connection with the exercise in Lezack 35, did -- yeah, this process of categorizing buyers and contacting them, was there any discussion of whether Alex and Heather couldn't contact particular buyers?

**Page 360**

    A.   I don't recall any specific discussion.
    Q.   Did PNC remind Heather and Alex in connection with this exercise that they were not to contact certain buyers who they'd worked with at SRS?
    A.   I can't speak as to what legal would have talked about to Alex or Heather, I believe you asked about.
    Q.   Okay, leaving aside legal, did anyone else at PNC talk to Heather and Alex in connection with this exercise about not contacting buyers who they had -- who were SRSA customers?
    A.   Well, I don't know who SRSA customers are.
    Q.   Did anyone remind them of their obligations not to contact SRSA customers in connection with this exercise?
    A.   Outside of legal, not that I'm aware of.
    Q.   Without telling me anything specifically that was discussed with legal, are you aware of whether or not there were discussions with Alex and Heather after they joined PNC about who they could contact and who they couldn't?
    A.   One more time.  Sorry.  I'm not following you.

**Page 361**

    Q.   After the time period when Alex and Heather joined PNC, without getting into the specific content of any legal communications, did PNC have communications with Alex and Heather about this question of whether or not they could contact particular buyers?
    A.   Right.  Without getting into specific communications, because I'm not part of those communications with the legal team, not that I'm aware of.
    Q.   Your answer is that you don't know?
    A.   Not that I'm aware of.
                    (Exhibit 36 was marked for
                    identification.)
BY MR. BRAUNIG:
    Q.   Do you recognize that -- strike that.
         Is Lezack 36, PNC 38531, correspondence between you and Alex Tsarnas and Heather Kelly about contacts that Heather Kelly was making with potential customers?
    A.   So, Warren, I can't tell from this document.  It looks like Alex is emailing Heather and copying me, but I don't know below like who this email is between.
    Q.   It's unfortunately the way it was