# EXHIBIT 3

**From:** Wallace, Sarah B (Denver) <WallaceS@ballardspahr.com>
**Sent:** Friday, November 8, 2019 4:10 PM
**To:** Warren Braunig; ACQUIOM-KVP
**Subject:** Document production

Warren

I was able to locate the document Heather and Adam referenced in their depositions.  We will produce later today with the "first contact" documents we were able to locate.

I am also hoping to produce a document that accounts for not only the CGI development costs but any internal costs billed against the online product.  It may not be until Monday though.

**Sarah B. Wallace**

Ballard Spahr LLP

1225 17th Street, Suite 2300
Denver, CO 80202-5596
303.299.7334 DIRECT
303.296.3956 FAX

wallaces@ballardspahr.com
VCARD

--------------------------------
www.ballardspahr.com

1