**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

**NOTICE OF ERRATA AND SUBMISSION OF CORRECTIONS REGARDING
ECF NOS. 85, 86 AND 166**

Plaintiffs file this erratum to correct the following typographical errors:

**I.     Docket 85**

On November 25, 2019, Plaintiffs' filed the Declaration of Michelle S. Ybarra in Support of Plaintiffs' Motion for Preliminary Injunction ("Ybarra Declaration") (ECF 85).  Paragraph 112 of the Ybarra Declaration incorrectly listed the Bates numbers of Exhibit 109 as CGI_SRS_00000001 to CGI_SRS_00000004.  The correct Bates numbers of Ybarra Exhibit 109 are PNC_00047344 to PNC_00047347.

**II.    Docket 86**

On November 25, 2019 Plaintiffs' filed its Motion for Preliminary Injunction. (ECF 86).  The fifth sentence in the last paragraph on page 20 cites Ybarra Ex. 45.  The corrected citation is Ybarra Ex. 42.

**III.   Docket 166**

On January 17, 2020 Plaintiffs incorrectly identified two exhibits in the Reply Declaration of Benjamin D. Rothstein in Support of Plaintiffs' Motion for Preliminary Injunction ("Rothstein Declaration") (ECF 166).  Paragraph 7 incorrectly referred to "Exhibit 6 at the deposition of Luda Semenova" and Paragraph 19 incorrectly referred to "Exhibit 18 at the deposition of Adam Lezack."

**A.**    Paragraph 7 of the Rothstein Declaration is corrected as follows:

> 7.     Attached hereto as **Exhibit 6** is a true and correct copy of a May 31, 2019 email from Luda Semenova to Adam Lezack that was marked as **Exhibit 22** at the deposition of Luda Semenova taken in this action on November 5, 2019.

1

    **B.**    Paragraph 19 of the Rothstein Declaration is corrected as follows:

> 19.    Attached hereto as **Exhibit 18** is a true and correct copy of a document Bates-numbered PNC_00043772 to PNC_00043780 that was marked as **Exhibit 1** at the deposition of Adam Lezack taken in this action on October 28, 2019.

Additionally, Plaintiffs highlighted passages in certain exhibits attached to the Rothstein Declaration for ease of reference. Although some paragraphs in the Rothstein Declaration explicitly mentioned the exhibit highlighting, paragraphs 10, 23, 26, and 33 inadvertently omitted language regarding exhibit highlights.

    **C.**    Paragraph 10 of the Rothstein Declaration is corrected as follows:

> 10.    Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates-numbered PNC_00025269 to PNC_00025277. The highlighting in this document was done by my staff.

    **D.**    Paragraph 23 of the Rothstein Declaration is corrected as follows:

> 23.    Attached hereto as **Exhibit 22** is a true and correct copy of a March 19, 2019 email from Ryan Simkin to Rick Fink and Adam Lezack Bates-numbered PNC_00043319 to PNC_00043322. The highlighting in this document was done by my staff.

    **E.**    Paragraph 26 of the Rothstein Declaration is corrected as follows:

      26.      Attached hereto as **Exhibit 25** is a true and correct copy of a document Bates-numbered PNC_00053112 to PNC_00053138 that was marked as Exhibit 6 at the deposition of Thomas Lang taken in this action on November 14, 2019. The highlighting in this document was done by my staff.

**F.**      Paragraph 33 of the Rothstein Declaration is corrected as follows:

      33.      Attached hereto as **Exhibit 32** is a true and correct copy of a document Bates-numbered CGI_SRS_00003788 to CGI_SRS_00003790. The highlighting in this document was done by my staff.

|  |  |
|---|---|
| Dated: January 30, 2020 | Respectfully submitted,<br><br>By: *s/Benjamin D. Rothstein*<br>Warren A. Braunig<br>*wbraunig@keker.com*<br>Michelle S. Ybarra<br>*mybarra@keker.com*<br>Benjamin D. Rothstein<br>*brothstein@keker.com*<br>Victor H. Yu<br>*vyu@keker.com*<br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415-391-5400<br>Facsimile:     415-397-7188<br><br>SHERIDAN ROSS P.C.<br>Scott R. Bialecki<br>*sbialecki@sheridanross.com*<br>Matthew C. Miller<br>*mmiller@sheridanross.com*<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone:     303 863 9700<br>Facsimile:     303 863 0223<br>Email:     *litigation@sheridanross.com*<br><br>Attorneys for Plaintiffs<br>SRS ACQUIOM INC. AND<br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC |

4

1369439