**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
TO FILE MATERIALS UNDER RESTRICTION LEVELS 1 & 2**

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Unopposed Motion to File Materials Under Restriction Levels 1 & 2 ("Motion"), and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's Motion is GRANTED.

Pursuant to D.C.COLO.LCivR 7.2, the Clerk is hereby directed to place SRSA's January 17, 2020, Reply in Support of its Motion for Preliminary Injunction and supporting documents thereto under Restriction Levels 1 & 2 as detailed in the Motion.

DONE AND ORDERED this ____ day of _____, 2020.

                                        BY THE COURT:

                             By: _____
                                Hon. Daniel D. Domenico
                                United States District Judge

1369393