# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability
    company,

    Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania
corporation,  PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## DEFENDANTS' NOTICE OF FILING GLOSSARY OF TERMS

PLEASE TAKE NOTICE, that Defendants hereby submit the attached Notice of Glossary of Terms as discussed in the Court's Practice Standards at Section II(B)(2) in advance of the hearing in this matter on March 11, 2020.

Dated:  March 4, 2020                           Respectfully Submitted,

                                                    By:  */s/ Matthew Johnson*
                                                         James F. Bennett
                                                         Matthew E. Johnson
                                                         **DOWD BENNETT LLP**
                                                         1775 Sherman Street, Suite 2010
                                                         Denver, CO 80203
                                                         Telephone: 303-353-4361
                                                         Facsimile: 314-863-2111
                                                         jbennett@dowdbennett.com
                                                         mjohnson@dowdbennett.com

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of March, 2020, a true and correct copy of the foregoing **DEFENDANTS' NOTICE OF FILING GLOSSARY OF TERMS** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company*

                                                    */s/ Matthew Johnson*
                                                    Matthew E. Johnson

DEFENDANTS' GLOSSARY

| Term | Definition |
|---|---|
| ACH | Automated Clearing House – Electronic network for financial transactions |
| ACP | Acquiom Compensation Payments – SRS Acquiom product for administering payments to option holders that must be treated as taxable employee compensation |
| AES | Acquiom Employee Solutions – Entity responsible for handling compensation payments on behalf of SRS Acquiom |
| CGI | CGI, Inc. – Information technology consulting company that developed PNC Paid software |
| C&IB | Corporate and Institutional Banking – Branch of PNC focused on the financial needs of businesses, organizations, municipalities and nonprofits |
| CRM | Customer Relationship Management System – System used by a business to track past, current, future, and prospective clients |
| EIAC | Employee Invention Assignment and Confidentiality Agreement |
| Epiq | Eqip Global – Legal services provider offering payments administration with online capabilities |
| FASTTRACK | Online payments administration portal offered by Wilmington Trust |
| FORECAST | Fortis online portal allowing shareholders to access dashboard of M&A deals |
| FORSITE | Fortis online M&A deal terms tool |
| ISO | Incentive Stock Option – Company benefit allowing employee rights to buy stock shares at a discounted price |
| KYC | Know Your Customer – Process by which a business verifies the identities of its clients and complies with Anti-Money Laundering laws |
| LOT | Letter Of Transmittal – Document filled out by shareholder containing information necessary for payments administrator to process payments related to share sale |
| MMP | Minimal Marketable Product – Product, traditionally released following post-development of MVP, with sufficient features to be marketed/sold to general public |

DEFENDANTS' GLOSSARY

| Term | Definition |
|------|------------|
| MVP | Minimum Viable Product – Version of a product with limited, but sufficient, features to allow alpha/beta testing and provide feedback for future development |
| P&E | Payments and Escrow – Class of services relating to the holding and distribution of funds accrued during a merger or acquisition proffered by the buying company |
| PCS | Pre-Closing Solicitation – The collection and signing of documents by necessary parties prior to the closing date of a particular merger or acquisition transaction |
| PWC | PriceWaterhouseCoopers – Professional services firm that performed the valuation of SRS Acquiom for its acquisition by a private equity firm |
| SHR | Shareholder Representative – Entity that represents the interests of one or more selling shareholders in a merger or acquisition transaction |
| ST | SunTrust Bank – Financial services company |
| TM | Treasury Management – Class of services related to the management of business finances, including cash, investments, and other financial assets |
| WF | Wells Fargo – Financial services company |
| WT | Wilmington Trust – Financial services company offering payments administration with online capabilities |