IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## PLAINTIFFS' GLOSSARY OF TERMS FOR MARCH 11, 2020 PRELIMINARY INJUNCTION HEARING

Pursuant to DDD Civ. P.S. II.B.2, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC provide the following Glossary of technical or unusual case-specific terms or phrases which may arise during the March 11, 2020 Preliminary Injunction Hearing (a copy will also be emailed to the Court, Court Reporter, Courtroom Deputy Clerk and Opposing Counsel):

| Term | Definition |
| --- | --- |
| **ACP** | Acquiom Compensation Payments, a product sold by Plaintiff SRS Acquiom Inc. that facilitates payments to optionholders or former employees of an acquired company. This same product is also sometimes referred to as "Acquiom Employee Solutions" or "AES." |
| **AES** | Acquiom Employee Solutions. *See* above. |

| Term | Definition |
|---|---|
| **CGI** | Software vendor that assisted Defendant PNC in the development of its online payments-and-escrow product. |
| **Clearinghouse** | Plaintiff SRS Acquiom Inc. product and platform that facilitates automated payments to shareholders, optionholders and other payees in connection with mergers and acquisitions.  It should be spelled as one word. |
| **Deal Dashboard** | Plaintiff SRS Acquiom Inc.'s product.  It should be spelled as two words. |
| **ECP** | Defendant PNC's paying agent compensation service, also known as an employee compensation payments service. |
| **EIAC** | Employee Invention Assignment and Confidentiality Agreement, a confidentiality agreement that SRSA (defined below) requires each of its employees to agree to. |
| **LOT** | Letter of Transmittal, a document filled out by a shareholder containing information necessary for a payments administrator to process payments related to share sale. |
| **M&A** | Mergers and Acquisitions. |
| **P&E** | Payments and Escrow, a class of services relating to the holding and distribution of funds accrued during a merger or acquisition proffered by the buying company. |
| **PCS** | Pre-Closing Solicitation, a SRSA product that electronically automates the process of gathering shareholder consents, *i.e.*, the collection and signing of documents by necessary parties before the closing date of a merger or acquisition.  Defendant PNC also has a product that it calls "Pre-Closing Solicitation." |
| **Shareholder Rep** | Shareholder Representative, an entity that represents the interests of one or more selling shareholders in a merger or acquisition transaction. |
| **SRS** | Plaintiff "SRS Acquiom Inc." or Plaintiff "Shareholder Representatives Services LLC." |

2

| Term | Definition |
|---|---|
| **SRSA** | Both Plaintiff entities, "SRS Acquiom Inc." and "Shareholder Representative Services LLC." |

Respectfully submitted,

Dated: March 4, 2020

By: s/ Scott R. Bialecki
Warren A. Braunig
  *wbraunig@keker.com*
Michelle S. Ybarra
  *mybarra@keker.com*
Benjamin D. Rothstein
  *brothstein@keker.com*
Victor H. Yu
  *vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile:  415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
  *sbialecki@sheridanross.com*
Matthew C. Miller
  *mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
Email:      *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

3