# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 10-cv-00385-WJM-BNB | Date: March 25, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| SBM SITE SERVICES, LLC,<br>an Oregon limited liability company | Cassandra Ferrannini<br>William Warne<br>Troy Griffin |
| Plaintiff, | |
| v. | |
| JOHN GARRETT, an individual, and<br>CROWN BUILDING MAINTENANCE, INC.,<br>d/b/a Able Building Maintenance,<br>d/b/a Able Services,<br>d/b/a/ Able Acquisition Corp., | Larry Martinez<br>Robin Nolan<br>Mark Houdak<br>Robert Bleicher |
| Defendants. | |

**COURTROOM MINUTES**

**EVIDENTIARY HEARING**

Court in Session: 8:59 a.m.

Court calls case.

Appearances of counsel.

Pending motions before the Court:

    1.    Plaintiff's Motion to Close Courtroom Proceedings for March 25, 2011, Hearing on SBM's Motions for Preliminary Injunction [Doc. #308; filed 3/21/11];

    2.    Plaintiff SBM Site Services, LLC's Unopposed Motion to Seal Records Submitted in Support of Plaintiff's Motion for Preliminary Injunction Against Defendant Crown Building Services, Inc., dba Able Services [Doc. #257; filed 3/2/11];

3. Plaintiff's Motion for Preliminary Injunction [Doc. #173; filed 1/12/11]; and

4. Plaintiff's Motion for Preliminary Injunction Against Defendant Crown Building Services, Inc., dba Able Services [Doc. #259; filed 3/2/11].

Argument regarding Plaintiff's Motion to Close Courtroom Proceedings.

**ORDERED: Plaintiff's Motion to Close Courtroom Proceedings for March 25, 2011, Hearing on SBM's Motions for Preliminary Injunction [Doc. #308; filed 3/21/11] is granted for reasons stated on the record. The courtroom and proceeding are closed.**

**ORDERED**: **With regard to Plaintiff SBM Site Services, LLC's Unopposed Motion to Seal Records Submitted in Support of Plaintiff's Motion for Preliminary Injunction Against Defendant Crown Building Services, Inc., dba Able Services [Doc. #257; filed 3/2/11], the Court reserves ruling on sealing the records.**

Evidence offered regarding Plaintiff's Motion for Preliminary Injunction [Doc. #173; filed 1/12/11] and Plaintiff's Motion for Preliminary Injunction Against Defendant Crown Building Services, Inc., dba Able Services [Doc. #259; filed 3/2/11].

Plaintiff's witness John Garrett sworn.

Direct examination of Mr. Garrett by Mr. Warne.

Video deposition of Mr. Garrett.

Mr. Garrett directed to Exhibits 58, 19, 22, 27, 28, 29, 32, 45, 124, 48, 49, and 156.

Court in recess:    10:44 a.m.

Court in session:   10:56 a.m.

Direct examination of Mr. Garrett by Mr. Warne continues.

Mr. Garrett directed to Exhibits 2, 155, 154, 149, 112, 67, and 153.

Exhibits 58, 19, 22, 27, 28, 29, 32, 45, 124, 48 page 1 only, 49, 156, 2, 149, 112, 67, and 153 admitted.

Exhibit 155 refused.

Cross examination of Mr. Garrett by Mr. Bleicher.

Mr. Garrett directed to Exhibits D, E and F.

Exhibits D, E, and F admitted.

Witness excused.

Court in recess:      12:01 p.m.

Court in session:     1: 32 p.m.

Plaintiff's witness Timothy Bryan sworn.

Direct examination of Mr. Bryan by Mr. Griffin.

Mr. Bryan directed to Exhibits 66, 71, 85, 86, 87, 84, 94, 103, 152, 154, and 161.

Exhibits 66, 71, 85, 86, 87, 84, 94, 103, 152, and 154 admitted.

Exhibit 161 refused.

Cross examination of Mr. Bryan by Mr. Houdak.

Cross examination of Mr. Bryan by Mr. Martinez.

Witness excused.

Court in recess:      2:26 p.m.

Court in session:      2:38  p.m.

Plaintiff's witness Michael Somers sworn.

Direct examination of Mr. Somers by Mr. Warne.

Cross examination of Mr. Somers by Mr. Bleicher.

Re-direct examination of Mr. Somers by Mr. Warne.

Mr. Somers directed to Exhibits 50, 57, 63, 101, 102, 103, and 64.

Exhibits 50, 57, 63, 101, and 64 admitted.

3

Re-cross examination of Mr Somers by Mr. Bleicher.

**ORDERED**: **This evidentiary hearing is set for conclusion on March 30, 2011 at 10:00 a.m. The parties will contact chambers on Monday March 28, 2011, to let the court know if this date and time will work for the lawyers, or any remaining witnesses.**

Plaintiff's exhibits 2, 19, 22, 27, 28, 29, 32, 45, 48 page 1 only, 49, 50, 57, 58, 63, 64, 66, 67, 71, 84, 85, 86, 87, 94, 101, 103, 112, 124, 149, 152, 153, 154 156, Defendants' exhibits D, E, and F and plaintiff's witness and exhibit list placed in sealed room.

Court in Recess:     5:03 p.m.

Hearing continued**.**
Total time in Court:     06:03

4

**ORDERED**: **This evidentiary hearing is set for conclusion on March 30, 2011 at 10:00 a.m. The parties will contact chambers on Monday March 28, 2011, to let the court know if this date and time will work for the lawyers and any remaining witnesses.**

Court in Recess:   5:03 p.m.

Hearing continued.
Total time in Court:   06:03