IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## ORDER GRANTING [#139] PLAINTIFFS' UNOPPOSED MOTION TO FILE MATERIALS UNDER RESTRICTION LEVEL 1

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Motion to File Materials Under Restriction Level 1 ("Motion") [#139], and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's Motion is GRANTED.

Pursuant to D.C.COLO.LCivR 7.2, the Clerk is hereby directed to place SRSA's December 12, 2019 Discovery Brief and Exhibits 4 and 6 thereto under Restriction Level 1 as detailed in the Motion.

DONE AND ORDERED this 6th day of March, 2020.

BY THE COURT:

_____
S. Kato Crews
United States Magistrate Judge