IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## ORDER GRANTING [#143] DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO RESTRICT

THIS MATTER coming before the Court upon Defendants PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants") Motion for Leave to Restrict ("Motion") [#143], and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and Defendants' Motion is GRANTED.

Pursuant to D.C.COLO.LCivR 7.2, the Clerk is hereby directed to place Defendants' docket entries identified in the table on pages 2-7 of Docket No. 143 (the "Table") under their corresponding Restriction Levels as detailed in the Table.

DONE AND ORDERED this 6th day of March, 2020.

BY THE COURT:

S. Kato Crews
United States Magistrate Judge