IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## PLAINTIFFS' WITNESS LIST

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC identify the below witnesses for the March 11, 2020 Preliminary Injunction Hearing.

| WITNESS | MARCH 11, 2020 LENGTH OF TESTIMONY |
|---|---|
| Paul Koenig | Approx. 30 minutes |
| Heather Kelly | Approx. 30 minutes |
| Alex Tsarnas | Approx. 15 minutes |
| Ben Lane | Approx. 15 minutes |
| Any witness necessary for rebuttal, impeachment, authentication or foundation, and any witness listed or called by any party | |

Respectfully submitted,

Dated:  March 9, 2020						By:  s/ Warren A. Braunig
								Warren A. Braunig
								    *wbraunig@keker.com*
								Michelle S. Ybarra
								    *mybarra@keker.com*
								Benjamin D. Rothstein
								    *brothstein@keker.com*
								Victor H. Yu
								    *vyu@keker.com*
								KEKER, VAN NEST & PETERS LLP
								633 Battery Street
								San Francisco, CA 94111-1809
								Telephone:  415-391-5400
								Facsimile:   415-397-7188

								SHERIDAN ROSS P.C.
								Scott R. Bialecki
								    *sbialecki@sheridanross.com*
								Matthew C. Miller
								    *mmiller@sheridanross.com*
								1560 Broadway, Suite 1200
								Denver, Colorado 80202
								Telephone:  303-863-9700
								Facsimile:   303-863-0223
								Email:       *litigation@sheridanross.com*

								ATTORNEYS FOR PLAINTIFFS
								SRS ACQUIOM INC. AND SHAREHOLDER
								REPRESENTATIVE SERVICES LLC

2