# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Judge Daniel D. Domenico

Case No. 1:19-cv-02005-DDD-SKC                Date: March 9, 2020

Case Title: SRS ACQUIOM INC., et al., v.  PNC FINANCIAL SERVICES GROUP, INC., et al.

DEFENDANTS' WITNESS LIST FOR MARCH 11, 2020 HEARING

#

| WITNESS | ESTIMATED DATE(S) AND LENGTH OF TESTIMONY |
| --- | --- |
| Heather Kelly | Approximately 30 Mins. |
| Paul Koenig | Approximately 30 Mins. |
| Benjamin Lane | Approximately 15 Mins. |
| Thomas Lang | Approximately 15 Mins. |
| Adam Lezack | Approximately 20 Mins |
| Alex Tsarnas | Approximately 10 Mins |

Defendants may call any witness necessary for rebuttal, impeachment, authentication for foundation, and any witness listed or called by any party.  In addition, Defendants have exchanged depositions designations with Plaintiffs and Defendants may request to submit deposition designations for the Court's consideration.

Date: March 9, 2020                                   Respectfully submitted,


                                                      **DOWD BENNETT LLP**


                                                      By:  /s/ *Matthew Johnson*
                                                      James F. Bennett
                                                      Matthew E. Johnson
                                                      1775 Sherman Street, Suite 2010
                                                      Denver, CO 80203
                                                      Telephone: 303-353-4361
                                                      Fascimile: 314-863-2111
                                                      jbennett@dowdbennett.com
                                                      mjohnson@dowdbennett.com


                                                      Hara K. Jacobs
                                                      Noah S. Robbins
                                                      **BALLARD SPAHR LLP**
                                                      1735 Market Street, 51st Floor
                                                      Philadelphia, PA 19103-7599
                                                      Telephone: 215-668-8500
                                                      Facsimile: 215-864-8999
                                                      jacobsh@ballardspahr.com
                                                      robbinsn@ballardspahr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of March, 2020, a true and correct copy of the foregoing **DEFENDANTS' WITNESS LIST** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Michelle Ybarra
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200

***Attorneys for Plaintiffs SRS Acquiom Inc., a Delaware corporation and Shareholder Representative Services LLC, a Colorado limited liability company***

*/s/ Matthew Johnson*
Matthew E. Johnson

\#