# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| SRS ACQUIOM INC., a Delaware Corporation, and SHAREHOLDER REPRSENTATIVE SERVICES LLC, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation, PNC BANK, N.A., a Pennsylvania Corporation, HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,<br><br>Defendants. | Case No. 1:19-cv-02005-DDD-SKC |

## NOTICE OF ENTRY OF APPEARANCE OF MEGAN HEINSZ

PLEASE TAKE NOTICE that Megan S. Heinsz of the law firm of Dowd Bennett LLP hereby enters her appearance in this lawsuit as counsel for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas in the above captioned matter.

Dated: March 9, 2020                                    Respectfully Submitted,

**DOWD BENNETT LLP**

By: */s/ Megan Heinsz*
Megan S. Heinsz
MO Atty. Reg. # 56377
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: 314-889-7307
Email: mheinsz@dowdbennett.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

By: */s/ Megan Heinsz*