IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Puja V. Parikh of the law firm Keker, Van Nest & Peters LLP hereby enters her appearance on behalf of Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC in the above referenced matter. The undersigned requests that all papers in this matter be served upon her at the e-mail address set forth below.

    Respectfully submitted,

Dated: March 9, 2020

By: s/ Puja V. Parikh
Warren A. Braunig
   *wbraunig@keker.com*
Michelle S. Ybarra
   *mybarra@keker.com*
Benjamin D. Rothstein
   *brothstein@keker.com*
Victor H. Yu
   *vyu@keker.com*
Puja V. Parikh
   *pparikh@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile:  415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
    *sbialecki@sheridanross.com*
Matthew C. Miller
    *mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
Email:     *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC