IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DANIEL D. DOMENICO

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: March 11, 2020 |
| Court Reporter: Tracy Weir | |

**CASE NO.   19-cv-02005-DDD-SKC**

Parties

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC,
a Colorado limited liability company,

　　　　Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC.,
a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual

　　　　Defendants.

Counsel

Benjamin Rothstein
Warren Braunig
Victor Yu
Michelle Ybarra
Scott Bialecki
Puja Parikh

Matthew Johnson
James Bennett
Hara Jacobs
Meaghan Heinsz
Noah Robbins

**COURTROOM MINUTES**

**HEARING:   Preliminary Injunction Evidentiary**

**Court in session:   9:05 a.m.**

Appearances of counsel.

The Court addresses preliminary matters with counsel

**ORDER**:   Plaintiffs' Motion for Leave to Restrict (**Doc. #190**) is **DENIED**.
　　　　　　Defendants' Motion to Strike Declaration **(Doc. #137) is DENIED**.

The parties are afforded 3.5 hours per side to use however they wish (openings/closings, evidence presentation and argument). The time will be tracked on a chess clock by the Courtroom Deputy.

Opening Statements.

**10:15 a.m.     Court in recess**
**10:34 a.m.     Court in session**

**Witness sworn for the plaintiff : William Paul Koenig :**
**10:34 a.m.**     Direct Examination by Ms. Ybarra.

Cross examination of witness by Mr. Bennett.

Redirect examination of witness by Ms. Ybarra.

**Witness sworn for the plaintiff :Heather Kelly :**
**11:39 a.m.**     Direct Examination by Mr. Braunig.

**12:13 p.m.          Court in recess**
**1:08 p.m.           Court in session**

Direct examination of witness Kelly by Mr. Bennett

Redirect examination of witness by Mr. Braunig.

**1:51 p.m.           Court in recess**
**2:00 p.m.           Court in session**

**Witness sworn for the plaintiff :Alex Tsarnas :**
**2:00 p.m.**     Direct Examination by Mr. Rothstein

Cross examination of witness by Mr. Bennett

Redirect examination of witness by Mr. Rothstein

**Witness sworn for the plaintiff :Benjamin Lane :**
**2:29 p.m.**     Direct Examination by Mr. Braunig.

Cross examination of witness by Mr. Bennett

Redirect examination of witness by Mr. Braunig.

Plaintiff rests.

**Witness sworn for the defendant :Thomas Lang:**
**2:47p.m.**     Direct Examination by Ms. Jacobs.

Cross examination of witness by Ms.Ybarra.

No redirect examination of witness.

**Witness sworn for the defendant :Adam Lezack:**
**3:04 p.m.**   Direct Examination by Ms. Jacobs.

Cross examination of witness by Mr. Rothstein,

Defendants rest.

**3:52 p.m.      Court in recess**
**4:07 p.m.      Court in session**

Closing arguments.

The Court will take the matter under advisement and will issue a written ruling.

**5:46 p.m.                Court in recess**
**Total in court time:     07:03**
**Hearing concluded**