# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

---

## ORDER GRANTING
## PLAINTIFFS' MOTION TO RESTRICT

---

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Motion to Restrict ("Motion"), and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's Motion is GRANTED.

Pursuant to D.C.COLO.LCivR 7.2, the Clerk is hereby directed to place portions of the March 9, 2020 Joint Exhibit List under Restriction Levels 1 & 2 as detailed in the Motion.

DONE AND ORDERED this ____ day of _____, 2020.

                                                BY THE COURT:

                                  By: _____
                                             Hon. Daniel D. Domenico
                                             United States District Judge