## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

### ORDER GRANTING IN PART PLAINTIFFS' MOTION TO FILE MATERIALS UNDER RESTRICTION LEVELS 1 AND 2 [#110]

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Motion to File Materials Under Restriction Levels 1 and 2 Pursuant to D.C.COLO.LCivR 7.2 [#110] ("Motion"), and being fully advised in the premises, IT IS HEREBY ORDERED that SRSA's Motion is GRANTED IN PART AND DENIED IN PART.

The Court does not find good cause for Level 2 Restriction; thus, the Motion is DENIED to the extent it seeks such restriction for any document. The Court does find good cause for Level 1 Restriction to SRSA's Preliminary Injunction Motion [#110] and certain supporting declarations and exhibits pursuant to D.C.COLO.LCivR 7.2. Thus, the Clerk of Court shall apply Level 1 Restriction to <u>all</u> documents for which SRSA seeks restriction.

Dated: May 18, 2020.

By: _____
S. Kato Crews
United States Magistrate Judge