IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## ORDER GRANTING IN PART PLAINTIFFS' MOTION TO RESTRICT

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Motion to Restrict ("Motion"), and being fully advised in the premises, IT IS HEREBY ORDERED that SRSA's Motion is GRANTED IN PART.

The requirements of D.C.COLO.LCivR 7.2, are not met with respect to the request for Restriction Level 2. However, Restriction Level 1 is appropriate. Thus, the Clerk is hereby directed to place the March 9, 2020 Joint Exhibit List [#197] under Restriction Level 1.

DATED: May 18, 2020.

BY THE COURT:

By: _____
    S. Kato Crews
    United States Magistrate Judge