## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

### PLAINTIFFS' NOTICE OF INTENT TO REQUEST REDACTION

Pursuant to Fed. R. Civ. P. 5.2 and ECF. No. 213, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("Plaintiffs"), by and through their undersigned counsel, submit this Notice of Intent to Request Redaction of portions of the transcript from the March 11, 2020 Preliminary Hearing in the above-captioned case. Plaintiffs will file their Motion for Redaction within the 21 day time period prescribed by the District of Colorado Guide to Transcript Redaction.

                                        Respectfully submitted,

Dated: May 29, 2020                  By:  s/ Scott R. Bialecki
                                        Warren A. Braunig
                                            *wbraunig@keker.com*
                                        Michelle S. Ybarra
                                            *mybarra@keker.com*
                                        Benjamin D. Rothstein
                                            *brothstein@keker.com*
                                        Victor H. Yu
                                            *vyu@keker.com*
                                        Puja Virendra Parikh
                                            *pparikh@keker.com*
                                        KEKER, VAN NEST & PETERS LLP
                                        633 Battery Street
                                        San Francisco, CA 94111-1809
                                        Telephone: 415-391-5400
                                        Facsimile: 415-397-7188

                                        SHERIDAN ROSS P.C.
                                        Scott R. Bialecki
                                            *sbialecki@sheridanross.com*
                                        Matthew C. Miller
                                            *mmiller@sheridanross.com*
                                        1560 Broadway, Suite 1200
                                        Denver, Colorado 80202
                                        Telephone: 303-863-9700
                                        Facsimile: 303-863-0223
                                        Email:    *litigation@sheridanross.com*

                                        ATTORNEYS FOR PLAINTIFFS
                                        SRS ACQUIOM INC. AND SHAREHOLDER
                                        REPRESENTATIVE SERVICES LLC