## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE TO REDACT PRELIMINARY INJUNCTION HEARING TRANSCRIPT

---

Under Local Rule 6.1 and section II(F) of the Court's Guidelines for the Electronic Availability and Redaction of Transcripts, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") request a one-week extension to file a motion to redact the March 9, 2020 preliminary-injunction hearing transcript. SRSA's requested extension would allow SRSA to file its motion to redact on or before June 24, 2020 instead of June 17, 2020.

On March 9, the Court held a hearing regarding SRSA's Motion for Preliminary Injunction. *See* ECF No. 180 (January 2020 Minute Order). And on May 27, the Court filed a transcript of the hearing provisionally under seal. *See* ECF No. 213. SRSA filed its Notice of Intent to Request Redactions on May 29. *See* ECF No. 216. Under Local Rule 7.2 and the Court's Guide to Transcript Redaction, SRSA's current deadline to file a motion to redact the

1

1386091

preliminary-injunction hearing transcript is June 17, 2020. *See* Notice of Electronic Availability and Redactions of Transcripts, §§ II(E) & (F).

Good cause exists to grant SRSA's requested extension. On June 17, the parties telephonically met and conferred regarding SRSA's planned motion to redact, pursuant to Local Rule 7.1. During that meeting, Defendants requested additional time to consult with their client regarding SRSA's motion and to complete the meet and confer process with SRSA. Accordingly, Defendants suggested that SRSA file an unopposed motion for a one-week extension to file SRSA's motion to redact.[1] SRSA agreed with Defendants' suggestion and believes that the parties will benefit from additional time to meet and confer regarding SRSA's motion. Given the short extension requested by the parties, no prejudice will occur to either party as a result.

Thus, SRSA now respectfully requests a one-week extension to June 24, 2020 to file its motion to redact the preliminary injunction hearing transcript. Along with its motion, SRSA submits a proposed order.[2]

//

//

//

---

[1] Accordingly, the parties have met and conferred under Local Rule 7.1(a) regarding SRSA's unopposed motion for an extension of time in the course of discussing the substantive issues surrounding the proposed redactions.

[2] Under Local Rule 6.1(c), counsel for SRSA will serve a true and correct copy of this Motion to their client. And under the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, a copy of this Motion will be electronically served to the Court Reporter Tracy Weir.

                                                                   Respectfully submitted,

Dated: June 17, 2020                By: *s/ Warren A. Braunig*
                                                          Warren A. Braunig
                                                          *wbraunig@keker.com*
                                                          Michelle S. Ybarra
                                                          *mybarra@keker.com*
                                                          Benjamin D. Rothstein
                                                          *brothstein@keker.com*
                                                          Victor H. Yu
                                                          *vyu@keker.com*
                                                          Puja Parikh
                                                          *pparikh@keker.com*

                                                          KEKER, VAN NEST & PETERS LLP
                                                          633 Battery Street
                                                          San Francisco, CA 94111-1809
                                                          Telephone:      415-391-5400
                                                          Facsimile:       415-397-7188

                                                          SHERIDAN ROSS P.C.
                                                          Scott R. Bialecki
                                                          *sbialecki@sheridanross.com*
                                                          Matthew C. Miller
                                                          *mmiller@sheridanross.com*
                                                          1560 Broadway, Suite 1200
                                                          Denver, Colorado 80202
                                                          Telephone:      303 863 9700
                                                          Facsimile:       303 863 0223
                                                          Email:    *litigation@sheridanross.com*

                                                          Attorneys for Plaintiffs
                                                          SRS ACQUIOM INC. AND
                                                          SHAREHOLDER REPRESENTATIVE
                                                          SERVICES LLC

### **Compliance With Type-Volume Limitation**

        I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

3

1386091