**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REDACT PRELIMINARY INJUNCTION HEARING TRANSCRIPT**

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Unopposed Motion to Redact Preliminary Injunction Hearing Transcript and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's Motion is GRANTED.

The Clerk is hereby directed to file a redacted version of the hearing transcript and maintain the unredacted version of the transcript under Level 1 restriction, as detailed in SRSA's Motion.

DONE AND ORDERED this ____ day of _____, 2020.

                                          BY THE COURT:

                                          By: _____
                                              Hon. Daniel D. Domenico
                                              United States District Judge