## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

     Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

---

### PLAINTIFFS' NOTICE OF ERRATA AND UNOPPOSED MOTION TO MODIFY ORDER TO REDACT PRELIMINARY INJUNCTION HEARING TRANSCRIPT (ECF NO. 222)

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") respectfully submit this Notice of Errata and Unopposed Motion to Modify the Court's Order to Redact the Preliminary Injunction Hearing Transcript (ECF No. 222).

On June 24, 2020, SRSA filed its Unopposed Motion seeking to redact the transcript for the March 11, 2020 hearing on SRSA's Preliminary Injunction Motion. (*See* ECF No. 220, the "Motion".) SRSA's Motion contained a typographical error. Although SRSA had properly highlighted the proposed text to be redacted at lines 8-9 on page 264 in the attached transcript sent to counsel for Defendants PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively "Defendants") during conferral, it inadvertently identified lines 7-8 in its carrying Motion. (*See*

ECF No. 220, at 3.) The Court granted SRSA's Unopposed Motion on July 7, 2020. (*See* ECF No. 222.) There is good cause to grant this Motion.

For the reasons stated above, SRSA requests that the Court modify its previous July 11, 2020 Order (ECF No. 222) to require the text between the word "but" on line 8 and "they're" on line 9, page 264, be redacted instead of lines 7-8, as previously ordered. Other than changing this inadvertent error, SRSA does not seek to alter the remainder of the Court's prior Order. A proposed Order is submitted herewith for the Court's convenience.[1]

### CERTIFICATE OF COMPLIANCE WITH D.C.COLO.LCIV.R 7.1(a)

Pursuant to D.C.COLO.LCivR 7.1(a), on July 21, 2020, SRSA's counsel conferred with counsel for Defendants on the relief sought herein. Defendants' counsel states that Defendants do not oppose this relief, but reaffirm and incorporate by reference Defendants' statements in the D.C.COLO.LCivR 7.1(a) certificate of SRSA's Motion (ECF No. 220), as if fully set forth herein. Additionally, Defendants reiterated that they do not waive any substantive defense related to any of the materials discussed herein, and do not waive the right to contest the confidentiality of the materials SRSA seeks to restrict, as well as the designation of any such materials, in any future pleading or proceeding, including at summary judgment and at trial.

---

[1] Under the Court's Policy Concerning Electronic Availability and Redaction of Transcripts, a copy of this Motion will be sent via email to the Court Reporter Tracy Weir.

Respectfully submitted,

Dated:  July 24, 2020

By:  s/ Matthew C. Miller
Warren A. Braunig
  *wbraunig@keker.com*
Michelle S. Ybarra
  *mybarra@keker.com*
Benjamin D. Rothstein
  *brothstein@keker.com*
Katie Lynn Joyce
  *kjoyce@keker.com*
Victor H. Yu
  *vyu@keker.com*
Puja V. Parikh
  *pparikh@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415-391-5400
Facsimile:   415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
  *sbialecki@sheridanross.com*
Matthew C. Miller
  *mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:  303-863-9700
Facsimile:   303-863-0223
Email:       *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.