**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**PLAINTIFFS' NOTICE OF ERRATA AND UNOPPOSED MOTION TO**
**MODIFY ORDER TO REDACT PRELIMINARY INJUNCTION**
**HEARING TRANSCRIPT (ECF NO. 222)**

---

THIS MATTER, coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's Notice of Errata and Motion to Modify Order to Redact Preliminary Injunction Hearing Transcript (ECF No. 222), and the Court being fully advised on the premises,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED. Text between the words "but" on line 8 and "they're" on line 9 shall be redacted. The Court's previous Order that all text on lines 7-8, page 264, be redacted, is hereby vacated. All other aspects of that Order remain in force.

DONE AND ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
Daniel D. Domenico
United States District Court Judge