Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation, PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

Defendants.

**PNC BANK, N.A.'S OBJECTIONS AND RESPONSES TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, and the Court's Scheduling Order (Dkt. 215), Defendant PNC Bank, N.A. ("PNC Bank"), by and through undersigned counsel, objects and responds to the First Set of Interrogatories of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") as follows:

**OBJECTIONS AND RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Describe all contributions made by any former SRSA employee to Defendants' efforts to identify customers or potential customers, sources of business or referral, and/or market segments relating to PNC's sale and marketing of PNC's Payments & Escrow Services.

**RESPONSE:** PNC Bank objects that this Interrogatory is vague, seeks information that is not relevant to any claim or defense in this action and that is not proportional to the needs of the case, and is overbroad to the extent it seeks information regarding any "customers or potential customers, sources of business or referral, and/or market segments relating to PNC's sale and

1

marketing of PNC's Payments & Escrow Services" regardless of its relevance, or lack thereof, to this action.

Subject to and without waiving the foregoing objections, PNC Bank responds by referring to the October 18, 2019 deposition testimony of Robert Sandt at 387:9-17; the October 28, 2019 deposition of Adam Lezack at 216:3-219:2 and 274:12-314:10; the October 23, 2019 deposition testimony of Heather Kelly at 251:14-24, 252:25-253:3, 257:22-259:13, 260:5-269:8, and 273:23-292:11; the October 17, 2019 deposition testimony of Alex Tsarnas at 100:13-101:10, 343:22-344:9 and 352:3-364:24; and the testimony of Heather Kelly and Alex Tsarnas at the March 11, 2020 hearing on Plaintiffs' Motion for Preliminary Injunction.

**INTERROGATORY NO. 2:**

Describe each customer engagement from January 1, 2018 through present pursuant to which PNC provided PNC's Payments & Escrow Services. For the purposes of this interrogatory, "Describe" means identify the customer, the deal parties, the specific payments and/or escrow service that PNC contracted to provide, the date and Financial Terms of PNC's engagement, the escrow amount (if any), number of payees, PNC's total revenues and profits from the engagement (including escrow interest), and any code name used for the engagement or project.

**RESPONSE:** PNC Bank objects that this Interrogatory seeks information that is not relevant to any claim or defense in this action, that is not proportional to the needs of the case, and is overbroad to the extent it seeks information regarding all customer engagements since January 1, 2018, regardless of their relevance, or lack thereof, to this action. *See, e.g., Bat v. A.G. Edwards & Sons, Inc.*, 2005 WL 6776838, at *2-3 (D. Colo. Nov. 18, 2005) (denying "overbroad and unduly burdensome" "blockbuster" interrogatory requesting that defendant "'[i]dentify all facts and documents you contend support' its affirmative defenses"). In addition, Plaintiffs have the burden of proof and it is their duty to identify "customer engagements" whereby they claim PNC did

something wrong. To date in this case, Plaintiffs have been unable to do so.

**INTERROGATORY NO. 3:**

Describe each meeting or telephone conference in which Tsarnas or Kelly participated regarding the development of PNC's Payments & Escrow Products. For the purposes of this interrogatory, "Describe" means state the date, location, participants, subject of discussion, Kelly and/or Tsarnas's contributions, and the Bates numbers of any documents presented, discussed, or memorializing the meeting or conference.

**RESPONSE:** PNC Bank responds by referring to the November 13, 2019 deposition testimony of Shashidhar Bandanatham at 86:18-89:17, 91:8-93:10, 96:18-111:12, 114:17-129:4, 155:21-157:14, 174:8-175:5, 178:3-179:4, and 211:24-216:24; the October 23, 2019 deposition testimony of Heather Kelly at 175:23-205:10; the October 17, 2019 deposition testimony of Alex Tsarnas at 101:3-10, 301:24-304:14, 307:19-309:25, 311:10-319:14, and 339:3-340:12; and documents previously produced in this action, including the documents Bates numbered PNC_00040438 – PNC_00040449, PNC_00040747 – PNC_00040748, PNC_00008410 – PNC_00008496, PNC_00040471 – PNC_00040473, PNC_00008943 – PNC_00008964, PNC_00049042 – PNC_00049044, PNC_00008499 – PNC_00008503, PNC_00008071 – PNC_00008072, CGI_SRS_00001754 – CGI_SRS_00001757, CGI_SRS_00001993 – CGI_SRS_00001996, CGI_SRS_00002107 – CGI_SRS_00002108, and CGI_SRS_00000108 – CGI_SRS_00000194.

**INTERROGATORY NO. 4:**

If you contend that any of PNC M&A Payments & Escrow Products are based upon or derived from Fortis's FORECAST or FORESITE products, describe in detail the basis for your contention and identify all documents in support. For the purposes of this interrogatory, "Describe" means identify the PNC product at issue, the specific features or elements that you contend are

protected by the attorney-client privilege, the work product doctrine, and/or any other applicable privilege protecting such information from disclosure.  PNC Bank will not provide privileged information.

Subject to and without waiving the foregoing objection, PNC Bank states that Adam Lezack assisted in the preparation of PNC's responses to SRSA's discovery requests to PNC.

Dated: July 22, 2020

By: */s/ James F. Bennett*
James F. Bennett
Matthew E. Johnson
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
jbennett@dowdbennett.com
mjohnson@dowdbennett.com

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Defendants*