**Exhibit C**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation, PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

Defendants.

---

## PNC BANK N.A.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION

---

Pursuant to Federal Rules of Civil Procedure 26 and 34, and the Court's Scheduling Order (Dkt. 215), Defendant PNC Bank, N.A., ("PNC Bank"), by and through undersigned counsel, objects and responds to the Second Set of Requests for Production of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") as follows:

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 11:**

All documents relating to any SRSA potential, actual, or former customer for SRSA's M&A Payments and Escrow Products, including but not limited to documents reflecting discussion of SRSA's relationships, contracts, negotiations or business dealings with any such potential, actual, or former customer.

**RESPONSE:** PNC Bank objects to the Request as vague and overbroad to the extent it seeks the production of all documents relating to any SRSA potential, actual, or former customer

1

207), which held that the contact list is not a protectable, confidential trade secret.  PNC is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 14:**

All documents from January 1, 2018 to the present constituting or reflecting communications between PNC and any potential or actual customer for PNC's Payments & Escrow Services, including but not limited to individuals or entities listed on any version of "HK Contacts" or the Strategic Buyers page of "Firms by Segement," about PNC's Payments & Escrow Services.

**RESPONSE:**  PNC Bank objects that this Request is overbroad, not proportional to the needs of the case, and seeks documents that are not relevant to any claim or defense in this action, to the extent it seeks all communications with any potential or actual customer for PNC's Payments & Escrow Services.  PNC Bank is withholding documents on the basis of this objection.

Subject to and without waiving the foregoing objections, PNC Bank will produce responsive, non-privileged, communications with potential or actual customers for PNC's Payments & Escrow Services that have not been produced if Plaintiffs narrow this Request to identify the specific third parties that they claim are the subject of, or related to, the claims asserted in this lawsuit.

**REQUEST FOR PRODUCTION NO. 15:**

All documents constituting or reflecting internal PNC communications relating to setting the Financial Terms for any potential or actual engagement to provide PNC's Payments & Escrow Services.

**RESPONSE:**  PNC Bank objects that this Request is not relevant to any claim or defense in this action and is not proportional to the needs of the case because, as explained during the

3

preliminary injunction hearing, PNC has a completely different approach to setting "Financial Terms" for its engagements to provide PNC's Payments & Escrow services as recognized in the Court's March 26, 2020 Order Denying Plaintiffs' Motion for Preliminary Injunction (Dkt. 207). Moreover, PNC Bank objects that this Request is not relevant to any claim or defense in this action and not proportional to the needs of the case because the Court held that "neither [SRSA's] prices nor its general pricing strategies can be considered trade secrets." Dkt. 207 at 21. PNC Bank is withholding documents on the basis of these objections.

**REQUEST FOR PRODUCTION NO. 16:**

All documents from March 1, 2018 to the present relating to the operational rules, workflows, specifications, business logic, or functionality of PNC's M&A Payments and Escrow Products, such as guidelines, instructions, wikis, memoranda, handbooks, emails, or manuals.

**RESPONSE:** PNC Bank objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. This is particularly true in light of the Court's March 26, 2020 Order Denying Plaintiffs' Motion for Preliminary Injunction (Dkt. 207), which held that SRSA's product development strategies are not a protectable, confidential trade secret. PNC is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 17:**

All documents from March 1, 2018 to the present relating to efforts to determine the functionality of PNC's M&A Payments and Escrow Products, including but not limited to communications, notes, meeting minutes, photographs, diagrams, calendar invites, or calendar entries regarding the same.

**RESPONSE:** PNC Bank objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. This is

M&A Payments and Escrow Products: Optionholder Compensation Payments, Pre-Closing Solicitation, and Deal Dashboard.

**RESPONSE:** PNC Bank objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. This is particularly true in light of the Court's March 26, 2020 Order Denying Plaintiffs' Motion for Preliminary Injunction (Dkt. 207), which held that SRSA's product development strategies are not a protectable, confidential trade secret. PNC is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 26:**

All documents identified in your responses to SRSA's First Set of Interrogatories to PNC.

**RESPONSE:** PNC Bank will produce non-privileged documents responsive to this Request,to the extent they exist.

Dated: July 22, 2020

By: */s/ James F. Bennett*
James F. Bennett
Matthew E. Johnson
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
jbennett@dowdbennett.com
mjohnson@dowdbennett.com

8

        Hara K. Jacobs
        Noah S. Robbins
        **BALLARD SPAHR LLP**
        1735 Market Street, 51st Floor
        Philadelphia, PA 19103-7599
        Telephone: 215-668-8500
        Facsimile: 215-864-8999
        jacobsh@ballardspahr.com
        robbinsn@ballardspahr.com

        *Attorneys for Defendants*