**Exhibit D**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

  Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

  Defendants.

___

**PNC FINANCIAL SERVICES GROUP, INC. AND PNC BANK N.A.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**

___

Pursuant to Federal Rules of Civil Procedure 26 and 34, and the Court's Scheduling and Expedited Discovery Order, Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. (collectively "PNC"), by and through undersigned counsel, object and respond to the First Set of Requests for Production of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") as follows:

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

1. All documents and communications in the PNC email or hard drives of Kelly or Tsarnas that mention or discuss SRSA or SRSA's M&A Payment [sic] and Escrow Products.

  Response:

  PNC objects to the Request to the extent it calls for the production of information protected by the attorney-client privilege, the work product doctrine and/or any other applicable

1

PNC further objects to the Request to the extent it calls for the production of information protected by the attorney-client privilege, the work product doctrine and/or any other applicable privilege protecting such documents from production. PNC will not produce privileged documents.

PNC further objects to the Request to the extent it calls for the production of confidential, proprietary and competitively sensitive information, the production of which will be made pursuant to a Protective Order.

Subject to and without waiving the foregoing objections, PNC will produce non-privileged documents responsive to this Request, to the extent they exist.

9. Documents sufficient to show the monthly, quarterly and annual revenues, expenses and profits for PNC's M&A Payments and Escrow Products, from January 1, 2018 to the present.

Response:

PNC objects to the request as premature. SRSA's Request for information relating to profits that it may ultimately seek to disgorge is irrelevant to, and indeed inconsistent with, SRSA's request for preliminary injunctive relief. Given its lack of relevance to the preliminary injunction hearing, the request imposes an undue burden on PNC. PNC will not produce documents responsive to this request at this time based on this objection. PNC will produce non-privileged documents responsive to this Request, to the extent they exist during non-expedited discovery.

Dated:  August 20, 2019

Ballard Spahr LLP

By:  *s/ Sarah B. Wallace*
　　　Sarah B. Wallace

Andrew J. Petrie
Sarah B. Wallace
1225 17th Street, Suite 2300
Denver, CO  80202-5596
Telephone: 303.292.2400
Facsimile: 303.296.3956

-and

Hara K. Jacobs
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8745
Facsimile: 215.864.8999

*Attorneys for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*