# APPENDIX D

# APPENDIX D

Andrew J. Petrie
Sarah B. Wallace
Hara K. Jacobs
BALLARD SPAHR LLP
1225 17th Street, Suite 2300
Denver, CO  80202-5596
Telephone: 303.292.2400
Facsimile: 303.296.3956
-and-
1735 Market Street, 51st floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8745
Facsimile: 215.864.8999


*Attorneys for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

---------------------------------------------------------------X
                                                              :
SRS ACQUIOM, INC., and,                        :   Civil Action No. 1:19-cv-02005
SHAREHOLDER REPRESENTATIVE       :
SERVICES, LLC,                                         :   **DEFENDANTS' FIRST SET OF**
                                                              :   **REQUESTS FOR PRODUCTION TO**
                              Plaintiffs,             :   **PLAINTIFFS**
                                                              :
        vs.                                                  :
                                                              :
PNC FINANCIAL SERVICES GROUP, INC.,   :
PNC BANK, N.A.,                                      :
HEATHER KELLY, and                             :
ALEX TSARNAS                                       :
                                                              :
                              Defendants.
---------------------------------------------------------------X

Pursuant to Federal Rules of Civil Procedure 26 and 33, and the Court's Scheduling and

Expedited Discovery Order, Defendants PNC Financial Services Group, Inc., PNC Bank, N.A.,

Heather Kelly, and Alex Tsarnas (collectively "Defendants"), by and through undersigned

DMWEST #17037928 v1                               1

D-1

D-2

5.      Produce all Documents supporting or refuting the contention that the alleged

Trade Secrets possess independent economic value, including, but not limited to: (a) all

Documents Concerning any licenses, requests to license, or offers to license any alleged Trade

Secret or any product or service that embodies or practices any alleged Trade Secret; (b) all

Documents reflecting that any customer selected SRS because of any alleged Trade Secret or

any product or service that embodies or practices any alleged Trade Secret; and (c) any

reviews, comments, criticisms, or other feedback Concerning any alleged Trade Secret or any

product or service that embodies or practices any alleged Trade Secret.