IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), by and through their undersigned attorneys, submits this Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Partial Summary Judgment:

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel for SRSA communicated with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants"), who indicated that Defendants do not oppose the requested extension of time.

### MOTION

1.    Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., and Heather Kelly filed three separate Motions of Partial Summary Judgment on August 10, 2020.  (*See* ECF

Nos. 228, 229, and 230.)  SRSA's Response Briefs to these Motions are presently due on August 31, 2020.

2.     Defendants' Motions are collectively over 60 pages in length, include 1,240 pages of exhibits, and seek summary judgment on all but two of SRSA's causes of action.  SRSA has diligently been working on its Responses to Defendants' Motions since they were filed.  However, the factual and legal issues are extensive and complex.  Moreover, SRSA is concurrently actively engaged in conducting discovery in this matter, and will require further time to properly and fully respond.

3.     SRSA requests an extension up to and including September 16, 2020 within which to file its Responses to Defendants' Motions for Partial Summary Judgment.

4.     This is SRSA's first request for an extension of time to file its Responses. No party will be prejudiced by the relief requested in this Motion, and given that the dispositive motion deadline is not until December 30, 2020, the requested extension will not interfere with the current case schedule.

WHEREFORE, SRSA respectfully requests that the Court grant an extension up to and including September 16, 2020 for SRSA to Respond to Defendants' Motions for Partial Summary Judgment (ECF Nos. 228, 229, and 230).

A proposed Order is submitted for the Court's convenience.

Respectfully submitted,

Dated:  August 17, 2020          By:  s/ Matthew C. Miller
                                      Warren A. Braunig
                                         *wbraunig@keker.com*
                                      Michelle S. Ybarra
                                         *mybarra@keker.com*
                                      Benjamin D. Rothstein
                                         *brothstein@keker.com*
                                      Katie Lynn Joyce
                                         *kjoyce@keker.com*

>Victor H. Yu
>>*vyu@keker.com*
>Puja V. Parikh
>>*pparikh@keker.com*
>KEKER, VAN NEST & PETERS LLP
>633 Battery Street
>San Francisco, CA 94111-1809
>Telephone:  415-391-5400
>Facsimile:   415-397-7188
>
>SHERIDAN ROSS P.C.
>Scott R. Bialecki
>>*sbialecki@sheridanross.com*
>Matthew C. Miller
>>*mmiller@sheridanross.com*
>1560 Broadway, Suite 1200
>Denver, Colorado 80202
>Telephone:  303-863-9700
>Facsimile:   303-863-0223
>Email:       *litigation@sheridanross.com*
>
>ATTORNEYS FOR PLAINTIFFS
>SRS ACQUIOM INC. AND SHAREHOLDER
>REPRESENTATIVE SERVICES LLC

## Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.