# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER

THIS MATTER, coming before the Court upon Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC's ("SRSA") Unopposed Motion for Extension of Time to Respond to Defendants' Motions for Partial Summary Judgment (ECF No. 235), and being fully advised on the issues,

IT IS HEREBY ORDERED that SRSA's Motion is GRANTED.  SRSA shall file its responses to the Motions of Partial Summary Judgment (ECF Nos. 228, 229, and 230) of Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., and Heather Kelly by September 16, 2020.

DONE AND ORDERED this _____ day of _____, 2020.

BY THE COURT:

_____
United States District Judge