IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO AMEND SCHEDULING ORDER AND FOR EXPEDITED CONSIDERATION

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Emergency Motion to Amend Scheduling Order and for Expedited Consideration, and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's motion is GRANTED.

The deadlines set by the Court's May 29, 2020 Scheduling Order (ECF No. 215) are extended as follows:

| Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Expert Disclosure Deadline | September 25, 2020 | December 22, 2020 |
| Rebuttal Expert Deadline | October 26, 2020 | February 1, 2021 |
| Discovery Cutoff | November 30, 2020 | March 1, 2021 |
| Dispositive Motion Deadline | December 30, 2020 | March 30, 2021 |

1389910

DONE AND ORDERED this _____ day of _____, 2020.

                          BY THE COURT:

By: _____
     Hon. Daniel D. Domenico
     United States District Judge

2

1389910