IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.LCivR 7.2

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby jointly move for an extension of time to file a Motion to Restrict pursuant to D.C.COLO.L.CivR 7.2 over Defendants' Motions for Partial Summary Judgment (ECF Nos. 227, 228, and 229) and corresponding exhibits.

### MOTION

1. Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., and Heather Kelly filed three separate Motions of Partial Summary Judgment on August 10, 2020. (*See* ECF Nos. 227, 228, and 229.)

1390210.v4

2. Those Motions and their collective 85 Exhibits with 1,240 pages were filed as Restricted Level 1 because they contain information designated by the Parties as Confidential and/or Attorneys' Eyes Only pursuant to the Stipulated Protective Order (ECF No. 40).

3. Pursuant to D.C.COLO.L.CivR 7.2(e), a document filed as restricted loses its restriction unless a motion to restrict is filed within 14 days. Therefore, a motion to maintain restriction over these documents is currently due Monday, August 24, 2020.

4. Due to the volume of materials, additional time is required for the Parties to meet and confer over documents that may be subject to a motion to continue the Level 1 Restriction. The Parties seek a short seven-day extension of time, up to and including August 31, 2020, to accomplish this. Due to the joint nature of this request, no party will be prejudiced by the requested relief.

5. This is the first request for an extension of time to file a motion to restrict over these materials (ECF Nos. 227, 228, and 229).

WHEREFORE, the Parties respectfully request that the Court grant an extension up to and including August 31, 2020 to file a Motion to Restrict over filings ECF Nos. 227, 228, and 229, and corresponding exhibits.

Respectfully submitted,

Dated: August 21, 2020

By: s/Scott R. Bialecki
Warren A. Braunig
 *wbraunig@keker.com*
Michelle S. Ybarra
 *mybarra@keker.com*
Benjamin D. Rothstein

       *brothstein@keker.com*
Katie Lynn Joyce
    *kjoyce@keker.com*
Victor H. Yu
    *vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile:   415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
    *sbialecki@sheridanross.com*
Matthew C. Miller
    *mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:   303-863-0223
Email:      *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

By:   s/ Matthew E. Johnson
Matthew E. Johnson
*mjohnson@dowdbennett.com*

DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, CO 80203
Telephone:    303-353-4361
Facsimile:    314-863-2111


DOWD BENNETT LLP
James Forrest Bennett
*jbennett@dowdbennett.com*
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105
Telephone:    314-889-7300
Facsimile:    314-863-2111


BALLARD SPAHR LLP
Hara K. Jacobs
*jacobsh@ballardspahr.com*
Noah A. Robbins
*robbinsn@ballardspahr.com*
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone:    215-665-8500
Facsimile:    314-863-2111

Attorneys for Defendants


### Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

### Compliance With D.C.COLO.LCivR 6.1

Plaintiffs and Defendants are contemporaneously serving their respective clients with a copy of this Motion.

1390210.v4