# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **SRS ACQUIOM INC.**, a Delaware Corporation, and **SHAREHOLDER REPRSENTATIVE SERVICES LLC**, a Colorado Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>**PNC FINANCIAL SERVICES GROUP INC.**, a Pennsylvania Corporation, **PNC BANK, N.A.**, a Pennsylvania Corporation, **HEATHER KELLY**, an individual, and **ALEX TSARNAS**, an individual,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:19-cv-02005-DDD-SKC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF ENTRY OF APPEARANCE OF JEFFREY R. HOOPS

PLEASE TAKE NOTICE that Jeffrey R. Hoops of the law firm of Dowd Bennett LLP hereby enters his appearance in this lawsuit as counsel for Defendants PNC Financial Services Group, Inc.; PNC Bank, N.A., Heather Kelly, and Alex Tsarnas in the above captioned matter.

Dated: August 24, 2020

Respectfully Submitted,

**DOWD BENNETT LLP**

By: */s/ Jeffrey R. Hoops*

Jeffrey R. Hoops,
MO Atty. Reg. # 69813
7733 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Tel: 314-889-7357 (Telephone)
Email: jhoops@dowdbennett.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I served a true and correct copy of the foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.


By: /s/ Jeffrey R. Hoops