**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

## PLAINTIFFS' REQUEST FOR STATUS UPDATE ON MOTIONS

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") respectfully submit this Request for Status Update on Motions regarding Plaintiffs' Emergency Motion to Amend Scheduling Order and for Expedited Consideration (ECF No. 238) and Plaintiffs' Motion to Compel Discovery Responses (ECF No. 234) as follows.

1.    On August 17, 2020, Plaintiffs filed their Emergency Motion to Amend Scheduling Order and For Expedited Consideration (ECF No. 238), seeking a 90-day extension of the case deadlines, including the September 25, 2020 deadline to serve expert disclosures. On August 21, 2020, Defendants filed their Opposition to Plaintiffs' Emergency Motion. ECF No. 241. No reply was permitted.

2.    On August 11, 2020, Plaintiffs filed a Discovery Brief Regarding Plaintiffs' Motion to Compel Defendants' Discovery Responses ("Motion to Compel"), seeking an order compelling production and responses on 21 requests related to damages and Defendants' use of

1

SRSA's confidential and trade-secret information. *See* ECF No. 234. Defendants filed a brief setting forth their positions on Plaintiffs' Motion to Compel the same day. ECF No. 233.

3. Expedited briefing on Plaintiffs' Emergency Motion has been complete for two weeks, and briefing on Plaintiffs' Motion to Compel has been complete since August 11. To date, Defendants still have not produced any damages-related discovery or the other discovery that is the subject of Plaintiffs' Motion to Compel.[1]

4. Given the imminent case deadlines—including the September 25, 2020 deadline for expert disclosures—Plaintiffs will be precluded from obtaining meaningful relief unless the Emergency Motion and Motion to Compel are resolved in short order. If oral argument would benefit the Court, Plaintiffs are available for a hearing at the Court's convenience. If the Court does not require oral argument, the motions are ripe for resolution.

5. Plaintiffs appreciate the Court's attention to this important matter.

---

[1] Defendants have produced just six documents in response to Plaintiffs' June 22, 2020 discovery requests.

Respectfully submitted,

Dated: September 3, 2020

By: *s/ Warren A. Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:     303 863 9700
Facsimile:     303 863 0223
Email:     *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

1390926