IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

     Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 228)**

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move to exceed the Court's word limits for its Opposition to Defendant PNC Financial Services Group, Inc's Motion for Partial Summary Judgment (ECF No. 228). SRSA seeks to increase the total word limit associated with SRSA's Opposition from 5,500 words to 7,500 words in order to fully address the issues raised. Good cause exists to grant this Motion.

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1, counsel for SRSA communicated with counsel for Defendants, who indicated that Defendants do not oppose the requested relief.

1. On August 10, 2020, Defendants PNC Bank N.A., PNC Financial Services Group, Inc., and Heather Kelly each filed separate Motions for Partial Summary Judgement

(ECF Nos. 227, 228, 229, respectively).  Each of those motions targeted separate claims asserted by SRSA, and each was joined by the other Defendants.

2. Defendant PNC Financial Services Group, Inc.'s Motion (ECF No. 228) targets SRSA's claims for misappropriation of five separate and identified trade secrets under federal (Count I) and Colorado (Count II) law.

3. The Court's Practice Standards for Civil Cases limits motions for summary judgment and response briefs to 5,500 words.  (*See* Judge Domenico's Practice Standards, III.A.2.)  The current word limit is insufficient to fully address issues raised by Defendant's Motion for Partial Summary Judgment, as those issues are legally and factually complex.

4. This is a complicated trade secret case with numerous commercial and technical trade secrets at issue, which vary in nature and complexity.  For example, SRSA's allegations pertain, in part, to its suite of electronic online mergers-and-acquisition products as well as confidential financial information, business plans, go-to-market strategies, pricing, and customer information.  Defendant PNC Financial Services Group, Inc.'s Motion challenges, for various trade secrets, SRSA's efforts to maintain secrecy, independent economic value, and proof of misappropriation.  The complexity and scope of these issues require additional briefing in order for all matters to be addressed.

5. This Motion is being filed more than three business days in advance of the Opposition deadline, which is September 16, 2020, in accordance with the Court's Practice Standards, III.A.5.

Based on the foregoing, SRSA respectfully requests that the Court grant this Unopposed Motion and increase the word limit for SRSA's upcoming Opposition to Defendant PNC

Financial Services Group, Inc's Motion for Partial Summary Judgment (ECF No. 228) to 7,500 words.  A proposed order is submitted herewith for the Court's convenience.

Dated:  September 10, 2020

Respectfully submitted,

By: s/ Matthew C. Miller
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:	303-863-9700
Facsimile:	303-863-0223
Email:  *litigation@sheridanross.com*

Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415-391-5400
Facsimile:	415-397-7188

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

As required by this Court's Practice Standard III(A)(4), above-signed counsel hereby certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).