# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

---

THE COURT, having reviewed ECF No. 251, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC's Unopposed Motion to Exceed Word Limit for Opposition to Defendant PNC Financial Services Group, Inc's Motion for Partial Summary Judgment (ECF No. 228), and for good cause shown, hereby ORDERS that the word limit for Plaintiffs' Opposition is increased to 7,500 words.

DONE AND ORDERED this _____ day of _____, 2020.

                                        BY THE COURT:

                                        _____
                                        Daniel D. Domenico
                                        United States District Court Judge