# PX104 – PNC Brochure

# PX104 – PNC Brochure

**TREASURY MANAGEMENT**

# TRANSFORM M&A PAYMENTS WITH PNC PAID



## AN INNOVATIVE ONLINE SOLUTION

PNC PAID can eliminate paper-based payment processes in merger and acquisition (M&A) transactions. The online portal allows security holders to complete and submit deal documents online via mobile or desktop applications. It's quick and simple and delivers payments faster than conventional processes.

**pnc.com/pncpaid**

**PNC**

TRANSFORM M&A PAYMENTS WITH PNC PAID     2

## *SEND. SIGN. CLOSE.*
## SIMPLIFY PRE-CLOSING SOLICITATION

PNC PAID transforms the time-consuming process of printing and mailing the many pre-closing deal documents. It also collects signatures and tallies results.



## ACCESS A PERSONALIZED DEAL DASHBOARD

PNC PAID provides buyers, sellers, counsel and other deal parties with direct access to key information on their current and prior deals and allows them to monitor deal progress in real time. Solicitation and payment status, transaction activity and more are immediately available.



pnc.com/pncpaid



| TRANSFORM M&A PAYMENTS WITH PNC PAID | 3 |
|---|---|

## REVIEW AND SIGN DEAL DOCUMENTS QUICKLY AND EASILY

Security holders can quickly and securely review, complete and electronically sign deal documents in minutes — from anywhere they have online access. Our personalized signing experience enables deal documents to be completed accurately the first time, saving time and expediting payments.



## MANAGE PAYMENT INFORMATION

Security holders can manage payment information online, choose payment method (Fedwire, ACH or check) and view their deal payment status. The easy-to-use platform is available 24/7/365.



pnc.com/pncpaid



TRANSFORM M&A PAYMENTS WITH PNC PAID   4

# MAINTAIN CONTROL OF YOUR M&A DEAL
PNC is the only bank to provide full service from end to end



**Before closing** — PRE-CLOSING SOLICITATION
**During closing** — PAYMENTS
**After closing** — ESCROWS

### ELIMINATE PRINTING AND MAILING OF PRE-CLOSING DEAL DOCUMENTS

- Distribute pre-closing documents, including stockholder consents, 280G consents and joinders.
- Collect signatures.
- Tally results to accelerate the closing.

### USE INDUSTRY-LEADING TECHNOLOGY TO STREAMLINE THE PAYMENT PROCESS

- Complete and submit documents online.
- Allow shareholders to complete and submit deal documents online.

### SET UP ESCROW ACCOUNTS

- Work with PNC's experienced and responsive team.
- Provide rapid turnaround on review and execution of the escrow agreement.
- Tailor a program to meet the needs of the parties under tight time constraints — sometimes in a matter of hours.



**READY TO HELP**

At PNC, we combine a wider range of financial resources with a deeper understanding of your business to help you achieve your goals. To learn more, please contact your Relationship Manager or visit **pnc.com/pncpaid**.

PNC is a registered mark of The PNC Financial Services Group, Inc. ("PNC").

Bank deposit, treasury management and lending products and services, and investment and wealth management, and fiduciary services are provided by PNC Bank, National Association, a wholly-owned subsidiary of PNC and **Member FDIC**. Lending and leasing products and services, as well as certain other banking products and services, may require credit approval.

©2019 The PNC Financial Services Group, Inc. All rights reserved.

CIB TM PDF 1118-085-1007301

**pnc.com/pncpaid**

