**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

**DECLARATION OF TREVOR L. WHITE**

I, TREVOR L. WHITE, declare as follows:

1.      I am a Paralegal with the law firm of Keker, Van Nest & Peters LLP. I submit this declaration in support of SRSA's oppositions to Defendants' motions for summary judgment. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      I have been a Paralegal at Keker, Van Nest & Peters LLP for 14 years. In my day-to-day duties I often utilize Microsoft Excel ("Excel"). In particular, I am familiar with sort, de-duplicate, and search functions that enable Excel users to manipulate, analyze, and search through data.

3.      Using the Excel functions described above, I have conducted a number of analyses regarding the information entered in the Excel spreadsheet SRSAvPKT00089461 ("HK Contacts"). I understand that a true and correct copy of HK Contacts is attached as Exhibit G to the Lane Declaration.

4.      First, using the names of the 71 companies listed in column B of the "Buyers" tab of HK Contacts, I ran searches to determine whether those companies are listed on the "Contacts" tab of PNC005_00000105 ("HK Rolodex"). Attached hereto as Exhibit A is a true and correct copy of PNC005_00000105. Specifically, for each company listed in column B of the "Buyers" tab of HK Contacts, I ran at least two searches in the "Contacts" tab of HK Rolodex, using all or part the company's name or email domain. Only 8 of the 71 companies from column B of the "Buyers" tab in HK Contacts matched entries in the "Contacts" tab of HK Rolodex ("8 Rolodex Companies").

5. Second, I compared the companies listed in column B of the "Buyers" tab of HK Contacts to the company names listed on Exhibit 13 to Defendant Kelly's Partial Motion for Summary Judgment (ECF No. 227-13), which I understand to be Schedule 1 of Heather Kelly's SRSA employment agreement ("HK Schedule 1"). There are 50 companies listed in HK Schedule 1. By alphabetizing and sorting the companies on HK Schedule 1, and comparing it to a deduplicated, alphabetized and sorted list of the companies on HK Contacts, I was able to manually conduct the comparison. Only 14 of the 71 companies from HK Contacts appear on HK Schedule 1 ("14 Schedule 1 Companies").

6. Third, I combined the 8 Rolodex Companies and 14 Schedule 1 Companies into a single list. After removing duplicates, I determined that a total of 17 out of the 71 companies from HK Contacts appeared in either HK Rolodex or HK Schedule 1.

7. Fourth, I compared the company names listed under the "Strategic Buyers" heading of SRSAvPKT00091260 ("2018 Target Accounts List") to the companies listed in column B of the "Buyers" tab of HK Contacts. I understand that a true and correct copy of the 2018 Target Accounts List is attached as Exhibit E to the Lane Declaration. By alphabetizing and sorting the companies under the "Strategic Buyers" heading of the 2018 Target Accounts List, and comparing it to a deduplicated, alphabetized and sorted list of the companies on HK Contacts, I was able to manually conduct the comparison. 22 of the 46 companies under the "Strategic Buyers" heading of the 2018 Target Accounts List appear on HK Contacts.

8. Fifth, I compared the company names under the "Private Equity" heading of 2018 Target Accounts List to the companies listed in column B of the "Buyers" tab of HK Contacts. By alphabetizing and sorting the companies under the "Private Equity" heading, and comparing

it to a deduplicated, alphabetized and sorted list of the companies on HK Contacts, I was able to manually conduct the comparison. 5 of the 34 companies named under the "Private Equity" heading of the 2018 Target Accounts List appear on HK Contacts.

9. Based on my foregoing analyses, I was able to determine that 27 of the companies on the 2018 Target Accounts List appear on HK Contacts.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 16, 2020 in Alameda, California.

*/s/ Trevor L. White*
Trevor L. White
