# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## DEFENDANT PNC FINANCIAL SERVICES GROUP, INC.'S UNOPPOSED MOTION TO EXCEED WORD LIMIT FOR REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 228)

Defendant PNC Financial Services Group, Inc. ("PNC Financial") hereby moves to exceed the Court's word limits for its Reply in Support of its Motion for Partial Summary Judgment (ECF No. 228). PNC Financial seeks to increase the word limit associated with PNC Financial's Reply from 2,700 words to 4,000 words in order to fully address the issues raised. Good cause exists to grant this Motion.[1]

    1.    On August 10, 2020, PNC Financial filed a Motion for Partial Summary Judgment with respect to Plaintiffs' claims for misappropriation of alleged trade secrets under federal

---

[1] Pursuant to D.C.COLO.LCivR 7.1, on September 24, 2020, counsel for PNC Financial communicated with counsel for Plaintiffs, who indicated that Plaintiffs do not oppose the requested relief.

(Count I) and Colorado (Count II) law.  ECF No. 228.  Defendants PNC Bank N.A. and Heather Kelly filed separate motions for summary judgment with respect to other claims asserted by Plaintiffs.  ECF Nos. 227 & 229.

2. On September 10, 2020, Plaintiffs filed a motion to exceed the word limit for their opposition to PNC Financial's Motion for Partial Summary Judgment, such that its total word limit would be 7,500 words rather than 5,500 words.  ECF No. 251.  Defendants consented to this motion.

3. On September 11, 2020, the Court granted Plaintiffs' motion to exceed the word limit for their opposition to PNC Financial's Motion for Partial Summary Judgment and ordered that Plaintiffs may file a response brief not to exceed 7,500 words.  ECF No. 252.

4. On September 16, 2020, Plaintiffs filed their Opposition to PNC Financial's Motion for Summary Judgment.  ECF No. 262.

5. The Court's Practice Standards for Civil Cases limits replies in support of motions for summary judgment to 2,700 words.  *See* Practice Standard III(A)(2).  The current word limit is proving exceedingly challenging for PNC Financial to fully address the issues raised by Plaintiffs' Opposition to PNC Financial's Motion for Partial Summary Judgment, as those issues are legally and factually complex.

6. As recognized by the parties and the Court, this is a complicated trade secret case with a number of different alleged trade secrets at issue.  In its motion, PNC Financial raised a number of arguments challenging the purported trade secrets at issue, including Plaintiffs' failure to maintain secrecy, Plaintiffs' failure to show Defendants misappropriated any of the alleged trade secrets, and Plaintiffs' failure to demonstrate that they qualify as trade secrets in the first

instance. Plaintiffs responded to these arguments in its 7,500 word opposition brief by raising a number of new factual and legal issues. The complexity and scope of these issues and the arguments raised require additional briefing in order for all matters to be adequately addressed.

7. This Motion is being filed at least three business days in advance of the deadline for PNC Financial's Reply, which is September 30, 2020, in accordance with the Court's Practice Standard III(A)(5).

For the foregoing reasons, PNC Financial respectfully requests that the Court grant this unopposed Motion and increase the word limit for PNC Financial's upcoming Reply in Support of its Motion for Partial Summary Judgment (ECF No. 228) to 4,000 words.

Dated: September 25, 2020

Respectfully Submitted,

By: */s/ Matthew E. Johnson*
James F. Bennett
Matthew E. Johnson
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
Email: jbennett@dowdbennett.com
      mjohnson@dowdbennett.com

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
Email: jacobsh@ballardspahr.com
      robbinsn@ballardspahr.com

*Attorneys for Defendants*

As required by this Court's Practice Standard III(A)(4), above-signed counsel hereby certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## CERTIFICATE OF SERVICE

      I hereby certify that on 25th day of September, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

    Warren A. Braunig
    Benjamin D. Rothstein
    Michelle Ybarra
    Katie Lynn Joyce
    Victor H. Yu
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809

    Scott R. Bialecki
    Matthew C. Miller
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, CO 80202

    ***Attorneys for Plaintiffs***

                                                  */s/ Matthew E. Johnson*