# EXHIBIT A

| **Specific Discovery Request(s) Identified and Summary of Information Sought** | **Judge Crews Ruling** | **Not Relevant to Rebutting Defendants' Arguments** |
|---|---|---|
| RFPs 14, 16, 17, 18, 24 and 25 to PNC Bank and RFP 11 to PNC Financial Services[1] | "These requests are too broad and unduly burdensome on their face." ECF 277 at 5. | "The Court will not compel responses to these requests." Id. |
| RFP 13 to PNC Bank (All versions of any client or contact list created) | Limited to all variations of the HK Contacts document. ECF 277 at 4-5. | Irrelevant to SRSA's ability to show the identity of its customers or observations about them are trade secrets. |
| Interrogatory No. 2 to PNC Bank (Communications with all actual or potential customers) | Narrowed to only require identification of when and to whom PNC provided its payments spreadsheets to customers that appear on both the HK Contacts List and the PNC Target Customer List. ECF 277 at 8. | Defendants' summary judgment motion argued and proved that SRSA's payments spreadsheet is not a trade secret because it had been freely disclosed hundreds of times. PNC's alleged use is irrelevant. |
| Interrogatory No. 7 to PNC Bank (All documents in PNC's possession that originated with SRSA) | N/A | SRSA cannot demonstrate loss under the CFAA and it received access to images of the Individual Defendants' electronic devices long ago. |
| RFP 22 to PNC Bank (All documents reflecting the contribution of any former SRSA employee to the development of PNC's Payments & Escrow Services) | N/A | All such documents were produced during expedited discovery. |
| RFP 12 PNC Fin. Servs. (each piece of marketing or sales collateral) | N/A | SRSA has no evidence of secondary meaning or actual confusion and so PNC's marketing materials are irrelevant. |
| RFP 12 to PNC Bank (All documents relating to the use or development of the Firms by Segment spreadsheet) | N/A | Irrelevant to SRSA's ability to show that the identity of its customers or observations about them are trade secrets. |

---

[1] SRSA also cites RFP 7 to Kelly and RFP 6 to Tsarnas but those requests are identical to RFP 14 to PNC Bank, which Judge Crews held was too broad and unduly burdensome on [its] face" and refused to compel a response. Likewise, RFP 6 to Kelly is identical to RFP 13 to PNC Bank.