# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## DECLARATION OF NOAH ROBBINS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' FEDERAL RULE OF CIVIL PROCEDURE 56(D) MOTION

I, Noah Robbins, declare and state the facts I set forth in this declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts competently under oath.

1. I am licensed to practice law in the Commonwealth of Pennsylvania, am admitted to practice in this District, and am Of Counsel at Ballard Spahr LLP. I am counsel for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas ("Defendants") in this matter.

2. Defendants have collectively produced 11,715 documents for a total of 57,628 pages of documents to date in this action.

3. Contained within this production were documents related to the technical design and development of PNC's online M&A payments solution (PNC PAID), including its

communications with its software development vendor CGI, as well as many documents shared between PNC and CGI such as meeting notes, the vision book CGI produced outlining the product design, software manuals, and products demos.  Also included within the production were PNC's marketing materials related to PNC PAID, and all communications between PNC and its customers or potential customers that mentioned SRSA or mentioned SRSA's product offerings.

4. In addition to written discovery, extensive forensic analyses of images of multiple devices taken from the Individual Defendants and PNC were performed by a jointly-selected third-party forensics vendor, with each party being given the opportunity to request files or reports from the vendor as necessary based on the original analyses' findings.  Devices analyzed included Ms. Kelly's personal computer and mobile device, her husband's personal computer, Mr. Tsarnas's computer and mobile device, as well as the "old" and "new" MacBooks discussed throughout the parties' briefings in this case.

5. Moreover, in addition to Defendants' voluminous document production and forensic image production, seventeen witnesses have been deposed, including:

- Heather Kelly, an Individual Defendant
- Alex Tsarnas, an Individual Defendant
- Luda Semenova, Director, M&A Escrow and Payment Services at PNC
- Adam Lezak, Managing Director at PNC and Fortis, and co-founder of Fortis
- Tom Lang, Chief Operating Officer of PNC's Treasury Management Department
- Shashidhar Bandanathan, project leader of the CGI software development team for PNC PAID
- Robert Sandt, Senior Vice President at PNC Financial Services Group

6. In addition to the individual witnesses, each side was previously allotted twelve cumulative hours of 30(b)(6) depositions, which SRSA used in its entirety.

7. On September 11, 2020, Defendants produced an additional 503 documents (2,105 total pages), which contained communications between PNC and its customers regarding the transactions that SRSA identified as the basis for its tortious interference claims.

8. In addition to Defendants' document production, PNC's developer, CGI, independently produced 2,228 documents, totaling 8,687 pages, all of which concerned CGI's significant development efforts in creating PNC PAID.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 7, 2020

By: */s/* Noah S. Robbins
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
robbinsn@ballardspahr.com

3