**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**[PROPOSED] ORDER GRANTING RELIEF REQUESTED IN PLAINTIFFS'
OBJECTIONS TO MAGISTRATE'S SECOND WRITTEN DISCOVERY ORDER**

---

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Objections to Magistrate's Second Written Discovery Order, and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause to vacate the magistrate's Second Written Discovery Order and to ORDER Defendants to respond to the following discovery requests from SRSA:

1. **Interrogatory No. 2 to PNC Bank:** Describe each customer engagement from January 1, 2018 through present pursuant to which PNC provided PNC's Payments & Escrow Services. For the purposes of this interrogatory, "Describe" means identify the customer, the deal parties, the specific payments and/or escrow service that PNC contracted to provide, the date and financial terms of PNC's engagement, the escrow amount (if any), number of payees, PNC's total revenues and profits from the

1

engagement (including escrow interest), and any code name used for the engagement or project.

2. **Interrogatory No. 6 to PNC Bank:** For each PNC's Payments & Escrow Services customer to whom you provided a payments spreadsheet, identify by Bates number the payments spreadsheet and the communication by which it was provided.

3. **Request for Production No. 16 to PNC Financial:** All final, centrally-maintained documents reflecting financial projections created by PNC between October 1, 2017 and July 31, 2019 for PNC's Payments & Escrow Services.

4. **Request for Production No. 14 to PNC Bank:** All documents from January 1, 2018 to the present constituting or reflecting pre-contract solicitation communications between PNC and any potential or actual customer listed in "HK Contacts," the Strategic Buyers page of "Firms by Segement," and/or SRSA's interrogatory responses, and about PNC's Payments & Escrow Services.

5. **Request for Production No. 15 to PNC Bank:** All internal PNC communications involving setting prices or financial terms relative to those being offered by any named or unnamed competitor, for PNC's Payments & Escrow Services.

6. **Request for Production No. 16 to PNC Bank:** All draft and final versions of specification documents for PNC PAID, Compensation Payments, and Pre-Closing Solicitation, as well the contents of any internal wikis or updated user manuals for these products, and any documents containing or describing Kelly or Tsarnas's contributions to the aforementioned documents.

1392836

7. **Request for Production No. 17 to PNC Bank:** Documents dated between March 1, 2018 and June 30, 2019 constituting or reflecting, (a) wireframes or mockups for PNC PAID, including those created using the InVision application; (b) JIRA tickets created in connection with the development of PNC's M&A Payments and Escrow Products, and (c) the contributions of Kelly and Tsarnas to determining the functionality of PNC's Deal Dashboard.

8. **Request for Production No. 21 to PNC Bank:** Documents to or from Kelly or Tsarnas regarding the development of PNC's payment spreadsheet and/or documents reflecting Kelly's and Tsarnas's input regarding the development or re-development of PNC's payment spreadsheet.

9. **Request for Production No. 25 to PNC Bank:** Documents reflecting contributions by Kelly and/or Tsarnas to PNC's decision to include Compensation Payments, Pre-Closing Solicitation, and Deal Dashboard in its suite of products.

DONE AND ORDERED this _____ day of _____, 2020.

                                                    BY THE COURT:

By: _____
      Hon. Daniel D. Domenico
      United States District Judge

1392836