**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

**DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF PLAINTIFFS' OBJECTIONS TO MAGISTRATE'S SECOND WRITTEN DISCOVERY ORDER**

I, Katie Lynn Joyce, declare as follows:

1.     I am duly admitted to practice law in this District and am an attorney with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs in the above-referenced action. I submit this declaration on behalf of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") in connection with SRSA's Objections to Magistrate's Second Written Discovery Order. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

2.     Attached hereto as **Exhibit 1** are true and correct copies of redacted excerpts from the Preliminary Expert Report of Greg J. Regan, CPA/CFF CFE, dated September 25, 2020.

3.     Attached hereto as **Exhibit 2** are true and correct copies of redacted excerpts from the Preliminary Expert Report of Adam Woodworth, dated September 25, 2020.

1

4. Attached hereto as **Exhibit 3** is a true and correct copy of PNC Bank, N.A.'s Supplemental Objections and Responses to Plaintiffs' First Set of Interrogatories, dated October 2, 2020.

5. Attached hereto as **Exhibit 4** is a true and correct copy of Shareholder Representative Services LLC's Requests for Production to Defendant PNC Bank, N.A., dated June 22, 2020.

6. Attached hereto as **Exhibit 5** is a true and correct copy of PNC Bank N.A.'s Objections and Responses to Plaintiffs' Second Set of Requests for Production, dated July 22, 2020.

7. Attached hereto as **Exhibit 6** is a true and correct copy of Shareholder Representative Services LLC's Requests for Production to Defendant PNC Financial Service Group, Inc., dated June 22, 2020.

8. Attached hereto as **Exhibit 7** is a true and correct copy of PNC Financial Services Group, Inc.'s Objections and Responses to Plaintiffs' Second Set of Requests for Production, dated July 22, 2020.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Shareholder Representative Services, LLC's First Set of Interrogatories to Defendant PNC Bank, N.A., dated June 22, 2020.

10. Attached hereto as **Exhibit 9** is a true and correct copy of PNC Bank, N.A.'s Objections and Responses to Plaintiffs' First Set of Interrogatories, dated July 22, 2020.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the state of California. Executed on October 8, 2020, in San Francisco, California.

By: /s/ Katie Lynn Joyce
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415-391-5400
Facsimile:    415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:   303 863 9700
Facsimile:    303 863 0223
Email:    *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC