# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

Defendants.

---

# PRELIMINARY EXPERT REPORT OF ADAM WOODWORTH

---

[redacted] [redacted]

12. I have been asked by counsel to review PNC's development records and evaluate whether, and to what degree, PNC relied upon SRSA information that I assume, for purposes of this report, qualifies as either trade secret or confidential. I have been further asked, based on my experience in software development, to evaluate whether PNC obtained a head start from the use of SRSA information in its product development process.

[redacted] [redacted]

[redacted] [redacted]

[redacted] [redacted]

**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

16. These opinions are necessarily limited by the information that Defendants have produced to date, which omits documents concerning the business logic or functionality of PNC's products, including PNC's operational or business rules; workflows and specifications; guidelines and instruction manuals; wikis; memoranda; handbooks; Invision documents, and JIRA tickets. The incomplete and/or missing information also includes documents constituting or reflecting the contributions of Defendants Kelly and Tsarnas (or any other former SRSA employee) to the development of, modification to, or planning for PNC PAID and related products, as well as documents relating to PNC's decision to pursue development of specific products and capabilities, such as Optionholder Compensation Payments, Pre-Closing Solicitation, and Deal Dashboard.

[redacted]

[redacted]

## IX. CONCLUSION

119. My opinions expressed herein are based upon information considered as of the date of this report. As set forth in greater detail above, there are numerous entire categories of documents and information that have not been made available by Defendants for my review and that are highly relevant to my analysis. It is my understanding that the fact discovery period in this matter remains open. Accordingly, and if and when additional information becomes available to me, I reserve the right to amend and/or supplement my report accordingly.

Dated: September 25, 2020

By: *s/ Adam Woodworth*
ADAM WOODWORTH