# EXHIBIT 7

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation, PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

Defendants.

---

**PNC FINANCIAL SERVICES GROUP, INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' SECOND SET OF REQUESTS FOR PRODUCTION**

---

Pursuant to Federal Rules of Civil Procedure 26 and 34, and the Court's Scheduling and Expedited Discovery Order, Defendants PNC Financial Services Group, Inc. ("PNC Financial"), by and through undersigned counsel, objects and responds to the Second Set of Requests for Production of Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") as follows:

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 11:**

All documents comprising, constituting, reflecting or containing any lists of potential customers or sources of business or referrals for PNC's Payments & Escrow Services.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

1

**REQUEST FOR PRODUCTION NO. 12:**

Documents sufficient to show each piece of marketing or sales collateral used by PNC in its efforts to market and sell PNC Payments & Escrow Services.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 13:**

All documents relating to the job performance, evaluation, or reason(s) for hiring Heather Kelly and Alex Tsarnas, including but not limited to quarterly or annual performance appraisals, bonus determinations, or recommendations for promotion, demotion, or termination.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action, overbroad, and not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

Subject to and without waiving the foregoing objections, PNC Financial will produce non-privileged documents that are responsive to this Request to the extent they relate to the reason(s) for hiring Heather Kelly and Alex Tsarnas, to the extent they exist and have not already been produced.

**REQUEST FOR PRODUCTION NO. 14:**

All documents discussing or related to Tsarnas's departure from PNC.

**RESPONSE:** PNC Financial objects to the Request as not relevant to the claims and defenses in this litigation and not proportional to the needs of the case and because it seeks attorney-client privileged communications. PNC Financial is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 15:**

All demand letters, draft complaints, notices, or any other document PNC sent to third parties regarding any legal action for trade secret misappropriation, unfair competition, or to enforce non-competition and non-solicit agreements by PNC relating to any of PNC's products or services.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 16:**

All documents reflecting revenue, profit, or other financial projections created by PNC for PNC's Payments & Escrow Services from 2017 until the present.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 17:**

Documents relating to any efforts by PNC, whether successful or not, to purchase or obtain a license to technology or intellectual property relating to making, processing or tracking payments, from January 1, 2012 to the present.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

**REQUEST FOR PRODUCTION NO. 18:**

Documents relating to any efforts by PNC, whether successful or not, to purchase, sell or

3

license any technology, property, or rights relating to the provision of PNC's Payments &

Escrow Services, from January 1, 2012 to the present.

**RESPONSE:** PNC Financial objects that this Request seeks documents that are not relevant to any claim or defense in this action and is not proportional to the needs of the case. PNC Financial is withholding documents on the basis of this objection.

Dated: July 22, 2020

By: */s/ James F. Bennett*
James F. Bennett
Matthew E. Johnson
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
jbennett@dowdbennett.com
mjohnson@dowdbennett.com

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Defendants*

4

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 22, 2020, a true and correct copy of the foregoing document was served on the following attorneys of record by electronic mail:

Warren A. Braunig
Benjamin D. Rothstein
Maya Karwande
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiff*
SRS Acquiom Inc., a Delaware corporation and
Shareholder Representative Services LLC,
a Colorado limited liability company

             */s/ Matthew E. Johnson*
             Matthew E. Johnson

5