## EXHIBIT A – MATERIALS SRSA SEEKS TO RESTRICT

**I.     DEFENDANTS' OPENING PARTIAL SUMMARY JUDGMENT MOTIONS**

      **A.     PNC Bank, N.A. Motion and Supporting Papers**

| Document | Portion SRSA Seeks to Seal Under Level 1 Restriction | Category of Information SRSA Basis its Restriction Claim Over |
|---|---|---|
| ECF 227 (Motion) | Statement of Undisputed Material Facts ¶¶1-3 (entirety) | Reveals Highly Confidential Attorneys-Eyes' Only ("HC-AEO") information about SRSA lost-deal customers |
| | ¶8, first word in sentence<br><br>¶10, first word in sentence, and first word in parenthetical<br><br>¶11, text between "Manager for" and "'[a]fter'"<br><br>¶13, word in between "Manager for" and "[a]fter she left"<br><br>¶14, text between "email thread" and "counsel for"<br><br>¶15, words in between "Intelligence listed the" and "and a March 2019"<br><br>Page 11, the words in between:<br>• "Defendants induced" and "to 'terminate'" | |

| | | |
|---|---|---|
| | • "and induced" and "to 'ignore' its MSA"<br>• "agreement that obligated" and "to engage SRSA for all"<br><br>Page 13, word in between "One of these deals was for" and "Kelly's long-standing"<br><br>Page 14 word in between "obtaining business from" and "a long-standing client"<br><br>Page 15 the same word that is repeated between:<br>• "June 2019" and "transaction that"<br>• "won business from" and "and that, absent"<br>• "SRSA's bid to" and "for the June 2019"<br>• "undisputed that" and "was Kelly's and then"<br>• "at SRSA." And "is listed on the" | |

1510068

| | | |
|---|---|---|
| | • "As Kelly testified," and "had been a customer" <br> • "Manager for" and "account' and that" <br> • "immediately solicit" and "business." <br> • "initially brought" and "to SRSA as a client" <br> • "being engaged on the" and "transaction as even it admits" <br><br> Page 16, words in between <br> • "deal between" and "but that instead" <br> • "deal in which" and "was buyer's" <br><br> Page 17, word in between "long-standing client" and "to keep, the business." <br><br> Page 18, word in between "used to convince" and "to follow Kelly" | |
| ECF 227-1, Ex. 1 | Entirety | Reveals HC-AEO SRSA customer information and business-development |

| | | practices. |
|---|---|---|
| ECF 227-2, Ex. 2 | 261:1-263:14; 263:23-264:11 | |
| ECF 227-3, Ex. 3 | ¶¶3-4; 9-16; 18-25. | Reveals Confidential SRSA competitive intelligence and profitability forecasts and HC-AEO trade secret customer information, customer lists, SRSA's customer relationships and business development strategies. |
| | ¶¶26-28 | |
| ECF 227-6, Ex. 6 | Entirety | SRSA customer communication revealing SRSA customer information and business-development practices. |
| ECF 227-7, Ex. 7 | Entirety | |
| ECF 227-12, Ex. 12 | 286:3-289:25 | Reveals HC-AEO information about lost-deal customers |
| ECF 227-14, Ex. 14 | Entirety | Reveals HC-AEO SRSA customer information |
| ECF 227-15, Ex. 15 | Entirety | Reveals HC-AEO SRSA customer information, product-strategy information, and business-plan information |
| ECF 227-19, Ex. 19 | Pages 4-7, all text in bullet points | Reveals HC-AEO information about lost-deal customers |
| | Page 8, text after the words "across multiple deals" and before "To the Extent Defendants" | |
| | Page 11, the first word beginning each bullet point | |
| | Page 14-15, all text in each bullet point | |
| | Page 16, all text in between the words "across multiple deals" and "To the | |

| | Extent Defendants provided" | |
| | Page 28 to 30, all text in bullet points | |
| | Page 30-31, all text in between the words "'That's awesome!!' *Id.* to the end of the paragraph | |
| | Page 41-42, all text in second full paragraph starting on page 41 | |
| | Pages 49 to 50, all text between words "Solicitation offerings," and "PNC willfully used" | |
| | Page 51, the word after "SRS clients, including" | |
| | Page 57 to 58, all text beginning after words "may be derived" to the end of page 58. | |
| | Page 61, all text in second and third paragraphs | |
| | Page 65 to 66, all text in third and fourth paragraph starting on page 65 | |
| | Page 36, the words in between "Pre-Closing Solicitation products" and "participated in | Reveals HC-AEO information about SRSA's product-development process |

| | development" | |
|---|---|---|
| | Pages 39 to 41 all text after "Deal Dashboard" to the end of the first full paragraph on 41

