IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' OMNIBUS MOTION TO RESTRICT

THIS MATTER coming before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively "SRSA") Omnibus Motion to Restrict ("Motion"), and being fully advised in the premises, IT IS HEREBY ORDERED that there is good cause and SRSA's Motion is GRANTED.

Under D.C.COLO.LCivR 7.2, the Clerk is hereby directed to place information detailed in the Motion and Exhibit A thereto under Level 1 restriction.

Dated:                                             BY THE COURT:

                                                                S. Kato Crews
                                                                 United States Magistrate Judge

1

1518087