# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT PNC FINANCIAL SERVICES GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

THIS MATTER comes before the Court upon Plaintiffs SRS ACQUIOM INC.'s and SHAREHOLDER REPRESENTATIVE SERVICES LLC's (collectively, "SRSA") Motion for Leave to File a Surreply in Opposition to Defendant PNC FINANCIAL SERVICES GROUP, INC.'s ("PNC") Motion for Partial Summary Judgment. The Court, having reviewed the Motion and being fully advised in the premises, GRANTS SRSA's Motion. SRSA's proposed Surreply, Exhibit 1 (Declaration of Sue Milberger), and Exhibit 2 (Declaration of Benjamin J. Rothstein, with Exhibits A-E), submitted concurrently with SRSA's Motion, are accepted by this Court and hereby deemed as filed.

DONE AND ORDERED this _____ day of _____, 2020.

                                              BY THE COURT:

                                              _____
                                              Daniel D. Domenico
                                              United States District Judge

1517849