## EXHIBIT A – MATERIALS SRSA SEEKS TO RESTRICT

| Document | Portion SRSA Seeks to Seal Under Level 1 Restriction | Defendants' Position |
|---|---|---|
| ECF 295 (SRSA's Proposed Surreply) | Page 7 (lines 11-14), remainder of sentence after "same exact manner as SRSA"<br><br>Pages 7 (line 18) – 8 (line 2), entirety of sentence that begins after "Ex B at 2."<br><br>Page 8 (lines 9-12), remainder of sentence after "processing them at closing,"<br><br>Page 8 (lines 17-18), remainder of sentence after "a paying agent transaction,"<br><br>Pages 8 (line 21) – 9 (line 3), remainder of sentence after "In April 2018, Kelly provided" | Opposed |
| ECF 295-1 (Milberger Declaration) | Paragraphs 4-11 (entirety) | No objection to restriction |
| ECF 295-3 (Woodworth Report) | Paragraph 49, all words and image after "like a payments engine."<br><br>Paragraph 51, the words in between "refining its payments spreadsheet," and "a process"<br><br>Paragraph 51, entirety of sentence after "trial-and-error."<br><br>Paragraph 52, image after "selling company."<br><br>Paragraph 54, image after "one example:"<br><br>Paragraph 55, all words from beginning of paragraph to "After a year of development work,"<br><br>Paragraphs 56-57, entirety<br><br>Paragraph 58, all words after "fall of | No objection to restriction |

1

| | |
|---|---|
| | 2019."<br><br>Paragraph 72, all words and image after "May 2018 Product Development Meetings"<br><br>Paragraph 78, all words after "shortly after joining the company."<br><br>Paragraphs 79-80, entirety<br><br>Paragraph 82, words between "state: 'Heather:" and "At a session"<br><br>Paragraph 85, words between "known to CGI." And "Kelly was treated"<br><br>Paragraph 86, words between "back-end system." and "Not surprisingly, the"<br><br>Paragraph 89, words between "entirely new spreadsheet." and "As discussed above,"<br><br>Paragraph 90: remainder of sentence after "that would show buyers:"<br><br>Paragraph 90: remainder of sentence after "email that same day:"<br><br>Paragraph 91: images after "are excerpted below:"<br><br>Paragraph 92: image after "Buyer and Seller Dashboard:"<br><br>Paragraph 93, image after "same set of features:"<br><br>Paragraph 100, remainder of paragraph after "market for online payments-and-escrow services."<br><br>Footnote 59 (page 32-33), all words after "'HK in Dialog:"<br><br>Footnote 60 (page 33), all words after | |

2

| | | |
|---|---|---|
| | "CGI_SRS_00003785"<br><br>Footnote 61 (page 33), entirety of parenthetical after "CGI_SRS_00001993"<br><br>Exhibit A, words between the header "Director of Engineering" and "www.linkedin.com/in/awoodworth/" | |
| ECF 295-4 (SRSA's Initial Trade Secret Disclosure) | Entirety | No objection to restriction |
| ECF 295-5 (Fortis Notes: User Journey and Mental Model Updates) | Entirety | No objection to restriction |
| ECF 295-6 (August 16, 2018 Email) | Entirety | No objection to restriction |
| ECF 295-7 (April 18, 2018 Email and Attachment) | Entirety | No objection to restriction |
| ECF 297 (Defendants' Opposition to SRSA's Motion for Leave to File Surreply) | Page 9 (lines 17-20), entirety of parenthetical after "ECF 295-4 at 2-3"<br><br>Page 10 (lines 2-12), the words in between "should be suspended'" and "The ability to stop a payment"<br><br>Page 10, footnote 5, all words after "constitutes an SRSA trade secret."<br><br>Pages 10 (line 21) – 11 (line 11), the words in between "antithesis of a trade secret." and "SRSA's final alleged trade secret"<br><br>Page 11 (lines 13-16), entirety of sentence after "is baseless."<br><br>Page 12 (lines 6-7), the words in between "last visited Oct. 16, 2020." and "SRSA cites no authority" | Opposed |
| ECF 297-2 (Excerpts of Koenig Deposition) | Entirety | Opposed |

3

1526901