## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

### JOINT MOTION TO AMEND SCHEDULING ORDER (ECF NO. 215)

---

Pursuant to Fed. R. Civ. P. 16 and D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") jointly move to amend the Scheduling Order (ECF No. 215) ("Scheduling Order") and grant the Parties a 21-day extension until December 21, 2020, for the sole purpose of completing depositions in this matter.  No other case deadlines are impacted by this Joint Motion, and the deadline to respond to any outstanding written discovery will remain November 30, 2020.

Good cause exists for the requested relief.  In support of this Motion, the Parties state as follows:

1.      The Parties have diligently advanced this litigation in accordance with the Court's Scheduling Order.  The Parties are currently conducting both fact and expert depositions, including Rule 30(b)(6) depositions.  The Parties are also in the midst of completing their responses to written discovery and discovery productions and the Parties intend to complete all written discovery and document productions by the November 30, 2020 discovery deadline.

2.      Due to witness scheduling conflicts and other issues caused by the COVID-19 pandemic, the Parties would struggle to complete all depositions by the current November 30, 2020 discovery cut-off deadline.

3.      No hearing or trial dates have been set in this matter, and no party will be prejudiced by this brief extension of the current deposition deadline.  No other deadlines under the current Scheduling Order will be affected by the requested extension of time.

4.      Pursuant to D.C.COLO.LCivR. 6.1(b) and (c), this Motion is being served contemporaneously by the undersigned on their clients.  In addition, this is the Parties' first joint request to amend the Scheduling Order.

WHEREFORE, the Parties jointly request that the Court grant this Motion and allow the Parties to complete their remaining depositions by December 21, 2020.

A proposed Order is submitted herewith for the Court's convenience.

Dated:  November 6, 2020

By:  s/ Scott R. Bialecki
    Warren A. Braunig
    *wbraunig@keker.com*
    Michelle S. Ybarra
    *mybarra@keker.com*
    Benjamin D. Rothstein
    *brothstein@keker.com*
    Katie Lynn Joyce
    *kjoyce@keker.com*
    Victor H. Yu
    *vyu@keker.com*
    Puja V. Parikh
    *pparikh@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:     415-391-5400
    Facsimile:      415-397-7188

    Scott R. Bialecki
    *sbialecki@sheridanross.com*
    Matthew C. Miller
    *mmiller@sheridanross.com*
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone:     303 863 9700
    Facsimile:      303 863 0223
    Email:    litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

Respectfully submitted,

By:  s/ Matthew E. Johnson
    James Forrest Bennett
    Megan S. Heinz
    Jeffrey R. Hoops
    Dowd Bennett LLP St. Louis
    7733 Forsyth Boulevard, Suite 1410
    St. Louis, MO 63105
    jbennett@dowdbennett.com
    mheinsz@dowdbennett.com
    jhoops@dowdbennett.com

Matthew E. Johnson
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
mjohnson@dowdbennett.com

Hara K. Jacobs
*jacobsh@ballardspahr.com*
Noah S. Robbins
*robbinsn@ballardspahr.com*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

Attorneys for Defendants
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and
ALEX TSARNAS

## Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.