## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## U.S. Magistrate Judge S. Kato Crews

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## NOTICE AND ORDER REGARDING APPOINTMENT OF SPECIAL MASTER

This matter is before the Court *sua sponte*. The Court has already resolved numerous discovery disputes between the parties and notes three discovery disputes are pending, with another on the horizon. [*See* #55 & #56 (pending); #113 & #115 (pending); #233 & #234 (pending); #312 (forthcoming).] Pursuant to Fed. R. Civ. P. 53(a)(1)(C), a special master may be appointed in the event discovery cannot be effectively and timely addressed by the assigned magistrate judge. Given the ongoing numerosity of the parties' discovery disputes and this Court's docket load, the Court finds a special master will be in a better position than the Court to more quickly and efficiently address the parties' discovery issues. *See also* Fed. R. Civ. P. 1

1

A special master may only be appointed after the parties are given notice and an opportunity to respond and the special master has filed an affidavit disclosing any potential grounds for disqualification under 28 U.S.C. § 455. The parties are hereby notified of this Court's intent to appoint a special master for the purpose of managing, supervising, and resolving discovery disputes in this matter.

IT IS ORDERED any objections under Fed. R. Civ. P. 53(b)(1) to the appointment of a special master be filed on or before **November 20, 2020 at 5:00pm MT.** While the Court will select the special master in its discretion, the parties may suggest candidates for appointment, if any. The parties may also consider conferring and stipulating to a candidate for appointment. Any proposed candidates should also be submitted to the Court on or before the above-deadline.

DATED:  November 17, 2020

BY THE COURT:

_____

S. Kato Crews
U.S. Magistrate Judge