Exhibit 2

# Boyd Boland

**Judicial Service**

United States Magistrate Judge, District of Colorado, 2000 - 2015 (Lead Magistrate Judge, 2011 - 2015)

**Education**

J.D. - Columbia University

B.A. - University of Denver

**Contact**

Phone: 303-572-1919

Email: bboland@jaginc.com



View Arbiter Calendar

Boyd N. Boland, a former United States Magistrate Judge for the District of Colorado, has joined JAG. Judge Boland was on the bench from 2000-2015 and was the lead magistrate judge beginning in 2011. While on the bench, Judge Boland presided over numerous jury and court civil trials and conducted more than 1,500 settlement conferences. His docket regularly involved cases raising intellectual property matters; securities litigation; employment discrimination; insurance coverage and bad faith claims; civil rights suits; consumer protection cases; various federal statutes including the Fair Labor Standards Act, Federal Employer's Liability Act, and Federal Tort Claims Act; and torts of every nature including all forms of professional negligence. Judge Boland is a graduate of the University of Denver and Columbia Law School. He is a Life Member of the American Law Institute and served as editor-in-chief of the Federal Courts Law Review from 2007 through 2014. He has taught mediation techniques nationally and internationally, including programs offered to federal judges through the Federal Judicial Center.

Judge Boland lives on the apple farm where he was born and raised near the Western Slope town of Paonia, Colorado. The farm has been in the Boland family for nearly 70 years.

## Career Highlights

Joined JAG as an arbiter in 2015

United States Magistrate Judge, District of Colorado

Attorney, Holme Roberts & Owen

Assistant Professor of Constitutional Law, Mississippi College School of Law

Law Clerk to the Honorable Paul V. Hodges, Chief Justice, Colorado Supreme Court

## Community and Professional Activities

# Boyd Boland

**Judicial Service**

United States Magistrate Judge, District of Colorado, 2000 - 2015 (Lead Magistrate Judge, 2011 - 2015)

**Education**

J.D. - Columbia University

B.A. - University of Denver

**Contact**

Phone: 303-572-1919

Email: bboland@jaginc.com

American Civil Liberties Union, Volunteer Attorney

Author, The Business of the District Court for the District of Colorado (annual installments, 2002-2014)

Instructor, Effective Mediation Techniques, Federal Judicial Center

## Fun Facts

He lives with his wife, Lisa, on a 50 acre fruit farm near the Western Slope community of Paonia, Colorado.