Exhibit 3



# Bill Meyer

**Judicial Service**

District Court Judge, 2nd Judicial District, Colorado, 1984-2000

**Education**

J.D. - University of Denver College of Law

B.A. - College of Idaho, With Honors

**Contact**

Phone: 720-932-3430

Email: bmeyer@jaginc.com



View Arbiter Calendar

Former Denver District Court Judge Bill Meyer joined the JAG staff as an arbiter in 2000, and became the managing arbiter in 2011. During his sixteen years on the Denver District Court, Meyer tried numerous negligence, employment and commercial disputes. He was director of the Denver District Court Early Neutral Evaluation Project and personally handled scores of settlement conferences. He was also Presiding Judge of the domestic relations division from 1996-1998.

While on the bench, Meyer regularly taught evidence courses to Colorado judges, as well as to judges nationally. As a nationally recognized authority on evidence he has published one book and several articles on that subject. Meyer currently teaches evidence for the Colorado Judicial Branch and the National Judicial College (NJC) as well as teaching dispute resolution skills at NJC. In addition, he is the Senior Judicial Fellow for the National Drug Court Institute and as such does curriculum development and training for over 2700 courts nationally and internationally.

## Career Highlights

5280 Magazine Top Lawyers 2015-2019

The Best Lawyers in America© 2015-2020

Law Week Colorado, Barrister's Best Edition, People's Choice Mediator 2011, 2014, 2016

Law Week Colorado, Barrister's Best Edition, People's Choice Arbitrator 2017; Barrister's Choice 2019

Managing Arbiter of the Judicial Arbiter Group, 2011

Senior Judicial Fellow, National Drug Court



# Bill Meyer

**Judicial Service**

District Court Judge, 2nd Judicial District, Colorado, 1984-2000

**Education**

J.D. - University of Denver College of Law

B.A. - College of Idaho, With Honors

**Contact**

Phone: 720-932-3430

Email: bmeyer@jaginc.com

Institute

Colorado Mediator of the Year - Lawyers Pick, Law Week (2011)

Wall of Honor, National Judicial College (2011)

Judicial Award, Colorado Corrections Association (1995)

Judicial Award, University of Colorado Health Sciences (1995)

Special Award of Merit, Mile High Council on Alcoholism & Drug Abuse (1994)

Judicial Excellence Award, Denver Bar Association (1991)

Special Assistant United States Attorney, District of Colorado

First Assistant Attorney General, Colorado Attorney General

Deputy District Attorney, Denver, CO

## Community and Professional Activities

Teaching for National Judicial College

Colorado Judicial Department, Presenter

National Drug Court Institute, Curriculum Development and Presenter

Former Board Member, Big Brothers & Big Sisters of Colorado

Special Achievement Award, Big Brothers & Big Sisters of Colorado (1999 & 2000)

## Articles, Publications & Lectures

Meyer, W.G. "Two Cases that Will Make a Difference", Journal for Advancing Justice, Vol. II, pp 131-139 (2019).

Marlowe, D.B. and W.G. Meyer (Eds.), United States Department of Justice, Government Printing Office, *Drug Court Judicial Manual*



# Bill Meyer

**Judicial Service**

District Court Judge, 2nd Judicial District, Colorado, 1984-2000

**Education**

J.D. - University of Denver College of Law

B.A. - College of Idaho, With Honors

**Contact**

Phone: 720-932-3430

Email: bmeyer@jaginc.com

(2011)

Meyer, W.G., *Colorado Pattern Jury Instructions-Criminal* (2008)

Meyer, W.G., *Colorado Rules of Evidence with Objections*, National Institute of Trial Advocacy, 1997 (5th Edition 2017)

Meyer, W.G. and W.A. Ritter, "Drug Courts Work," *Federal Sentencing Reporter*, 14:3/43/4, p. 179-185 (November 2001)

Meyer, W.G., "The Admission of Evidence According to Hoyle," *The Colorado Lawyer,* Vol. 22, No. 6, p. 1173 (June 1993)

Meyer, W.G., "Sentencing the Drug Offender," *The Colorado Lawyer*, Vol. 21, No. 4, p. 657 (April 1992)

Meyer, W.G., "Early Neutral Evaluation-A Pilot Project," *The Colorado Lawyer*, Vol. 20, No. 1, p. 27 (January 1991)

## Fun Facts

Former Surfer (but still trying)

Hitchhiked extensively across the United States from 1969-79