IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## PLAINTIFF SRSA'S RESPONSE TO THE NOTICE AND ORDER REGARDING APPOINTMENT OF SPECIAL MASTER (ECF 313)

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") respectfully submit this Response to the Notice and Order Regarding Appointment of Special Master (ECF 313).

As the Court observed in its Notice and Order, several discovery disputes are briefed and pending on the Court's docket. These are ECF 55 and 56 (regarding PNC's challenge under the Protective Order to SRSA's designation of certain documents as "Highly Confidential – Attorneys' Eyes Only"), and ECF 113 and 114 (regarding SRSA's request for sanctions due to PNC's spoliation of text messages, SRSA's request for three PNC customer lists from Kelly's devices, and PNC's request for SRSA text messages).

Additionally, SRSA anticipates additional discovery disputes that will include at least the following:

1

1601425

*First*, the parties have already met and conferred and reached an impasse regarding several disputes that were previously set for briefing due November 20, 2020. SRSA still intends to seek relief regarding those issues, which include the following: (1) SRSA's request for PNC customer information for customers that aren't "overlapping"; (2) SRSA's request for documents from the individual defendants' devices that Defendants have withheld in violation of the Forensic Protocol; (3) Kelly's communications with Dennis Miller and Alex Kingsley (two individuals who submitted declarations in support of her opposition to the PI Motion); (4) documents regarding PNC's efforts to enforce similar IP rights; and (5) two of SRSA's 30(b)(6) deposition topics related to PNC's technical development of PNC PAID.

In meet-and-confer correspondence this week, Defendants suggested that they may be willing to change some of their positions on these issues "in light of" Judge Domenico's November 18, 2020 Order regarding various motions (ECF 315). But Defendants stopped short of making any representations that they would withdraw their objections to the discovery on which SRSA intends to move. And the only example Defendants provided of an issue on which they might change their position is SRSA's request for PNC's customer information, as Judge Domenico has now ruled that "SRSA is entitled to discover information related to sales of PNC's payment-and-escrow services to the entirety of PNC's customer base, not only those overlapping customers between Ms. Kelly's contact list and PNC's target customer list." ECF 313 at 7. Even if Defendants were to completely withdraw their objection on that issue—which, again, they have not done—that would only remove one of the five issues on which the parties are at an impasse and on which SRSA will seek relief.

1601425

*Second*, SRSA anticipates a dispute regarding an outstanding set of requests for production that SRSA served on October 19, 2020, and for which Defendants' responses and objections are due on November 25, 2020. In meet-and-confer correspondence this week, Defendants did not represent that they would agree to produce documents in response to these outstanding RFPs. For that reason, and based on positions taken by Defendants when refusing to respond to earlier discovery requests targeting similar subject matter (*see* ECF 233), SRSA anticipates additional discovery motion practice regarding these outstanding RFPs.

*Third*, the parties have a brewing dispute concerning PNC's effort to obtain discovery from a non-testifying forensic consultant, Kivu Consulting, that SRSA's counsel had engaged prior to filing the lawsuit. PNC initially served a document subpoena on Kivu, and now has served a deposition subpoena. Any work performed by Kivu at the direction of counsel, or communications with counsel about that investigation, is protected as attorney work product. No expert witnesses are relying upon Kivu's work, and SRSA has not relied upon it in this lawsuit. If PNC continues with its approach, SRSA will need that discovery dispute to be resolved.

As a result of the numerous discovery disputes already pending and the additional discovery disputes that SRSA anticipates, SRSA does not oppose the appointment of a special discovery master in this case. SRSA respectfully submits the following candidates for the Court's consideration:

1. Jane Michaels (https://www.nadn.org/jane-michaels; https://www.hollandhart.com/jmichaels).

2. Steve Mains (http://www.mainsmediation.com/profile.htm).

3

1601425

To the extent that Defendants object to Plaintiffs' suggested candidates because SRSA contacted their offices to determine whether they had a conflict, Defendants' concerns are unfounded. The Court asked for suggested candidates and Plaintiffs wanted to ensure that their suggested candidates were not conflicted out of the matter. No substance of any discovery dispute was identified and it was made clear that the Court would be selecting the ultimate candidate. There is no support for Defendants' suggestion that SRSA's inquiries could in any way affect either candidate's impartiality, and there is no basis in law or logic for the disqualification of SRSA's proposed candidates on that basis.

Respectfully submitted,

Dated: November 20, 2020

By: s/ Benjamin D. Rothstein
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:      415-397-7188

4

1601425

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:       303 863 9700
Facsimile:        303 863 0223
Email:     *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

5