IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## JOINT MOTION TO VACATE AND RESET RULE 702 MOTION DEADLINE

Pursuant to DDD Civ. P.S. III(F)(4) and D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") jointly move to vacate and reset the initial deadline to file Rule 702 Motions from November 25, 2020 to ninety (90) days before trial.

Good cause exists for the requested relief. In support of this Motion, the Parties state as follows:

1. Per this Court's applicable Practice Standards, the presumptive deadline for the Parties to file Rule 702 Motions is November 25, 2020 (*i.e.*, 30 days after the Parties' October 26, 2020 rebuttal expert disclosure deadline). DDD Civ. P.S. III(F)(4). This deadline, however, is premature given the Court's recent Orders on discovery and amending the Scheduling Order.

2. On November 17, 2020, the Court granted Plaintiffs' request, in part, to amend certain dates in the Scheduling Order and "postpone[d] setting specific deadlines until after a Special Master has been appointed." (ECF No. 314.)

3. On November 18, 2020, the Court sustained, in part, Plaintiffs' objections to the Court's Second Written Discovery Order (ECF No. 315). As such, additional discovery will be provided, which could result in efforts by the Parties to supplement one or more of the existing expert disclosures. In light of this possibility, the Parties respectfully submit Rule 702 Motion practice should be delayed until after the Parties have the opportunity to conclude fact discovery.

4. In light of the foregoing, it is in the interest of judicial economy to vacate the November 25, 2020 Rule 702 Motion deadline and reset it for a future date. The Parties request that Rule 702 Motion deadline be reset to occur ninety (90) days before trial (which has also not yet been set).

5. Pursuant to D.C.COLO.LCivR. 6.1(b) and (c), this Motion is being served contemporaneously by the undersigned on their clients. In addition, this is the Parties' first joint request to move the Rule 702 Motion deadline.

WHEREFORE, the Parties jointly request that the Court grant this Motion, and vacate and reset its Rule 702 Motion deadline to occur ninety (90) days before trial.

Dated: November 24, 2020

Respectfully submitted,

By:   s/ Scott R. Bialecki
    Warren A. Braunig
    *wbraunig@keker.com*
    Michelle S. Ybarra
    *mybarra@keker.com*
    Benjamin D. Rothstein
    *brothstein@keker.com*
    Katie Lynn Joyce
    *kjoyce@keker.com*
    Victor H. Yu
    *vyu@keker.com*
    Puja V. Parikh
    *pparikh@keker.com*
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone:     415-391-5400
    Facsimile:     415-397-7188

    Scott R. Bialecki
    *sbialecki@sheridanross.com*
    Matthew C. Miller
    *mmiller@sheridanross.com*
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone:     303 863 9700
    Facsimile:     303 863 0223
    Email:     litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

By: s/   Matthew E. Johnson
    James Forrest Bennett
    Megan S. Heinz
    Jeffrey R. Hoops
    Dowd Bennett LLP St. Louis
    7733 Forsyth Boulevard, Suite 1410
    St. Louis, MO 63105
    jbennett@dowdbennett.com
    mheinsz@dowdbennett.com
    jhoops@dowdbennett.com

    Matthew E. Johnson
    DOWD BENNETT LLP
    1775 Sherman Street, Suite 2010
    Denver, Colorado 80203
    Telephone: 303-353-4361
    Facsimile: 314-863-2111
    mjohnson@dowdbennett.com

    Hara K. Jacobs
    *jacobsh@ballardspahr.com*
    Noah S. Robbins
    *robbinsn@ballardspahr.com*
    BALLARD SPAHR LLP
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103-7599
    Telephone: 215-668-8500
    Facsimile: 215-864-8999

Attorneys for Defendants
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and
ALEX TSARNAS

**Compliance With Type-Volume Limitation**

    It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.