IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

### SPECIAL MASTER'S AFFIDAVIT PURSUANT TO F.R.C.P. 53(b)(3)(A)

---

I, David M. Tenner of Ridley, McGreevy, & Winocur, P.C., 303 16th Street, Suite 200, Denver, Colorado, 80203, (303) 629-9700, being first duly sworn, state as follows:

I have reviewed 28 U.S.C. § 455 and do solemnly swear or affirm that no grounds for disqualification exist under the statute pertaining to my appointment as a special master in the above matter.

The foregoing is true and correct to the best of my knowledge and belief.

Dated: November 30, 2020

                                                                                               _____
                                                                                               David M. Tenner, Special Master

STATE OF COLORADO  )
                                 ) ss.
City and County of Denver )

Subscribed and sworn to before me by David M. Tenner on this 30th day of November, 2020.

My commission expires: 4/18/2022

POLLY ASHLEY
Notary Public
State of Colorado
Notary ID # 19904005557
My Commission Expires 04-18-2022

_____
Notary Public