**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**JOINT RESPONSE AND OBJECTION TO
NOVEMBER 30, 2020 ORDER (ECF NO. 324)**

---

      Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC, and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "the Parties") submit this Joint Response and Objection ("Objection") to the Court's November 30, 2020 Order Appointing David M. Tenner As Special Master (ECF No. 324) ("Order"). The Parties respectfully object to the Court's Order to the extent that it would make the Special Master's findings of fact final in this action. In support of their Objection, the Parties state as follows:

      1.    On November 30, 2020, the Court issued its Order appointing David M. Tenner as a Special Master in this action. The Court ordered, *inter alia*, that the Parties will be deemed to have stipulated that findings of fact made by the Special Master will be final unless one or both Parties object within seven days of its Order (*i.e.*, December 7, 2020).

1

2. Due to the complexity of the pending discovery issues, the Parties respectfully object to this portion of the Court's Order. The Parties wish to preserve their ability to request *de novo* review by this Court of any ensuing factual findings by the Special Master, as provided by Fed. R. Civ. P. 53(f)(3).

3. Accordingly, the Parties respectfully request that Court modify its November 30, 2020 Order (ECF No. 324), striking the portion of Paragraph 5 pertaining to findings of fact by the Special Master being made final.

Dated:  December 7, 2020                                                  Respectfully submitted,

By: *s/ Scott R. Bialecki*                                               By:  *s/ Matthew E. Johnson*
    Warren A. Braunig                                                        James Forrest Bennett
      *wbraunig@keker.com*                                             *jbennett@dowdbennett.com*
    Michelle S. Ybarra                                                       DOWD BENNETT LLP
      *mybarra@keker.com*                                              7733 Forsyth Boulevard, Suite 1410
    Benjamin D. Rothstein                                                    St. Louis, MO  63105
      *brothstein@keker.com*                                           Telephone:     314-889-7300
    Katie Lynn Joyce                                                         Facsimile:     314-863-2111
      *kjoyce@keker.com*
    Victor H. Yu                                                             DOWD BENNETT LLP
      *vyu@keker.com*                                                  Matthew E. Johnson
    KEKER, VAN NEST & PETERS LLP                                            *mjohnson@dowdbennett.com*
    633 Battery Street                                                       1775 Sherman Street, Suite 2010
    San Francisco, CA 94111-1809                                            Denver, CO  80203
    Telephone:     415-391-5400                                             Telephone:     303-353-4361
    Facsimile:     415-397-7188                                              Facsimile:     314-863-2111

    SHERIDAN ROSS P.C.                                                       BALLARD SPAHR LLP
    Scott R. Bialecki                                                        Hara K. Jacobs
      *sbialecki@sheridanross.com*                                     *jacobsh@ballardspahr.com*
    Matthew C. Miller                                                        Noah S. Robbins
      *mmiller@sheridanross.com*                                       *robbinsn@ballardspahr.com*
    1560 Broadway, Suite 1200                                                1735 Market Street, 51st Floor
    Denver, Colorado 80202                                                   Philadelphia, PA  19103-7599
    Telephone:     303 863 9700                                             Telephone:     215-665-8500
    Facsimile:     303 863 0223                                              Facsimile:     314-863-2111
    Email:     litigation@sheridanross.com

Attorneys for Plaintiffs                                                 Attorneys for Defendants