# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT STATUS REPORT
## DECEMBER 8, 2020

Pursuant to the Court's Minute Order (ECF No. 325), Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") submit the following Joint Status Report.

The Court granted SRSA's motion to amend the schedule and deferred setting deadlines until after the appointment of a Special Master. ECF No. 314. Other than a Rule 702 motion deadline of thirty days before the dispositive motions deadline (ECF No. 323), there are no current discovery deadlines.

After meeting and conferring, the parties reached agreement on the following proposed schedule that addresses the remaining discovery deadlines:

| EVENT | PROPOSED DEADLINE |
| --- | --- |
| Complete written fact discovery | March 15, 2021 |

1

1616138

| | |
|---|---|
| Complete fact depositions | April 12, 2021 |
| Plaintiffs' supplement of existing expert opinions (if any) | April 23, 2021 |
| Defendants' Rebuttal expert response to Plaintiffs' expert supplement (if any) | May 14, 2021 |
| Complete Additional Expert Depos (if any) | May 26, 2021 |
| Dispositive motions due | June 4, 2021 |
| Rule 702 motions | 120 days before trial (*see, e.g.*, Final Pretrial Order (ECF 79), *Al-Baaj v. Bennett*, Case No. 18-cv-00618-DDD-CTV (Nov. 19, 2019) (Judge Domenico setting 702 motion deadline four months before trial date)) |

The parties have also agreed that each side may serve no more than three additional document subpoenas on third parties. In light of complications and uncertainty regarding the COVID-19 pandemic, the parties also reserve the right to request additional modifications to the schedule.

Dated: December 8, 2020

Respectfully submitted,

By: *s/ Warren A. Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415-391-5400
Facsimile:	415-397-7188

2

1616138

|  |  |
|---|---|
|  | SHERIDAN ROSS P.C.<br>Scott R. Bialecki<br>*sbialecki@sheridanross.com*<br>Matthew C. Miller<br>*mmiller@sheridanross.com*<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone: 303 863 9700<br>Facsimile: 303 863 0223<br>Email: litigation@sheridanross.com<br><br>Attorneys for Plaintiffs<br>SRS ACQUIOM INC. AND<br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC |
| Dated: December 8, 2020 | By: *s/ Matthew E. Johnson*<br><br>DOWD BENNETT LLP<br>James Forrest Bennett<br>*jbennett@dowdbennett.com*<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>Telephone: 314-889-7300<br>Facsimile: 314-863-2111<br><br>DOWD BENNETT LLP<br>Matthew E. Johnson<br>*mjohnson@dowdbennett.com*<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>Telephone: 303-353-4361<br>Facsimile: 314-863-2111<br><br>BALLARD SPAHR LLP<br>Hara K. Jacobs<br>*jacobsh@ballardspahr.com*<br>Noah S. Robbins<br>*robbinsn@ballardspahr.com*<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>Telephone: 215-665-8500<br>Facsimile: 314-863-2111<br><br>Attorneys for Defendants |

1616138