IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,  PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO RESTRICT (ECF NO. 302)**

---

Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") hereby move for an extension of time of <u>seven days</u> to respond to Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC's (collectively, "SRSA") Motion for Leave to Restrict (ECF No. 302).

**MOTION**

1. On October 29, 2020, SRSA filed a Motion to Restrict with respect to information found in SRSA's Proposed Surreply and certain exhibits thereto, as well as Defendants' Opposition to Plaintiffs' Motion for Leave to File a Surreply and Exhibit B thereto.  *See* ECF No. 302 at 1.

2. On November 19, 2020, the Court granted an extension until December 10, 2020, for Defendants to file their response to SRSA's Motion to Restrict.  ECF No. 318.

1

3. The parties are meeting and conferring regarding the filing of a stipulation with respect to SRSA's Motion to Restrict as well as future motions to restrict filed by the parties pursuant to D.C.COLO.L.CivR 7.2.  The parties anticipate that this stipulation will conserve judicial and the parties' resources by streamlining the motion to restrict process in this action.

4. Additional time is required for the parties to complete meeting and conferring regarding this stipulation.  Thus, Defendants seek a short seven-day extension of time, up to and including December 17, 2020, to accomplish this.

5. Counsel for Defendants have met and conferred with counsel for SRSA in accordance with District of Colorado Local Rule 7.1(a) regarding this requested extension.  SRSA does not oppose the requested extension.

WHEREFORE, Defendants respectfully request that the Court grant an extension up to and including December 17, 2020, to respond to SRSA's Motion to Restrict (ECF No. 302).

Respectfully submitted,

Dated:  December 10, 2020

By: */s/ Matthew E. Johnson*
James F. Bennett
Matthew E. Johnson
Jeffrey R. Hoops
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
jbennett@dowdbennett.com
mjohnson@dowdbennett.com
jhoops@dowdbennett.com

2

Hara K. Jacobs
Noah S. Robbins
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Defendants*

## Compliance With Type-Volume Limitation

Undersigned counsel certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1)

3

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Michelle Ybarra
Katie Lynn Joyce
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs*

                              */s/ Matthew E. Johnson*
                              Matthew E. Johnson