# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

Plaintiffs,
v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,  PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

Defendants.

---

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO RESTRICT (ECF NO. 302)**

---

Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") hereby respond to Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC's (collectively, "SRSA") Motion for Leave to Restrict (ECF No. 302).

## RESPONSE TO PLAINTIFFS' MOTION TO RESTRICT (ECF NO. 302)

1.　On October 29, 2020, SRSA filed a Motion to Restrict with respect to information found in SRSA's Proposed Surreply and certain exhibits thereto, as well as Defendants' Opposition to Plaintiffs' Motion for Leave to File a Surreply and Exhibit B thereto. *See* ECF No. 302 at 1.

2.　On November 19, 2020, the Court granted an extension until December 10, 2020, for Defendants to file their response to SRSA's Motion to Restrict. ECF No. 318.

3.　On December 10, 2020, because conferral efforts were ongoing, Defendants filed

1

a second motion for an extension until December 17, 2020 to respond to the Motion.

4. The parties continued conferring to work toward a resolution where Defendants do not oppose Plaintiffs' procedural motions to restrict documents from public access without Defendants waiving any rights to later challenge Plaintiffs' confidentiality and trade secret assertions in the case, including on the merits of the case.

5. Therefore, with respect to Plaintiffs' Motion for Leave to Restrict (ECF No. 302), Defendants state that they do not oppose this Motion to Restrict.  However, Defendants do not waive the right to contest the confidentiality and/or trade secret nature of the materials Plaintiffs seek to restrict in the future, including on the merits of the case, and expressly reserve their right to do so.  The Parties have agreed in email conferral communications that Defendants' non-opposition to this Motion shall not be used as an admission against Defendants, or for any other purpose.

Respectfully submitted,

Dated:  December 17, 2020

By: */s/ Jeffrey R. Hoops*

James F. Bennett
Matthew E. Johnson
Jeffrey R. Hoops
**DOWD BENNETT LLP**
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
jbennett@dowdbennett.com
mjohnson@dowdbennett.com
jhoops@dowdbennett.com

2

>Hara K. Jacobs
>Noah S. Robbins
>**BALLARD SPAHR LLP**
>1735 Market Street, 51st Floor
>Philadelphia, PA 19103-7599
>Telephone: 215-668-8500
>Facsimile: 215-864-8999
>jacobsh@ballardspahr.com
>robbinsn@ballardspahr.com
>
>*Attorneys for Defendants*

## Compliance With Type-Volume Limitation

Undersigned counsel certifies that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1)

3

**CERTIFICATE OF SERVICE**

        I hereby certify that on December 17, 2020, a true and correct copy of the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to the following attorneys of record:

Warren A. Braunig
Benjamin D. Rothstein
Michelle Ybarra
Katie Lynn Joyce
Victor H. Yu
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809

Scott R. Bialecki
Matthew C. Miller
1560 Broadway, Suite 1200
Denver, CO 80202

*Attorneys for Plaintiffs*

                                      */s/ Jeffrey R. Hoops*
                                      Jeffrey R. Hoops