IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

## SPECIAL MASTER'S ORDER RE: INITIAL MEETING WITH SPECIAL MASTER

---

The initial meeting before the Special Master took place on December 28, 2020, at 11:00 a.m., via Zoom meeting. Mr. Braunig, Mr. Rothstein, Ms. Joyce, Mr. Miller, Ms. Ybarra, and Mr. Yu appeared on behalf of the Plaintiffs. Mr. Johnson, Mr. Robbins and Mr. Hoops appeared on behalf of the Defendants. Pursuant to the initial meeting with the Special Master and being otherwise fully advised, the Court enters the following orders:

    1.    Counsel shall file and serve all pleadings on the Special Master via the Court's filing system. Discovery requests, responses, deposition notices, subpoenas, disclosures and other discovery/disclosure filings not filed via the Court's filing system shall be served by email to the Special Master. Any documents produced in conjunction with these filings should not be sent to the Special Master.

    2.    The parties and counsel shall not contact the Special Master *ex parte*.

Opposing counsel should be copied on all written communications with the Special Master.

3. The parties and counsel shall not include the Special Master on any communications regarding potential disputes unless and until there is a request for relief that the Special Master has to decide. Prior to presenting any disputes to the Special Master, counsel involved in the dispute are required to meet and confer. <u>See</u> D.C.COLO.LCivR 7.1(a). The meet and confer requirement in this case requires the parties involved in the dispute to meet and confer verbally, not simply in writing.

4. To the extent that any party wishes to make a record of any matters that come before the Special Master, that party must make arrangements for transcription or other means of creating or preserving a record. The Special Master will not make arrangements for transcription. If a transcript of the proceedings is obtained by any party, that party must obtain a copy of the transcript for the Special Master.

5. The Court's discovery dispute procedures previously used need not be used to raise discovery disputes. Such disputes may be raised by phone call, email or motion to the Special Master, as agreed upon by counsel. In the event counsel cannot agree upon the procedure to be used, they should contact the Special Master and the Special Master will decide.

7. A status conference will be set from the list of dates provided by the Special Master at the Initial Meeting to discuss 1) the most efficient way to resolve Plaintiffs' Motion re: Spoliation of Kelly and Tsarnas's pre-June 2018 text messages [Dkt. 113], 2) the parties' deposition schedule, and 3) any discovery or disclosure disputes not previously raised that need to be decided. Counsel shall meet and confer and inform the

Special Master of the agreed upon date and time no later than December 30, 2020. The status conference will take place via Zoom meeting. The Special Master will send the Zoom meeting invitation prior to the conference.

8. A non-evidentiary hearing will be set to rule on 1) Plaintiffs' Motion to Compel and Defendants' Motion to Compel set forth in Dkt. 113-115, and 2) the four discovery disputes raised by Plaintiffs and the one discovery dispute raised by Defendants in Dkt. 312. Counsel shall meet and confer and inform the Special Master of the agreed upon date and time no later than December 30, 2020. The hearing will take place via Zoom meeting. The Special Master will send the Zoom meeting invitation prior to the hearing.

Dated: December 28, 2020  BY THE COURT

_____
David M. Tenner, Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SPECIAL MASTER'S ORDER RE: INITIAL MEETING WITH SPECIAL MASTER** was electronically filed with the Clerk of the Court using the CM/ECF system on this 28th day of December, 2020, which will send notification of such filing to the following parties:

Warren A. Braunig  wbraunig@keker.com
Michelle S. Ybarra  mybarra@keker.com
Benjamin D. Rothstein  brothstein@keker.com
Katie Lynn Joyce  kjoyce@keker.com
Victor H. Yu  vyu@keker.com
Puja V. Parikh  pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki  sbialecki@sheridanross.com
Matthew C. Miller  mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops  jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111

Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

*s/ Polly Ashley*
Polly Ashley
