IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability
company,

     Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

---

## AMENDED SPECIAL MASTER'S ORDER RE: INITIAL MEETING WITH SPECIAL MASTER

---

After communication with counsel, paragraphs 7 and 8 of the Special Master's Order re: Initial Meeting with Special Master [Dkt. 337] are amended as follows:

7.     A status conference will be held on January 22, 2021 at 12:00 p.m. Mountain Time to discuss 1) the most efficient way to resolve Defendants' challenges to Plaintiffs' AEO Designations [Dkt. 55 and 56], 2) scheduling an evidentiary hearing on Plaintiffs' Motion re: Spoliation of Kelly and Tsarnas's pre-June 2018 text messages [Dkt. 113], 3) the most efficient way to resolve Plaintiffs' Motion for Sanctions attorneys' fees issue [Dkt. 145], 4) the parties' deposition schedule, and 5) any discovery or disclosure disputes not previously raised that need to be decided.  The status conference will take place via Zoom meeting.  The Special Master will send the Zoom meeting invitation prior to the conference.

8.     A non-evidentiary hearing will be held on January 27, 2021 at 12:00 p.m. Mountain Time on the following motions: 1) Plaintiffs' Motion to Compel and Defendants' Motion to Compel set forth in Dkt. 113-115, and 2) the four discovery disputes raised by Plaintiffs and the one discovery dispute raised by Defendants in Dkt. 312.  The hearing will take place via Zoom meeting.  The Special Master will send the Zoom meeting invitation prior to the hearing.  In addition, counsel and the Special Master will hold the morning of February 2, 2021 on their calendars for potential hearings on other pending discovery motions.

All other provisions of the Special Master's Order re: Initial Meeting with Special Master [Dkt. 337] shall remain in full force and effect.

Dated:  December 30, 2020          BY THE COURT

David M. Tenner, Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AMENDED SPECIAL MASTER'S ORDER RE: INITIAL MEETING WITH SPECIAL MASTER** was electronically filed with the Clerk of the Court using the CM/ECF system on this 30th day of December, 2020, which will send notification of such filing to the following parties:

Warren A. Braunig  wbraunig@keker.com
Michelle S. Ybarra  mybarra@keker.com
Benjamin D. Rothstein  brothstein@keker.com
Katie Lynn Joyce  kjoyce@keker.com
Victor H. Yu  vyu@keker.com
Puja V. Parikh  pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki  sbialecki@sheridanross.com
Matthew C. Miller  mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010

Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111


Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

*s/ Heather Grant*
Heather Grant