IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-01913-REB-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

THE DURANGO & SILVERTON NARROW GAUGE RAILROAD COMPANY,
a Colorado Corporation, and
AMERICAN HERITAGE RAILWAYS, INC., a Florida Corporation

Defendants.

## SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES PRESENTED AT DECEMBER 30, 2020 STATUS CONFERENCE

A status conference took place on December 30, 2020 at 4:00 p.m., by Zoom meeting. Ms. Ross and Mr. Licht-Steenfat appeared for Plaintiff. Mr. Waltz, Ms. Stauch and Mr. Murphy appeared for Defendants. The Court, having reviewed the Parties' Second Joint Status Report dated December 29, 2020, having heard the arguments of counsel at the status conference, and being otherwise fully advised, finds and orders as follows:

Defendants' Privilege Log.

Defendants shall provide Plaintiff and the Special Master their privilege log on or before January 8, 2021.

Deposition exhibits.

Deposition exhibits shall be provided in paper form to the witness, with directions that the witness should not open the exhibits until the start of the deposition. In addition,

the exhibits referred to shall be shown on the screen. This procedure may be varied in the future if it proves to be too cumbersome.

### Deposition Scheduling

At the next scheduling conference and any future scheduling conferences, the Parties shall jointly prepare a deposition schedule with these dates and the deponents scheduled to be deposed on these dates.

### Additional Status Conference

An additional status conference is scheduled for January 15, 2021 at 2:00 p.m., via Zoom Meeting. A Zoom Meeting invitation will be sent by the Special Master shortly before the conference. The parties shall submit a Joint Status Report disclosing any issues they believe need to be decided by the Special Master on or before 12:00 p.m. on January 14, 2021. At the status conference, the Court will hear argument on any objections made by Defendants to Plaintiff's privilege log. Those objections shall be raised by Defendants to the Plaintiff and the Special Master on or before January 8, 2021. Between January 8, 2021 and the status conference on January 15, 2021, counsel are directed to verbally meet and confer regarding Defendants' objections.

Dated: December 31, 2020          BY THE COURT

_____
David M. Tenner, Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES PRESENTED AT DECEMBER 30, 2020 STATUS CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system on this 31st day of December, 2020, which will send notification of such filing to the following parties:

Jacob Licht-Steenfat, AUSA
Katherine Ann Ross, AUSA
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado   80202
*Attorneys for Plaintiff*

Barbara J. Stauch
David L. Murphy
Richard A. Waltz
Waltz/Reeves
1660 Lincoln Street, Suite 2510
Denver, Colorado 80264
*Attorneys for Defendants*

*s/ Heather Grant*
Heather Grant