**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

   v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## JOINT EXHIBIT LIST FOR FEBRUARY 2, 2021 EVIDENTIARY HEARING

Consistent with Special Master Tenner's request during the January 22, 2021 status conference, the parties hereby submit the following joint exhibit list for the February 2, 2021 evidentiary hearing regarding one of the disputes set out in ECF Nos. 113 and 115.

      Respectfully submitted,

Dated: January 29, 2021

By: *s/ Warren A. Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

1

1640536

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:	303 863 9700
Facsimile:	303 863 0223
Email:	litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

Dated: January 29, 2021

By:  *s/ Matthew E. Johnson*

DOWD BENNETT LLP
James Forrest Bennett
*jbennett@dowdbennett.com*
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO  63105
Telephone:	314-889-7300
Facsimile:	314-863-2111

DOWD BENNETT LLP
Matthew E. Johnson
*mjohnson@dowdbennett.com*
1775 Sherman Street, Suite 2010
Denver, CO  80203
Telephone:	303-353-4361
Facsimile:	314-863-2111

BALLARD SPAHR LLP
Hara K. Jacobs
*jacobsh@ballardspahr.com*
Noah S. Robbins
*robbinsn@ballardspahr.com*
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone:	215-665-8500
Facsimile:	314-863-2111

Attorneys for Defendants

2

1640536