CASE CAPTION:

    SRS ACQUIOM INC., a Delaware corporation, and SHAREHOLDER REPRESENTATIVE SERVICES LLC, a
    Colorado limited liability company, Plaintiffs,

    v.

    PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation, PNC BANK, N.A., a national association, HEATHER KELLY, an individual, and ALEX TSARNAS, an individual, Defendants.

CASE NO.:    Civil Action No. 1:19-cv-02005-DDD-SKC

EXHIBIT LIST OF:   SRS ACQUIOM INC. and SHAREHOLDER REPRESENTATIVE SERVICES LLC (Plaintiffs) and PNC FINANCIAL SERVICES GROUP, INC., PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS (Defendants) – February 2, 2021 Hearing

| Feb. 2021 Hearing Exhibit Number | Date | Description | Preliminary Injunction Hearing Ex. No. or Dep. Ex. No. | Bates Numbers | Stipulation | Offered | Admitted | Refused | Court Use Only |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 001 | 2/11/2014 | Employee Handbook | Kelly Dep. Ex. 1/Tsarnas Dep. Ex. 19 | SRSAvPKT00074727-82 | | | | | |
| Exhibit 002 | 8/7/2017 | SRS Corp InfoSec Policy | Koenig Dep. Ex. 24/PI EX0019 | SRSAvPKT00088469-76 | | | | | |

| Exhibit 003 | 2/8/2018 | Texts between Tsarnas and Fink | | PNC_00052082-94 | | | | | |
| Exhibit 004 | 2/15/2018 | Email re Draft | | SRSAvPKT00036457 | | | | | |
| Exhibit 005 | 2/16/2018 | Email from Fink to Simkin and Lezack | Lezack Dep. Ex. 7/PI EX0051 | PNC_00039117-18 | | | | | |
| Exhibit 006 | 2/8/2018 | Email re Heather Kelly Executed Offer Letter | Kelly Dep. Ex. 15 | SRSAvPKT00026321-38 | | | | | |
| Exhibit 007 | | Intentionally left blank | | | | | | | |
| Exhibit 008 | 2/28/2018 | Email re Separation Letter with attachment | Tsarnas Dep. Ex. 4 | PNC_00042245-50 | | | | | |
| Exhibit 009 | 3/3/2018 | Email from Kelly to Tsarnas | Kelly Dep. Ex. 2/PI EX0063 | SRSAvPKT00026272 | | | | | |
| Exhibit 010 | 3/5/2018 | Whatapp messages between Tsarnas and Vander Linden | Kelly Dep. Ex. 3/Kelly Dep. Ex. 52/PI EX0068 | PNC_00051458-476 | | | | | |
| Exhibit 011 | 3/6/2018 | Texts between Fink and Kelly | | PNC_00052079-81 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 012 | 3/7/2018 | Whatsapp messages between Kelly and Jackson | Jackson Dep. Ex. 12/PI EX428 | PNC_00051477-89 | | | | | |
| Exhibit 013 | 3/9/2018 | Letter from Patchen to Jordan | | PNC_00056006-07 | | | | | |
| Exhibit 014 | 3/13/2018 | Texts between Kelly and Simkin | Semenova Dep. Ex. 11/PI EX0093 | PNC_00052755-57 | | | | | |
| Exhibit 015 | 3/16/2018 | Email from Kelly re laptop | Kelly Dep. Ex. 9/Partial PI EX0096 | SRSAvPKT00087550-54 | | | | | |
| Exhibit 016 | 3/20/2018 | Email re Tsarnas SRS Legal Obligations with attachments | | PNC_00056183-99 | | | | | |
| Exhibit 017 | 3/20/2018 | Follow-up Letter to G. Jordan, PNC Bank | | SRSAvPKT00089006-7 | | | | | |
| Exhibit 018 | 3/20/2018 | DeForest letter to Jonathan Patchen | | SRSAvPKT00089008-9 | | | | | |
| Exhibit 019 | 3/21/2018 | DeForest to Patchen re Tsarnas | PI EX0448 | SRSAvPKT00074632-34 | | | | | |
| Exhibit 020 | 4/2/2018 | DeForest Letter re H. Kelly Documents | PI EX0103 | SRSAvPKT00074635-36 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 021 | 5/9/2018 | Texts between Kelly and Lezack | Kelly Dep. Ex. 37/Lezack Dep. Ex. 9/PI EX0134 | PNC_00047099-103 | | | | | |
| Exhibit 022 | 5/15/2018 | Patchen letter to Deforest with attachment | | SRSAvPKT00074637-94 | | | | | |
| Exhibit 023 | 5/16/2018 | Email re Alex Tsarnas with attachment | Tsarnas Dep. Ex. 1 | PNC_00052921-80 | | | | | |
| Exhibit 024 | 5/17/2018 | DeForest Letter Responding to 5-15-18 letter | | SRSAvPKT00074695-96 | | | | | |
| Exhibit 025 | 5/21/2018 | Email re Alex Tsarnas with attachment | | PNC_00051920-80 | | | | | |
| Exhibit 026 | 6/16/2018 | Email re Alex Tsarnas with attachment | | PNC_00049478-80 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 027 | 6/16/2018 | Email re Alex Tsarnas with attachment | | PNC_00052076-78 | | | | | |
| Exhibit 028 | 6/16/2018 | Email re Alex Tsarnas | | PNC_00054806 | | | | | |
| Exhibit 029 | 9/4/2018 | Texts between Kelly and Tsarnas | | PNC_00051494 | | | | | |
| Exhibit 030 | 10/17/2018 | Email from Kelly to Tsarnas | | PNC_00048651-55 | | | | | |
| Exhibit 031 | 11/12/2018 | HK Contacts and metadata | | PNC_00056588 | | | | | |
| Exhibit 032 | 11/12/2018 | HK Contacts (native excel) | | PNC_00056588 | | | | | |
| Exhibit 033 | 1/15/2019 | Texts between Simkin and Tsarnas | | PNC_00052751-54 | | | | | |

