**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

   Plaintiffs,

 v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

   Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION**

**FOR SPOLIATION SANCTIONS**

1658250

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC's (collectively, "SRSA'") moved for sanctions against Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") based on Defendants' spoliation of text-message communications (ECF No. 113). The Special Master held an evidentiary hearing on February 2 and February 17, 2021. The parties filed 20-page post-hearing briefs, along with 10-page responsive briefs. Based on all the evidence and argument presented, and good cause appearing, IT IS HEREBY ORDERED that SRSA's motion is GRANTED.

1. The Special Master finds, by a preponderance of the evidence, that:

    a. Defendants had a duty to preserve evidence that arose by no later than March 9, 2018.

    b. Defendants Heather Kelly and Alex Tsarnas intentionally deleted text-message communications between March 9, 2018 and July 13, 2019. They did so in bad faith and with the knowledge and intent that deleting this communications would deprive SRSA from using them as evidence.

    c. Defendants PNC Financial Services Group, Inc. and PNC Bank, N.A. spoliated evidence by failing to take reasonable and appropriate measures to preserve Kelly and Tsarnas's text messages and prevent their destruction between March 9, 2018 and July 13, 2019.

    d. Defendants' spoliation caused prejudice to SRSA by preventing SRSA from obtaining evidence relevant to SRSA's causes of action against all Defendants.

1

2. The jury should be instructed at trial as follows:

> In this case, the Court previously found that Defendants Heather Kelly and Alex Tsarnas intentionally destroyed text-message communications exchanged between each other and with another former SRSA employee, Luda Semenova, covering the period from February 7, 2018 to July 13, 2019. You are instructed to find that the destroyed text messages would have been favorable to SRSA's case and unfavorable to Defendants.

Dated:                    By: _____
                                David M. Tenner, Special Master