IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

### SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES RAISED AT MARCH 8, 2021 STATUS CONFERENCE

---

Four discovery issues were raised at the March 8, 2021 Status Conference. On March 4, 2021, pursuant to the direction of the Special Master, the Parties served their Joint Status Report regarding the issues. Mr. Yu, Mr. Rothstein, and Mr. Bialecki appeared on behalf of the Plaintiffs. Mr. Robbins, Ms. Jacobs and Mr. Johnson appeared on behalf of the Defendants. The status conference was recorded by a court reporter, who will prepare a transcript.

Pursuant to the Parties' joint status report, the arguments of counsel at the hearing, and being otherwise fully advised, the Court finds and orders as follows:

    1.    <u>Kivu Subpoena Dispute and Wilmington Trust Subpoena Dispute</u>

Argument was taken and my Orders with respect to these disputes will be issued in the future.

2.     Re-Designation of Documents Under the Protective Order

Counsel have met and conferred extensively and significantly narrowed the areas of dispute. Counsel are ordered to continue to meet and confer verbally. In the event there are disputes that need to be resolved by the Special Master, the Parties shall file a Joint Brief on the issues to be resolved on or before March 22, 2021. The Joint Brief shall include the categories of documents that remain the subject of dispute and the Parties' respective positions with respect to the re-designation of those documents.

3.     Update on Text Message Production

Counsel provided and update indicating that relevant text messages were recently produced. If additional disputes remain after the production is reviewed, they may be addressed at the next status conference, scheduled for March 31 2021.

Dated: March 8, 2021

BY THE COURT

_____
David M. Tenner, Special Master

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES RAISED AT MARCH 8, 2021 STATUS CONFERENCE** was electronically filed with the Clerk of the Court using the CM/ECF system on this 8th day of March, 2021, which will send notification of such filing to the following parties:

2

Warren A. Braunig  wbraunig@keker.com
Michelle S. Ybarra  mybarra@keker.com
Benjamin D. Rothstein  brothstein@keker.com
Katie Lynn Joyce  kjoyce@keker.com
Victor H. Yu  vyu@keker.com
Puja V. Parikh  pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki  sbialecki@sheridanross.com
Matthew C. Miller  mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops  jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111


Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500

3

Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

*s/ Heather Grant*
Heather Grant

4