IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT MOTION TO AMEND SCHEDULING ORDER (ECF NO. 331)

Pursuant to Fed. R. Civ. P. 16 and D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") jointly move to amend the Scheduling Order (ECF No. 331) ("Scheduling Order") and grant the Parties a 7-day extension until March 22, 2021, for the sole purpose of completing written discovery. No other case deadlines are impacted by this Joint Motion.

Good cause exists for the requested relief. In support of this Motion, the Parties state as follows:

1.    The Parties have diligently advanced this litigation in accordance with the Court's Scheduling Order. The Parties have made substantial document productions and provided numerous written discovery responses. They have also conducted several depositions, including

1658957

expert depositions and 30(b)(6) depositions, and anticipate completing all depositions by the current discovery cut-off of May 26, 2021.

2. Due to other commitments in this case, and the press of other business more generally, the Parties would struggle to complete all written discovery by the current March 15, 2021 discovery cut-off deadline.

3. There is not a trial date set in this matter, and no party will be prejudiced by this brief extension of the current written-discovery deadline. No other deadlines under the current Scheduling Order will be affected by the requested extension of time.

4. The parties agree that any written discovery disputes that they may have will continue to be heard and/or raised with the Special Discovery Master, David Tenner, after the close of written discovery on March 22, 2021. The purpose of this extension is to permit Defendants to grant Plaintiffs' requested extension while ensuring that the discovery responses set to be served by Plaintiffs on March 22, 2021 (instead of their original due date of March 15, 2021) are not deemed late and not deemed beyond the written discovery deadline.

5. Pursuant to D.C.COLO.LCivR. 6.1(b) and (c), this Motion is being served contemporaneously by the undersigned on their clients. In addition, this is the Parties' first joint request to amend the Scheduling Order that was issued after the appointment of the Special Master (ECF No. 331).

WHEREFORE, the Parties jointly request that the Court grant this Motion and allow the Parties to complete their remaining written discovery by March 22, 2021.

1658957

| | |
|---|---|
| Dated: March 9, 2021 | Respectfully submitted, |
| By: *s/Warren A. Braunig*<br>   Warren A. Braunig<br>   *wbraunig@keker.com*<br>   Michelle S. Ybarra<br>   *mybarra@keker.com*<br>   Benjamin D. Rothstein<br>   *brothstein@keker.com*<br>   Katie Lynn Joyce<br>   *kjoyce@keker.com*<br>   Victor H. Yu<br>   *vyu@keker.com*<br>   Puja V. Parikh<br>   *pparikh@keker.com*<br>   KEKER, VAN NEST & PETERS LLP<br>   633 Battery Street<br>   San Francisco, CA 94111-1809<br>   Telephone:     415-391-5400<br>   Facsimile:     415-397-7188<br><br>   Scott R. Bialecki<br>   *sbialecki@sheridanross.com*<br>   Matthew C. Miller<br>   *mmiller@sheridanross.com*<br>   SHERIDAN ROSS P.C.<br>   1560 Broadway, Suite 1200<br>   Denver, Colorado 80202<br>   Telephone:     303 863 9700<br>   Facsimile:     303 863 0223<br>   Email:     litigation@sheridanross.com | By: *s/Matthew E. Johnson*<br>   James Forrest Bennett<br>   Megan S. Heinz<br>   Jeffrey R. Hoops<br>   Dowd Bennett LLP St. Louis<br>   7733 Forsyth Boulevard, Suite 1410<br>   St. Louis, MO 63105<br>   jbennett@dowdbennett.com<br>   mheinsz@dowdbennett.com<br>   jhoops@dowdbennett.com<br><br>   Matthew E. Johnson<br>   DOWD BENNETT LLP<br>   1775 Sherman Street, Suite 2010<br>   Denver, Colorado 80203<br>   Telephone: 303-353-4361<br>   Facsimile: 314-863-2111<br>   mjohnson@dowdbennett.com<br><br>   Hara K. Jacobs<br>   *jacobsh@ballardspahr.com*<br>   Noah S. Robbins<br>   *robbinsn@ballardspahr.com*<br>   BALLARD SPAHR LLP<br>   1735 Market Street, 51st Floor<br>   Philadelphia, PA 19103-7599<br>   Telephone: 215-668-8500<br>   Facsimile: 215-864-8999 |
| Attorneys for Plaintiffs<br>SRS ACQUIOM INC. and<br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC | Attorneys for Defendants<br>PNC FINANCIAL SERVICES GROUP, INC.,<br>PNC BANK, N.A., HEATHER KELLY, and<br>ALEX TSARNAS |

**Compliance With Type-Volume Limitation**

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

3

1658957