# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER

THIS MATTER, coming before the Court upon the Parties' Joint Motion to Amend Scheduling Order (ECF No. 331) ("Joint Motion"), and being fully advised on the issues,

IT IS HEREBY ORDERED that there is good cause to grant the Parties' Joint Motion. The deadline for completing written discovery in this matter is extended to and including March 22, 2021.

DONE AND ORDERED this _____ day of _____, 2021.

BY THE COURT:

_____
United States District Judge