# Exhibit B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF, COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

_____

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado
limited liability company,

Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania
corporation, PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an
individual,

Defendants.
_____


REMOTE SPECIAL MASTER HEARING

December 28, 2020 - 11:02 a.m.


REPORTED BY:

Teresa Lynne Cardenas, RPR, CRR

APPEARING REMOTELY FROM DENVER, COLORADO

1              MR. BRAUNIG:  If I may just respond
2    briefly, Mr. Tenner.  It's not correct that all but
3    three of these text messages were -- were ultimately
4    recovered.  There are months of text messages that
5    were deleted that are at the heart of when this issue
6    occurred.
7              And Mr. Robbins is shaking his head, but
8    I'm -- but that's not -- that is a fact.  And both of
9    these witnesses have not only deleted their
10   communications with each other, they also deleted
11   communications with a -- with a third individual, an
12   SRS employee, who they ultimately convinced to come
13   over and join them.  Some of their text messages are
14   there in full.  Some of their text messages with other
15   people are there.  With each other and with this woman
16   Ms. Semenova, they are missing, and they are missing
17   in -- sometimes in chunks of months, and sometimes
18   it's individual text messages, which we've been able
19   to identify.
20             And so this is a serious -- this was a
21   serious issue.  It's one that certainly deserves close
22   attention.  And, you know, if -- obviously, I don't
23   want to, sort of, hoist an evidentiary hearing on you
24   at this first -- at this first meeting, but if you
25   believe that you would need an evidentiary hearing in

Special Master Hearing
December 28, 2020

```
 1

 2                      REPORTER'S CERTIFICATE

 3   STATE OF COLORADO            )
                                  ) ss.
 4   CITY AND COUNTY OF DENVER    )

 5              I, TERESA L. CARDENAS, Registered
     Professional Reporter, Certified Realtime Reporter,
 6   and Notary Public ID 19994013288, State of Colorado,
     do hereby certify that the within proceedings were
 7   taken in machine shorthand by me remotely and was
     thereafter reduced to typewritten form; that the
 8   foregoing is a true transcript of the proceedings had.

 9              I further certify that I am not employed
     by, related to, nor counsel for any of the parties
10   herein, nor otherwise interested in the outcome of
     this litigation.
11
                IN WITNESS WHEREOF, I have affixed my
12   signature this 4th day of  December,
     2020.
13
                My commission expires May 24, 2023.
14

15   _____ Reading and Signing was requested.

16   _____ Reading and Signing was waived.

17   __x__ Reading and Signing was not required.

18
                        _____
19                      TERESA L. CARDENAS, RPR, CRR
20                      Registered Professional Reporter
                        Certified Realtime Reporter
21

22

23

24

25
```