# Exhibit C

| | |
|---|---|
| **From:** | Warren Braunig |
| **Sent:** | Wednesday, January 27, 2021 9:03 AM |
| **To:** | David Tenner |
| **Cc:** | 'jbennett@dowdbennett.com'; 'mjohnson@dowdbennett.com'; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com; ACQUIOM-KVP; sheridan-srs@sheridanross.com |
| **Subject:** | SRSA v. PNC |

Mr. Tenner,

We write to raise an additional issue that we would like to address at the hearing today.  Yesterday afternoon, counsel for Defendants PNC, Kelly and Tsarnas announced for the first time that they wish to call SRSA's CEO Paul Koenig as a witness at the spoliation hearing on February 2.  Defendants did not mention this at the December 28 conference or the January 22 conference last week. Nor did they suggest it in their papers.

This untimely argument—that Mr. Koenig's testimony is somehow necessary to resolve whether Defendants spoliated text messages—is without merit, and can serve no other purpose but to harass and prejudice SRSA. Moreover, Mr. Koenig already has numerous commitments on February 2 and the days leading up to it, making his attendance at the hearing not only unnecessary, but impractical.  We will ask you to confirm that Mr. Koenig need not make himself available on February 2.

Defendants also indicated for the first time yesterday that they want *another* round of briefing, after the hearing and after the Special Master has already heard argument. SRSA believes additional post-hearing briefing is unwarranted and inefficient, but will defer to the Special Master's preference.

Regards,

Warren Braunig

---

**Warren Braunig**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6642 direct | 415 391 5400 main
wbraunig@keker.com | vcard | keker.com

1