# Exhibit D

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

--oOo--

SRS ACQUIAM, INC.,                 )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) CASE NO. 19-CV-02005
                                   )           DDD-SKC
                                   )
PNC FINANCIAL GROUP SERVICES       )
GROUP, INC.,                       )
                                   )
        Defendant.                 )
                                   )

--oOo--

DUE TO COVID-19 PANDEMIC RULES, THIS REMOTE HEARING WAS

CONDUCTED VIA ZOOM VIDEO CONFERENCE

Friday, January 22, 2021

11:04 a.m. Pacific Time

--oOo--

REPORTED BY:   TERESA KENWORTHY, CSR No. 6673

```
 1   now.  It's page number 4.  The plaintiff's complaint is
 2   that zero text messages were produced between Ms. Kelly
 3   and Mr. Tsarnas between the dates of January to
 4   June 2018, and the allegation in that sanctions motion
 5   is really that Ms. Kelly, right, purposefully deleted,
 6   destroyed text messages between herself and Mr. Tsarnas
 7   from January 2018 to June of 2018.
 8          So I know it is going to be a little unusual, and
 9   I hope you will indulge me, Mr. Tenner.  Do you happen
10   to have an iPhone?
11          SPECIAL MASTER:  I do.
12          MS. JACOBS:  Do you have it near you?
13          SPECIAL MASTER:  I do.
14          MS. JACOBS:  Would you take it out so I can
15   walk you through something?
16          SPECIAL MASTER:  Any objection from the other
17   side?
18          MR. BRAUNIG:  Yes.  I mean, we have not had an
19   opportunity to sort of hear this.  It's not
20   something -- I don't know where this is going but --
21          SPECIAL MASTER:  Where is this going?
22          MS. JACOBS:  I will tell you exactly where this
23   is going, and part of this is because there was
24   simultaneous briefing on the sanctions motion.  On
25   this motion for spoliation, there was simultaneous
```

1   briefing.  I think, Mr. Tenner, you're aware of that.

2   So the parties basically threw it in at the same time.

3   So I will tell you exactly where this is going.

4          The motion that the plaintiffs have made that

5   alleges that Heather Kelly purposefully deleted text

6   messages between herself and Mr. Tsarnas, okay, from

7   January 2018 to June 2018, the fact is, and there is a

8   forensic neutral in this case that you may be aware of

9   forensic pursuit.

10         The fact is that Ms. Kelly's phone was set to the

11  factory default setting in terms of keeping messages,

12  and what I wanted to do with your phone was to walk you

13  through exactly where you find that on your phone so you

14  can see it.  You go to Settings --

15         SPECIAL MASTER:  It sounds like we are getting

16  into the merits as opposed to what I need to decide,

17  which is whether or not we need witnesses.

18         MS. JACOBS:  But here is the thing, there is no

19  place to go with this sanctions motion because of the

20  following:  Ms. Kelly is not a witness on this.  Okay.

21  Forensic pursuit -- if they asked forensic pursuit,

22  they would know Ms. Kelly's phone was set to keep

23  messages for one year.  They filed this action in July

24  of 2019.  Of course Ms. Kelly does not have a single

25  text message on her phone before July 2018 because

```
 1   they didn't file suit until July 2019.
 2          It is not a question, Mr. Tenner, if there are no
 3   text messages between Ms. Kelly and Mr. Tsarnas during
 4   that time period.  There isn't a text message between
 5   Ms. Kelly and anyone on this planet because her phone
 6   was set to delete messages to the factory default of one
 7   year.  That's the first point that I want to make.
 8          So there can be no allegations that she
 9   purposefully went through her phone and deleted text
10   messages with Mr. Tsarnas during that time period and
11   that's why they don't exist, because when you go and you
12   look at, you know -- and forensic pursuit again can
13   provide this as can our E-discovery vendor, okay, there
14   are no text messages on her phone prior to July 14,
15   2018.  They filed suit on July 11, I believe.  Her phone
16   was imaged on July 14, 2019.  That's why there are no
17   particular messages.  That's point 1.
18          SPECIAL MASTER:  Why are you looking at the
19   date the suit was filed?  Obviously, she could have
20   deleted, not auto deleted, but she deleted text
21   messages before the suit was filed because she
22   expected she was going to be sued.
23          MR. BRAUNIG:  In fact, she testified --
24          MS. JACOBS:  Can I finish my argument, please?
25          SPECIAL MASTER:  Don't worry, Mr. Braunig, you
```

```
 1   STATE OF CALIFORNIA

 2   COUNTY OF PLACER

 3

 4           I, TERESA KENWORTHY, Certified Shorthand

 5   Reporter, in and for the State of California,

 6   Certificate No. 6673, do hereby certify:

 7            That said proceedings were taken before me

 8   at the time and place therein set forth and were taken

 9   down by me in shorthand and thereafter transcribed

10   into typewriting under my direction and supervision;

11           I further certify that I am neither counsel

12   for, nor related to, any party to said action, nor in

13   any way interested in the outcome thereof.

14           In witness whereof, I have hereunto

15   subscribed my name.

16

17   Dated:  February 4, 2021

18

19   _____

20   Teresa Kenworthy, CSR No. 6673

21

22

23

24

25
```