# Exhibit E

# Exhibit E

Transcript of Proceedings Volume P.M. Session
January 27, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

BEFORE SPECIAL MASTER DAVID TENNER

SRS ACQUIOM INC., a Delaware
corporation, and SHAREHOLDER
REPRESENTATIVE SERVICES LLC,
a Colorado limited liability
Company,
         Plaintiffs,

                         Case No:
        v.               19-cv-02005-DDD-SKC

PNC FINANCIAL SERVICES
GROUP, INC., a Pennsylvania
corporation, PNC BANK, N.A.,
a national association,
HEATHER KELLY, an
individual, and ALEX
TSARNAS, an individual,

         Defendants.
_____

REPORTER'S TRANSCRIPT OF REMOTE PROCEEDINGS

JANUARY 27, 2021

1:06 P.M.

AFTERNOON SESSION

(PAGES 64 to 155)

Siew Ung, RPR, CSR No. 13994

APPEARING REMOTELY FROM MARIN COUNTY, CALIFORNIA

```
 1   are able to produce, but we -- we may need to identify
 2   and collect documents from additional custodians in
 3   order to satisfy this.  We'll see whether or not that's
 4   the case or not, but --
 5             SPECIAL MASTER:  I'm going to order 21 -- 21
 6   days, and then if you have good cause to extend the 21
 7   days, just confer with counsel and then, if there's a
 8   dispute, then I'll resolve it.
 9             MR. JOHNSON:  I would just add that
10   Mr. Braunig and I can confer before we bother you, I
11   think.
12             MR. BRAUNIG:  Of course.
13             SPECIAL MASTER:  All right.  All right.  And
14   then the last issue is the request to have Mr. Koenig
15   available at the hearing.
16             MR. BRAUNIG:  Yeah.  Just -- thank you,
17   Mr. Tenner.  It looks like Koenig, but his name is
18   actually pronounced Koenig.  It looks like Koenig, but
19   it's pronounced Koenig, so I'll be saying Koenig.  But
20   it's the same -- it's the same name.
21             We were pretty caught off guard by this given
22   the multiple conversations that we have had about this.
23   And you are telling us to come with the schedules of
24   people who were -- you know, make sure you come with the
25   schedules of everyone.  And at no point did they say:
```

```
 1   Oh, by the way -- pardon me -- we're going to call your
 2   CEO.  Please make sure he's available on February 2nd as
 3   well.
 4             And, you know, to -- to not provide us with
 5   that information until a week before the hearing, and
 6   especially when you know what -- what relevance
 7   Mr. Koenig has to whether or not Heather Kelly and Alex
 8   Tsarnas spoliated evidence -- spoliated documents --
 9   marginal, marginal, marginal at best.  I'm not even sure
10   I can see what it could possibly be.  And so, you know,
11   we -- we find this pretty objectionable and pretty --
12   pretty disappointing that they -- that they played this
13   the way that they did.  And I --
14             SPECIAL MASTER:  Go ahead.  I thought you were
15   done.
16             MR. BRAUNIG:  No.  I'm done, I'm done.
17             SPECIAL MASTER:  I want to hear from the
18   defendants.  And in particular, I want to hear what
19   power I have to require Mr. Koenig to attend.
20             MR. ROBBINS:  So this is Mr. Robbins.
21             Mr. Tenner, first, I would like to briefly
22   address Mr. Braunig's comments about the timing.
23   Mr. Tenner, if you recall, the prospect of a potential
24   evidentiary hearing was first raised at an initial
25   conference on December 28th.  I, at the time, advocated
```

```
 1  that we believed there was a threshold legal issue that
 2  should be addressed first.
 3            We then had this discussion again at the
 4  conference last Friday, appreciating your -- your
 5  authority to do so.  You determined that you wanted to
 6  have an evidentiary hearing and that it was necessary
 7  to -- to, in your view, assess the credibility of
 8  Ms. Kelly and Mr. Tsarnas.  And it was only last Friday
 9  that you ordered a hearing and ordered it to be
10  conducted on February the second.
11            So we believe that we, quite timely, given
12  that you -- you issued orders for disclosure of
13  witnesses and the like, we have -- we have complied with
14  them, and we think we quite timely raised the issue of
15  Mr. Koenig's testimony.
16            With respect to the relevance --
17            SPECIAL MASTER:  I'm not -- I'm not -- at this
18  point, I'm not worried about relevance.  What power do I
19  have to order him to attend?
20            MR. ROBBINS:  Well, he's a -- I'm not sure if
21  it's technically an order.  You did ask that -- that the
22  two individual defendants come.  You asked that we have
23  a -- a representative.  We couldn't have a deposition.
24  We secured that.  I'll be candid with you, I don't know
25  if the limits of your power include ordering a -- a
```

Transcript of Proceedings Volume P.M. Session
January 27, 2021

```
 1  STATE OF CALIFORNIA        )
                               )
 2  COUNTY OF MARIN            )

 3

 4       I, Siew Ung, a Certified Shorthand Reporter, do
 5  hereby certify:
 6       That said proceedings were taken before me at the
 7  time and place therein set forth and were taken down by
 8  me in shorthand and thereafter transcribed into
 9  typewriting under my direction and supervision;
10       I further certify that I am neither counsel for nor
11  in any way related to any party to said proceedings, nor
12  in any way interested in the outcome thereof.
13       In witness whereof, I have hereunto subscribed my
14  name.
15
16
17  2/9/2021
18
19
20  _____
    Siew Ung
21  CSR No. 13994, RPR, CSR
22
23
24
25
```