Transcript of Proceedings Volume P.M. Session
January 27, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

BEFORE SPECIAL MASTER DAVID TENNER

Exhibit 1

SRS ACQUIOM INC., a Delaware corporation, and SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability Company,

        Plaintiffs,

v.

Case No: 19-cv-02005-DDD-SKC

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation, PNC BANK, N.A., a national association, HEATHER KELLY, an individual, and ALEX TSARNAS, an individual,

        Defendants.

_____

REPORTER'S TRANSCRIPT OF REMOTE PROCEEDINGS

JANUARY 27, 2021

1:06 P.M.

AFTERNOON SESSION

(PAGES 64 to 155)

Siew Ung, RPR, CSR No. 13994

APPEARING REMOTELY FROM MARIN COUNTY, CALIFORNIA

```
 1   Mr. Koenig, as CEO, did not instruct his lawyer to send
 2   a response.  He did not instruct his lawyer to ask for
 3   the return of the documents, nothing.  But here's what
 4   Mr. Koenig did do.  He personally continued to
 5   correspond directly with Ms. Kelly.  He visited her in
 6   person.  He tried to persuade her to return to SRSA.
 7   And so that interaction between Mr. Koenig and Ms. Kelly
 8   is highly relevant and directly relevant to why
 9   Ms. Kelly did not believe that litigation was reasonably
10   anticipated because the head of her former employer was
11   interacting with her on a friendly basis and trying to
12   convince her to return to SRSA.
13                SPECIAL MASTER:  Okay.  And I'm ready to rule.
14           The -- there just isn't any power for me to do
15   what you asked me to do.  The -- I can require a party
16   to appear at the hearing without a subpoena.  So I can
17   require Ms. Kelly and Mr. Tsarnas to appear at a
18   hearing.  With respect to a corporate entity, I -- I
19   can't make them designate a specific person to be their
20   corporate representative.  They -- they have to make
21   that decision for themselves.  If -- if they -- they may
22   decide not to bring any at all, but I can't impose that
23   on them.  So I can't make them say:  Your corporate
24   representative must be Mr. Koenig.  I can't do that.
25           And so if there's going to be testimony from
```

1  nonparty witnesses, their -- the rules say what they
2  say.  You have got -- you have got to send them a
3  subpoena.  There needs to be an opportunity to object.
4  And we have to go through all of those procedures for me
5  to decide whether or not that person should appear.  And
6  none of that has happened.  And so I just can't do what
7  you want me to do.  And -- and so I won't be ordering
8  Mr. Koenig to appear.
9           Good.  I -- I feel a little better about it
10 because, based on your representations, Mr. Robbins,
11 Ms. Kelly can testify about her interactions with
12 Mr. Koenig.  She can testify.  And they may regret not
13 having Mr. Koenig available, ultimately, but I can't
14 make him appear.
15          MR. BRAUNIG:  Well, and I'll be -- you know,
16 and this is the first time I've heard what Mr. Robbins
17 is saying.  We'll take it back.  You know, obviously, if
18 you, Mr. Tenner, hear the evidence on Tuesday and say:
19 I think I need to hear from Mr. Koenig, we can always
20 set up a follow-up on that.  The notion that -- the
21 notion that just because Mr. Robbins wants to -- you
22 know, on very short notice, ask Mr. Koenig to turn his
23 schedule upside-down, I -- I appreciate where you are
24 coming from, and we'll take -- we'll take -- given
25 what -- the representation Mr. Robbins has made, we will

```
 1  STATE OF CALIFORNIA         )
                                )
 2  COUNTY OF MARIN             )

 3

 4       I, Siew Ung, a Certified Shorthand Reporter, do
 5  hereby certify:
 6       That said proceedings were taken before me at the
 7  time and place therein set forth and were taken down by
 8  me in shorthand and thereafter transcribed into
 9  typewriting under my direction and supervision;
10       I further certify that I am neither counsel for nor
11  in any way related to any party to said proceedings, nor
12  in any way interested in the outcome thereof.
13       In witness whereof, I have hereunto subscribed my
14  name.
15
16
17  2/9/2021
18
19
20  _____
    Siew Ung
21  CSR No. 13994, RPR, CSR
22
23
24
25
```