# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' OBJECTION (ECF NO. 357) TO SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES (ECF NO. 348)**

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA" or "Plaintiffs") move the Court for leave to file an Opposition to Defendants PNC Financial Services Group, PNC Bank N.A., and Heather Kelly's (collectively, "Defendants") Objection to Special Master's Order regarding Discovery Disputes. SRSA's Opposition is attached as Exhibit 1.

**I.**      **CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.L.CIVR 7.1(A)**

The parties conferred via telephone on March 12, and again on March 15, 2021. Counsel for Defendants indicated that they take no position on this Motion.

II.     **PROCEDURAL HISTORY**

1.      On November 30, 2020, the Court entered an Order Appointing David M. Tenner as Special Master for the purpose of "resolv[ing] all pending and upcoming discovery disputes between the parties and oversee[ing] their remaining discovery, including depositions."  ("Order Appointing Special Master," ECF No. 324, at ¶ 1.)  The Order Appointing Special Master sets forth that any party seeking review of any ruling by the Special Master shall file objections pursuant and subject to the timing requirements of Fed. R. Civ. P. 53(f).  (*Id.*, at ¶ 5.)

2.      On February 11, 2021, the Special Master issued an Order Re: Discovery Disputes which addressed SRSA's Request for Production No. 8 to Defendant Heather Kelly, concerning communications with a third party, Alex Kingsley, from whom Defendants obtained a declaration used in connection with their opposition to the preliminary injunction motion and their motion for summary judgment.  ("Special Master's Order," ECF No. 348.)  The Special Master overruled Ms. Kelly's objections, finding that SRSA had made a *prima facie* case that Mr. Kingsley's relationship with Ms. Kelly could affect his credibility, and communications between the two were therefore relevant and proportional to the case. (*Id.*, at 1-2.)  The Special Master ordered Ms. Kelly to produce all relevant communications, and to create a relevancy log for communications Defendants "determine, in their view . . . are so irrelevant as to not be within the scope of discovery." (*Id.*, at 1-3.)

3.      On March 4, 2021, Defendants filed their Objection to the Special Master's Order, based on relevance and proportionality. ("Defendants' Objections," ECF No. 357.)

**III.     ARGUMENT**

4.     Neither the Federal Rules of Civil Procedure nor the Order Appointing Special Master specifically discuss whether a party may submit any further briefing in response to an objection filed by a party seeking review of any ruling by the Special Master. (*See*, *generally*, Fed. R. Civ. P. 53(f)(2).)

5.     However, Federal Rule of Civil Procedure 53(f)(1) does *require* that "[i]n acting on a master's order, report, or recommendations, the court *must give the parties* notice and *an opportunity to be heard*." Fed. R. Civ. P. 53(f)(1) (emphasis added).  Moreover, the Advisory Committee Notes for Rule 53 explain that "[t]he requirement that the court must afford an opportunity to be heard can be satisfied by taking written submissions."

6.     Thus, before this Court rules on the Special Master's Order and Defendants' Objections thereto, SRSA should be given an opportunity to be heard.  Fed. R. Civ. P. 53(f)(1). This is not an atypical request as responses to objections have been filed in this District prior to the Court acting on a Special Master's order. *See*, *e.g.*, *L-3 Communs. Corp. v. Jaxon Engr. & Maint., Inc.*, No. 10-cv-02868-MSK-KMT, 2013 WL 1687592, at *2 (D. Colo. Apr. 18, 2013) ("ORDERED that the parties may file Rule 53(f)(2) objections, if any, to the Special Master's Report and Order no later than May 3, 2013. The parties may file responses to those objections, if any, no later than May 17, 2013.").

7.     An Opposition Brief would be particularly appropriate in this circumstance. Defendants' Objections set forth multiple legal and factual assertions through 13 pages of briefing and 35 pages of attachments for a single issue.  Not only does parity -- and the Federal Rules -- dictate that SRSA be given the opportunity to respond to these arguments and factual

3

assertions, but SRSA's written Response may assist the Court in evaluating the Special Master's Order.

WHEREFORE, for the foregoing reasons, SRSA respectfully requests that the Court accept, attached hereto as Exhibit 1, SRSA's Opposition to Defendants' Objection to Special Master Order and its Exhibits A, C, and E, to be filed Restricted Level 1, and its Exhibits B, D and F, to be filed publicly.

                                              Respectfully submitted,

Dated:  March 18, 2021              By:  s/ *Benjamin D. Rothstein*
                                                Warren A. Braunig
                                                     *wbraunig@keker.com*
                                                Michelle S. Ybarra
                                                   *mybarra@keker.com*
                                                Benjamin D. Rothstein
                                                   *brothstein@keker.com*
                                                Katie Lynn Joyce
                                                   *kjoyce@keker.com*
                                                Victor H. Yu
                                                   *vyu@keker.com*
                                                KEKER, VAN NEST & PETERS LLP
                                                633 Battery Street
                                                San Francisco, CA 94111-1809
                                                Telephone: 415-391-5400
                                                Facsimile: 415-397-7188

                                                SHERIDAN ROSS P.C.
                                                Scott R. Bialecki
                                                   *sbialecki@sheridanross.com*
                                                Matthew C. Miller
                                                   *mmiller@sheridanross.com*
                                                1560 Broadway, Suite 1200
                                                Denver, Colorado 80202
                                                Telephone:  303-863-9700
                                                Email:     *litigation@sheridanross.com*

                                                ATTORNEYS FOR PLAINTIFFS
                                                SRS ACQUIOM INC. AND SHAREHOLDER
                                                REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).