# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OPPOSITION TO DEFENDANTS' OBJECTION (ECF NO. 357) TO SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES (ECF NO. 348)**

---

THIS MATTER comes before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively, "SRSA") Motion for Leave to File an Opposition to Defendants PNC Financial Services Group, PNC Bank N.A., and Heather Kelly's Objection to Special Master Order.  The Court, having reviewed the Motion and being fully advised in the premises, GRANTS SRSA's Motion.  The Clerk's Office is directed to file the Opposition and its Exhibits A, C and E as Restricted Level 1, and its Exhibits B, D and F as publicly available.

      DONE AND ORDERED this _____ day of_____, 2021.

                                          BY THE COURT:

                                          _____
                                          United States District Judge