| | |
|---|---|
| From: | Heather Kelly <hkelly@srsacquiom.com> on behalf of Heather Kelly <hkelly@srsacquiom.com> |
| To: | Eddie@eddiestickets.com |
| Sent: | 9/1/2017 7:31:30 PM |
| Subject: | Fwd: Thank you for purchasing tickets online! |

Can you get us close to these guys ? As close as possible ...

---------- Forwarded message ---------
From: Alex Kingsley <alex.kingsley@gmail.com>
Date: Fri, Sep 1, 2017 at 9:14 PM
Subject: Fwd: Thank you for purchasing tickets online!
To: hkelly@srsacquiom.com <hkelly@srsacquiom.com>



---------- Forwarded message ---------
From: <guestservices@boxoffice.axs.com>
Date: Thu, Jul 13, 2017 at 11:50 PM
Subject: Thank you for purchasing tickets online!
To: <alex.kingsley@gmail.com>



Dear Alexander Kingsley,

Thank you for your purchase. Your confirmation number is **2507372**. Please keep this number for future reference. If you need the assistance of Customer Care please contact us by phone: 888-929-7849.

| | |
|---|---|
| Order Date: | 7/13/2017 11:50:18 PM |
| Billing Address: | ███████████<br>UNITED STATES |
| Shipping Address: | Alexander Kingsley<br>███████████<br>UNITED STATES |
| URL: | http://www.t-mobilearena.com/ |
| Approval Auth Number: | 268101 |
| Reference Number: | 3019961 |
| Merchant Name: | |

Ticket details for JAY-Z Admissions scheduled on 10/28/2017 8:00 PM
Method of Delivery: Standard Mail

| Quantity | Type | Neighborhood | Section | Row | Seats | Price | Total |
|---|---|---|---|---|---|---|---|
| 4 | Presale - Invited Guest | Admissions | 11 | V | 3 - 6 | $125.50 | $502.00 |

Confidential                                                                                                                          SRSAvPKT00094814

Ex. D

|                                           |         |
|------------------------------------------:|--------:|
| Sub Total:                                | $502.00 |
| Standard Mail Fee:                        | $5.00   |
| Per Order Handling Fee:                   | $4.90   |
| Convenience Fee - Web (L.E.T Included):   | $71.80  |
| **All Prices L.E.T. Included**            |         |
| Amount Charged To Your Credit Card:       | $583.70 |

**Additional Delivery Information**

<u>STANDARD MAIL:</u>  On the next business day after your purchase, your tickets will be sent to you via USPS (United States Postal Service) and will arrive in 5-10 business days.  *For assistance, please contact us at 888-9-AXS-TIX (888.929.7849) Mon-Sun 6am-8pm PST or support@AXS.com.*

Sincerely,

T-Mobile Arena

---

By accepting this ticket, you are agreeing to the terms described here:
AXS Terms and Conditions of Use http://www.axs.com/about-terms-of-use.html
Terms and Conditions of Sale http://www.axs.com/about-purchase-agreement.html
--

**Heather Kelly**
Senior Director - Payments and Escrow Administration

O 415.363.6080
M 612.615.1637
hkelly@srsacquiom.com



srsacquiom.com

Securities offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc., located at 1614 15th Street, Suite 200, Denver, CO 80202, and member FINRA/SIPC.

This email, along with any attachments, is intended for the named recipient(s) and may contain confidential or proprietary information. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message, including any attachments.

| | |
|---|---|
| From: | Heather Kelly <hkelly@srsacquiom.com> on behalf of Heather Kelly <hkelly@srsacquiom.com> |
| To: | Alex Kingsley |
| Sent: | 9/6/2017 6:10:20 PM |
| Subject: | Re: Reservation Confirmation: Number 702222490 |

AWESOME! Is this my resi?

My weekend was good. What did you guys do?

HK


**Heather Kelly**
Senior Director - Payments and Escrow Administration

O 415.363.6080
M 612.615.1637
hkelly@srsacquiom.com

**SRS ACQUIOM**  ELEVATE YOUR GAIN

srsacquiom.com



Securities offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc., located at 1614 15th Street, Suite 200, Denver, CO 80202, and member FINRA/SIPC.

This email, along with any attachments, is intended for the named recipient(s) and may contain confidential or proprietary information. If you are not an intended recipient, you may not review, copy or distribute this message. If you have received this communication in error, please notify us immediately by email and delete the original message, including any attachments.

On Wed, Sep 6, 2017 at 1:24 PM, Alex Kingsley <akingsley@google.com> wrote:
Vegas!  Reso info below.  Rooms are so cheap I might come out Friday too and go see a Cirque du Soleil show or something.  How was the rest of your weekend?

