**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**DECLARATION OF BENJAMIN D. ROTHSTEIN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' OBJECTION (ECF NO. 357) TO SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES (ECF NO. 348)**

---

I, BENJAMIN D. ROTHSTEIN, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("SRSA" collectively hereafter). I submit this declaration in support of Plaintiff's Opposition to Defendants' Objection to Special Master's Order Re: Discovery. I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. On March 17, 2021, my firm ran an analysis on the volume of documents produced in this case to date. So far, the parties combined have produced roughly 32,362 total

Ex. F

documents. As for text messages specifically, Defendants have produced 40 text message threads, while SRSA has produced 78.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 18th day of March, 2021, at San Francisco, California.

                                By:  s/ *Benjamin D. Rothstein*
                                        Benjamin D. Rothstein
                                             *brothstein@keker.com*
                                        KEKER, VAN NEST & PETERS LLP
                                        633 Battery Street
                                        San Francisco, CA 94111-1809
                                        Telephone: 415-391-5400
                                        Facsimile: 415-397-7188

Ex. F