IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

Defendants.

---

**AMENDED NOTICE OF STATUS CONFERENCE WITH SPECIAL MASTER**

---

PLEASE TAKE NOTICE that the status conference with the Special Master previously noticed for Wednesday, March 31, 2021 at 10:00 a.m. has been vacated at the request of counsel and has been re-set for Wednesday, April 21, 2021 at 10:00 a.m. The Special Master will provide counsel with the Zoom Meeting invitation prior to the meeting. No arrangements have been made to transcribe or preserve the record at the meeting. If any party wishes to have the meeting transcribed or the record preserved, it is that party's responsibility to make arrangements for transcription or other means of preserving the record.

The Parties shall submit a Joint Status Report disclosing any issues they believe need to be discussed with or decided by the Special Master, along with a description of the Parties' positions concerning these issues on or before April 16, 2021.

Dated: March 31, 2021

BY THE COURT

David M. Tenner, Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **AMENDED NOTICE OF STATUS CONFERENCE WITH SPECIAL MASTER** was electronically filed with the Clerk of the Court using the CM/ECF system on this 31st day of March, 2021, which will send notification of such filing to the following parties:

Warren A. Braunig wbraunig@keker.com
Michelle S. Ybarra mybarra@keker.com
Benjamin D. Rothstein brothstein@keker.com
Katie Lynn Joyce kjoyce@keker.com
Victor H. Yu vyu@keker.com
Puja V. Parikh pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki sbialecki@sheridanross.com
Matthew C. Miller mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*

SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett jbennett@dowdbennett.com
Megan S. Heinz mheinsz@dowdbennett.com
Jeffrey R. Hoops jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111

Hara K. Jacobs jacobsh@ballardspahr.com
Noah S. Robbins robbinsn@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

*s/ Heather Grant*
Heather Grant