# Exhibit C

**From:** Matthew Johnson <mjohnson@dowdbennett.com>
**Sent:** Monday, March 8, 2021 3:55 PM
**To:** Ben D. Rothstein
**Cc:** jbennett@dowdbennett.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com; ACQUIOM-KVP; sheridan-srs@sheridanross.com
**Subject:** RE: SRSA v. PNC -- Semenova texts

[EXTERNAL]

Ben,

You are correct that Defendants agreed to review and produce relevant and responsive text messages between Ms. Semenova and Ms. Kelly and between Ms. Semenova and Mr. Tsarnas. As we discussed on the telephone last week, Defendants offered on January 11, 2021 to review and produce all relevant and responsive documents from Ms. Kremers and Ms. Semenova if Plaintiffs agreed to do the same for the custodial files of Sue Milberger and Darren DiNicola. During that phone call, Mr. Yu said SRSA would consider that offer and get back to us. Thereafter, nine days later, Mr. Yu wrote to Defendants and said:

"As to PNC's offer regarding the Semenova/Kremers and DiNicola/Milberger custodians, we are still evaluating PNC's offer and will aim to revert a response by next week."

However, SRSA never did follow up on Defendants' fair and reasonable offer, and now 47 days have passed and SRSA still has not provided a firm response on this issue. Nonetheless, Defendants committed to review and produce responsive texts from Ms. Semenova's phone in due course. The fact that the Semenova – Kelly texts are preserved and available in this litigation means there can be no prejudice to SRSA on that issue, and any mention of it in the briefing by SRSA is done in bad faith because SRSA knows full well it cannot demonstrate any prejudice given that the text messages exist.

In sum, as promised last week, Defendants will produce relevant and responsive texts from Ms. Semenova's phone between herself and Mr. Tsarnas or Ms. Kelly once they are fully reviewed and bates labeled.

Regards,
Matt

Matt Johnson
303-725-5771 (Mobile)
mjohnson@dowdbennett.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Monday, March 8, 2021 8:07 AM
**To:** robbinsn@ballardspahr.com; mjohnson@dowdbennett.com
**Cc:** jbennett@dowdbennett.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com
**Subject:** SRSA v. PNC -- Semenova texts

Hi Noah and Matt,

When we spoke last week, you confirmed that Defendants would search for and produce responsive, non-privileged texts from among the sets of 1:1 texts between Semenova/Kelly and, to the extent they were preserved on Semenova's phone, the 1:1 texts between Semenova/Tsarnas. We have not received the production of any Semenova texts since that conversation. These texts could be highly relevant to establishing prejudice to SRSA from Kelly's and Tsarnas's deletion activity. By midday tomorrow, could you please produce these texts, or, at the very least, produce the seven

1

texts Kelly and Semenova exchanged on July 12, 2019 and confirm whether Semenova preserved any messages in her 1:1 iMessage thread with Tsarnas (and, if so, how many)?

Thanks,
Ben