Exhibit A

| | |
|---|---|
| Control Number : | SOT-02473763 |
| Custodian : | Heather Kelly |
| Filename : | 2019-07-12 16:05:47 -05:00 – 2019-07-12 16:05:47 -05:00: [+1 626-389-7626] |
| FileDescription : | |
| ProdBegBates : | PNC_00051528 |
| MsgClass : | |
| From : | |
| To : | |
| CC : | |
| BCC : | |
| Path : | PNC-SOT-001-009.ufdr\Chat\ |
| IntFilePath : | |
| Importance : | |
| DateSent : | |
| EmailSubject : | |
| AttachCount : | 2 |
| Author : | |
| DateCreated : | |
| Last Author : | |
| DateLastMod : | |
| DateLastPrnt : | |
| Revision : | |

```
2019-07-12 16:05:47 -05:00 <Luda <"+1 626-389-7626">>: Even in Italy they say "that
nothing compares to you":) - you're the best which is why SRS is scared, to put it
mildly:)
{chats\iMessage +16126151637\attachments2\Attachment07a830d7-a4fe-460b-9c9a-
196f2587eaef.mov}
```

Confidential                                                                                           PNC_00051528