IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## NOTICE OF ADDITIONAL APRIL 28, 2021 STATUS CONFERENCE WITH SPECIAL MASTER

    On April 14, 2021, counsel met with the Special Master via Zoom meeting and it was determined that an additional status conference should be scheduled because of the number of discovery disputes that have been raised and will be raised in the near future.

    PLEASE TAKE NOTICE that an additional status conference with the Special Master shall take place by Zoom Meeting on Wednesday, April 28, 2021 at 10:00 a.m. The Special Master will provide counsel with the Zoom Meeting invitation prior to the meeting. No arrangements have been made to transcribe or preserve the record at the meeting. If any party wishes to have the meeting transcribed or the record preserved, it is that party's responsibility to make arrangements for transcription or other means of preserving the record.

    The Special Master will let counsel know if an additional Joint Status Report will

be needed after the currently scheduled status conference on April 21, 2021.

Dated: April 14, 2021

BY THE COURT

_____
David M. Tenner, Special Master

CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF ADDITIONAL APRIL 28, 2021 STATUS CONFERENCE WITH SPECIAL MASTER** was electronically filed with the Clerk of the Court using the CM/ECF system on this 14th day of April, 2021, which will send notification of such filing to the following parties:

    Warren A. Braunig  wbraunig@keker.com
    Michelle S. Ybarra  mybarra@keker.com
    Benjamin D. Rothstein  brothstein@keker.com
    Katie Lynn Joyce  kjoyce@keker.com
    Victor H. Yu  vyu@keker.com
    Puja V. Parikh  pparikh@keker.com
    KEKER, VAN NEST & PETERS LLP
    633 Battery Street
    San Francisco, CA 94111-1809
    Telephone: 415-391-5400
    Facsimile: 415-397-7188

    Scott R. Bialecki  sbialecki@sheridanross.com
    Matthew C. Miller  mmiller@sheridanross.com
    SHERIDAN ROSS P.C.
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone: 303 863 9700
    Facsimile: 303 863 0223
    Email: litigation@sheridanross.com

    *Attorneys for Plaintiffs*
    SRS ACQUIOM INC. and
    SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops  jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111

Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

                                                    *s/ Heather Grant*
                                                    Heather Grant