IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.LCIVR 7.2**

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time for SRSA to file a Motion to Restrict pursuant to D.C.COLO.L.CivR 7.2 over SRSA's Supplemental Statement Regarding SRSA's Motion for Sanctions and its Exhibit D (ECF Nos. 377 and 377-1).

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1, counsel for SRSA communicated with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants"), who indicated that Defendants do not oppose the requested extension of time.

## MOTION

1. SRSA filed a Supplemental Statement Regarding SRSA's Motion for Sanctions and Exhibits A through D on April 2, 2021. (*See* ECF Nos. 377, 377-1, 378, 378-1, and 378-2.)

2. The Supplemental Statement and its Exhibit D were filed as Restricted Level 1 because they contain information designated by the Parties as Confidential pursuant to the Stipulated Protective Order (ECF No. 40).

3. Pursuant to D.C.COLO.L.CivR 7.2(e), a document filed as restricted may lose its restriction unless a motion to restrict is filed within 14 days. Therefore, a motion to maintain restriction over these documents is currently due today, April 16, 2021.

4. SRSA reassessed the need to maintain restriction over the Supplemental Statement and Exhibit D, and requires additional time to meet and confer with Defendants and file its motion to maintain restriction. SRSA seeks a short seven-day extension of time, up to and including April 23, 2021, to accomplish this. Due to the unopposed nature of this request, no party will be prejudiced by the requested relief.

5. This is the first request for an extension of time to file a motion to restrict over these materials.

WHEREFORE, SRSA respectfully requests that the Court grant an extension up to and including April 23, 2021, for SRSA to file a Motion to Restrict over filings ECF Nos. 377 and 377-1.

                                                          Respectfully submitted,

Dated: April 16, 2021                        By:  <u>s/ Matthew C. Miller</u>
                                                         SHERIDAN ROSS P.C.
                                                         Scott R. Bialecki
                                                             *sbialecki@sheridanross.com*
                                                         Matthew C. Miller
                                                             *mmiller@sheridanross.com*
                                                         1560 Broadway, Suite 1200
                                                         Denver, Colorado 80202
                                                         Telephone: 303-863-9700
                                                         Facsimile: 303-863-0223
                                                         Email:    *litigation@sheridanross.com*

                                                       Warren A. Braunig
                                                           *wbraunig@keker.com*
                                                     Michelle S. Ybarra
                                                         *mybarra@keker.com*
                                                     Benjamin D. Rothstein
                                                          *brothstein@keker.com*
                                                     Katie Lynn Joyce
                                                          *kjoyce@keker.com*
                                                     Victor H. Yu
                                                          *vyu@keker.com*
                                                     KEKER, VAN NEST & PETERS LLP
                                                     633 Battery Street
                                                     San Francisco, CA 94111-1809
                                                     Telephone: 415-391-5400
                                                     Facsimile: 415-397-7188

                                                     ATTORNEYS FOR PLAINTIFFS
                                                     SRS ACQUIOM INC. AND SHAREHOLDER
                                                     REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

     It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

**Compliance With D.C.COLO.LCivR 6.1**

     Plaintiffs' counsel is contemporaneously serving their client with a copy of this Motion.