**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

     Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED
MATERIAL UNDER D.C.COLO.LCivR 7.2**

---

THE COURT, having reviewed ECF No. 386, the Plaintiffs' Unopposed Motion for Extension of Time to Seek Restriction of Designated Material under D.C.COLO.LCivR 7.2, and for good cause shown, hereby ORDERS that the Motion is GRANTED. All currently restricted material filed in connection with the Plaintiffs' referenced filings shall continue to maintain their Restricted Level 1 status until April 23, 2021, thereby providing the designating party time to file the requisite Motion to Restrict for its materials.

DONE AND ORDERED this _____ day of April, 2021.

     BY THE COURT:

     _____
     United States District Judge