# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-CV-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Elizabeth P. Weissert of the law firm of Ballard Spahr LLP enters her appearance as counsel for Defendants PNC Financial Services Group, Inc.; PNC Bank, N.A., Heather Kelly and Alex Tsarnas in the above captioned matter.

Dated: April 20, 2021

Respectfully submitted,

Ballard Spahr LLP

By: *s/ Elizabeth P. Weissert*
Elizabeth P. Weissert

Elizabeth P. Weissert
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.864.8745
Facsimile: 215.864.8999

*Attorney for Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of April, 2021, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE OF COUNSEL** was electronically filed with the Clerk of this Court using the CM/ECF system, which will electronically mail notice to all attorneys of record.

                                                  *s/ Elizabeth P. Weissert*
                                                  Elizabeth P. Weissert