# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT EXHIBIT D TO PLAINTIFFS' SUPPLEMENTAL STATEMENT REGARDING PLAINTIFFS' MOTION FOR SANCTIONS (ECF NO. 377-1)

THE COURT, having reviewed ECF No. 392, the Plaintiffs' Unopposed Motion to Restrict Exhibit D to Plaintiffs' Supplemental Statement regarding Plaintiffs' Motion for Sanctions (ECF No. 377-1), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of April, 2021.

                BY THE COURT:

                _____
                United States District Judge