IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH SPECIAL MASTER ORDER RE: DISCOVERY ISSUES RAISED AT APRIL 21, 2021 STATUS CONFERENCE (ECF NO. 391)**

**(REQUEST ALREADY APPROVED BY SPECIAL MASTER)**

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time for SRSA to comply with Sections II.a, II.b, and II.c of the Special Master's Order Re: Discovery Issues Raised at the April 21, 2021 Status Conference (ECF No. 391).

**CERTIFICATE OF CONFERRAL**

On April 28, 2021, SRSA requested from both the Special Master and Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants") that SRSA's deadline to comply with Sections II.a, II.b, and II.c of the Special Master's Order Re: Discovery Issues Raised at the April 21, 2021 Status Conference (ECF

No. 391) be extended by 14 days, from April 29, 2021 to May 13, 2021. The Special Master stated that he had no objection to this extension subject to Defendants' non-opposition, and Defendants agreed not to oppose.

## MOTION

1. The Parties attended a Status Conference with Special Master Tenner on April 21, 2021 to argue various discovery disputes between the Parties. Mr. Tenner issued an order the following day on April 22. (*See* ECF No. 391, the "April 22 Order".) Sections II.a, II.b., and II.c require SRSA to change the confidentiality designation on several categories of documents within one week of the issuance of the April 22 Order, or April 29, 2021.

2. Pursuant to Paragraph 5 of the Order Appointing David M. Tenner as Special Master (ECF No. 324) and Fed. R. Civ. P. 53(f), a party may file an objection to an order issued by the Special Master within 21 days. SRSA intends to file an objection to one or more of Sections II.a, II.b., and II.c of the April 22 Order.

3. However, SRSA's April 29, 2021 deadline to comply with the April 22 Order falls two weeks before SRSA's deadline to object. SRSA seeks this extension of the deadline to comply with the April 22 Order so that its compliance deadline does not come before its deadline to file an objection. This extension is necessary so that SRSA has the full 21-day period to consider and prepare its objection. Without this extension, SRSA will be deprived the full time to object permitted by the Order Appointing Mr. Tenner and the Federal Rules of Civil Procedure.

4. This is the first request for an extension of time to comply with the April 22 Order. As stated above, neither Defendants nor the Special Master object to this extension.

WHEREFORE, SRSA respectfully requests that the Court grant an extension of fourteen (14) days for SRSA to comply with Sections II.a, II.b, and II.c of the Special Master's Order Re: Discovery Issues Raised at the April 21, 2021 Status Conference (ECF No. 391).

Respectfully submitted,

Dated: April 28, 2021   By: s/ Matthew C. Miller
SHERIDAN ROSS P.C.
Scott R. Bialecki
   sbialecki@sheridanross.com
Matthew C. Miller
   mmiller@sheridanross.com
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
Email:   litigation@sheridanross.com

Warren A. Braunig
   wbraunig@keker.com
Michelle S. Ybarra
   mybarra@keker.com
Benjamin D. Rothstein
   brothstein@keker.com
Katie Lynn Joyce
   kjoyce@keker.com
Victor H. Yu
   vyu@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

3

4

**Compliance With D.C.COLO.LCivR 6.1**

Plaintiffs' counsel is contemporaneously serving their client with a copy of this Motion.