**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

       Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

       Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH SPECIAL MASTER ORDER RE: DISCOVERY ISSUES RAISED AT APRIL 21, 2021 STATUS CONFERENCE (ECF NO. 391)**

---

THE COURT, having reviewed ECF No. 397, Plaintiffs' Unopposed Motion for Extension of Time to Comply with Special Master Order Re: Discovery Issues Raised at the April 21, 2021 Status Conference (ECF No. 391) (the "Special Master's Order"), and for good cause shown, hereby ORDERS that the Motion is GRANTED.

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC shall have up to and including May 13, 2021 to comply with the Special Master's Order.

DONE AND ORDERED this _____ day of April, 2021.

                              BY THE COURT:

                              _____
                              United States District Judge