IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

      v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLY WITH MINUTE ORDER RE: MODIFICATIONS TO THE SCHEDULING ORDER (DKT. NO. 331) AND SRSA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLY WITH SPECIAL MASTER'S ORDER RE: WRITTEN DISCOVERY DISPUTES RAISED AT APRIL 21 AND APRIL 28, 2021 STATUS CONFERENCES (DKT. NO. 400)**

**(REQUEST ALREADY APPROVED BY SPECIAL MASTER)**

---

Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services LLC (collectively, "SRSA"), Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., and Defendants Heather Kelly and Alex Tsarnas hereby jointly move for an extension of the deadlines set forth in the Court's December 10, 2020 Minute Order (Dkt. No. 331), and SRSA makes an unopposed motion for an extension of certain deadlines in the Special Master's April 30, 2021 Order (Dkt. No. 400).

**I.  JOINT MOTION FOR EXTENSION OF DEADLINES IN DECEMBER 10, 2020 MINUTE ORDER (DKT. NO. 331)**

Despite their good faith efforts to complete discovery prior to the May 26 discovery cutoff set forth in the December 10, 2020 Minute Order, the parties are having difficulty scheduling all presently-noticed depositions to occur prior to that date. This difficulty owes to a

1

1690229

number of factors including ongoing written discovery disputes, witness health issues and schedules, and international service issues.

This is the second request for an extension of the deadlines set forth in the Court's December 10, 2020 Minute Order. The parties previously requested and received a seven-day extension of the written discovery cutoff (from March 15, 2021, to March 22, 2021). See Dkt. No. 367.

WHEREFORE, the Parties respectfully request the following:

1. Any deposition of SRSA's witness for Defendants' 30(b)(6) Topic 1, Mitch Eckberg, shall be completed on or before June 18, 2021;

2. Any deposition of Sue Milberger shall be completed on or before June 18, 2021;

3. Any deposition of Glen Colthup shall take place on or before June 18, 2021.

4. Any deposition of Michael Perry shall be completed on or before June 4, 2021;

5. Any deposition of Patrick Murphy shall be completed on or before June 18, 2021;

6. Any deposition of PNC's witness for SRSA's remaining 30(b)(6) topics shall be completed on or before June 18, 2021; and

7. Any deposition of Dennis Miller shall take place on or before June 30, 2021.

II. **SRSA'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINES IN SPECIAL MASTER'S APRIL 30, 2021 ORDER (DKT. NO. 391)**

Pursuant to Paragraph 5 of the Order Appointing David M. Tenner as Special Master (ECF No. 324) and Fed. R. Civ. P. 53(f), a party may file an objection to an order issued by the Special Master within 21 days. SRSA intends to file an objection to the portions of the Special Master's April 30, 2021 Order addressing PNC's interrogatory nos. 23 and 44.

However, SRSA's May 14 deadline to comply with those portions of the April 30, 2021 Order falls one week before SRSA's deadline to object. SRSA therefore seeks a seven-day

2

1690229

extension of its deadline to comply with those portions of the April 30, 2021 Order, so that its compliance deadline does not come before its deadline to file an objection. This extension is necessary so that SRSA has the full 21-day period to consider and prepare its objection. Without this extension, SRSA will not be deprived the full time to object permitted by the Order Appointing Mr. Tenner and the Federal Rules of Civil Procedure.

SRSA also requests a seven-day extension of its deadline to comply with the portions of the April 30, 2021 Order addressing PNC's interrogatory nos. 24 and 25, as necessary for SRSA to compile the information it was ordered to produce in response to those interrogatories.

On May 12 and 13, SRSA met and conferred with Defendants, who stated they did not oppose this request. SRSA then sought and received approval of its request from the Special Master.

This is the first request for an extension of time to comply with the April 30, 2021 Order.

WHEREFORE SRSA respectfully requests that the Court grant an extension of seven (7) days for SRSA to comply with the portions of the Special Master's April 30, 2021 Order (Dkt. No. 400) addressing PNC's interrogatory nos. 23, 24, 25, and 44.

          Respectfully submitted,

Dated: May 13, 2021          By: *s/ Benjamin D. Rothstein*
          Warren A. Braunig
          *wbraunig@keker.com*
          Michelle S. Ybarra
          *mybarra@keker.com*
          Benjamin D. Rothstein
          *brothstein@keker.com*
          Katie Lynn Joyce
          *kjoyce@keker.com*
          Victor H. Yu
          *vyu@keker.com*

          KEKER, VAN NEST & PETERS LLP
          633 Battery Street
          San Francisco, CA 94111-1809
          Telephone:    415-391-5400
          Facsimile:    415-397-7188

          SHERIDAN ROSS P.C.
          Scott R. Bialecki
          *sbialecki@sheridanross.com*
          Matthew C. Miller
          *mmiller@sheridanross.com*
          1560 Broadway, Suite 1200
          Denver, Colorado 80202
          Telephone:    303 863 9700
          Facsimile:    303 863 0223
          Email:    *litigation@sheridanross.com*

          Attorneys for Plaintiffs
          SRS ACQUIOM INC. AND
          SHAREHOLDER REPRESENTATIVE
          SERVICES LLC

1690229

Dated: May 13, 2021

By: _s/  Matthew E. Johnson_

DOWD BENNETT LLP
James Forrest Bennett
*jbennett@dowdbennett.com*
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO  63105
Telephone:     314-889-7300
Facsimile:     314-863-2111

DOWD BENNETT LLP
Matthew E. Johnson
*mjohnson@dowdbennett.com*
1775 Sherman Street, Suite 2010
Denver, CO  80203
Telephone:     303-353-4361
Facsimile:     314-863-2111

BALLARD SPAHR LLP
Hara K. Jacobs
*jacobsh@ballardspahr.com*
Noah S. Robbins
*robbinsn@ballardspahr.com*
1735 Market Street, 51st Floor
Philadelphia, PA  19103-7599
Telephone:     215-665-8500
Facsimile:     314-863-2111

Attorneys for Defendants

### Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

### Compliance With D.C.COLO.LCivR 6.1

Plaintiffs' counsel is contemporaneously serving their client with a copy of this Motion.

1690229