**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

       Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

       Defendants.

**DECLARATION OF BENJAMIN D. ROTHSTEIN IN SUPPORT OF
PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S ORDER RE: DISCOVERY
ISSUES RAISED AT APRIL 21, 2021 STATUS CONFERENCE (ECF NO. 391)**

I, BENJAMIN D. ROTHSTEIN, declare as follows:

1.      I am licensed to practice law in the State of California and am a partner with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("SRSA" collectively hereafter). I submit this declaration in support of Plaintiffs' Objection to Special Master's Order Re: Discovery Issues Raised at April 21, 2021 Status Conference (ECF No. 391). I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2.      PNC served its first set of requests for production of documents on August 2, 2019. Within eight weeks of receiving that set of requests, SRSA produced more than 10,000 responsive documents. These productions comprised over 80,000 total pages.

3.      Plaintiffs' first set of requests included requests for categories of documents that contain inherently sensitive information, such as: "all Documents Concerning the existence of" each Trade Secret that SRSA contends was misappropriated (RFP No. 1); "all . . . Documents Concerning the development of each alleged Trade Secret" (id.); "any analysis or evaluation of any alleged Trade Secret" (RFP No. 3); "all Documents supporting or refuting that the alleged Trade Secrets possess independent economic value" (RFP No. 5); "all Documents concerning whether Tsarnas and Kelly participated in the development of [each] alleged Trade Secret" (RFP No. 6); and "Documents sufficient to identify" the customers SRSA alleges that Defendants stole (RFP No. 7).

4.      Due to the nature of the trade secret claims at issue and the subject matter of Defendants' document requests, SRSA produced a high volume of documents containing

1

sensitive business information, such as: (1) business plans and commercial strategy slide decks, including board presentations;(2) documents describing SRSA's pricing strategy and individual prices; (3) due diligence documents and other highly sensitive documents generated in connection with a third party's investment in SRSA; (4) internal risk analyses; (5) confidential customer information including customer lists, communications with customers regarding their preferences, and communications with customers containing the customers' confidential information (that SRSA is obligated to make best efforts to protect); and (6) technical product development information, including product specifications, internal-use manuals, product roadmaps, and numerous internal communications regarding obstacles encountered during product development and the solutions thereto.

5. Since the parties first began meeting and conferring in early March 2021 regarding Defendants' proposal that SRSA down-designate nine separate categories of documents, SRSA has removed the HC-AEO designation from 1,644 documents in its production.

6. Attached hereto as **Exhibit A** is a true and correct copy of excerpts from the transcript of the January 22, 2021 hearing before the Special Master.

7. Attached hereto as **Exhibit B** is a true and correct copy of an email from Noah Robbins, counsel for Defendants, to me, dated February 11, 2021.

8. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the transcript of the March 8, 2021 hearing before the Special Master.

9. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the transcript of the April 21, 2021 hearing before the Special Master.

1690372

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 13th day of May 2021, at San Francisco, California.

Respectfully submitted,

Dated: May 13, 2021

By: *s/ Benjamin D. Rothstein*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:       415-391-5400
Facsimile:         415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:       303 863 9700
Facsimile:         303 863 0223
Email:     *litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

3