# EXHIBIT A

Transcript of Proceedings
January 22, 2021

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

--oOo--

SRS ACQUIAM, INC.,                )
                                  )
        Plaintiff,                )
                                  )
    v.                            ) CASE NO. 19-CV-02005
                                  )          DDD-SKC
                                  )
PNC FINANCIAL GROUP SERVICES      )
GROUP, INC.,                      )
                                  )
        Defendant.                )
                                  )

--oOo--

DUE TO COVID-19 PANDEMIC RULES, THIS REMOTE HEARING WAS

CONDUCTED VIA ZOOM VIDEO CONFERENCE

Friday, January 22, 2021

11:04 a.m. Pacific Time

--oOo--

REPORTED BY:   TERESA KENWORTHY, CSR No. 6673

Transcript of Proceedings
January 22, 2021

Page 38

1  SPECIAL MASTER: All right. Anything else?
2  All right.
3      This is going to be my order. I find that based
4  upon the undisputed evidence that 93 percent of the
5  documents at a certain point were designated as AEO and
6  that when asked to rereview nearly 500 of the challenged
7  documents were D designated, I'm not going to make a
8  finding that the -- this was done in bad faith. There
9  is just not enough information in front of me to make a
10 finding of bad faith.
11     I am going to make a finding that that initial
12 review was not the review which was required by the
13 Federal Rules of Civil Procedure. And so I am going to
14 order a rereview of the documents that have been
15 designated as AEO. However, that rereview will take
16 place after counsel for the parties meet and confer and
17 discuss their disagreements concerning the appropriate
18 level of designation. And as part of that meet and
19 confer, can present to me what their differences are in
20 terms of what should be and what shouldn't be designated
21 as AEO.
22     In doing the -- so first step is meet and confer,
23 figure out what your differences are in a way that can
24 be conveyed to me. Second step is do the rereview.
25     In doing the rereview, I am going to order that

Page 39

1  any documents which are publicly available, that is,
2  documents which are available to the public are not AEO.
3  I'm also going to order that any documents which were
4  distributed to third-parties without the third-party
5  having an obligation to keep those documents
6  confidential are not AEO. So that low hanging fruit can
7  be dealt with when you do the rereview.
8      After you do the rereview, do an amended AEO
9  listing and then we will reconvene and decide how to
10 proceed from there. At that point, I will have your
11 disagreements, where you disagree, and I'll have a
12 listing which will show the number of documents that I
13 need to deal with. And we will take it from there.
14     MR. ROTHSTEIN: Can I ask a question?
15     SPECIAL MASTER: Any questions about that
16 ruling?
17     MR. ROTHSTEIN: Yes. Yes. The first question
18 I have is for the category of documents that you are
19 ordering us to not designate HCAEO that involves
20 disclosures to third-parties without a confidentiality
21 allegation, to be clear, is that category limited to
22 disclosures where all parties agree that there is no
23 confidentiality obligation because otherwise that
24 category --
25     SPECIAL MASTER: No, no, no, no. I'm not

Page 40

1  making you agree whether or not there is a
2  confidentiality obligation, but I expect that by the
3  time you are done with your meet and confer, and if
4  you believe there was a confidentiality obligation,
5  they agree there was a confidentiality obligation,
6  that you will be able to present to me, okay, for this
7  document, that's the dispute that you need to decide
8  as the Special Master.
9      MR. ROTHSTEIN: I understand that but -- right,
10 but just to be clear then, that will require you to
11 decide an issue that's already pending before Judge
12 Domenico on summary judgment which is whether certain
13 classes of documents -- okay. I just want to --
14     SPECIAL MASTER: I mean, summary judgment is --
15 relates to whether or not claims for relief should be
16 granted or go to trial. That's not an issue on
17 summary judgment. I mean, Judge Domenico has to
18 decide whether or not there are material facts in
19 dispute or in a claim. I have to decide whether or
20 not there's a confidentiality obligation, and I'm
21 going to decide that. That's my job.
22     MR. ROTHSTEIN: Sure. Okay. And just to be
23 clear, the issue that's pending before Judge Domenico
24 is whether, as a matter of law, there is no
25 confidentiality allegation where certain categories of

Page 41

1  documents that we've disclosed to third-parties deal
2  with us were disclosed without an expressed written
3  confidentiality order but with an implied
4  understanding of confidentiality.
5      SPECIAL MASTER: So it sounds like when we get
6  to that dispute, you have already briefed it.
7      MR. ROTHSTEIN: Fair enough. Fair enough.
8      SPECIAL MASTER: We can all save some time.
9      MR. ROTHSTEIN: Indeed.
10     SPECIAL MASTER: And hopefully some attorneys'
11 fees. All right.
12     Any other questions about the ruling?
13     MR. ROBBINS: Not for defendants, Mr. Tenner.
14     SPECIAL MASTER: All right.
15     Item No. 2, what do we do about scheduling the
16 evidentiary hearing on what I believe are two related
17 issues? They are both spoliation issues. One is text
18 and one is -- I'm not sure what the other one is, but
19 it's whether or not the two individual parties acted
20 improperly in dealing with the destruction or the fact
21 that documents aren't here that once existed.
22     And so it seemed to me that they logically should
23 be presented together because the principal witnesses
24 for both of those issues are going to be Mr. Tsarnas and
25 Ms. Kelly, although I can also see, you know, there's

```
                                                    Page 166
 1   STATE OF CALIFORNIA

 2   COUNTY OF PLACER

 3

 4          I, TERESA KENWORTHY, Certified Shorthand

 5   Reporter, in and for the State of California,

 6   Certificate No. 6673, do hereby certify:

 7           That said proceedings were taken before me

 8   at the time and place therein set forth and were taken

 9   down by me in shorthand and thereafter transcribed

10   into typewriting under my direction and supervision;

11          I further certify that I am neither counsel

12   for, nor related to, any party to said action, nor in

13   any way interested in the outcome thereof.

14          In witness whereof, I have hereunto

15   subscribed my name.

16

17   Dated:  February 4, 2021

18               [signature: Teresa Kenworthy]

19   _____

20   Teresa Kenworthy, CSR No. 6673

21

22

23

24

25
```