# EXHIBIT B

| | |
|---|---|
| **From:** | Robbins, Noah <robbinsn@ballardspahr.com> |
| **Sent:** | Thursday, February 11, 2021 11:24 AM |
| **To:** | Ben D. Rothstein; ACQUIOM-KVP |
| **Cc:** | ballardpnclitteam@ballardspahr.com; jhoops@dowdbennett.com; mjohnson@dowdbennett.com; sheridan-srs@sheridanross.com; jbennett@dowdbennett.com |
| **Subject:** | RE: SRSA v. PNC Meet and Confer |

[EXTERNAL]

Ben,

Below are the categories that I proposed to Mr. Tenner. I believe they are largely self-explanatory but please let me know if you require additional information about any of them and, of course, we can discuss in greater detail tomorrow. We can use my dial-in, which is Dial-in Information: 888-857-7121; Passcode: 215-864-8745.

1. No Designation

    a. Third-party documents other than those provided to SRS in the context of a transaction

    b. Advertisements

    c. Presentations given to third-parties absent a confidentiality agreement

    d. Documents provided to deal-parties absent a confidentiality agreement

    e. Documents provided to shareholders that do not contain PII of the shareholder

    f. Screenshots of SRS products that are visible to end-users

2. Confidential

    a. A document that includes PII about an individual

    b. A document that includes past financial information or information concerning a completed or abandoned transaction, including bid proposals

    c. Internal emails that do not disclose the alleged trade secrets themselves or relate to an ongoing transaction

3. AEO

    a. A document concerning an ongoing transaction

    b. A document regarding future development plans or strategies that have not yet been released

    c. Compilations of SRS customer lists and/or past deals (such as All Acquiom Business excel)

d.   The canonical alleged trade secret documents themselves (such as Exhibit 1 to the Initial Trade Secret Disclosure)

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Thursday, February 11, 2021 12:58 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; acquiom-kvp@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jhoops@dowdbennett.com; mjohnson@dowdbennett.com; sheridan-srs@sheridanross.com; jbennett@dowdbennett.com
**Subject:** RE: SRSA v. PNC Meet and Confer

⚠️ **EXTERNAL**

Noah, appreciate your flexibility. 11 am PST tomorrow works for us.

Do you mind sending a dial in? Also, could you please send us, in advance of the call, the list of document categories defendants propose for down-designation and an example from our production corresponding to each category?

Thanks,
Ben

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Thursday, February 11, 2021 5:16 AM
**To:** Ben D. Rothstein <BRothstein@keker.com>; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jhoops@dowdbennett.com; mjohnson@dowdbennett.com; sheridan-srs@sheridanross.com; jbennett@dowdbennett.com
**Subject:** RE: SRSA v. PNC Meet and Confer

[EXTERNAL]

Ben,

We are not available then but can be available at 11 am PST on Friday.  Please let us know if that works on your side.

Thanks,

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD



www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Wednesday, February 10, 2021 10:51 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; acquiom-kvp@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jhoops@dowdbennett.com; mjohnson@dowdbennett.com; sheridan-srs@sheridanross.com; jbennett@dowdbennett.com
**Subject:** RE: SRSA v. PNC Meet and Confer

⚠️ **EXTERNAL**

Noah, thanks for reaching out. Could we do 10 am PST / 1 pm EST on Friday (2/12)?

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Tuesday, February 9, 2021 1:10 PM
**To:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jhoops@dowdbennett.com; mjohnson@dowdbennett.com; sheridan-srs@sheridanross.com; jbennett@dowdbennett.com
**Subject:** SRSA v. PNC Meet and Confer

[EXTERNAL]

---

Counsel,

We write to request a meet and confer for Thursday, February 11, 2021.  As you know, we are due to provide a status report to Mr. Tenner at the 2/17 conference regarding SRSA's compliance with his Order to re-designate its production under the Protective Order.   We further understand that to the extent we cannot agree on the appropriate designations for categories of documents, Mr. Tenner will rule on those disputes at the 2/17 conference  In addition to meeting and conferring regarding the AEO designations, we also intend to cover:

1.   The meet and confer regarding SRSA's collection of responsive text messages from its custodians as ordered by Mr. Tenner at the January 27 conference.
2.   SRSA's refusal to confirm that it has produced all documents relating to the creation of the alleged trade secrets as requested by RFP No. 1 served on August 2, 2019.
3.   SRSA's objections to the subpoena served on Wilmington Trust.
4.   Interrogatory No. 12 sought the identity of the "partners" to which SRSA granted access to its alleged back-end trade secrets.  In response, SRSA stated it had "not completed its factual investigation" and would supplement its response to this Interrogatory.  To be clear, the allegation that SRSA provided access to its partners was set

forth in SRSA's initial Complaint, which was verified under oath by Mr. Koenig.  As such, we presume that the factual investigation into this allegation was completed prior to including it in a verified Complaint.  Please confirm that SRSA will promptly supplement its answer to this Interrogatory or explain on the meet and confer why SRSA requires additional time.

5. Request for Production No. 17 required SRSA to produce all documents it relied upon in responding to PNC's First Set of Interrogatories.  The answer to Interrogatory No. 13 identified a number of third-party licensed products that SRSA incorporated into the alleged trade secrets.  We do not believe we have received copies of these agreements.  If I am mistaken, please identify the documents by Bates Number.  If not, we ask that you agree to produce these documents or explain the basis of SRSA withholding these documents during the meet and confer.

Please let us know your available times for Thursday.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com