# EXHIBIT C

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3                          _____
 4
          SRS ACQUIOM, INC., a           )
 5        Delaware corporation, and      )
          SHAREHOLDER REPRESENTATIVE     )
 6        SERVICES LLC, a Colorado       )
          limited liability company,    )Case No.
 7                                       )19-cv-02005-DDD-SKC
                      Plaintiffs,        )
 8                                       )
                  vs.                    )
 9                                       )
          PNC FINANCIAL SERVICES         )
10        GROUP, INC., a Pennsylvania    )
          corporation, PNC BANK, N.A.,   )
11        a national association,        )
          HEATHER KELLY, an              )
12        individual, and ALEX           )
          TSARNAS, an individual,        )
13                                       )
                      Defendants.        )
14                                       )
15
16
17
18              REMOTE VIDEOTAPED HEARING
19                Monday, March 8, 2021
20                  Denver, Colorado
21
22
23
24
25     Reported by:  B. Suzanne Hull, CSR No. 13495


                                                            Page 1
```

**Page 98**

1  this case, I'm not sure whether it is a legal argument
2  as much as a definitional argument.  Does it fit the
3  definition of HC/AEO, you know, under -- under the
4  agreement but where you can make that argument.  And
5  I need that argument as you have now refined it in
6  writing before I make that --
7       MR. ROTHSTEIN:  Sure.
8       SPECIAL MASTER TENNER:  -- have this colloquy
9  with you about it so I can make -- ask intelligent
10 questions and make intelligent decisions.
11      MR. ROTHSTEIN:  Let -- in that instance -- and
12 I obviously haven't talked to Mr. Robbins about this,
13 but I am happy to meet -- again, our meet and confer
14 over this has been very productive, I think, and I'm
15 happy to meet and confer with Mr. Robbins again to see
16 if we can further narrow our remaining areas of dispute.
17 I think there is -- I -- I would be happy to meet and
18 confer with Mr. Robbins further about this.  It is
19 possible we could narrow the dispute further in order to
20 avoid having to do supplemental briefing on this.
21      SPECIAL MASTER TENNER:  Great.
22      I am always in favor of meeting and conferring
23 if you think it will be productive.  But, ultimately, at
24 the end of the meet and confer what I'm going to be
25 looking for is for you to provide me a briefing that

**Page 99**

1  says these are the -- these are the categories of what
2  we're -- where we have a dispute, and here is
3  plaintiffs' argument on why it is and here is
4  defendants' argument on why it is not or -- or vice
5  versa.
6       MR. ROTHSTEIN:  Sure.
7       MR. ROBBINS:  And, Mr. Tenner, I actually share
8  Mr. Rothstein's statement.  We have had productive
9  conversations on this.  I am happy to have another.
10      But just so I make sure I understand your
11 expectations correctly, we'll meet and confer again.  To
12 the extent that we have concluded.  We are simply at an
13 impasse, we should brief the issue for you.  And then
14 once you obtain -- receive the parties' briefing,
15 you'll -- you'll let us know whether you believe
16 argument would be helpful or if you are comfortable
17 ruling on the submissions.
18      SPECIAL MASTER TENNER:  Sure.
19      And so let's put some time -- some deadlines on
20 those two things.  Obviously, the meet and confer, do
21 whatever it is you want to do.
22      But the briefing of whatever the disputes are,
23 what is a reasonable deadline for that?
24      MR. ROBBINS:  Off the top of my head, perhaps
25 two weeks from today?

**Page 100**

1       SPECIAL MASTER TENNER:  Mr. Rothstein?
2       MR. ROTHSTEIN:  That -- that is fine, yeah.
3  Two weeks from today is fine.
4       And if -- and if it would be easier for
5  everyone else, we would be happy to do a sort of -- just
6  say in two weeks we'll submit a written doc- -- a joint
7  document -- to be clear, a joint document on which
8  Mr. Robbins and I have corresponded prior to sending it
9  to the special master so that to the extent there is
10 argument in there, the argument is not two ships passing
11 in the night.
12      We will -- and if there is nothing -- if there
13 is no dispute remaining, then we can submit a short
14 statement or an e-mail notifying you that there -- that
15 there is nothing to be decided.
16      SPECIAL MASTER TENNER:  Great.
17      And yeah.  I just want to emphasize again,
18 Mr. Rothstein, I could tell by the look in your eyes
19 that you understand for these joint briefings, it is
20 really important to me that this be an effort where, you
21 know, you all do a first draft of what -- of what the
22 disputes and the positions are and then each of you look
23 at those positions and say, oh, okay.  Well, we agree
24 with that; so let's take that out.  And we agree with
25 that; so let's take that out.  This is really the core

**Page 101**

1  of what it is that we need to decide so that everybody
2  is in this agreement over what it is I need to decide
3  and what the arguments are on each side for that
4  dispute.  And that is a back-and-forth process before it
5  gets to me.
6       MR. ROBBINS:  Mr. Tenner, can I -- can
7  I propose -- and, obviously, it is for your
8  consideration and also for -- for my adversary's
9  consideration.  It is today we have obviously all been
10 restricting ourselves to one paragraph of our
11 submission; so to make it more productive as you
12 envision, could we, perhaps, change it so that each side
13 will -- will share with each other its paragraph
14 submission, like you have been seeing, and we can -- we
15 can talk -- Mr. Rothstein and I can talk about how far
16 in advance of the ultimate submission to you that is?
17 And then he probably gets second paragraph where he
18 responds.
19      SPECIAL MASTER TENNER:  No.  No.  No.  No.  No
20 paragraphs at all.  Take as much time and space as you
21 need.
22      MR. ROBBINS:  Okay.
23      SPECIAL MASTER TENNER:  Okay.  But for this,
24 I know what the issue is, you know, and so take as --
25 take as many pages as you feel you both need to inform

