IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES RAISED AT MAY 20, 2021 STATUS CONFERENCE**

---

At the May 20, 2021 status conference, the Parties raised six discovery disputes. The disputes are set forth in the Parties' Joint Status Report, filed May 17, 2021. [Dkt. 412] At the May 20, 2021 status conference, Mr. Yu, Ms. Joyce, Mr. Rothstein, and Mr. Bialecki appeared on behalf of the Plaintiffs. Mr. Robbins and Mr. Johnson appeared on behalf of the Defendants. The status conferences were recorded by a court reporter, who will prepare a transcript. At the status conference, counsel stipulated that the transcript will serve as the record of my orders and the reasoning for those orders and that this Order will simply summarize my rulings.

Pursuant to the Parties' Joint Status Report, the arguments of counsel at the status conferences, and being otherwise fully advised, the Court finds and orders as follows:

1

I.      Request for Admission No. 38 to SRSA

SRSA's objections were OVERRULED. SRSA shall provide amended responses to the Request within 14 days of the date of this Order.

II.     Request for Admission No. 41 to SRSA

SRSA's objection that the Request is vague and ambiguous was SUSTAINED. The qualification contained in SRSA's response was made in good faith and in compliance with F.R.Civ.P. 36(a)(4). No further response is required.

III.    Request for Admission No. 42 to SRSA

SRSA's objection that the Request is vague and ambiguous was SUSTAINED. The qualification contained in SRSA's response was made in good faith and in compliance with F.R.Civ.P. 36(a)(4). No further response is required.

IV.     Request for Admission No. 45 to SRSA

SRSA's objections were OVERRULED. SRSA's qualified response does not fairly respond to the substance of the Request. SRSA shall provide an amended response to the Request within 14 days of the date of this Order.

V.      Kivu Subpoena

The Court retains jurisdiction to rule on the Motion to Quash [Dkt. 360]. Defendants may file a supplement to the pending dispute concerning the newly discovered Lovell Minnick sale disclosure, not to exceed 5 double-spaced pages, within 7 days of the date of this Order. Plaintiffs may file their Response, not to exceed 5 double-spaced pages, within 7 days of service of the Supplement.

VI.     Dennis Miller subpoena

Plaintiffs' request for an order that Defendants work in good faith to schedule the

deposition of Mr. Miller, a Canadian citizen, was DENIED.

Dated:  May 20, 2021               BY THE COURT

_____
David M. Tenner, Special Master

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES RAISED AT MAY 20, 2021 STATUS CONFERENCES** was electronically filed with the Clerk of the Court using the CM/ECF system on this 20th day of May, 2021, which will send notification of such filing to the following parties:

   Warren A. Braunig  wbraunig@keker.com
   Michelle S. Ybarra  mybarra@keker.com
   Benjamin D. Rothstein  brothstein@keker.com
   Katie Lynn Joyce  kjoyce@keker.com
   Victor H. Yu  vyu@keker.com
   Puja V. Parikh  pparikh@keker.com
   KEKER, VAN NEST & PETERS LLP
   633 Battery Street
   San Francisco, CA 94111-1809
   Telephone: 415-391-5400
   Facsimile: 415-397-7188

   Scott R. Bialecki  sbialecki@sheridanross.com
   Matthew C. Miller  mmiller@sheridanross.com
   SHERIDAN ROSS P.C.
   1560 Broadway, Suite 1200
   Denver, Colorado 80202
   Telephone: 303 863 9700
   Facsimile: 303 863 0223
   Email: litigation@sheridanross.com

   *Attorneys for Plaintiffs*
   SRS ACQUIOM INC. and
   SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops  jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111

Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
Elizabeth P. Weissert  weisserte@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

*s/ Heather Grant*
Heather Grant

4