**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF
PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S ORDER RE: WRITTEN
DISCOVERY DISPUTES RAISED AT APRIL 21 AND APRIL 28, 2021 STATUS
CONFERENCES (ECF NO. 400)**

---

I, KATIE LYNN JOYCE, declare as follows:

1. I am licensed to practice law in the State of California and am an attorney with the law firm of Keker, Van Nest & Peters LLP, counsel for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC ("SRSA" collectively hereafter). I submit this Declaration in support of Plaintiffs' Objection to Special Master's Order Re: Written Discovery Disputes Raised at April 21 and April 28, 2021 Status Conferences (ECF No. 400). I have personal knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath.

2. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the transcript of the Remote Special Master Hearing, dated December 28, 2020.

3. Attached hereto as **Exhibit 2** is a true and correct copy of excerpts of Plaintiffs' Objections and Responses to Defendants' Second Set of Interrogatories, dated March 22, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of the rough deposition transcript of Steve Pierson, dated May 13, 2021.

5. Attached hereto as **Exhibit 4** is a true and correct copy of excerpts of the transcript of the Status Conference, dated April 21, 2021.

//
//
//
//

1

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States. Executed this 21st day of May, 2021, at San Francisco, California.

Respectfully submitted,

Dated: May 21, 2021

By:  *s/ Katie Lynn Joyce*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:      415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:     303 863 9700
Facsimile:      303 863 0223
Email:     litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

2