# EXHIBIT 1

```
              UNITED STATES DISTRICT COURT FOR
                 THE DISTRICT OF, COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC
_____

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado
limited liability company,

Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania
corporation, PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and ALEX TSARNAS, an
individual,

Defendants.
_____


               REMOTE SPECIAL MASTER HEARING

              December 28, 2020 - 11:02 a.m.


REPORTED BY:

Teresa Lynne Cardenas, RPR, CRR

APPEARING REMOTELY FROM DENVER, COLORADO
```

```
 1   have already been deposed in the case.
 2                 And so I think the parties were
 3   efficiently moving along towards a completion of
 4   discovery.  Discovery was set to close November 21st,
 5   I think.  Right before Thanksgiving in any event.
 6   Maybe November 30, I guess.  And then we agreed to
 7   extend discovery just for depositions to December 21.
 8   And then in mid-November, we received the order from
 9   Judge Crews about appointing the special discovery
10   master.
11                 So the defendants' view is that the vast
12   majority of the discovery in this case has been
13   complete.  We did agree with the plaintiffs on a new
14   schedule; and you've seen that, I believe.  And at the
15   time of the discovery order, I think there are
16   essentially four pleadings that were -- that are now
17   before you to be decided all dating back to the fall
18   of 2019.  For whatever reason, the court is busy, and
19   they just didn't get ruled on.
20                 There are certain issues that are
21   percolating.  We received the special discovery master
22   order.  There were -- I don't know, I think the
23   plaintiffs had five or six discovery issues they had
24   raised with the clerk.  We had one at the time.  I
25   think we may have one or more now.  But at this time,
```

1    you know, our view is there are a few long-pending
2    motions that you have been asked to address by the
3    court.  And then there's going to be a few more
4    discovery issues between the parties.
5              In our view, they are relatively narrow
6    issues.  They don't have a huge bearing on the case.
7    It's true that Judge Domenico did issue a discovery
8    order recently that required the defendants to
9    supplement a couple interrogatory responses, which we
10   are very close to doing.  But by and large, if you
11   have a chance to look at the two discovery orders in
12   the case, one from Judge Crews and one from
13   Judge Domenico, I think you'll see that the court
14   views, you know, this case in a way that we do, which
15   is discovery is not completely overbroad, and it needs
16   to be narrowed and tailored to the issues that are in
17   the case.
18             So I think in terms of today, I really --
19   as you said at the outset, I don't think it's
20   productive for us to debate the facts of what the
21   parties allege happened; but I do think it's
22   productive to talk about what may be coming, headed
23   your way.
24             There are a number of discovery issues.
25   I think we could set a briefing schedule.  And our

```
 1
 2                      REPORTER'S CERTIFICATE

 3    STATE OF COLORADO          )
                                 ) ss.
 4    CITY AND COUNTY OF DENVER  )

 5               I, TERESA L. CARDENAS, Registered
      Professional Reporter, Certified Realtime Reporter,
 6    and Notary Public ID 19994013288, State of Colorado,
      do hereby certify that the within proceedings were
 7    taken in machine shorthand by me remotely and was
      thereafter reduced to typewritten form; that the
 8    foregoing is a true transcript of the proceedings had.

 9               I further certify that I am not employed
      by, related to, nor counsel for any of the parties
10    herein, nor otherwise interested in the outcome of
      this litigation.
11
                 IN WITNESS WHEREOF, I have affixed my
12    signature this 4th day of  December,
      2020.
13
                 My commission expires May 24, 2023.
14

15    _____ Reading and Signing was requested.

16    _____ Reading and Signing was waived.

17    __x__ Reading and Signing was not required.

18
                       [signature: Teresa Lynne Cardenas]
19                     _____
                       TERESA L. CARDENAS, RPR, CRR
20                     Registered Professional Reporter
                       Certified Realtime Reporter
21
22
23
24
25
```