# EXHIBIT 4

```
 1                IN THE UNITED STATES DISTRICT COURT
 2                   FOR THE DISTRICT OF COLORADO
 3                         _____
 4
          SRS ACQUIOM, INC., a         )
 5        Delaware corporation, and    )
          SHAREHOLDER REPRESENTATIVE   )
 6        SERVICES LLC, a Colorado     )
          limited liability company,   )Case No.
 7                                     )19-cv-02005-DDD-SKC
                      Plaintiffs,      )
 8                                     )
                 vs.                   )
 9                                     )
          PNC FINANCIAL SERVICES       )
10        GROUP, INC., a               )
          Pennsylvania corporation,    )
11        PNC BANK, N.A., a national   )
          association, HEATHER         )
12        KELLY, an individual, and    )
          ALEX TSARNAS, an             )
13        individual,                  )
                                       )
14                    Defendants.      )
15
16
17
18            REMOTE VIDEOTAPED STATUS CONFERENCE
19                  Wednesday, April 21, 2021
20                      Denver, Colorado
21
22
23
24
25      Reported by:  B. Suzanne Hull, CSR No. 13495
```

Page 1

```
 1   a financial stake in the outcome of the case is not
 2   necessarily something that is discoverable, let alone
 3   something that goes to the jury, given how
 4   prejudicial it could be to that witness' testimony.
 5             SPECIAL MASTER TENNER:  So I can understand
 6   that --
 7             MR. ROTHSTEIN:  Especially if -- sure.
 8             SPECIAL MASTER TENNER:  If this is -- you
 9   can refresh my recollection because somebody threw
10   out the figure earlier, you know, that the damages
11   expert in this case puts the damages at what?
12   Like --
13             MR. ROTHSTEIN:  There --
14             SPECIAL MASTER TENNER:  -- 100-and-something
15   million.
16             MR. ROTHSTEIN:  There are different
17   estimates, but that's -- that's, I think, the
18   uppermost estimate in our most recently served
19   report.
20             SPECIAL MASTER TENNER:  Oh, so if Mr. Koenig
21   has a .25 shareholding interest in the company, that
22   is one thing.  If he has a 25 percent share holding
23   interest in the company, that is something quite
24   different.  And, you know, if this was a $100,000
25   case it wouldn't matter, but if it is a $150 million
```

Page 88

```
 1    case and Mr. Koenig is a 25 percent shareholder of
 2    SRS -- I hate math, and I'm not going to do the
 3    math -- but that is a lot of money.
 4              MR. ROTHSTEIN:  Well --
 5              SPECIAL MASTER TENNER:  And so -- so why
 6    wouldn't the jury hear that?
 7              MR. ROTHSTEIN:  Because -- for two
 8    reasons -- for -- for many reasons.
 9              I -- and I just have to disagree with --
10    with you, Mr. Tenner, because, first of all, it is
11    not clear to me, and I'm not sure it is true, that
12    whatever Mr. Koenig's percentage ownership in SRSA is
13    that he just gets that percentage of whatever
14    recovery SRSA receives in connection with this
15    lawsuit.  That -- that is point number one.
16              Point number two is whether and to what
17    extent that would impact the veracity of his
18    testimony in this case has as much or more to do with
19    his overall personal financial situation than it does
20    the amount of money that could be at issue in this
21    lawsuit.
22              So if -- if Mr. Koenig is both $2 billion,
23    then it wouldn't really matter whether he gets
24    25 percent of $140 million.  If Mr. Koenig is
25    massively in debt, then even if there was only
```

Page 89

```
 1                MS. WEISSERT:  Right.  Exactly.
 2                As SRS counsel has recognized, Paul Koenig
 3     is the founder and CEO of the company, and he does
 4     have a financial interest in the outcome of this
 5     litigation, and that is relevant to the case.
 6                SRSA objected originally to this request, as
 7     you noted, but then provided the answer that
 8     Paul Koenig is a stockholder of SRSA.  But this
 9     response is insufficient.
10                As founder and CEO, Koenig is no ordinary
11     stockholder in SRS.  As you noted, this -- this
12     information that we are seeking goes to his
13     credibility.  SRSA has made him a key witness in the
14     case.  He verified the complaint and amended
15     complaint filed in 2019.  He has twice served as
16     corporate designee, submitted two sworn declarations
17     in support of SRSA's motion for preliminary
18     injunction and another sworn declaration in
19     opposition to summary judgment.  He also testified at
20     the preliminary injunction hearing.
21                So Mr. Koenig has not shied away from
22     involvement in this case.  He is the key witness that
23     has been presented over and over by SRS.
24                And their responses acknowledge that he has
25     a financial interest in the outcome of this
```

Page 92

1   litigation as a stakeholder of SRS.  We are entitled
2   to explore the extent of that financial interest,
3   given that the recovery by SRS would ultimately
4   benefit Mr. Koenig in proportion to his shareholder
5   ownership.  We are entitled to know the extent to
6   which he stands to personally profit from the
7   litigation.  How many shares or what percentage of
8   shares in SRS does Mr. Koenig own?
9           As we noted, SRS recently submitted
10  a revised expert report seeking upwards of
11  $150 million in damages.  If SRS recovers that amount
12  from PNC, how much will Mr. Koenig personally
13  benefit?
14          And SRS has argued in the submission and
15  just now that this discovery is irrelevant, citing
16  GeoMetWatch for the argument that discovery of
17  a litigation funding agreement was far afield from
18  the trade secret issues in the case.  The materials
19  being sought in that case were vastly broader than
20  a single interrogatory to a party relating to
21  a single witness.  The case actually involves
22  subpoenas on eight separate third-party entities, and
23  the Court's finding denying that discovery rested on
24  proportionality.  Here SRSA has actually made similar
25  requests on PNC, and this dispute involves one

Page 93

```
1    STATE OF CALIFORNIA.         )
                                  )  ss.
2    COUNTY OF KERN               )

3

4

5           I, B. Suzanne Hull, a Certified Shorthand
6    Reporter for the State of California, hereby certify
7    that I was present remotely via Zoom virtual
8    technology and reported in stenotypy all the
9    proceedings in the foregoing-entitled matter; and
10   I further certify that the foregoing is a full, true,
11   and correct statement of such proceedings and a full,
12   true, and correct transcript of my stenotype notes
13   thereof.
14           Dated this 29th day of April, 2021, at
15   Bakersfield, California.
```

*[Signature: B. Suzanne Hull]*

B. Suzanne Hull, CSR No. 13495

Page 135