# Defendant's Exhibit 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

       Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

       Defendants.

**PLAINTIFFS' AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS'
INTERROGATORIES 22 AND 29**

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 22:**

Identify the date(s) of any litigation hold(s) instituted by SRSA relating to the Action, the claims raised therein, Kelly, or Tsarnas.

**AMENDED RESPONSE TO INTERROGATORY NO. 22:**

SRSA provided instructions to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas, on various dates in January 2018, various dates in March 2018, and on May 7, 2019, January 28, 2021, and March 31, 2021.

**INTERROGATORY NO. 29:**

For each M&A Transaction for which SRSA seeks to disgorge the profits of Defendants, state all facts supporting the contention that SRSA would have otherwise been engaged on the Transaction but for Defendants' alleged misconduct, including the specific services you contend SRSA would have been engaged to provide and the facts supporting same.

**AMENDED RESPONSE TO INTERROGATORY NO. 29:**

In light of the Special Master's ruling (ECF No. 400), and for purposes of seeking to disgorge Defendants' profits as unjust enrichment, SRSA responds that it does not contend that SRSA would have otherwise been engaged on the Transactions but for Defendants' misconduct. To be entitled to the disgorgement of Defendants' profits as unjust enrichment, the law does not require SRSA to establish that it would have otherwise been engaged on the Transactions. *See, e.g., Cartel Asset Mgmt. v. Ocwen Fin. Corp.*, 249 F. App'x 63, 73-76 (10th Cir. 2007); *Johns Manville Corp. v. Knauf Insulation, LLC*, No. 15-cv-00531-RBJ-KLM, 2017 WL 4222621, at *5, 9, 11 (D. Colo. Sept. 22, 2017); *Glynn v. Impact Sci. & Tech., Inc.*, 807 F. Supp. 2d 391, 433-

1

34 (D. Md. 2011).  If SRSA were able to establish that it would have otherwise been engaged on the Transactions but for Defendants' misconduct, then SRSA would claim the damages under a "lost profits" theory (*i.e.*, seeking to recover its own lost profits).  Indeed, SRSA currently claims lost profits for approximately 54 Transactions.  *See, e.g.*, SRSA's Responses to PNC Financial's Interrogatories Nos. 1-4, 9, 17, 18, 20, 27, 28, and 30; Expert Report of Greg Regan (Sept. 25, 2020); Corrected Supplemental Expert Report of Greg Regan (Apr. 27, 2021).  To the extent SRSA separately seeks to disgorge Defendants' profits as unjust enrichment for those 54 Transactions, SRSA's claim of unjust enrichment is an alternative damages theory that does not rely on a contention that SRSA would have otherwise been engaged on the Transactions but for Defendants' misconduct.

Respectfully submitted,

Dated: May 14, 2021

By:   s/ *Warren A. Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*

KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:	415-391-5400
Facsimile:	415-397-7188

1689984

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Matthew C. Miller
*mmiller@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:	303 863 9700
Facsimile:	303 863 0223
Email:	*litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

3

1689984

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **May 14, 2021**, I served the following document(s):

**PLAINTIFFS' AMENDED RESPONSES AND OBJECTIONS TO DEFENDANTS' INTERROGATORIES 22 AND 29**

☑  by **E-MAIL VIA PDF FILE**, per the parties' electronic service agreement, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| James Forrest Bennett<br>Jeffrey R. Hoops<br>Dowd Bennett LLP St. Louis<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>Telephone:  314.889.7300<br>Facsimile:   314.863.2111<br>Jbennett@dowdbennett.com<br>jhoops@dowdbennett.com | Attorneys for Defendants |
| Matthew E. Johnson<br>Dowd Bennett LLP Denver<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>Telephone:  303.353.4361<br>Facsimile:   314.863.2111<br>mjohnson@dowdbennett.com | Attorneys for Defendants |
| Hara K. Jacobs<br>Noah A. Robbins<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Tel 215.665.8500<br>Fax 215.864.8999<br>jacobsh@ballardspahr.com<br>robbinsn@ballardspahr.com<br>ballardpnclitteam@ballardspahr.com | Attorneys for Defendants |

1

1335310

| | |
|---|---|
| Matthew C. Miller<br>Scott R. Bialecki<br>SHERIDAN ROSS, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>sheridan-srs@sheridanross.com | Attorneys for Plaintiffs |

Executed on May 14, 2021, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Katie Lynn Joyce*

Katie Lynn Joyce

2

1335310

## **VERIFICATION**

I, Sean Arend, am authorized to make this verification for and on behalf of Plaintiff SRS Acquiom Inc. ("SRS"). I am General Counsel, Chief Compliance Officer and Managing Director at SRS. I have read SRS's May 14, 2021 Amended Responses and Objections to Defendants' Interrogatory No. 22, and all of the information contained therein is true and correct to the best of my recollection, knowledge, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 27, 2021 in Denver, Colorado.

_____

Sean Arend

1695665

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **May 27, 2021**, I served the following document(s):

- **VERIFICATION OF PLAINTIFFS' AMENDED RESPONSE TO DEFENDANTS' INTERROGATORY No. 22**

☑ by **E-MAIL VIA PDF FILE**, per the parties' electronic service agreement, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| James Forrest Bennett<br>Jeffrey R. Hoops<br>Dowd Bennett LLP St. Louis<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>Telephone:  314.889.7300<br>Facsimile:  314.863.2111<br>Jbennett@dowdbennett.com<br>jhoops@dowdbennett.com | Attorneys for Defendants |
| Matthew E. Johnson<br>Dowd Bennett LLP Denver<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>Telephone:  303.353.4361<br>Facsimile:  314.863.2111<br>mjohnson@dowdbennett.com | Attorneys for Defendants |
| Hara K. Jacobs<br>Noah A. Robbins<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Tel 215.665.8500<br>Fax 215.864.8999<br>jacobsh@ballardspahr.com<br>robbinsn@ballardspahr.com<br>ballardpnclitteam@ballardspahr.com | Attorneys for Defendants |

1692737

| | |
|---|---|
| Matthew C. Miller<br>Scott R. Bialecki<br>SHERIDAN ROSS, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>sheridan-srs@sheridanross.com | Attorneys for Plaintiffs |

Executed on May 27, 2021 in Gig Harbor, Washington.

I declare under penalty of perjury that the above is true and correct.

_____
Victor H. Yu

12

1692737