IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.LCIVR 7.2**

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time for SRSA to file Motions to Restrict pursuant to D.C.COLO.L.CivR 7.2 over the Joint Status Report in Advance of May 20, 2021 Status Conference with exhibits (ECF Nos. 412 and 412-1 through 412-11) and Exhibits 2 and 3 to the Declaration of Katie Lynn Joyce in Support of Plaintiffs' Objection to Special Master's Order Re: Written Discovery Disputes Raised at April 21 and April 28, 2021 Status Conferences (ECF Nos. 416 and 416-1).

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.LCivR 7.1, counsel for SRSA communicated with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex

Tsarnas (collectively "Defendants"), who indicated that Defendants do not oppose the requested extension of time.

## MOTION

1. The Parties filed their Joint Status Report in Advance of May 20, 2021 Status Conference with exhibits on May 17, 2021. (ECF Nos. 412 and 412-1 through 412-11) The Joint Status Report and exhibits were filed as Restricted Level 1 because they contain information designated by the Parties as either Highly Confidential – Attorneys' Eyes Only or Confidential pursuant to the Stipulated Protective Order (ECF No. 40).

2. SRSA filed an Objection to Special Master's Order Re: Written Discovery Disputes Raised at April 21 and April 28, 2021 Status Conferences on May 21, 2021. (ECF No. 414.) The Objection was supported by the Declaration of Katie Lynn Joyce and Exhibits 1-4. (ECF No. 415.) Exhibits 2 and 3 (ECF Nos. 416 and 416-1) were filed as Restricted Level 1 because they contain information designated by the Parties as either Highly Confidential – Attorneys' Eyes Only or Confidential pursuant to the Stipulated Protective Order (ECF No. 40).

3. Pursuant to D.C.COLO.L.CivR 7.2(e), a document filed as restricted may lose its restriction unless a motion to restrict is filed within 14 days. Therefore, a motion to maintain restriction over these documents is currently due June 1, 2021 (for ECF Nos. 412 and 412-1 through 412-11) and June 4, 2021 (for ECF Nos. 416 and 416-1).

4. SRSA requires additional time to assess the materials, to meet and confer with Defendants, and file its motion to maintain restriction. SRSA seeks a seven-day extension of time for ECF Nos. 412 and 412-1 through 412-11, and a four-day extension of time for ECF Nos. 416

and 416-1, up to and including June 8, 2021, to accomplish this. Due to the unopposed nature of this request, no party will be prejudiced by the requested relief.

5. This is the first request for an extension of time to file a motion to restrict over these materials.

WHEREFORE, SRSA respectfully requests that the Court grant an extension up to and including June 8, 2021, for SRSA to file a Motion to Restrict over filings ECF Nos. 412 and 412-1 through 412-11, and 416 and 416-1.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 28, 2021 | By: s/ Matthew C. Miller |

SHERIDAN ROSS P.C.
Scott R. Bialecki
  sbialecki@sheridanross.com
Matthew C. Miller
  mmiller@sheridanross.com
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile: 303-863-0223
Email: litigation@sheridanross.com

Warren A. Braunig
  wbraunig@keker.com
Michelle S. Ybarra
  mybarra@keker.com
Benjamin D. Rothstein
  brothstein@keker.com
Katie Lynn Joyce
  kjoyce@keker.com
Victor H. Yu
  vyu@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

**Compliance With D.C.COLO.LCivR 6.1**

Plaintiffs' counsel is contemporaneously serving their client with a copy of this Motion.