**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED**
**MATERIAL UNDER D.C.COLO.LCIVR 7.2**

---

THE COURT, having reviewed ECF No. 422, the Plaintiffs' Unopposed Motion for Extension of Time to Seek Restriction of Designated Material under D.C.COLO.LCivR 7.2, and for good cause shown, hereby ORDERS that the Motion is GRANTED.  ECF Nos. 412 (and supporting exhibits 412-1 through 412-11), 416, and 416-1, currently filed as Restricted Level 1, shall continue to maintain their Restricted Level 1 status until June 8, 2021, thereby providing the designating party time to file the requisite Motion to Restrict for its materials.

    DONE AND ORDERED this _____ day of May, 2021.

                                                         BY THE COURT:

                                                         United States District Judge