IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability
company,

       Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

       Defendants.

---

**SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTE RAISED AT JUNE 8, 2021
STATUS CONFERENCE**

---

At the June 8, 2021 status conference (previously scheduled for June 1, 2021), the Parties raised one dispute.  The dispute is set forth in the Parties' Joint Status Report, filed May 27, 2021. [Dkt. 420]  At the June 8, 2021 status conference, Mr. Yu, Mr. Rothstein, and Mr. Bialecki appeared on behalf of the Plaintiffs.  Ms. Jacobs and Mr. Johnson appeared on behalf of the Defendants.  The status conference was recorded by a court reporter, who will prepare a transcript.

Pursuant to the Parties' Joint Status Report, the arguments of counsel at the status conferences, and being otherwise fully advised, the Court finds and orders as follows:

I.    <u>Interrogatory No. 22 to SRSA</u>

This interrogatory asks SRSA to identify the dates of any litigation holds instituted by SRSA relating to the Action, Ms. Kelly, or Mr. Tsarnas.  I overruled SRSA's objection

to the interrogatory [Dkt. 400] and SRSA responded:  "SRSA provided instructions to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas, on various dates in January 2018, various dates in March 2018, and on May 7, 2019,  January 28, 2021 and March 31, 2021."

Defendants argue that the response does not use the phrase "litigation hold", instead using its own definition of "provided instructions to hold and preserve documents". I find SRSA's description to be a reasonable one that fairly meets the interrogatory.  The interrogatory does not define the term "litigation hold", so SRSA has simply provided its own definition to make clear what it understands the undefined term to mean.  SRSA's definition is a reasonable interpretation of the term.   Because SRSA sufficiently responded to the interrogatory, no further response is required.

Defendants next argue that the phrase "various dates in January 2018" and "various dates in March 2018" is not sufficiently specific.  At the hearing, counsel for SRSA explained that the "various dates" language was used because the holds were made verbally and because the people who verbally issued the holds could not remember exact dates.  Having considered the arguments of counsel, I will permit Defendants to issue a supplemental interrogatory, on or before June 14, 2021, limited to identification of the people who promulgated the verbal holds, the recipients of the verbal holds, and best approximation of the dates of the verbal holds.  SRSA shall respond to the supplemental interrogatory no later than June 21, 2021.

An additional issue concerning a deposition was raised shortly before the conference, but no ruling was made at the conference concerning that issue.

Dated:  June 8, 2021                      BY THE COURT

_____
David M. Tenner, Special Master

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **SPECIAL MASTER'S ORDER RE: DISCOVERY DISPUTES RAISED AT JUNE 8, 2021 STATUS CONFERENCES** was electronically filed with the Clerk of the Court using the CM/ECF system on this 8th day of June, 2021, which will send notification of such filing to the following parties:

Warren A. Braunig  wbraunig@keker.com
Michelle S. Ybarra  mybarra@keker.com
Benjamin D. Rothstein  brothstein@keker.com
Katie Lynn Joyce  kjoyce@keker.com
Victor H. Yu  vyu@keker.com
Puja V. Parikh  pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki  sbialecki@sheridanross.com
Matthew C. Miller  mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com

3

Jeffrey R. Hoops jhoops@dowdbennett.com
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111

Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
Elizabeth P. Weissert  weisserte@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

s/ *Heather Grant*
Heather Grant