**EXHIBIT A TO PLAINTIFFS' MOTION TO RESTRICT JOINT STATUS REPORT AND EXHIBITS**

| Document | Row Number | Portion to be Restricted |
|---|---|---|
| ECF 412 (Joint Status Report) | 1 | ECF Page 1, text between <Admit that> and <With the removal> |
| | 2 | ECF Page 2, text between <everyday words> and <*Bigfoot*> |
| | 3 | ECF Pages 3-4, text between <isolation.> and <*See, e.g., White*> |
| | 4 | ECF Page 4, text between <beside the point.> and <PNC's request for a further response> |
| | 5 | ECF Page 4, footnote 1 |
| | 6 | ECF Pages 6-7, text between <SRSA has asserted its proprietary pricing strategy as a trade secret> and <In response, after objecting> |

| Document | Row Number | Portion to be Restricted |
|---|---|---|
| | 7 | ECF Page 7, text between <have changed.> and <Because SRSA's pricing strategy has not> |
| | 8 | ECF Page 8, text between <Escrow Services."> and <It similarly cannot be disputed> |
| | 9 | ECF Page 9, text between <meet and confer requirement.> and <SRSA should be compelled> |
| | 10 | ECF Page 10, text between <discount limits.> and <Now, while Defendants> |
| | 11 | ECF Page 13, text between <saved for the jury.> and end of page |
| | 12 | ECF Pages 14-19, entirety |
| | 13 | ECF Page 20, from top of page to <VI. DENNIS MILLER> |
| ECF 412-1 (Defendants' Ex. 1) | 14 | Entirety |
| ECF 412-2 (Defendants' Ex. 2) | 15 | Entirety |
| ECF 412-3 (Defendants' Ex. 3) | 16 | Entirety |

| Document | Row Number | Portion to be Restricted |
|---|---|---|
| ECF 412-4 (Defendants' Ex. 4) | 17 | Entirety |
| ECF 412-5 (Defendants' Ex. 5) | 18 | Entirety |
| ECF 412-6 (Defendants' Ex. 6) | 19 | Entirety |
| ECF 412-8 (Defendants' Ex. 8) | 20 | Entirety |
| ECF 412-9 (Plaintiffs' Ex. 9) | 21 | ECF Page 6, Footnote 2 |
| | 22 | ECF Page 7, Footnote 3 |
| | 23 | On ECF page 9, text between <See, e.g.,> and <SRS employs> |
| | 24 | On ECF page 9, text between <According to the response,> and <This is precisely> |
| | 25 | On ECF page 12, all text that precedes <Request for Admission No. 33> |

| Document | Row Number | Portion to be Restricted |
|---|---|---|
|  | 26 | On ECF page 12, all text between <its trade secret claim relating to> and <Nevertheless, Defendants> |
|  | 27 | On ECF page 12, all text between <merely requests> and <As virtually> |
|  | 28 | On ECF page 12, all text between <requests SRS to> and <"accurate." SRS> |
|  | 29 | On ECF page 13, all text between <on the one hand,> and <on the other hand,> |
|  | 30 | On ECF page 13, all text between <what inaccurate information> and <an amended Answer> |
| ECF 412-10 (Plaintiffs' Ex. 10) | 31 | Entirety |