**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT THE PARTIES' JOINT STATUS REPORT IN ADVANCE OF MAY 20, 2021 STATUS CONFERENCE, AND EXHIBITS THERETO (ECF NOS. 412, 412-1 TO 412-6, 412-8 TO 412-10)**

---

THE COURT, having reviewed ECF No. 426, the Plaintiffs' Unopposed Motion to Restrict the Parties' Joint Status Report in Advance of May 20, 2021 Status Conference (ECF Nos. 412, 412-1 to 412-6, and 412-8 to 412-10), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

    DONE AND ORDERED this _____ day of June, 2021.

                                          BY THE COURT:

                                          _____

                                          United States District Judge