**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT EXHIBITS TO THE DECLARATION OF KATIE LYNN JOYCE IN SUPPORT OF PLAINTIFFS' OBJECTION TO SPECIAL MASTER'S ORDER RE: WRITTEN DISCOVERY DISPUTES RAISED AT THE APRIL 21 AND APRIL 28, 2021 STATUS CONFERENCES (ECF NOS. 416 AND 416-1)**

---

THE COURT, having reviewed ECF No. __, the Plaintiffs' Unopposed Motion to Restrict Exhibits to the Declaration of Katie Lynn Joyce in support of Plaintiffs' Objection to Special Master's Order Re: Written Discovery Disputes Raised at the April 21 and April 28, 2021 Status Conferences (ECF Nos. 416 and 416-1), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of June, 2021.

BY THE COURT:

_____
United States District Judge