# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DEFENDANTS' SUPPLEMENT REGARDING KIVU SUBPOENA DISPUTE AND EXHIBITS 1, 2 AND 5 THERETO (ECF NOS. 418, 418-1, 418-2 AND 418-5)

THE COURT, having reviewed ECF No. __, the Plaintiffs' Unopposed Motion to Restrict Defendants' Supplement Regarding Kivu Subpoena Dispute and Exhibits 1, 2 and 5 thereto (ECF Nos. 418, 418-1, 418-2, and 418-5), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of June, 2021.

                                                    BY THE COURT:

                                                    United States District Judge