**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**JOINT MOTION FOR EXTENSION OF TIME TO (1) COMPLY WITH MINUTE ORDER RE: MODIFICATIONS TO THE SCHEDULING ORDER (ECF NO. 331) AND (2) COMPLY WITH ORDER ADDRESSING VARIOUS OBJECTIONS TO SPECIAL MASTER ORDERS (ECF NO. 441)**

---

Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services LLC (collectively, "SRSA"), Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., and Defendants Heather Kelly and Alex Tsarnas (collectively "Defendants") hereby jointly move for an extension of certain deadlines set forth in the Court's December 10, 2020 Minute Order (ECF No. 331), and for an extension of deadlines set forth in the Court's June 15, 2021 Minute Order addressing various objections made to the Special Master's orders (ECF No. 441). Pursuant to D.C.COLO.LCivR 6.1(c), this Motion shall be served on all clients.

**I.     EXTENSION OF CERTAIN DEADLINES IN DECEMBER 10, 2020 MINUTE ORDER (ECF NO. 331)**

In its December 10, 2020 Minute Order, the Court ordered, *inter alia*, that Fed .R. Evid. 702 *Daubert* motions be filed by June 14, 2021 and that dispositive motions be filed by July 14, 2021. (*See* ECF No. 331.)  The parties timely filed their *Daubert* motions on June 14, 2021.  (*See* ECF Nos. 432-434.)  Responses and replies to those motions are currently due July 6 and 20, 2021, respectively.  The parties are actively engaged in winding up depositions and dealing with ongoing written discovery disputes with the Special Master.  Due to the heavy schedules on both sides, the parties request a short three (3) day extension of the *Daubert* response and reply deadlines to July 9 and 23, 2021, respectively.  For the same reasons, the parties also request that the dispositive motion deadline be extended by fourteen (14) days to July 28, 2021, with responses due September 1, 2021, and replies due September 22, 2021.

This is the third request for an extension of the deadlines set forth in the Court's December 10, 2020 Minute Order, but the first for these specific deadlines.  The parties previously requested and received a seven-day extension of the written discovery cutoff (from March 15, 2021, to March 22, 2021) and an extension to complete various depositions (to June 30, 2021). (*See* ECF. Nos. 367 and 440.) Thus, the parties respectfully request the following new deadlines:

1.    Fed. R. Evid. 702 Responses shall be filed on or before July 9, 2021;

2.    Fed. R. Evid. 702 Replies shall be filed on or before July 23, 2021;

3.    Dispositive Motions shall be filed by July 28, 2021;

4.    Dispositive Motion Responses shall be filed by September 1, 2021; and

5.    Dispositive Motion Replies shall be filed by September 22, 2021.

**II.     EXTENSION OF DEADLINES IN JUNE 15, 2021 MINUTE ORDER (ECF NO. 441)**

On June 15, 2021, the Court entered an Order on various objections lodged by the parties against discovery orders entered by the Special Master.  (*See* ECF No. 441.)  Pursuant to that Order, all parties are to provide responses to disputed discovery requests within ten (10) days, or June 25, 2021.  Again, the parties are actively engaged in winding up depositions and dealing with ongoing written discovery disputes with the Special Master, and require additional time to provide responsive materials.  Therefore, the parties request the due date to comply with the Court's June 15, 2021 Order be extended fourteen (14) days to July 9, 2021.  Both parties have obligations under the June 15, 2021 Order, thus the extension is reciprocal and neither party will be prejudiced by this request.

In addition, Defendants are still evaluating whether to object to any of the rulings in ECF No. 441, and thus they request a modest four-day extension of the deadline set in ECF No. 441 to file any objections to ECF No. 441, which is 14 days from the date the Order was issued, and that new deadline is also the timeframe in which objections are allowed to be filed under Fed. R. Civ. P. 72(a).  Plaintiffs are not opposed to this requested relief by Defendants.

This is the first request for an extension of time to comply with the June 15, 2021 Order. Thus, the parties respectfully request that the Court grant an extension of fourteen (14) days for them to comply with the Court's June 15, 2021 Minute Order (ECF No. 441), and that the Court Order that any objections to ECF No. 441 must be filed by June 29, 2021.

In light of the foregoing, and as no trial date has been set, there is good cause to grant this Motion.  As such, the parties jointly request that the Court grant this Motion in its entirety and

extend all deadlines as requested above.  For the Court's convenience, a proposed Order has

been provided herewith.

Dated: June 24, 2021                                         Respectfully submitted,

By: s/  Matthew C. Miller                              By: s/  Matthew E. Johnson
    Warren A. Braunig                                        DOWD BENNETT LLP
       *wbraunig@keker.com*                             James Forrest Bennett
    Michelle S. Ybarra                                          *jbennett@dowdbennett.com*
       *mybarra@keker.com*                               7733 Forsyth Boulevard, Suite 1410
    Benjamin D. Rothstein                                    St. Louis, MO  63105
       *brothstein@keker.com*                            Telephone:314-889-7300
    Katie Lynn Joyce                                            Facsimile: 314-863-2111
       *kjoyce@keker.com*
    Victor H. Yu                                                  DOWD BENNETT LLP
       *vyu@keker.com*                                     Matthew E. Johnson
    KEKER, VAN NEST & PETERS LLP                       *mjohnson@dowdbennett.com*
    633 Battery Street                                           1775 Sherman Street, Suite 2010
    San Francisco, CA 94111-1809                          Denver, CO  80203
    Telephone: 415-391-5400                                Telephone:303-353-4361
    Facsimile: 415-397-7188                                 Facsimile: 314-863-2111

    SHERIDAN ROSS P.C.                                       BALLARD SPAHR LLP
    Scott R. Bialecki                                            Hara K. Jacobs
       *sbialecki@sheridanross.com*                    *jacobsh@ballardspahr.com*
    Matthew C. Miller                                          Noah S. Robbins
       *mmiller@sheridanross.com*                     *robbinsn@ballardspahr.com*
    1560 Broadway, Suite 1200                             1735 Market Street, 51st Floor
    Denver, Colorado 80202                                 Philadelphia, PA  19103-7599
    Telephone: 303-863-9700                               Telephone: 215-665-8500
    Facsimile: 303-863-0223                                Facsimile: 314-863-2111
    Email:     *litigation@sheridanross.com*

                                              ATTORNEYS FOR DEFENDANTS
ATTORNEYS FOR PLAINTIFFS                           PNC FINANCIAL SERVICES GROUP,
SRS ACQUIOM INC. AND SHAREHOLDER          INC., PNC BANK, N.A., HEATHER
REPRESENTATIVE SERVICES LLC                     KELLY, AND ALEX TSARNAS

## **Compliance With Type-Volume Limitation**

      It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.