**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO (1) COMPLY WITH MINUTE ORDER RE: MODIFICATIONS TO THE SCHEDULING ORDER (ECF NO. 331) AND (2) COMPLY WITH ORDER ADDRESSING VARIOUS OBJECTIONS TO SPECIAL MASTER ORDERS (ECF NO. 441)**

---

      THE COURT, having reviewed ECF No. __, the Parties' Joint Motion for Extension of Time to (1) Comply with Minute Order re: Modifications to the Scheduling Order (ECF No. 331) and (2) Comply with Order Addressing Various Objections to Special Master Orders (ECF No. 441), and for good cause shown, hereby ORDERS that the Parties' Joint Motion is GRANTED in its entirety, and all deadlines are extended as requested therein.

      DONE AND ORDERED this _____ day of June, 2021.

                              BY THE COURT:

                              _____
                              United States District Judge