IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL WITHIN THE PARTIES' *DAUBERT* MOTIONS AND EXHIBITS

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time for SRSA to file Motions to Restrict pursuant to D.C.COLO.L.CivR 7.2 over the Parties' Fed. R. Evid. 702 *Daubert* Motions and Exhibits (ECF Nos. 432, 432-1 to 432-10, 433, 433-1 to 433-7, 434, 435, and 435-1 to 435-4).

### CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.LCivR 7.1, counsel for SRSA communicated with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants"), who indicated that Defendants do not oppose the requested extension of time.

## MOTION

1. The Parties filed their respective Fed. R. Evid. 702 *Daubert* motions on June 14, 2021. The *Daubert* motions and exhibits were filed as Restricted Level 1 because they contain information designated by the Parties as either Highly Confidential – Attorneys' Eyes Only or Confidential pursuant to the Stipulated Protective Order (ECF No. 40).

2. Pursuant to D.C.COLO.L.CivR 7.2(e), a document filed as restricted may lose its restriction unless a motion to restrict is filed within 14 days. Therefore, a motion to maintain restriction over these documents is currently due June 28, 2021.

3. Defendants filed two *Daubert* motions, with a total of 17 exhibits and nearly 870 pages. (*See* ECF Nos. 432, 432-1 to 432-10, 433, 433-1 to 433-7.) SRSA filed a single *Daubert* motion with a total of four exhibits and 193 pages. (*See* ECF Nos. 434, 435, and 435-1 to 435-4.) SRSA is in the process of assessing this large volume of materials to determine the content over which restriction will be requested, and then will have to meet and confer with Defendants and draft and file its motions to maintain restriction. SRSA requires additional time to complete these tasks given the large amount of materials to process. SRSA seeks an eight-day extension of time, up to and including July 6, 2021, to accomplish this. Due to the unopposed nature of this request, no party will be prejudiced by the requested relief.

4. This is the first request for an extension of time to file a motion to restrict over these materials.

WHEREFORE, SRSA respectfully requests that the Court grant an extension up to and including July 6, 2021, for SRSA to file a Motion to Restrict over filings ECF Nos. 432, 432-1 to 432-10, 433, 433-1 to 433-7, 434, 435, and 435-1 to 435-4.

                                                Respectfully submitted,

Dated: June 25, 2021                By: s/ Matthew C. Miller

                                                          SHERIDAN ROSS P.C.
                                                          Scott R. Bialecki
                                                              *sbialecki@sheridanross.com*
                                                          Matthew C. Miller
                                                              *mmiller@sheridanross.com*
                                                          1560 Broadway, Suite 1200
                                                          Denver, Colorado 80202
                                                          Telephone: 303-863-9700
                                                          Facsimile: 303-863-0223
                                                          Email: *litigation@sheridanross.com*

                                                          Warren A. Braunig
                                                              *wbraunig@keker.com*
                                                          Michelle S. Ybarra
                                                             *mybarra@keker.com*
                                                          Benjamin D. Rothstein
                                                             *brothstein@keker.com*
                                                          Katie Lynn Joyce
                                                            *kjoyce@keker.com*
                                                          Victor H. Yu
                                                             *vyu@keker.com*
                                                          KEKER, VAN NEST & PETERS LLP
                                                          633 Battery Street
                                                          San Francisco, CA 94111-1809
                                                          Telephone: 415-391-5400
                                                          Facsimile: 415-397-7188

                                                          ATTORNEYS FOR PLAINTIFFS
                                                          SRS ACQUIOM INC. AND SHAREHOLDER
                                                          REPRESENTATIVE SERVICES LLC

**Compliance With Type-Volume Limitation**

       It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

**Compliance With D.C.COLO.LCivR 6.1**

       Plaintiffs' counsel is contemporaneously serving their client with a copy of this Motion.

3