**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL WITHIN THE PARTIES' *DAUBERT* MOTIONS AND EXHIBITS**

---

THE COURT, having reviewed ECF No. ___, the Plaintiffs' Unopposed Motion for Extension of Time to Seek Restriction of Designated Material within the Parties' *Daubert* Motions and Exhibits, and for good cause shown, hereby ORDERS that the Motion is GRANTED. ECF Nos. 432, 432-1 to 432-10, 433, 433-1 to 433-7, 434, 435, and 435-1 to 435-4, currently filed as Restricted Level 1, shall continue to maintain their Restricted Level 1 status until July 6, 2021, thereby providing the designating party time to file the requisite Motion to Restrict.

DONE AND ORDERED this _____ day of June, 2021.

                                                  BY THE COURT:

                                                _____
                                                United States District Judge