**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF ADAM WOODWORTH AND EXHIBITS THERETO (ECF NOS. 433, 433-1 THROUGH 433-7)**

---

THE COURT, having reviewed ECF No. \_\_\_, the Plaintiffs' Unopposed Motion to Restrict Defendants' Motion to Exclude the Testimony of Adam Woodworth and Exhibits thereto (ECF Nos. 433, 433-1 through 433-7), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of July, 2021.

                                              BY THE COURT:

                                              United States District Judge