**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PLAINTIFFS' MOTION TO EXCLUDE EXPERT OPINIONS, REPORT, AND TESTIMONY OF RICHARD HARROCH, AND EXHIBITS TO THE DECLARATION OF WARREN BRAUNIG IN SUPPORT THEREOF**
**(ECF NOS. 434, 435-1, 435-2, AND 435-3)**

---

THE COURT, having reviewed ECF No. ____, the Plaintiffs' Unopposed Motion to Restrict Plaintiffs' Motion to Exclude Expert Opinions, Report, and Testimony of Richard Harroch, and Exhibits to the Declaration of Warren Braunig in support thereof (ECF Nos. 434, 435-1, 435-2, and 435-3), and for good cause shown, hereby ORDERS that the Motion is GRANTED.  The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

    DONE AND ORDERED this _____ day of July, 2021.

                                             BY THE COURT:

                                             _____
                                             United States District Judge