IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability
company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

## NOTICE OF JULY 13, 2021 HEARING WITH SPECIAL MASTER

---

PLEASE TAKE NOTICE that a hearing with the Special Master on redactions in responses to a subpoena served on third-party Lovell Minnick Partners shall take place by Zoom Meeting on Thursday, July 13, 2021 at 2:00 p.m. MT. The Special Master will provide counsel with the Zoom Meeting invitation prior to the meeting.  No arrangements have been made to transcribe or preserve the record at the meeting.  If any party wishes to have the meeting transcribed or the record preserved, it is that party's responsibility to make arrangements for transcription or other means of preserving the record.

The Parties shall submit a Joint Status Report setting forth a description of the Parties' positions concerning these issues on or before 5:00 p.m. on Friday, July 9, 2021.

Dated:  July 7, 2021                          BY THE COURT

_David M. Tenner, Special Master_

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF JULY 13, 2021 HEARING WITH SPECIAL MASTER** was electronically filed with the Clerk of the Court using the CM/ECF system on this 7th day of June, 2021, which will send notification of such filing to the following parties:

Warren A. Braunig  wbraunig@keker.com
Michelle S. Ybarra  mybarra@keker.com
Benjamin D. Rothstein  brothstein@keker.com
Katie Lynn Joyce  kjoyce@keker.com
Victor H. Yu  vyu@keker.com
Puja V. Parikh  pparikh@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki  sbialecki@sheridanross.com
Matthew C. Miller  mmiller@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

*Attorneys for Plaintiffs*
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE SERVICES LLC

James Forrest Bennett  jbennett@dowdbennett.com
Megan S. Heinz  mheinsz@dowdbennett.com
Jeffrey R. Hoops jhoops@dowdbennett.com

DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105

Matthew E. Johnson  mjohnson@dowdbennett.com
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111


Hara K. Jacobs  jacobsh@ballardspahr.com
Noah S. Robbins  robbinsn@ballardspahr.com
Elizabeth P. Weissert  weisserte@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500
Facsimile: 215-864-8999

*Attorneys for Defendants*
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and ALEX TSARNAS

And by email to:

Brett C. Painter Brett.Painter@dgslaw.com
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
*Attorneys for Third-Party*
Lovell Minnick Partners

*s/ Heather Grant*
Heather Grant