# Exhibit A

**From:** Maggie Mayo <mmayo@blackberry.com>
**Sent:** Thursday, May 13, 2021 10:35 AM
**To:** Katie Lynn Joyce
**Cc:** ACQUIOM-KVP
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

**[EXTERNAL]**

---

Hi Katie,

Nice to hear from you, and hope you are doing well.

We are not willing to volunteer Mr. Miller for a deposition, and I cannot accept a subpoena on his behalf. Mr. Miller is a Canadian citizen and a resident of the Province of Ontario. If an Ontario court orders Mr. Miller to attend a deposition, he will comply with such an order.

Sincerely,
Maggie

Maggie Mayo
Senior Director, Legal Counsel - Litigation
Office: +1 (925) 242-5663
Cell: +1 (925) 574-3524
mmayo@blackberry.com

**BlackBerry** Intelligent Security. Everywhere.

---

**From:** Katie Lynn Joyce <kjoyce@keker.com>
**Sent:** Wednesday, May 12, 2021 5:11 PM
**To:** Maggie Mayo <mmayo@blackberry.com>
**Cc:** acquiom-kvp@keker.com
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

Hi Maggie,

It has been a while since we last corresponded about the *SRS Acquiom v. PNC Financial Services Group* (No. 19-cv-02005 in D. Colo.) case. We received your production of documents last summer, and are now looking to conduct a deposition of Dennis Miller over the next few weeks. Would you be willing to make Mr. Miller available for a deposition? In addition, would you be willing to accept a subpoena on his behalf? With your agreement, we would be willing to limit Mr. Miller's deposition to no more than 3 hours on the record, and would conduct the deposition virtually (i.e., requiring no travel). Please feel free to give me a call if you would like to discuss (415-962-8806), and we would appreciate your response by tomorrow if at all possible.

Thanks,
Katie Lynn

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8806 direct | 415 391 5400 main
kjoyce@keker.com | vcard | keker.com

---

**From:** Maggie Mayo <mmayo@blackberry.com>
**Sent:** Tuesday, August 4, 2020 8:47 AM
**To:** Katie Lynn Joyce <KJoyce@keker.com>
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

**[EXTERNAL]**

---

Hi Katie,

Thank you for the further extension on our objections and production until August 12.  Confirmed that we will also be producing documents on August 12.

Thanks,
Maggie

---

**From:** Katie Lynn Joyce <kjoyce@keker.com>
**Sent:** Monday, August 3, 2020 4:44 PM
**To:** Maggie Mayo <mmayo@blackberry.com>
**Cc:** acquiom-kvp@keker.com
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

Hi Maggie,

One follow up on this – can you also please confirm that your response on August 12 will include the production of documents (and not just objections)?

Thanks,
Katie Lynn

---

**From:** Katie Lynn Joyce
**Sent:** Monday, August 3, 2020 4:20 PM
**To:** Maggie Mayo <mmayo@blackberry.com>
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

Hi Maggie,

Thanks for your work on this.  As we discussed, BlackBerry will provide objections and responses by August 12, 2020.  We look forward to receiving your objections and responses then, and please let me know if any issues arise in the meantime.

Thanks,
Katie Lynn

**From:** Maggie Mayo <mmayo@blackberry.com>
**Sent:** Monday, August 3, 2020 11:01 AM
**To:** Katie Lynn Joyce <KJoyce@keker.com>
**Cc:** ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

**[EXTERNAL]**

---

Hi Katie,

I have been working on this, but could use a little more time. Could we obtain a further extension until next Friday, August 14 for our objections and production? Happy to discuss as well.

Thanks,
Maggie

---

**From:** Maggie Mayo
**Sent:** Monday, July 20, 2020 4:15 PM
**To:** 'Katie Lynn Joyce' <kjoyce@keker.com>
**Cc:** acquiom-kvp@keker.com
**Subject:** RE: SRS v. PNC - Subpoena Response Extension

Hi Katie,

Thank you for confirming the extension until August 5 for BlackBerry's objections and production in connection with Plaintiff SRSA's subpoena. As discussed today, I'll be in touch if I anticipate any issues with production by that date.

Thank you,
Maggie

---

**From:** Katie Lynn Joyce <kjoyce@keker.com>
**Sent:** Monday, July 20, 2020 4:11 PM
**To:** Maggie Mayo <mmayo@blackberry.com>
**Cc:** acquiom-kvp@keker.com
**Subject:** SRS v. PNC - Subpoena Response Extension

Hi Maggie,

Thanks for reaching out about SRS's subpoena. A two-week extension (until August 5) for BlackBerry's production and objections is acceptable to us, but please reach out if any issues arise in the intervening period. As I mentioned, we're on a tight discovery timeline and would like to make this as efficient and productive as possible.

Thanks,
Katie Lynn

---

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111-1809
415 962 8806 direct | 415 391 5400 main
kjoyce@keker.com | vcard | keker.com

---

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.

---

This transmission (including any attachments) may contain confidential information, privileged material (including material protected by the solicitor-client or other applicable privileges), or constitute non-public information. Any use of this information by anyone other than the intended recipient is prohibited. If you have received this transmission in error, please immediately reply to the sender and delete this information from your system. Use, dissemination, distribution, or reproduction of this transmission by unintended recipients is not authorized and may be unlawful.