# Exhibit B

| | |
|---|---|
| **From:** | Warren Braunig |
| **Sent:** | Friday, May 7, 2021 6:24 PM |
| **To:** | Matthew Johnson; Katie Lynn Joyce; jbennett@dowdbennett.com; robbinsn@ballardspahr.com; jacobsh@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com |
| **Cc:** | sheridan-srs@sheridanross.com; ACQUIOM-KVP |
| **Subject:** | RE: SRSA v. PNC - Deposition of Dennis Miller |

Matt,

Just to be clear, do Defendants intend to call Mr. Miller at trial or rely on his declaration in support of a motion for summary judgment?   I just want to make sure we understand your position.

Warren

**From:** Matthew Johnson <mjohnson@dowdbennett.com>
**Sent:** Friday, May 7, 2021 6:20 PM
**To:** Katie Lynn Joyce <KJoyce@keker.com>; jbennett@dowdbennett.com; robbinsn@ballardspahr.com; jacobsh@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com
**Cc:** sheridan-srs@sheridanross.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** RE: SRSA v. PNC - Deposition of Dennis Miller

**[EXTERNAL]**

Katie Lynn:

Defendants are not in a position to coordinate an international deposition of Mr. Miller, who we understand resides in Canada.  If SRS sets the deposition of Mr. Miller prior to the close of discovery, Defendants will attend and ask questions as may be necessary, so please keep us apprised of any deposition scheduling.  As a courtesy, we understand Mr. Miller's email is demiller@blackberry.com

Regards,
Matt

Matt Johnson
303-725-5771 (Mobile)
mjohnson@dowdbennett.com

**From:** Katie Lynn Joyce <kjoyce@keker.com>
**Sent:** Friday, May 7, 2021 10:39 AM
**To:** jbennett@dowdbennett.com; mjohnson@dowdbennett.com; robbinsn@ballardspahr.com; jacobsh@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com
**Cc:** sheridan-srs@sheridanross.com; acquiom-kvp@keker.com
**Subject:** RE: SRSA v. PNC - Deposition of Dennis Miller

Counsel –

I write to follow up on my email from last week.  Can you please let us know your position?

Thanks,
Katie Lynn

**Katie Lynn Joyce**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8806 direct | 415 391 5400 main
kjoyce@keker.com | vcard | keker.com

**From:** Katie Lynn Joyce <KJoyce@keker.com>
**Sent:** Friday, April 30, 2021 2:29 PM
**To:** jbennett@dowdbennett.com; mjohnson@dowdbennett.com; robbinsn@ballardspahr.com; jacobsh@ballardspahr.com; Jeff Hoops <jhoops@dowdbennett.com>; ballardpnclitteam@ballardspahr.com
**Cc:** sheridan-srs@sheridanross.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** SRSA v. PNC - Deposition of Dennis Miller

Counsel –

We would like to depose Dennis Miller, who we understand is located in Canada.  Would you be willing to work in good faith to attempt to secure his voluntary deposition testimony, to be conducted remotely?  We understand based on BlackBerry's production of documents that you worked with Mr. Miller when preparing his declaration.  Defendants relied on Mr. Miller's declaration during both the preliminary-injunction and summary-judgment proceedings.  Given his importance to the case, we are hoping to resolve this issue cooperatively.

Thanks,
Katie Lynn

**Katie Lynn Joyce**

Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8806 direct | 415 391 5400 main
kjoyce@keker.com | vcard | keker.com