# Exhibit C

Placeholder – Intentionally Left Blank