# Exhibit D

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD

SRS ACQUIOM, a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited
liability company,

     Plaintiffs,

vs.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.
```

_____

**REPORTER'S TRANSCRIPT**
(Preliminary Injunction)

_____

Proceedings before the HONORABLE DANIEL D. DOMENICO, Judge, United States District Court for the District of Colorado, commencing at 9:05 a.m., on the 11th day of March, 2020, in Courtroom A702, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription
   Produced via Computer by Tracy Weir, 901 19th Street,
      Room A258, Denver, Colorado 80294, (303) 298-1207

1        Finally, I expect Ms. Kelly to testify about the
2   public interest, which is another factor.  Before I get into
3   what each individual witness will say, Ms. Kelly will say that
4   she started in this business when she was 18 years old
5   answering phone calls in a call center.  She's going to testify
6   that she couldn't get to college because when she was 19 she
7   had her first child; that for 12 years she went from the call
8   center to running these deals at Wells Fargo.
9        Then she'll say that she did that two more years at
10  Wilmington Trust, and she's going to describe to you how on one
11  of the deals they claim she inappropriately stole her Sales
12  Force, that that customer she closed the deal previously for
13  that customer, she had a child six weeks early, and she
14  actually closed the deal from her hospital room.
15       She has intense loyalty.  It is her whole life, and an
16  injunction would harm her.
17       Mr. Tsarnas is entitled to work as well.  PNC's
18  product is exactly what was described earlier, which is a
19  product that came into the market that's added competition.
20  It's a good product that people want.
21       There's some degree of consumer harm as well, Your
22  Honor.  I find it remarkable that in-house attorneys at
23  BlackBerry and Google both sign declarations in support of
24  Ms. Kelly.  I think these are really important for our case.
25  It is Exhibit 543, which is Mr. Kingsley's declaration.  A

1   Google lawyer signed a declaration here explaining he did not
2   go to Ms. Kelly because of some secret computer plan or other
3   service, but just because of her wonderful service.
4   BlackBerry's lawyer signed a very similar affidavit.  That's
5   Mr. Dennis Miller, which is Exhibit 539.  They explain why
6   consumers benefit from PNC's offering.
7           In terms of our evidence that we're going to offer
8   today, it's going to come in the form of our witnesses.
9   Mr. Lang is sitting back here at the table.  He's the chief
10  operating officer of the treasury management business.  He is
11  the man who decided to buy Fortis and get into this business.
12  He is going to explain why it is a great strategic fit for PNC
13  and why PNC has strategic structural advantages that give it a
14  good position in the marketplace.  He's the person who
15  assembled the team.
16          What he will explain is that he has a lot of
17  technology experience, and the amount of time it took to get
18  this business to market is not quicker than expected; that he
19  invested $5 million in it; that they used the computer
20  programming people to connect these payment functions to the
21  PNC infrastructure, and he did it with experienced people that
22  knew how to do it.
23          Mr. Lezack is in the back sitting on the far right as
24  the Court looks out.  He is going to describe how in 2011 he
25  founded Fortis, which was a shareholder representative service

1   at SRS where they identify 50 different customers.  He will say

2   that people know the pricing.  He will say that people

3   understand the business processes, and when he wanted to know

4   what SRS was offering, he could simply go on to YouTube, and in

5   YouTube -- and he has a declaration where he gives the links

6   where you can go on and watch exactly what they do when they do

7   it and they make no secret of it whatsoever.

8         Deal Dashboard is a product that SRS has described in

9   some detail.  It is on the Internet as well.  If we page down,

10  Your Honor, you can see on the screenshots they show exactly

11  what it is they will do.

12        I really look forward to presenting Ms. Kelly's

13  evidence.  Her personal story is compelling and remarkable.

14  She worked at Wells Fargo for 12 years, worked at Wilmington

15  Trust for two.  She learned this business before SRSA.  This is

16  not a case where SRSA taught her this business.

17        In fact, she will describe her recruitment, how she

18  was recruited by Mr. Vogel and Mr. Koenig and what they said to

19  her they wanted was her relationships, her customer base, her

20  knowledge of the industry, how to price this, how do you

21  develop these products.  ==She did it for 14 years.  She has==

22  ==those relationships that are so deep that lawyers at big==

23  ==companies are signing declarations for her.==

24        She has signed a contract that is really important.

25  She has no noncompete after she left.  I think the Court

```
 1   WITNESSES (Continued)
 2      ALEX TSARNAS
 3           Direct Examination By Mr. Rothstein         153
 4           Cross-Examination By Mr. Bennett            161
 5           Redirect Examination By Mr. Rothstein       171
 6      BEN LANE
 7           Direct Examination By Mr. Braunig           174
 8           Cross-Examination By Mr. Bennett            186
 9           Redirect Examination By Mr. Braunig         187
10      THOMAS LANG
11           Direct Examination By Ms. Jacobs            189
12           Cross-Examination By Ms. Ybarra             197
13      ADAM LEZACK
14           Direct Examination By Ms. Jacobs            200
15           Cross-Examination By Mr. Rothstein          219
16   CLOSING ARGUMENTS
17      By Mr. Braunig                                   233
18      By Mr. Bennett                                   261
19      Rebuttal Argument By Mr. Braunig                 290
```

20                    **REPORTER'S CERTIFICATE**

21   I certify that the foregoing is a correct transcript from

22   the record of proceedings in the above-entitled matter.  Dated

23   at Denver, Colorado, this 26th day of May, 2020.

24

25                                     *S/Tracy Weir*
                                        Tracy Weir