# Exhibit F



KINGSLEY00013

12:02

**Heather** ›

Aug 31, 2017, 10:00 PM

Hey I forgot to tell you but I'm going to be in Minneapolis this weekend.

Sep 1, 2017, 3:57 AM

Serious?! Where?

Sep 1, 2017, 7:57 AM

Uptown? Edina? You still live there?

Yep.

Ok dude we gotta hang :)

What are you doing tonight?

Tomorrow we're going to try to go to spoon something?

We are in town this weekend. Spoon something?! Lol

Yeah is that a restaurant?

iMessage

KINGSLEY00019



KINGSLEY00020

12:02 ⌁

< Heather ›

His fiancé is planning everything so I'll try to get details for tonight. I'm there all weekend and we'll go out every night though so if tonight doesn't work out we'll find something :)

Do you know a good place to rent a boat?

Lake or river?

Me and charlie are down to come out to Mpls tonight if that works

For your crew

Just to like chill and have some beers and enjoy the water.

Lake Minnetonka is closest to Edina. Otherwise there is the st, croix in hudson (where I live). Marinas in both places with boat rental.

iMessage

KINGSLEY00021

12:02

Heather ›

Lake Minnetonka is closest to Edina. Otherwise there is the st, croix in hudson (where I live). Marinas in both places with boat rental.

Our boat is in the shop so we only have the camouflage fishing boat (obviously not my selection) or I'd take you all out on the river

Damn you have two boats! Awesome!

Nothing crazy. A fishing boat and a master craft :). Not like the yachts you'll see on Minnetonka

Yo I got zero boats, so... :)

😂

Alright we're all good for

iMessage

KINGSLEY00022

12:02

Heather >

😂

Alright we're all good for tonight. Do you want to meet us after dinner for drinks?

Yes.

Perfect

Sweet. Then club or something fun.

We will probably stay down there tonight. Ya. Perfect

Sep 1, 2017, 10:51 AM

Can you meet us at 7pm for dinner at Crave? My friend's girlfriend made a reservation for all of us.

Yep. That works. Can I bring the hubby?

iMessage

KINGSLEY00023



KINGSLEY00024

12:03

< Heather >

Yes. The most damage don't even live here and they are white. It's appalling to watch them create this narrative where BLM are thugs.

It's early for you. Sorry to rant :)

No I feel the same way.

I'm in NY right now.

How's it out there

So...maybe a little crazy but I'm pretty sure I'm done with California. I'm going to need a year or two but I want to move to Minneapolis and marry a nice midwestern girl.

NY is chill. I'm in Millbrook at my dads country house.

Ok. So we clearly haven't talked in a while

iMessage

KINGSLEY00028

12:03

Heather ›

Ok. So we clearly haven't talked in a while

Hour and a half north of the city.

Yeah word.

Mandy?

She sucks. I'm done with that.

Ugh. I'm sorry. Is she at your house in CA?

Yeah 🤣 it's the worst.

I'm staying here until July 4th and hopefully she's gone by then.



iMessage

KINGSLEY00029