Exhibit 1

| | |
|---|---|
| **From:** | Robbins, Noah |
| **To:** | Ben D. Rothstein; Katie Lynn Joyce; jacobsh@ballardspahr.com; Warren Braunig |
| **Cc:** | ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com |
| **Subject:** | RE: SRS v. PNC Depositions |
| **Date:** | Tuesday, May 25, 2021 11:06:14 AM |

**[EXTERNAL]**

Thanks Ben.  I think we are comfortable in understanding the scope of the request, which was the issue that was brought before Mr. Tenner.

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Tuesday, May 25, 2021 9:54 AM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; kjoyce@keker.com; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; wbraunig@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠ **EXTERNAL**

Hi Noah,

Could you please confirm Defendants' agreement to Topic 12, as set forth in my May 13 email below? Or please let me know today if any further meet and confer is necessary. We're hoping to avoid having to raise the scope of Topic 12 in Thursday's joint statement.

Thanks,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street

San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com

---

**From:** Ben D. Rothstein
**Sent:** Thursday, May 13, 2021 10:11 AM
**To:** Robbins, Noah <robbinsn@ballardspahr.com>; Katie Lynn Joyce <KJoyce@keker.com>; jacobsh@ballardspahr.com; Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

Hi Noah,

Following up on our April 29 call regarding SRSA's Topic 12, have you had the chance to take a look at the documents I listed in the proposed Topic 12 response?

As I explained on the call, the documents listed in my April 14 proposal are the documents SRSA identified in its Rog 15 response (facts supporting our misappropriation allegations). I've thought further about the concerns you articulated during our call and propose that, instead of referencing the entire contents of each of those documents, we limit the topic to the procedures and functionalities that SRSA describes in the substantive text of its interrogatory response. Accordingly, SRSA proposes the following as an alternative to the April 14 proposal:

**PNC's development and implementation of the following paying agent procedures described in SRSA's response to PNC's Interrogatory No. 15, including the contributions of Kelly and/or Tsarnas to their development and implementation:**
1. **Tracking, suspending, updating, an initiating payments in a transaction;**
2. **Paying different classes of shareholders at different stages of a deal;**
3. **Distributing documents to and soliciting documents from shareholders; and**
4. **Importing payee information into PNC's database(s).**

Separately, regarding PNC's request to depose Michael Perry, Mr. Perry can be available for deposition on May 28 (Friday). Please confirm.

Thanks,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main

brothstein@keker.com | vcard | keker.com

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Friday, April 23, 2021 1:19 PM
**To:** Ben D. Rothstein <BRothstein@keker.com>; Katie Lynn Joyce <KJoyce@keker.com>; jacobsh@ballardspahr.com; Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

[EXTERNAL]

Ben,

Let's plan for 10:30 your time on Tuesday.  Have a good weekend.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Friday, April 23, 2021 3:57 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; kjoyce@keker.com; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; wbraunig@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠ **EXTERNAL**

Hi Noah,

I'm free on Tuesday between 9-11 am PT. Is there a time in that window that works?

Thanks,
Ben

---

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Friday, April 23, 2021 11:37 AM
**To:** Ben D. Rothstein <BRothstein@keker.com>; Katie Lynn Joyce <KJoyce@keker.com>; jacobsh@ballardspahr.com; Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

**[EXTERNAL]**

Ben,

Can you let me know a good time next week to meet and confer about the revised Topic 12? Tuesday or Thursday would work best for me.

Thanks,
Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Wednesday, April 14, 2021 6:58 PM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; kjoyce@keker.com; Jacobs, Hara K. (Phila)

<JacobsH@ballardspahr.com>; wbraunig@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠ **EXTERNAL**

Hi Noah,

I wanted to follow up on a few depo issues.

First, I want to make sure I understand the position in your email from yesterday morning. Are Defendants refusing to confirm the dates we've offered for our witnesses unless and until SRSA provides new discovery responses?

Second, could you please let us know whether Defendants intend to proceed with deposing Austen Lovelace?

