Exhibit 3



Transcript of the Testimony of:

# Adam Lezack

and as a 30(B)(6) Representative

for PNC Bank

SRS Acquiom Inc.

v.

PNC Financial Services Group, Inc.

October 28, 2019

Volume I

P: 877.771.3312 | F: 877.561.5538 | litivate.com

Adam Lezack                                               October 28, 2019

```
 1   product.  It is a service business.
 2       Q.   We will come back to that in a few
 3   minutes.  That is helpful, though.
 4       A.   Okay.
 5       Q.   Mr. Lezack, you understand that you are
 6   testifying today both in an individual capacity,
 7   and in part as a corporate designee for PNC?
 8       A.   Correct.
 9       Q.   There will be points where we will say,
10   okay, I'm going to ask you questions as a -- in
11   your 30(b)(6) capacity.  But if you have any -- if
12   you need clarity as to which -- sort of which hat
13   you are wearing at a given time, just let me know.
14   Okay?
15       A.   So Warren, generally will you say "Okay,
16   now as a 30(b)(6) question" or "now as a" -- how
17   are you going to do that?
18       Q.   I will let you know.  I will try and make
19   it clear to you.
20       A.   Thank you.
21       Q.   Mr. Lezack, how are you presently
22   employed?
23       A.   How am I presently employed?
24       Q.   Yes.
25            MS. WALLACE:  I'm sorry.  May I just
```

Adam Lezack                                             October 28, 2019

1  interject.  Can we assume that, unless you tell us
2  he is testifying as the 30(b)(6), that it is
3  otherwise in his individual capacity?
4           MR. BRAUNIG:  Yes.
5           MS. WALLACE:  Okay.  Does that make sense
6  to you, Adam?
7           THE WITNESS:  It does.
8  BY MR. BRAUNIG:
9       Q.   How are you currently employed?
10      A.   I am currently employed by PNC.
11      Q.   What is your title at PNC?
12      A.   So I call myself managing director.
13      Q.   What do other people call you?
14      A.   To my face?  Managing director.  No one
15 calls me by title.  Adam, right?  But it would say
16 "managing director" on my signature line.
17      Q.   Are you a managing director for PNC or
18 for Fortis?
19      A.   So on the shareholder rep business, which
20 is Fortis, managing director.  And it is the exact
21 same thing on the escrow and payment business.
22      Q.   Do you have two separate roles within PNC
23 Fortis?
24      A.   Well, PNC Fortis are two different
25 things.

Adam Lezack                                                October 28, 2019

```
 1        Q.   So let's start with the first one.  What
 2   is the -- what are your job responsibilities as a
 3   managing director at Fortis?
 4        A.   At Fortis, in the shareholder rep
 5   business?
 6        Q.   Yes.
 7        A.   So in the shareholder rep business, I
 8   oversee the business.  I help oversee the
 9   relationship managers.  I help oversee the
10   operational team.  I help oversee the financial
11   piece.
12             Pretty much in my role as the founder --
13   one of the founders of the organization, I am
14   helping in one way or another the entire business.
15        Q.   Does -- do you have separate
16   responsibilities as a managing director for PNC?
17        A.   I do.
18        Q.   What are those responsibilities?
19        A.   So in that role -- currently?
20        Q.   Let's start with currently, yes.
21        A.   So one of the things I am responsible for
22   is managing a bunch of people on the escrow and
23   payments.
24        Q.   Who are the people that you manage on the
25   PNC side?
```

Adam Lezack                                          October 28, 2019

```
 1        A.   So the people that report to me are --
 2   and apologies in advance if I forget someone --
 3   Alex Tsarnas, Heather Kelly, Luda Semenova.
 4             Warren, apologies.  Did you just say the
 5   PNC side?
 6        Q.   On the PNC side.
 7        A.   There are others.  I would need the org
 8   chart in front of me to remember them.
 9        Q.   But among the people who you directly
10   manage are Alex Tsarnas, Heather Kelly and Luda
11   Semenova?
12        A.   Correct.
13        Q.   About how many --
14        A.   Oh, Patrick Murphy.  Tell me when you are
15   ready.  I have another one too.
16        Q.   Sure.
17        A.   Ilona Kandarova.  Give me a minute.  Let
18   me just think.  Just thinking about all the people
19   I talk to all the time.
20             That is the best I can remember at this
21   time.
22        Q.   You said that your role includes managing
23   people on the payment and escrow side of the
24   business.
25             Other than managing those people, do you
```

