**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM, INC., a Delaware corporation,
SHAREHOLDER REPRESENTATIVE SERVICES, LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual.

    Defendants.

### NOTICE OF ENTRY OF APPEARANCE OF BRIAN S. BOERMAN

Brian S. Boerman of the law firm Sheridan Ross P.C. hereby enters his appearance on behalf of Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC in the above referenced matter. The undersigned requests that all papers in this matter be served upon him at the e-mail address set forth below.

                                                    Respectfully submitted,

Dated July 21, 2021                By:  s/ Brian S. Boerman
                                                    Brian S. Boerman
                                                        *bboerman@sheridanross.com*
                                                     SHERIDAN ROSS P.C.
                                                     1560 Broadway, Suite 1200
                                                     Denver, Colorado 80202
                                                     Telephone:   303-863-9700
                                                     Facsimile:    303-863-0223
                                                     Email:          *litigation@sheridanross.com*

                                                   ATTORNEY FOR PLAINTIFFS