**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

     Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK
RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.L.CIVR 7.2**

---

     Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time for SRSA to file a Motion to Restrict pursuant to D.C.COLO.L.CivR 7.2 over: (1) the Joint Status Report by Defendants and Third-Party Lovell Minnick Partners LLC in Advance of July 13, 2021, Status Conference Before the Special Discovery Master and exhibits thereto ("Joint Status Report," ECF No. 461); and (2) SRSA's July 12, 2021 Letter to Special Master concerning the Lovell Minnick Partners Subpoena (ECF No. 466) and Exhibits A and B thereto (ECF Nos. 467, 467-1) (collectively "LMP Letter and Exhibits").  As will be shown, there is good cause to grant this unopposed Motion.

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.L.CivR 7.1(a), counsel for SRSA communicated with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly and Alex Tsarnas (collectively "Defendants") on July 21 and 22, who indicated that Defendants do not oppose the requested extension of time.

**MOTION**

1.      Defendants and Third-Party Lovell Minnick Partners LLC filed their Joint Status Report on July 9, 2021.  (*See* ECF No. 461.)

2.      In advance of the Status Conference regarding the Lovell Minnick Partners LLC Subpoena, on July 12, 2021, SRSA filed its Letter and Exhibits that clarified the record on several discrete points for the Special Discovery Master.  (*See* ECF Nos. 466, 467, 467-1.)

3.      The Joint Status Report and SRSA's Letter and Exhibits were filed as Restricted Level 1 because they contain information designated by the Parties as Confidential and/or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (ECF No. 40).

4.      Pursuant to D.C.COLO.L.CivR 7.2(e), a document filed as restricted may lose its restriction unless a motion to restrict is filed within 14 days. Therefore, a motion to maintain restriction over the Joint Status Report (ECF No. 461) is due July 23, and a motion to maintain restriction over the Letter and Exhibits (ECF Nos. 466, 467, 467-1) is due July 26, 2021.

5.      SRSA is currently assessing the need to maintain restriction over the voluminous Joint Status Report, and Letter and Exhibits, and requires additional time to meet and confer with Defendants and to file the motions to maintain restriction.  SRSA seeks a short, three-week extension of time for filing both motions, from July 23, 2021 to August 13, 2021, within which

to accomplish this review and prepare any necessary filings.  Due to the unopposed nature of this request, no party will be prejudiced by the requested relief.  There is good cause to grant this Motion.

6.      This is the first request for an extension of time to file a motion to restrict over these materials.

WHEREFORE, SRSA respectfully requests that the Court grant an extension up to, and including, August 13, 2021 for SRSA to file a Motion to Restrict over filings ECF Nos. 461, 466, 467, and 467-1.  A proposed Order is submitted herewith for the Court's convenience.

Respectfully submitted,

Dated:  July 22, 2021                        By:  s/ Scott R. Bialecki
                                                  Warren A. Braunig
                                                      *wbraunig@keker.com*
                                                  Michelle S. Ybarra
                                                      *mybarra@keker.com*
                                                  Benjamin D. Rothstein
                                                      *brothstein@keker.com*
                                                  Katie Lynn Joyce
                                                      *kjoyce@keker.com*
                                                  Victor H. Yu
                                                      *vyu@keker.com*
                                                  KEKER, VAN NEST & PETERS LLP
                                                  633 Battery Street
                                                  San Francisco, CA 94111-1809
                                                  Telephone: 415-391-5400
                                                  Facsimile: 415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
     *sbialecki@sheridanross.com*
Matthew C. Miller
     *mmiller@sheridanross.com*
Brian S. Boerman
     *bboerman@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:  303-863-9700
Facsimile:   303-863-0223
Email:       *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC

## Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).

## Compliance With D.C.COLO.LCivR 6.1(c)

Plaintiffs' counsel is contemporaneously serving their clients with a copy of this Motion.