# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

 Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

 Defendants.

## ORDER

 THIS MATTER, coming before the Court upon Plaintiffs' Unopposed Motion for Extension of Time to Seek Restriction of Designated Material Under D.C.COLO.L.CivR 7.2 (ECF No. ___), and being fully advised in the premises and for good cause shown, hereby ORDERS that the Motion is GRANTED. All currently restricted material filed in connection with the Plaintiffs' referenced filings (ECF Nos. 461, 466, 467, and 467-1) shall continue to maintain their Restricted Level 1 status until August 13, 2021, thereby providing the designating party time to file the requisite Motion to Restrict for its materials.

 DONE AND ORDERED this _____ day of July, 2021.

             BY THE COURT:

             _____
             United States District Judge