**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**DECLARATION OF BRIAN AUERBACH IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT**

---

I, Brian Auerbach, declare and state the facts I set forth in this declaration are based on my personal knowledge. If called upon as a witness, I would testify to these facts competently under oath.

1.     I am an associate with the law firm of Ballard Spahr LLP, counsel for Defendants in the above-referenced action. I submit this declaration on behalf of the Defendants in connection with their Motion for Summary Judgment.

2.     The first page of Exhibit 18 is an enhancement of a portion of page 6 of SRSAvPKT00005929, a true and accurate copy of which comprises the remainder of the exhibit.

3.      The first page of Exhibit 22 contains a comparison of the columns in SRSA's payment spreadsheet (SRSAvPKT00000001) with the columns of JP Morgan Chase's payment spreadsheet (SRSAvPKT00124956), true and accurate copies of which comprise the remainder of the exhibit.  The comparison was created by moving the columns contained in the JP Morgan Chase spreadsheet to the corresponding category contained in the SRSA spreadsheet.

4.      The first page of Exhibit 25 is an enhancement of portions of SRSA's "Featured Clients" page on its website (https://www.srsacquiom.com/about-us/clients/), a true and accurate copy of which comprises the remainder of the exhibit.

5.      The first page of Exhibit 27 is an enhancement of a portion of the LinkedIn profile of Christa Fancher (https://www.linkedin.com/in/christa-fancher/), a true and accurate copy of which comprises the remainder of the exhibit.

6.      The first page of Exhibit 28 is a collection of screenshots taken from the client testimonials found in the "Client Quotes" section located the bottom of SRSA's main website (https://www.srsacquiom.com/), a true and accurate copy of which comprises the remainder of the exhibit.

7.      The first page of Exhibit 39 is an enhancement of a portion of the website https://www.pricingforprofit.com/pricing-explained/differential-pricing.php, a true and accurate copy of which comprises the remainder of the exhibit.

8.      The first page of Exhibit 40 is an enhancement of a portion of the website https://www.mageworx.com/blog/customer-groups-in-your-pricing-strategy/, a true and accurate copy of which comprises the remainder of the exhibit.

9.      The first page of Exhibit 46 is an enhancement of a portion of page 9 of SRSAvPKT00000123, a true and accurate copy of which comprises the remainder of the exhibit.

10.      The first page of Exhibit 48 is an enhancement of portions of SRSA's FAQ page (https://www.srsacquiom.com/support-faq/), a true and accurate copy of which comprises the remainder of the exhibit.

11.      The first page of Exhibit 54 is an enhancement of a portion of page 2 of SRSAvPKT00063516, a true and accurate copy of which comprises the remainder of the exhibit.

12.      The first page of Exhibit 55 is an enhancement of portions of the website https://www.import.io/post/what-is-data-normalization-and-why-is-it-important/, a true and accurate copy of which comprises the remainder of the exhibit.

13.      The first page of Exhibit 56 is an enhancement of portions of the website https://www.techrepublic.com/article/normalizing-foreign-data-for-access/, a true and accurate copy of which comprises the remainder of the exhibit.

14.      The first page of Exhibit 57 is an enhancement of portions of the website https://www.ringlead.com/blog/4-steps-data-standardization/, a true and accurate copy of which comprises the remainder of the exhibit.

15.     The first page of Exhibit 58 is an enhancement of portions of a Google search for the phrase "pdf to json", a true and accurate copy of which comprises the remainder of the exhibit.

16.     The first page of Exhibit 59 is an enhancement of portions of the website https://rudderstack.com/guides/how-to-load-data-from-netsuite-to-ms-sql-server, a true and accurate copy of which comprises the remainder of the exhibit.

17.     The first page of Exhibit 60 is an enhancement of portions of the website https://skyvia.com/data-integration/integrate-netsuite-sql-server, a true and accurate copy of which comprises the remainder of the exhibit.

18.     The first page of Exhibit 65 is an enhancement of portions of the website https://www.pnc.com/en/corporate-and-institutional/treasury-management/pnc-paid.html, a true and accurate copy of which comprises the remainder of the exhibit.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  July 28, 2021                              By: */s/ Brian S.S. Auerbach*
                                                          Brian S.S. Auerbach