# EXHIBIT 3



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Warren A. Braunig**
(415) 773-6642
wbraunig@keker.com

July 22, 2021

**VIA ELECTRONIC MAIL**

| | |
|---|---|
| James Forrest Bennett<br>DOWD BENNETT LLP<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>jbennett@dowdbennett.com | Matthew E. Johnson<br>DOWD BENNETT LLP<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>mjohnson@dowdbennett.com |

Hara K. Jacobs
Noah A. Robbins
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
jacobsh@ballardspahr.com
robbinsn@ballardspahr.com

Re:   *SRS Acquiom Inc., et al. v. PNC Financial Services Group, Inc., et al.*
       Case No. 1:19-cv-02005-DDD-SKC

Counsel:

I write in response to your request that we clarify, in advance of the parties' summary-judgment briefing, whether SRSA is withdrawing any of its trade secrets.  SRSA has repeatedly described and detailed its trade secrets: (a) in its July 31, 2019 Initial Trade Secret Disclosure (TSID), (b) in employee declarations, (c) in SRSA's responses to various interrogatories, and (d) in numerous depositions, including Rule 30(b)(6) depositions.  Through those various disclosures, Defendants have long been on full notice of the scope of the trade secrets at issue in this case.  We previously informed you in our March 22, 2021 response to Defendants' Interrogatory No. 41 that, of the trade secrets referenced in the TSID, we would not be pursuing Trade Secrets III.B (Letter with a Link), III.C (Certificateless Transactions), and IV (System for Creating a Personalized Platform).  In addition, SRSA does not intend to pursue at trial the following additional trade secrets referenced in the TSID:

- III.A (Mutual Authentication)

1718095

July 22, 2021
Page 2

- VIII.B (SRSA's Individually-Negotiated Prices and Terms)

- XI (SRSA's Financial Information)[1]

SRSA makes this disclosure without waiver of its claim that the above information qualifies as SRSA trade secrets. SRSA has simply determined not to pursue those trade secrets at trial in this matter. SRSA reserves the right to pursue at trial all other trade secrets disclosed, described and elaborated upon by SRSA across its TSID, witness declarations, discovery responses and in deposition testimony.

Very truly yours,

KEKER, VAN NEST & PETERS LLP

/s/ Warren A. Braunig

---

[1] Insofar as Defendants misappropriated customer-related financial information, including information about SRSA's revenue from, volume of business done with, or profitability associated with particular customers, SRSA is not withdrawing claims based on such information. That is part of Trade Secret IX.

1718095