# EXHIBIT 5

**FILED LEVEL 1 RESTRICTED**

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3    ------------------------------------------x
 4    SRS ACQUIOM INC., and
      SHAREHOLDER REPRESENTATIVE
 5    SERVICES, LLC,
 6              Plaintiffs,
 7    vs.                    Case No. 1:19-cv-02005
 8    HEATHER KELLY, ALEX TSARNAS,
      PNC FINANCIAL SERVICES GROUP,
 9    INC., and PNC BANK, N.A.,
10              Defendants.
11    ------------------------------------------x
12
13                 ***CONFIDENTIAL***
14
15    REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
16                   PATRICK MURPHY
17                Thursday, June 17, 2021
18
19
20
21
22
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 4621042
```

Page 1

CONFIDENTIAL

### Page 154

```
 1  answering emails at midnight on the      2:15PM
 2  weekend. I don't recall them being       2:15PM
 3  available if they needed to have a       2:15PM
 4  6:00 a.m call or work an extra three     2:15PM
 5  hours to get a spreadsheet right for a   2:15PM
 6  morning payment.                         2:15PM
 7      Who knows. I mean, at that           2:16PM
 8  moment it just made sense to me to       2:16PM
 9  give them a below average, but they      2:16PM
10  definitely don't deserve an              2:16PM
11  incomplete.                              2:16PM
12      I guess that's, you know --          2:16PM
13  again, I did this a year ago. It was     2:16PM
14  not something that I felt was useful.    2:16PM
15  I wanted to do my best but do it         2:16PM
16  quickly and I just jotted down some      2:16PM
17  numbers and sent it back to Rob.         2:16PM
18      At the end of the day,               2:16PM
19  everybody knew in the industry that      2:16PM
20  Wells Fargo was not a competitor and     2:16PM
21  that they outsourced their paying        2:16PM
22  services.                                2:16PM
23      So if this had some client           2:16PM
24  impact, it would have been important.    2:16PM
25  I would have focused on it a little      2:16PM
```

### Page 155

```
 1  better.                                  2:16PM
 2  Q   What does the category "FX           2:16PM
 3  capabilities" mean to you?               2:16PM
 4  A   That you could deliver               2:16PM
 5  disbursements from a paying agent        2:16PM
 6  account in a foreign currency to a       2:17PM
 7  shareholder that was receiving the       2:17PM
 8  payment.                                 2:17PM
 9  Q   Why did you give that a 4?           2:17PM
10  A   Because Wells Fargo was good         2:17PM
11  at that.                                 2:17PM
12  Q   Wells Fargo or Continental           2:17PM
13  Stock?                                   2:17PM
14  A   Well, we would do the spot           2:17PM
15  trade for them. So there was like an     2:17PM
16  interaction between.                     2:17PM
17      So if you needed a foreign           2:17PM
18  exchange, we wanted that business. A     2:17PM
19  spot trade can be done by just           2:17PM
20  delivering the money to Wells Fargo's    2:17PM
21  FX desk and then they further forward    2:17PM
22  the foreign currency to the recipient.   2:17PM
23      So there was an interactive          2:17PM
24  relationship between our foreign         2:17PM
25  exchange desk and Continental.           2:17PM
```

### Page 156

```
 1  Q   Why did you assign a 2 to            2:17PM
 2  pricing for paying agents?               2:17PM
 3  A   Because for the most part, I         2:17PM
 4  felt like Continental was, you know,     2:17PM
 5  definitely in the market for pricing     2:17PM
 6  but maybe a little in flexible.          2:18PM
 7      I remember there were times          2:18PM
 8  where I felt like they were a little     2:18PM
 9  bit high, but they weren't holding       2:18PM
10  balances and the heartbeat was the       2:18PM
11  only thing they were getting, so they    2:18PM
12  had to charge a little more.             2:18PM
13  Q   Is Boston Scientific a               2:18PM
14  client that you have worked with at      2:18PM
15  PNC?                                     2:18PM
16  A   Yes, definitely.                     2:18PM
17  Q   Had you worked with Boston           2:18PM
18  Scientific previously?                   2:18PM
19  A   Yes, I have.                         2:18PM
20  Q   What was the nature of your          2:18PM
21  previous work with Boston Scientific?    2:18PM
22  A   Well, at Wells Fargo, I had          2:18PM
23  provided them many escrows and paying    2:18PM
24  agents and a lot of that was             2:18PM
25  outsourced through Continental and was   2:18PM
```

### Page 157

