# EXHIBIT 6

FILED LEVEL 1 RESTRICTED

CONFIDENTIAL

```
 1                UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLORADO
 3    ------------------------------------------------x
 4    SRS ACQUIOM INC., and
      SHAREHOLDER REPRESENTATIVE
 5    SERVICES, LLC,
 6                 Plaintiffs,
 7    vs.                        Case No. 1:19-cv-02005
 8    HEATHER KELLY, ALEX TSARNAS,
      PNC FINANCIAL SERVICES GROUP,
 9    INC., and PNC BANK, N.A.,
10                 Defendants.
11    ------------------------------------------------x
12                    ***CONFIDENTIAL***
13
14      REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
15                       MICHAEL LYONS
16                  Wednesday, May 26, 2021
17
18
19
20
21
22
23
24    Reported By: Lynne Ledanois, CSR 6811
25    Job No. 4571147
```

Page 1

**Page 218**

1  it's the firm's equity going into it.           4:08PM
2       We have -- I don't know the              4:08PM
3  specific number, but hundreds of               4:08PM
4  products just within treasury                  4:08PM
5  management that based on the facts and         4:08PM
6  circumstances, if we were pitching             4:08PM
7  your firm, it would be specific                4:08PM
8  products to a law firm that you would          4:08PM
9  use based on whether it be partner             4:08PM
10 loans or -- you know, so whatever              4:08PM
11 situation you're in, we're in with an          4:08PM
12 acquisitive client, it always comes to         4:08PM
13 my mind that Harris Williams sold              4:08PM
14 escrow deposits to be front and center         4:08PM
15 of things we're talking to them about,         4:08PM
16 in addition to core funding and moving         4:08PM
17 money and hedging currencies, hedging          4:09PM
18 interest rates, financing growth, that         4:09PM
19 type of stuff.                                 4:09PM
20      Right now to answer your                  4:09PM
21 question, I cannot remember off the            4:09PM
22 top of my head any more clients that I         4:09PM
23 specifically picked up the phone and           4:09PM
24 called them because we thought that            4:09PM
25 they were acquisitive. But there are           4:09PM

**Page 219**

1  more.                                          4:09PM
2    Q   And just so I have a good                4:09PM
3  list, the ones that you specifically           4:09PM
4  remember calling up and asking for             4:09PM
5  business are PPG, American Textile,            4:09PM
6  Black Rock, SalesForce and as of               4:09PM
7  yesterday, AEG Gas?                            4:09PM
8    A   When you say picking up,                 4:09PM
9  it's like I don't know if you're               4:09PM
10 trying to get some accurate -- I don't         4:09PM
11 know what you're doing with it. But I          4:09PM
12 didn't actually -- in some of those            4:09PM
13 I'm with them and I talk about it. I           4:09PM
14 remember talking about it in those             4:09PM
15 meetings.                                      4:09PM
16      In certain cases I pick up                4:09PM
17 the phone and do it. Other cases I             4:09PM
18 may have sent an email. So I don't             4:09PM
19 know if you're trying to pick a                4:09PM
20 specific action.                               4:09PM
21      And those aren't the most                 4:09PM
22 memorable. Those are far from -- I'm           4:09PM
23 not giving you the most memorable              4:09PM
24 names, just names I can think of. I'm          4:10PM
25 50 years old and forgetting                    4:10PM

