# EXHIBIT 16

**SRSA Alleged "Trade Secrets"**

"Trade Secrets" Asserted in Preliminary Injunction Motion

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Payments Spreadsheet (II.B) | X | X | X | X | |
| Customer Information (IX) | X | X | X | X | |
| Pricing Strategy (VIII.A) | X | | X | | X |
| Product Development Strategies (X) | X | | X | | X |
| Deal Dashboard's Design and Selected Information (VII.A) | X | X | X | X | X |
| Payment Product Specifications v2 (I) | X | | X | X | X |
| Imports Process and Procedures (II.A) | X | | X | X | X |

1

"Trade Secrets" Not Asserted in Preliminary Injunction Motion

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Payment Ref Import Template (II.B) | X | | X | | X |
| Proprietary Payment Methods (I) | X | | X | | X |
| Master Services Agreements (VIII.C) | X | | | X | X |
| Legal and Financial Structure of Acquiom Compensation Payments (VI) | X | X | X | X | X |
| Enhanced Document Collection (V.C) | X | | X | | |
| Customized Pre-Populated Documents (V.B) | X | X | X | | X |

2

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Customized Document Distribution Method (V.A) | X | X | X | | X |
| Deal Dashboard's Back-End Operations (VII.B) | X | | X | | X |

"Trade Secrets" SRSA No Longer Intends to Pursue

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Mutual Authentication (III.A) | X | X | X | X | X |
| "Letter with a Link" (III.B) | X | X | X | X | X |
| Certificateless Transactions | X | X | X | X | X |

3

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| System for creating a personalized platform for shareholders (IV) | X |  | X |  | X |
| Individually-Negotiated Prices and Terms (VIII.B) | X | X | X | X | X |
| Financial Information (XI) | X |  |  |  | X |

4