# EXHIBIT 25



12/9/2019

nimbus screenshot app print

screenshot-www.srsacquiom.com-2019.12.09-10_37_13
https://www.srsacquiom.com/about-us/clients/
09.12.2019



# Featured Clients

| | | |
|---|---|---|
| 3i Group | 500 Startups | 5AM Ventures |
| Accel Partners | Adams Street Partners | Advanced Technology Ventures |
| Alloy Ventures | Andreessen Horowitz | APAX Partners |
| Arboretum Ventures | ARCH Venture Partners | Atlas Venture |
| August Capital | Austin Ventures | Bain Capital Ventures |
| Battery Ventures | Canaan Partners | Canyon Ventures Partners |
| Carmel Ventures | Charles River Ventures | Chess Ventures |
| Chrysalis Ventures | CMEA Ventures | Columbia Capital |
| DAG Ventures | DCM | D.E. Shaw |
| Delphi Ventures | Draper Fisher Jurvetson | El Dorado Ventures |
| FirstMark Capital | First Round Capital | Flybridge Capital Partners |

| | | |
|---|---|---|
| Focus Ventures | Foundation Capital | Foundry Group |
| Frazier Healthcare Ventures | Gemini Israel Ventures | General Atlantic |
| General Catalyst Partners | Giza Venture Capital | Goldman Sachs Private Equity Group |
| Google Ventures | Granite Ventures | Greylock Partners |
| H&Q Healthcare Investors | HarbourVest Partners | Highland Capital Partners |
| In-Q-Tel | Index Ventures | Institutional Venture Partners |
| Intel Capital | InterWest Partners | JAFCO Ventures |
| JMI Equity | Khosla Ventures | Kleiner Perkins Caufield & Byers |
| Lerer Hippeau Ventures | Lightspeed Venture Partners | Masthead Venture Partners |
| Mayfield Fund | Menlo Ventures | Meritech Capital Partners |
| Mobius Venture Capital | Mohr Davidow Ventures | New Enterprise Associates |
| Novak Biddle Venture Partners | Norwest Venture Partners | Oak Investment Partners |
| OrbiMed Add | Pitango Venture Capital | Redpoint Ventures |
| Revolution LLC | RRE Ventures | Saints Capital |
| Sapphire Ventures | Scale Venture Partners | Sequoia Capital |
| Sigma Partners | Silicon Valley Bank | SoftBank Capital |
| Steamboat Ventures | Summit Partners | Sutter Hill Ventures |
| SV Life Sciences | TA Associates | Tenaya Capital |
| The Social + Capital Partnership | TPG Capital | Trevi Health Ventures |
| Trident Capital | Trinity Ventures | True Ventures |
| U.S. Venture Partners | Valhalla Partners | VantagePoint Venture Partners |
| Venrock | Versant Ventures | Vulcan Capital |
| Worldview Technology Partners | Y Combinator | |



See featured deals    →

Gain a deeper understanding with insights from SRS Acquiom.

Explore articles now    →

Contact Us
Support / FAQs
Terms & Conditions
Privacy Policy

Subscribe to Our Newsletter

Careers

Connect

SRS ACQUIOM
ELEVATE YOUR GAIN

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity.

Transactional risk insurance products or services may not be available in all states, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc.

© 2019 SRS Acquiom Inc.