# EXHIBIT 26

*screenshot-www.srsacquiom.com-2019.12.09-10_42_19*
*https://www.srsacquiom.com/about-us/featured-deals/*
*09.12.2019*

















acquired by











acquired by






acquired by






acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by



acquired by




















acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by








acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by











acquired by



acquired by



acquired by



acquired by











acquired by

acquired by

acquired by

acquired by

















acquired by

acquired by

acquired by

acquired by

















acquired by

acquired by

acquired by

acquired by
















acquired by



acquired by



acquired by



acquired by








acquired by



acquired by




acquired by




acquired by



acquired by



acquired by

acquired by



acquired by











acquired by          acquired by          acquired by          acquired by








acquired by          acquired by          acquired by          acquired by











acquired by          acquired by          acquired by          acquired by










acquired by          acquired by          acquired by          acquired by











acquired by | acquired by | acquired by | acquired by











acquired by | acquired by | acquired by | acquired by










acquired by | acquired by | acquired by | acquired by










acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by





acquired by



12/9/2019
nimbus screenshot app print

See a list of featured clients →

Contact Us
Support / FAQs
Terms & Conditions
Privacy Policy

Subscribe to Our Newsletter

Careers

Connect

SRS ACQUIOM
ELEVATE YOUR GAIN

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity.

Transactional risk insurance products or services may not be available in all states, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc.

© 2019 SRS Acquiom Inc.