# EXHIBIT 27



## Christa Fancher · 2nd

Managing Director, Business Development at SRS Acquiom

San Francisco, California, United States · Contact info

500+ connections

3 mutual connections: David Lipkin, Vern Norviel, and 1 other

   

 SRS Acquiom

 Santa Clara University

## About

As Managing Director of Business Development at SRS Acquiom I serve as primary point of contact on the West Coast for all new M&A engagements. I interface directly with counsel, management, investors and the board of directors to articulate SRS' unique value proposition. I have had the pleasure of procuring 1500+ M&A engagements. I work closely with founders/management, and M&A professionals across 250+ VC/PE Firms and 75+ Law Firms. Below is a description of SRS Acquiom and some representative transactions:

2018 Representative Transactions
Github, Inc./Microsoft Corporation
Pagebites, Inc./Singularity IM Inc.
Glint Inc./LinkedIn Corporation
Heptio Inc/VMware, Inc.
Semantic Machines, Inc./Microsoft Corporation
Treasure Data, Inc./Arm Holdings US, Inc.
CloudHealth Technologies, Inc./VMware, Inc.
Skyhigh Networks, Inc./McAfee, Inc.
TSheets.com, LLC/Intuit Inc.
CloudCraze Software LLC/Salesforce.com, Inc.



in private target M&A transactions. We work to maximize the stockholders' return of capital held in escrow by professionally handling claims relating to working capital disputes, earn-outs, breaches of representations & warranties and managing other matters that may arise following the closing.

We are a leader in M&A escrow and payments administration. Our online platform Acquiom Clearinghouse is the only online solution for pre-closing stockholder solicitation, LoTs and payment instructions for M&A transactions. It's fast, easy and streamlined. We have now facilitated ...see more

**Regional Director, DataSite**
Merrill Corporation
Dec 2004 – Sep 2009 · 4 yrs 10 mos

**Legal Specialist, Corporate, Securities and M&A**
Hewlett-Packard Company
1999 – 2004 · 5 yrs

**Sr. Corporate Paralegal**
Wilson Sonsini Goodrich and Rosati
1998 – 1999 · 1 yr

**Legal Assistant**
Micro Focus / Merant
1996 – 1998 · 2 yrs

## Education

**Santa Clara University**
Bachelor of Arts - BA

## Licenses & Certifications

**Series 6**
Financial Industry Regulatory Authority (FINRA)
Issued Jan 2015 · No Expiration Date

**Series 63**

## Skills & Endorsements

**Mergers & Acquisitions** · 41
Endorsed by Louis Lehot and 5 others who are highly skilled at this
Endorsed by 8 of Christa's colleagues at SRS Acquiom

**Venture Capital** · 36
Endorsed by Ed Lambert, who is highly skilled at this
Endorsed by 7 of Christa's colleagues at SRS Acquiom

**Start-ups** · 24
Endorsed by Geoff Workman, who is highly skilled at this
Endorsed by 6 of Christa's colleagues at SRS Acquiom

### Industry Knowledge

| | |
|---|---|
| Strategy · 22 | Private Equity · 15 |
| Business Development · 13 | Mergers · 10 |
| Corporate Law · 10 | Business Strategy · 10 |
| M&A experience · 9 | Due Diligence · 9 |
| Entrepreneurship · 9 | Corporate Development · 8 |
| Corporate Governance · 7 | Acquisitions · 6 |

Sidebar:
Tell me about a time you had to persuade someone.
See all questions

Promoted
Learn to code in 24 weeks — Become a web developer in 24 weeks. Online classes starting soon. Learn more
Top-Ranked Online MBA — No GMAT required for SU's online MBA. Complete your degree in 24 months! Learn more

Corporate Finance · 5

Interpersonal Skills

Management · 7                    Strategic Partnerships · 7

Negotiation · 5

Other Skills 

New Business Development · 9

Show less ⌃

### Recommendations

**Received (1)**   Given (0)

**Arthur Blakeslee**
Looking for the next great opportunity
May 17, 2011, Arthur worked with Christa but at different companies

I have worked with Christa and SRS on several Merger & Acquisition Transactions. In their role as Shareholder Representative, they are efficient, fastidious, and dedicated to protecting the rights of the Shareholders in indemnification situations, ensuring maximum return from the Escrow Fund to the Shareholders as a result. See less

7/2/2020 nimbus screenshot app print