# EXHIBIT 28

## Client Quotes and Stories

See why clients rely on us to elevate their gain.

> "Unlike most paying agents, a sophisticated payments administrator handles the headache of employee compensation with ease. They provide peace of mind.
>
> - Benton Bodamer, Counsel, Goodwin Procter

> "What SRS Acquiom does is not part of our brain process. We just want things to be done…no pain, no problems. They make sure nothing gets in the way of my deal.
>
> - Nils Holum, Vice President, Middle Market Private Equity Firm

> "SRS Acquiom provides seamless shareholder representation and is a great resource for M&A terms and rep & warranty insurance.
>
> - Dave Markland, CFO and Administrative Partner, Tenaya Capital

> "SRS Acquiom is changing the rules for how M&A payments are administered and how the post-closing period is managed.
>
> - Steve Miles, Group Vice President and Sales Director, SunTrust Bank

> "Most M&A lawyers move on to the next deal without much thought about how tedious the payments process can be for merger parties. SRS Acquiom Clearinghouse is a significant value-add-on to an M&A practitioner's client toolkit.
>
> - Nicholas Deitrich, Retired Partner, Gowlings

> "M&A deal technology has evolved, but some aspects haven't changed for decades. Services like SRS Acquiom Clearinghouse show what technology can do to make the deal process more efficient from both an economic and practical standpoint.
>
> - John Hughes, Partner, Sidley Austin LLP

> "SRS Acquiom has earned our business and future business. They make a complicated process simple and keep lines of communication open at all times.
>
> - Jim Bullock, President and CEO, Zyga Technology

> "SRS Acquiom has been flexible and responsive to our many needs. They get the job done and have exceeded our tough standards.
>
> - Peggy Tirrell, Assistant General Counsel, Dell, Inc.

> "SRS Acquiom takes a process that has often been problematic and makes it simple. In particular, their unique online portal provides an extremely useful way for shareholders to track and monitor their escrow balances and status.
>
> - Scott Ring, General Counsel and Partner, Bessemer Venture Partners

nimbus screenshot app print







| August Capital | Boulder Ventures |
| --- | --- |
| Austin Ventures | Canaan Partners |
| Bain Capital Ventures | Carlyle Ventures |
| Battery Ventures | Carmel Ventures |
| Benchmark Capital | Charles River Ventures |
| Bessemer Venture Partners | Chess Ventures |

## Client Quotes and Stories

See why clients rely on us to elevate their gain.

> "What SRS Acquiom does is not part of our brain process. We just want things to be done…no pain, no problems. They make sure nothing gets in the way of my deal.
>
> - Nils Holum, Vice President, Middle Market Private Equity Firm

> "Working with SRS Acquiom has been top notch and the little things, surpassing industry standard, don't go unnoticed. Kudos to your company.
>
> - Bonnie Bakalar, Vice President, Sepio Captial

Contact Us

Support / FAQs

Terms & Conditions

Privacy Policy

**CCPA: Notice of Collection**

**Subscribe to Our Newsletter**

**Careers**

**Connect**

✉ 🐦

**SRS ACQUIOM**
ELEVATE YOUR GAIN

Securities products and Payments services offered through Acquiom Financial LLC, an affiliate broker-dealer of SRS Acquiom Inc. and member FINRA/SIPC. Visit www.finra.org for information about FINRA membership. Acquiom Financial does not make recommendations, provide investment advice, or determine the suitability of any security for any particular person or entity.

Transactional risk insurance products or services may not be available in all states, and coverage is subject to actual policy language. Non-insurance products and services may be provided by affiliated companies or unaffiliated third parties. Insurance products placed by Acquiom Insurance LLC, an affiliate of SRS Acquiom Inc.

© 2021 SRS Acquiom Inc.