# EXHIBIT 31

FILED LEVEL 1 RESTRICTED

**To:** Wirtz, Johannes[Johannes_Wirtz@Comcast.com]; george.rayzis@usbank.com[george.rayzis@usbank.com]
**From:** Ryan Simkin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FORTISREP.ONMICROSOFT.COM-59744-RSIMKIN@FORTISREP.COMCC6]
**Sent:** Mon 6/23/2014 3:39:41 PM (UTC)
**Subject:** RE: Comcast Cable, LLC-PowerCloud Systems, Inc. Inconsistency

Confirmed

**Ryan Simkin** Managing Director
**Fortis Advisors** 4225 Executive Square, Suite 1040  La Jolla, CA  92037
P: 858-200-8691  F: 858-408-1843  www.fortisrep.com  rsimkin@fortisrep.com



This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** Wirtz, Johannes [mailto:Johannes_Wirtz@Comcast.com]
**Sent:** Monday, June 23, 2014 8:31 AM
**To:** george.rayzis@usbank.com; Ryan Simkin
**Subject:** RE: Comcast Cable, LLC-PowerCloud Systems, Inc. Inconsistency

Confirm on behalf of Comcast (PowerCloud Systems, Inc. was previously named Capeco, Inc.).

**Johannes Wirtz**
**Assistant Deputy General Counsel**
**Comcast Corporation**
One Comcast Center, 51st Floor | 1701 John F. Kennedy Blvd. | Philadelphia, PA  19103-2838
☎: 215.286.7420 | 📠: 215.286.4993 | ✉: johannes_wirtz@comcast.com

**From:** george.rayzis@usbank.com [mailto:george.rayzis@usbank.com]
**Sent:** Monday, June 23, 2014 10:34 AM
**To:** Wirtz, Johannes; Ryan Simkin
**Subject:** Fw: Comcast Cable, LLC-PowerCloud Systems, Inc. Inconsistency

Pursuant to 3c of the Payment Agent Agreement, USB, as Payment Agent is seeking joint direction (which can be via e-mail) of Comcast Cable Communications, LLC and Fortis Advisors LLC to pay certificates of both company names in lieu of just PowerCloud listed in Exhibit B. Please advise. Thanks.

Thanks.

P.S. I advised Ashley that the shareholder will need to deliver the originals to be paid.


George J. Rayzis
Vice President
---------------------------------------------------------------

U.S. Bank Global Corporate Trust Services
Two Liberty Place
50 S. 16th Street, Suite 2000
Mail Station: EX-PA-WBSP
Philadelphia, PA 19102

Ph: 215-761-9317

**FILED LEVEL 1 RESTRICTED**

Fx:  215-761-9412
e-mail: george.rayzis@usbank.com

----- Forwarded by George J Rayzis/PA/USB on 06/23/2014 10:22 AM -----

From: Ashley N Aspenson/MN/USB
To: George J Rayzis/PA/USB@USB,
Date: 06/23/2014 10:04 AM
Subject: Comcast Cable, LLC-PowerCloud Systems, Inc.

Hello George,

I received an emailed LT and certs from a holder and noticed that the two certificates have different company names on them. One has Powercloud Systems, Inc while the other says Capeco, Inc. I have attached a copy of the two certs and want to ensure we are ok to pay on certs with both of these company names.

Thank you,


***ASHLEY ASPENSON***
**US BANK** - CORPORATE TRUST SERVICES
PH: 651-466-6831
FAX: 651-466-7372
111 Fillmore Ave. E. St. Paul, MN  55107
ashley.aspenson@usbank.com

----- Forwarded by Ashley N Aspenson/MN/USB on 06/23/2014 09:00 AM -----

From: PRTMN14H702-B3@usbank.com
To: "ashley" <ashley.aspenson@usbank.com>,
Date: 06/23/2014 08:58 AM
Subject: Message from "PRTMN14H702-B3"


```
This E-mail was sent from "PRTMN14H702-B3" (Aficio MP 7502).

Scan Date: 06.23.2014 08:58:19 (-0500)
Queries to: PRTMN14H702-B3@usbank.com
```

## U.S. BANCORP made the following annotations

--------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.


--------------------------------------------------------------------

## FILED LEVEL 1 RESTRICTED