# EXHIBIT 33

FILED LEVEL 1 RESTRICTED

**To:** Hsu, Jeremy[Jeremy_Hsu@comcast.com]
**Cc:** Leaf, Marc A.[Marc.Leaf@dbr.com]; Babson, Elizabeth K. (Elizabeth.Babson@dbr.com)[Elizabeth.Babson@dbr.com]; Kim Ocampo[kocampo@fortisrep.com]; McGinley, Joseph[Joseph_McGinley@Comcast.com]; Segal, Brad[Brad_Segal@Comcast.com]; Ralph Sabin[rsabin@fortisrep.com]; Justin_Markle@Comcast.com[Justin_Markle@Comcast.com]; Peter Faubert[peter.faubert@thistech.com]; Adam Lezack[alezack@fortisrep.com]
**From:** Adam Lezack[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FORTISREP.ONMICROSOFT.COM-59744-ALEZACK@FORTISREP.COM77F]
**Sent:** Tue 12/15/2015 2:28:40 AM (UTC)
**Subject:** RE: This Technology - Closing Date Balance Sheet and Closing Date Net Liabilities
Trial Balance 8 18 15 True Up Entry Tracking - Opening Balance Sheet Adjs - 12 11 15..xlsx

Jeremy, thanks once again for sending this over. Per Section 2.08(c) of the SPA (defined in your email below), attached please find the revised Closing Date Net Liabilities and Closing Date Balance Sheet (with all of the detail contained therein). I am sure you know this, but Justin and Peter, copied, have been involved with the preparation of the attached. I understand this is agreed upon, and we are in agreement with it as well. Per the attached, the net amount due to Comcast is ▮▮▮▮▮ (i.e. the Net Liabilities Adjustment, See Cell E17 of the Working Capital Summary Tab).

The SPA calls for faxing the attached to your GC, but that is difficult given it's a multi tabbed excel. Can you confirm this email is sufficient. Thanks.

Assuming you are signed off as well, I believe Comcast has a right to retain this ▮▮▮ from the Holdback Fund. Please let me know if this email is sufficient for you from a confirmation standpoint (it works for me).

Best, Adam


**Adam Lezack**  Managing Director
**Fortis Advisors**
Direct: 858-200-8692
www.fortisrep.com   alezack@fortisrep.com



What is "market" on your M&A deal? **Use FORSITE, our innovative M&A deal tool**

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

---

**From:** Hsu, Jeremy [mailto:Jeremy_Hsu@comcast.com]
**Sent:** Monday, November 16, 2015 1:57 PM
**To:** Fortis Advisors Notices <notices@fortisrep.com>
**Cc:** Leaf, Marc A. <Marc.Leaf@dbr.com>; Babson, Elizabeth K. (Elizabeth.Babson@dbr.com) <Elizabeth.Babson@dbr.com>; McGinley, Joseph <Joseph_McGinley@Comcast.com>; Segal, Brad <Brad_Segal@Comcast.com>; Hsu, Jeremy <Jeremy_Hsu@comcast.com>
**Subject:** This Technology - Closing Date Balance Sheet and Closing Date Net Liabilities

Reference is made to the Securities Purchase Agreement (the "SPA"), dated as of August 18, 2015, by and among Comcast Cable Communications, LLC, This Technology, Inc., its stockholders and Fortis Advisors LLC. Capitalized terms shall have the respective meanings assigned to them in the SPA.

Pursuant to Section 2.08(b) of the SPA, Buyer's statement of Closing Date Net Liabilities is as follows:

Current Assets: ▮▮▮▮▮▮▮
Total Indebtedness and Other Liabilities: ▮▮▮▮▮
Closing Date Net Liabilities: ▮▮▮▮▮▮

Good Faith Estimate 8/18/2015: ▮▮▮▮▮
Net Amount Due from Seller to Buyer: ▮▮▮▮▮

**FILED LEVEL 1 RESTRICTED**

Please see the attached for the Closing Date Balance Sheet and backup information for the calculation of Closing Date Net Liabilities. Copies of this email (but not the attachment) will be sent via facsimile in order to ensure receipt. Please reach out to me if you receive the fax but not this email, so I can arrange for alternative delivery.

Best Regards,
Jeremy

Jeremy Hsu
Deputy General Counsel
Comcast Corporation
One Comcast Center
51st Floor
Philadelphia, PA 19103-2838
Office: (215) 286-7897
Fax: (215) 286-4993
Jeremy_Hsu@comcast.com

**FILED LEVEL 1 RESTRICTED**