# EXHIBIT 35

FILED LEVEL 1 RESTRICTED

**To:** Erin Moran[emoran@fortisrep.com]
**Cc:** Ryan Simkin[rsimkin@fortisrep.com]
**From:** Adam Lezack[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FORTISREP.ONMICROSOFT.COM-59744-ALEZACK@FORTISREP.COM77F]
**Sent:** Wed 7/5/2017 8:43:47 PM (UTC)
**Subject:** RE: Emotient Indemnity Holdback

Done

**Adam Lezack**  Managing Director
**Fortis Advisors**
Direct: 858-200-8692
www.fortisrep.com  alezack@fortisrep.com

What is "market" on your M&A deal? **Use FORSITE, our innovative M&A deal tool**

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

**From:** Erin Moran
**Sent:** Wednesday, July 05, 2017 1:41 PM
**To:** Adam Lezack <alezack@fortisrep.com>
**Cc:** Ryan Simkin <rsimkin@fortisrep.com>
**Subject:** FW: Emotient Indemnity Holdback

Adam- Can you please approve the  wire to US Bank?  Thanks.

**Erin Moran**
Associate, M&A Accounting & Reporting
**Fortis Advisors**
**P: 858-200-8688, x303**  F: 858-408-1843 www.fortisrep.com emoran@fortisrep.com

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** svignolo@apple.com [mailto:svignolo@apple.com]
**Sent:** Wednesday, July 05, 2017 1:33 PM
**To:** Erin Moran
**Cc:** Kevin Campbell; Ryan Simkin; Bob Holmen (bholmen@investorcounsel.net)
**Subject:** Re: Emotient Indemnity Holdback

Hi Erin,
Thanks for sharing this. I'll update the final schedule I provide to US Bank with these figures. We can have USB release the amounts to key employees at this time.

Can you let us know once the ▇▇▇▇▇ has been sent to USB?

Thanks,

**FILED LEVEL 1 RESTRICTED**

Samantha

On Jul 5, 2017, at 12:40 PM, Erin Moran <emoran@fortisrep.com> wrote:

Samantha,

Hope you had a great Fourth.  Regarding the expense fund portion to the Key Employees, the way we interpreted the agreement is that since the expense fund is not part of the Holdback, the expense fund portion is payable at this time.  I've attached a spreadsheet and instruction letter laying this out (mainly columns AN-AO), but please let us know if you have any comments or if we are misunderstanding.

Additionally, the responses from the former employee optionholders have been trickling in and I will send those forms to you in a separate email so they are in one place and I can send piecemeal hereafter as received.

Again, please let us know if you have any questions. Thank you.


**Erin Moran**
Associate, M&A Accounting & Reporting
**Fortis Advisors**
P: 858-200-8688, x303  F: 858-408-1843 www.fortisrep.com emoran@fortisrep.com

<image001.jpg>

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

**From:** svignolo@apple.com [mailto:svignolo@apple.com]
**Sent:** Friday, June 30, 2017 10:08 AM
**To:** Erin Moran
**Cc:** Kevin Campbell; Ryan Simkin; Fortis Advisors Support Team
**Subject:** Re: Emotient Indemnity Holdback

Hi Erin,

The holders in rows 49-55 are employees with purchase price retention holdback. We pay out their retention holdback together with their indemnity holdback evenly over 3 years. You can still send the full amount of remaining expense fund  to US Bank and US Bank will hold the amount due to these holders until their next payment.

Thanks,
Sam


On Jun 30, 2017, at 9:58 AM, Erin Moran <emoran@fortisrep.com> wrote:

Sam,

Thanks for sending this along.  I have one question regarding the allocations on the Indemnity Tab.  It appears that the holders in rows 49-55 on the "Alloc Sched" tab aren't included in this allocation.  Could you let me know why?

We will reach out to ▮▮▮▮▮ for his information.

**FILED LEVEL 1 RESTRICTED**

Thanks.

**Erin Moran**
Associate, M&A Accounting & Reporting
**Fortis Advisors**
**P: 858-200-8688, x303**  F: 858-408-1843  www.fortisrep.com  emoran@fortisrep.com

<image001.jpg>

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** svignolo@apple.com [mailto:svignolo@apple.com]
**Sent:** Thursday, June 29, 2017 4:49 PM
**To:** Erin Moran
**Cc:** Kevin Campbell; Ryan Simkin; Fortis Advisors Support Team
**Subject:** Re: Emotient Indemnity Holdback

Hi Erin,
Attached is the payout schedule taking into account the claimed amount of ▮▮▮▮. Please let me know if you have any questions.

