# EXHIBIT 36

FILED LEVEL 1 RESTRICTED

**To:**     Adam Lezack[alezack@fortisrep.com]
**From:**   Ryan Simkin[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FORTISREP.ONMICROSOFT.COM-59744-RSIMKIN@FORTISREP.COMCC6]
**Sent:**   Wed 4/24/2013 3:42:52 PM (UTC)
**Subject:** FW: Proposal
SF-#5427447-v2F-Project_Juice_-_Merger_Agreement.doc


Ryan Simkin Managing Director
Fortis Advisors 4225 Executive Square, Suite 1040  La Jolla, Ca  92037
P: 858-227-9226  F: 858-408-1843 www.fortisrep.com rsimkin@fortisrep.com


This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.


-----Original Message-----
From: Leavitt, Jeffrey [mailto:Jeffrey.Leavitt@dlapiper.com]
Sent: Tuesday, April 23, 2013 2:33 PM
To: Ryan Simkin
Cc: Rick Fink; Gordon, Brian M.
Subject: RE: Proposal

Ryan,

Here is the current draft of the Merger Agreement.  We have a call with Fenwick on Monday to discuss it. I'd welcome your comments beforehand to try to work into our response.

Thanks, Jeff

Jeffrey Leavitt
Partner

T  +1 404.736.7818
F  +1 404.682.7818
M  +1 678.637.5860
E  jeffrey.leavitt@dlapiper.com

DLA Piper LLP (US)
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia 30309-3450
United States
www.dlapiper.com


-----Original Message-----

**FILED LEVEL 1 RESTRICTED**

From: Ryan Simkin [mailto:rsimkin@fortisrep.com]
Sent: Tuesday, April 23, 2013 5:30 PM
To: Leavitt, Jeffrey
Cc: Rick Fink
Subject: RE: Proposal

Jeff,

Once you receive the documents from Fenwick/Cisco, please send over and we will be happy to quickly review and turn.  Best,

Ryan

Ryan Simkin Managing Director
Fortis Advisors 4225 Executive Square, Suite 1040  La Jolla, Ca  92037
P: 858-227-9226  F: 858-408-1843 www.fortisrep.com rsimkin@fortisrep.com


This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.


-----Original Message-----
From: Leavitt, Jeffrey [mailto:Jeffrey.Leavitt@dlapiper.com]
Sent: Friday, April 19, 2013 1:13 PM
To: Rick Fink
Cc: Ryan Simkin
Subject: RE: Proposal

They have many counsels, but the lead is Fenwick.

Regarding escrow agents, I connected with a couple but after a call with management this morning they would prefer we use Deutsche Bank.  I have a board meeting Wednesday where we'll see if the rest of the board is OK with that selection.  Cisco hasn't approved it yet either so who knows.



-----Original Message-----
From: Rick Fink [mailto:rfink@fortisrep.com]
Sent: Friday, April 19, 2013 3:37 PM
To: Leavitt, Jeffrey
Cc: Ryan Simkin
Subject: Re: Proposal

Sounds like we should wait for the Cisco draft. Who is their counsel on this one?

Rick Fink
Managing Director and CEO
Fortis Advisors
4225 Executive Square, Suite 1040
La Jolla, CA 92037

**FILED LEVEL 1 RESTRICTED**

(858) 922-8950
rfink@fortisrep.com
www.fortisrep.com


On Apr 19, 2013, at 12:13 PM, "Leavitt, Jeffrey" <Jeffrey.Leavitt@dlapiper.com> wrote:

> Rick,
>
> I'm expecting to receive a next turn of the Merger Agreement from Cisco's counsel on Monday.  Would that be a good time to share it with you and get your comments?  Or do you want the current version now to review over the weekend?
>
> Thx, Jeff
>
> -----Original Message-----
> From: Rick Fink [mailto:rfink@fortisrep.com]
> Sent: Tuesday, April 16, 2013 4:53 PM
> To: Leavitt, Jeffrey
> Cc: Ryan Simkin
> Subject: RE: Proposal
>
> That's great Jeff. Thanks. Ok to wait on the engagement agreement until we figure out who the Advisory Board will be. We'll be a party to the Merger Agreement and Escrow Agreement so all will get done pre-signing.  Let's talk about that and the document review when you come up for air. Also, I'll reach out to some escrow banks for you.
> Look forward to working with you!
> Rick
>
> -----Original Message-----
> From: Leavitt, Jeffrey [mailto:Jeffrey.Leavitt@dlapiper.com]
> Sent: Tuesday, April 16, 2013 12:09 PM
> To: Rick Fink
> Cc: Ryan Simkin
> Subject: RE: Proposal
>
> Rick,
>
> I'm pleased to report that the ▮▮▮▮ board/stockholders have elected to engage Fortis as Stockholder Agent for this acquisition transaction.  Do you need a signature on the engagement letter from the company at this point, or is that all signed up at closing (since I'm not sure of all the info to put on Exhibit A at this time, etc.).
>
> Also, I would be happy to get you involved in the document review process, both the Merger Agreement and escrow related agreements, with deference to however you would suggest is the right process and timing.  I am hoping to get out of a trip I have scheduled for this week and, if so, I'll have time to talk later this week.  Let me know next steps.
>
> Thanks, Jeff
>
> Jeffrey Leavitt
> Partner
>
> T  +1 404.736.7818
> F  +1 404.682.7818
> M  +1 678.637.5860

