# EXHIBIT 37

FILED LEVEL 1 RESTRICTED

**To:** Gibson, Nicholas M.[NGibson@reedsmith.com]; Tori Geft[tgeft@fortisrep.com]; Kayla Berkman[kberkman@fortisrep.com]; Adam Lezack[alezack@fortisrep.com]; Gene Schlesinger[GSchlesinger@fortisrep.com]
**Cc:** Mohn, Matthew M.[MMohn@ReedSmith.com]; Foster, Johnathan H.[JHFoster@reedsmith.com]
**From:** Chris Anson[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7057240E2CB848D3869456331F6BFAD1-CANSON]
**Sent:** Wed 12/5/2018 11:01:22 PM (UTC)
**Subject:** RE: Project Chestnut

Nick, we'll revert.

Chris Anson
Fortis Advisors
Associate Director |  (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

-----Original Message-----
From: Gibson, Nicholas M. <NGibson@reedsmith.com>
Sent: Wednesday, December 05, 2018 2:46 PM
To: Chris Anson <canson@fortisrep.com>; Tori Geft <tgeft@fortisrep.com>; Kayla Berkman <kberkman@fortisrep.com>; Adam Lezack <alezack@fortisrep.com>; Gene Schlesinger <GSchlesinger@fortisrep.com>
Cc: Mohn, Matthew M. <MMohn@ReedSmith.com>; Foster, Johnathan H. <JHFoster@reedsmith.com>
Subject: FW: Project Chestnut


Chris and team,

Please find attached the KYC materials we'll need Fortis to complete and return for purposes of opening the Escrow Account, along with the instructions below.

Can you please complete and return to me at your earliest convenience? We are aiming to sign the Merger Agreement next Friday, with a closing on February 1st.

That said, we will also pass along the draft Escrow Agreement once we receive from Buyer's counsel, as that will need to be form final and attached to the Merger Agreement at signing.

Thank you,

Nick

Nicholas M. Gibson

ReedSmith
10 South Wacker Drive
Chicago, IL 60606-7507
Direct: 312.207.2847 | Main: 312.207.1000 | Fax: 312.207.6400 ngibson@reedsmith.com

From: McEvoy, Stacey P. <stacey.mcevoy@hoganlovells.com<mailto:stacey.mcevoy@hoganlovells.com>>
Date: Wednesday, Dec 05, 2018, 4:09 PM
To: Gibson, Nicholas M. <NGibson@reedsmith.com<mailto:NGibson@reedsmith.com>>, Mohn, Matthew M. <MMohn@ReedSmith.com<mailto:MMohn@ReedSmith.com>>, Foster, Johnathan H. <JHFoster@reedsmith.com<mailto:JHFoster@reedsmith.com>>

**FILED LEVEL 1 RESTRICTED**

Cc: Donley, Elizabeth M. <elizabeth.donley@hoganlovells.com<mailto:elizabeth.donley@hoganlovells.com>>, Witt, Gabrielle M. <gabrielle.witt@hoganlovells.com<mailto:gabrielle.witt@hoganlovells.com>>, Orman, Evan K <evan.orman@hoganlovells.com<mailto:evan.orman@hoganlovells.com>>
Subject: RE: Project Chestnut

Hi Nick,

Please find below and attached the KYC requirements to be completed by Fortis.  Please let us know if you have any questions.

For a Private Company, such as a Corp., LLC, or Inc., we require the following information:


  *   IRS Form W-9 or W-8 (completed, signed and dated) Please visit www.irs.gov<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.irs.gov&d=DwMFAg&c=zwPfxOisiRWGoGc9Pq9Wrg&r=btwu__hy3yTyk-KEVGCQdg&m=s5S3LdApXKSjwB4vKHeUtQ5lPfmK8L6yijy5xFHgswY&s=WG6cwZjA946Dee9Acorv-Vv2eiGI4cowtZ38a7FnA0k&e=> to obtain the most updated version of the form.
  *   KYC (Know your Customer) Questionnaire (attached for your completion)
  *   CDD Market Served CCRM Template
  *   Completed Certificate of Beneficial Owners Form (attached for your completion)
     *   For a non-U.S. individual that is listed in Section D of the Beneficial Ownership Form, please provide an Unexpired LEGIBLE photocopy of one of the following:
        *   Passport, or
        *   Other government-issued document evidencing nationality or residence with a photographic likeness of the person
   *   One document from each bullet below:
     *   Certificate of Incorporation, Certificate of Good Standing, Certificate of Formation, Articles of Organization or equivalent evidencing filing
     *   Memorandum and Articles of Incorporation, Operating Agreement, LLC Agreement or equivalent bearing evidencing filing.
        *   If document is older than 1 year, please confirm Shareholders/Members are current.
        *   If document is older than 1 year and Shareholders/Members have changed, please provide an Amendment noting the current Shareholders/Members.

