# EXHIBIT 38

FILED LEVEL 1 RESTRICTED

**To:** Tori Geft[tgeft@fortisrep.com]; Enista, Duncan N[DEnista@goodwinlaw.com]
**Cc:** Lock, Andy[ALock@goodwinlaw.com]
**From:** Adam Lezack[/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=FORTISREP.ONMICROSOFT.COM-59744-ALEZACK@FORTISREP.COM77F]
**Sent:** Tue 3/28/2017 7:54:46 PM (UTC)
**Subject:** Re: Shareholder reps / Fortis

Duncan - we could do both for 87.5k, and if we handle escrow as well won't charge much (sub 10k).  Tori will send you a formal proposal.


**Adam Lezack**
Managing Director

**Fortis Advisors**
O: 858-200-8692  F: 858-408-1843
www.fortisrep.com  alezack@fortisrep.com


This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

On Mar 28, 2017, at 9:49 AM, Tori Geft <tgeft@fortisrep.com> wrote:

> Great, thanks so much. We will get you a quote shortly.
>
> Best,
> Tori
>
> **Tori Geft**  Senior Director, M&A
> **Fortis Advisors**
> P: 858-200-8698 F: 858-408-1843
> www.fortisrep.com tgeft@fortisrep.com
>
> **What is "market" on your M&A deal? Use FORSITE, our innovative M&A deal tool**
>
> <image001.jpg>
>
> **From:** Enista, Duncan N [mailto:DEnista@goodwinlaw.com]
> **Sent:** Tuesday, March 28, 2017 12:45 PM
> **To:** Tori Geft <tgeft@fortisrep.com>; Adam Lezack <alezack@fortisrep.com>
> **Cc:** Lock, Andy <ALock@goodwinlaw.com>
> **Subject:** RE: Shareholder reps / Fortis
>
> Thanks Tori, nice to meet you as well.  All of that is (tentatively) confirmed.  I think the stockholder number is ▇ but can confirm.
>
> **From:** Tori Geft [mailto:tgeft@fortisrep.com]
> **Sent**: Tuesday, March 28, 2017 3:43 PM
> **To:** Enista, Duncan N; Adam Lezack
> **Cc:** Lock, Andy
> **Subject**: RE: Shareholder reps / Fortis
>
> Hi Duncan,

**FILED LEVEL 1 RESTRICTED**

Nice to meet you. I'm working with Adam on this. In order for us to provide a quote, can you please confirm the following:  (1) there are only ▋ holders that will need to be paid by the paying agent, (2) all optionholders will be paid through payroll, (3) there will only be 2 payments (closing and 1 escrow release) and (4) there are no outstanding issues/disputes that will continue post-closing.

Thank you so much!

Best,
Tori

**Tori Geft**  Senior Director, M&A
**Fortis Advisors**
P: 858-200-8698 F: 858-408-1843
www.fortisrep.com tgeft@fortisrep.com

**What is "market" on your M&A deal? Use FORSITE, our innovative M&A deal tool**

<image001.jpg>

**From**: Enista, Duncan N [mailto:DEnista@goodwinlaw.com]
**Sent**: Tuesday, March 28, 2017 12:36 PM
**To**: Adam Lezack <alezack@fortisrep.com>
**Cc**: Lock, Andy <ALock@goodwinlaw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject**: RE: Shareholder reps / Fortis

We'll get a form over to you later today.  Can you get us a quote for just SH rep / Paying Agent?  I'll do what I can to rope escrow into there too, but the quote should just cover the first two for now.

**From**: Adam Lezack [mailto:alezack@fortisrep.com]
**Sent**: Tuesday, March 28, 2017 3:23 PM
**To**: Enista, Duncan N
**Cc**: Lock, Andy; Tori Geft
**Subject**: Re: Shareholder reps / Fortis

Cool - is there a form of the merger agreement we can review and provide comments on - I know deal is moving super fast so want to get any comments to you asap.


