# EXHIBIT 50

FILED LEVEL 1 RESTRICTED

# *SRS ACQUIOM INC*

# *VS.*

# *PNC FINANCIAL SERVICES GROUP*

### Deposition

## GREGORY PAUL NELSON

*10/24/2019*

_____

## *AB Court Reporting & Video*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

**FILED LEVEL 1 RESTRICTED**

Page 129

1  Q  Okay. So that statement is true?
2  A  To the best of my knowledge, yes.
3  Q  Okay. Any deals involving public
4  companies would be public record.
5     Is that statement true?
6  A  To my knowledge, I believe so, yes.
7  Q  Okay. Well, this is all to your
8  knowledge --
9  A  Yeah.
10 Q  -- because it's your declaration.
11 A  Yeah.
12 Q  The vast majority of private deals
13 involved private equity companies, the contact
14 information for which is publicly available.
15    Is that true?
16 A  The contact information for private
17 equity companies is available on the Internet for --
18 yes, for the private equity companies that I've
19 researched.
20 Q  Okay. Let's start with the first
21 clause.
22    The vast majority of private deals
23 involved private equity companies.
24    Do you see that clause?
25 A  Yes, I do. Yep.

Page 130

1  Q  Is it a true statement that the vast
2  majority of private deals in your experience
3  involved private equity companies?
4  A  Can you restate that. I'm sorry. I
5  lost you.
6  Q  Yes. In your experience -- okay?
7  A  Uh-huh.
8  Q  -- are the vast majority of private --
9  do the vast majority of private deals involve
10 private equity companies?
11 A  In my experience, yes.
12 Q  Okay. And the contact information for
13 private equity companies is publicly available,
14 correct?
15 A  Yes.
16 Q  The next sentence is the amount of
17 cash exchanged varies from deal to deal --
18    Is that true?
19 A  True.
20 Q  -- and is not necessarily indicative
21 of future deals.
22    Is that true?
23 A  That is true.
24 Q  Okay. Competitors know how much we
25 charge in fees --

Page 131

1     Is that true?
2  A  To my knowledge, yes.
3  Q  -- just as we know how much they
4  charge.
5     Is that true?
6  A  From my experience, yes.
7  Q  And fees do not vary much from deal to
8  deal or among competitors.
9     Is that true?
10 A  That is true in the Wilmington Trust
11 products. That is very true. Yeah, I would say so.
12 Q  So the Wilmington Trust products are
13 paying agent services, correct --
14 A  True.
15 Q  -- and escrow services, correct?
16 A  True.
17 Q  The last sentence says: Most of the
18 information on the spreadsheet is not confidential,
19 and to the extent it is not generally known, it is
20 not of any value.
21    Is that statement true?
22 A  To me, yes.
23 Q  Okay. I'm going to direct your
24 attention now to Paragraph 88. The first -- the
25 first sentence of Paragraph 88 says, Moreover, the

Page 132

1  information in the spreadsheet is either not
2  confidential or secret, not of any value, or both.
3     Do you see that?
4  A  Yes.
5  Q  The spreadsheet being referred to in
6  the first sentence of Paragraph 88 --
7  A  Excuse me, Paragraph --
8  Q  Of Paragraph 88.
9  A  Yeah.
10 Q  Is which spreadsheet?
11 A  I have to read through this.
12    (The deponent perused the document.)
13 A  This -- I'm assuming -- I'm referring
14 to the spreadsheet I used to track my deals.
15 Q  (By Ms. Jacobs) Okay.
16    MR. REDDEN: You might want to direct
17 him to a specific paragraph.
18    MS. JACOBS: Yes.
19 Q  (By Ms. Jacobs) And I wasn't sure
20 when I read this, but is the spreadsheet being
21 referred to in Paragraph 88 the document being
22 discussed in Paragraph 85?
23 A  I don't have that document in front of
24 me. I wish I did. Sorry.
25 Q  The document that you're alleged to