# EXHIBIT 55

# What is Data Normalization?

So what is normalized data in the first place? A data normalization definition isn't hard to find, but settling on a specific one can be a bit tricky. Taking into account all the different explanations out there, data normalization is essentially a type of process wherein data within a database is reorganized in such a way so that users can properly utilize that database for further queries and analysis.

7/13/2021 nimbus screenshot app print

screenshot-www.import.io-2021.07.13-10_19_27
https://www.import.io/post/what-is-data-normalization-and-why-is-it-important/
13.07.2021

import.io    Features ▾    Solutions ▾    Pricing    Blog    About ▾    🔍         Log in  or  Contact Sales

# What is Data Normalization and Why Is It Important?

🕒 May 7, 2019   👤 Import.io   📁 Learn, Transform



It's safe to say that we live in the era of big data. Collecting, storing, and analyzing information has become a top priority for organizations, which means that companies are building and utilizing databases to handle all that data. In the ongoing effort to use big data, you may have come across the term "data normalization." Understanding this term and knowing why it is so important to business operations today can give a company a real advantage as they go further in-depth with big data in the future.

**Search**

Search ...   🔍

**Most Popular Posts**

 How to get data from a website

 How to Capture an Image URL

 Data Analysis: What, How, and Why to Do Data Analysis for Your Organization

 What is Data Normalization and Why Is It Important?

 What is Data Aggregation? Examples of Data Aggregation by Industry

 What is data, and why is it important?

## What is Data Normalization?

So what is normalized data in the first place? A data normalization definition isn't hard to find, but settling on a specific one can be a bit tricky. Taking into account all the different explanations out there, data normalization is essentially a type of process wherein data within a database is reorganized in such a way so that users can properly utilize that database for further queries and analysis.

There are some goals in mind when undertaking the data normalization process. The first one is to get rid of any duplicate data that might appear within the data set. This basically goes through the database and eliminates any redundancies that may occur. Redundancies can adversely affect analysis of data since they are values which aren't exactly needed. Expunging them from the database helps to clean up the data, making it easier to analyze. The other goal is to logically group data together. You want data that relates to each other to be stored together. This will occur in a database which has undergone data normalization. If data is dependent on each other, they should be in close proximity within the data set.

With that general overview in mind, let's take a closer look at the process itself. While the process can vary depending on the type of database you have and what type of information you collect, it usually involves several steps. One such step is eliminating duplicate data as discussed above. Another step is resolving any conflicting data. Sometimes, datasets will have information that conflicts with each other, so data normalization is meant to address this conflicting issue and solve it before continuing. A third step is formatting the data. This takes data and converts it into a format that allows further processing and analysis to be done. Finally, data normalization consolidates data, combining it into a much more organized structure.

Consider of the state of big data today and how much of it consists of unstructured data. Organizing it and turning it into a structured form is needed now more than ever, and data normalization helps with that effort.

## The Importance of Data Normalization

Now that you know the basics of what is normalizing data, you may wonder why it's so important to do so. Put in

**Popular Sections**

Import.io Product Updates and News

Alternative Data

Big Data

Customers

Ecommerce

Finance

Machine Learning

News

Now that you know the basics of what is normalizing data, you may wonder why it's so important to do so. Put in simple terms, a properly designed and well-functioning database should undergo data normalization in order to be used successfully. Data normalization gets rid of a number of anomalies that can make analysis of the data more complicated. Some of those anomalies can crop up from deleting data, inserting more information, or updating existing information. Once those errors are worked out and removed from the system, further benefits can be gained through other uses of the data and data analytics.

It is usually through data normalization that the information within a database can be formatted in such a way that it can be visualized and analyzed. Without it, a company can collect all the data it wants, but most of it will simply go unused, taking up space and not benefiting the organization in any meaningful way. And when you consider how much money businesses are willing to invest in gathering data and designing databases, not making the most of that data can be a serious detriment.

Web Data Integration Buyer's Guide.
Learn what to look for in an enterprise web data solution.
DOWNLOAD the Buyer's Guide

## More Benefits of Data Normalization

Simply being able to do data analysis more easily is reason enough for an organization to engage in data normalization. There are, however, many more reasons to perform this process, all of them highly beneficial. One of the most notable is the fact that data normalization means databases take up less space. A primary concern of collecting and using big data is the massive amount of memory needed to store it. While storage options have become bigger and more efficient with advances in technology, we now find ourselves in a time when gigabytes, terabytes, and larger simply aren't cutting it anymore. As such, finding ways to decrease disk space is a priority, and data normalization can do that.

Taking up less disk space is great on its own, but that also has the effect of increasing performance. A database that isn't bogged down by loads of unnecessary information means data analysis can happen more quickly and efficiently. If you're struggling with your data analytics, you'll definitely want to consider data normalization for your database.

The benefits of data normalization go beyond disk space and its related effects. By engaging in this process, you'll find it easier to change and update data within your database. Since the redundancies and errors are absent, the data is much cleaner and you won't have to mess around with it as you modify information.

Many organizations use the data in their database to look at how to improve their organization. This can become a complex task especially if the data they have comes from multiple sources. Perhaps a company has a question about sales numbers that relates to social media engagement with customers. The data comes from different sources, so cross-examining them can be challenging, but with data normalization, that process is easier. Answer the questions that you have more quickly and know that the data you're working with is accurate.

That's still only the beginning of the benefits of data normalization. If you use a variety of Software-as-a-Service applications, for example, you can consolidate and query data from those applications with ease. If you need to export your logs from a location, then you can do so without having any repeated data values. You can visualize data from any business intelligence tools you have along with reports and analytics platforms. The usefulness of data normalization can't be understated.

To go along with those benefits, data normalization can also be of great use to certain people. If you happen to be heavily involved in gathering, managing, and organizing data, you'll definitely want to take full advantage of data normalization. The same goes for those who need to perform statistical modeling for the data they have as part of their job. In other words, data scientists and business analysts have a lot to gain from using the data normalization process. Do you spend a lot of your time working with business models? You may benefit from this process as well. The same goes for those who work with database maintenance, ensuring everything is running smoothly on that front. In fact, pretty much anyone involved in data and analysis will find data normalization to be extremely useful.

Data normalization should not be overlooked if you have a database, which goes for almost every business out there at this point. It's an important strategy that is almost necessary now as organizations collect and analyze data on a scale never seen before.

Import.io's Web Data Integration platform helps businesses to extract and normalize web data, making it immediately ready to integrate into their businesses processes. Sign up for a Free Trial today to use our SaaS tool














