# EXHIBIT 58

https://nanonets.com › blog › pdf-to-json

### Convert from PDF to JSON - Automate Online through Python ...

Jun 22, 2021 — Automate extraction of information/data from any PDF document and convert them into structured JSON format. See how Python, Node.JS are ...

https://anyconv.com › pdf-to-json-converter

### PDF to JSON: convert pdf to json for free online - AnyConv

AnyConv is a five-star PDF to JSON converter tool ⭐ Convert pdf files to json ... Description, The Portable Document Format (PDF) is a file format used to ... JSON (JavaScript Object Notation) is a lightweight textual data interchange format.

https://www.geeksforgeeks.org › convert-text-file-to-jso...

### Convert Text file to JSON in Python - GeeksforGeeks

Dec 29, 2020 — To handle the data flow in a file, the JSON library in Python uses dump() function to convert the Python objects into their respective JSON object ...

http://bestirtech.com › blog › 2018/11 › pdf-to-json-no...

### PDF to JSON - Trick to convert PDF documents to JSON ...

Nov 23, 2018 — But, using NodeJS, PDF to JSON conversion is done and it is useful for efficient ... like conversion to excel or document from the extracted data.

https://stackoverflow.com › questions › convert-pdf-dat...

### Convert pdf data to JSON format using Python? - Stack Overflow

Jan 3, 2021 — So the JSON you're getting will be of the form: "<text from pdf document>". It doesn't matter what's in the PDF. Whatever text you get back from ...

1 answer · Top answer: My guess is that you're expecting to see more structure in the JSON y...

7/27/2021 — pdf to json - Google Search



**pdf to json**

All · Videos · Images · News · Shopping · More · Tools

About 91,900,000 results (0.83 seconds)

**How to convert PDF to JSON**

1. Upload PDF. Select files from Computer, URL, Google Drive, Dropbox or by dragging it on the page.
2. Choose to JSON. Choose JSON or any other format you need as a result (more than 200 formats supported)
3. Download your JSON. Let the file convert and you can download your JSON file right afterwards.

https://pdfmall.com › pdf-to-json

**Convert PDF to JSON / PDF to JSON converter online & free ...**

About featured snippets · Feedback

https://anyconv.com › pdf-to-json-converter

**PDF to JSON: convert pdf to json for free online - AnyConv**

FAQ · ⏱ How can I convert PDF to JSON? First you need to add file for conversion: drag and drop your PDF file or click the "Choose File" button. · ⏱ How long ...

**File conversion:** PDF conversion         **MIME type:** application/pdf, application/x-pd…
**Type of format:** Document format

**People also ask**

Can you convert PDF to EPUB?
What is JSON string format?
How do I convert a PDF to Java?
How do I create a JSON file?

Feedback

https://mygeodata.cloud › converter › pdf-to-json

**PDF to JSON Converter Online - MyGeodata Cloud**

Enjoy fast and easy to use online conversion and transformation tool to convert PDF to JSON format - widely used in Adobe Reader, MongoDB and GeoServer.

https://nanonets.com › blog › pdf-to-json

**Convert from PDF to JSON - Automate Online through Python ...**

Jun 22, 2021 — Automate extraction of information/data from any PDF document and convert them into structured JSON format. See how Python, Node.

https://docparser.com › blog › convert-pdf-to-json

**Convert PDF to JSON - Extract PDF data - Docparser**

Download your converted PDF documents in JSON format ... To obtain the data in JSON, you simply select the "Download Links" tab from the App interface and choose ...

https://busypdf.com › convert › pdf-to-json

**Convert PDF to JSON - Free, Online - busyPDF**

Convert PDF file to JSON format. Drop Files Here (max 20 MB). Browse. Converted Files. > Convert > Download Cancel. Alert! Output Data[1]. Runs of Text.

https://www.quora.com › Is-there-any-way-to-Convert-...

### Is there any way to Convert PDF to Json? - Quora

Jan 18, 2017 — www.pdftransformer.com ABBYY PDF Transformer · www.cambridgedocs.com xDoc Converter (to XHTML, XSL:FO, or XML) · www.bcltechnologies.com Magellen (converts ...

4 answers · 0 votes: Yes and no. PDF's content is not written in structured format unless it's ta…

How to convert PDF or word documents into JSON ...    3 answers    Sep 26, 2018
How to convert a PDF file to JSON in Java - Quora        1 answer     Jun 12, 2020

More results from www.quora.com

https://www.imageconvert.org › pdf-to-json

### PDF to JSON converter - Convert PDF to JSON online for free

How to convert PDF to JSON · Select file from file selector or drag file in drag box · File will be upladed and you can see loading icon · At end the file from PDF ...

https://www.npmjs.com › package › pdf2json

### pdf2json - npm

Jun 12, 2021 — PDF file parser that converts PDF binaries to text based JSON, powered by porting a fork of PDF.JS to Node.js.

https://www.vertopal.com › document › convert › pdf-t...

### Online PDF to JSON Converter - Vertopal

Convert PDF documents to JSON file format using Vertopal free online converter tools. You can edit and optimize your documents.

Ad · https://www.adobe.io/pdf-api/extract ▾

### Convert PDF to JSON - PDF Data Extraction to JSON

PDF Extract API That Easily Integrates With Any Cloud Platform Or On-Premise Application. Use Our API To Go Beyond OCR To Extract Structured Content From Native Or Scanned PDFs. Multi-Language Support. Text Recognition (OCR) Custom Configurations.

What Is Adobe SDK? · Embed Viewing

### Related searches

- pdf to json **javascript**
- pdf to json **github**
- pdf to json **php**
- pdf to json **c#**
- pdf to json **python**
- **google api** to **convert** pdf to json
- pdf to json **open source**
- pdf to json **using java**



1  2  3  4  5  6  7  8  9  10    Next

● 19103, Philadelphia, PA  -  From your device  -  Update location

Help        Send feedback        Privacy        Terms