# EXHIBIT 60

- **COPY NETSUITE DATA TO SQL SERVER**

  If you need to simply copy NetSuite data to SQL Server without mapping configuration, you can use Skyvia replication. It allows you to create a copy of NetSuite data in SQL Server and keep it up-to-date with little to no configuration efforts. You don't even need to prepare the schema — Skyvia can automatically create tables for your cloud data. All you need is to specify the connections to NetSuite and SQL Server and select data to replicate, and Skyvia does the rest. It will copy the specified NetSuite data to SQL Server and maintain this copy up-to-date automatically with incremental updates.

  Learn more →

- **LOADING SQL SERVER DATA TO NETSUITE AND VICE VERSA**

  Skyvia offers a number of benefits for import NetSuite data to SQL Server or vice versa. With Skyvia import you can perform any DML operations for imported SQL Server data in NetSuite, import data from several SQL Server objects at once, etc. These features are available for both directions.

  Learn more →

- **TWO-WAY NETSUITE AND SQL SERVER SYNCHRONIZATION**

  With Skyvia you can easily perform bi-directional data synchronization between NetSuite and SQL Server. When performing the synchronization periodically, Skyvia does not load all the data each time. It tracks changes in the synchronized data sources and performs only necessary data changes. Note that it creates its own tracking tables and triggers in the SQL Server database in order to track data changes.



screenshot-skyvia.com-2021.07.12-11_45_33
https://skyvia.com/data-integration/integrate-netsuite-sql-server
12.07.2021



# NetSuite and SQL Server Integration

Skyvia offers you a convenient and easy way to integrate NetSuite and SQL Server with no coding.

## Popular Scenarios

Free plan with 5000 loaded records per month is available

LEARN MORE ABOUT INTEGRATION

- **COPY NETSUITE DATA TO SQL SERVER**

  If you need to simply copy NetSuite data to SQL Server without mapping configuration, you can use Skyvia replication. It allows you to create a copy of NetSuite data in SQL Server and keep it up-to-date with little to no configuration efforts. You don't even need to prepare the schema — Skyvia can automatically create tables for your cloud data. All you need is to specify the connections to NetSuite and SQL Server and select data to replicate, and Skyvia does the rest. It will copy the specified NetSuite data to SQL Server and maintain this copy up-to-date automatically with incremental updates.

  Learn more →

- **LOADING SQL SERVER DATA TO NETSUITE AND VICE VERSA**

  Skyvia offers a number of benefits for import NetSuite data to SQL Server or vice versa. With Skyvia import you can perform any DML operations for imported SQL Server data in NetSuite, import data from several SQL Server objects at once, etc. These features are available for both directions.

- **TWO-WAY NETSUITE AND SQL SERVER SYNCHRONIZATION**

  With Skyvia you can easily perform bi-directional data synchronization between NetSuite and SQL Server. When performing the synchronization periodically, Skyvia does not load all the data each time. It tracks changes in the synchronized data sources and performs only necessary data changes. Note that it creates its own

Learn more →

changes. Note that it creates its own tracking tables and triggers in the SQL Server database in order to track data changes.

Learn more →

# How Integration of NetSuite and SQL Server Works

Integration of NetSuite and SQL Server with Skyvia is as easy as 1-2-3



You configure your data integration operation in convenient GUI wizards and editors.

Operation is executed in a cloud automatically on schedule or manually at any time.

You can view the integration operation results for each execution in the Run History.

# Integrating Data of Different Structure

Skyvia offers powerful visual editors which allow precise mapping configuration to quickly configure your data migration or synchronization between NetSuite and SQL Server.



**ONE-TO-MANY OR MANY-TO-ONE**

Skyvia allows you to map one NetSuite table to several related SQL Server tables.



**PRESERVING RELATIONS**

When integrating data with different structure Skyvia is able to preserve source data relations in target.



**EXPRESSIONS**

Skyvia allows using complex mathematical and string operations and conditions for mapping data.



**LOOKUP**

You can use lookup mapping to map target columns to values, gotten from other target objects depending on source data.



**CONSTANT**

When integrating data, you can fill some NetSuite fields that don't have corresponding SQL Server fields (or vice versa) with constant values.

