# EXHIBIT 61

FILED LEVEL 1 RESTRICTED

```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO


Civil Action No. 1:19-cv-02005-DDD-SKC
SRS ACQUIOM INC., a Delaware
corporation, and SHAREHOLDER
REPRESENTATIVE SERVICES LLC,
a Colorado limited liability
company,
          Plaintiffs,
          v.
PNC FINANCIAL SERVICES GROUP,
INC., a Pennsylvania
corporation, PNC BANK, N.A.,
a national association,
HEATHER KELLY, an individual,
and ALEX TSARNAS, an
individual,
          Defendants.
_____
      VIDEOTAPED DEPOSITION OF ADAM LEZACK AND AS A
          30(b)(6) REPRESENTATIVE FOR PNC BANK
                 SAN DIEGO, CALIFORNIA
                   OCTOBER 28, 2019



Reported By:
PATRICIA Y. SCHULER
CSR No. 11949
Job No. 47863
```

Page 1

| | |
|---|---|
| 1    Q. Is it more than the 1 billion and change<br>2 that you were estimating for 2019?<br>3    A. Yes. Once again, that estimate was off<br>4 lick-of-the-finger to plug something on a piece of<br>5 paper.<br>6    Q. We're going to start now the part of the<br>7 corporate deposition of PNC. So I'm going to mark<br>8 as our next exhibit --<br>9    A. The 30(b)(6)?<br>10    Q. Yes.<br>11    A. Can we just take a two-second break?<br>12    Q. Yes.<br>13    MR. BRAUNIG: Go off the record, please.<br>14    THE VIDEOGRAPHER: The time is 11:39 a.m.<br>15 We're off the record, ending Media No. 2.<br>16    (Recess taken.)<br>17    THE VIDEOGRAPHER: The time is 11:50 a.m.<br>18 We're now back on the record, beginning Media No.<br>19 3.<br>20    (Exhibit 3 was marked for identification.)<br>21 BY MR. BRAUNIG:<br>22    Q. Mr. Lezack, you have in front of you<br>23 Lezack Exhibit 3, which is the 30(b)(6) deposition<br>24 notice.<br>25    Do you recognize the topics listed there<br><br>Page 106 | 1 qualified to provide corporate testimony about<br>2 those four topics?<br>3    MS. WALLACE: Object to the form.<br>4    THE WITNESS: I have taken this very<br>5 seriously and did my best to educate myself on<br>6 these topics so that I could do my best to answer<br>7 your question, if that is what you are asking me.<br>8 BY MR. BRAUNIG:<br>9    Q. We're going to start with Topic 4.<br>10    Tell me what you did to prepare to<br>11 provide corporate testimony on Topic 4, PNC's<br>12 employment of Kelly and Tsarnas.<br>13    A. I talked to some colleagues about Topic<br>14 No. 4. That is what I did.<br>15    Q. Who did you talk to?<br>16    A. I talked to Ryan Simkin and Rick Fink.<br>17    Q. Anyone else?<br>18    A. Other than legal?<br>19    Q. Other than legal.<br>20    A. I don't think so.<br>21    Q. Did you review documents to prepare for<br>22 Topic 4?<br>23    A. No.<br>24    Q. Anything else you did to prepare to<br>25 testify on Topic 4 other than what you have just<br><br>Page 108 |
| 1 as ones with which you have familiarized yourself?<br>2    A. Let me just take a look at the document,<br>3 please.<br>4    Q. I am only going to ask you about pages 4<br>5 and 5, not the --<br>6    A. Just go to pages 4 and 5? Okay.<br>7    MS. WALLACE: And to be clear, he is<br>8 designated for certain of these ten topics.<br>9    THE WITNESS: Sorry. Which ones?<br>10 BY MR. BRAUNIG:<br>11    Q. My question for you is, do you understand<br>12 that you have been designated on Topics 3, 4, 6,<br>13 and 8, listed on page 5?<br>14    A. Three, yes. 4, yes.<br>15    Q. 6?<br>16    A. 6, yes. And you said one more.<br>17    Q. 8.<br>18    A. 8? Yes.<br>19    Q. Are you the person most qualified to<br>20 testify on those topics?<br>21    MS. WALLACE: Object to the form.<br>22    THE WITNESS: Most qualified? What do<br>23 you mean by "most qualified"?<br>24 BY MR. BRAUNIG:<br>25    Q. Are you the person at PNC who is the most<br><br>Page 107 | 1 described, talking to those two individuals?<br>2    A. No.<br>3    Q. Prior to January 2018, did you know<br>4 Alex Tsarnas?<br>5    A. I did not know Alex. Me, Adam, or is<br>6 this the PNC thing?<br>7    Q. Did PNC know Alex Tsarnas?<br>8    A. That is a weird question. I did not know<br>9 Alex as Adam Lezack, the individual. And I don't<br>10 believe PNC knew Alex as an individual; PNC being<br>11 the company.<br>12    Q. Did you know Heather Kelly individually<br>13 as Adam Lezack?<br>14    A. Yes.<br>15    Q. How did you know Heather Kelly?<br>16    A. I worked as an M&A lawyer. I knew<br>17 Heather when she was at Wells and Wilmington and<br>18 SRS. So I worked with Heather over the years.<br>19    Q. Which of Heather Kelly or Alex Tsarnas<br>20 did PNC first speak with about potential<br>21 employment?<br>22    A. So the first -- my understanding is the<br>23 first person that was talked to was Heather.<br>24    Q. And what were the circumstances that led<br>25 to talking to Heather?<br><br>Page 109 |

