# EXHIBIT 65















- Eliminate paper-based payment processes in merger and acquisition (M&A) transactions.
- The online portal allows security holders to complete and submit deal documents online via mobile or desktop applications.
- It's quick and simple and delivers payments faster than conventional processes.
- Security holders can manage payment information online, choose payment method (Fedwire, ACH or check) and view their deal payment status. The easy-to-use platform is available 24/7/365.
- PNC also manages optionholder payments to former employees, eliminating the pain of keeping seller's payroll open after closing.
- Access for security holders, buyers, seller and deal counsel.

Want to learn more? Download the PNC PAID product sheet »



### ACCESS A PERSONALIZED DEAL DASHBOARD

PNC PAID provides direct access to key information on their current and prior deals. Monitor deal progress in real-time. Solicitation, payment status, transaction activity and more are immediately available.

### MAINTAIN CONTROL OF YOUR M&A DEAL

PNC is the only bank to provide full service from end-to-end



**Pre-Closing Solicitation** | Payments | Escrows | Optionholder Payments



Eliminate printing and mailing of pre-closing deal documents:

- Distribute pre-closing documents, including security holder consents, 280G consents and joinders.
- Collect signatures.
- Tally results to accelerate the closing.
- Download the PNC PAID Document Solicitation brochure »



PERSONAL

SMALL BUSINESS

CORPORATE & INSTITUTIONAL

SUPPORT

Accessible Banking

Customer Service

@PNCBank_Help

Feedback

ON THE GO

Locate ATM/Branch

Mobile Apps Directory

ABOUT

Careers

Diversity & Inclusion

Corporate Responsibility

Security | Terms & Conditions | Privacy Policy

©2021 The PNC Financial Services Group, Inc. All rights reserved.