# EXHIBIT 70

FILED LEVEL 1 RESTRICTED

| | |
|---|---|
| **From:** | Kelly, Heather (Escrow) |
| **To:** | Ryan Simkin; Tsarnas, Alex P |
| **CC:** | canson-fortis |
| **Sent:** | 2/7/2019 8:51:13 PM |
| **Subject:** | RE: New Deal - Project Philly Special (Fortis) |

Good timing. Julie just called me. She's going to get me specifics on the number of payments and payees. Sounds like the buyer might be set up with SRS because Julie mentioned the buyer said their existing provider could do the payroll events as well. So knowing what SRS charges I think we under bid them and get the deal. It's perkin's coie Seattle and Denver on the buy side so all-around a good steal if we can price right. Julie said she did a hard sell and they said they'd consider it if they wanted to get a bid.

**From:** Ryan Simkin [mailto:rsimkin@fortisrep.com]
**Sent:** Thursday, February 07, 2019 2:00 PM
**To:** Tsarnas, Alex P <alex.tsarnas@pnc.com>; Kelly, Heather (Escrow) <hkelly@pnc.com>
**Cc:** canson-fortis <canson@fortisrep.com>
**Subject:** EXTERNAL: FW: New Deal - Project Philly Special (Fortis)

This is the Julie Scallen deal below. ~15 payments. Don't know number of holders yet but once we do we need to provide a bid. Reason they are now shopping is due to Buyer saying they could not find an escrow/paying agent with acceptable fees. Will you guys start thinking about fees. Will send holders as soon as we know. Thanks

**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843  www.fortisrep.com  rsimkin@fortisrep.com



**What is "market" on your M&A deal?** <u>Use FORSITE, our innovative M&A deal tool</u>

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

**From:** Chris Anson
**Sent:** Thursday, February 07, 2019 11:21 AM
**To:** Ryan Simkin <rsimkin@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

# Redacted

**Redacted**

Chris Anson
Fortis Advisors
Associate Director | (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

**From:** Ryan Simkin <rsimkin@fortisrep.com>
**Sent:** Thursday, February 07, 2019 10:31 AM
**To:** Chris Anson <canson@fortisrep.com>
**Subject:** FW: New Deal - Project Philly Special (Fortis)

Which deal is this one and what is escrow? I can coordinate with Heather (will keep you in loop).

**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843  www.fortisrep.com  rsimkin@fortisrep.com



**What is "market" on your M&A deal?** Use FORSITE, our innovative M&A deal tool

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it. If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone. Thank you.

**From:** Brett.Urig@lw.com [mailto:Brett.Urig@lw.com]
**Sent:** Thursday, February 07, 2019 10:30 AM
**To:** Chris Anson <canson@fortisrep.com>; Stephanie.Isaia@lw.com; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Tori Geft <tgeft@fortisrep.com>; Gene Schlesinger <GSchlesinger@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Chris,

Could you reach out to PNC and get an estimate of fees for them to be the escrow + paying agent on a deal like this (please ask on a confidential basis), given the large amount of stockholders that would need to get paid and many payments, Buyer is apparently having trouble finding someone with acceptable fees.

**Brett C. Urig**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278 | M: +1.602.370.1568

**From:** Urig, Brett (OC)

**Sent:** Wednesday, February 6, 2019 2:30 PM
**To:** 'Chris Anson' <canson@fortisrep.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Tori Geft <tgeft@fortisrep.com>; Gene Schlesinger <GSchlesinger@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Parties hoping to sign end of next week or over that weekend, with an announcement on the 19th. Closing about a month after that once HSR is received.

**Brett C. Urig**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278 | M: +1.602.370.1568

**From:** Chris Anson <canson@fortisrep.com>
**Sent:** Wednesday, February 6, 2019 2:18 PM
**To:** Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Tori Geft <tgeft@fortisrep.com>; Urig, Brett (OC) <Brett.Urig@lw.com>; Gene Schlesinger <GSchlesinger@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Stephanie, a few cleanup comments in the attached.

How are we looking in terms of timing?

Best,

**Chris Anson**
Fortis Advisors
Associate Director | (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

**From:** Stephanie.Isaia@lw.com <Stephanie.Isaia@lw.com>
**Sent:** Wednesday, February 06, 2019 11:31 AM
**To:** Chris Anson <canson@fortisrep.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Tori Geft <tgeft@fortisrep.com>; Brett.Urig@lw.com
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Fortis team,

Attached please find the draft merger agreement we received from Buyer's counsel last night, as well as a redline to the draft we last sent across. Please note, we are finalizing the engagement letter with the Company. Thanks!

Best,

**Stephanie Isaia**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8207

**From:** Chris Anson <canson@fortisrep.com>
**Sent:** Thursday, January 24, 2019 2:13 PM
**To:** Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Ryan Simkin <rsimkin@fortisrep.com>

**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>; Urig, Brett (OC) <Brett.Urig@lw.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Thanks Stephanie!

