# EXHIBIT 72

FILED LEVEL 1 RESTRICTED

---

| | |
|---|---|
| **From:** | John H. Olson |
| **To:** | Kelly, Heather (Escrow) |
| **CC:** | Chatterjee, Jini |
| **Sent:** | 2/22/2019 7:40:19 AM |
| **Subject:** | RE: EXTERNAL: RE: Escrow services? |

Heather,

As luck would have it, WSGR is buyer's counsel on this transaction. Thankfully Jini is running the show on their side. I'm putting you two in touch so that you can discuss whether PNC's escrow and paying agent solutions will work for the buyer on this transaction. I've shared the materials and email that you sent me with Jini.

Jini, I have not given Heather very much in the way of information about this deal yet, so you should assume that she's starting from a blank slate.

I'll let you two work through details from here – please let us know how things progress. In the meantime we'll advance the discussions with Ryan on the Fortis rep side of things.

Cheers,
John


John H. Olson



Gunderson Dettmer Stough Villeneuve Franklin & Hachigian, LLP
One Bush Plaza, Suite 1200
San Francisco, CA 94104
Phone: 415-801-4942 | Fax: 415-801-4845
jolson@gunder.com | www.gunder.com

This email and any attachments may contain private, confidential and privileged material for the sole use of the intended recipient. If you are not the intended recipient, please immediately delete this email and any attachments.