# EXHIBIT 74



Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809

415 391 5400
keker.com

**Warren A. Braunig**
(415) 773-6642
wbraunig@keker.com

July 7, 2021

**VIA ELECTRONIC MAIL**

James Forrest Bennett
DOWD BENNETT LLP
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO  63105
jbennett@dowdbennett.com

Matthew E. Johnson
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, CO  80203
mjohnson@dowdbennett.com

Re:   *SRS Acquiom Inc., et al. v. PNC Financial Group Inc., et al.*
      USDC, Denver, Case No. 1:19-cv-02005-SKC

Dear Counsel:

Per your request, we have reviewed our Computer Fraud and Abuse Act ("CFAA") claim against Heather Kelly in light of the Supreme Court's recent decision in *Van Buren v. United States*, 141 S. Ct. 1648 (2021). (We previously agreed to withdraw our claim against PNC under the CFAA. *See* ECF No. 261 at 6 n. 4.) Following that review, we decline to withdraw our CFAA claim against Ms. Kelly.

The Court's holding in *Van Buren* addressed only the circumstance in which an individual *exceeds* authorized access to a computer. *Van Buren*, 141 S. Ct. at 1652. It did not address instances in which individuals violate the CFAA by accessing a computer that they have no authority to access at all. In this case, Ms. Kelly accessed SRSA-issued computers without any authorization following termination of her employment with SRSA. *See* ECF No. 66 at 58. Courts in this district have held that computer access becomes unauthorized when employment ends and the former employer requests return of the laptop. *See, e.g.*, *SBM Site Servs., LLC v. Garrett*, 2012 WL628619 at *6 (D. Colo. Feb. 27, 2012). Because Ms. Kelly accessed her SRSA-issued laptops after the end of her employment at SRSA and *without* access, the Court's analysis in *Van Buren* does not foreclose our claim.

1709563

Via Electronic Mail

July 7, 2021
Page 2

Sincerely,

KEKER, VAN NEST & PETERS LLP

Warren A. Braunig

cc:    Hara Jacobs, jacobsh@ballardspahr.com
        Noah Robbins, robbinsn@ballardspahr.com
        Scott Bialeki, sbialecki@sheridanross.com
        Matthew Miller, mmiller@sheridanross.com

1709563