# EXHIBIT 76

FILED LEVEL 1 RESTRICTED

# SRS ACQUIOM INC

# VS.

# PNC FINANCIAL SERVICES GROUP

**Deposition**

# AMANDA JACKSON

*11/11/2019*

_____

# AB Court Reporting & Video

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

**FILED LEVEL 1 RESTRICTED**

Page 189

1 about whether she would be looking at other
2 employment opportunities where technology
3 would be a gating item?
4     A.  Sorry.  Was your question if I talked
5 to her about that before she left the company?
6     Q.  Yes.
7     A.  I don't recall that we spoke
8 specifically about that in the abstract, but
9 I -- I don't know that there was a specific
10 conversation about technology, but I knew that
11 about Heather.
12    Q.  Did you know that she was thinking of
13 leaving before she officially terminated her
14 employment with the company?
15    A.  I did.
16    Q.  And did you talk to her about where
17 she might think of going next if she were to
18 terminate her employment?
19    A.  I did.
20    Q.  And what did you talk about in that
21 regard?
22    A.  I was aware, before she left the
23 company, that Heather was talking to both
24 Fortis and Western Alliance, other companies
25 that wanted to get into our space.

Page 190

1     Q.  And you were aware of that because she
2 told you?
3     A.  Yes.
4     Q.  Did she tell you to keep that secret?
5     A.  She did not specifically tell me to
6 keep that secret.
7     Q.  Regardless of whether she told you
8 that, did you understand that she was
9 communicating it to you in confidence?
10    A.  Heather was a close friend, and yes, I
11 understood that she did not want me to share
12 that with anybody else.
13    Q.  And you did not, right?
14    A.  I did not.
15    Q.  Did she talk to you at all about pros
16 and cons of anything she was learning about
17 Western Alliance?
18    A.  I don't think that she shared too much
19 specific about pros and cons, but potentially
20 at a high level that they were an unknown
21 brand, but seemed very interested in her.
22    Q.  Anything else at a very high level
23 that she shared with you about Western
24 Alliance?
25    A.  Nothing -- I can't recall anything

Page 191

1 else that was specific or important.
2     Q.  Did she share with you anything,
3 again, pros or cons, about potential
4 opportunity at which she was looking at
5 PNC/Fortis?
6     A.  She shared who she was speaking to and
7 that she wanted to speak not just to the
8 people at Fortis who she knew from her prior
9 life, but there, obviously, was an awkwardness
10 about talking to her about potential
11 employment with our -- you know, our chief
12 competitor and on shareholder rep side, and so
13 we didn't go into too much detail about the
14 conversations she had with them while she was
15 interviewing with them.
16    Q.  Who did she tell you she was speaking
17 to at Fortis?
18    A.  I don't recall knowing any names,
19 other than employees that worked at Fortis,
20 which would be Rick Fink, Adam, and Ryan.
21    Q.  And do you have the last names for
22 Adam and Ryan?
23    A.  Adam Lezack, Ryan Simkin.  I think
24 they're Adam Lezack and Ryan Simkin.
25    Q.  And at the point in time when she was

Page 192

1 sharing that information with you, had you
2 already spoken to Mr. Fink about Mr. Tsarnas?
3     A.  No, I had not.
4     Q.  So we can -- we can certainly -- can
5 we fairly, then, place your conversation with
6 Mr. Fink concerning Mr. Tsarnas?
7     A.  Oh, I don't --
8     Q.  Sorry.
9     A.  I don't know that I recall the
10 chronology of information perfectly, so I
11 don't know that I can say that with certainty.
12    Q.  So best -- as you sit here today,
13 you're not able to place the conversation with
14 Heather saying she was talking to Mr. Fink as
15 against the conversation you had had with
16 Mr. -- had or would have -- I don't want to
17 limit it in time.
18    A.  Sure.
19    Q.  -- with Mr. Fink about Mr. Tsarnas?
20    A.  So I can say with confidence that I
21 was aware that Heather was talking to Fortis
22 before I spoke with Rick Fink about Alex, but
23 I spoke with Heather, perhaps, about her
24 conversations with Fortis both before and
25 after, so I -- I spoke with Rick Fink --