**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION PURSUANT TO FED. R. CIV. P. 72(A) TO PART OF MAGISTRATE JUDGE CREWS' ORDER AT ECF 441, AND EXHIBIT K THERETO (ECF NOS. 469-1, 469-6, AND 473)**

---

THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Plaintiffs' Response to Defendants' Objection Pursuant to Fed. R. Civ. P. 72(a) to Part of Magistrate Judge Crews' Order at ECF 441 and Exhibit K thereto (ECF Nos. 469-1, 469-6, and 473), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of July, 2021.

                                                        BY THE COURT:

                                                        _____
                                                        United States District Judge