### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

### MOTION FOR WITHDRAWAL AND TERMINATION OF
### MATTHEW C. MILLER AS COUNSEL FOR PLAINTIFFS

Matthew C. Miller respectfully moves the Court for an Order granting his withdrawal and termination as counsel of record for Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") pursuant to D.C.COLO.LAttyR 5(b). Good cause exists for the granting of this Motion. In support thereof, the undersigned states as follows:

    1.    As of July 31, 2021, I am no longer employed by Sheridan Ross P.C.

    2.    SRSA will continue to be represented by lead counsel, Warren A. Braunig, Michelle S. Ybarra, Benjamin D. Rothstein, Katie Lynn Joyce, and Victor H. Yu of the law firm Keker, Van Nest & Peters LLP, as well as co-counsel Scott R. Bialecki and Brian S. Boerman of Sheridan Ross P.C. Thus, no prejudice will result from my withdrawal and termination as counsel for SRSA.

3.      Pursuant to D.C.COLO.LAttyR 5(b), a copy of this Motion is being served on SRSA, who has been advised that it is personally responsible for complying with all Court orders and time limitations established by applicable statutes and rules, through continuing counsel of record.

WHEREFORE, the undersigned requests he be terminated as counsel of record for SRSA and removed from ECF notification for this matter.

A proposed Order is filed contemporaneously herewith for the Court's convenience.

Respectfully submitted,

Dated: August 3, 2021                    By:  s/ Matthew C. Miller
                                              Warren A. Braunig
                                                  wbraunig@keker.com
                                              Michelle S. Ybarra
                                                  mybarra@keker.com
                                              Benjamin D. Rothstein
                                                  brothstein@keker.com
                                              Katie Lynn Joyce
                                                  kjoyce@keker.com
                                              Victor H. Yu
                                                  vyu@keker.com
                                              KEKER, VAN NEST & PETERS LLP
                                              633 Battery Street
                                              San Francisco, CA 94111-1809
                                              Telephone: 415-391-5400
                                              Facsimile: 415-397-7188

        SHERIDAN ROSS P.C.
Scott R. Bialecki
    *sbialecki@sheridanross.com*
Matthew C. Miller
    *mmiller@sheridanross.com*
Brian S. Boerman
    *bboerman@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:  303-863-9700
Facsimile:   303-863-0223
Email:       *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER REPRESENTATIVE SERVICES LLC

## **Compliance With Type-Volume Limitation**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).