# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER

THIS MATTER, coming before the Court upon the Motion for Withdrawal and Removal of Matthew C. Miller as Counsel for Plaintiff SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") (ECF No. ___), and the Court being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED. Matthew C. Miller is hereby terminated as counsel of record for SRSA, and the Clerk is directed to remove Mr. Miller from ECF notifications for this case.

DONE AND ORDERED this ___ day of _____, 2021.

                        BY THE COURT:

                        _____
                        UNITED STATES DISTRICT JUDGE