# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT OPINIONS, REPORT, AND TESTIMONY OF RICHARD HARROCH (ECF NO. 485)

---

THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Plaintiffs' Reply in Support of Motion to Exclude Expert Opinions, Report, and Testimony of Richard Harroch (ECF No. 485), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of August, 2021.

                                                     BY THE COURT:

                                                     _____

                                                     United States District Judge