**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.LCIVR 7.2**

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA") hereby move for an extension of time to file motions to restrict pursuant to D.C.COLO.LCivR 7.2 regarding Defendants' Motion for Summary Judgment (ECF No. 492) and ensuing, related filings. As will be shown, there is good cause to grant this Motion. In support of its Motion, SRSA states as follows:

1. Pursuant to D.C.COLO.LCivR 7.1(a), SRSA met and conferred with counsel for Defendants PNC Bank, N.A., PNC Financial Services Group, Inc., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") on August 3, 6 and 10, 2021. Counsel for Defendants indicated that Defendants do not oppose the relief requested by this Motion.

2. On July 28, 2021, Defendants filed their Motion for Summary Judgment (ECF No. 492). Defendants' Motion for Summary Judgment spans 53 pages and includes 79 exhibits representing an additional 963 pages. (*Id.*)

3. Defendants' Motion for Summary Judgment was filed as Restricted Level 1 because it contains information designated by the Parties as Confidential and/or Highly Confidential-Attorneys' Eyes Only pursuant to the Stipulated Protective Order (ECF No. 40).

4. Under D.C.COLO.LCivR 7.2(e), the deadline to file a motion to restrict regarding Defendants' July 28, 2021 Motion for Summary Judgment is currently August 11, 2021. Assuming that SRSA files its Opposition to the Motion for Summary Judgment on September 1 (ECF No. 454), any applicable motion to restrict will be due on September 15. Similarly, based on an anticipated September 22 Reply by Defendants (*id.*), yet another motion to restrict will be due on October 6. To date, no party has sought an extension of time to file a motion to restrict over these materials.

5. SRSA is currently assessing the need to maintain restriction over the voluminous Motion for Summary Judgment and requires additional time to complete this review process, to meet and confer with Defendants, and to file any motions to maintain restriction. At the same time, the Parties are completing the briefing relating to Defendants' Motion for Summary Judgment, with SRSA's Opposition due September 1 and Defendants' Reply due September 22. (ECF No. 454.)

6. In light of the foregoing, SRSA requests the following, modest extensions of the applicable motion to restrict deadlines. As shown, SRSA is merely seeking enough time to get past the September 1st Opposition deadline and Labor Day holiday with regard to the first

motion to restrict.  The requested extensions for the second and third motions to restrict are mere two- and one-week extensions, respectively:

|  | Current Deadline | Proposed Deadline |
|---|---|---|
| Motion to Restrict Defendants' Motion for Summary Judgment and exhibits (ECF No. 492) | August 11 | September 15 |
| Motion to Restrict SRSA's Opposition to Defendants' Motion for Summary Judgment (due September 1, 2021) | September 15 | September 29 |
| Motion to Restrict Defendants' Reply in Support of Defendants' Motion for Summary Judgment (due September 22, 2021) | October 6 | October 13 |

7. SRSA further requests that the Court extend the deadline for filing a response to any Motion to Restrict Defendants' Motion for Summary Judgment and exhibits to September 30, 2021, to allow the responding party sufficient time to prepare the response after the September 15 deadline.  SRSA reserves the right to file a reply if necessary.

8. As set forth above, good cause exists to grant this Motion.  As no other dispositive motion deadlines are being extended, SRSA's modest request is reasonable.

9. Pursuant to D.C.COLO.LCivR 6.1(c), this Motion is being served contemporaneously on Plaintiffs.

WHEREFORE, SRSA respectfully requests that the Court extend the Motion to Restrict-related deadlines as set forth above.  A proposed Order is submitted herewith for the Court's convenience.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  August 10, 2021 | By:  s/ Brian S. Boerman |

        Warren A. Braunig
           *wbraunig@keker.com*
        Michelle S. Ybarra
           *mybarra@keker.com*
        Benjamin D. Rothstein
           *brothstein@keker.com*
        Katie Lynn Joyce
           *kjoyce@keker.com*
        Victor H. Yu
           *vyu@keker.com*
        KEKER, VAN NEST & PETERS LLP
        633 Battery Street
        San Francisco, CA 94111-1809
        Telephone: 415-391-5400
        Facsimile: 415-397-7188

        SHERIDAN ROSS P.C.
        Scott R. Bialecki
           *sbialecki@sheridanross.com*
        Matthew C. Miller
           *mmiller@sheridanross.com*
        Brian S. Boerman
           *bboerman@sheridanross.com*
        1560 Broadway, Suite 1200
        Denver, Colorado 80202
        Telephone:  303-863-9700
        Facsimile:   303-863-0223
        Email:       *litigation@sheridanross.com*

        ATTORNEYS FOR PLAINTIFFS
        SRS ACQUIOM INC. AND SHAREHOLDER
        REPRESENTATIVE SERVICES LLC

### Compliance With Type-Volume Limitation

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1).