**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO SEEK RESTRICTION OF DESIGNATED MATERIAL UNDER D.C.COLO.LCIVR 7.2**

THE COURT, having reviewed ECF No. ____, Plaintiffs' Unopposed Motion for Extension of Time to Seek Restriction of Designated Material Under D.C.COLO.LCivR 7.2, and for good cause shown, hereby ORDERS that Plaintiffs' Motion is GRANTED.

The Parties shall have up to and including September 15, 2021 to file a motion to restrict with regard to Defendants' Motion for Summary Judgment and Exhibits (ECF No. 492); up to and including September 29, 2021 to file a motion to restrict with regard to SRSA's Opposition to Defendants' Motion for Summary Judgment; up to and including September 30, 2021 to file a response to any motion to restrict filed with regard to Defendants' Motion for Summary Judgment and exhibits; and up to and including October 13, 2021 to file a motion to restrict with

regard to Defendants' Reply in Support of Defendants' Motion for Summary Judgment. Meanwhile, those documents shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of August, 2021.

BY THE COURT:

_____

United States District Judge