**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT JOINT STATUS REPORT BY DEFENDANTS AND THIRD-PARTY LOVELL MINNICK PARTNERS LLC IN ADVANCE OF JULY 13, 2021, STATUS CONFERENCE BEFORE THE SPECIAL DISCOVERY MASTER (ECF NO. 461) AND EXHIBITS (ECF NOS. 461-1, 461-2, 461-3, 461-4, 461-5, AND 461-7)**

---

THE COURT, having reviewed ECF No. ___, the Plaintiffs' Unopposed Motion to Restrict the Joint Status Report by Defendants and Third-Party Lovell Minnick Partners LLC in Advance of July 13, 2021, Status Conference Before the Special Discovery Master (ECF No. 461) and exhibits (ECF Nos. 461-1 through 461-5, and 461-7), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of August, 2021.

BY THE COURT:

_____
United States District Judge