# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT EXHIBIT A TO LETTER TO SPECIAL DISCOVERY MASTER REGARDING JOINT STATUS REPORT BY DEFENDANTS AND THIRD-PARTY LOVELL MINNICK PARTNERS LLC IN ADVANCE OF JULY 13, 2021, STATUS CONFERENCE BEFORE THE SPECIAL DISCOVERY MASTER (ECF NO. 467)**

---

THE COURT, having reviewed ECF No. ___, the Plaintiffs' Unopposed Motion to Restrict Exhibit A to Letter to the Special Discovery Master Regarding Joint Status Report by Defendants and Third-Party Lovell Minnick Partners LLC in Advance of July 13, 2021, Status Conference Before the Special Discovery Master (ECF No. 467), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of August, 2021.

BY THE COURT:

_____
United States District Judge