# Exhibit 38 – Fink Dep. Tr.

CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF COLORADO
 3   ------------------------------------------x
 4   SRS ACQUIOM INC., and
     SHAREHOLDER REPRESENTATIVE
 5   SERVICES, LLC,
 6             Plaintiffs,
 7   vs.                       Case No. 1:19-cv-02005
 8   HEATHER KELLY, ALEX TSARNAS,
     PNC FINANCIAL SERVICES GROUP,
 9   INC., and PNC BANK, N.A.,
10             Defendants.
11   ------------------------------------------x
12                 ***CONFIDENTIAL***
13
14     REMOTE VIDEOTAPED DEPOSITION BY VIRTUAL ZOOM OF
15                      RICK FINK
16                Monday, May 24, 2021
17
18
19
20
21
22
23
24   Reported By: Lynne Ledanois, CSR 6811
25   Job No. 4597173
```

Page 1

CONFIDENTIAL

## Page 2

```
 1      UNITED STATES DISTRICT COURT
 2      FOR THE DISTRICT OF COLORADO
 3  ---------------------------------------------x
 4  SRS ACQUIOM INC., and
    SHAREHOLDER REPRESENTATIVE
 5  SERVICES, LLC,
 6        Plaintiffs,
 7  vs.            Case No. 1:19-cv-02005
 8  HEATHER KELLY, ALEX TSARNAS,
    PNC FINANCIAL SERVICES GROUP,
 9  INC., and PNC BANK, N.A.,
10        Defendants.
11  ---------------------------------------------x
12
13        Videotaped deposition of RICK FINK,
14  taken in San Diego, California, commencing at
15  9:04 a.m., on Monday, May 24, 2021 before
16  Lynne Ledanois, Certified Shorthand Reporter
17  No. 6811
```

## Page 3

```
 1          REMOTE APPEARANCES
 2
 3  Counsel for the Plaintiffs:
 4        KEKER VAN NEST & PETERS
 5        BY:  WARREN ANDREW BRAUNIG
 6        Attorney at Law
 7        633 Battery Street
 8        San Francisco, California 94111
 9        wbraunig@keker.com
10
11  Counsel for the Defendants:
12        BALLARD SPAHR LLP
13        BY: HARA JACOBS
14        Attorney at Law
15        1735 Market Street
16        51st Floor
17        Philadelphia, Pennsylvania 19103
18        jacobs@ballardspahr.com
19
20
21  ALSO PRESENT:
22  Soseh Kevorkian, Videographer
23  Casey McTigue, In-House SRS Acquoim
24  Trevor White, Keker Van Nest & Peters
25
```

## Page 4

```
 1          I N D E X  O F  E X A M I N A T I O N
 2
 3  Examination by:              Page
 4    Mr. Braunig                 12
```

## Page 5

