# Exhibit 60 – 2018.02.28 email

| | |
|---|---|
| **From:** | Randall Theisen <sender@sender-template.com> |
| **To:** | Hale, John |
| **Sent:** | 2/28/2018 1:57:17 PM |
| **Subject:** | RE: call |

Sure. Just call me then.

**From:** Hale, John [mailto:jhale@cooley.com]
**Sent:** Wednesday, February 28, 2018 2:56 PM
**To:** Randall Theisen
**Subject:** call

Hi Randy,
So sorry  -  can we push this back to 3:30?  Craig's still on one of those M&A conf calls that was supposed to end an hour ago.  He asked for 30 minutes.
john

**John Hale**
Cooley LLP
3175 Hanover Street
Palo Alto, CA  94304-1130
Direct: 650-843-5420 ¨ Fax: 650-849-7400
Bio: www.cooley.com/jhale ¨ Practice: http://www.cooley.com/creditfinance

**From:** Randall Theisen [ mailto:rtheisen@westernalliancebank.com ]
**Sent:** Wednesday, February 28, 2018 5:26 AM
**To:** Hale, John < jhale@cooley.com >
**Subject:** RE: transition from Cooley

3:00 my time works great for me. Will you call me? Thanks again!

Sent with BlackBerry Work
( www.blackberry.com )

**From:** Hale, John < jhale@cooley.com >

**Date:** Tuesday, Feb 27, 2018, 7:45 PM

**To:** Randall Theisen < rtheisen@westernalliancebank.com >

**Subject:** Re: transition from Cooley

We'll call you at 3:00 tomorrow (2:00 Pacific), ok?
John

Sent from my iPhone

> On Feb 27, 2018, at 2:00 PM, Randall Theisen < rtheisen@westernalliancebank.com > wrote:
>
> My afternoon tomorrow is wide open. Thursday is a bit tighter, so it'd have to be late afternoon. Just let me know what works for you and Craig. Thanks again!
>
> Randy
>
> Randall S. Theisen
> Executive Vice President and General Counsel
> Western Alliance Bank
> One East Washington Street, Ste. 1400
> Phoenix, AZ  85004
> (602) 952-5404
> (602) 956-3027 (Fax)
> rtheisen@westernalliancebank.com
>
> -----Original Message-----
> From: Hale, John [ mailto:jhale@cooley.com ]
> Sent: Tuesday, February 27, 2018 12:37 PM
> To: Randall Theisen
> Subject: Re: transition from Cooley
>
> Hi Randy,
> Way nice to meet you yesterday.
>
> Craig Menden is the M&A partner I had in mind.  Do you have any afternoon spots open tomorrow or Thursday that we can give you a call? I'd offer today, but I'm out of the office in meetings all day and I was hoping to be part of the call.
> Thanks,
> John
>
> Sent from my iPhone
>
>> On Feb 26, 2018, at 3:54 PM, Randall Theisen < rtheisen@westernalliancebank.com > wrote:
>>
>> It was great catching up this afternoon. It really is a small world. The name of the former SRS guy I mentioned is Alex Tsarnas. Thanks again for your help on this and for your discretion. We'll keep you posted on our trip up to San Jose in a couple weeks.
>>
>> Randy
>>
>> Randall S. Theisen
>> Executive Vice President and General Counsel Western Alliance Bank One
>> East Washington Street, Ste. 1400 Phoenix, AZ  85004
>> (602) 952-5404
>> (602) 956-3027 (Fax)
>> rtheisen@westernalliancebank.com
>>
>> -----Original Message-----
>> From: Hale, John [ mailto:jhale@cooley.com ]
>> Sent: Saturday, February 24, 2018 3:13 PM
>> To: Randall Theisen
>> Cc: Ben Bang
>> Subject: Re: transition from Cooley
>>
>> Hi Randy,
>>
>> Yes, for sure.  I'll check when I get back to the office on Tuesday.  In the meantime, I'm in town (well, Tempe, right now, recovering from a race this morning), and seeing Julie for lunch on Monday.  Any chance I can drop by to say hi in person sometime Monday?  No press at all, just I'm not often in your building. . .
>>
>> John
>>
>>
>>
>> Sent from my iPhone
>>

