# Exhibit 62 –
# SRSA Resp. to Defs.' Ex. 16

**SRSA's Response to Defendants' Ex. 16**

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Payments Spreadsheet (II.B) | DISPUTED | DISPUTED | DISPUTED | DISPUTED | Not Asserted by Defendants |
| Customer Information (IX) | DISPUTED | DISPUTED | DISPUTED | DISPUTED | Not Asserted by Defendants |
| Pricing Strategy (VIII.A) | DISPUTED | Not Asserted by Defendants | DISPUTED | Not Asserted by Defendants | DISPUTED |
| Product Development Strategies (X) | DISPUTED | Not Asserted by Defendants | DISPUTED | Not Asserted by Defendants | DISPUTED |
| Deal Dashboard's Design and Selected Information (VII.A) | DISPUTED | DISPUTED | DISPUTED | DISPUTED | DISPUTED |

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Payment Product Specifications v2 (I) | DISPUTED | Not Asserted by Defendants | DISPUTED | DISPUTED | DISPUTED |
| Imports Process and Procedures (II.A) | DISPUTED | Not Asserted by Defendants | DISPUTED | DISPUTED | DISPUTED |
| Payment Ref Import Template (II.B) | DISPUTED | Not Asserted by Defendants | DISPUTED | Not Asserted by Defendants | DISPUTED |
| Proprietary Payment Methods (I) | DISPUTED | Not Asserted by Defendants | DISPUTED | Not Asserted by Defendants | DISPUTED |
| Master Services Agreements (VIII.C) | DISPUTED | Not Asserted by Defendants | Not Asserted by Defendants | DISPUTED | DISPUTED |

| Alleged Trade Secret | Insufficient Evidence of Trade Secret Factors | Publicly Disclosed | Generally Known or Obvious | Not Protected by Reasonable Measures | No Evidence of Use or Misappropriation |
|---|---|---|---|---|---|
| Legal and Financial Structure of Acquiom Compensation Payments (VI) | DISPUTED | DISPUTED | DISPUTED | DISPUTED | DISPUTED |
| Customized Document Distribution Method (V.A) | DISPUTED | DISPUTED | DISPUTED | Not Asserted by Defendants | DISPUTED |