**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DECLARATION OF BEN LANE (ECF NO. 266) AND EXHIBITS A THROUGH H (ECF NOS. 266-1 THROUGH 266-8)**

---

THE COURT, having reviewed ECF No. \_\_\_, Plaintiffs' Unopposed Motion to Restrict Declaration of Ben Lane (ECF No. 266) and Exhibits A through H (ECF Nos. 266-1 through 266-8), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

                            BY THE COURT:

_____
United States District Judge