**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT
DECLARATION OF AMANDA JACKSON (ECF NO. 270) AND
EXHIBITS A AND B (ECF NOS. 270-1, 270-2)**

---

THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Declaration of Amanda Jackson (ECF No. 270) and Exhibits A and B (ECF Nos. 270-1, 270-2), and for good cause shown, hereby ORDERS that the Motion is GRANTED.  The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

                                            BY THE COURT:

                                            _____
                                            United States District Judge