**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT EXHIBIT 7 TO DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION TO AMEND SCHEDULING ORDER (ECF NO. 241-7)**

---

THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Exhibit 7 to Defendants' Brief in Opposition to Plaintiffs' Emergency Motion to Amend Scheduling Order (ECF No. 241-7), and for good cause shown, hereby ORDERS that the Motion is GRANTED.  The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

                              BY THE COURT:

                              _____
                              United States District Judge