# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT EXHIBITS 6 AND 7 TO PLAINTIFFS' RULE 56(D) MOTION TO DENY OR DEFER CONSIDERATION OF DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT (ECF NOS. 267-7, 267-8)

THE COURT, having reviewed ECF No. \_\_\_, Plaintiffs' Unopposed Motion to Restrict Exhibits 6 and 7 to Plaintiffs' Rule 56(d) Motion to Deny or Defer Consideration of Defendants' Motions for Summary Judgment (ECF Nos. 267-7, 267-8), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

BY THE COURT:

_____
United States District Judge