**EXHIBIT A – MATERIALS SRSA SEEKS TO RESTRICT**

| Document | Portion for Which SRSA Seeks Level 1 Restriction |
|---|---|
| Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227) | Statement of Undisputed Material Facts ("SUMF") ¶¶ 1-3 (entirety);<br><br>SUMF ¶ 8, first word in sentence;<br><br>SUMF ¶ 10, first word in sentence, and first word in parenthetical;<br><br>SUMF ¶ 11, text between "Manager for" and "[a]fter";<br><br>SUMF ¶ 14, text between "email thread" and "counsel for";<br><br>SUMF ¶ 15, words in between "Intelligence listed the" and "and a March 2019";<br><br>Page 11, the words in between:<br>• "Defendants induced" and "to terminate,"<br>• "and induced" and "to 'ignore' its MSA," and<br>• "agreement that obligated" and "to engage SRSA for all";<br><br>Page 13, word in between "One of those deals was for" and "Kelly's long-standing";<br><br>Page 14, word in between "obtaining business from" and "a long-standing client";<br><br>Page 15, word that is repeated between:<br>• "June 2019" and "transaction that,"<br>• "won business from" and "and that, absent,"<br>• "SRSA's bid to" and "for the June 2019,"<br>• "undisputed that" and "was Kelly's and then,"<br>• "at SRSA." and "is listed on the,"<br>• "As Kelly testified," and "had been a customer,"<br>• "Manager for" and "account' and that,"<br>• "immediately solicit" and "business.,"<br>• "initially brought" and "to SRSA as a client," and<br>• "being engaged on the" and "transaction as even it admits"; |

| | Page 16, words in between:<br>• "deal between" and "but that, instead," and<br>• "deal in which" and "was buyer's";<br><br>Page 17, word in between "long-standing client" and "to keep, the business."; and<br><br>Page 18, word in between "used to convince" and "to follow Kelly" |
|---|---|
| Exhibit 1 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-1) | Entirety |
| Exhibit 2 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-2) | 261:1-263:14; 263:23-264:11 |
| Exhibit 3 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-3) | ¶¶ 3-4; 9-16; 18-28 |
| Exhibit 6 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-6) | Entirety |
| Exhibit 7 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-7) | Entirety |
| Exhibit 12 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-12) | 286:3-289:25 |
| Exhibit 14 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-14) | Entirety |
| Exhibit 15 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-15) | Entirety |

| | |
|---|---|
| Exhibit 19 to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227-19) | Pages 4-7, all text in each bullet point;<br><br>Page 8, text after the words "across multiple deals" and before "To the Extent Defendants";<br><br>Page 11, the first word beginning each bullet point;<br><br>Pages 14-15, all text in each bullet point;<br><br>Page 16, all text in between the words "across multiple deals" and "To the Extent Defendants provided";<br><br>Pages 28-30, all text in each bullet point;<br><br>Pages 30-31, all text in between the words "'That's awesome!!' *Id*." to the end of the paragraph;<br><br>Page 36, the words in between "Pre-Closing Solicitation products" and "participated in development";<br><br>Pages 39-41, all text after "Deal Dashboard" to the end of the first full paragraph on page 41;<br><br>Pages 41-42, all text in second full paragraph stating on page 41;<br><br>Page 42, all text in the first full paragraph after the words "various SRS employees";<br><br>Pages 49-50, all text between the words "Solicitation offerings," and "PNC willfully used";<br><br>Page 51, the word after "SRS clients, including";<br><br>Pages 57-58, all text beginning after the words "may be derived" to the end of page 58;<br><br>Page 61, all text in second and third paragraphs; and<br><br>Pages 65-66, all text in third and fourth paragraph starting on page 65 |
| Plaintiffs' Response in Opposition to Defendant PNC Bank, N.A.'s Motion for | Table of Contents: customer names in points C.1 (after the words "secure the"), C2 (after the words "steal the"), C3 (after the words "business relations with"); |

