**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DEFENDANT PNC BANK, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 227) AND EXHIBITS THERETO, PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT PNC BANK, N.A.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NOS. 261, 271) AND EXHIBITS FILED IN SUPPORT THEREOF, AND DEFENDANT PNC BANK, N.A.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 282) AND EXHIBITS THERETO**

---

    THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF No. 227) and Exhibits Thereto, Plaintiffs' Response in Opposition to Defendant PNC Bank, N.A.'s Motion for Partial Summary Judgment (ECF Nos. 261, 271) and Exhibits Filed in Support Thereof, and Defendant PNC Bank, N.A.'s Reply in Support of its Motion for Partial Summary Judgment (ECF No. 282) and Exhibits Thereto, and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

BY THE COURT:

_____
United States District Judge