## EXHIBIT A – MATERIALS SRSA SEEKS TO RESTRICT

| Document | Portion for Which SRSA Seeks Level 1 Restriction |
|---|---|
| Defendant PNC Financial Services Group, Inc.'s Motion for Partial Summary Judgment (ECF No. 228) | Footnote 4, second full sentence of the paragraph, after the words "wrong direction" |
| Exhibit 1 (ECF No. 228-1) | ECF Page 5, paragraph at "Identification/Authentication"; and<br><br>ECF Pages 6-9, entirety |
| Exhibit 3 (ECF No. 228-3) | 49:1-50:6; and<br>52:2-25 |
| Exhibit 4 (ECF No. 228-4) | 77:3-12;<br>77:13-78:24;<br>78:25-79:24;<br>80:1-80:25;<br>149:1-13; and<br>149:14-152:25 |
| Exhibit 6 (ECF No. 228-6) | Entirety |
| Exhibit 7 (ECF No. 228-7) | Entirety |
| Exhibit 8 (ECF No. 228-8) | Entirety |
| Exhibit 9 (ECF No. 228-9) | Entirety |
| Exhibit 10 (ECF No. 228-10) | Entirety |
| Exhibit 11 (ECF No. 228-11) | Entirety |
| Exhibit 12 (ECF No. 228-12) | Entirety |
| Exhibit 13 (ECF No. 228-13) | Entirety |
| Exhibit 14 (ECF No. 228-14) | Entirety |
| Exhibit 15 (ECF No. 228-15) | Entirety |
| Exhibit 16 (ECF No. 228-16) | Entirety |
| Exhibit 17 (ECF No. 228-17) | Entirety |
| Exhibit 19 (ECF No. 228-19) | Entirety |
| Exhibit 20 (ECF No. 228-20) | Entirety |
| Exhibit 21 (ECF No. 228-21) | Entirety |
| Exhibit 22 (ECF No. 228-22) | Entirety |
| Exhibit 23 (ECF No. 228-23) | Entirety |
| Exhibit 24 (ECF No. 228-24) | Entirety |
| Exhibit 25 (ECF No. 228-25) | Entirety |
| Exhibit 26 (ECF No. 228-26) | Entirety |
| Exhibit 27 (ECF No. 228-27) | Entirety |
| Exhibit 28 (ECF No. 228-28) | Entirety |
| Exhibit 29 (ECF No. 228-29) | Entirety |
| Exhibit 30 (ECF No. 228-30) | Entirety |
| Exhibit 31 (ECF No. 228-31) | Entirety |

| | |
|---|---|
| Exhibit 32 (ECF No. 228-32) | Entirety |
| Exhibit 33 (ECF No. 228-33) | Entirety |
| Exhibit 34 (ECF No. 228-34) | Entirety |
| Exhibit 35 (ECF No. 228-35) | Entirety |
| Exhibit 36 (ECF No. 228-36) | Entirety |
| Exhibit 37 (ECF No. 228-37) | Entirety |
| Plaintiffs' Response in Opposition to Defendant PNC Financial Services Group, Inc.'s Motion for Partial Summary Judgment (ECF No. 262) | Statement of Additional Dispute Facts ("SADF") ¶ 19: entirety;<br><br>SADF ¶ 22: clause after "strategies";<br><br>SADF ¶ 26: clause after "Tsarnas";<br><br>SADF ¶ 27: text after "Kelly";<br><br>P. 12:<br>• The information in parenthesis after "SRSA products,"<br>• The information in parenthesis after "whether they," and<br>• The text after "their identities" in the last paragraph;<br><br>P. 15: third sentence of the last paragraph;<br><br>P. 16: last paragraph;<br><br>P. 17: both screenshot images;<br><br>P. 18:<br>• Text between "kinds of customer" and "Koenig" in first the first sentence,<br>• The entirety of the second sentence, and<br>• The entirety of the second and third paragraphs;<br><br>P. 19: third sentence of the second paragraph after the words "for example";<br><br>P. 20: Sentence after "ECF 168 at 1994";<br><br>P. 22: entirety; |

| | |
|---|---|
| | P. 23: entirety;<br><br>P. 24:<br>• Entirety of screenshot,<br>• Language between "and was developed" to "See PX18,"<br>• Language between "based upon" to "See PX38," and<br>• Text after "need that most";<br><br>P. 25: second sentence of second paragraph; and<br><br>P. 27: the text in the first two parentheses |
| PX3 (ECF No. 256-2) | 150:1-153:7;<br>153:20-24; and<br>402:11-20 |
| PX7 (ECF No. 256-5) | 87:4-8;<br>104:16 after the words "such as";<br>106:12-13, the words in between "Example" and "I can qualify later";<br>183:7-15;<br>184:17, the words in between "named" and "There we go.";<br>185:3, the words in between "person at" and "to talk to"<br>186:12;<br>186:14, the words in between "are aware" and "counsel responsible for";<br>186:22; and<br>186:24 |
| PX12 (ECF No. 256-10) | ¶¶ 8, 11, 13-14, 25-33, 37, 42-44, 47, 48, 50-54, 56, 57, 59, 60, 62-65 |
| PX14 (ECF No. 256-12) | ¶¶ 7-10 |
| PX17 (ECF No. 256-14) | Entirety |
| PX18 (ECF No. 256-15) | Entirety |
| PX19 (ECF No. 256-16) | Entirety |
| PX24 (ECF No. 257) | ¶¶ 6, 9, 13-20, 23-26, 28, 39-41 |
| PX25 (ECF No. 257-1) | Entirety |
| PX29 (ECF No. 257-5) | Customer names on page PNC_00047792 after the word "the buyer is" and ";)", the word after "also a" and "client", and the words between "both" and "have zero loyalty" |
| PX31 (ECF No. 257-7) | The words after "Nice, PS" at the bottom of page PNC_00049934 |

