**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DEFENDANT PNC FINANCIAL SERVICES GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 228) AND EXHIBITS THERETO, PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT PNC FINANCIAL SERVICES GROUP, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 262) AND EXHIBITS FILED IN SUPPORT THEREOF, AND DEFENDANT PNC FINANCIAL SERVICES GROUP, INC.'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT (ECF NO. 283) AND EXHIBITS THERETO**

---

THE COURT, having reviewed ECF No. \_\_\_, Plaintiffs' Unopposed Motion to Restrict Defendant PNC Financial Services Group, Inc.'s Motion for Partial Summary Judgment (ECF No. 228) and Exhibits Thereto, Plaintiffs' Response in Opposition to Defendant PNC Financial Services Group, Inc.'s Motion for Partial Summary Judgment (ECF No. 262) and Exhibits Filed in Support Thereof, and Defendant PNC Financial Services Group, Inc.'s Reply in Support of its Motion for Partial Summary Judgment (ECF No. 283) and Exhibits Thereto, and for good cause

2

shown, hereby ORDERS that the Motion is GRANTED.  The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of September, 2021.

BY THE COURT:

_____

United States District Judge