# EXHIBIT A

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| 492 Defendants Motion for Summary Judgment | page 11 of 62<br>• The words from: "paying agent services to" to "while at"<br>• The words from: "In April 2019," to "was a big vendor"<br>• The words from: "asked the co-CEO of" to "for its business on"<br>• The words from: "after Lyons saw" to "was doing acquisitions but not"<br>page 17 of 62<br>• The words from: "same exact information as JP Morgan's:" to "The tab encapsulates obvious information needed"<br>page 18 of 62<br>• The start of FN4 through: "Ex.-2, p. 5. SRSA has no evidence that"<br>page 22 of 62<br>• The words from: "documents because it is generally known." to None of this industry-wide knowledge is a trade secret,<br>page 23 of 62<br>• The words from: "pricing strategy that consisted of" to "Sw. Whey, Inc. v. Nutrition101, Inc., 117 F. Supp. 2d 770,"<br>• The words from: "pricing-explained/differential-pricing.php." to "ECF 262 at 18. These are the"<br>page 25 of 62<br>• The words from: "the obvious factors that it considers –" to 'are "not generally known or readily ascertainable by others."'<br>page 28 of 62<br>• The words from: "SRSA, "Deal Dashboard" was developed" to "ECF 262 at 24.7"<br>• The words from: "make it easier for SRSA to" to "*Id.* Compensation payments" | Customer Information, Technical and Product-Development Information, Pricing Strategy Information |

1

|  | |  |
|---|---|---|
|  | page 29 of 62<br>• The words from: "testimony is factually accurate." to "To the extent SRSA contends"<br>page 31 of 62<br>• The start of the page through "Ex.-45 at 5:21-6:22; 11:8-12:22, 18:4-12, 27:6-12, 34:2-7, 34:25-35:4. SRSA's conceded lack of"<br>page 35 of 62<br>• The start of the page through "Exs.-48, 54."<br>page 43 of 62<br>• The words from: "SRSA alleges that Kelly contacted Customer A" to "in January 2019 in violation of her"<br>• The words from: "for the deal and who reached out to" to "to suggest PNC for M&A"<br>page 47 of 62<br>• The words from: "SRSA alleged that Defendants induced" to "to 'terminate' its MSA and induced"<br>• The words from: "to 'terminate' its MSA and induced" to "to "ignore" its MSA."<br>page 50 of 62<br>• The words from: "SRSA had no reasonable expectation of obtaining business from" to "a long-standing client of Kelly's"<br>• The words from: "had a reasonable expectation of winning all of" to "M&A payments and"<br>page 51 of 62<br>• The words from: "was that SRSA believed it was" to "'preferred provider for large merger"<br>• The words from: "company.' Ex-68, p. 7." to "'preferred provider' was Kelly – not SRSA."<br>• The words from: "was the Relationship Manager for the" to "account')." |  |

2

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words from: "account')." to "followed Kelly from Wells Fargo to Wilmington Trust" <br> • The words from: "SRSA. Ex.-19, 145:16-19." to "had been a customer of [hers] for 15 years." <br> • The words from: "Ex.-69, 287:19-22." to "is listed on the Schedule 1 exemption" <br> • The words from: "As in Cypress, Kelly brought" to "to SRSA as an M&A payments client" <br> • The words from: "its M&A payments business in 2019," to "left SRSA." <br> • The words from: "payments and escrow services for a deal between" to "and that 'SRS had reason to believe that" <br> page 52 of 62 <br> • The words from: "SRSA also claims PNC's conduct involving" to "and" <br> • The words from: "and" to "constitutes intentional interference with prospective" <br> • The words from: "reasonable, especially given that" to "is listed on Kelly's Schedule 1" <br> • The words from: "SRSA. SAC, Ex. B Schedule 1." to the end of the page. <br> page 53 of 62 <br> • The start of the page through "SRSA cannot demonstrate that it possessed" <br> page 54 of 62 <br> • The words from: "Kelly's long-standing clients" to "and" <br> • The words from: "and" to "keep the business. Unable to rely on an alleged misappropriation" | |

