# Exhibit A

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| 521 SRSA Summary Judgment Response Brief | ECF Page 13 of 62<br>• The words in between: "SRSA's online paying-agent capabilities." to the end of SADF 64.<br>• The words in between: "suspending, and updating payments to PNC." to the end of SADF 65.<br>• The words in between: "protocols for tracking, suspending, and updating payments." to the end of SADF 66.<br><br>ECF Page 14 of 62<br>• The words in between: "attorney in April 2018." to the end of SADF 69.<br>• The words in between: "customer information that Defendants misappropriated." to the end of SADF 70.<br>• The entirety of SADF 73.<br><br>ECF Page 15 of 62<br>• The words in between: "Deal Dashboard that replicated SRSA's confidential product design." to the end of SADF 79.<br>• The words in between: "features in between SRSA's Deal Dashboard." to the end of SADF 80.<br>• The words in between: "and Tsarnas disclosed include non-obvious features," to the words: "that SRSA innovated to R&D and market research."<br>• The citations at the end of SADF 81.<br>• The words in between: "to facilitate 'compensation payments.'" to the end of SADF 82.<br><br>ECF Page 16 of 62<br>• The words in between: "as both companies" to the end of SADF 84.<br>• The words in between: "PNC incorporated it into its 'Pre-Closing Solicitation' product." to the end of SADF 86. | SRSA Customer information, product/business strategies, payments spreadsheet, design of Deal Dashboard, pricing strategies, payment methods, document-distribution methods |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | **ECF Page 17 of 62**<br>• The words in between: "Kelly solicited" to the words: "for PNC business."<br>• The words in between: "for PNC business." to the end of bullet 89.<br>• The words in between: "Simkin with talking points for pitching" to the end of SADF 90.<br>• The words in between: "2018 and February 2019, Kelly solicited" to the end of SADF 92.<br>• The words in between: "provide payments-and-escrow services for" to the end of SADF 93.<br>• The words in between: "firms and customers have confused SRSA and PNC." to the end of SADF 94.<br><br>**ECF Page 20 of 62**<br>• The words in between: "and updating payments that came in between SRSA, including:" to the end of the page.<br>• The words in between: "other payment-method trade secrets, including but not limited to: to the end of footnote 5.<br><br>**ECF Page 21 of 62**<br>• The words in between: "For example, PNC's 30(b)(6) witness admitted that:" to the words: "Since Defendants' motion does not even mention SRSA's".<br>• The remainder of footnote 5.<br><br>**ECF Page 23 of 62**<br>• The words in between: "supposedly returning it to her attorney in April 2018." to the words: "A jury could find misappropriation on those facts alone."<br>• The words in between: "information to target SRSA's strategic customers." to the words: "SRSA-Ex.-4, 84:4-11 (admitting that"<br><br>**ECF Page 25 of 62**<br>• The entire table. | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "strawman. The misappropriated information comprises". to the words: "That information is not generally known and is treated as"<br><br>ECF Page 26 of 62<br>• The words in between: "But only". to the words: "customers on 'HK Contacts' appear on the list of customers exempt"<br>• The words in between: "agreement ("Schedule 1 customers"). SADF 13." to the words: "Regardless, Kelly was an SRSA employee using SRSA"<br><br>ECF Page 31 of 62<br>• The words in between: "spreadsheet has 40 fields," to the words: "with id., 24-28 (showing column headings of JPMorgan's)."<br>• The words in between: "Defendants assert that the "(AES) Payroll" tab of SRSA's spreadsheet," to the words: "is valueless because it solicits the same information as IRS"<br>• The words in between the start of the page to: "SADF 19-20; SRSA-Ex.-10, 200:8-201:18; SRSA-Ex.-69, 5."<br><br>ECF Page 32 of 62<br>• Both images.<br><br>ECF Page 33 of 62<br>• The words in between: "Tsarnas knew that a critical component to SRSA's pricing strategy is" to the words: "See ECF-268, ¶¶6, 10-11."