# Exhibit A

| ECF No. | Description | Scope of Restriction Request | Rationale |
|---|---|---|---|
| 550 | Defendants' Reply MSJ Brief | **ECF Page 14 of 30**<br>-The words from: "Specifically, SRSA contends that: (1)" to the end of the page.<br>**ECF Page 15 of 30**<br>-The start of the page through the words: "ECF-521 at 16. SRSA"<br>-The words from: "SRSA cannot seriously contend that" to "being a 'high priority' client is a trade secret".<br>-The words from: "SRSA's own website discloses" to "as a 'Featured Client.' Ex.-25 at 4.".<br>-The words from: "As for" to "'strong interest in online paying agent services.<br>-The words from: "identifies the number of times" to "engaged SRSA."<br>-The words from: "demonstrates only that" to "was a serial acquirer".<br>-The words from: "Defendants already knew" to "and how to contact him"<br>- The citation to the exhibits at the end of footnote 7.<br>**ECF Page 18 of 30**<br> - All of the bulleted text. | Customer information, ACP structure |
| 550 (cont.) | Defendants' Reply MSJ Brief (cont.) | **ECF Page 20 of 30**<br>-The words from: "and, consequently, not trade secrets. The customer" to "told PNC that it had prenegotiated forms with SRSA and that".<br>-The words from: "told PNC that it had prenegotiated forms with SRSA and that" to "would agree to use PNC if PNC used those forms."<br>**ECF Page 22 of 30**<br>-The words from: "customer solicitations. Kelly contacted" to "about PNC's available services and provided her colleagues".<br>-The words from: "after PNC had already been engaged by" to "SRSA-Ex.-23. Kelly's".<br>-The words from: "In support of their claim Kelly solicited" to "SRSA points to manifestly non-actionable conduct".<br>**ECF Page 25 of 30**<br>-The words from: "SRSA argues that because it did business with" to "in the past, it had a "reasonable expectation" of winning all future business.". | Customer information |
| 550-2 | Exhibit 81 (Email re Freezing Payments) | Entirety | Payment methods |
| 550-4 | Exhibit 83 (Excerpts from Eckberg 30b6 Depo) | 21:10-13; 21:19-22:18; 26:10-27:1; 28:1-25; 49:7-10; 49:22-49:25 | Payment methods |
| 550-7 | Exhibit 86 (Excerpt from "Acquiom Engagements by Buyer" customer list) | Entirety | Customer information |