## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT DEFENDANTS' OBJECTION TO SPECIAL MASTER ORDER (ECF NO. 562) AND EXHIBITS 11 AND 12 THERETO (ECF NOS. 562-11 AND 562-12)**

---

THE COURT, having reviewed ECF No. ___, Plaintiffs' Unopposed Motion to Restrict Defendants' Objection to Special Master Order (ECF No. 562) and Exhibits 11 and 12 Thereto (ECF No. 562-11 and 562-12), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of November, 2021.

BY THE COURT:

_____
United States District Judge