# Exhibit A

SRSA's Objections and Responses to Defendants' Third Set of Interrogatories

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

        Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

        Defendants.

**PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS'
THIRD SET OF INTERROGATORIES**

Pursuant to Federal Rules of Civil Procedure 26 and 33, Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC (collectively, "Plaintiffs" or "SRSA") hereby respond to Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas's (collectively, "Defendants") Third Set of Interrogatories (No. 46).

Because discovery is ongoing in this matter, SRSA reserves the right to amend and/or supplement these objections and responses as the case progresses and as allowed by the Federal Rules of Civil Procedure and the Local Rules.

**PRELIMINARY STATEMENT**

The following responses are based on information and documentation that is currently available and specifically known to SRSA following a reasonable and ongoing investigation, and

**CONFIDENTIAL**

1

1708829

are given without prejudice to SRSA's right to produce or rely on subsequently discovered, uncovered, or learned information. Discovery is ongoing, and these responses are subject to change accordingly. It is anticipated that further discovery, independent investigation, and analysis may lead to the discovery of additional documents, supply additional facts, and add meaning to known facts, as well as establish entirely new factual conclusions and legal contentions, all of which may lead to additions and changes to the responses set forth herein. The responses herein reflect SRSA's good-faith effort to provide responsive information now known to SRSA, but SRSA specifically reserves the right both to supplement and amend any of the responses set forth below and to utilize at trial any additional information revealed by further discovery, independent investigation, and analysis.

## SPECIFIC OBJECTIONS AND RESPONSES

**INTERROGATORY NO. 46:**

For each verbal litigation hold that SRSA claims to have issued in its Answer to Interrogatory No. 22, identify the individual(s) that promulgated the verbal hold, the recipient of each such hold, and the date(s) of such hold. To the extent SRSA is unable to state the precise date on which a recipient received an alleged verbal hold, please provide the best approximation of such date(s).

**RESPONSE TO INTERROGATORY NO. 46:**

SRSA objects to the term "verbal litigation hold" as vague and ambiguous. In particular, Defendants have not provided any definition for what constitutes a "litigation hold" as used in

CONFIDENTIAL

this interrogatory. Consistent with the Special Master's June 8, 2021 Order (*see* ECF 426 at 2) and the text of Defendants' Interrogatory No. 22, SRSA interprets "litigation hold" to mean an "instruction to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas."

Subject to and without waiver of its objections, SRSA responds as follows:

On January 11, 2018, outside counsel Carla Minckley provided oral instructions to Sean Arend and Hannah Lee to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas. On January 12, 2018, Sean Arend provided oral instructions to Paul Koenig and Hannah Lee to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas. On March 19, 2018, Sean Arend provided oral instructions to Mark Vogel, Paul Koenig, and Hannah Lee to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas. On March 20, 2018, Sean Arend provided oral instructions to Jordan Sisk and Sara Tumbarella to hold and preserve documents in anticipation of litigation, relating to the Action, the claims raised therein, Kelly or Tsarnas.

**CONFIDENTIAL**

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: June 18, 2021 | By: s/ *Warren A. Braunig*<br>Warren A. Braunig<br>*wbraunig@keker.com*<br>Michelle S. Ybarra<br>*mybarra@keker.com*<br>Benjamin D. Rothstein<br>*brothstein@keker.com*<br>Katie Lynn Joyce<br>*kjoyce@keker.com*<br>Victor H. Yu<br>*vyu@keker.com*<br><br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:     415-391-5400<br>Facsimile:      415-397-7188<br><br>SHERIDAN ROSS P.C.<br>Scott R. Bialecki<br>*sbialecki@sheridanross.com*<br>Matthew C. Miller<br>*mmiller@sheridanross.com*<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone:     303 863 9700<br>Facsimile:      303 863 0223<br>Email:     *litigation@sheridanross.com*<br><br>Attorneys for Plaintiffs<br>SRS ACQUIOM INC. AND<br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC |

**CONFIDENTIAL**

4

## **VERIFICATION**

I, Sean Arend, am authorized to make this verification for and on behalf of Plaintiff SRS Acquiom Inc. ("SRSA"). I am General Counsel, Chief Compliance Officer and Managing Director at SRSA. I have read SRSA's June 18, 2021 Responses and Objections to Defendants' Third Set of Interrogatories, which contains only Defendants' Interrogatory No. 46, and all of the information contained therein is true and correct to the best of my recollection, knowledge, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 18, 2021 in Denver, CO.

_____

Sean Arend

1708929

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker, Van Nest & Peters LLP, 633 Battery Street, San Francisco, CA 94111-1809.

On **June 21, 2021**, I served the following document(s):

**PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' THIRD SET OF INTERROGATORIES**

☑ by **E-MAIL VIA PDF FILE**, per the parties' electronic service agreement, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| James Forrest Bennett<br>Jeffrey R. Hoops<br>Dowd Bennett LLP St. Louis<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>Telephone:  314.889.7300<br>Facsimile:   314.863.2111<br>Jbennett@dowdbennett.com<br>jhoops@dowdbennett.com | Attorneys for Defendants |
| Matthew E. Johnson<br>Dowd Bennett LLP Denver<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>Telephone:  303.353.4361<br>Facsimile:   314.863.2111<br>mjohnson@dowdbennett.com | Attorneys for Defendants |

1

1335310

| | |
|---|---|
| Hara K. Jacobs<br>Noah A. Robbins<br>BALLARD SPAHR LLP<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103-7599<br>Tel 215.665.8500<br>Fax 215.864.8999<br>jacobsh@ballardspahr.com<br>robbinsn@ballardspahr.com<br>ballardpnclitteam@ballardspahr.com | Attorneys for Defendants |
| Matthew C. Miller<br>Scott R. Bialecki<br>SHERIDAN ROSS, P.C.<br>1560 Broadway, Suite 1200<br>Denver, CO 80202-5141<br>sheridan-srs@sheridanross.com | Attorneys for Plaintiffs |

Executed on June 21, 2021, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Maria S. Canales

2

1335310