# Exhibit D

March 20, 2018 Correspondence from Jonathan A. Patchen to Gregory B. Jordan

JONATHAN A. PATCHEN
ATTORNEY
jpatchen@taylorpatchen.com

TAYLOR & PATCHEN, LLP

March 20, 2018

**VIA E-MAIL and FEDEX**

Gregory B. Jordan
General Counsel & Chief Admin. Officer
The PNC Financial Services Group
The Tower at PNC Plaza
300 Fifth Avenue
Pittsburgh, PA 15222-2401
Email: greg.jordan@pnc.com

Re:   Potential Violations of SRS Acquiom, Inc.'s Employment Agreements with Heather Kelly and Alex Tsarnas

Dear Mr. Jordan:

We write to follow up on the letter we sent PNC on behalf of SRS Acquiom, Inc. ("SRS") on March 9, 2018.  As mentioned in that letter, both Ms. Kelly and Mr. Tsarnas are subject to employment agreements that, among other things, require them to refrain from soliciting SRS employees and/or customers for a period of one year following their respective terminations of employment.  Notwithstanding these agreements, it has come to our attention that Mr. Tsarnas has recently engaged in multiple communications with SRS employees, including SRS employees with whom he had little communication while employed by SRS; this conduct is in direct violation of Mr. Tsarnas's non-solicitation obligation. ==Ms. Kelly appears to also be in contact with SRS employees, and her conduct may be a potential violation of her SRS employment agreement.==

We assume that PNC is not aware of, or complicit in, Mr. Tsarnas's non-solicitation violations, and Ms. Kelly's potential violations, and would like you to confirm within five (5) days of the date of this letter that PNC is not involved in this conduct.  If we do not hear back from PNC, we will assume that PNC is authorizing Mr. Tsarnas's and Ms. Kelly's behavior.

Please contact me promptly so we can discuss these matters further.

ONE FERRY BUILDING, SUITE 355, SAN FRANCISCO, CA 94111   T 415.788.8200   F 415.788.8208

Highly Confidential - Attorneys' Eyes Only

SRSAvPKT00089006

TAYLOR & PATCHEN, LLP

March 20, 2018
Page 2

Very truly yours,

Jonathan A. Patchen

cc: Paul Koenig, CEO
    Sean Arend, General Counsel

Highly Confidential - Attorneys' Eyes Only                                           SRSAvPKT00089007