# Exhibit F

Excerpts from the November 15, 2019 Deposition of Paul Koenig

# SRS ACQUIOM INC

# VS.

# PNC FINANCIAL SERVICES GROUP

Deposition

# PAUL KOENIG

*11/15/2019*

_____

# AB Court Reporting & Video

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

Page 205

1  I'm not looking into debating whether SRS owed
2  compensation, but you had referenced that Ms. Kelly
3  at least believed that SRS owed her additional
4  compensation after her resignation?
5     A    That's my understanding.
6     Q    Okay.  And as you'll see in Ms. Kelly's
7  response at the top of the document -- of the page
8  ending in 52, she says, I will send the laptop and
9  phone back when she receives written confirmation
10 that she will be reimbursed for the cost of doing so,
11 and that she receives a response to her question
12 about the outstanding compensation, in her view,
13 correct?
14    A    Where are you referencing?  I'm sorry,
15 what page?
16    Q    Yeah, I'm sorry.  It's the Bates number
17 ending in 52.  It's the same one that had the -- the
18 Hannah Lee email that we looked at.
19    A    Yeah.
20    Q    And I'm looking at sort of the second dash
21 from the top there.
22    A    I will send back the laptop and phone when
23 I -- that's what you're referencing?
24    Q    Yes.  So she -- she says she'll send it
25 back when she gets written confirmation that she'll

Page 206

1  be reimbursed for the cost and a response to her
2  belief that she was entitled to additional
3  compensation; is that correct?
4     A    I see that, yes.
5     Q    Okay.  And then if you go to the first
6  page -- the email we were looking at from Ms. Kelly
7  was actually quite lengthy, so the next email from
8  that is on the first page, which is Ms. Lee's email
9  of March 15th at 4:33.
10       Do you see that?
11    A    I see the email from Ms. Lee, yes.
12    Q    Okay.  And so Ms. Lee to -- to obviate
13 Ms. Kelly's request for reimbursement for the cost of
14 sending it back, attaches a prepaid Fed-Ex label for
15 Ms. Kelly, correct?
16    A    That appears to be correct, yes.
17    Q    Okay.  And she sent -- Ms. Lee sent that
18 email and the Fed-Ex label at 4:43 p.m. on
19 March 15th, correct?
20    A    Yes.
21    Q    And later that evening -- well,
22 technically right into the next day, Ms. Lee
23 responded that -- or, I'm sorry, Ms. Kelly responded
24 that she would ship it back to SRS the following day,
25 correct?

Page 207

1     A    Yes, that appears to be her -- part of her
2  response.
3     Q    And is it your understanding that
4  Ms. Kelly did, in fact, ship it back to SRS the
5  following day?
6     A    I have no idea.
7     Q    Okay.  Well, I'm sorry.  You do have an
8  idea, because in Paragraph 62 of the complaint that
9  you verified, it says that she returned it on
10 March 16th, doesn't it?
11    A    Oh.  Yes.
12    Q    Okay.  So she did, in fact, send it
13 back --
14    A    I did not recall that, but thank you for
15 pointing that out.
16    Q    I didn't -- I'm not trying to trap you.
17    A    Sure.
18    Q    Okay.  So --
19        (Exhibit 17 marked.)
20    Q    (BY MR. ROBBINS)  Mr. Koenig, the Exhibit
21 17 begins with a March 19th email from Mr. Vogel
22 saying, What's the status?
23       Do you see that?
24    A    I do.
25    Q    And then there is a response by

Page 208

1  Ms. Tumbarella?
2     A    Yes.
3     Q    Okay.  Saying that the -- It is on the
4  truck for delivery.
5        And given the subsequent email from
6  Ms. Tumbarella, do you understand the "it" in her
7  email to be referring to Ms. Kelly's new MacBook?
8     A    That appears to be what it's referring to.
9     Q    Okay.  Do you know why Mr. Vogel was
10 interested in the status of the return of Ms. Kelly's
11 MacBook on March 19th?
12    A    I do not know what his interest might have
13 been.
14    Q    Do you recall any other instance in which
15 Mr. Vogel had tracked the return of an SRS hardware
16 from a departing employee?
17    A    I don't know what he may or may not have
18 done with other employees.
19    Q    Okay.  And then Ms. Tumbarella reports
20 that Heather's laptop was handed over to Kivu
21 Consulting this morning.
22       Who is Kivu Consulting?
23    A    My recollection is it's a forensics firm
24 that we had engaged.
25    Q    Had you ever previously engaged a forensic

