# Exhibit G

Excerpts from the October 30, 2019 Deposition of Mark Vogel

# SRS ACQUIOM INC

# VS.

# PNC FINANCIAL SERVICES GROUP

**Deposition**

# MARK VOGEL

*10/30/2019*

_____

# AB Court Reporting & Video
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

## Page 161

1  of work performed on Ms. Kelly's laptop?
2      MR. BRAUNIG:  Object to the form.
3      THE WITNESS:  Not that I'm -- I don't know.
4      MS. JACOBS:  To the extent that work was done,
5  I'm going to ask that that be produced 'cause I don't
6  think we've seen that.
7      MR. BRAUNIG:  To the extent there's work that
8  was done that was not done under the guise of an
9  attorney work product, we will look into that.
10  BY MS. JACOBS:
11     Q.  Mr. Vogel, to the best of your knowledge, can
12  you recall another time during your tenure at SRS when a
13  former employee's laptop was turned over to a consulting
14  company to be examined?
15     MR. BRAUNIG:  Object to the form.  Foundation.
16  Calls for speculation.
17     THE WITNESS:  I don't remember.
18  BY MS. JACOBS:
19     Q.  Mr. Vogel, at the time you're e-mailing
20  Ms. Tumbarella about Ms. Kelly's laptop, you were
21  executive chair of SRS; is that right?
22     A.  Yes.
23     Q.  You didn't have day-to-day responsibilities for
24  the operation of the company, did you?
25     A.  No.

## Page 162

1      Q.  Why were you so personally involved in
2  Ms. Kelly's departure from SRS if you did not have
3  day-to-day responsibilities for the company at that
4  time?
5      MR. BRAUNIG:  Object to the form.
6      THE WITNESS:  The one response -- one of the
7  two responsibilities that I had was I oversaw risk
8  and -- risk.  This was a security officer indirectly
9  reported to me on a dotted-line basis for risk.  And I
10  just wanted to make sure that the -- that all the
11  equipment was in our possession in Denver.
12  BY MS. JACOBS:
13     Q.  Mr. Vogel, you oversaw risk and your security
14  officer provided Ms. Kelly's laptop to a consulting
15  company, but you didn't know anything about it?
16     MR. BRAUNIG:  Object to the form.
17  Argumentative.
18     THE WITNESS:  I knew from this e-mail that it
19  went to the consulting company, but at this point this
20  was under the control of our general counsel.  And I --
21  as long as it was under the control of the general
22  counsel, I deferred to our legal advisors.
23     (Deposition Exhibit 12 was marked.)
24  BY MS. JACOBS:
25     Q.  Mr. Vogel, I've marked as Exhibit 12 a letter

## Page 163

1  from Walter DeForest to Jonathan Patchen dated April 2,
2  2018, bearing 74635 on the first page.
3      Have you ever seen this document before?
4      A.  No.
5      Q.  Were you aware that Walter DeForest was
6  Ms. Kelly's counsel?
7      A.  No.
8      Q.  Were you aware that Ms. Kelly's counsel sent a
9  list to SRS's counsel of documents that Ms. Kelly took
10  from SRS and explained that Ms. Kelly took the documents
11  so she can answer questions on outstanding deals for her
12  customers that had not yet closed and to answer
13  questions from SRS employees?
14     A.  No.
15     MR. BRAUNIG:  Objection.  Foundation.  Document
16  speaks for itself.
17  BY MS. JACOBS:
18     Q.  Are you aware of what actions, if any, SRS took
19  after learning the information contained in Vogel
20  Exhibit 12?
21     A.  No.
22     Q.  Do you know whether SRS's counsel
23  asked -- strike that.
24     Do you know whether SRS's counsel asked
25  Ms. Kelly's counsel to send the documents listed in

## Page 164

1  Vogel Exhibit 12 to SRS?
2      A.  No.
3      Q.  After Mr. LeClair started at SRS, did you
4  discuss with Mr. LeClair having him reach out to
5  Ms. Kelly?
6      A.  No.
7      Q.  Are you aware that after Mr. LeClair started at
8  SRS he did, in fact, reach out to Ms. Kelly and had a
9  meeting with her?
10     A.  No.
11     Can I correct that?  I think I do remember that
12  Lon met her after he joined the company, but I don't
13  remember what the context was or what happened.  I
14  remember she was disappointed that he -- that she didn't
15  know that he was joining the company, but I don't
16  remember, but I think I do recollect that Lon met with
17  her.  We were --
18     Q.  Do you know what -- sorry, go ahead.
19     A.  Sorry.  Go ahead.
20     Q.  Do you know what led Mr. LeClair to reach out
21  to Ms. Kelly to meet with her?
22     A.  No.  We all like Heather.  We all like Heather.
23  We all like Heather.
24     (Deposition Exhibit 13 was marked.)
25     MR. MCTIGUE:  Do you have another copy of it?