# Exhibit L

May 17, 2018 Correspondence from Walter P. DeForest to Jonathan A. Patchen

# DeForest Koscelnik Yokitis & Berardinelli
Attorneys at Law

PITTSBURGH
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

DETROIT
440 Burroughs Street, Suite 136
Detroit, MI 48202

Walter P. DeForest
Licensed in Pennsylvania, West Virginia, Ohio, Michigan, New York
Direct Dial: 412-227-3101
Email: deforest@deforestlawfirm.com
REPLY TO PITTSBURGH

NEW YORK
401 Park Avenue South, 10th Floor
New York, NY 10016

May 17, 2018

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Jonathan A. Patchen
Taylor & Patchen, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111

      Re:    SRS Acquiom, Inc. Employment Agreements
                with Heather Kelly and Alex Tsarnas

Dear Mr. Patchen:

      I am in receipt of your letter of May 15, 2018, which was emailed to me on the evening of May 16, 2018.

      I reviewed the letter and the attached Complaint. Despite the effort to convey the impression that SRS has a reason to believe that Mr. Tsarnas has not been in compliance with his "prior assurances," there is nothing that has been introduced by your letter or the Complaint attached to your letter that demonstrates such. In fact, I believe any objective reader of the letter and the attached Complaint will conclude that this is an effort to collect a debt that you believe Mr. Tsarnas owes on a promissory note. That promissory note has nothing to do with either PNC or his employment at PNC. I believe the continued pursuit of such an approach is improper.

      Further, as you know, no problem was raised regarding the language of my March 21, 2018 letter to you until the present effort in the attached draft Complaint which, for the first time, asserts that "the hypertechnical language in that letter indicates that Mr. Tsarnas does <u>not</u> intend to comply with his contractual and other state law obligations." Not only is that interpretation of the letter illogical, but that assertion, almost two months after receipt of the letter, demonstrates that the current effort to bring Mr. Tsarnas's post-employment conduct regarding purported non-debt related obligations to SRS into a dispute over payment of a debt is contrived.

      Furthermore, unless you have new information regarding the contact, Mr. Tsarnas did not solicit SRS's chief data scientist for employment at PNC and SRS has no evidence that he did.

Highly Confidential - Attorneys' Eyes Only

## DeForest Koscelnik Yokitis & Berardinelli

Jonathan A. Patchen
Taylor & Patchen, LLP
May 17, 2018
Page 2

The reference in Paragraph 15 to a "thinly-veiled solicitation call" is, we believe, a misrepresentation of what occurred. If the chief data scientist is willing to testify that Mr. Tsarnas solicited him for employment by PNC, please tell me that in a letter, because that has not been said in your conversations or correspondence with me up to this point.

Mr. Tsarnas reserves all rights regarding inaccurate representations of facts or any interference with his employment at PNC.

I am willing to speak with you on today or tomorrow, as a courtesy. However, it is clear to me that there is neither jurisdiction nor venue regarding PNC in Denver regarding the proposed Complaint and I question whether there is regarding Mr. Tsarnas with the possible exception of matters regarding the purported $200,000 promissory note, the facts with which I am not yet acquainted and which is not attached to the draft Complaint. As you know, this is the first I am hearing about the failure to pay that purported note and I will need to ascertain whether I will represent him in that regard. Mr. Tsarnas has advised me that he will pay the balance of the note with interest next week.

Very truly yours,

DeFOREST KOSCELNIK YOKITIS
& BERARDINELLI

By
    Walter P. DeForest

WPD:sb

cc:   Michael A. Rollin, Esq.
      Mr. Alex Tsarnas

Highly Confidential - Attorneys' Eyes Only

SRSAvPKT00074696