# Exhibit M

June 15, 2018 Correspondence from Jonathan A. Patchen to Walter P. DeForest

JONATHAN A. PATCHEN
ATTORNEY
jpatchen@taylorpatchen.com

June 15, 2018

**VIA E-MAIL & FEDEX**

Mr. Walter P. DeForest
DeForest Koscelnik Yokitis & Berardinelli
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

Re:  Alex Tsarnas

Dear Walter:

As of the date of this letter, SRS Acquiom, Inc. ("SRS") has sent PNC and Mr. Tsarnas a total of four letters (one dated March 9, 2018, two dated March 20, 2018, and one dated May 15, 2018) detailing its concerns with Mr. Tsarnas's past compliance and future willingness to comply with his legal and contractual obligations to SRS.  Notwithstanding these letters, along with materials included in those letters that evidence Mr. Tsarnas's dishonesty and abuse of SRS's expense reimbursement program, we understand that Mr. Tsarnas continues to deny any wrongdoing and insists that he will comply with his obligations to SRS. Although SRS is surprised that PNC apparently is unconcerned with hiring (and retaining) individuals who lack a sense of honesty and commitment to upholding legal and contractual obligations owed to past employers, SRS, at this juncture, will rely on Mr. Tsarnas's and PNC's assurances that Mr. Tsarnas will not engage in any further wrongdoing.

Notwithstanding this position, SRS will continue to closely monitor Mr. Tsarnas's behavior and reserves the right to move forward with its suit against Mr. Tsarnas without further notice to him and/or PNC.

Sincerely,

Jonathan A. Patchen

cc: Michael A. Rollin