# Exhibit O

January 21, 2021 Email from SRSA Counsel to David Tenner

| | |
|---|---|
| **From:** | Katie Lynn Joyce |
| **Sent:** | Thursday, January 21, 2021 10:55 AM |
| **To:** | David Tenner; Warren Braunig; mjohnson@dowdbennett.com |
| **Cc:** | Ben D. Rothstein; Michelle Ybarra; Victor H. Yu; sbialecki@sheridanross.com; mmiller@sheridanross.com; jbennett@dowdbennett.com; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; jhoops@dowdbennett.com; ACQUIOM-KVP |
| **Subject:** | RE: SRS v, PNC - Status conference January 22, 2021 |
| **Attachments:** | 2021-01-21 Joint Status Report - SRSA v. PNC.pdf; Special Master Hearing 122820  FULL indx PDFA.pdf |

Mr. Tenner,

Attached please find the parties' joint statement that you requested for item 5 in your January 19, 2021 email—addressing the party's positions on disputes that have not previously been raised.  I have also attached the transcript from our December 28, 2020 meeting with you, consistent with your request during that meeting to be provided copies of transcripts that the parties receive.

Thanks,
Katie Lynn Joyce

---

**Katie Lynn Joyce**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 962 8806 direct | 415 391 5400 main
kjoyce@keker.com | vcard | keker.com
Pronouns: She, her, hers

---

**From:** David Tenner <tenner@ridleylaw.com>
**Sent:** Tuesday, January 19, 2021 4:21 PM
**To:** Warren Braunig <WBraunig@keker.com>; mjohnson@dowdbennett.com
**Cc:** Ben D. Rothstein <BRothstein@keker.com>; Michelle Ybarra <MYbarra@keker.com>; Katie Lynn Joyce <KJoyce@keker.com>; Victor H. Yu <VYu@keker.com>; sbialecki@sheridanross.com; mmiller@sheridanross.com; jbennett@dowdbennett.com; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; jhoops@dowdbennett.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>
**Subject:** SRS v, PNC - Status conference January 22, 2021

[EXTERNAL]

Counsel-

Confirming our status conference for this Friday, January 22 at 12:00 p.m. Mountain Time.  The agenda is below.

1.  Discuss the most efficient way to resolve the AEO designation dispute [Dkt. 55 and 56].

1

2. Discuss scheduling the evidentiary hearing on Plaintiffs' Motion re: Spoliation of pre-June 2018 text messages [Dkt. 113]. (Please have the schedules of Ms. Kelly, Mr. Tsarnas and any other witnesses you might like to call available)
3. Discuss the most efficient way to resolve Plaintiffs' Motion for Sanctions attorneys' fees issue [Dkt. 145].
4. Discuss the deposition schedule.
5. Discuss discovery/disclosure disputes not previously raised by the Parties.

With regard to item 5, if there are any additional disputes you would like to discuss at the status conference, please:

1. Verbally meet and confer regarding the dispute(s), and
2. If the dispute(s) is not resolved after conferring, send me a joint status report with each party's position on the dispute no later than 12:00 p.m. Mountain Time on Thursday, January 21.

I look forward to seeing you on Friday.

RIDLEY MCGREEVY & WINOCUR P.C.
**David M. Tenner**
RIDLEY, MCGREEVY & WINOCUR, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
Tel.  303.629.9700
Fax  303.629.9702
tenner@ridleylaw.com
www.ridleylaw.com

2