# Exhibit Q

Ex. Q – intentionally left blank