# Exhibit R

March 11, 2020 Preliminary Injunction Hearing Transcript

```
                 IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-02005-DDD

SRS ACQUIOM, a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited
liability company,

     Plaintiffs,

vs.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania Corporation,
PNC BANK, N.A., a Pennsylvania Corporation,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

     Defendants.
```

_____

**REPORTER'S TRANSCRIPT**
(Preliminary Injunction)

_____

Proceedings before the HONORABLE DANIEL D. DOMENICO, Judge, United States District Court for the District of Colorado, commencing at 9:05 a.m., on the 11th day of March, 2020, in Courtroom A702, United States Courthouse, Denver, Colorado.

Proceeding Recorded by Mechanical Stenography, Transcription Produced via Computer by Tracy Weir, 901 19th Street, Room A258, Denver, Colorado 80294, (303) 298-1207

1  after leaving the company; is that right?
2  A   We felt that -- you know, we got that response and felt he
3  confirmed that but that appropriate safeguards had been taken
4  to ensure -- to give us the comfort to ensure there would not
5  be misappropriation or any wrongdoing with respect to those
6  materials.
7  Q   Is that why you didn't file suit then?
8  A   That is.
9  Q   You didn't file until July 2019, right?
10 A   Correct.
11 Q   What changed in that interim?
12 A   Well, not until PNC Paid was launched and we saw the
13 marketing materials did we became suspicious the
14 representations we received prior from PNC's counsel looked
15 like they were false.
16          So that set off alarms that we then said we probably
17 need to dig in deeper and see what we can find because it seems
18 like what was represented to us is not the case.  So we then
19 commenced with engaging counsel and forensic examiners to dig
20 in and see if there was, you know -- what appeared to be
21 significant misappropriation, if there was actually evidence of
22 that.
23          MS. YBARRA:  Thank you, Mr. Koenig.  No further
24 questions.
25          THE COURT:  Cross-examination.

```
 1  WITNESSES (Continued)
 2     ALEX TSARNAS
 3        Direct Examination By Mr. Rothstein          153
 4        Cross-Examination By Mr. Bennett             161
 5        Redirect Examination By Mr. Rothstein        171
 6     BEN LANE
 7        Direct Examination By Mr. Braunig            174
 8        Cross-Examination By Mr. Bennett             186
 9        Redirect Examination By Mr. Braunig          187
10     THOMAS LANG
11        Direct Examination By Ms. Jacobs             189
12        Cross-Examination By Ms. Ybarra              197
13     ADAM LEZACK
14        Direct Examination By Ms. Jacobs             200
15        Cross-Examination By Mr. Rothstein           219
16  CLOSING ARGUMENTS
17     By Mr. Braunig                                  233
18     By Mr. Bennett                                  261
19     Rebuttal Argument By Mr. Braunig                290
```

20                    **REPORTER'S CERTIFICATE**

21    I certify that the foregoing is a correct transcript from
22 the record of proceedings in the above-entitled matter.  Dated
23 at Denver, Colorado, this 26th day of May, 2020.

24

25                                    *S/Tracy Weir*
                                       Tracy Weir