Page 42, all text in first full paragraph after the words "various SRS employees." | Reveals Confidential information about SRSA's product-development process |

**B.     PNC Financial Services Group, Inc. ("PNC FSG") Motion and Supporting Papers**

| Document | Portion SRSA Seeks Level 1 Restriction Over | Rationale |
|---|---|---|
| ECF 228 (Motion) | Footnote 4, second full sentence of the paragraph, after the words "wrong direction." | Reveals HC-AEO SRSA customer contract |
| ECF 228-1, Ex. 1 | ECF Page 5, paragraph at "Identification/Authentication"; ECF Pages 6-9, entirety. | Reveals Confidential SRSA's internal security procedures |
| ECF 228-3, Ex. 3 | 49:1-50:6 and 52:2-25. | Reveals HC-AEO information about SRSA's technical trade secrets |
| ECF 228-4, Ex. 4 | 77:3-12, 77:13-78:24, 78:25-79:24, 80:1-80:25, 149:1-13, and 149:14-152:25. | Reveals HC-AEO and Confidential SRSA customer communications |
| ECF 228-6, Ex. 6 | Entirety | Reveals HC-AEO SRSA customer information |
| ECF 228-7, Ex. 7 | Entirety | SRSA deal communications revealing HC-AEO, trade-secret customer information Also reveals information about SRSA's trade-secret payments spreadsheet |
| ECF 228-8, Ex. 8 | Entirety | |
| ECF 228-9, Ex. 9 | Entirety | |
| ECF 228-10, Ex. 10 | Entirety | |

6

| | | |
|---|---|---|
| ECF 228-11, Ex. 11 | Entirety | |
| ECF 228-12, Ex. 12 | Entirety | |
| ECF 228-13, Ex. 13 | Entirety | |
| ECF 228-14, Ex. 14 | Entirety | |
| ECF 228-15, Ex. 15 | Entirety | |
| ECF 228-16, Ex. 16 | Entirety | |
| ECF 228-17, Ex. 17 | Entirety | |
| ECF 228-19, Ex. 19 | Entirety | Contract between SRSA and customer revealing HC-AEO, trade-secret customer information. |
| ECF 228-20, Ex. 20 | Entirety | |
| ECF 228-21, Ex. 21 | Entirety | |
| ECF 228-22, Ex. 22 | Entirety | Presentation to customer revealing HC-AEO information about SRSA's business-development practices, including the identity of specific customers and business-development opportunities SRSA is pursuing |
| ECF 228-23, Ex. 23 | Entirety | |
| ECF 228-24, Ex. 24 | Entirety | |
| ECF 228-25, Ex. 25 | Entirety | |
| ECF 228-26, Ex. 26 | Entirety | Internal SRSA document discussing SRSA's product-development and business-development process regarding its Deal Dashboard product |
| ECF 228-27, Ex. 27 | Entirety | |
| ECF 228-28, Ex. 28 | Entirety | Presentation to customer revealing HC-AEO information about SRSA's business-development practices, including the |

1510068

| | | identity of specific customers and business-development opportunities SRSA is pursuing |
|---|---|---|
| ECF 228-29, Ex. 29 | Entirety | Internal SRSA meeting notes revealing SRSA business-development strategies and customer information |
| ECF 228-30, Ex. 30 | Entirety | Presentation to customer revealing HC-AEO information about SRSA's business-development practices, including the identity of specific customers and business-development opportunities SRSA is pursuing |
| ECF 228-31, Ex. 31 | Entirety | |
| ECF 228-32, Ex. 32 | Entirety | |
| ECF 228-33, Ex. 33 | Entirety | |
| ECF 228-34, Ex. 34 | Entirety | |
| ECF 228-35, Ex. 35 | Entirety | |
| ECF 228-36, Ex. 36 | Entirety | |
| ECF 228-37, Ex. 37 | Entirety | |