| Exhibit 034 | 1/23/2019 | Email re Buyer Updates with attachment and metadata | PI EX0190 | PNC_00056589-90 | | | | | |
| Exhibit 035 | 1/23/2019 | Firms by segement 01252019 v3.xlsx (native excel) | PI EX0191 | PNC_00056590 | | | | | |
| Exhibit 036 | 1/24/2019 | Texts between Kelly and Tsarnas | | PNC_00051518 | | | | | |
| Exhibit 037 | 1/26/2019 | Email re customer follow up | PX0193 | PNC_00006941-2 | | | | | |
| Exhibit 038 | 1/26/2019 | HK BUYERS spreadsheet and metadata | | PNC_00058849 | | | | | |
| Exhibit 039 | 2/6/2019 | Texts between Kelly, Stastny and Tsarnas | | PNC_00051517 | | | | | |
| Exhibit 040 | 2/12/2019 | HK Buyers_Target List spreadsheet and metadata | | PNC_00058850 | | | | | |
| Exhibit 041 | 2/13/2019 | Texts between Tsarnas and Kelly | Kelly Dep. Ex. 38/PI EX0197 | PNC_00051501-16 | | | | | |
| Exhibit 042 | 3/3/2019 | Texts between Kelly, Lezack and Tsarnas | | PNC_00051497 | | | | | |
| Exhibit 043 | 3/8/2019 | Messages between Kelly and Tsarnas | | PNC_00049829-30 | | | | | |
| Exhibit 044 | 4/9/2019 | Texts between Bandanatham, Kelly, Tsarnas, Stastny and Grunig | | PNC_00022313-23 | | | | | |