Alex Kingsley | Associate General Counsel
capital    (formerly Google Capital)
188 The Embarcadero, San Francisco, CA 94105
Tel: (415) 736-7372 | Fax: (650) 636-9272
www.capitalg.com | akingsley@capitalg.com

Begin forwarded message:

**From:** Alex Kingsley <alex.kingsley@gmail.com>
**Subject: Fwd: Reservation Confirmation: Number 702222490**
**Date:** September 6, 2017 at 11:23:01 AM PDT
**To:** akingsley@google.com


---------- Forwarded message ----------
From: **SLS Las Vegas, a Tribute Portfolio Resort** <GCCUSTSERVICE@confirm.starwoodhotels.com>
Date: Tue, Sep 5, 2017 at 5:55 PM
Subject: Reservation Confirmation: Number 702222490
To: "ALEX.KINGSLEY@GMAIL.COM" <ALEX.KINGSLEY@gmail.com>

Confidential                                                                                               SRSAvPKT00094806

Ex. D

View in a browser for up-to-date reservation information, or change language
English   Français   Español   Deutsch   中文(简体)   日本語   Italiano   Português   Русский
اللغة العربية   中國(傳統)   한국어   Polski   Türkçe   Nederlands   Bahasa (I)   ภาษาไทย

**SLS LAS VEGAS, A TRIBUTE PORTFOLIO RESORT**

2535 Las Vegas Blvd South
Las Vegas, Nevada 89109 United States
Phone: (1)(702) 761-7000 Fax: (1)(702) 761-7758

- CONTACT US >
- GUEST ROOMS & AMENITIES >
- HOTEL SERVICES >
- RESTAURANTS & LOUNGES >
- LOCAL AREA >
- DRIVING DIRECTIONS >
- MEETING & EVENT FACILITIES >

Dear ALEX KINGSLEY,

Thank you for choosing to stay with us. We are pleased to confirm your reservation.

We look forward to welcoming you.

Sincerely

Michelle Huntzinger
GENERAL MANAGER

**Confirmation: 702222490**

STAY CONNECTED

Your Starwood Preferred Guest Details

Member Name: **ALEX KINGSLEY**
SPG Number: **xxxxxxxx254**
Starpoint Balance: **17913**

**LOGIN TO YOUR ACCOUNT**

| YOUR SCHEDULE: | YOUR ACCOMMODATIONS: ROOM 1 OF 1 |
|---|---|
| Check In  27-OCT-2017 - 3:00 PM requested * <br> Check Out 29-OCT-2017 - 12:00 PM requested * <br> Number of Rooms  1 <br> Number of Guests  2 <br><br> * Indicates requested hotel check-in and check-out times if requested during the reservation. Special requests cannot be guaranteed until check-in. Standard | Guest Name  ALEX KINGSLEY <br> Number of Adults  2 <br> Number of Children  0 <br><br> **Room Description** <br> **World Tower Room Nonsmoking: King Bed** <br> - 360 sq ft/33 sq m <br> - Working Area <br> - Modern Design <br> - Fab Bathroom Amenities <br> - Minibar <br> - Smoke-free |

Confidential

SRSAvPKT00094807

Ex. D

times for this hotel are as follows: check-in: 3:00 PM; check-out: 12:00 PM.

**Please do not reply to this e-mail.** It is a post-only email and responses will not be monitored. If you need to modify or cancel your reservation, please refer to the disclosure section below for additional instructions.

| YOUR RATE: ROOM 1 OF 1 |
|---|

**Rates for the night of:**
27-Oct-17, 28-Oct-17

| **Rate Details** | 30% Off + $50 F&B Book your stay now and save 30%, plus enjoy a $50 food & beverage credit during your stay. Credit valid at any of our award-winning restaurants. |
|---|---|
| **Room Rate** | 139.30 in US DOLLARS per night |

**Taxes**
**Room rate excludes the following:**
Occupancy Tax:
13.38 % Per Room / Per Night
Resort Fee Tax:
4.28 Usd Per Room / Per Night
**Hotel Charges**
**Room rate excludes the following:**
Resort Fee:
32.00 Usd Per Room / Per Night

**Guarantee and Cancellation Policies**

USD 139.30 deposit is due on Wednesday, Sep 6, 2017 and will be charged to the credit card provided.
If you cancel before 04:00 PM hotel time on Tuesday, 24 October 2017 there will be no forfeit amount.
If you cancel after 04:00 PM hotel time on Tuesday, 24 October 2017 the forfeiture amount will be USD 139.30.
There may be additional applicable charges and taxes.

**Special Services for All Rooms:**
October 27, 2017 - October 29, 2017
Rate Plan: 30% Off + $50 F&B
30USD Resort Fee Per Room/per Night
RESORT AMMENITY FEE Per Room/per Night

Confidential

SRSAvPKT00094808

Ex. D

Debit and Credit cards will be authorized at check-in for the amount of your stay, plus an amount to cover incidentals. Please visit "Announcements" on the hotel website for more information.

**YOUR PRIVACY**

If you believe this reservation was made in error, please contact us as soon as possible.