```
 1  to decide anything as a result of the briefing.  Let's
 2  do that on Friday, the 26th.
 3       Does that work?
 4       MR. ROTHSTEIN:  Yes.
 5       MR. ROBBINS:  Yes.
 6       MR. ROTHSTEIN:  So is that -- just to be clear,
 7  would that encapsulate any joint status report on the
 8  dedesignation issue?
 9       SPECIAL MASTER TENNER:  It depends on what
10  you -- what you tell me --
11       MR. ROTHSTEIN:  Okay.
12       SPECIAL MASTER TENNER:  -- two weeks from now.
13  But if you tell me in pretty clear terms, you know, this
14  is what you need to decide, here are the party's
15  positions, then just on the joint status report include
16  that as an item.
17       MR. ROBBINS:  Got it.
18       MR. ROTHSTEIN:  Got it.
19       So the 22nd would be the deadline for the
20  parties submissions on the dedesignation?
21       SPECIAL MASTER TENNER:  Exactly.
22       MR. ROTHSTEIN:  Understood.
23       SPECIAL MASTER TENNER:  All right.  Anything
24  else?
25       MR. ROBBINS:  I don't think so from defendants.
                                                  Page 106
```

```
 1       MR. ROTHSTEIN:  I don't think so from
 2  plaintiffs, Mr. Tenner.
 3       SPECIAL MASTER TENNER:  All right.  I look
 4  forward to figuring out whether in anticipation of
 5  litigation means just a contemplation of litigation or
 6  whether it means imminent litigation, but I will figure
 7  that out, and hopefully before the next status
 8  conference.
 9       All right.  Thank you all very much, and we'll
10  see you then.
11       THE REPORTER:  For plaintiffs, do you want
12  a copy of this?
13       MR. ROTHSTEIN:  Yes, we do.
14       THE REPORTER:  And Mr. Robbins?
15       MR. ROBBINS:  Defendants will also take a copy
16  of the transcript, also on your standard delivery time.
17  (12:46 p.m.)
18
19
20
21
22
23
24
25
                                                  Page 107
```

```
 1  STATE OF CALIFORNIA.  )
                         ) ss.
 2  COUNTY OF KERN       )
 3
 4
 5       I, B. Suzanne Hull, a Certified Shorthand
 6  Reporter for the State of California, hereby certify
 7  that I was present remotely via Zoom virtual technology
 8  and reported in stenotypy all the proceedings in the
 9  foregoing-entitled matter; and I further certify
10  that the foregoing is a full, true, and correct
11  statement of such proceedings and a full, true, and
12  correct transcript of my stenotype notes thereof.
13       Dated this 10th day of March, 2021, at
14  Bakersfield, California.
15
16
17
                    [signature]
18       B. Suzanne Hull, CSR No. 13495
19
20
21
22
23
24
25
                                                  Page 108
```

28 (Pages 106 - 108)