Third, could you please provide a time on Friday that Defendants are available to meet and confer regarding SRSA's 30b6 topic 12? I had previously asked for a time this morning. To move things along, I've copied below in bold our proposed amended Topic 12:

**"PNC's development and implementation of the paying agent procedures described in the Payment Process Documents (CGI_SRS_00001754, CGI_SRS_00001757, CGI_SRS_00003755, CGI_SRS_00003767, CGI_SRS_00003783, CGI_SRS_00003785, PNC_00001264, and PNC_00009527), including the development and implementation of any interfaces or functionality built into PNC's online product to operationalize them."**

Best,
Ben

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Tuesday, April 13, 2021 10:59 AM
**To:** Ben D. Rothstein <BRothstein@keker.com>; Katie Lynn Joyce <KJoyce@keker.com>; jacobsh@ballardspahr.com; Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

[EXTERNAL]

Ben,

Following up on my last email, Lisa Kremers is available for deposition on May 11.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

**From:** Robbins, Noah (Phila)
**Sent:** Tuesday, April 13, 2021 11:59 AM
**To:** 'Ben D. Rothstein' <brothstein@keker.com>; kjoyce@keker.com; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; wbraunig@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

Ben,

What I wished to discuss with you is the manner in which SRS's materially deficient discovery responses is impacting our ability to confirm deposition dates. In any event, we do intend to proceed with a deposition of Ms. Milberger and also ask for you to ascertain dates for Debbie Wapensky to be deposed.

With respect to Defendants' witnesses, we are still working on dates for Mike Lyons and Lisa Kremers but expect to have those for you shortly. Regarding the other deponents, Mr. Simkin is available on May 6, Mr. Murphy is available on May 13, and Mr. Fink is available on May 18. While we are still finalizing the list, Mr. Fink will also be PNC's designee on some of the remaining 30(b)(6) topics. We will provide a list of those topics to you shortly. Finally, to the extent Mr. Lang and Mr. Fink are not designated on all of the remaining topics in SRS's 30(b)(6) notice, a different designee will be presented to testify on the remaining topics on May 20.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Tuesday, April 13, 2021 10:25 AM
**To:** Robbins, Noah (Phila) <robbinsn@ballardspahr.com>; kjoyce@keker.com; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; wbraunig@keker.com
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠️ **EXTERNAL**

Hi Noah—unfortunately I'm completely jammed today. In any event, the next step here is for the Defendants to provide the dates and confirmations we've been requesting for several weeks, which can be done over email. Do you mind providing whatever info you can in writing today? If it's necessary after that, I'm available to follow up over the phone tomorrow morning between 9-10:30 am PST.

Thanks,
Ben

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Tuesday, April 13, 2021 7:16 AM
**To:** Ben D. Rothstein <BRothstein@keker.com>; Katie Lynn Joyce <KJoyce@keker.com>; jacobsh@ballardspahr.com; Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

[EXTERNAL]

Ben,

Are you available today to discuss deposition scheduling? I can be free from 1-4 EST if you have any availability in that window.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

---

**From:** Ben D. Rothstein <brothstein@keker.com>
**Sent:** Tuesday, April 13, 2021 1:08 AM
**To:** kjoyce@keker.com; Jacobs, Hara K. (Phila) <JacobsH@ballardspahr.com>; wbraunig@keker.com; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠ **EXTERNAL**

Hi Hara and Noah,

On a meet and confer call on Friday, Noah raised the issue of whether the parties would want to take any depositions in person. That's obviously a thorny issue, given that the pandemic is still going, national case rates unfortunately appear to be rising, there are a number of additional individual considerations that could weigh into any particular depo going forward in person, and there are fairness issues implicated by some depos going forward in person and others remaining remote. Our position is that, at least for now, conditions do not yet warrant a return to in-person depositions.