Adam Lezack                                          October 28, 2019

1   have any other role or any other responsibilities
2   on -- at PNC?
3        A.   Well, when I said "managing," it is a
4   broad word, you know, what I do.  I am managing
5   those people.  I am also helping, you know, with
6   the sales pipeline, right?  Those are salespeople
7   or relationship managers.  I am also helping -- you
8   said currently, or do you want to go back a bit?
9        Q.   Let's stick with current for now.
10       A.   So I am still currently involved in just
11  lending my subject matter expertise to the
12  development of the business.  That is something I
13  have done since the beginning.  I interface with
14  senior management about the business.
15            That is a pretty good description I would
16  think.
17       Q.   On the PNC side, who do you report to?
18       A.   Thomas Lang.
19       Q.   You have made reference to sort of your
20  current responsibilities on the PNC side versus
21  previous responsibilities that you had on the PNC
22  side.
23            What were the previous responsibilities
24  that you had that you no longer have?
25       A.   Well, I did not say I no longer have

Adam Lezack                                          October 28, 2019

1  them.  It's just, as life goes on, things morph,
2  right?  You get older, things change, right?  So I
3  was more heavily focused on things earlier on, such
4  as building out the business from the ground up.
5       Q.   What do you mean when you say "building
6  out the business from the ground up"?
7       A.   So my company, Fortis Advisors, of which
8  I was a founder, was acquired by PNC back in 2018.
9  Just the beginning of the year we closed.  And part
10 of the acquisition -- part of the thesis was that
11 we would build out a paying agent business and
12 escrow business for the bank to have a one-stop
13 shop.  To have all three products housed at one
14 place, because we possessed, you know, the
15 experience and subject matter expertise within
16 myself and my team to be able to do that within the
17 financial institution.
18           So when we came over to PNC after the
19 acquisition started, that was my primary focus;
20 was, you know, building this new business.
21      Q.   What was involved in building the new
22 business?
23      A.   Where do you want me to start?
24      Q.   Wherever you would like.
25      A.   Okay.  So involved in building the new

Adam Lezack                                          October 28, 2019

1     A.   I don't know.
2     Q.   How about the next page and this Deal
3  Mechanics Tracking, is that something that PNC
4  offers today?
5     A.   So this is, looks as the exact same as
6  the page before in one respect or another.  This
7  could just be our back-end system.  I don't know
8  specifically.
9     Q.   Is this part of what PNC tells buyers and
10 sellers it, you know, delivers to them as part of
11 the pre-closing solicitation process, all of these
12 windows into what the status is of a particular
13 solicitation document?
14    A.   So as part of the marketing, there's a
15 concept of, you know, a dashboard, and these appear
16 to be dashboards.
17    Q.   Do you know whether these are dashboards
18 that PNC offers today?
19    A.   I don't.
20    Q.   Let me ask you to turn to the next page
21 that has 369 at the bottom.  It says "Personalized
22 Dashboard."
23    A.   All right.
24    Q.   369 at the bottom.
25    A.   Okay.

Adam Lezack                                           October 28, 2019

1      Q.   What is the personalized dashboard that's
2  being described here?  Being shown here?
3      A.   So this is -- I'll take credit for this
4  idea.  This is similar to what I had explained to
5  you before we've done in our portal within Fortis.
6  It's just the ability to have transparency for your
7  client about their respective transaction.  So I'm
8  presuming when I say "client," it's a buyer, right?
9  They would be able to see what's going on on a
10 respective transaction.
11     Q.   Is this a -- is this personalized
12 dashboard, is this something that PNC offers today
13 to clients?
14     A.   I don't know.
15     Q.   You don't know whether there are
16 personalized dashboards for buyers?
17     A.   I do a lot of things.  I just haven't
18 logged into the product in a while, so...
19     Q.   I understand.  I understand.
20     A.   I said I --
21     Q.   I'm just going to ask you.  I
22 recognize -- there are -- hold on.  I recognize
23 there are going to be times when you don't know.
24 Just -- you can just say "I don't know."
25     A.   I did.  I don't know.