```
 1  not always the best.                     2:19PM
 2      But going way back, when             2:19PM
 3  Heather was still on board and we did    2:19PM
 4  paying agent services internally, we     2:19PM
 5  were able to control the paying agent    2:19PM
 6  piece. That relationship really stems    2:19PM
 7  from my relationship with Hans Brigham   2:19PM
 8  at Latham & Watkins who I've known       2:19PM
 9  since '08.                               2:19PM
10      So I have a longstanding             2:19PM
11  relationship with internal counsel       2:19PM
12  there. Vance Brown and I've done many    2:19PM
13  social events as well as deals.          2:19PM
14      And so, I mean, I guess I'll         2:19PM
15  leave it there for now.                  2:19PM
16  Q   When was the first escrow or         2:19PM
17  paying agent service, what year was      2:19PM
18  the first paying or escrow service       2:20PM
19  that you provided to Boston              2:20PM
20  Scientific?                              2:20PM
21  A   It would have been sometime          2:20PM
22  in the range that Heather was still at   2:20PM
23  Wells. So between '08 and 2012.          2:20PM
24  Q   And before coming to PNC,            2:20PM
25  when was the most recent Boston          2:20PM
```

40 (Pages 154 - 157)

**FILED LEVEL 1 RESTRICTED**

## Page 158

1  Scientific transaction that you had            2:20PM
2  worked on at Wells Fargo?                     2:20PM
3     A   Well, I left the main team            2:20PM
4  and I was not getting their business           2:20PM
5  probably for the last three years that         2:20PM
6  I was at Wells.                                2:20PM
7         Many people were adverse to            2:20PM
8  working with Wells Fargo for the               2:20PM
9  reasons that we've covered in detail           2:20PM
10 today.                                         2:20PM
11        So, again, I don't know for            2:20PM
12 sure, but I want to give you an                2:20PM
13 answer, so I'm going to say it was in          2:21PM
14 the neighborhood of 2015 or 2016.              2:21PM
15    Q   How was it determined that             2:21PM
16 PNC should target Boston Scientific            2:21PM
17 after you arrived to PNC?                      2:21PM
18        MS. JACOBS:  Objection,                2:21PM
19 form.                                          2:21PM
20        THE WITNESS:  It actually              2:21PM
21 started before I joined PNC.  So               2:21PM
22 when I was considering the offer               2:21PM
23 to join PNC, one of the things                 2:21PM
24 that I did was I went to some of               2:21PM
25 my longstanding attorney referral              2:21PM

## Page 159

1  relationships, those that I                    2:21PM
2  considered friends.                            2:21PM
3         So I had a meeting with Hans           2:21PM
4  Brigham at Latham & Watkins and,               2:21PM
5  you know, he was aware of the                  2:21PM
6  difficult issues with Wells Fargo              2:22PM
7  and knew that some of his clients,             2:22PM
8  including Boston Science, no                   2:22PM
9  longer would work with Wells Fargo             2:22PM
10 because of those issues.                       2:22PM
11        And so, you know, I wanted             2:22PM
12 to get his input on whether or not             2:22PM
13 I should go and if I did go, would             2:22PM
14 he, his attorneys and his clients              2:22PM
15 move their business to PNC.                    2:22PM
16        One of the names that he               2:22PM
17 said very, very certainly about                2:22PM
18 was if you and Heather are at PNC              2:22PM
19 together, I am certain Vance and               2:22PM
20 Boston Scientific will want to                 2:22PM
21 move their business.                           2:22PM
22        And so after I started, you            2:22PM
23 know, the next deal came our way,              2:22PM
24 as I mentioned, we were still                  2:22PM
25 using Continental, so we had to do             2:22PM

## Page 160

1  it manually.                                   2:22PM
2         But our team kept a very               2:22PM
3  close eye one everything, worked               2:22PM
4  closely with Latham and Craig at               2:23PM
5  Boston Scientific and his team.                2:23PM
6  And it went very smoothly.                     2:23PM
7         And so that's how the first            2:23PM
8  deal came about, you know.                     2:23PM
9  BY MS. JOYCE:                                  2:23PM
10    Q   What is the basis for your             2:23PM
11 understanding that Wells Fargo -- what         2:23PM
12 is the basis for your understanding            2:23PM
13 that Boston Scientific no longer               2:23PM
14 wanted to work with Wells Fargo                2:23PM
15 because of the reputational issue that         2:23PM
16 Wells Fargo had?                               2:23PM
17    A   It was all the factors.                2:23PM
18 Heather had left, that was a huge part         2:23PM
19 of it, you know.  They gave us a               2:23PM
20 chance not because they wanted to but          2:23PM
21 because our bankers at Wells Fargo             2:23PM
22 pressed the treasurer really hard to           2:23PM
23 keep the business.                             2:23PM
24        Like I said before, most big           2:23PM
25 organizations only want to use the             2:23PM