**Page 220**

1  everything.                                    4:10PM
2    Q   Let's look at Exhibit 14,                4:10PM
3  which should now be marked.                    4:10PM
4       (Exhibit 14 was marked for                4:10PM
5  identification.)                               1:32PM
6  BY MR. BRAUNIG:                                4:10PM
7    Q   And Exhibit 14, I'll just go             4:10PM
8  ahead and say it, PNC51255.                    4:10PM
9    A   I'm refreshing.                          4:10PM
10   Q   Let me know when you have it             4:10PM
11 up.                                            4:10PM
12   A   Okay.                                    4:10PM
13   Q   Do you recognize Exhibit 14              4:10PM
14 as a forwarded-on email that you sent          4:10PM
15 to Keith Block at SalesForce?                  4:10PM
16   A   Yes, I see it.                           4:10PM
17   Q   How did you come to contact              4:10PM
18 SalesForce for business in April of            4:11PM
19 2019?                                          4:11PM
20   A   We had a -- we had a -- we               4:11PM
21 were working through various lists             4:11PM
22 around acquisitive people and people           4:11PM
23 that we -- one of my answers earlier           4:11PM
24 that you didn't love, clients where we         4:11PM
25 had lent them money but we hadn't got          4:11PM

**Page 221**

1  a lot of ancillary -- what we call             4:11PM
2  ancillary noncredit business.                  4:11PM
3       So SalesForce is one of                   4:11PM
4  those. They are a big vendor to us,            4:11PM
5  we had lent them a lot of money but we         4:11PM
6  hadn't got the type of ancillary               4:11PM
7  business that I talked about earlier           4:11PM
8  to make -- to enhance the return               4:11PM
9  around the credit.                             4:11PM
10      They were doing all kinds of              4:11PM
11 acquisitions and they showed up on             4:11PM
12 some list and I said I would pick              4:11PM
13 up -- in this case pick up the email           4:11PM
14 and reach out to Keith Block.                  4:12PM
15   Q   Were you asked to contact                4:12PM
16 SalesForce in April of 2019?                   4:12PM
17   A   I did not -- I do not recall             4:12PM
18 but I do not believe so. I actually            4:12PM
19 did that when I was able to recognize          4:12PM
20 that they had completed a whole series         4:12PM
21 of acquisitions not used us for                4:12PM
22 financing or advisory and thought              4:12PM
23 there would be an opportunity to give          4:12PM
24 a value-added service.                         4:12PM
25   Q   Is it your best testimony                4:12PM

56 (Pages 218 - 221)

CONFIDENTIAL

## Page 226

```
 1   acquisitive companies for which you've      4:16PM
 2   been told by someone else at PNC, this      4:16PM
 3   is a company that has a historical          4:16PM
 4   relationship with SRS Acquiom?              4:16PM
 5      A    I don't recall.                     4:16PM
 6      Q    As you sit here today, you          4:16PM
 7   can't think of any others; correct?         4:16PM
 8      A    In that very specific               4:16PM
 9   circumstance -- I can think of -- in        4:16PM
10   the case of Black Rock, I remember --       4:16PM
11   I recall Rick calling me and saying,        4:16PM
12   hey, PNC owns 23 percent of Black           4:16PM
13   Rock, they do lots of deals.  Can you       4:16PM
14   put in a call for us.  And I did that.      4:16PM
15         So -- but I don't recall any          4:16PM
16   circumstances around those deals other      4:16PM
17   than Black Rock's buying a ton of           4:17PM
18   companies and we would love to do           4:17PM
19   business with them.  So I facilitated       4:17PM
20   that introduction.  I do that with all      4:17PM
21   kinds of products every day.                4:17PM
22      Q    Let's bring up our 34, which        4:17PM
23   will be Exhibit 15.                         4:17PM
24      A    Refreshing.                         4:17PM
25         (Exhibit 15 was marked for            4:17PM
```

## Page 227

```
 1    identification.)                           1:32PM
 2  BY MR. BRAUNIG:                              4:17PM
 3      Q    Let me know when you have it        4:17PM
 4   up.                                         4:17PM
 5      A    Got it.                             4:17PM
 6      Q    Lyons Exhibit 15 is                 4:17PM
 7   PNC51304.  Let's start at the bottom        4:17PM
 8   and work our way up.                        4:18PM
 9      A    Hold on, I just did                 4:18PM
10   something, got me all the way back to       4:18PM
11   the original slide, the paying agent        4:18PM
12   slide.                                      4:18PM
13         All right.  Start at the              4:18PM
14   bottom of Page 1?                           4:18PM
15      Q    Let's start on Page -- I            4:18PM
16   can't -- on Page 4.  So the bottom          4:18PM
17   email of this chain.                        4:18PM
18      A    Okay.                               4:18PM
19         Okay.                                 4:18PM
20      Q    Do you see at the bottom            4:18PM
21   here, Ms. Kelly writes to Mr. Lezack        4:18PM
22   about SalesForce and whether or not         4:18PM
23   Mike Lyons, you, would contact --           4:18PM
24   would contact SalesForce and see if         4:18PM
25   they would move their business.             4:19PM
```