Also, I just noticed that we will need a W9 from ▮▮▮▮ to process his payment.

Thanks,
Sam

> On Jun 29, 2017, at 10:15 AM, Erin Moran <emoran@fortisrep.com> wrote:
>
> Samantha,
>
> Could you clarify if you are looking to move forward with the Holdback distribution now (versus next week)?  We have some coordinating to do on our end such as sending US Bank the remaining portion of the expense fund to be released in conjunction with the Holdback funds.  We were expecting to do this early next week, however we can move forward at this time if that's what you are referencing in your last email.
>
> Additionally, we prepared the joint instruction letter and the allocation spreadsheet for US Bank and I will send that along to you for Apple to review and sign off.
>
> Please advise.  Thanks.
>
>
> **Erin Moran**
> Associate, M&A Accounting & Reporting
> **Fortis Advisors**
> **P: 858-200-8688, x303**  F: 858-408-1843  www.fortisrep.com  emoran@fortisrep.com
>
> <image001.jpg>
>
> This electronic mail message, including any attachments hereto, is intended only for the

**FILED LEVEL 1 RESTRICTED**

addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

---

**From:** svignolo@apple.com [mailto:svignolo@apple.com]
**Sent:** Thursday, June 29, 2017 9:47 AM
**To:** Erin Moran
**Cc:** Kevin Campbell; Fortis Advisors Support Team; Ryan Simkin
**Subject:** Re: Emotient Indemnity Holdback

Thanks, Erin. In the meantime, we will move forward with the transfer to US Bank for payouts to shareholders as well as the payments through Payroll to the folks we have info for.

Thanks,
Samantha

> On Jun 29, 2017, at 9:29 AM, Erin Moran <emoran@fortisrep.com> wrote:
>
> Samantha,
>
> We will reach out to these holders to obtain either their payment information or W9s and update you accordingly.
>
> Thank you.
>
>
> **Erin Moran**
> Associate, M&A Accounting & Reporting
> **Fortis Advisors**
> **P: 858-200-8688, x303**  F: 858-408-1843 www.fortisrep.com emoran@fortisrep.com
>
> <image001.jpg>
>
> This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.
>
> ---
>
> **From:** Ryan Simkin
> **Sent:** Wednesday, June 28, 2017 5:04 PM
> **To:** svignolo@apple.com
> **Cc:** Kevin Campbell; Fortis Advisors Support Team; Erin Moran
> **Subject:** RE: Emotient Indemnity Holdback
>
> Samantha, I am adding Erin who is helping to manage this release. Erin, can you please connect with Samantha tomorrow to discuss these details.
> Thanks

**FILED LEVEL 1 RESTRICTED**

**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843  www.fortisrep.com  rsimkin@fortisrep.com

<image001.jpg>

**What is "market" on your M&A deal?** **Use FORSITE, our innovative M&A deal tool**

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** svignolo@apple.com [mailto:svignolo@apple.com]
**Sent:** Wednesday, June 28, 2017 4:51 PM
**To:** Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Kevin Campbell <kevin_campbell@apple.com>; Fortis Advisors Support Team <support@fortisrep.com>
**Subject:** Emotient Indemnity Holdback

Hi Ryan,
We are preparing to release the indemnity holdback in connection with Project Emory. The majority will be paid out via US Bank with a smaller portion paid through Apple Payroll for option consideration to current and former employees. There's a small list of folks that were former employees of Emotient at time of deal close. Our Payroll team is able to process live checks for their payments if we receive W9s. Can you help obtain these?

**Former employees with holdback on options:**



If the individual would prefer a direct deposit, we need  the bank routing number and account number.

For all others with holdback on options, they are currently employees of Apple or were for a short period and we have their information in our systems.

Please let me know if you have any questions.

Thanks,
Samantha

<Emory_Allocation_Schedule.xlsx><Emotient Holdback Release (July 2017).docx>

**FILED LEVEL 1 RESTRICTED**