**FILED LEVEL 1 RESTRICTED**

> E  jeffrey.leavitt@dlapiper.com
>
> DLA Piper LLP (US)
> One Atlantic Center
> 1201 West Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-3450
> United States
> www.dlapiper.com
>
>
>
> -----Original Message-----
> From: Rick Fink [mailto:rfink@fortisrep.com]
> Sent: Monday, April 15, 2013 1:28 PM
> To: Leavitt, Jeffrey
> Cc: Ryan Simkin
> Subject: RE: Proposal
>
> Jeff- here you go. Please let me know if you need anything else.
>
> Rick
>
> -----Original Message-----
> From: Leavitt, Jeffrey [mailto:Jeffrey.Leavitt@dlapiper.com]
> Sent: Monday, April 15, 2013 10:08 AM
> To: Rick Fink
> Subject: RE: Proposal
>
> Also, can you send me a new proposal/engagement letter with the revised fee so I can circulate it for formal approval?  I think that will do the trick.  Thanks for the accommodation.
>
> - Jeff
>
>
> -----Original Message-----
> From: Leavitt, Jeffrey
> Sent: Monday, April 15, 2013 1:00 PM
> To: 'Rick Fink'
> Subject: RE: Proposal
>
> Thanks very much, Rick.  I apologize for not being available by phone now as I have wall to wall Cisco diligence calls all day today.  I will confirm with the board/stockholders but I would very much welcome your recommendations and relationship capital with an escrow bank you know well and trust.  Please make a recommendation or two for us to consider so I can run it by Cisco.
>
> Thanks, Jeff
>
> Jeffrey Leavitt
> Partner
>
> T  +1 404.736.7818
> F  +1 404.682.7818
> M  +1 678.637.5860
> E  jeffrey.leavitt@dlapiper.com
>
> DLA Piper LLP (US)

**FILED LEVEL 1 RESTRICTED**

> One Atlantic Center
> 1201 West Peachtree Street, Suite 2800
> Atlanta, Georgia 30309-3450
> United States
> www.dlapiper.com
>
>
>
>
> -----Original Message-----
> From: Rick Fink [mailto:rfink@fortisrep.com]
> Sent: Monday, April 15, 2013 12:47 PM
> To: Leavitt, Jeffrey
> Subject: Re: Proposal
>
> Jeff, in the interest of locking this down we will agree to a $20k flat fee. I'm guessing the competitive bid involved a requirement to work with Capital One as the escrow agent. We do not require the client to work with any particular bank but would ▮▮▮▮ and the investors be open to suggestions as to banks we work with (not US Bank since I know the buyer has issues with them)?
>
> Rick Fink
> Managing Director and CEO
> Fortis Advisors
> 4225 Executive Square, Suite 1040
> La Jolla, CA 92037
> (858) 922-8950
> rfink@fortisrep.com
> www.fortisrep.com
>
>
> On Apr 15, 2013, at 8:36 AM, "Leavitt, Jeffrey" <Jeffrey.Leavitt@dlapiper.com> wrote:
>
>> Rick,
>>
>> In my informal discussions this morning, I can report that ▮▮▮▮ stockholders are generally inclined to go with Fortis, but we have received a competitive bid at a lower fixed fee price. Would you be willing to agree to a fixed fee price at $20k that I can pass along before we convene the major stockholders later today around the final decision?
>>
>> Thanks, Jeff
>>
>>
>> -----Original Message-----
>> From: Rick Fink [mailto:rfink@fortisrep.com]
>> Sent: Friday, April 12, 2013 6:48 PM
>> To: Leavitt, Jeffrey
>> Subject: RE: Proposal
>>
>> Jeff- do you have everything you need from us?
>>
>> -----Original Message-----
>> From: Rick Fink
>> Sent: Thursday, April 11, 2013 9:35 PM
>> To: 'Leavitt, Jeffrey'
>> Cc: Ryan Simkin
>> Subject: Proposal