Thanks,
Stacey



From: Gibson, Nicholas M. [mailto:NGibson@reedsmith.com]
Sent: Wednesday, November 21, 2018 1:01 PM
To: McEvoy, Stacey P.; Mohn, Matthew M.; Foster, Johnathan H.
Cc: Donley, Elizabeth M.; Witt, Gabrielle M.; Orman, Evan K
Subject: RE: Project Chestnut

Stacey,

At your earliest ability, can you please send us the KYC requirements and documents that we'll need to complete?

Nick

Nicholas M. Gibson

**FILED LEVEL 1 RESTRICTED**

ReedSmith
10 South Wacker Drive
Chicago, IL 60606-7507
Direct: 312.207.2847 | Main: 312.207.1000 | Fax: 312.207.6400
ngibson@reedsmith.com<mailto:ngibson@reedsmith.com>

From: McEvoy, Stacey P. <stacey.mcevoy@hoganlovells.com>
Sent: Tuesday, November 20, 2018 5:44 PM
To: Gibson, Nicholas M. <NGibson@reedsmith.com>; Mohn, Matthew M. <MMohn@ReedSmith.com>; Foster, Johnathan H. <JHFoster@reedsmith.com>
Cc: Donley, Elizabeth M. <elizabeth.donley@hoganlovells.com>; Witt, Gabrielle M. <gabrielle.witt@hoganlovells.com>; Orman, Evan K <evan.orman@hoganlovells.com>
Subject: RE: Project Chestnut

Hi Nick,

Thanks for the updates below.  I understand that there was a call this afternoon between PPG and WWC/HW.  With regards to updates to the diligence tracker, I don't believe PPG has seen any updates since August.  With regards to the corporate governance materials, we have reviewed the materials that have been posted, but no board minutes or shareholder resolutions have been provided, and there are 5 entities for which no governance documents have been provided, which we flagged in our supplemental requests (and I have set out below for convenience):

- ███████████████████████████████
- ███████████████████████████████
- █████████████████████
- █████████████████████
- ████████████

Thanks,
Stacey

From: Gibson, Nicholas M. [mailto:NGibson@reedsmith.com]
Sent: Tuesday, November 20, 2018 12:30 PM
To: McEvoy, Stacey P.; Mohn, Matthew M.; Foster, Johnathan H.
Cc: Donley, Elizabeth M.; Witt, Gabrielle M.; Orman, Evan K
Subject: RE: Project Chestnut

HL team,

As a follow up to the below, we just had a call with Jeff Brown at WWC and Harris Williams re: the status of diligence.  It sounds like WWC/HW had a call with your client on Friday to discuss the status of diligence, and there may be another call this afternoon among WWC, HW and your client on diligence status.  Here's a few updates:

- Jeff Brown has been taking the lead, and his focus has been on the incremental list and the Disclosure Schedules. Given the decentralized nature of the business, it's taking a bit longer to address every item in the broader legal request list, but he is continuing to push forward on these requests.
- Jeff has asked each of the local managing directors to provide responses on the anti-bribery

**FILED LEVEL 1 RESTRICTED**

requests and to send him all contracts they have by this week.

•	Jeff and Harris Williams are aiming to load 600-700 contracts by the end of this week, so you should see a lot of movement in the Intralinks room.

•	WWC/HW have been sharing updates to the diligence tracker with Chestnut – have you received these updates from your client?

•	Jeff indicated that many of the corporate governance materials were posted to the Data Room a few weeks ago.  Please confirm you've been able to see these.

It might make sense to have a chat with your client later this afternoon once they've had a discussion with WWC/HW, and perhaps let us know if there's anything you'd like us to follow up with our client on.