**Adam Lezack**
Managing Director


**Fortis Advisors**
O: 858-200-8692  F: 858-408-1843
www.fortisrep.com  alezack@fortisrep.com

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

On Mar 28, 2017, at 9:21 AM, Enista, Duncan N <DEnista@goodwinlaw.com> wrote:

> I think they have Citi teed up already, but will fight the good fight for you.

**FILED LEVEL 1 RESTRICTED**

**From**: Adam Lezack [mailto:alezack@fortisrep.com]
**Sent**: Tuesday, March 28, 2017 3:20 PM
**To**: Enista, Duncan N
**Cc**: Lock, Andy
**Subject**: Re: Shareholder reps / Fortis

Great- can we include the escrow as well to avoid tax issues upon the release?  We will use Wilmington Trust.


**Adam Lezack**
Managing Director


**Fortis Advisors**
O: 858-200-8692  F: 858-408-1843
www.fortisrep.com  alezack@fortisrep.com

 This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

On Mar 28, 2017, at 9:18 AM, Enista, Duncan N <DEnista@goodwinlaw.com> wrote:

> Adam – they're looking for both paying agent and shareholder rep.
>
> Thanks!
> Duncan
>
> ---
> **From**: Adam Lezack [mailto:alezack@fortisrep.com]
> **Sent**: Tuesday, March 28, 2017 2:55 PM
> **To**: Enista, Duncan N
> **Cc**: Lock, Andy
> **Subject**: Re: Shareholder reps / Fortis
>
> Thanks - to make it easy on the deal, we can handle shareholder rep, escrow and paying agent so you won't have to deal with a bunch of service providers.
>
>
> **Adam Lezack**
> Managing Director
>
>
> **Fortis Advisors**
> O: 858-200-8692  F: 858-408-1843
> www.fortisrep.com  alezack@fortisrep.com
>
>  This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or

**FILED LEVEL 1 RESTRICTED**

responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

On Mar 28, 2017, at 8:52 AM, Enista, Duncan N <DEnista@goodwinlaw.com> wrote:

> Thanks – I have an email already out to Kevin to confirm the scope of your work.
>
> **From:** Adam Lezack [mailto:alezack@fortisrep.com]
> **Sent:** Tuesday, March 28, 2017 2:47 PM
> **To:** Enista, Duncan N
> **Cc:** Lock, Andy
> **Subject:** Fwd: Shareholder reps / Fortis
>
> Duncan wanted to forward the email below - not sure if you were working with Kevin on this.
>
> **Adam Lezack**
> Managing Director
>
> **Fortis Advisors**
> O: 858-200-8692   F: 858-408-1843
> www.fortisrep.com   alezack@fortisrep.com
>
>  This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.
>
> Begin forwarded message:
>
>> **From:** Rick Fink <rfink@fortisrep.com>
>> **Date:** March 28, 2017 at 8:42:23 AM HST
>> **To:** Adam Lezack <alezack@fortisrep.com>
>> **Subject: FW: Shareholder reps / Fortis**
>>
>> **From:** Masse, Kevin
>> **Sent:** Tuesday, April 05, 2016 2:45 PM
>> **To:** John R. LeClaire; 'mkendall@goodwinprocter.com'; Herzog,

**FILED LEVEL 1 RESTRICTED**

Jon M (jherzog@goodwinprocter.com);
bmcpeake@goodwinprocter.com; asmall@goodwinprocter.com
**Cc:** 'Hadden, Jeff'
**Subject:** Shareholder reps / Fortis

Goodwin team – quick note regarding shareholder reps: the team at Fortis (Rick Fink in particular) has been incredibly helpful and value additive. I have had a very different experience with SRS (quick to use external advisors that cost $, not hands on, etc). I wanted to highlight as I know you can influence the shareholder reps used on our deals and I would strongly encourage the use of Fortis. Thanks

<image001.png>

**Kevin L. Masse**
*Chief Portfolio Officer*

**TA Associates**
200 Clarendon Street, 56th Floor
Boston, MA  02116
T: 617.574.6787
E: kmasse@ta.com

This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This message was sent from Goodwin Procter LLP and is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*