28 (Pages 106 to 109)

**Page 110**

1  A. Sure. So PNC deal and Fortis deal is announced, right, December of 2017. And we sent out an announcement saying "Great. We are going to do a deal." And so in the course and scope of those communications, my colleague, Rick Fink at Fortis -- Rick was touching base with a gentleman named Luke Bergstrom. He's a corporate partner at Latham & Watkins.

And so Luke told -- I was not part of these conversations, but I have spoken to Rick and Ryan to be able to answer your question. So Luke told Rick "Hey, I understand Heather is not happy working at SRS. You should talk to her."

Then -- because Rick did not know Heather, but Ryan and I have known Heather over the years. Ryan knows Heather as well. Ryan called Heather to say "Hey, Heather, how is it going? I heard you are unhappy."

Q. Approximately when was that?
A. I would say February, March 2018.
Q. Was there an interview process that came out of that initial contact by Ryan Simkin?
A. So when you say "interview process" --
Q. Did you interview Heather Kelly? Did PNC interview Heather Kelly?

**Page 111**

A. So Ryan and Rick certainly had multiple conversations with Heather; Ryan generally taking the lead, though.
Q. Were those face-to-face interviews or telephonic?
A. For sure over the telephone. And whether they met in person, I just don't recall. I don't recall.
Q. What about Alex Tsarnas? How did PNC come to interview Alex Tsarnas?
A. So as I had mentioned, Luke told Rick "Call Heather." Ryan calls Heather, and in that initial conversation Heather says to Ryan "Hey, I know this awesome guy whose name is Alex Tsarnas." So Heather passes along Alex's name to Ryan.
Q. And did PNC interview Alex Tsarnas as well?
A. Certainly there were phone calls talking about -- call it an interview, call it what you will, but there was conversations with anyone we hire.
Q. In those conversations with Kelly and Tsarnas, did PNC explain what it was going to be trying to develop in terms of building a paying agent and escrow platform?

**Page 112**

A. So I was not part of those conversations, but my expectation would be that, given that that is what they do for a living, that that was the crux of those communications -- were building out an escrow and payment business.
Q. I want to make sure I understand. So in the interviews that PNC had with Kelly and Tsarnas, did they discuss building out an escrow and payments business for PNC?
MS. WALLACE: Object to the form.
THE WITNESS: The way you are phrasing that question does not make sense to me. What you are saying -- no. It is "Hey" -- because I have done a bunch of recruiting too. It is "Hey, Heather, we're building an escrow business. I love you, Heather. Would you like to join?" "Okay." You know, back-forth, back-forth, talk terms, and then off you go.
BY MR. BRAUNIG:
Q. Is that PNC's testimony? Is that what -- is that PNC's description of what happened at these interviews, that there was no detailed discussion of how PNC intended to develop a payment and escrow business?
A. So my expectation would be that there

**Page 113**

would be a discussion about building an escrow and payment agent business.
Q. Did Tsarnas -- did Alex Tsarnas, in the interviews he had with PNC -- did he represent that his experience with Acquiom, with SRS Acquiom, would be relevant in building a competing product?
A. I understood that he sent a bullet point list to Rick Fink of his qualifications.
Q. Why did he do that?
MS. WALLACE: Object to the form.
THE WITNESS: I can't tell you as to why Alex did that. My best estimate would be that, when you are applying for a job, you want to put your best foot forward. And what you believe to be your qualities, you would send over, like a résumé.
(Exhibit 4 was marked for identification.)
BY MR. BRAUNIG:
Q. You have Lezack 4 in front of you.
Is Lezack 4 the list of bullet points that you were describing?
A. It is.
Q. Did PNC ask Alex Tsarnas to prepare these bullet points?
A. I believe that Rick asked Alex for his background to the extent he would have it as part