Chris Anson
Fortis Advisors
Associate Director | (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

**From:** Stephanie.Isaia@lw.com <Stephanie.Isaia@lw.com>
**Sent:** Thursday, January 24, 2019 2:10 PM
**To:** Chris Anson <canson@fortisrep.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Brian.Lewis@lw.com; Tori Geft <tgeft@fortisrep.com>; Brett.Urig@lw.com
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Fortis team,

Attached please find the revised draft we sent last night to Buyer's counsel, along with a redline to their initial draft.

Best,

**Stephanie Isaia**

**LATHAM & WATKINS** LLP
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8207

**From:** Chris Anson <canson@fortisrep.com>
**Sent:** Thursday, January 24, 2019 9:28 AM
**To:** Urig, Brett (OC) <Brett.Urig@lw.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Brett,

Fine on those changes.

> Redacted

Chris Anson
Fortis Advisors
Associate Director | (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

**From:** Brett.Urig@lw.com <Brett.Urig@lw.com>
**Sent:** Thursday, January 24, 2019 9:20 AM
**To:** Chris Anson <canson@fortisrep.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Stephanie.Isaia@lw.com; Brian.Lewis@lw.com; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Fortis team,

Attached are some comments in track changes. Let us know if you have any questions or issues. Company still figuring out who will make the up the advisory group and how that'll be structured, but wanted to get the attached settled while we have more time.

One question for you guys – how much are you seeing companies typically put in a "Reserve/Fight Fund" on a deal with significant earnouts like this? Trying to balance stockholders wanting as much $$ up-front but also signal to Buyer that we have the resources to fight if need be.

**Brett C. Urig**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278

**From:** Urig, Brett (OC)
**Sent:** Wednesday, January 23, 2019 8:37 AM
**To:** 'Chris Anson' <canson@fortisrep.com>; Ryan Simkin <rsimkin@fortisrep.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Chris/Ryan,

The up-front fee seems reasonable but before we run it by the client, is there an alternative where we'd just pay on an annual basis for the years when milestones are hit? A lot of the work might be duplicative across the milestones.

We'll suggest PNC for sure but as Julie said, will likely be up to the Buyer.

**Brett C. Urig**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278

**From:** Chris Anson <canson@fortisrep.com>
**Sent:** Tuesday, January 22, 2019 2:48 PM
**To:** Ryan Simkin <rsimkin@fortisrep.com>; Urig, Brett (OC) <Brett.Urig@lw.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Brett,

Please find our limited comments to the merger agreement attached, along with a copy of our engagement letter. Because of the significant contingent payments, we are proposing a hybrid fee of $45K at closing and $7.5K in connection with each milestone payment payable to the holders. As always, we would love to work with you again on this transaction and are willing to be flexible as needed to win the business.

I noted in my review that the escrow and paying agents appeared to be open deal points – if so, I would be happy to introduce you to Heather Kelly at PNC Bank, who can tee up those services for you. Not only would they not charge fees for the escrow services but they can offer PA services unmatched by other companies. These include an online platform that can process all types of securities within a deal (including options) as well as compensatory services where they handle not only the calculation of the payroll withholding and remittance of W2, but more importantly, the follow-up post-closing to ensure the payroll record and withholding details are accurate and complete. In our experience, offloading the surviving co. payroll issues on milestone transactions is a significant win for both the buy and sell-side.

Confidential                                                         PNC_00051180
**FILED LEVEL 1 RESTRICTED**

Please let me know if you have any questions.

Thanks!

Chris Anson
Fortis Advisors
Associate Director |  (619) 933-1281
canson@fortisrep.com
www.fortisrep.com

**From:** Ryan Simkin <rsimkin@fortisrep.com>
**Sent:** Tuesday, January 22, 2019 8:36 AM
**To:** Brett.Urig@lw.com
**Cc:** Julie.Scallen@lw.com; Stephanie.Isaia@lw.com; Brian.Lewis@lw.com; Tori Geft <tgeft@fortisrep.com>; Chris Anson <canson@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Thanks Brett.  We will start working on this this morning and provide a formal proposal as well.  Looking forward to working together.  Best, Ryan

**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843  www.fortisrep.com  rsimkin@fortisrep.com



**What is "market" on your M&A deal?** <u>Use FORSITE, our innovative M&A deal tool</u>

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** Brett.Urig@lw.com [mailto:Brett.Urig@lw.com]
**Sent:** Monday, January 21, 2019 3:06 PM
**To:** Ryan Simkin <rsimkin@fortisrep.com>; Tori Geft <tgeft@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Stephanie.Isaia@lw.com; Brian.Lewis@lw.com
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Ryan and Tori,

Term sheet attached, along with Buyer's draft of the MA.  Business points were fairly negotiated w/r/t earnouts in the term sheet, rest of the deal is being negotiated.  Will give you more of an update this week, but Company is running out of money (and has had to cram down stockholders in recent financings, the consideration won't be sufficient to pay out all of the preferred).