```
 1          I N D E X  O F  E X H I B I T S
    Deposition      Description          Page
 2  Exhibit 1   Fortis Advisors, Rick Fink,
 3              Executive Team Bio;         15
 4  Exhibit 2   Fortis Advisors website
 5              printout;                   24
 6  Exhibit 3   Fortis Advisors Memorandum
 7              dated October 2017,
 8              PNC_00043957;               34
 9  Exhibit 4   Purchase Agreement by and
10              among PNC Bank, Fortis
11              Advisors dated 12/18/17,
12              PNC_00058995;               46
13  Exhibit 5   Excel spreadsheet,
14              PNC_00059186;               53
15  Exhibit 6   Email chain, first on page
16              to Ryan Simkin and Adam
17              Lezack from Rick Fink,
18              PNC_00039113;               72
19  Exhibit 7   Email chain, first on page
20              to Ryan Simkin and Adam
21              Lezack from Rick Fink,
22              PNC_00039117;               92
23
24  ///
25
```

2 (Pages 2 - 5)

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL

**Page 6**

INDEX OF EXHIBITS

| Deposition | Description | Page |
|---|---|---|
| Exhibit 8 | Document headed, Compensation Totals, Alex Tsarnas Compensation; | 94 |
| Exhibit 9 | Email chain, first on page to Thomas Lang from Rick Fink, PNC_00042264; | 106 |
| Exhibit 10 | Email chain, first on page to Ryan Simkin from Rick Fink, PNC_00051874; | 113 |
| Exhibit 11 | Email chain, first on page to Ryan Simkin and Alex Lezack from Rick Fink, PNC_00051904; | 117 |
| Exhibit 12 | Email chain, first on page to Ryan Simkin from Rick Fink, PNC_00051920; | 121 |
| Exhibit 13 | Text string between Rick Fink and Adam Lezack, PNC_00047104; | 140 |
| Exhibit 14 | Amended Second Notice of Rule 30(B)(6) Deposition to Defendants PNC Financial, 1692920; | 162 |

**Page 7**

INDEX OF EXHIBITS

| Deposition | Description | Page |
|---|---|---|
| Exhibit 15 | Email chain, first on page to rfink-fortis, et al., from Alex Tsarnas, PNC_00040727; | 166 |
| Exhibit 16 | Excel Spreadsheet; | 168 |
| Exhibit 17 | Email chain, first on page to Adam Lezack and Alex Tsarnas from Vanden Linden and Heather K., PNC_00056591; | 173 |
| Exhibit 18 | Excel Spreadsheet; | 175 |
| Exhibit 19 | Email chain, first on page to rfink-fortis, et al., from Alex Tsarnas, PNC_00058881; | 190 |
| Exhibit 20 | Excel Spreadsheet; | 191 |
| Exhibit 21 | Email chain, first on page to Thomas Lang and Rick Fink from Alex Tsarnas, PNC_00040471; | 201 |
| Exhibit 22 | Excel Spreadsheet; | 207 |

///

**Page 8**

INDEX OF EXHIBITS

| Deposition | Description | Page |
|---|---|---|
| Exhibit 23 | Email to Rick Fink and Adam Lezack from Ryan Simkin, PNC_00058905; | 208 |
| Exhibit 24 | Excel Spreadsheet; | 210 |
| Exhibit 25 | Email chain, first on page to alezack-fortis, et al., from Heather Kelly, PNC_00058870; | 210 |
| Exhibit 26 | Excel Spreadsheet; | 210 |
| Exhibit 27 | Email chain, first on page to Kate T. Kelly from Alex Tsarnas, PNC_0002439; | 228 |
| Exhibit 28 | Email chain, first on page to Adam Lezack from Alana McHugh, PNC_00037740; | 240 |
| Exhibit 29 | Email chain, first on page to Rick Fink and Ryan Simkin from Adam Lezack, PNC_00043357; | 240 |
| Exhibit 30 | Email chain, first on page to Gary Gerstman from Rick Fink, PNC_00042952; | 249 |

**Page 9**

INDEX OF EXHIBITS

| Deposition | Description | Page |
|---|---|---|
| Exhibit 31 | Email chain, first on page to Rick Fink and Heather Kelly from Alex Tsarnas, PNC_00038061; | 251 |
| Exhibit 32 | Email chain, first on page to Alex Tsarnas from Rick Fink, PNC_00048349; | 258 |
| Exhibit 33 | Email chain, first on page to Ryan Simkin and Heather Kelly from Alex Tsarnas, PNC_00038372; | 261 |
| Exhibit 34 | Email chain, first on page to Rick Fink and Adam Lezack from Ryan Simkin, PNC_00043319; | 264 |
| Exhibit 35 | Email chain, first on page to Rick Fink and Heather Kelly, PNC_00038190; | 267 |
| Exhibit 36 | Email chain, first on page to Luda Semenova and Heather Kelly, PNC_00043003; | 274 |

3 (Pages 6 - 9)

**Page 10**