\>>
\>>
\>> On Feb 24, 2018, at 1:22 PM, Randall Theisen < rtheisen@westernalliancebank.com<mailto:rtheisen@westernalliancebank.com
\>> wrote:
\>>
\>>
\>>
\>>
\>>
\>> John —
\>>
\>>
\>>
\>> On a completely unrelated subject, I have a favor to ask. We're looking at a potential new business line, shareholder rep services and related post-closing escrow and payment services, mostly because of the deposit potential. I understand these services are popular in the tech and life sciences world or really anywhere VC/private equity money is involved. I know Cooley does a lot of that work and, in fact, I'm told one of founders of the biggest player in this business (SRS Acquiem) is a former Cooley guy. I was hoping you could introduce me to someone in your M&A group who knows the business and SRS specifically. For competitive reasons, we obviously need this to be discrete. We don't want this getting back to anyone at SRS at this point.
\>>
\>>
\>>
\>> Any help you could provide would be most appreciated. Thanks.
\>>
\>>
\>>
\>> Randy
\>>
\>>
\>>
\>> Randall S. Theisen
\>>
\>> Executive Vice President and General Counsel
\>>
\>> Western Alliance Bank
\>>
\>> One East Washington Street, Ste. 1400
\>>
\>> Phoenix, AZ 85004
\>>
\>> (602) 952-5404
\>>
\>> (602) 956-3027 (Fax)
\>>
\>> rtheisen@westernalliancebank.com<mailto:rtheisen@westernalliancebancor
\>> p.com>
\>>
\>>
\>>
\>> Sent with BlackBerry Work
\>>
\>> ( www.blackberry.com<https://urldefense.proofpoint.com/v2/url?u=http-3A
\>> __www.blackberry.com&d=DwIGaQ&c=J_DmldBANI_Z7eOTa-yEXQriHDmgJWrr685yrC
\>> ujGM0&r=u4QJ2kbjln7P4f4zzNsVb3pQfaHRQesZteh35kbx7tE&m=-rERsDmNyNuCRw-L
\>> UrMXX1rLLi40wGTxljdEr9y8dXk&s=9nchp_FOZAe_oW4v_nN53-5DYSVtOfXGHbUuudsw
\>> t9U&e=>)
\>>
\>>
\>>
\>> From: Zander, Troy < tzander@cooley.com<mailto:tzander@cooley.com >>
\>>
\>> Date: Monday, Feb 12, 2018, 9:55 AM
\>>
\>> Cc: Hale, John < jhale@cooley.com<mailto:jhale@cooley.com >>
\>>
\>> Subject: transition from Cooley
\>>
\>>
\>>
\>>
\>> With apologies for the informality of this notice, I wanted to advise you that I have decided to withdraw from Cooley. I will be

WAB00000527

joining Barnes and Thornburg ( https://urldefense.proofpoint.com/v2/url?u=http-3A__www.btlaw.com_&d=DwIGaQ&c=J_DmldBANI_Z7eOTa-yEXQriHDmgJWrr685yrCujGM0&r=u4QJ2kbjln7P4f4zzNsVb3pQfaHRQesZteh35kbx7tE&m=-rERsDmNyNuCRw-LUrMXX1rLLi40wGTxljdEr9y8dXk&s=GjftASpB5EeWc1PjjgZUReOsjSO7HSA40PlMTiEtqFc&e=<https://urldefense.proofpoint.com/v2/url?u=http-3A__www.btlaw.com_&d=DwMF-g&c=5vOBDmAB7iEjDDOZLSiuMw&r=sUEC8ZFAZeDJFEbrrXycnw&m=iaCOpbfwJFquh7jYEFWUUvkSwyJHEFAi5as9FQsn2-c&s=YRvb1jzv3OzcHVhUwwnwNUdDset1SvaITSLXd-8BCew&e= >) and opening an office for them in San Diego. I will provide my new contact information under separate email. Meanwhile, John Hale and I will work together to ensure as smooth a transition as possible of all matters I may be handling for you/your team. I expect that my last day at Cooley will be this Friday, February 16, but hope to continue to work with you thereafter from my new platform.
>>
>>
>>
>> Please feel free to call, text or email me – or call or email John – with any questions or comments.
>>
>>
>>
>> Thank you for your support.
>>
>>
>>
>> T
>>
>>
>>
>> Troy Zander
>>
>> 619-933-8863 [m]
>>
>> 650-260-4767 [m]
>>
>>
>>
>>
>> _____
>>
>>
>>
>> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.
>>
>>
>>
>>
>>
>> Need to send me a file too big for email? You can upload it at
>> westernalliancebancorp.sharefile.com<westernalliancebancorp.sharefile.
>> com/>
>>
>>
>>
>> _____
>>
>>
>>
>> CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.
>>
>>
>>
>>
>>
>> _____
>>
>>
>>
>> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any

WAB00000528

unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.
&gt;&gt;
&gt;&gt;
&gt;&gt;
&gt;
&gt; _____
&gt;
&gt; This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.
&gt;

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

_____

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.