| | |
|---|---|
| Partial Summary Judgment (ECF Nos. 261, 271) | Response to SUMFs ¶¶ 1, 9, and 10: customer names; <br><br>Response to SUMF ¶ 14: Text after "was" and before "call: and text at beginning of sentence before "went to bat"; <br><br>Response to SUMF ¶ 16: customer name and text in the last sentence after "managers are not the"; <br><br>Statement of Additional Disputed Facts ("SADF"), ¶ 3: text in the sentence after "SRSA"; <br><br>SADF ¶ 4: text in the sentence after the first "SRSA"; <br><br>SADF ¶ 5: text in the sentence after "knowledge regarding the"; <br><br>SADF ¶ 6: text in the sentence after "point-under its"; <br><br>SADFs ¶¶ 7-11: customer names; <br><br>Page 7: <br>• Text between "interfered with" and "Jackson Decl.," and <br>• Text between "that neither" and "breached"; <br><br>Page 9: <br>• After the words "line of authority" entirety of the third paragraph, <br>• Text between "disclosed that" and "biggest clients" in the fourth paragraph, <br>• Text between "SRSA had" and "PX28" in the fourth paragraph, and <br>• Customer names in the last sentence of the last paragraph after the words "Mike Lyons to email" and before "co-CEO"; <br><br>Page 10: <br>• Customer names in the first and second paragraphs beginning with "S," <br>• Text between "SRSA under its" and "by copying" in the first paragraph, |

|  | <ul><li>Text between "that SRSA's" and "was a contractual relationship" in the second paragraph,</li><li>Customer name in bold in the third paragraph,</li><li>Text between "entered into an" and "ECF 227-3" in the third paragraph, and</li><li>Last full sentence of the last paragraph;</li></ul>Page 11:<ul><li>First two sentences,</li><li>Customer names in the second paragraph beginning with "B," and</li><li>Customer names in last paragraph after the words "poised to win" and before "until PNC and";</li></ul>Page 12:<ul><li>Customer names in the first sentence after the words "opportunities with" and before "detailed,"</li><li>Customer names in the heading after the words "secure the," and</li><li>Customer names in the last paragraph beginning with the first bolded reference;</li></ul>Page 13:<ul><li>Text between "hiring Kelly; that" and "*See* ECF 227-3,"</li><li>Text between "(and unlawfully disclosed to PNC) that" and "PX9,"</li><li>Text between "relationship with" and "is precisely,"</li><li>Customer name in footnote 13, and</li><li>Customer names in the second paragraph beginning in bold and all subsequent references;</li></ul>Page 14:<ul><li>Customer name in bold in the first paragraph and first three sentences in the first paragraph, and</li><li>Customer names in the heading after words "steal the";</li></ul>Page 15: Customer names in the first and second paragraphs;<br><br>Page 16: Customer names in the second paragraph, customer names in the heading, customer names in the third paragraph, and customer names in the footnote; and |

|  | Page 17: Text between "Based on the" and "SRSA had a concrete" and the customer names in the first parenthesis |
|---|---|
| PX9 (ECF No. 256-7) | The 7:30 text after "That's fine" in the middle of page PNC_00051506; <br><br> The customer names on page PNC_00051506 – 51510 entirety; and <br><br> Customer names on pages PNC_00051512, 51513, 51514, and 51515 beginning with V and S |
| PX28 (ECF No. 257-4) | Customer names on page PNC_00047100, 47102, and 47103 beginning with S and V |
| PX67 (ECF No. 259-2) | Lines: <ul><li>266:2-6;</li><li>266:8;</li><li>266:10;</li><li>266:12;</li><li>266:16;</li><li>266:22;</li><li>267:2-16;</li><li>268:5-14;</li><li>269:20;</li><li>269:25;</li><li>270:1;</li><li>270:6;</li><li>270:13-14;</li><li>270:17-24;</li><li>271:1;</li><li>271:10;</li><li>271:23;</li><li>272:1;</li><li>272:6;</li><li>272:19;</li><li>273:3;</li><li>273:11;</li><li>273:23-24;</li><li>274:6;</li><li>274:8;</li><li>274:17;</li><li>274:22;</li><li>277:19; and</li></ul> |