3

Ex. A

| | |
|---|---|
| PX32 (ECF No. 257-8) | On PNC_00037336 in the third paragraph in the 11:44 email, the first sentence of the first full paragraph, and the first sentence of the last paragraph |
| PX33 (ECF No. 257-9) | Entirety |
| PX34 (ECF No. 257-10) | Entirety |
| PX35 (ECF No. 257-11) | Entirety |
| PX36 (ECF No. 257-12) | Entirety |
| PX37 (ECF No. 257-13) | Entirety |
| PX38 (ECF No. 257-14) | Entirety |
| PX39 (ECF No. 257-15) | Entirety |
| PX40 (ECF No. 257-16) | Entirety |
| PX41 (ECF No. 257-17) | Entirety |
| PX42 (ECF No. 257-18) | Entirety |
| PX43 (ECF No. 257-19) | Entirety |
| PX44 (ECF No. 258) | Entirety |
| PX45 (ECF No. 258-1) | Entirety |
| PX49 (ECF No. 258-5) | Customer names on pages PNC_00052756 after words "you guys have a" and before "email address ?" |
| PX50 (ECF No. 258-6) | Entirety |
| PX52 (ECF No. 258-8) | Entirety |
| PX53 (ECF No. 258-9) | Entirety |
| PX54 (ECF No. 258-10) | Entirety |
| PX56 (ECF No. 258-12) | On PNC_00040199:<br>• The words in between "off the phone with" and "I am looking for two things," and<br>• The words after "As a side note" to the end of the sentence; and<br><br>The customer name in the email subject lines on all pages |
| PX61 (ECF No. 258-16) | The second to last paragraph on page CGI_SRS_00001824 and the third sentence on page CGI_SRS_00001825 |
| PX62 (ECF No. 258-17) | Entirety |
| PX63 (ECF No. 258-18) | Entirety |
| PX64 (ECF No. 258-19) | The text of the 8:10 AM email on page PNC_00050924 |
| PX66 (ECF No. 259-1) | Entirety |
| PX79 (ECF No. 259-14) | Entirety |
| PX96 (ECF No. 260-11) | The entirety of pages PNC_00042770 and PNC_00042772-73 |
| PX101 (ECF No. 260-15) | Entirety of pages PNC_00049496-97 except the last full paragraph on page PNC_00049497 |
| PX102 (ECF No. 260-16) | Entirety |

| | |
|---|---|
| PX107 (ECF No. 260-19) | Entirety |
| PX108 (ECF No. 260-20) | Entirety |
| PX110 (ECF No. 260-22) | The second paragraph on page PNC_00051226 and the first sentence in the 5:51 email on PNC_00051227 |
| Defendant PNC Financial Services Group, Inc.'s Reply in Support of its Motion for Partial Summary Judgment (ECF No. 283) | P. 7: entire first column of the chart after "Kelly Comment"; <br><br>P. 8: text between "information, including" and "Exs-51-58"; <br><br>P. 10: <br>• Text between "CFO stated" and "if SRSA does not," and <br>• First sentence of the second paragraph and the screenshot in the second paragraph; <br><br>P. 11: <br>• Text between "embodied in" and "are not trade," and <br>• First two sentences of the last paragraph; <br><br>P. 12: <br>• Information in parenthesis after PX23, and <br>• In footnote 9, the language between "strategy" and "is 'counterintuitive'" and the last word of the footnote; <br><br>P. 13, fn. 11: <br>• The language between "reference to" and "creates," <br>• The language between "this term" and the web address, and <br>• The language between "obvious to any" and "Ex-68" |
| Exhibit 45 (ECF No. 283-1) | *See* ECF No. 256-10 (identical document) |
| Exhibit 46 (ECF No. 283-2) | Entirety |
| Exhibit 52 (ECF No. 283-8) | Entirety |
| Exhibit 54 (ECF No. 283-10) | Entirety |
| Exhibit 59 (ECF No. 283-15) | Entirety |
| Exhibit 60 (ECF No. 283-16) | Entirety |
| Exhibit 61 (ECF No. 283-17) | Entirety |
| Exhibit 62 (ECF No. 283-18) | Entirety |
| Exhibit 63 (ECF No. 283-19) | Entirety |

| | |
|---|---|
| Exhibit 64 (ECF No. 283-20) | Entirety |
| Exhibit 65 (ECF No. 283-21) | Entirety |
| Exhibit 66 (ECF No. 283-22) | Entirety |
| Exhibit 67 (ECF No. 283-23) | Entirety |
| Exhibit 68 (ECF No. 283-24) | Entirety |