3

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | <ul><li>The words from: "confidential information to convince" to "or any other potential customer"</li><li>The words from: "personal relationships, not SRSA information." to "moved to PNC based on its ten"</li><li>The words from: "joined PNC, he was certain" to "would move their business')."</li><li>The words from: "would move their business')." to "similarly chose PNC based on its long-standing"</li><li>The words from: "relationship with Kelly. Ex.-69, 287:19-22." to "Summary</li><li>judgment should be granted to Defendants"</li></ul> | |
| 492-2 Exhibit 1 | Page 2 of 5<ul><li>The entire cell fourth row from the bottom in the "Undisputed Material Fact" column.</li><li>The entire cell third row from the bottom in the "Undisputed Material Fact" column.</li></ul>Page 3 of 5<ul><li>The word before: "is listed on the Schedule 1 exemption to Kelly's Non-Solicitation Agreement with SRSA. ECF 227 at 3."</li><li>The word before: had been a customer of [Kelly's] for 15 years." ECF 227 at 3.</li><li>The words from: "Admit that Key worked with" to "prior to joining SRSA. ECF 271 at 3."</li><li>The words from: "When "Kelly was at SRSA, she was the Relationship Manager for" to "'[a]fter she left"</li><li>The words from: "SRSA's Director of Business Intelligence" to "and a March</li></ul> | Customer Information |

4

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | 2019 deal in which Wilson Sonsini represented" | |
| 492-3 Exhibit 2 | Entirety | Technical and Product-Development Information |
| 492-5 Exhibit 4 | Page 6-11 of 47<br>• The words from: "Subject to and without waiving the foregoing objections, SRSA responds as follows:" to "INTERROGATORY NO. 24:"<br>Page 14 of 47<br>• The words from: "Subject to and without waiving the forgoing objections, SRSA responds as follows:" to "INTERROGATORY NO. 26:"<br>Page 16-19 of 47<br>• The words from: "18, and 20, which sought similar information." to "INTERROGATORY NO. 28:"<br>Page 24-27 of 47<br>• The words from: "18, 20, 27, and 28, from which responsive information may be derived." to "INTERROGATORY NO. 31:"<br>Page 28-29 of 47<br>• The words from: "INTERROGATORY NO. 32:" to "INTERROGATORY NO. 33:" | Customer Information, Technical and Product-Development Information, and Internal SRSA Corporate Information |
| 492-8 Exhibit 7 | Page 3 of 9<br>• 11:11-25<br>Page 4 of 9<br>• 17:1-18:4<br>Page 6 of 9<br>• 41:1-44:25<br>Page 7 of 9<br>• 97:1-100:9<br>Page 8 of 9<br>• 105:1-108:25<br>Page 9 of 9<br>• 109:1-10 | Technical and Product-Development Information |
| 492-10 Exhibit 9 | Page 6 of 9 | Customer Information |

5

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | - 261:4-262:25<br>- 263:1-14<br>- 263:23-264:11 | |
| 492-11 Exhibit 10 | Page 3 of 4<br>- 21:11 | Customer Information |
| 492-12 Exhibit 11 | Entirety | Customer Information |
| 492-14 Exhibit 13 | Page 5 of 6<br>- 234:1-237:25<br>Page 6 of 6<br>- 238:1-239:7<br>- 239:22-240:9<br>- 241:8-20 | Technical and Product-Development Information |
| 492-15 Exhibit 14 | Page 4 of 9<br>- 42:1-45:25<br>Page 5 of 9<br>- 54:1-57:25<br>Page 6 of 9<br>- 65:1-25<br>Page 7 of 9<br>- 66:1-69:25<br>Page 8 of 9<br>- 70:1-73:25 | Technical and Product-Development Information |
| 492-18 Exhibit 17 | Page 8 of 8<br>- 283:13-285:16 | Technical and Product-Development Information |
| 492-19 Exhibit 18 | Entirety | Technical and Product-Development Information |
| 492-21 Exhibit 20 | Page 3 of 7<br>- 24:19-25:2 | Customer Information |
| 492-22 Exhibit 21 | Page 3 of 4<br>- 114:17-117:25<br>Page 4 of 4<br>- 118:1-119:12 | Technical and Product-Development Information |
| 492-23 Exhibit 22 | Entirety | Technical and Product-Development Information |
| 492-25 Exhibit 24 | Page 3 of 12<br>- 80:4-25<br>Page 4 of 12<br>- 98:1-101:25<br>Page 5 of 12<br>- 110:1-112:24<br>Page 6 of 12<br>- 118:1-121:25<br>Page 7 of 12<br>- 146:1-147:11 | Technical and Product-Development Information |