<br>• The words in between: "See ECF-268, ¶¶6, 10-11." to the words: "Defendants overgeneralize that 'considering profit margin' and"<br><br>ECF Page 34 of 62<br>• The words in between: "Defendants' case citations are inapposite. SRSA's". to the words: "is nothing like the". | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "Defendants also argue". to the words: "renders SRSA's pricing strategy unprotectable,". <br> • The words in between: "for every different deal. Unlike in those cases,". to the words: "That is textbook 'independent economic value.'" <br><br> ECF Page 35 of 62 <br> • The words in between: "did not release it until November 2019. Eckberg Decl. ¶10." to the words: to the words: "Unlike SRSA" <br> • The words in between: "instructions to include non-obvious features,". "that SRSA innovated to R&D. SADF 81". <br> • The words in between: "that SRSA innovated to R&D. SADF 81". to the words: "Perry Decl." <br><br> ECF Page 37 of 62 <br> • The words in between: "'Compensation Payments' offering". to the words: "SADF 84." <br><br> ECF Page 38 of 62 <br> • The words in between: "pivotal in setting PNC's own product strategies." to the words: "See SADF 26-27. Defendants' motion does not address these facts." <br><br> ECF Page 39 of 62 <br> • The entire page except the words: "ECF-257-16". <br><br> ECF Page 40 of 62 <br> • The entire page except the words: "ECF-256-15". <br><br> ECF Page 41 of 62 <br> • The start of the page to the words: "ECF-257-17" <br> • The words in between: "ECF-257-17". to the words: "see also ECF-257-14, 262-63; ECF-256-10, ¶¶10-11". | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "SRSA had chosen to develop them." to the end of the page.<br><br>ECF Page 42 of 62<br>• The start of the page to the words: "That PNC overhauled its product roadmap in".<br>• The words in between: "8. Master Services Agreements". to the words: "SRSA-Ex.-41, 55:5-10".<br>• The words in between: "demonstrably false." to the end of the page.<br><br>ECF Page 43 of 62<br>• The words in between: "method' that involves:". to the words: "See Eckberg Decl".<br>• The words in between: "See Eckberg Decl. ¶¶8-9;". to the words: "Eckberg Decl. ¶9."<br>• The words in between: "identical requirements—namely,". to the words: "In October 2018".<br>• The words in between: "further instructed PNC's developers that." to the words: "Defendants present"<br><br>ECF Page 47 of 62<br>• The words in between: "with three months still left in her non-solicit—Kelly wrote". to the words: "Kelly also improperly solicited".<br>• The words in between: "improperly solicited". to the words: "of which were"<br>• The words in between: "Kelly's non-solicit." to the words: "Other PNC documents".<br>• The words in between: "activity by Kelly and Tsarnas." to the words: "These facts".<br><br>ECF Page 48 of 62<br>• The words in between: "("MSA") with". to the words: "However,.<br>• The words in between: "harm SRSA." to the words: "Kelly disclosed".<br>• The words in between: "disclosed to PNC that". to the words: "an MSA".<br>• The words in between: "SRSA and". to the words: "(both confidential facts)." | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "(both confidential facts)." to the words: "When Kelly was". <br> • The words in between: "When Kelly was unable to move". to the word: "business". <br> • The words in between: "her own". to the words: "Even then,". <br> • The words in between: "Even then,". to the words: "would not hire PNC". <br> • The words in between: "until it offered". to the words: "SRSA's flow of". <br> • The words in between: "SRSA's flow of". to the words: "deals ended thereafter." <br> • The words in between: "deals ended thereafter." to the end of the page. <br><br> ECF Page 49 of 62 <br> • The words in between the start of the page to the words: "The relationship". <br> • The words in between: "Kelly and Tsarnas left." to the words: "In June 2018". <br> • The words in between: "SRSA was engaged with". to the words: "outside counsel". <br> • The words in between: "new deal, when". to the words: "counsel suddenly". <br> • The words in between: "deal—and subsequent". to the words: "deals—by pitching its copycat suite of". <br> • The words in between: "copycat suite of products." to the words: "Defendants do not." <br><br> ECF Page 51 of 62 <br> • The words in between: "contractual relations with". to the words: "Defendants argue ". <br> • The words in between: "no 'reasonable expectation' of securing". to the words: "business because". <br> • The words in between: "business because". to the words: "was a 'client of Kelly's.'" <br> • The words in between: "Mot. at 43." to the words: "Defendants rely on Cypress". <br> • The words in between: "years-long relationship with". to the word: "predated". <br><br> ECF Page 52 of 62 | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "*12 (D. Colo. Oct. 15, 2019)." to the words: "SRSA reasonably".