Page 209

1  firm to conduct an analysis of a departing employee's
2  laptop?
3  A   I don't know.
4  Q   Do you know whether SRS engaged in a
5  forensic examination of Mr. Tsarnas' laptop following
6  his termination?
7  A   I don't.
8  Q   And did SRS, in fact, receive an analysis
9  from Kivu Consulting?
10 A   I believe we did.
11 Q   And was this a written analysis?
12 A   I believe it was.
13     MR. ROBBINS: Michelle, we don't believe
14 we've received it in this litigation, and frankly, we
15 don't understand why.  So we would expect it to be
16 turned over immediately.
17     MS. YBARRA: I -- I will inquire.  I'm not
18 sure if this is a privileged communication that
19 you're seeking for the company to disclose, and I'll
20 look into it.
21     MR. ROBBINS: Well, obviously we'll
22 disagree on that.  I will note that we did check
23 SRS's privilege log and saw no reference to Kivu on
24 it, so we do not believe that's actually what
25 happened.  But the request is made.

Page 210

1  Q   (BY MR. ROBBINS) Do you recall anything
2  about what the Kivu analysis showed?
3  A   No.
4  Q   Do you believe that if the Kivu analysis
5  showed that Ms. Kelly had downloaded SRS documents
6  following her resignation, that SRS would have taken
7  action at that time?
8      MS. YBARRA: Objection, incomplete
9  hypothetical.
10 A   I'm sorry, I wasn't following what you
11 were asking.  That it showed something or if it had,
12 that we would have taken action?
13 Q   (BY MR. ROBBINS) Yeah.  Let me rephrase
14 it in a hopefully better way.
15 A   Okay.
16 Q   Because that was admittedly poor.
17     If -- if the analysis that you received
18 from Kivu Consulting indicated that Ms. Kelly had
19 engaged in inappropriate conduct with respect to the
20 treatment of SRS information, would SRS have taken
21 action in March of 2018 against Ms. Kelly?
22     MS. YBARRA: Same objection.
23 A   It's certainly possible that we might
24 have, but it's impossible to know without knowing the
25 facts and circumstances around what that hypothetical

Page 211

1  report may have contained.
2  Q   (BY MR. ROBBINS) Okay.  Going back to
3  Koenig 1, so in Paragraph 62 -- I'm sorry, of 64,
4  which is on Page 25.
5  A   Okay.
6  Q   I understand that SRS alleges that on
7  March 12th, 2018, Ms. Kelly used her old SRS MacBook
8  to download thousands of SRS documents from the
9  Google Drive; is that correct?
10 A   That's what the complaint says, yes.
11 Q   Okay.  And what is the factual basis for
12 that allegation?
13 A   My understanding is that's based on the
14 analysis that we got from a forensics firm.
15 Q   Okay.  And do you know whether that
16 analysis has been produced in this litigation?
17 A   I don't know what's been produced in this
18 litigation.  The attorneys are handling that.
19 Q   Do you know which forensics firm conducted
20 the analysis that provides the factual basis for the
21 allegation set forth in Paragraph 64?
22 A   I honestly don't recall their name.
23 Q   Okay.  Now, here's where -- do you have
24 any understanding as to the synchronization features
25 of SRS's Google Drive?

Page 212

1  A   I -- at a very high level, not at a
2  technical level.
3  Q   Okay.  Do you think Ms. Kelly did?
4      MS. YBARRA: Objection, calls for
5  speculation.
6  A   I have no idea what she may have known.
7  Q   (BY MR. ROBBINS) Okay.  Well, so if we
8  look in Paragraph 64, do you see in the second
9  sentence there's that long parenthetical?
10 A   I do see that, yes.
11 Q   And it concludes with she, she being
12 Ms. Kelly, downloaded onto that computer.
13     Do you see that?
14 A   I see that that's the end of the clause,
15 yes.
16 Q   Okay.  So she downloaded onto that
17 computer is an active statement, right?  It's
18 alleging that Ms. Kelly actively downloaded the
19 information, correct?
20 A   Is your question is this like an active or
21 passive verb?
22 Q   Am I interpreting correctly that the
23 allegation is is that Ms. Kelly affirmatively
24 downloaded SRS documents onto her computer in or
25 about March 12th of 2018?