### C.   Kelly Motion and Supporting Papers

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| ECF 229-5, Ex. 5 | ECF Page 5, paragraph at "Identification/Authentication"; ECF Pages 6-9, entirety. | Internal SRSA documents describing Confidential SRSA information about its internal corporate security policies |
| ECF 229-8, Ex. 8 | ¶¶10, 13-14, 19-20, 22. | |
| ECF 229-11, Ex. 11 | ¶17; | Crain Declaration describing HC-AEO information about SRSA' product strategies and SRSA's trade-secret payments spreadsheet misappropriated by Kelly |
| | Images on ECF Pages 14 and 19; ¶¶33-36, 41 (entirety) | Reveals HC-AEO SRSA customer information misappropriated by Kelly |
| | ECF Pages 30 to 31 (entirety) | Pictures revealing SRSA's trade-secret payments spreadsheet misappropriated by Kelly |
| ECF 229-13, Ex. 13 | Entirety | Email between Kelly and Tsarnas |

| | | discussing SRSA' product strategies |
|---|---|---|
| ECF 229-14, Ex. 14 | Entirety | Email between Kelly and Tsarnas discussing SRSA operational and payments processes |
| ECF 229-17, Ex. 17 | Entirety | Internal SRSA document discussing SRSA's internal pricing strategies |
| ECF 229-18, Ex. 18 | See SRSA's restriction requests for ECF 227-19. | |

## II.   EXHIBIT 7 TO DEFENDANTS' OPPOSITION TO SRSA'S EMERGENCY MOTION TO AMEND SCHEDULING ORDER

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| ECF 241-7, Ex. 7 | See SRSA's restriction requests for ECF 227-19 | |

## III.   SRSA'S OPPOSITIONS TO DEFENDANTS' PARTIAL SUMMARY JUDGMENT BRIEFS

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| Plaintiffs' Response in Opposition to Defendant PNC Financial Services Group, Inc.'s Motion for Partial Summary Judgment (ECF 262) | SADF ¶ 19: entirety;<br><br>SADF ¶ 22: clause after "strategies";<br><br>P. 15: second sentence of the last paragraph.<br><br>P. 16: last paragraph;<br><br>P. 17: both screenshot images;<br><br>P. 18:<br>• text between "kinds of customer" and "Koenig" in the first sentence,<br>• the entirety of the second sentence,<br>• entirety of the second and third paragraphs;<br><br>P. 19: third sentence of the second paragraph after the words "for example". | Reveals SRSA trade secret pricing strategy. |

1510068

| | | |
|---|---|---|
| | SADF ¶ 26: clause after "Tsarnas"; <br><br> SADF ¶ 27: text after "Kelly"; <br><br> P. 20: Sentence after "ECF 168 at 1994"; <br><br> P. 22: entirety; <br><br> P. 23: entirety; <br><br> P. 24: <br> • entirety of screenshot, <br> • language between "and was developed" to "See PX18", <br> • language between "based upon" to "See PX38, <br> • text after "need that most." <br><br> P. 25: second sentence of second paragraph | Includes SRSA's trade secret development and product strategy. SRSA has alleged that PNC has misappropriated its trade secret development and product strategy. |
| | P. 12: <br> • the information in parenthesis after "SRSA products", <br> • the information in parenthesis after "whether they", <br> • and the text after "their identities" in the last paragraph. | Reveals trade secret information SRSA information about its customers. |
| | P. 27: the text in the first two parenthesis | Reveals SRSA trade secret procedures. |
| Plaintiffs' Response in Opposition to Defendant PNC Banks, N.A.'s Motion for Partial Summary Judgment (ECF 261, ECF 271) | Table of contents: customer names in points C.1 (after words "secure the"), C2 (after words "steal the"), C3 (after words business relations with"); <br><br> Response to SUMFs ¶¶1, 9 and 10: customer names; | Reveals trade secret SRSA information about its customers and business deals with its customers. |