| Exhibit | Date | Description | | Bates | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 045 | 4/11/2019 | Email from Tsarnas to Kelly and Semenova | | PNC_00004639-40 | | | | | |
| Exhibit 046 | 4/19/2019 | Press release, available at https://www.pnc.com/insights/corporate-institutional/gain-market-insight/the-axis-of-innovation.html | | | | | | | |
| Exhibit 047 | 4/20/2019 | Email from Lezack to Kelly | PI EX0234 | PNC_00051304-08 | | | | | |
| Exhibit 048 | 5/28/2019 | Texts between Sandt, Bandanatham, Tsarnas, Grunig and Kelly | | PNC_00051492 | | | | | |
| Exhibit 049 | 6/23/2019 | Texts between Kelly, Grunig, Peterson, and Tsarnas | | PNC_00051490-91 | | | | | |
| Exhibit 050 | 7/12/2019 | Email from Braunig to Jordan with attachment | | | | | | | |
| Exhibit 051 | 7/15/2019 | Letter from DeForest to Warren A. Braunig | | | | | | | |
| Exhibit 052 | 7/19/2019 | Email from DeForest to Braunig | | | | | | | |
| Exhibit 053 | 8/4/2019 | Texts between Murphy, Kelly and Tsarnas | | PNC_00051457 | | | | | |
| Exhibit 054 | 10/4/2019 | PNC Oct. 4, 2019 Privilege Log | | | | | | | |
| Exhibit 055 | 10/17/2019 | Tsarnas deposition transcript | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Exhibit 056 | 10/23/2019 | Kelly 30(b)(6) deposition transcript | | | | | | |
| Exhibit 057 | 10/23/2019 | Kelly deposition transcript | | | | | | |
| Exhibit 058 | 11/14/2019 | Salvatore deposition transcript | | | | | | |
| Exhibit 059 | 3/11/2020 | PI Transcript | | | | | | |
| Exhibit 060 | 7/22/2020 | 2020.07.22 Responses to SRSA RFAs to H. Kelly | | | | | | |
| Exhibit 061 | 7/22/2020 | 2020.07.22 Responses to SRSA RFAs to Alex Tsarnas | | | | | | |
| Exhibit 062 | 7/22/2020 | 2020.07.22 Responses to SRSA Interrogatories to Alex Tsarnas | | | | | | |
| Exhibit 063 | 7/23/2020 | 2020.07.23 Responses to SRSA Rogs to H. Kelly | | | | | | |
| Exhibit 064 | 9/18/2020 | 2020.09.18 Amended Responses to SRSA RFAs to H. Kelly | | | | | | |
| Exhibit 065 | 9/18/2020 | 2020.09.18 Amended Responses to SRSA RFAs to A. Tsarnas | | | | | | |
| Exhibit 066 | 9/18/2020 | 2020.09.18 Amended Responses to SRSA Rogs to H. Kelly | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 067 | 9/18/2020 | 2020.09.18 Amended Resp+A61:E68onses to SRSA Rogs to A. Tsarnas | | | | | | | |
| Exhibit 068 | | Alex_Tsarnas_SRS_Laptop USB DISK paths.xlsx | Tsarnas Dep. Ex. 22/PI EX0282 | SRSAvPKT00089446-57 | | | | | |
| Exhibit 069 | | USB device connection evidence from Tsarnas SRSA MacBook | Tsarnas Dep. Ex. 21/PI EX0281 | SRSAvPKT00089458 | | | | | |
| Exhibit 070 | 2/10/2018 | Email from Fink to Simkin and Lezack with attachment | Tsarnas Dep. Ex. 13/Lezack Dep. Ex. 4/PI EX0045 | PNC_00039113-16 | | | | | |
| Exhibit 071 | 4/16/2018 | Texts between Tsarnas and Lezack | | PNC_00047093-98 | | | | | |
| Exhibit 072 | | Ex. 8 to SRSA Discovery Brief (ECF 114-5) | | | | | | | |
| Exhibit 073 | | PNC002 - Aex Tsarnas iPhone612-615-1637 - ALL DELETED - iMessage | | | | | | | |
| Exhibit 074 | | PNC002 - Aex Tsarnas iPhone 612-615-1637 - ALL DELETED - iMessage2 | | | | | | | |
| Exhibit 075 | | PNC002 - Aex Tsarnas iPhone | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | 612-615-1637 - ALL DELETED - iMessage3 | | | | | | |
| Exhibit 076 | | PNC002 - Aex Tsarnas iPhone 612-615-1637 - ALL DELETED - iMessage4 | | | | | | |
| Exhibit 077 | | PNC009 - Heather Kelly's iPhone 201-294-1717 - iMessages & WhatsApp (native excel excel) | | | | | | |
| Exhibit 078 | 4/26/2018 | Email from Kelly | | PNC_00040493 | | | | |
| Exhibit 079 | 5/3/2018 | Email from Kotermanski re strategy | Bandanatham Dep. Ex. 14/PI EX0125 | CGI_SRS_00002711-12 | | | | |
| Exhibit 080 | 5/3/2018 | Meeting invite | | CGI_SRS_00006404-05 | | | | |
| Exhibit 081 | 10/4/2018 | Texts between Kelly and Murphy | | PNC_00051522-23 | | | | |
| Exhibit 082 | 1/10/2019 | Tsarnas email to Kelly and Lezack | Kelly Dep. Ex. 44 | PNC_0038531 | | | | |
| Exhibit 083 | 4/4/2019 | Email from Kelly re next phase | | PNC_00051245-47 | | | | |
| Exhibit 084 | 5/28/2019 | Email from Tsarnas re releases | | PNC_00002147-48 | | | | |
| Exhibit 085 | 8/23/2019 | Letter of Findings from Forensic Pursuit | | | | | | |