Please note: For security purposes, you will be asked to provide a valid government or state-issued photo ID at check-in.

This email may contain links to websites that collect personally identifiable information about you. Marriott International, Inc. is not responsible or liable for the actions of such independent websites, and encourages you to review the privacy statements and policies of such websites to understand how they collect, use and store such information.

Click here for our Privacy Statement.

**DISCLOSURE**

Starpoint® balance may not reflect your most recent activity and may not include Starpoints earned or redeemed for the current transaction.

**Modify and Cancel Information**
To view, change or cancel your reservation, please visit tributeportfolio.com. Any modification to a reservation is subject to the hotel's availability at the time the modification is requested and may change the rate and/or require payment of cancellation fees. If you require further assistance, please contact Tribute Portfolio at 1-844-4TRIBUTE if you are calling from the United States or Canada. Otherwise, click here for the telephone number of the Worldwide Reservation Office nearest you. Please note that reservations cannot be changed or canceled via email.

**Guarantee Rules**
For reservations guaranteed with a form of payment at time of booking, rooms are held until hotel check-out time the day following arrival. For reservations not guaranteed with a form of payment at time of booking, rooms are held until set cancellation time per the rules of the reservation. In the event more guests arrive than can be accommodated due to hotel overbooking or an unforeseen circumstance, and hotel is unable to hold rooms consistent with this room hold policy, hotel will attempt to accommodate guests, at its expense, at a comparable hotel in the area for the oversold night(s), and will pay for transportation to that hotel.

**Smoking Policy**
Smoking is allowed in nightclubs, lounges, standalone bars that do not serve food, smoking-permitted gaming areas, smoking-designated guest room floors, and exterior designated areas. Smoking is not allowed in the lobby, restaurants, and non-smoking guest room floors. A deep-cleaning fee of 250 USD will be charged for smoking in any non-smoking guest room.

**Exchange Rate**

Confidential                                                                                                           SRSAvPKT00094809

Ex. D

For non-US hotels, rates confirmed in USD may be converted to local currency by the hotel at your time of stay, based on the exchange rate used by the hotel and are subject to exchange rate fluctuations. Credit card charges are subject to additional currency conversions by banks or credit card companies, which are not within the hotel's control and may impact the amount charged to your credit card. Please contact the hotel if you have any questions.

**Rate/Reservation Validity**
Please note that electronic reservation confirmations are provided to you solely for your convenience and that we retain official records of our reservation transactions, including details of dates of stay and room rates. In the event of discrepancies, alterations, modifications, or variations between this confirmation and our official records, our official records shall control. Tampering with this confirmation to alter the room rate, or any other reservation information is strictly prohibited and may have legal consequences.

**Early Departure**
Many Starwood hotels have an early departure fee. When you check-in, you will be asked to confirm your departure date. You may be able to change your departure date without a penalty if your rate plan permits and if you do so before the end of your arrival day. After reconfirming your departure date, if you decide to leave earlier, you may be charged the early departure fee. Please contact the hotel if you have any questions.

Marriott International, Inc., One StarPoint, Stamford, CT 06902 USA

This is a post only e-mail. Please do not reply to this message.
Unsubscribe from further marketing email communications related to this stay.

| Starwood Preferred Guest | | St Regis | | The Luxury | W Hotels | |
|---|---|---|---|---|---|---|
| | Sheraton | | Westin | Le Meridien | Tribute Portfolio | Design Hotels |
| | | Four Points | | aloft | Element | |

Confidential                                                                                                                    SRSAvPKT00094810

Ex. D

 Gmail                                                      Alex Kingsley &lt;alex.kingsley@gmail.com&gt;

## Heather Vander Linden completed your $100.00 charge request
1 message

**Venmo** &lt;venmo@venmo.com&gt;                                            Fri, Oct 27, 2017 at 11:41 PM
Reply-To: Venmo No-reply &lt;no-reply@venmo.com&gt;
To: alex.kingsley@gmail.com



 You charged **Heather Vander Linden**

Broken iPhone case.

Transfer Date and Amount:
Oct 27, 2017 PDT ·   + $100.00

Like        Comment

Money credited to your Venmo balance.
Transfer to your bank.

Payment ID: 2335429373928145414

Invite Friends!

For any issues, including the recipient not receiving funds, please contact us at support@venmo.com or call 1-855-812-4430.

See our disclosures for more information.

This payment will be reviewed for compliance with our User Agreement and if we determine that there is a violation by either party, it may be reversed or your ability to transfer to your bank account may be restricted.

Venmo is a service of PayPal, Inc., a licensed provider of money transfer services. All money transmission is provided by PayPal, Inc. pursuant to PayPal, Inc.'s licenses.

PayPal is located at
2211 North First Street, San Jose, CA 95131

For security reasons, you cannot unsubscribe from

Ex. D

payment emails.

**Ex. D**