Perhaps more importantly, the discussions regarding whether, when, and how in-person depos resume should not in any way delay Defendants from providing us depo dates. As reflected in the email thread below, we have been asking for dates for nearly a month. By COB on Wednesday, please provide dates in May for all 30(b)(6) topics other than 1, 7, 8, 10, and 12, as well as Rick Fink, Ryan Simkin, Mike Lyons, Patrick Murphy and Lisa Kremers, and please also confirm the dates we've proposed for Michael Perry, Eric Martin, and Mitch Eckberg, and whether you still intend to depose Austen Lovelace and Sue Milberger. If we cannot make progress on the deposition schedule by Wednesday, SRSA intends to raise this issue with Mr. Tenner.

Lastly, per February 11, 2020 Order (ECF 348), we are required to meet and confer regarding a revised scope for our Topic 12. Please provide a time on Wednesday of this week that Defendants are available to meet and confer.

Best,
Ben

**Ben D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com

---

**From:** Katie Lynn Joyce <KJoyce@keker.com>
**Sent:** Tuesday, April 6, 2021 8:01 AM
**To:** Jacobs, Hara K. <jacobsh@ballardspahr.com>; Warren Braunig <WBraunig@keker.com>; robbinsn@ballardspahr.com
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** Re: SRS v. PNC Depositions

Hara,

Confirmed that on April 20 SRSA will conduct a deposition of Mr. Lang on 30(b)(6) Topics 1, 7, 8, and 10.  Can you please confirm a start time of 9am pacific or 10am pacific (or later, if that would be preferable to Mr. Lang)?

We're still waiting on dates in May for the other 30(b)(6) topics, as well as Rick Fink, Ryan Simkin, Mike Lyons, Patrick Murphy and Lisa Kremers.  For planning purposes, please provide dates this week.  Please also confirm the dates we've proposed for Michael Perry, Eric Martin, and Mitch Eckberg, and whether you still intend to depose Austen Lovelace and Sue Milberger.

Thanks,
Katie Lynn

---

**From:** Jacobs, Hara K. <jacobsh@ballardspahr.com>
**Sent:** Friday, April 2, 2021, 3:09 PM
**To:** Katie Lynn Joyce; Warren Braunig; robbinsn@ballardspahr.com
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com;

ACQUIOM-KVP; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

**[EXTERNAL]**

Counsel,

Tom Lang will be testifying as PNC's designee on 30(b)(6) Topics 1, 7, and 8. Mr. Lang will also serve as PNC's 30(b)(6) designee on Topic 10. PNC will not produce Mr. Lang on two separate occasions to testify as to these topics. Accordingly, please confirm that SRSA will conduct a deposition on 30(b)(6) Topics 1, 7, 8, and 10 the same day. Mr. Lang is available for deposition on these topics on April 20 at the earliest. Kindly confirm this date.

Have a good weekend.

Regards,

Hara

**Hara K. Jacobs**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8209 DIRECT

215.882.2215 MOBILE | jacobsh@ballardspahr.com

VCARD


www.ballardspahr.com

**From:** Katie Lynn Joyce <kjoyce@keker.com>
**Sent:** Thursday, April 1, 2021 4:02 PM
**To:** wbraunig@keker.com; Robbins, Noah (Phila) <robbinsn@ballardspahr.com>
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; jbennett@dowdbennett.com; jhoops@dowdbennett.com; acquiom-kvp@keker.com; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

⚠ **EXTERNAL**
Counsel,

With respect to deposition dates that Defendants have requested, Michael Perry is available on 4/29, and Eric Martin is available on 5/4.  Mitch Eckberg is available to testify regarding 30(b)(6) Topic 1 on 5/7.  Please confirm these dates.  Given that Austen Lovelace is now a third-party and Sue Milberger is no longer testifying with respect to 30(b)(6) Topic 1, please also confirm whether you still intend to depose Mr. Lovelace and Ms. Milberger.

We await deposition dates for your witnesses.  Most pressing, we requested to conduct a deposition on 30(b)(6) Topics 1, 7, and 8 during the first two weeks of April.  It is now April and we have yet to receive a response.  We need sufficient notice to plan for the deposition.  Please promptly let us know which date, between April 8-15, will work to conduct that deposition.