Adam Lezack                                        October 28, 2019

```
 1        Q.    Let's turn to the page that has 372 at
 2   the bottom.
 3        A.    Okay.
 4        Q.    That starts a section called "Review and
 5   sign deal documents."
 6              Is that a feature that PNC Paid -- that
 7   PNC offers today as part of PNC Paid?
 8        A.    So I'm fairly confident what PNC offers
 9   is, I call it DocuSign, the ability to review and
10   sign a deal document quickly and easily.
11        Q.    That is done through the PNC Paid
12   website?
13        A.    Well, I don't know if it's done through a
14   website or a cloud system.  I'm not a technical
15   person.  Honestly, I don't know how it's actually
16   done, but I know it's done in the online world.
17        Q.    And then I want you to turn to the last
18   page that has 375 at the bottom.
19        A.    Okay.
20        Q.    Complete tax reporting solution.
21        A.    Yes.
22        Q.    Is that a service that PNC provides
23   today?
24        A.    This is what I was describing earlier.
25   This is where we have ADP.  I believe it's ADP,
```

Adam Lezack                                                October 28, 2019

1  don't hold me to that, but it's an outsource
2  payroll provider, that we can manage the
3  compensation payments on a transaction, you know,
4  through working with them and we do all of the work
5  for the clients.
6       Q.   Is that a service that PNC provides
7  today?
8       A.   So PNC manages it, but it's provided on
9  the back-end through ADP.
10      Q.   And, yes, that's available today?
11      A.   It the extent that a client wanted it,
12 sure.
13      Q.   Do you know when that became available
14 for clients who wanted it?
15      A.   So we did a deal back in -- I don't --
16 we've done a deal before with it.  I don't remember
17 the exact date.
18      Q.   Just one?
19      A.   I can only think of one.
20      Q.   What was that one?
21      A.   What was what?
22      Q.   What was the deal you're thinking of?
23      A.   It was --
24           THE WITNESS:  Can I give client names?
25           MS. WALLACE:  Yeah, we can mark it as

Adam Lezack                                            October 28, 2019

1   analysis of what other online paying agent
2   platforms do before it started developing the
3   online platform with CGI?
4        A.   I can't speak as to what anyone else may
5   have done.  I know that they relied heavily on me
6   personally.  And to be fair, I may have such an
7   inflated view of myself, and I'm embarrassed if
8   it's not true, but I felt like, you know, I
9   contributed a ton to the process.
10       Q.   Who else contributed a ton to the
11  process?
12       A.   CGI.
13       Q.   How about Heather Kelly?
14       A.   I think Heather Kelly contributed to the
15  process.  I think Alex contributed to the process.
16  I think Mike contributed to the process.  I think
17  Sashi contributed to the process.  I think Scott
18  contributed to the process.  I think Eliza
19  contributed to the process.  I think Emma
20  contributed to the process.  I could go on and on,
21  and once again, I -- you know, people have, you
22  know, inflated views of themselves.  When I said a
23  ton, I didn't know more than anyone else, but it
24  felt like because I dedicated a year-plus of my
25  life to doing this.

Adam Lezack                                              October 28, 2019

1     Q.  Do you know how many times Heather and
2  Alex met with CGI?
3     A.  So I can't tell you how many times they
4  met with CGI.
5     Q.  Do you know when they first started
6  meeting with CGI?
7     A.  I know when we first started meeting with
8  CGI.
9     Q.  When was that?
10    A.  March-ish of 2018.
11    Q.  Was that the same time when Heather and
12 Alex were hired by PNC?
13        MS. WALLACE:  Object to the form.
14        THE WITNESS:  I, you know, I think we
15 had -- not think, I know we had met with CGI before
16 they came on board, so they -- they would have met
17 with them after we had first met with them.
18 BY MR. BRAUNIG:
19    Q.  And do you know how many times you met
20 with CGI before Heather and Alex began meeting with
21 CGI?
22    A.  No, I can't recall.
23    Q.  Do you know what the state of the
24 development process was when Heather and Alex
25 starting participating in the meetings?