## Page 161

1  banks in their syndicate, their                2:23PM
2  banking group.                                 2:23PM
3         So that's the only reason --           2:24PM
4  Vance told me clear to my face when we         2:24PM
5  were at a Patriots game, he's like,            2:24PM
6  Murph, you wouldn't be keeping this            2:24PM
7  business if I had my druthers, but             2:24PM
8  treasury wants to keep it with Wells           2:24PM
9  because you guys are in their credit.          2:24PM
10        I forget, I think Heather              2:24PM
11 may have just left Wilmington or was           2:24PM
12 at Wilmington -- I mean SRS already            2:24PM
13 and he said, they're not a bank and            2:24PM
14 they're not in our banking group, so           2:24PM
15 try not to screw it up.                        2:24PM
16        But then Continental, you're           2:24PM
17 not in control of every detail,                2:24PM
18 everything became more and more                2:24PM
19 difficult at Wells.  And, you know,            2:24PM
20 you really have to get to that point           2:24PM
21 when a bank is in your banking group           2:24PM
22 to pull the business from them.                2:24PM
23        So they made the decision              2:24PM
24 based on Heather and being someone             2:24PM
25 that they like working with and knew           2:24PM

CONFIDENTIAL

**Page 162**

1 would do a great job for them. 2:24PM
2 And so I think the other 2:25PM
3 piece you should know is that PNC is a 2:25PM
4 bank to Boston Scientific. And so it 2:25PM
5 was super easy for them to move the 2:25PM
6 business to PNC because Vance was able 2:25PM
7 to go back to the treasurer and say, 2:25PM
8 how about now, Heather and Murph are 2:25PM
9 at PNC, PNC is a lender and it was a 2:25PM
10 no-brainer. They immediately said, 2:25PM
11 we're moving everything to PNC. 2:25PM
12 Unless we exit the credit or 2:25PM
13 somehow make a mistake on one of their 2:25PM
14 deals, I don't think that they would 2:25PM
15 need to look for another provider. I 2:25PM
16 certainly hope not. 2:25PM
17   Q   Mr. Murphy, I'm going to ask 2:25PM
18 you to listen to my question and 2:25PM
19 respond to the question that has been 2:25PM
20 asked. I'll reask the question -- 2:25PM
21   A   Okay. Fine. 2:25PM
22   Q   -- that I said, which is: 2:25PM
23 What is the basis for your 2:25PM
24 understanding that Boston Scientific 2:25PM
25 no longer wanted to work with Wells 2:26PM

**Page 163**

1 Fargo because of the reputational 2:26PM
2 issues that Wells Fargo had? 2:26PM
3       MS. JACOBS: Objection, 2:26PM
4    asked and answered. 2:26PM
5       THE WITNESS: The basis 2:26PM
6    for -- you're asking me why did 2:26PM
7    they leave? 2:26PM
8 BY MS. JOYCE: 2:26PM
9   Q   No, I'm asking you -- you 2:26PM
10 testified they left because of 2:26PM
11 reputational issues that Wells Fargo 2:26PM
12 had. 2:26PM
13       I'm asking what is the basis 2:26PM
14 for your understanding that that is 2:26PM
15 the reason they left? 2:26PM
16   A   I got you now. 2:26PM
17       Hans told me. Hans said 2:26PM
18 that they don't want to work with 2:26PM
19 Wells Fargo anymore and that they were 2:26PM
20 going to move the business to Heather. 2:26PM
21       One of the things that all 2:27PM
22 the attorneys that I've worked with 2:27PM
23 over the years told me in that time 2:27PM
24 period was my clients don't want to 2:27PM
25 have any interaction with Wells Fargo. 2:27PM

**Page 164**

1       At that time that's when 2:27PM
2 John Stumpf was resigning and paying a 2:27PM
3 40 million-dollar personal fine and 2:27PM
4 Elizabeth Warren was on the floor of 2:27PM
5 the Senate just berating him for hours 2:27PM
6 and that's when all of the media made 2:27PM
7 huge deal out of all of the, you know, 2:27PM
8 accounts that the bank had opened with 2:27PM
9 people not even knowing about. 2:27PM
10       So Hans told me directly, 2:27PM
11 Murph, we're moving the business, 2:27PM
12 there's nothing your bankers can do 2:27PM
13 about it. And it only makes sense 2:27PM
14 that we're going to give it to Heather 2:27PM
15 because they trust her and they know 2:27PM
16 how good she is and frankly I know how 2:27PM
17 good she is. 2:27PM
18       And I said, I totally 2:27PM
19 understand. I get it. 2:27PM
20       Is that answering your 2:27PM
21 question? I'm doing the best I can to 2:28PM
22 answer your question. 2:28PM
23   Q   Hans did not tell you 2:28PM
24 directly that they were leaving 2:28PM
25 because of reputational issues; 2:28PM

**Page 165**

1 correct? 2:28PM
2       MS. JACOBS: Objection, 2:28PM
3    asked and answered. 2:28PM
4       THE WITNESS: He didn't? 2:28PM
5    What do you mean he didn't? 2:28PM
6    I just told you he said that 2:28PM
7    was a primary issue, that my 2:28PM
8    clients don't want to work with a 2:28PM
9    bank that has all of this 2:28PM
10    reputational risk. 2:28PM
11 BY MS. JOYCE: 2:28PM
12   Q   What exactly did Mr. Hans 2:28PM
13 say to you? 2:28PM
14   A   His name is Mr. Brigham. 2:28PM
15 His first name is Hans. And he said 2:28PM
16 to me just that, Murph, you're going 2:28PM
17 to be losing some business. 2:28PM
18       I mean, I'm sure it was -- 2:28PM
19 I've gone on more golf trips with him 2:28PM
20 than any attorney I know. It could 2:28PM
21 have been a ball game with Boston 2:28PM
22 Scientific for all I know. They go to 2:28PM
23 an annual event that he holds every 2:28PM
24 year and I'm invited to that. 2:28PM
25       I don't know exactly what he 2:29PM

42 (Pages 162 - 165)

CONFIDENTIAL

**Page 166**