## Page 228

```
 1        Do you see that?                       4:19PM
 2     A    Yes.                                 4:19PM
 3     Q    Okay.  Going up from there,          4:19PM
 4   you see Mr. Lezack forwards that to         4:19PM
 5   you with a copy to Tom Lang and says,       4:19PM
 6   you know, will you email Keith and ask      4:19PM
 7   him.                                        4:19PM
 8     A    Yes.                                 4:19PM
 9     Q    And you respond, "On it."            4:19PM
10     A    Yes.                                 4:19PM
11     Q    Would you agree this is a            4:19PM
12   week or two after the last email that      4:19PM
13   you had sent to Keith Block that was        4:19PM
14   Exhibit 14; is that correct?                4:19PM
15     A    I did not look at the date           4:19PM
16   of the last one.                            4:19PM
17     Q    You can use -- down at the           4:19PM
18   bottom of the screen, there should be      4:19PM
19   one that says previous file, next file     4:19PM
20   with arrows.  You can go back and          4:19PM
21   forth.                                      4:19PM
22     A    April 9th I sent one, yes.          4:19PM
23     Q    And then if you go here it          4:19PM
24   says -- you know, when you wrote "on        4:19PM
25   it," that was ten days later,               4:20PM
```

## Page 229

```
 1  April 19th?                                  4:20PM
 2     A    Yes.                                 4:20PM
 3     Q    My question is:  Did you             4:20PM
 4   reach out to Keith a second time or         4:20PM
 5   were you simply referring to the fact       4:20PM
 6   that you had emailed him once before?       4:20PM
 7     A    I don't recall.                      4:20PM
 8     Q    As you sit here today, do            4:20PM
 9   you recall having more than one             4:20PM
10   communication with SalesForce about        4:20PM
11   trying to get them to shift their          4:20PM
12   business to PNC?                            4:20PM
13     A    I don't recall another               4:20PM
14   email.  I recall later seeing Keith         4:20PM
15   somewhere and saying that he looked         4:20PM
16   into that, his people had no -- him         4:20PM
17   specifically telling me his people          4:20PM
18   didn't care who they used, they viewed      4:20PM
19   it as an interchangeable product and        4:20PM
20   were glad that it could fit into the        4:20PM
21   PNC relationship.                           4:20PM
22         I don't recall this second            4:21PM
23   set of emails and I don't know if my        4:21PM
24   "on it" meant I already did it or I         4:21PM
25   needed to call him and do it again.         4:21PM
```

58 (Pages 226 - 229)

CONFIDENTIAL

### Page 230

```
 1  But certainly the email went to him.    4:21PM
 2       I assume if there was a             4:21PM
 3  second email, we would look at it.  So   4:21PM
 4  I don't recall until maybe we go to      4:21PM
 5  the second email when you show me it.    4:21PM
 6  You know the answer; I don't.            4:21PM
 7     Q   I actually don't know the         4:21PM
 8  answer, which is why I'm asking.  I      4:21PM
 9  don't have another email.                4:21PM
10     A   It was some time well after       4:21PM
11  this that I had a subsequent             4:21PM
12  conversation with Keith.                 4:21PM
13       I only remember it because I        4:21PM
14  viewed it as a positive if people sort   4:21PM
15  of think of it as interchangeable that   4:21PM
16  our theory of integrating this into      4:21PM
17  the broader relationship, there was      4:21PM
18  some efficacy behind that.               4:21PM
19     Q   Let's talk a little bit           4:21PM
20  about that conversation.  This is a      4:21PM
21  conversation that you had with Keith     4:21PM
22  Block from SalesForce?                   4:21PM
23     A   Mm-hmm.                           4:21PM
24     Q   Yes?                              4:22PM
25     A   Yes.                              4:22PM
```