**FILED LEVEL 1 RESTRICTED**

>>
>> Jeff, I've attached two documents- our form proposal and our form engagement agreement (which will obviously need to be conformed to the Merger Agreement once we have that). We have proposed a flat fee of $30,000 to cover all services. Please let me know if you have any questions or comments, and please let us know if we can help out in any way. Thanks.
>>
>> Rick Fink, Managing Director and CEO
>> Fortis Advisors
>> 4225 Executive Square, Suite 1040  La Jolla, CA 92037
>> (858) 922-8950  |  www.fortisrep.com
>>
>> This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.
>>
>>
>>
>>
>>
>> -----Original Message-----
>> From: Leavitt, Jeffrey [mailto:Jeffrey.Leavitt@dlapiper.com]
>> Sent: Thursday, April 11, 2013 4:09 PM
>> To: Rick Fink
>> Subject: RE: NDA
>>
>> We haven't selected the escrow bank yet, though Cisco has indicated to us that they do not like using US Bank, so SRS is fine using someone else.  We haven't chosen that bank yet.
>>
>>
>>
>> -----Original Message-----
>> From: Rick Fink [mailto:rfink@fortisrep.com]
>> Sent: Thursday, April 11, 2013 6:07 PM
>> To: Leavitt, Jeffrey
>> Subject: Re: NDA
>>
>> No problem. I know it may be painful but busy is a high class problem right now- a lot of M&A attorneys aren't all that busy these days. Hang in there.
>>
>> Quick question- have the parties already selected an escrow bank? Reason I ask is that SRS often proposes two fees, one where it's just a shareholder rep engagement and another where they propose serving as a shareholder rep combined with Capital One as the escrow bank (we're biased of course, but don't think the latter is a great idea). Just want to propose an apples to apples bid if we can. I'm sure you know who the experienced banks are but if you'd like I'm sure we can get them to be very economical (maybe even waive their fee).
>>
>>
>> Rick Fink
>> Managing Director and CEO
>> Fortis Advisors
>> 4225 Executive Square, Suite 1040
>> La Jolla, CA 92037
>> (858) 922-8950

**FILED LEVEL 1 RESTRICTED**

>> rfink@fortisrep.com
>> www.fortisrep.com
>>
>>
>> On Apr 11, 2013, at 2:52 PM, "Leavitt, Jeffrey" <Jeffrey.Leavitt@dlapiper.com> wrote:
>>
>>> I don't really have time for a call - doing 3 of these M&A deals at once now (I may be calling you again for another one in a couple of weeks), and just in back to back board calls.  I would love to talk when I free up, though, whenever that may be ... ;)
>>>
>>>
>>> -----Original Message-----
>>> From: Rick Fink [mailto:rfink@fortisrep.com]
>>> Sent: Thursday, April 11, 2013 5:22 PM
>>> To: Leavitt, Jeffrey
>>> Subject: Re: NDA
>>>
>>> Will do. Do you have time for a short call today or tomorrow to go over things?
>>>
>>> Sent from my iPhone
>>>
>>>
>>> On Apr 11, 2013, at 2:16 PM, "Leavitt, Jeffrey" <Jeffrey.Leavitt@dlapiper.com> wrote:
>>>
>>>> Thanks, Rick.  Here is a signed copy of the NDA and the final version of our LOI.  Please send me your proposal in an engagement letter format so our board can compare it in full to the alternatives and make the most informed decision.
>>>>
>>>> Thanks, Jeff
>>>>
>>>> Jeffrey Leavitt
>>>> Partner
>>>>
>>>> T +1 404.736.7818
>>>> F +1 404.682.7818
>>>> M +1 678.637.5860
>>>> E jeffrey.leavitt@dlapiper.com <mailto:jeffrey.leavitt@dlapiper.com>
>>>>
>>>> [Description: Description: Description: Description: DLA Piper Logo]
>>>>
>>>> DLA Piper LLP (US)
>>>> One Atlantic Center
>>>> 1201 West Peachtree Street, Suite 2800 Atlanta, Georgia 30309-3450
>>>> United States www.dlapiper.com <http://www.dlapiper.com>
>>>>
>>>>
>>>>
>>>> From: Rick Fink [mailto:rfink@fortisrep.com]
>>>> Sent: Thursday, April 11, 2013 12:58 PM
>>>> To: Leavitt, Jeffrey
>>>> Subject: NDA
>>>>
>>>> Here you go. If you have any comments, feel free to mark up. Thanks.
>>>>
>>>> Rick Fink, Managing Director and CEO
>>>> Fortis Advisors

**FILED LEVEL 1 RESTRICTED**

>>>> 4225 Executive Square, Suite 1040  La Jolla, CA 92037
>>>> (858) 922-8950  |  www.fortisrep.com<http://www.fortisrep.com/>
>>>>
>>>> This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.
>>>>
>>>>
>>>>
>>>>
>>>> Please consider the environment before printing this email.
>>>>
>>>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>>>> <SF-#5424296-v6-CSCO_(project_juice)__term_sheet.doc>
>>>> <SCAN0035.jpg>
>>>> <SCAN0034.jpg>
>>>
>>> Please consider the environment before printing this email.
>>>
>>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>>
>> Please consider the environment before printing this email.
>>
>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>>
>>
>>
>> Please consider the environment before printing this email.
>>
>> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>
> Please consider the environment before printing this email.
>

**FILED LEVEL 1 RESTRICTED**

> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>
>
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>
>
>
> Please consider the environment before printing this email.
>
> The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.
>
>

Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.


Please consider the environment before printing this email.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

**FILED LEVEL 1 RESTRICTED**