Many thanks,

Nick

Nicholas M. Gibson

ReedSmith
10 South Wacker Drive
Chicago, IL 60606-7507
Direct: 312.207.2847 | Main: 312.207.1000 | Fax: 312.207.6400
ngibson@reedsmith.com<mailto:ngibson@reedsmith.com>

From: Gibson, Nicholas M.
Sent: Monday, November 19, 2018 8:42 PM
To: 'McEvoy, Stacey P.' <stacey.mcevoy@hoganlovells.com<mailto:stacey.mcevoy@hoganlovells.com>>; Mohn, Matthew M. <MMohn@ReedSmith.com<mailto:MMohn@ReedSmith.com>>; Foster, Johnathan H. <JHFoster@reedsmith.com<mailto:JHFoster@reedsmith.com>>
Cc: Donley, Elizabeth M. <elizabeth.donley@hoganlovells.com<mailto:elizabeth.donley@hoganlovells.com>>; Witt, Gabrielle M. <gabrielle.witt@hoganlovells.com<mailto:gabrielle.witt@hoganlovells.com>>; Orman, Evan K <evan.orman@hoganlovells.com<mailto:evan.orman@hoganlovells.com>>
Subject: RE: Project Chestnut

HL team,

Comments below in bold.

Nick

Nicholas M. Gibson

ReedSmith
10 South Wacker Drive
Chicago, IL 60606-7507
Direct: 312.207.2847 | Main: 312.207.1000 | Fax: 312.207.6400
ngibson@reedsmith.com<mailto:ngibson@reedsmith.com>

From: McEvoy, Stacey P. <stacey.mcevoy@hoganlovells.com<mailto:stacey.mcevoy@hoganlovells.com>>
Sent: Monday, November 19, 2018 4:14 PM
To: Mohn, Matthew M. <MMohn@ReedSmith.com<mailto:MMohn@ReedSmith.com>>; Gibson, Nicholas

**FILED LEVEL 1 RESTRICTED**

M. <NGibson@reedsmith.com<mailto:NGibson@reedsmith.com>>; Foster, Johnathan H. <JHFoster@reedsmith.com<mailto:JHFoster@reedsmith.com>>
Cc: Donley, Elizabeth M. <elizabeth.donley@hoganlovells.com<mailto:elizabeth.donley@hoganlovells.com>>; Witt, Gabrielle M. <gabrielle.witt@hoganlovells.com<mailto:gabrielle.witt@hoganlovells.com>>; Orman, Evan K <evan.orman@hoganlovells.com<mailto:evan.orman@hoganlovells.com>>
Subject: Project Chestnut

Reed Smith team,

Thank you for your time earlier on our call.  Further to that call, I wanted to follow up on a couple items:

1.      Escrow Agent: PPG has asked if Wells Fargo would be acceptable as the escrow agent instead of Fortis.  PPG has typically used Wells Fargo in other transactions as they already have PPG's KYC information, so it is a more efficient process.  Wells Fargo is acceptable to WWC.

2.      Exchange/Paying Agent: PPG has confirmed that it would like to use SRS.  Please confirm this is acceptable.  This is acceptable to us.  On a related note, it looks like Walter will engage Fortis to act as Shareholder Rep.  Let us know if you have any issues with this.

3.      Diligence: Once you have touched base with Harris Williams, we would appreciate an update as to when we can expect to receive responses to our diligence requests (both the outstanding initial requests as well as the supplemental requests) and see documents uploaded to the VDR.  We have a call mid-day tomorrow to discuss the status of diligence with WWC and Harris Williams.  We will be discussing the diligence spreadsheet you sent us.

4.      Lien/Litigation Search Results: Per your request, please see attached the search results we have received.  Much appreciated.

Thanks,
Stacey


Stacey McEvoy
Partner
Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:

+1 202 637 5600

Direct:

+1 (202) 637 5876


**FILED LEVEL 1 RESTRICTED**

Fax:

+1 202 637 5910

Email:

stacey.mcevoy@hoganlovells.com<mailto:stacey.mcevoy@hoganlovells.com>

www.hoganlovells.com<http://www.hoganlovells.com>

Please consider the environment before printing this e-mail.

_____

About Hogan Lovells
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com<http://www.hoganlovells.com>.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.


\* \* \*

This E-mail, along with any attachments, is considered confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. Thank you for your cooperation.

Disclaimer Version RS.US.201.407.01

**FILED LEVEL 1 RESTRICTED**