Brian from our team, who you may have worked with before, will be leading the charge on the waterfall/consideration spreadsheet, which will be a bit funky on this one.

**Brett C. Urig**

**LATHAM & WATKINS** LLP
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278

Confidential                                                                                                                                      PNC_00051181
**FILED LEVEL 1 RESTRICTED**

**From:** Ryan Simkin <rsimkin@fortisrep.com>
**Sent:** Monday, January 21, 2019 12:55 PM
**To:** Scallen, Julie (BN) <Julie.Scallen@lw.com>
**Cc:** Urig, Brett (OC) <Brett.Urig@lw.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject:** Re: New Deal - Project Philly Special (Fortis)

Sounds great Julie.  Happy to provide any materials if helpful on that front.  Best, Ryan

Sent from my iPhone

On Jan 21, 2019, at 12:52 PM, "Julie.Scallen@lw.com" <Julie.Scallen@lw.com> wrote:

I'm a huge Heather Kelly fan.  We would love to have PNC as agent but will need to discuss with the Buyer first to get them on board.

**From:** Ryan Simkin <rsimkin@fortisrep.com>
**Sent:** Monday, January 21, 2019 3:33 PM
**To:** Urig, Brett (OC) <Brett.Urig@lw.com>
**Cc:** Scallen, Julie (BN) <Julie.Scallen@lw.com>; Isaia, Stephanie (OC) <Stephanie.Isaia@lw.com>; Lewis, Brian (SV-SF) <Brian.Lewis@lw.com>; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Brett,

Also, in conjunction with our services as stockholder representative, we highly recommend PNC to serve as escrow and paying agent.  PNC's  escrow and paying agent is led by Heather Kelly and her team.   They offer some of the best rates for equityholder returns on the escrow and unmatched service from a quality of expertise standpoint. Would you like us to pull in PNC to provide quotes on those services simultaneous to our providing a quote for stockholder rep services and/or make an intro?  Thanks

Best, Ryan


**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843 www.fortisrep.com rsimkin@fortisrep.com

<image001.jpg>

What is "market" on your M&A deal? Use FORSITE, our innovative M&A deal tool

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** Ryan Simkin
**Sent:** Monday, January 21, 2019 12:00 PM
**To:** 'Brett.Urig@lw.com' <Brett.Urig@lw.com>
**Cc:** Julie.Scallen@lw.com; Stephanie.Isaia@lw.com; Brian.Lewis@lw.com; Tori Geft <tgeft@fortisrep.com>
**Subject:** RE: New Deal - Project Philly Special (Fortis)

Thanks Brett.  Appreciate the kind words. Happy to jump in any time and speak with the CEO/CFO and or review

the agreement to provide a quote.  Look forward to working together.

Best, Ryan

**Ryan Simkin** Managing Director
P: 858-200-8691  F: 858-408-1843 www.fortisrep.com rsimkin@fortisrep.com

<image001.jpg>

**What is "market" on your M&A deal? Use FORSITE, our innovative M&A deal tool**

This electronic mail message, including any attachments hereto, is intended only for the addressee and may contain privileged and/or confidential information. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you are hereby notified that you must not use, disseminate, copy it in any form, or take any action based upon it.  If you have received this message by error, please immediately delete it and any copies of it, including any attachments hereto, and notify the sender by electronic mail message, fax or phone.  Thank you.

**From:** Brett.Urig@lw.com [mailto:Brett.Urig@lw.com]
**Sent:** Monday, January 21, 2019 11:39 AM
**To:** Ryan Simkin <rsimkin@fortisrep.com>; Tori Geft <tgeft@fortisrep.com>
**Cc:** Julie.Scallen@lw.com; Stephanie.Isaia@lw.com; Brian.Lewis@lw.com
**Subject:** New Deal - Project Philly Special (Fortis)

Ryan and Tori,

Happy New Year and hope you're well.  Are you two the right folks to kick off some discussions on a potential new engagement?  Our medical device client is looking to be acquired in the next few months.  Initial draft of the merger agreement from Buyer has been received and we're going through it this week [Redacted] [Redacted].  Stockholder base is fairly wide.  When client asked us for recommendation, we said you guys would be the best for them, so we're expecting your usual good service J

Let us know and we can make the intro later today over e-mail to the Company's CEO and CFO, then go from there.  The initial questions we'll ask is for an estimate of your fees, copy of engagement letter and then probably helpful your thoughts on what clients are putting for a "Reserve/Fight Fund" to be set aside for any future litigation (or just signaling to Buyer that we're prepared to fight it out).

[Redacted] I imagine it'll be a rep from them and probably another Board member or two that you'd be taking some direction from (maybe similar to the AqueSys deal that we did a few years back).

Thanks.

**Brett C. Urig**

**LATHAM & WATKINS LLP**
650 Town Center Drive | 20th Floor | Costa Mesa, CA 92626-1925
D: +1.714.755.8278

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient.  Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited.  If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our

networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.

Confidential                                                                                       PNC_00051184
**FILED LEVEL 1 RESTRICTED**