```
         I N D E X  O F  E X H I B I T S
   Deposition      Description        Page
Exhibit 37  Email chain, first on page to
            rfink-fortis, et al.,
            PNC_00042906;               281
Exhibit 38  Email chain, first on page to
            Alex Tsarnas from Alana
            McHugh,
            PNC_00006462;               294
Exhibit 39  Email chain, first on page to
            Paul Benjamin and Brandon
            Vongsawad from Heather Kelly,
            PNC_00066359;               298

*** 30(b)(6) Portion Starts on Page 161***
```

**Page 11**

         Monday, May 24, 2021
             9:04 a.m.
_____
        VIDEOGRAPHER: Good morning.     9:04AM
We're going on the record at           9:04AM
9:04 a.m on May 24th, 2021.            9:04AM
        This is Media Unit 1 of the    9:04AM
video-recorded deposition of Rick      9:04AM
Fink taken in the matter of SRS        9:04AM
Acquiom Incorporated et al.,           9:04AM
versus PNC Financial Group et al.,     9:04AM
filed in the United States             9:04AM
District Court for the District of     9:04AM
Colorado. Case number                  9:04AM
1:19-cv-02005 DEDSKC.                  9:04AM
        This deposition is being       9:04AM
held by Veritext Virtual via Zoom      9:04AM
web conferencing.                      9:04AM
        My name is Soseh Kevorkian     9:04AM
and I'm the videographer located       9:04AM
in Topanga, California. Our court      9:05AM
reporter is Lynne Ledanois also        9:05AM
from the firm Veritext.                9:05AM
        At this time would counsel     9:05AM
and all present please identify        9:05AM

**Page 12**

themselves for the record?             9:05AM
        MR. BRAUNIG: Warren             9:05AM
Braunig, Keker Van Nest & Peters       9:05AM
for the plaintiffs. With me is         9:05AM
our paralegal, Trevor White, and       9:05AM
in-house counsel Casey McTigue.        9:05AM
        MS. JACOBS: Hara Jacobs         9:05AM
from Ballard Spahr for the             9:05AM
defendants.                            9:05AM
        THE WITNESS: Rick Fink with     9:05AM
Fortis Advisors.                       9:05AM
        RICK FINK,                      9:06AM
having been duly sworn, testified as follow 9:06AM
        EXAMINATION                     9:06AM
BY MR. BRAUNIG:                        9:06AM
    Q   Good morning, Mr. Fink. We     9:06AM
met just before we went on the record. 9:06AM
But I'm Warren Braunig and I'm counsel 9:06AM
for SRS Acquiom in this matter.        9:06AM
        Could you please state your    9:06AM
full name for the record?              9:06AM
    A   Yes. Richard Alan, that's      9:06AM
A-L-A-N, Fink, F-I-N-K.                9:06AM
    Q   Great. And have you ever       9:06AM
been deposed before?                   9:06AM

**Page 13**

    A   I have.                         9:06AM
    Q   How many times?                 9:06AM
    A   Probably about a dozen.         9:06AM
    Q   So you're --                    9:06AM
        MS. JACOBS: Warren, I'm         9:06AM
sorry. One preliminary item. Am        9:06AM
I correct Mr. Fink is here today       9:06AM
in his capacity as a 30(b)(6)          9:06AM
witness as well as in his personal     9:06AM
capacity?                              9:06AM
        MR. BRAUNIG: Yes.               9:06AM
        MS. JACOBS: Okay. Can we        9:06AM
just briefly work out how you're       9:06AM
going to handle keeping time for       9:06AM
the 30(b)(6) as opposed to his         9:06AM
personal deposition?                   9:06AM
        MR. BRAUNIG: Sure. There's      9:06AM
one segment that I have that's         9:06AM
going to cover that. So we're          9:07AM
starting off with topics for which     9:07AM
he's here in his personal              9:07AM
capacity.                              9:07AM
        When we do the 30(b)(6)         9:07AM
part, we'll take a little break        9:07AM
and then we can start that piece       9:07AM

4 (Pages 10 - 13)

**Page 194**