| | |
|---|---|
| | • 277:22-25 |
| PX68 (ECF No. 259-3) | The customer names on page PNC_00043003:<br>• In between the words "any response from" and "on this one,"<br>• In between "so be discreet with" and "ie play sort of dumb," and<br>• Immediately prior to the final redaction |
| PX69 (ECF No. 259-4) | The customer names on page PNC_00043016-18 beginning with V |
| PX70 (ECF No. 259-5) | Entirety |
| PX71 (ECF No. 259-6) | Entirety |
| PX72 (ECF No. 259-7) | Entirety |
| PX73 (ECF No. 259-8) | Entirety |
| PX74 (ECF No. 259-9) | The information in parenthesis in the second bullet point and the third bullet point on PNC_00049821 after the "Redacted" box; and<br><br>The first three lines of the second paragraph on page PNC_00049822. |
| PX75 (ECF No. 259-10) | Entirety |
| PX76 (ECF No. 259-11) | Entirety |
| PX77 (ECF No. 259-12) | Entirety |
| PX78 (ECF No. 259-13) | The first two sentences in the 1:22 PM email on PNC_00046718 |
| PX80 (ECF No. 259-15) | The email subject throughout, the first clause of the last sentence in the 8:42 PM email on PNC_00051306, the word between "to win the" and "business" on PNC_00051306, and the first sentence of the 4:56 PM email starting on page PNC_00051306. |
| PX81 (ECF No. 259-16) | In the 3:56 AM email:<br>• The words in between "CEO of" and "personally," and<br>• The words in between "the CEO of" and "and will be doing the same";<br><br>In the 4:57 PM email on April 9, 2019, all text after the "From:" field; and<br><br>In the 1:50 PM email on April 9, 2019, all text after "Things seem good . . ." |
| PX82 (ECF No. 259-17) | The "From" field in the 4:57 PM email on PNC_00051258 and the text between "big a" and "client as" on page PNC_00051258 |

7

Ex. A

| | |
|---|---|
| PX83 (ECF No. 259-18) | Entirety |
| PX84 (ECF No. 259-19) | Entirety |
| PX88 (ECF No. 260-3) | Entirety |
| PX89 (ECF No. 260-4) | The pricing strategy in the second and third lines of the 3:45 PM email on page PNC_00051194. |
| PX91 (ECF No. 260-6)[1] | Customer names on pages PNC_00052756 after the words "you guys have a" and before "email address ?," and<br><br>The entire 20:57:11 text message |
| PX97 (ECF No. 260-12) | Entirety |
| PX98 (ECF No. 260-13) | Entirety of 2:51:30 email, including the "From" line; and<br><br>The "To" line in the 10:46 email |
| PX105 (ECF No. 260-18) | Entirety |
| Defendant PNC Bank, N.A.'s Reply in Support of its Motion for Partial Summary Judgment (ECF No. 282) | Reply Concerning Undisputed Material Facts ("RCUM"), ¶ 9: customer name;<br><br>RCUM ¶ 10: Text between "deal involving" and "after Kelly";<br><br>RCUM ¶ 14: customer name;<br><br>Response Concerning Disputed Facts ("RCDF") ¶ 8: customer name;<br><br>RCDF ¶ 11: customer name;<br><br>Page 6: Customer names in the second and third paragraphs;<br><br>Page 7:<br>• Customer name in the first full paragraph beginning with P, and<br>• Text after "argument that" in footnote 6;<br><br>Page 8: Text in the first parenthesis;<br><br>Page 9: Customer names in the first and second paragraphs beginning with P, V, S, and B; and |

---

[1] PX91 was also submitted as PX49 (ECF No. 258-5). These documents should be sealed for the same reasons.

|  | Page 10: Customer name at the top of the page after the words "The SRSA/" and before "form agreements" |
|---|---|
| Exhibit 26 (ECF No. 282-6) | Entirety |