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
|  | • 148:4-149:25<br>Page 8 of 12<br>• 154:14-155:3<br>• 156:12-157:25<br>Page 9 of 12<br>• 158:1-160:9<br>Page 10 of 12<br>• 163:11-164:16<br>• 165:18-25<br>Page 11 of 12<br>• 166:1-169:25<br>Page 12 of 12<br>• 170:1-172:13<br>• 173:12-25 |  |
| 492-30 Exhibit 29 | Entirety | Customer Information |
| 492-31 Exhibit 30 | Page 3 of 3<br>• 142:2<br>• 142:5<br>• 142:14-16 | Customer Information |
| 492-33 Exhibit 32 | Entirety | Customer Information |
| 492-35 Exhibit 34 | Entirety | Customer Information |
| 492-42 Exhibit 41 | Page 4 of 5<br>• 151:18-153:7 | Pricing Strategy Information |
| 492-43 Exhibit 42 | Entirety | Pricing Strategy Information |
| 492-44 Exhibit 43 | Entirety | Customer Information and Pricing Strategy Information |
| 492-45 Exhibit 44 | Entirety | Technical and Product-Development Information |
| 492-46 Exhibit 45 | Entirety | Technical and Product-Development Information |
| 492-47 Exhibit 46 | Entirety | Technical and Product-Development Information |
| 492-52 Exhibit 51 | Entirety | Pricing Strategy Information |
| 492-53 Exhibit 52 | Entirety | Customer Information |
| 492-54 Exhibit 53 | Entirety | Customer Information |
| 492-55 Exhibit 54 | Entirety | Internal SRSA Corporate Information |
| 492-63 Exhibit 62 | Page 5 of 7<br>• 176:12-15<br>• 177:14-25<br>Page 6 of 7<br>• 178:1-2<br>Page 7 of 7<br>• 186:22-189:25 | Customer Information |

| ECF No. | Restriction Sought | Rationale(s) |
| --- | --- | --- |
| 492-64 Exhibit 63 | Page 6 of 15<br>• The words from: "3/19/18 17:05 <+12012941717 Alex Tsarnas>: Did you get extra money to get along with Christa?" through the end of the page.<br>Page 12 of 15<br>• The words from: "part about increasing or reducing commissions should be removed." to "2/24/19 14:01 <+16263897626 MyProfile>: And the last sentence is the most challenging as it makes commission"<br>Page 13 of 15<br>• The words from: "2/27/19 12:37 <+12012941717 AlexTsarnas>: Andric was pretty sloppy, honestly" to "2/28/19 11 :13 <+12012941717 Alex Tsarnas>: Hi. Did you discuss your office location with Adam?"<br>Page 14 of 15<br>• The words from: "3/8/19 18:51 <+12012941717 Alex Tsarnas>: Let's talk tomorrow. Everyone just went to sleep" to "3/11/19 12:24 <+16263897626 MyProfile>: Inkjet probably" | Customer Information and Internal SRSA Corporate Information |
| 492-65 Exhibit 64 | Entirety | Customer Information and Pricing Strategy Information |
| 492-68 Exhibit 67 | Pages 6-9 of 72<br>• all text in bullet points<br>Page 10 of 72<br>• The words from: "across multiple deals" to "To the Extent Defendants"<br>Page 13 of 72<br>• the first word beginning each bullet point<br>Pages 16-17 of 72<br>• all text in bullet points<br>Page 18 of 72 | Customer Information and Technical and Product-Development Information |

1747877

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words from: "across multiple deals" to "To the Extent Defendants provided"<br>Pages 30-32 of 72<br>• all text in bullet points<br>Page 38 of 72<br>• The words from: "Pre- Closing Solicitation products" and "participated in development"<br>Pages 41-44 of 72<br>• The words from: "Deal Dashboard" on page 41 of 72, to "SRS's commercial trade secrets," on page 44 of 72<br>Page 44 of 72<br>• All text after "input from various SRS employees."<br>Pages 51-52 of 72<br>• The words from: "Solicitation offerings," to "PNC willfully used"<br>Page 53 of 72<br>• The word after "SRS clients, including"<br>Pages 59-60 of 72<br>• All text after "may be derived."<br>Page 63 of 72<br>• The words from "information may be derived." to "INTERROGATORY NO. 19: Identify"<br>Pages 67-68 of 72<br>• The words from "information may be derived." to "INTERROGATORY NO. 21: Identify" | |
| 492-69 Exhibit 68 | Entirety | Technical and Product-Development Information |
| 492-70 Exhibit 69 | Page 6 of 6<br>• 286:3-289:24 | Customer Information |
| 492-72 Exhibit 71 | Entirety | Customer Information |
| 492-74 Exhibit 73 | Pages 3-4 of 14<br>• Paragraphs 3-4<br>Pages 6-9 of 14 | Customer Information |

9

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • Paragraphs 9-16<br>Pages 10-13<br>• Paragraphs 18-28 | |
| 492-78 Exhibit 77 | Entirety | Pricing Strategy Information |
| 492-79 Exhibit 78 | Entirety | Technical and Product-Development Information |
| 492-80 Exhibit 79 | Entirety | Technical and Product-Development Information |

1747877