<br>• The words in between: "that it would be engaged for the". to the words: "deal because".<br>• The words in between: "learned that SRSA was already the". to the words: "and proposed".<br>• The words in between: "colleagues that PNC". to the words: "PNC won the deal."<br>• The words in between: "'reasonable likelihood.'" to the word: "Defendants."<br>• The words in between: "to secure the deal instead." to the words: "As Kelly later".<br>• The words in between: "colleagues". to the words: "Again, whether".<br>• The words in between: "See Klein, 44 F.3d at 1506." to the words: "same conduct".<br>• The words in between: "IIPEA and IIC claims based on the same conduct)." to the words: "Section IV.D.1, supra.".<br>• The words in between: "pre-existing relationship with". to the words: "Mot. at 45-46,".<br><br>ECF Page 53 of 62<br>• The words in between: "recognized that". to the words: "2. Defendants used."<br>• The words in between: "potential deals." to the words: "didn't engage PNC until".<br>• The words in between: "didn't engage PNC until". to the words: "The evidence shows".<br>• The words in between: "winning the". to the words: "And, as detailed".<br><br>ECF Page 54 of 62<br>• The words in between: "unique services". to the words: "services that were not".<br>• The words in between: "using that name,". to the words: "and using images."<br><br>ECF Page 55 of 62<br>• The start of the page to the words: "PNC lacked any business reason for this conduct, other than to invoke". | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | | |
| 522 Ex. 1 (SRSA 1'st Amend ROG response) | **ECF Page 6 of 62**<br>• The first bullet point at the end of the page<br><br>**ECF Page 7 of 62**<br>• Entirety<br><br>**ECF Page 13 of 62**<br>• The words in between: "across multiple deals:". Through the words: "To the extent".<br><br>**ECF Page 16 of 62**<br>• The text after each bullet.<br><br>**ECF Page 19-21 of 62**<br>• All text in bullet points<br><br>**ECF Page 22 of 62**<br>• The words in between: "across multiple deals:". Through the words: "To the extent."<br><br>**ECF Page 24 of 62**<br>• The words in between: "interference with SRS's prospective economic advantage." Through the words: "Further, Defendants'"<br>• The words in between: "compensation payments in particular. PNC_00058313." Through the end of the page.<br><br>**ECF Page 25 of 62**<br>• The start of the page through the words: "For the June 2019 deal, Defendants were aware that"<br><br>**ECF Page 26 of 62**<br>• Entirety<br><br>**ECF Page 27 of 62**<br>• The words in between: "move in between SRS to us as long as we can guarantee". Through the words: "will love our new online portal."<br><br>**ECF Page 34 of 62** | SRSA customer information, product/business strategies, payment methods. |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "developing its compilation of payment methods for an online paying agent". Through the words: "SRSA designed this compilation of payment methods to minimize the"<br><br>ECF Page 35 of 62<br>• The words in between: "protocols that SRSA developed after years of research." Through the words: "Kelly divulged SRSA's protocols for tracking, suspending, and updating payments in a".<br>• The words in between: "paid out over time through separate deal events." Through the end of the page.<br><br>ECF Page 36-40 of 62<br>• Entirety<br><br>ECF Page 41 of 62<br>• The words in between: "3. Defendants' Use of SRSA's Proprietary Document Selection and Grouping Methods". Through the words: "B. Defendants' Use".<br><br>ECF Page 42 of 62<br>• The words in between: "information should go in each column;". Through the words: "and the metadata".<br><br>ECF Page 43 of 62<br>• The words in between: "not known to CGI." Through the words: "See PNC_00047335.".