1510068

|  | Response to SUMF ¶14: Text after "was" and before "call" and text at beginning of sentence before "went to bat"<br><br>Response to SUMF ¶16: customer name and text in the last sentence after "managers are not the";<br><br>Statement of Additional Disputed Facts ("SADF"), ¶ 3: text in the sentence after "SRSA";<br><br>SADF ¶ 4: text in the sentence after the first "SRSA";<br><br>SADF ¶ 5: text in the sentence after "knowledge regarding the";<br><br>SADF ¶ 6:  text in the sentence after "point—under its";<br><br>SADFs ¶ 7-11: customer names;<br><br>P. 7:<br>• text between "interfered with" and "Jackson Decl.",<br>• text between "that neither" and "breached",<br><br>P. 9:<br>• after the words "line of authority" entirety of the third paragraph<br>• text between "disclosed that" and "biggest clients" in the fourth paragraph |  |

1510068

|  |  |  |
|---|---|---|
|  | <ul><li>text between "SRSA had" and "PX28" in the fourth paragraph,</li><li>customer names in the last sentence of the last paragraph after words "Mike Lyons to email" and before "co-CEO";</li></ul> P. 10 <ul><li>Customer names in the first and second paragraphs beginning with "S',</li><li>Text between "SRSA under its" and "by copying" in the first paragraph,</li><li>Text between "that SRSA's" and "was a contractual relationship" in the second paragraph,</li><li>Customer name in bold in the third paragraph,</li><li>Text between "entered into an" and "ECF 227-3" in the third paragraph,</li><li>Last full sentence on the last paragraph.</li></ul> P. 11 <ul><li>First two sentences,</li><li>Customer names in the second paragraph beginning with "B"</li><li>Customer names in last paragraph after the words "poised to win" and before "until PNC and" ;</li></ul> P. 12 <ul><li>Customer names in the first sentence after words "opportunities</li></ul> |  |

with" and before "detailed",
- Customer names in the heading after words "secure the",
- Customer names in the last paragraph beginning with first bolded reference

P. 13
- Text between "hiring Kelly; that" and "*See* ECF 227-3",
- Text between "(and unlawfully disclosed to PNC) that" and "PX9,
- Text between "relationship with" and "is precisely",
- Customer names in the second paragraph beginning in bold and all subsequent references

P. 14
- Customer name in bold in the first paragraph and first three sentences in the first paragraph,
- Customer names in the heading after words "steal the";

P. 15: Customer names in the first and second paragraphs;

P. 16: Customer names in the second paragraph, customer names in the heading, customer names in the the third paragraph and customer name in the footnote;

P. 17:  text between "Based on

1510068

| | the" and "SRSA had a concrete" and the customer name in the first parenthesis. | |
|---|---|---|
| Declaration of Ben Lane (ECF 266) | ¶4: text in parenthesis, the third sentence, and the screenshot on page 3; <br> ¶6: text between "competitor as well" and "Finally, there is great"; <br> ¶8: text between "Business spreadsheet" and "Below is a" and the entirety of the screenshot on page 5; <br> ¶10: text between "as a record of" and "If the information"; <br> ¶13: text between "database so" and "While they were employed"; <br> ¶14: text between "In addition" and "similar to" and text after "Business spreadsheet"; <br> ¶15: first two sentences and the fourth and fifth sentences; <br> ¶17: text between "such as" and "SRSA tracks"; <br> ¶18: first sentence; <br> ¶21: second sentence; <br> ¶23: fifth and sixth sentences; <br> ¶24: last sentence; <br> ¶27: text between "In addition" and "including Acquiom"; <br> ¶28: <br> • first sentence after "Row 5", <br> • first sentence after "Row 16", <br> • text after "Business spreadsheet regarding" in the Row 16 bullet point, <br> • screenshots after Row 16, <br> • first two sentences after "Row 25" and the | Reveals trade secret information about SRSA customers and business practices. |

| | | |
|---|---|---|
| | screenshot after "Row 25"; <br>• In "Row 40" the text between "notes that" and "That is information", <br>• Text after "Row 58" to "regular use", <br>• In "Row 70" the text between "notes that" and "This is information", and the customer names in the last sentence, <br>• In "Row 71", the text between "notes that" and "That is confidential", <br>• In "Row 71", the text between "entry that" and "This information", <br>• The screenshot below "Row 71", <br>• In "Row 83" the text between "Kelly notes" and "a customer insight"; <br><br>The heading on page 14; <br><br>¶30: <br>• The text between "deals involving" and "I searched", <br>• The text after "records involving"; <br><br>¶31: entirety | |
| Declaration of Ben Lane, Exs. A to H (ECF Nos. 266-1 to 226-8) | Entirety | Reveals and excerpts from trade-secret SRSA customer lists and customer preferences. |
| Declaration of Paul Koenig (ECF 268) | ¶¶4, 6-11: Entirety | Reveals SRSA pricing trade secret strategies. |
| Declaration of Amanda Jackson (ECF 270) | ¶2: text between "services among" and "in the region" | Reveals HC-AEO SRSA customer information and strategies |