| Exhibit | Date | Description | Dep. Ex. | Bates |
|---|---|---|---|---|
| Exhibit 086 | 10/25/2019 | Email from Rothstein to Forensic Pursuit | | |
| Exhibit 087 | 2/27/2018 | Email from Fink to Simkin | Tsarnas Dep. Ex. 3 | PNC_00042230-44 |
| Exhibit 088 | 5/30/2018 | Email from Tsarnas to Tsarnas | Tsarnas Dep. Ex. 15/Lezack Dep. Ex. 8/PI EX0137 | PNC_00049491-95 |
| Exhibit 089 | 8/20/2014 | Tsarnas Offer Letter | Tsarnas Dep. Ex. 17/PI EX0004 | SRSAvPKT00088313-24 |
| Exhibit 090 | 2/7/2018 | Email re following up | Tsarnas Dep. Ex. 6/PI EX0043 | SRSAvPKT00089443-45 |
| Exhibit 091 | 3/7/2019 | Email from Kelly to Kelly with attachment | Kelly Dep. Ex. 4/Lezack Dep. Ex. 5/PI EX0207 | PNC_00050874-81 |
| Exhibit 092 | | Payments Product Specifications | Kelly Dep. Ex. 6/PI EX0330 | HK 000001-41 |
| Exhibit 093 | | SRSA Technical Procedures | Kelly Dep. Ex. 8/PI EX0331 | HK 000042-112 |
| Exhibit 094 | 3/13/2018 | Email from Heather Kelly to Heather VanderLinden re SRSA Payments Spreadsheet with attachment | Kelly Dep. Ex. 10/PI EX0089 | SRSAvPKT00026365-66 |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 095 | 3/13/2018 | Email from Heather Kelly to Heather VanderLinden with attachment | Kelly Dep. Ex. 11/PI EX0092 | SRSAvPKT00026294-305 | |
| Exhibit 096 | 3/13/2018 | Email from Kelly to VanderLinden with calculator attachment | Kelly Dep. Ex. 12/PI EX0088 | SRSAvPKT00026359-60 | |
| Exhibit 097 | 3/13/2018 | Email from Kelly re tax with attachments | Kelly Dep. Ex. 13 | SRSAvPKT00077702-05 | |
| Exhibit 098 | 3/13/2018 | Email from Kelly to VanderLinden with Proskauer attachment | Kelly Dep. Ex. 14/PI EX439 | SRSAvPKT00077721-28 | |
| Exhibit 099 | | Intentionally left blank | | | |
| Exhibit 100 | 3/13/2018 | Email from Kelly to VanderLinden re form agreement | | SRSAvPKT00075691-703 | |
| Exhibit 101 | 3/13/2018 | Email from Kelly to VanderLinden with attachments | PI EX0086 | SRSAvPKT00075704-17 | |
| Exhibit 102 | 3/13/2018 | Email from Kelly to VanderLinden re Suntrust | | SRSAvPKT00077706-7 | |
| Exhibit 103 | 3/8/2018 | Email from Vander Linden to Vander Linden with HK Contacts attachment | PI EX0072 | SRSAvPKT00091058-59 | |
| Exhibit 104 | | Corrected Crain Expert Report | | | |
| Exhibit 105 | | Crain Expert Report, Ex. A (Crain CV) | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 106 | | Crain Demonstrative | | | | | | | |
| Exhibit 107 | | Crain Demonstrative | | | | | | | |
| Exhibit 108 | | Plaintiffs' Demonstrative | | | | | | | |