Thanks,
Katie Lynn

---

**From:** Katie Lynn Joyce
**Sent:** Friday, March 26, 2021 9:39 AM
**To:** Warren Braunig <WBraunig@keker.com>; Robbins, Noah <robbinsn@ballardspahr.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

Counsel –

Following up about this, can you please give us a date during the first two weeks of April for a 30(b)(6) deposition on Topics 1, 7, and 8?  April is fast approaching and we need to plan accordingly.

Thanks,
Katie Lynn

---

**From:** Katie Lynn Joyce
**Sent:** Friday, March 19, 2021 1:28 PM
**To:** Warren Braunig <WBraunig@keker.com>; Robbins, Noah <robbinsn@ballardspahr.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

Counsel –

To clarify Warren's request regarding dates for your 30(b)(6) witnesses, please provide dates during the first two weeks of April for a 30(b)(6) deposition on Topics 1, 7, and 8. *See* SRSA's Second Notice of Rule 30(b)(6) Deposition (Oct. 19, 2020). And for the remainder of the topics, please provide dates

in May.

Thanks,
Katie Lynn

---

**From:** Warren Braunig <WBraunig@keker.com>
**Sent:** Friday, March 19, 2021 12:59 PM
**To:** Robbins, Noah <robbinsn@ballardspahr.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

Noah,

We are working on this. We will respond concerning your new 30(b)(6) topic soon.  As Ben mentioned to you, we intend to designate Mitch Eckberg, rather than Sue Milberger, as the 30(b)(6) on Topic 1.  So that you know, Austen Lovelace is no longer an SRSA employee but we are authorized to accept a subpoena on his behalf, should you choose to use one of your three third-party depositions on him.  We are checking on his availability.  If you intend to depose him as a third-party, please confirm which of your existing deposition subpoenas you will withdraw.

We will be sending a letter shortly concerning PNC's document productions, which still seem to be incomplete.  Scheduling depositions of PNC's employees will depend in large part on when you expect to complete those productions, many of which are long overdue.  Please provide available dates in May for the remainder of your 30(b)(6) witnesses, as well as Rick Fink, Ryan Simkin, Mike Lyons, Patrick Murphy and Lisa Kremers.

Warren

---

**From:** Robbins, Noah <robbinsn@ballardspahr.com>
**Sent:** Friday, March 19, 2021 10:05 AM
**To:** Warren Braunig <WBraunig@keker.com>
**Cc:** ballardpnclitteam@ballardspahr.com; jbennett@dowdbennett.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; mjohnson@dowdbennett.com
**Subject:** RE: SRS v. PNC Depositions

**[EXTERNAL]**

Warren,

I wanted to follow-up on my below email.  Please let us know when you anticipate being able to offer dates for the noticed depositions.

Thanks,
Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com

**From:** Robbins, Noah (Phila)
**Sent:** Friday, March 12, 2021 2:13 PM
**To:** Warren Braunig <wbraunig@keker.com>
**Cc:** Ballard PNC Litigation Team <BallardPNCLitTeam@ballardspahr.com>; Jim Bennett <jbennett@dowdbennett.com>; Jeff Hoops <jhoops@dowdbennett.com>; acquiom-kvp@keker.com; Sheridan-SRS <Sheridan-SRS@sheridanross.com>; 'Matthew Johnson' <mjohnson@dowdbennett.com>
**Subject:** SRS v. PNC Depositions

Warren,

In addition to providing a date for completion of the 30(b)(6) deposition of SRS, including the additional topic that was served, could you please provide dates in the second half of April and first half of May for the depositions of Ms. Milberger and Messrs. Perry, Martin, and Lovelace?

Thanks and have a great weekend.

Noah

**Noah S. Robbins**



1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.864.8745 DIRECT
215.864.8999 FAX

robbinsn@ballardspahr.com
VCARD

www.ballardspahr.com