Adam Lezack                                             October 28, 2019

1  A. I'm not a developer, so I don't know what
2  goes on behind the scenes in terms of what they had
3  actually done.
4  Q. How about the state of feature
5  specification, identifying what you wanted this
6  online portal to accomplish?
7  A. So I understand your question. And to
8  refresh my recollection, I have looked back at that
9  first meeting, and I could see that I had outlined
10 probability all of the features that are in our
11 online piece of the paying agent business.
12 Q. Were there ever times where, Alex and
13 Heather met with CGI without anyone else from PNC?
14 A. I don't specifically recall, but if that
15 happened, that would seem reasonable to me.
16 Q. Did there come a point in time where Tom
17 Lang suggested that Alex and Heather sit down with
18 CGI for a few focused days of product development
19 work?
20           MS. WALLACE: Object to the form. No
21 foundation.
22           THE WITNESS: And also I can't speak for
23 Tom.
24           (Exhibit 17 was marked for
25           identification.)

Adam Lezack                                              October 28, 2019

```
 1  BY MR. BRAUNIG:
 2      Q.   Lezack 17, PNC 40496.  Is Lezack 17 an
 3  email that you received from Rick Kotermanski?
 4      A.   It appears I got an email from Rick
 5  Kotermanski.  Let me just read it, though.
 6           I see this email.
 7      Q.   Does this refresh your recollection as to
 8  whether or not Tom Lang proposed that Alex and
 9  Heather sit down with CGI for a few concentrated
10  days?
11      A.   Certainly not, because this is Rick
12  saying something about a conversation he had with
13  Tom.  This is not Tom saying something.
14      Q.   Do you recall one way or the other
15  whether Tom Lang proposed that Alex and Heather sit
16  down with CGI for a few concentrated days to
17  capture the full set of input to the design?
18      A.   So I don't recall, but I see this email
19  here.  But I don't recall that.
20      Q.   To the best of your recollection, did
21  Alex and Heather meet with CGI for a few
22  concentrated days in late April of 2018?
23      A.   I don't recall, but I would hope so.
24      Q.   Did you can participate in those
25  sessions?
```

Adam Lezack                                                                             October 28, 2019

```
 1   very long day.
 2              THE WITNESS:  Thank you.
 3              MS. WALLACE:  And we will likely object
 4   to that reservation, but we don't need to discuss
 5   or decide that on the record.
 6              THE VIDEOGRAPHER:  Off the record?
 7              MS. WALLACE:  Off the record.
 8              THE VIDEOGRAPHER:  This concludes today's
 9   testimony given by Adam Lezack.  The number of
10   media used was 11.  We are off the record at
11   8:00 p.m.
12              (The videotaped deposition of ADAM LEZACK
13              concluded at 8:00 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

Adam Lezack                                                October 28, 2019

```
 9  I, ADAM LEZACK, do hereby declare under the penalty
10  of perjury that I have read the foregoing
11  transcript; that I have made any corrections as
12  appear noted, in ink, initialed by me, or attached
13  hereto; that my testimony as contained herein, as
14  corrected, is true and correct.
15       EXECUTED this _____ day of _____,
16  20____, at _____, _____.
17                      (City)              (State)
18
19                      _____
20                              ADAM LEZACK
```

Adam Lezack                                               October 28, 2019

```
 1              I, PATRICIA Y. SCHULER, a Certified
 2   Shorthand Reporter of the State of California, do
 3   hereby certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were duly sworn; that a
 8   verbatim record of the proceedings was made by me
 9   using machine shorthand which was thereafter
10   transcribed under my direction; that the foregoing
11   transcript is a true record of the testimony given.
12              Further, that if the foregoing pertains
13   to the original transcript of a deposition in a
14   Federal Case, before completion of the proceedings,
15   review of the transcript [X] was [ ] was not
16   requested.
17              I further certify I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney of party to this
20   action.
21              IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   Dated:  October 31, 2019
24                            _____
                              PATRICIA Y. SCHULER
25                            CSR NO. 11949
```