```
 1  said, but I remember the sting of it.       2:29PM
 2       And I also remember that it            2:29PM
 3  made sense and I got it.                    2:29PM
 4     Q    Were you making an                  2:29PM
 5  assumption that Boston Scientific left      2:29PM
 6  Wells Fargo because of the                  2:29PM
 7  reputational issues that Wells Fargo        2:29PM
 8  had?                                        2:29PM
 9     A    No.                                 2:29PM
10       MS. JACOBS:  Objection,                2:29PM
11  asked and answered.                         2:29PM
12       THE WITNESS:  Hans told me             2:29PM
13  that.  Hans did tell me that.  He           2:29PM
14  did.                                        2:29PM
15  BY MS. JOYCE:                               2:29PM
16     Q    In the answer you just gave         2:29PM
17  a moment ago, you said that Hans told       2:29PM
18  you, you're going to lose some              2:29PM
19  business.  There is no reference to         2:29PM
20  any reputational issues.                    2:29PM
21       What exactly did Hans tell             2:29PM
22  you about Wells Fargo's reputational        2:29PM
23  issues?                                     2:29PM
24       MS. JACOBS:  Objection,                2:30PM
25  asked and answered.  You can                2:30PM
```

**Page 167**

```
 1  answer it again.                            2:30PM
 2       THE WITNESS:  Okay.  So                2:30PM
 3  these conversations took place              2:30PM
 4  five years ago.  That's when they           2:30PM
 5  start.                                      2:30PM
 6       I don't remember every                 2:30PM
 7  detail, but what I do remember is           2:30PM
 8  Hans, as well as other attorneys            2:30PM
 9  in Boston, during that period when          2:30PM
10  Wells was struggling so badly,              2:30PM
11  tell me that because of those               2:30PM
12  struggles that were in the media            2:30PM
13  that everyone knew about, clients           2:30PM
14  that have used us for escrow and            2:30PM
15  and/or paying agent would most              2:30PM
16  likely be pulling their business,           2:30PM
17  not working with us again.                  2:30PM
18       One of those was Boston                2:30PM
19  Scientific.                                 2:30PM
20       Since I've known him, he's             2:31PM
21  been the primary attorney, their            2:31PM
22  outside counsel.  I think I've              2:31PM
23  known Vance Brown at Boston                 2:31PM
24  Scientific for ten plus years.              2:31PM
25       Heather and I often                    2:31PM
```

**Page 168**