### Page 231

```
 1     Q   To the best of your               4:22PM
 2  recollection, when did that              4:22PM
 3  conversation take place?                 4:22PM
 4     A   I have no idea.                   4:22PM
 5     Q   Was it an in-person               4:22PM
 6  conversation or telephone conversation   4:22PM
 7  or email?                                4:22PM
 8     A   I don't recall.  It was           4:22PM
 9  talking, but I don't recall if we were   4:22PM
10  in person or by phone.                   4:22PM
11     Q   I coughed and I missed the        4:22PM
12  first part of what you said.             4:22PM
13     A   I don't recall if we were in      4:22PM
14  person or by phone, but it was           4:22PM
15  definitely talking.  I believe it was    4:22PM
16  talking versus email.                    4:22PM
17     Q   Was it is a conversation you      4:22PM
18  had with him one on one or was it        4:22PM
19  another conversation that other people   4:22PM
20  were present for?                        4:22PM
21     A   I don't recall.                   4:22PM
22     Q   Do you recall where it            4:22PM
23  was -- I guess you don't know whether    4:22PM
24  it was in person or telephone, so the    4:22PM
25  answer --                                4:22PM
```

### Page 232

```
 1     A   I don't recall.  These            4:22PM
 2  things happen all the time.  My job is   4:22PM
 3  to talk to clients all day every day     4:22PM
 4  or a big part of my job is to talk to    4:23PM
 5  clients all day.                         4:23PM
 6     Q   When you had this                 4:23PM
 7  conversation with Keith Block, what      4:23PM
 8  did you say to him, what did he say to   4:23PM
 9  you?                                     4:23PM
10     A   I don't recall the specifics      4:23PM
11  back and forth.  I just remember the     4:23PM
12  reference that -- the two takeaways I    4:23PM
13  recall was that he was looking for       4:23PM
14  some credit for moving some business     4:23PM
15  to us and then when he pushed to have    4:23PM
16  that business go to us, his people       4:23PM
17  expressed that they didn't have any      4:23PM
18  particular care of where the business    4:23PM
19  went.                                    4:23PM
20       So he was happy to get to go        4:23PM
21  to relationship A.                       4:23PM
22     Q   And you said something about      4:23PM
23  the services being interchangeable.      4:23PM
24  Is that something that he told you?      4:23PM
25     A   It was -- I inferred it           4:23PM
```

### Page 233

```
 1  from -- I don't remember what the        4:23PM
 2  specific long and short of the           4:23PM
 3  conversation.  I remember the only       4:23PM
 4  takeaways I had in my mind from the      4:23PM
 5  conversation were those.                 4:23PM
 6       They may have been incorrect        4:23PM
 7  takeaways and I don't recall the         4:24PM
 8  specific words he said.                  4:24PM
 9     Q   The two takeaways were that       4:24PM
10  he was looking for credit for moving     4:24PM
11  the business, that was Number 1?         4:24PM
12     A   Yes, or, you know, that he        4:24PM
13  has happy that he was able to do it      4:24PM
14  for us.                                  4:24PM
15     Q   And the second was that           4:24PM
16  the -- from SalesForce's perspective,    4:24PM
17  the products were interchangeable and    4:24PM
18  they were happy to move the business     4:24PM
19  to PNC?                                  4:24PM
20     A   I don't want to put               4:24PM
21  "interchangeable" in his mouth but       4:24PM
22  that was my takeaway.                    4:24PM
23       MS. JACOBS:  I'm sorry, be          4:24PM
24  sure to let Warren finish his            4:24PM
25  question because when you talk           4:24PM
```

59 (Pages 230 - 233)