```
 1    A    That's my assumption.                1:42PM
 2         MS. JACOBS: Objection to             1:42PM
 3    form.                                     1:42PM
 4         THE WITNESS: That's my               1:42PM
 5    assumption.                               1:42PM
 6  BY MR. BRAUNIG:                             1:42PM
 7    Q    And testifying today on              1:42PM
 8    behalf of PNC, is that your best          1:42PM
 9    understanding?                            1:42PM
10    A    Assumption, best                     1:43PM
11    understanding, however you want to        1:43PM
12    characterize it.                          1:43PM
13    Q    And the "Client Priorities,"         1:43PM
14    there used to just be an X in this, an    1:43PM
15    "X" or "X and payroll" in this, but       1:43PM
16    now it's written out to say, "Payment     1:43PM
17    products."                                1:43PM
18         Do you see that?                     1:43PM
19         MS. JACOBS: Objection to             1:43PM
20    form.                                     1:43PM
21         THE WITNESS: I don't recall          1:43PM
22    what -- I don't recall what               1:43PM
23    Category C was described as               1:43PM
24    before. But right now it says all         1:43PM
25    payment products.                         1:43PM
```

**Page 195**

```
 1  BY MR. BRAUNIG:                             1:43PM
 2    Q    Do you recall that in                1:43PM
 3    Exhibit 18, it said, "Needs payments"?    1:43PM
 4    Does that refresh your recollection?      1:43PM
 5    A    Yes.                                 1:43PM
 6    Q    The notes that are reflected         1:43PM
 7    here, are those the same notes that       1:43PM
 8    Ms. Kelly had added in Exhibit 18         1:43PM
 9    which we looked at before?                1:44PM
10    A    I don't know. I'd have to            1:44PM
11    go do a compare.                          1:44PM
12         Again, these notes may well          1:44PM
13    have reflected the input of the group.    1:44PM
14    Q    Without comparing them, you          1:44PM
15    wouldn't be able to say one way or the    1:44PM
16    other?                                    1:44PM
17    A    Correct.                             1:44PM
18    ==Q    And you notice that of the==       1:44PM
19    ==high priority targets here, the ones==  1:44PM
20    ==PNC was -- let me ask you this first:== 1:44PM
21    ==Were the H priority ones the strategic==1:44PM
22    ==buyers that PNC considered the highest==1:44PM
23    ==priority to target? Is that a fair==    1:44PM
24    ==way to characterize it?==               1:44PM
25    ==A    Yes.==                             1:44PM
```

**Page 196**

```
 1         MS. JACOBS: Objection to             1:44PM
 2    form.                                     1:44PM
 3  BY MR. BRAUNIG:                             1:44PM
 4    Q    And then you would agree             1:44PM
 5    that of those 27 or so that are high      1:44PM
 6    priority, more than half of them are      1:44PM
 7    ones that PNC couldn't contact or         1:44PM
 8    Ms. Kelly at least couldn't contact       1:45PM
 9    until March; right?                       1:45PM
10         MS. JACOBS: Objection to             1:45PM
11    form.                                     1:45PM
12         THE WITNESS: I haven't               1:45PM
13    counted them out, but they do             1:45PM
14    appear to be a fair number of ones        1:45PM
15    where March was mentioned.                1:45PM
16  BY MR. BRAUNIG:                             1:45PM
17    Q    I think it's 19 out of 27,           1:45PM
18    if my counting is good, are March.        1:45PM
19         Of the ones that are listed          1:45PM
20    here as high priority schedule in         1:45PM
21    March, your best assumption is that       1:45PM
22    those are SRSA customers; right?          1:45PM
23         MS. JACOBS: Objection to             1:45PM
24    form.                                     1:45PM
25         THE WITNESS: You know, I             1:45PM
```

**Page 197**