<br><br>ECF Page 44 of 62<br>• The words in between: "that would show buyers:". Through the words: "CGI_SRS_00003765.".<br>• The words in between: "his PNC colleagues, stating that:". Through the words: "CGI_SRS_00001882 at 1883."<br>• The words in between: "just like SRSA's, must have". Through the words: "(compare SRSAvPKT00113352". | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | • The words in between: "must have the ability". Through the words: "a similar feature". <br><br> ECF Page 46 of 62 <br> • The words in between: "detail other ancillary or complementary products." Through the words: "See CGI_SRS_00001713, PNC_00043948." <br> • The words in between: "See CGI_SRS_00001713, PNC_00043948." Through the words: "See id." <br> • The words in between: "the market value of". Through the words: "CGI_SRS_00001824. A". <br> • The words in between: "CGI_SRS_00001824. A". Through the words: "See CGI_SRS_00003785, CGI_SRS_00003783." <br> • The words in between: "See CGI_SRS_00003785, CGI_SRS_00003783." Through the words: "Sandt Depo. 308:13-309:2. And Tsarnas and". <br><br> ECF Page 47 of 62 <br> • The first full paragraph <br> • The words in between: "Kelly populated to this spreadsheet includes:". Through the end of the page. <br><br> ECF Page 48 of 62 <br> • The first three lines <br><br> ECF Page 49 of 62 <br> • The last three lines of the first paragraph <br><br> ECF Page 51 of 62 <br> • The words in between: "information may be derived." Through the end of the page. <br><br> ECF Page 52 of 62 <br> • Entirety <br><br> ECF Page 53 of 62 <br> • All text before the words: "INTERROGATORY NO. 18:". | |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | ECF Page 55 of 62<br>• The words in between: "may be derived." to "INTERROGATORY NO. 20:".<br><br>ECF Page 57 of 62<br>• The words in between: "in between which responsive information may be derived." Through the end of the page.<br><br>ECF Page 58 of 62<br>• The start of the page through the words: "INTERROGATORY NO. 21:". | |
| 522-4 Exhibit 5 (Tab of Prior SADFs) | Partial<br>• SADFs 19, 22, 26, 27, 34-42 | SRSA Customer information, product/business strategies, pricing strategies |
| 522-7 Exhibit 8 (Eckberg Depo Excerpts) | Partial<br>• 38:4-39:3; 43:16-44:10; 202:1-203:23, 204:1-209:15; 226:9-12; 226:21-24; 227:4-15 | SRSA payment methods |
| 522-8 Exhibit 9 (Sandt Depo Tr.) | Partial<br>• 280:1-21; 281:14-288:9; 297:2-15; 307:3-7 | SRSA ACP structure, SRSA product strategies |
| 522-9 Exhibit 10 (2021 Perry Dep. Tr.) | Partial<br>• 130:1-133:1, 133:9-137:25; 201:1-13; 282:19-284:6; 285:11-18 | SRSA product strategies; SRSA pricing information |
| 523-3 Exhibit 14 (2019.01.09 Email) | Entirety | SRSA Deal Dashboard design; SRSA payment methods |
| 523-4 Exhibit 15 (2018.10.12 Email) | Entirety | SRSA ACP structure |
| 523-5 Exhibit 16 (2019.10.09 Email) | Entirety | SRSA ACP structure |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| 523-6 Exhibit 17 (2019.01.24 Email) | Entirety | SRSA ACP structure |
| 523-7 Exhibit 18 (SRSA Product Specification) | Entirety | SRSA document-distribution methods |
| 523-8 Exhibit 19 (2018.10.18 Email) | Entirety | SRSA Payment methods |
| 524 Exhibit 21 (Kelly SRSA Offer Letter) | Partial<br>• ECF pages 3-4, paragraph 1 | Discusses confidential information about SRSA executive compensation |
| 524-1 Exhibit 22 (Tsarnas SRSA Offer Letter) | Partial<br>• ECF page 2, paragraph 1 | Discusses confidential information about SRSA executive compensation |
| 524-2 Exhibit 23 (2018.12.22 Email) | Entirety | SRSA customer information |
| 524-3 Exhibit 24 (2019.01.15 Email) | Partial<br>• ECF page 2, the words from "PNC Bank is the only bank to offer compensatory services". to the words: "PNC PAID (PNCs online portal) manages the".<br>• ECF page 2, the words from "state and federal tax perspective." to the words: "state and federal tax perspective."<br>• ECF page 2, the words from "Either way they will work with". to the words: "Many clients chose to have PNC handle all optionee".<br>• ECF page 2, the words from "to offer the model best for". to the words: "The PNC team has the expertise to handle payments"." | SRSA ACP structure, SRSA customer information |