15

| | | |
|---|---|---|
| | and the text between "services to" and "winning deals"; ¶¶3-6: entirety; ¶7: first sentence and the text between "correspondence with" and "outside counsel" ¶8: text between "regarding the" and "slowed down" and text between "meaning" and "ultimately elected"; ¶9: text between "at SRSA" and "that are repeat"; ¶12:  text between "June 2018" and "has not reached". | |
| Declaration of Amanda Jackson, Ex. A (ECF 270-1) | Entirety. | Reveals HC-AEO SRSA customer information |
| Declaration of Amanda Jackson, Ex. B (ECF 270-2) | Entirety. | |
| PX1 (ECF 256) | The client name on page PNC_00051482 at the end of the sentence beginning with "Did Luda say anything about ____?" and before "lawyers (Cooley) called me" | |
| PX2 (ECF 256-1) | Lines 330:2-10 | Reveals HC-AEO information about SRSA's internal pricing strategies. |
| PX3 (ECF 256-2) | Lines 150:1-153:7, 153:20-24, 402:11-20 | |
| PX6 (ECF 256-4) | Entirety except ECF page 29 paragraph at "Non-disclosure of…" and ECF page 33 paragraph at "Upon termination…" | Reveals internal SRSA policies for employees. |
| PX7 (ECF 256-5) | Lines <ul><li>87:4-8;</li><li>104:16 after the words "such as"</li><li>Page 106:12-13, the words in between "Example," and "I can qualify later"</li><li>183:7-15</li><li>184:17, the words in between "named" and "There we go."</li></ul> | Reveals HC-AEO SRSA customer information |

16

| | | |
|---|---|---|
| | • 185:3, the words in between "person at" and "to talk to." <br> • 186:12 <br> • 186:14, the words in between "are aware" and "counsel responsible for" <br> • 186:22 <br> • 186:24 | |
| PX8 (ECF 256-6) | Lines 175:6-16, 330:18-330:25 | Reveals HC-AEO SRSA customer information |
| PX9 (ECF 256-7) | The 7:30 text after "That's fine" in the middle of page PNC_00051506. | Communication between Kelly and Tsarinas discussing SRSA operational and payments processes, and SRSA customer preferences |
| | The customer names on page PNC_00051506 – 51510 entirety; <br><br> Customer names on pages PNC_51512, 51513, 51514 and 51515 beginning with V and S. | |
| PX10 (ECF 256-8) | The customer names on page PNC_00051466 beginning with V and beginning with "S" PNC_00051473 | Communication between Kelly and Tsarinas discussing information about SRSA customer preferences |
| PX12 (ECF 256-10) | ¶¶8, 11, 13-14 <br> ¶¶25-33, 37 <br> ¶¶42-43, 44 <br> ¶¶47, 48, 50-54, 56, 57, 59 <br> ¶¶60, 62-63 <br> ¶¶64-65 | Declaration of Glen Colthup describing HC-AEO SRSA product development strategies, payments spreadsheet, ACP product, Deal Dashboard product, payments-processing methods, and back-end data systems |
| PX13 (ECF 256-11) | The entirety of the bottom row after the first cell that says "Compensation" | Reveals internal SRSA policies for employees. |
| PX14 (ECF 256-12) | ¶¶7- 10 | Declaration of Paul Koenig revealing HC-AEO customer preferences and business-development practices |
| PX17 (ECF 256-14) | Entirety | Copy of internal SRSA customer list, revealing customer identities, |