| Exhibit 109 | 12/11/2019 | Email from Wallace to Rothstein | | | | | | | |
| Exhibit 110 | | Compilation of data from Kelly iPhone | | | | | | | |
| Exhibit 111 | | Compilation of data from Kelly iPhone (native excel) | | | | | | | |
| Exhibit 112 | 2/27/2019 | Email from Sandt re pricing | Tsarnas Dep. Ex. 38 | PNC_00048288-91 | | | | | |
| Exhibit 113 | 4/18/2018 | Email from Vander Linden to Tsarnas el al. with attachment | Bandanatham Dep. Ex. 17/Kelly Dep. Ex. 26 | CGI_SRS_00001993-96 | | | | | |
| Exhibit 114 | 8/16/2018 | Email from Vander Linden to Mackin et al. | Bandanatham Dep. Ex. 33 | PNC_00001264-66 | | | | | |
| Exhibit 115 | 4/2/2018 | 4/2/2018 Fortis Notes | Bandanatham Dep. Ex. 7 | CGI_SRS_00003755-59 | | | | | |
| Exhibit 116 | 4/17/2018 | Email from Vander Linden to Smith et al. | Bandanatham Dep. Ex. 16 | CGI_SRS_00001989-1992 | | | | | |
| Exhibit 117 | 10/15/2018 | Email from Tsarnas to Lang and Fink with attachment | | PNC_00040471-74 (Nov. 22, 2019 production version) | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 118 | 6/2/2014 | SRS Offer Letter to Kelly | 356 | SRSAvPKT00016146-60 | | | | | |
| Exhibit 119 | 5/12/2016 | Kelly Email re Can you send me form agreement and fees | 367 | SRSAvPKT00036485 | | | | | |
| Exhibit 120 | Undated | Deals Sheet | 573 | N/A | | | | | |
| Exhibit 121 | 7/18/2016 | DiNicola Email | 369 | SRSAvPKT00033819-20 | | | | | |
| Exhibit 122 | 6/5/2017 | Bryson Email | 386 | SRSAvPKT00079831 | | | | | |
| Exhibit 123 | 1/26/2018 | Kelly Email | 414 | SRSAvPKT00081308-15 | | | | | |
| Exhibit 124 | 2/21/2018 | Kelly Email re Paying Agent Agreement | 417 | SRSAvPKT00079517-20 | | | | | |
| Exhibit 125 | 2/22/2018 | Stone Email re Tender Process Proposal | 418 | SRSAvPKT00078950-52 | | | | | |
| Exhibit 126 | 4/11/2016 | Kalebaugh Email re Project Wire Instructions | 365 | SRSAvPKT00080680-07 | | | | | |
| Exhibit 127 | 6/7/2017 | Kelly Email re IT-6225 Re: Heather's Laptop | 390 | SRSAvPKT00087520-21 | | | | | |
| Exhibit 128 | 3/9/2018 | Kelly Email re Transitions – A few details | 432 | SRSAvPKT00032911-12 | | | | | |
| Exhibit 129 | 3/3/2018 | Koenig Email re Follow Up from Conversation | 425 | SRSAvPKT00026437-38 | | | | | |
| Exhibit 130 | 3/9/2018 | Patchen Letter to Jordan | 431 | ECF 136-1 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 131 | 3/20/2018 | Patchen Letter to Jordan | 443 | SRSAvPKT00089019-20 | | | | | |
| Exhibit 132 | 3/20/2018 | DeForest Letter to Patchen | 445 | ECF 136-2 | | | | | |