```
 1  entertained Hans, Julie and Vance           2:31PM
 2  before she left Wells Fargo back            2:31PM
 3  in '10, '11 and '12.  We've all             2:31PM
 4  stayed friends.                             2:31PM
 5       But like I said before,                2:31PM
 6  there's times where large                   2:31PM
 7  companies have to stick with the            2:31PM
 8  bank that's providing them credit.          2:31PM
 9  That's the only reason we kept it.          2:31PM
10       Anyone who's worked with               2:31PM
11  Heather is always going to work             2:31PM
12  with Heather.  That's the bottom            2:31PM
13  line.                                       2:31PM
14       She is a subject matter                2:31PM
15  expert, no one works harder than            2:32PM
16  her.  She sacrifices her life for           2:32PM
17  her clients.  There's times where           2:32PM
18  she's working around the clock on           2:32PM
19  the weekend, early morning.                 2:32PM
20       She's just known as a                  2:32PM
21  subject matter expert that will             2:32PM
22  give you everything she has.                2:32PM
23  That's why clients want to work             2:32PM
24  with her.                                   2:32PM
25       So they eventually did move            2:32PM
```

**Page 169**

```
 1  the business to Heather.  And then          2:32PM
 2  when I talked to Hans before I              2:32PM
 3  went to PNC, he was very clear              2:32PM
 4  that if I joined PNC, he was                2:32PM
 5  certain that Boston Scientific              2:32PM
 6  would move their business and he            2:32PM
 7  would make sure of it because he            2:32PM
 8  wanted the best people working on           2:32PM
 9  his deals.  That's how he felt,             2:32PM
10  that's what shared with me.                 2:32PM
11       I don't know how to explain            2:32PM
12  it any other way.  It's just how            2:32PM
13  my business works.  It's                    2:32PM
14  relationship driven with                    2:32PM
15  attorneys.                                  2:32PM
16       MS. JOYCE:  I move to strike           2:32PM
17  everything as nonresponsive after           2:32PM
18  "working with us again."                    2:32PM
19       THE WITNESS:  I'm doing the            2:33PM
20  best I can.                                 2:33PM
21  BY MS. JOYCE:                               2:33PM
22     Q    I ask you to listen closely         2:33PM
23  to my questions and answer the              2:33PM
24  questions that have been answered.          2:33PM
25       I understand that you have             2:33PM
```

43 (Pages 166 - 169)