```
 1    don't know because it could be            1:45PM
 2    that for some of these, the fact          1:45PM
 3    that the client priority related          1:45PM
 4    payments could also have had to do        1:46PM
 5    with the timing -- the anticipated        1:46PM
 6    timing of the completion of PNC           1:46PM
 7    Paid.                                     1:46PM
 8         So it may well be that some          1:46PM
 9    of these had to do with Heather's         1:46PM
10    restrictions, some of these had to        1:46PM
11    do with just the timing of the            1:46PM
12    rollout of PNC Paid.                      1:46PM
13  BY MR. BRAUNIG:                             1:46PM
14    Q    That's curious. Why would            1:46PM
15    you be able to roll out to somebody in    1:46PM
16    November or January, someone who needs    1:46PM
17    payments products and somebody else       1:46PM
18    who needs payments products you           1:46PM
19    couldn't roll out until March?            1:46PM
20    A    That I don't know.                   1:46PM
21    Q    It doesn't make sense, does          1:46PM
22    it?                                       1:46PM
23         MS. JACOBS: Objection to             1:46PM
24    form.                                     1:46PM
25         THE WITNESS: I'm looking             1:46PM
```

50 (Pages 194 - 197)

CONFIDENTIAL

### Page 314

1  MS. JACOBS: Sure. 5:02PM
2  (Recess taken.) 5:02PM
3  VIDEOGRAPHER: We are on the 5:09PM
4  record at 5:09 p.m. This is the 5:09PM
5  beginning of Media 12 in the 5:09PM
6  deposition of Rick Fink. 5:09PM
7  MS. JACOBS: I just wanted 5:09PM
8  to note for the record that in 5:09PM
9  keeping with our practice, because 5:09PM
10 I didn't say this at the 5:09PM
11 beginning, that obviously the 5:09PM
12 transcript is confidential and 5:09PM
13 we'll take care of specifications 5:09PM
14 in the normal course. 5:09PM
15 MR. BRAUNIG: Agreed. 5:09PM
16 Q  Mr. Fink, we were talking a 5:09PM
17 little bit about Alex Tsarnas right 5:09PM
18 before the break. 5:09PM
19 While he was employed at 5:09PM
20 PNC, how frequently did you interact 5:09PM
21 with Mr. Tsarnas? 5:10PM
22 MS. JACOBS: Objection to 5:10PM
23 form. 5:10PM
24 THE WITNESS: Not that 5:10PM
25 frequently. Maybe a conversation 5:10PM

### Page 315

1  once every couple of weeks. 5:10PM
2  BY MR. BRAUNIG: 5:10PM
3  Q  We looked today at a number 5:10PM
4  of emails that you were on back and 5:10PM
5  forth between yourself and 5:10PM
6  Mr. Tsarnas; right? 5:10PM
7  A  Yes. 5:10PM
8  Q  And in addition to these 5:10PM
9  phone calls that would happen every 5:10PM
10 couple of weeks, you also emailed with 5:10PM
11 him fairly regularly. Is that fair to 5:10PM
12 say? 5:10PM
13 MS. JACOBS: Objection to 5:10PM
14 form. 5:10PM
15 THE WITNESS: Yes, I would 5:10PM
16 say fairly regularly. 5:10PM
17 BY MR. BRAUNIG: 5:10PM
18 Q  But when Mr. Tsarnas left 5:10PM
19 PNC, you had no interaction with him 5:10PM
20 concerning his leaving? 5:10PM
21 A  No. 5:10PM
22 Q  Did you talk about it with 5:10PM
23 Adam Lezack, why is this guy leaving? 5:11PM
24 A  I don't remember -- I'm not 5:11PM
25 even sure how I learned about him 5:11PM

### Page 316

1  leaving. As I said, I think it was 5:11PM
2  from somebody at PNC. But no, no real 5:11PM
3  discussion of the subject. 5:11PM
4  Q  So a guy who you had worked 5:11PM
5  with for two years is just gone one 5:11PM
6  day and you don't know why? 5:11PM
7  MS. JACOBS: Objection to 5:11PM
8  form. 5:11PM
9  THE WITNESS: I understood 5:11PM
10 he took another position. 5:11PM
11 BY MR. BRAUNIG: 5:11PM
12 Q  And you never discussed that 5:11PM
13 issue of sort of his status or what 5:11PM
14 happened with Mr. Lezack? 5:11PM
15 A  Not that I remember. 5:11PM
16 Q  And you never discussed it 5:11PM
17 with Mr. Simkin? 5:11PM
18 A  Not that I remember. 5:11PM
19 Q  How about with Ms. Kelly? 5:11PM
20 A  Not that I remember. 5:11PM
21 Q  So as you're sitting here 5:11PM
22 today, you don't have any idea what 5:11PM
23 precipitated Mr. Tsarnas leaving PNC? 5:11PM
24 MS. JACOBS: Objection to 5:12PM
25 form. 5:12PM

### Page 317

1  BY MS. JACOBS: 5:12PM
2  Q  Is that correct? 5:12PM
3  A  The only thing I know is 5:12PM
4  that he took a job elsewhere. I 5:12PM
5  assume that's what precipitated his 5:12PM
6  leaving. 5:12PM
7  MR. BRAUNIG: I do not have 5:12PM
8  any further questions. Thank you 5:12PM
9  for your time today. 5:12PM
10 MS. JACOBS: I do not have 5:12PM
11 any questions. 5:12PM
12 THE REPORTER: Does anybody 5:12PM
13 need a rough? 5:12PM
14 MS. JACOBS: You know what, 5:12PM
15 I'll take a rough. 5:12PM
16 VIDEOGRAPHER: We're off the
17 record at 5:12 p.m. and this
18 concludes today's testimony given
19 by Rick Fink.
20 The total number of media
21 units used was 12 and will be
22 retained by Veritext.
23 (Proceedings concluded at 5:12 p.m.)

80 (Pages 314 - 317)

CONFIDENTIAL