| 524-4 Exhibit 25 (2019.02.08 Email) | Entirety | SRSA customer information |
| 524-5 Exhibit 26 (Kelly, Martin, and Koenig Texts) | Entirety | SRSA customer information |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| 524-7 Exhibit 28 (2015.09.25 Email) | Partial<br>• The subject line of the email on ECF page 2; the words in between "We won our first" and "HK spoke with him" in the email on ECF page 7 | SRSA customer information |
| 524-8 Exhibit 29 (2018.08.27 Email) | Partial<br>• ECF page 2 (the subject line of the email and the attachment line)<br>• ECF page 3 (the word in between "The" and "deal closed" in the August 27, 2018 email; the word in between "I have the" and "to add to "; the text in between "on Mon, Aug 20, 2018 at 3:20pm" and "wrote")<br>• ECF Page 4 (the second sentence of Amanda Jackson's August 20, 2018 email and the first full paragraph in Ali Bryson's July 3, 2018 email)" | SRSA customer information |
| 524-9 Exhibit 30 (SRSA Invoice) | Entirety | SRSA customer information, SRSA pricing information |
| 525 Exhibit 31 (2018.08.18 Email) | Partial<br>• ECF Page 2 (The "From" and "Subject" lines of the August 287, 2018 email at 5:30pm; the first sentence of Hannah Costigan Cowles August 18, 2018 email). | SRSA customer information |
| 525-1 Exhibit 32 (2018.06.29 Email) | Partial<br>• ECF Page 2 (Entirety)<br>• ECF Page 3 (the "to" line of the June 15, 2018 email; the "subject" line of the June 15, 2018 email; the second full sentence of the June 15, 2018 email).<br>• ECF Page 4 (the words in between "On Fri., June 15, 2018 at 3:42pm" and "wrote"; the entire signature block of the "June 15, 2018" email) | SRSA customer information |
| 525-3 Exhibit 34 (2019.08.20 Email) | Entirety | SRSA customer information |
| 525-5 Exhibit 36 (Milberger Dep. Tr.) | Partial<br>• 105:19-22; 116:3-117:6; 117:11-25; 119:1-11; 119:13-120:12; 120:16-124:14; 143:6-145:23; 146:2-13; 147:10-12; 147:19-22; 148:2-7; 148:16-20; 149:2-6; 149:20-150:5; 155:11-156:1; 202:8-24; 208:4-12; 209:6-10; 211:9- | SRSA payment methods |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| | 12; 211:21-212:18; 212:21-213:9; 214:19-24; 215:7-11; 219:8-219:12; 221:19-25 | |
| 525-6 Exhibit 37 (Eckberg 30(b)(6) Dep. Tr.) | Partial<br>• 16:4-20; 17:6-7; 17:11-14; 18:4-21; 19:1-7; 19:19-21; 19:23-20:21; 21:10-13; 21:19-22:18; 23:17-24; 24:2-11; 25:7-14 | SRSA payment methods |
| 525-8 Exhibit 40 (Simkin and Tsarnas Texts) | Partial<br>• The last sentence of the January 15, 2019 17:20:46 text from Alex Tsarnas | SRSA pricing information. |
| 526-1 Exhibit 42 (2018.04.10 Email) | Entirety | SRSA payment methods |
| 526-5 Exhibit 46 (AES Product Specifications) | Entirety | SRSA ACP structure |
| 526-6 Exhibit 47 (2018.05.03 Notes) | Entirety | SRSA payment methods |
| 526-8 Exhibit 49 (2019.01.25 Email) | Entirety | SRSA customer information |
| 527-1 Exhibit 52 (Kelly and Simkin Texts) | Partial<br>• Kelly's 2019-04-3 22:51:11 text | SRSA customer information |
| 527-2 Exhibit 53 (2019.09.25 Email) | Entirety | SRSA competitive business intelligence |
| 528-3 Exhibit 65 (Chart re customers) | Entirety | SRSA customer information |
| 530 Wada Declaration | Partial<br>• ¶6, the words in between "has a file name" and "August 2020.xlsx"<br>• ¶7, the words in between "payments-and-escrow services for" and "The relevant data" | SRSA customer information |
| 530-1 Wada Declaration Ex. A | Entirety | SRSA customer information |
| 531 Eckberg Declaration | Partial<br>• ¶¶3-9 | SRSA payment methods; SRSA document-distribution-methods |
| 531-1 Eckberg Decl. Ex. 1 | Entirety | SRSA payment methods |

| ECF No. | Restriction Sought | Rationale(s) |
|---|---|---|
| 531-2 Eckberg Decl. Ex. 2 | Entirety | SRSA payment methods |
| 531-3 Eckberg Decl. Ex. 3 | Entirety | SRSA document-distribution-methods |
| 533 Perry Declaration | Partial<br>• ¶¶5-8 | SRSA Deal Dashboard design |
| 533-1 Perry Decl. Ex. 1 | Entirety | SRSA Deal Dashboard design |
| 533-2 Perry Decl. Ex. 2 | Entirety | SRSA Deal Dashboard design |
| 533-3 Perry Decl. Ex. 3 | Entirety | SRSA Deal Dashboard design |
| 534 Yates Declaration | Partial<br>• ¶4 | SRSA ACP structure; SRSA payments spreadsheet |
| 534-1 Yates Declaration Ex. 1 | Entirety | SRSA payments spreadsheet |