| | | contact information, and preferences |
|---|---|---|
| PX18 (ECF 256-15) | Entirety | Internal SRSA product specification document revealing SRSA operational procedures and process |
| PX19 (ECF 256-16) | Entirety | Internal SRSA presentation revealing SRSA product roadmaps |
| PX24 (ECF 257) | ¶6<br>¶9:<br>¶¶13-16, 18-20:<br>¶¶14, 18<br>¶17:<br>¶¶23-26:<br>¶28:<br>¶¶39-41: | Reveals HC-AEO information about SRSA's product-development, pricing and business-development practices |
| PX25 (ECF 257-1) | Entirety. | Internal PNC email attaching "Firms by segment" spreadsheet revealing misappropriated SRSA customer preferences |
| PX28 (ECF 257-4) | Customer names on page PNC_00047100, 47102, and 47103 beginning with S and V | Reveals HC-AEO customer information |
| PX29 (ECF 257-5) | Customer names on page PNC_00047792 after the word "the buyer is" and ";)" the word after "also a" and "client" and the words between "both" and "have zero loyalty" | |
| PX31 (ECF 257-7) | The words after "Nice, PS" at the bottom of page PNC_00049934. | |
| PX32 (ECF 257-8) | On PNC_00037336 in the third paragraph in the 11:44 email, the first sentence of the first full paragraph, and the first sentence of the last paragraph. | |
| PX33 (ECF 257-9) | Entirety | Internal SRSA documents revealing SRSA's pricing strategies. |
| PX34 (ECF 257-10) | | |
| PX35 (ECF 257-11) | | |
| PX36 (ECF 257-12) | | |
| PX37 (ECF 257-13) | | |
| PX38 (ECF 257-14) | | |

1510068

| | | |
|---|---|---|
| PX39 (ECF 257-15) | | |
| PX40 (ECF 257-16) | Entirety | Internal SRSA product development documents that reveal SRSA HC-AEO product-development strategies |
| PX41 (ECF 257-17) | Entirety | |
| PX42 (ECF 257-18) | Entirety | PNC email revealing use of SRSA payments and operational procedures |
| PX43 (ECF 257-19) | Entirety | Internal SRSA product roadmaps and business documents |
| PX44 (ECF 258) | Entirety | |
| PX45 (ECF 258-1) | Entirety | |
| PX49 (ECF 258-5) | Customer names on pages PNC_00052756 after words "you guys have a" and before "email address ?"  And the entire 20:57:11 text message. | Internal PNC communication revealing HC-AEO customer information. |
| PX50 (ECF 258-6) | Entirety | PNC communication revealing use of SRSA payments spreadsheet and payments procedures. |
| PX52 (ECF 258-8) | Entirety | HC-AEO SRSA agreement with banking partner Suntrust |
| PX53 (ECF 258-9) | Entirety | PNC document revealing HC-AEO SRSA's internal pricing strategies |
| PX54 (ECF 258-10) | Entirety | |
| PX56 (ECF 258-12) | On PNC 0040199<br>• The words in between "off the phone with" and "I am looking for two things"<br><br>• The words after "As a side note" to the end of the sentence"<br><br>• The customer name in the email subject lines. | PNC email discussing misappropriated SRSA customer information |
| PX61 (ECF 258-16) | The second to last paragraph on page CGI_SRS_00001824 and the third sentence on page CGI_SRS_00001825. | PNC email discussing SRSA product-development strategies. |
| PX62 (ECF 258-17) | Entirety | |
| PX63 (ECF 258-18) | Entirety | SRSA's trade-secret "payments product specifications" document |

| PX64 (ECF 258-19) | The text of the 8:10 AM email on page PNC_00050924. | PNC document referencing SRSA payments process for its ACP product. |
|---|---|---|
| PX66 (ECF 259-1) | Entirety | This document is SRSA Initial Trade Secret Disclosure, which describes all of SRSA's trade-secrets in this action |
| PX67 (ECF 259-2) | Lines:<br>• 266:2-6<br>• 266:8<br>• 266:10<br>• 266:12<br>• 266:16<br>• 266:22<br>• 267:2-16<br>• 268:5-14<br>• 269:20<br>• 269:25<br>• 270:1<br>• 270:6<br>• 270:13-14<br>• 270:17-24<br>• 271:1<br>• 271:10<br>• 271:23<br>• 272:1<br>• 272:6<br>• 272:19<br>• 273:3<br>• 273:11<br>• 273:23-24<br>• 274:6<br>• 274:8<br>• 274:17<br>• 274:22<br>• 277:19<br>• 277:22-25 | Reveals HC-AEO SRSA customer information |
| PX68 (ECF 259-3) | The customer names on page PNC_00043003<br>• in between the words "any response from" and 'on this one" | |