| Exhibit 133 | 4/2/2018 | DeForest Letter to Patchen | 451 | ECF 136-3 | | | | | |
| Exhibit 134 | Undated | Kelly Contacts List | 74 | | | | | | |
| Exhibit 135 | 5/4/2018 | Vander Linden Email re Payment Spreadsheet Template | 129 | ECF 94-15 | | | | | |
| Exhibit 136 | 10/10/2028 | Vander Linden Email re Buyer Spreadsheet | 165 | PNC_00056591 | | | | | |
| Exhibit 137 | Undated | Spreadsheet | 166 | PNC_00056592 (Native excel) | | | | | |
| Exhibit 138 | Undated | Payments Product Specifications | 559 | SRSAvPKT00000123-64 | | | | | |
| Exhibit 139 | 10/16/18-7/12/2019 | LeClair and Kelly Text Thread | Leclair Ex. 1 | PNC_0001519 | | | | | |
| Exhibit 140 | 10/15/18-10/16/2018 | Kelly and Koenig Text Thread | | N/A | | | | | |
| Exhibit 141 | 1/22/19-2/8/2019 | Kelly and Soper Text Thread | | PNC_00051524 | | | | | |
| Exhibit 142 | 5/24/2017 | Imessage Thread | | SRSAvPKT00049394 | | | | | |
| Exhibit 143 | 1/21/2019 | Bryson Save the Date Notice | | N/A | | | | | |
| Exhibit 144 | 4/19/19-6/20/2019 | Kelly and Berkman Text Thread | 233 | PNC_00051495-96 | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 145 | Undated | Kelly Text Screen Shot | 329 | SRSAvPKT00075452 | | | | | |
| Exhibit 146 | 5/15/2018 | Patchen Letter to DeForest | 455 | ECF 136-4 | | | | | |
| Exhibit 147 | 5/17/2018 | DeForest Letter to Patchen | 456 | ECF 136-5 | | | | | |
| Exhibit 148 | 6/15/2018 | Patchen Letter to DeForest | 140 | ECF 136-6 | | | | | |
| Exhibit 149 | 12/11/2019 | Declaration of DeForest | 538 | ECF 136 | | | | | |
| Exhibit 150 | 11/25/2019 | Crain Declaration | 263 | ECF 73 | | | | | |
| Exhibit 151 | 9/25/2020 | Crain Expert Report | | N/A | | | | | |
| Exhibit 152 | 11/6/2020 | Crain Deposition Transcript | | N/A | | | | | |
| Exhibit 153 | 12/12/2019 | Plaintiffs' Discovery Brief and Exhibits | | ECF Nos. 113, 114 | | | | | |
| Exhibit 154 | Undated | Kelly iPhone Cellebrite Extraction Device Summary Window | | N/A | | | | | |
| Exhibit 155 | Undated | Kelly iPhone PLIST File | | N/A | | | | | |
| Exhibit 156 | 2/8/18-5/14/19 | Fink and Tsarnas Text Thread | Tsarnas Ex. 5 | PNC_000520882-94 | | | | | |
| Exhibit 157 | Undated | PNC_00052082 Metadata Slip Sheet | | PNC_00052082 | | | | | |

| Exhibit 158 | 8/3/2020 | SRSA's Objections and Responses to PNC's First Set of Requests for Admissions | | N/A | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Exhibit 159 | 7/2/18 - 4/30/2019 | Excerpts from SRS Acquiom Inc.'s Privilege Log Vol. 1 | | N/A | | | | | |