```
 1         I, LYNNE M. LEDANOIS, a Certified
 2   Shorthand Reporter of the State of
 3   California, do hereby certify:
 4         That the foregoing proceedings were
 5   taken before me at the time and place herein
 6   set forth; that a record of the proceedings
 7   was made by me using machine shorthand which
 8   was thereafter transcribed under my
 9   direction; that the foregoing transcript is a
10   true record of the testimony given.
11         Further, that if the foregoing
12   pertains to the original transcript of a
13   deposition in a Federal Case, before
14   completion of the proceedings, review of the
15   transcript [ ] was [X] was not requested.
16         I further certify I am neither
17   financially interested in the action nor a
18   relative or employee of any attorney or party
19   to this action.
20         IN WITNESS WHEREOF, I have this
21   date subscribed my name:  June 9, 2021.
22
23
24         *Lynne Marie Ledanois*
           LYNNE MARIE LEDANOIS
25         CSR No. 6811
```

Page 318

```
 1  NAME OF CASE: SRS Acquiom v PNC Bank
 2  DATE OF DEPOSITION: 5/24/21
 3  NAME OF WITNESS: Rick Fink
 4  Reason codes:
 5    1. To clarify the record.
      2. To conform to the facts.
 6    3. To correct transcription errors.
 7  Page ____ Line ____ Reason____
    From _____ to_____
 8
 9  Page ____ Line ____ Reason____
    From _____ to_____
10
11  Page ____ Line ____ Reason____
    From _____ to_____
12
13  Page ____ Line ____ Reason____
    From _____ to_____
14
15  Page ____ Line ____ Reason____
    From _____ to_____
16
17  Page ____ Line ____ Reason____
    From _____ to_____
18
19  Page ____ Line ____ Reason____
    From _____ to_____
20
21
22
23
24        _____
25          Signature of Deponent
```

Page 319

81 (Pages 318 - 319)