1510068

| | | |
|---|---|---|
| | • in between "so be discreet with" and "ie play sort of dumb" | |
| PX69 (ECF 259-4) | The customer names on page PNC_00043016-18 beginning with V | |
| PX70 (ECF 259-5) | Entirety. | |
| PX71 (ECF 259-6) | | |
| PX72 (ECF 259-7) | | |
| PX73 (ECF 259-8) | | |
| PX74 (ECF 259-9) | The information in parenthesis in the second bullet point and the third bullet point on PNC_00049821 after the "Redacted" box.<br><br>The first three lines of the second paragraph on page PNC_00049822. | PNC communication revealing Kelly's use of SRSA pricing strategies. |
| PX75 (ECF 259-10) | Entirety | Internal SRSA document revealing SRSA pricing strategy |
| PX76 (ECF 259-11) | Entirety | SRSA contracts revealing competitive information about pricing and business terms for a SRSA Master Services Agreement ("MSA") customer. |
| PX77 (ECF 259-12) | | |
| PX78 (ECF 259-13) | The first two sentences in the 1:22PM email on PNC_00046718. | PNC communication revealing PNC reliance on SRSA customer information |
| PX79 (ECF 259-14) | Entirety | PNC product-development email revealing reliance on SRSA payments process and product-development strategies misappropriated by PNC |
| PX80 (ECF 259-15) | The email subject throughout, the first clause of the last sentence in the 8:42PM email on PNC_00051306, the word between "to win the" and "business" on PNC_00051306, and the first sentence of the 4:56PM email starting on page PNC_00051306. | PNC email revealing reliance on SRSA customer preferences |
| PX81 (ECF 259-16) | In the 3:56 am email, | |

|  |  |  |
|---|---|---|
|  | • The words in between "CEO of" and "personally" <br><br> • The words in between "the CEO of" and "and will be doing the same" <br><br> In the April 9, 2019 4:57pm email <br> • All text after the "From:" field <br> In the April 9 1:50pm email <br> • all text after "Things seem good…" |  |
| PX82 (ECF 259-17) | The "From" field in the 4:57 PM email on PNC_00051258 and the text between "big a" and "client as" on page PNC_00051258. |  |
| PX83 (ECF 259-18) | Entirety | SRSA email revealing customer information about lost client to PNC |
| PX84 (ECF 259-19) <br> PX88 (ECF 260-3) | Entirety | SRSA email revealing customer information about lost client to PNC |
| PX89 (ECF 260-4) | The pricing strategy in the second and third lines of the 3:45PM email on page PNC_00051194. | PNC email revealing customer information about SRSA lost customer |
| PX91 (ECF 260-6) | See restriction request for PX 49 (identical document) |  |
| PX96 (ECF 260-11) | The entirety of pages PNC_00042770, PNC_00042772-73 | Reveals Confidential SRSA employee compensation |
| PX97 (ECF 260-12) | Entirety | Internal PNC email attaching "Firms by segment" spreadsheet revealing misappropriated SRSA customer preferences |
| PX98 (ECF 260-13) | • Entirety 2:51:30 email, including "From" line <br><br> • The "To" line in 10:46 email | PNC email revealing reliance on SRSA customer information |

| PX101 (ECF 260-15) | Entirety of pages PNC_00049496-97 except the last full paragraph on page PNC_00049497 | PNC email revealing reliance on SRSA operational and payments processes |
|---|---|---|
| PX102 (ECF 260-16) | Entirety. | PNC development document revealing reliance on SRSA operational and payments processes |
| PX105 (ECF 260-18) | Entirety. | Reveals HC-AEO SRSA payments document |
| PX107 (ECF 260-19) | Entirety. | PNC development document revealing reliance on SRSA operational and payments processes |
| PX108 (ECF 260-20) | Entirety. | Internal SRSA calculator revealing SRSA pricing strategies and profit margins |
| PX110 (ECF 260-22) | The second paragraph on page PNC_00051226 and the first sentence in the 5:51 email on PNC_00051227 | PNC email revealing reliance on SRSA customer preferences |

## IV.    DEFENDANTS' REPLY BRIEFS I/S/O SUMMARY JUDGMENT

### A.    PNC Bank, N.A. Reply Brief

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| Reply Brief (ECF 282). | Reply Concerning Undisputed Materials Facts ("RCUM"), ¶9: customer name;<br><br>RCUM ¶10: text between "deal involving" and "after Kelly";<br><br>RCUM ¶14: customer name<br><br>Response Concerning Disputed Facts ("RCDF") ¶ 8: customer name;<br><br>RCDF ¶11: customer name;<br><br>P. 6: Customers names in the second and third paragraphs | Reveals HC-AEO information about SRSA customers. |

| | | |
|---|---|---|
| | P. 7:<br>&bull; Customer names in the first and second full paragraphs beginning with V and P,<br>&bull; Text after "argument that" in footnote 6;<br><br>P. 8: text in the first parenthesis;<br><br>P. 9: customer names in the first and second paragraphs beginning with P, V, S, and B;<br><br>P. 10: customer name at the top of the page after the words "The SRSA/" and before "form agreements" | |
| Ex. 26 (ECF 282-6) | Entirety | SRSA customer communication revealing SRSA customer information |

### B. PNC FSG Reply Brief

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| ECF 283 (Reply Brief) | P. 7: entire first column of the chart after "Kelly Comment";<br><br>P. 8: text between "information, including" and "Exs-51-58";<br><br>P. 10:<br>&bull; Text between "CFO stated" and "If SRSA does not",<br>&bull; First sentence of the second paragraph and the screenshot in the second paragraph;<br>P. 11:<br>&bull; Text between "embodied in" and "are not trade", | Reveals SRSA HC-AEO information about SRSA processes, pricing strategies, development strategies and customer information. |

| | | |
|---|---|---|
| | • First two sentences of the last paragraph;<br>P. 12:<br>• Information in parenthesis after PX23,<br>• In footnote 9, the language between "strategy" and "is 'counterintuitive'" and the last word of the footnote.<br>P. 13, fn. 11:<br>• The language between "reference to" and "creates",<br>• The language between "this term" and the web address,<br>• The language between "obvious to any" and "Ex-68". | |
| Ex. 45 (ECF 283-1) | *See* ECF 256-10 (identical document) | |
| Ex. 46 (ECF 283-2) | Entirety | SRSA customer communication attaching portion of SRSA's payments spreadsheet. |
| Ex. 52 (ECF 283-8) | Entirety | SRSA customer communication attaching revealing past deals, customer preferences, payments and operational process, and customer identities |
| Ex. 54 (ECF 283-10) | Entirety | |
| Ex. 59 (ECF 283-15) | Entirety | |
| Ex. 60 (ECF 283-16) | Entirety | |
| Ex. 61 (ECF 283-17) | Entirety | |
| Ex. 62 (ECF 283-18) | Entirety | |
| Ex. 63 (ECF 283-19) | Entirety | |
| Ex. 64 (ECF 283-20) | Entirety | |
| Ex. 65 (ECF 283-21) | Entirety | |
| Ex. 66 (ECF 283-22) | Entirety | |
| Ex. 67 (ECF 283-23) | Entirety | |
| Ex. 68 (ECF 283-24) | Entirety | Reveals legal and operational structure SRSA's online payments product. |

## V.      EXHIBITS 6 & 7 TO SRSA'S RULE 56(D) MOTION

| | | |
|---|---|---|
| Decl. of Victor H. Yu in Support of Plaintiffs' | Entirety. | |

| | | |
|---|---|---|
| Rule 56(d) Motion, Ex. 6 (ECF 267-7) | | PNC documents revealing PNC's reliance on SRSA payments processes |
| Decl. of Victor H. Yu in Support of Plaintiffs' Rule 56(d) Motion, Ex. 7 (ECF 267-8) | | |

## VI.  SRSA'S OCTOBER 8, 2020 OBJECTION

| Document | Portion SRSA Seeks Level 1 Restriction | Rationale |
|---|---|---|
| Exhibit 3 (ECF No. 291) | PNC's supplemental responses to SRSA Interrogatory Numbers 2 & 6 | Reveals identities of SRSA lost-deal customers due to PNC's reliance on SRSA information |