# Exhibit V

April 2, 2018 Correspondence from Walter P. DeForest to Jonathan A. Patchen

# DeForest Koscelnik Yokitis & Berardinelli
Attorneys at Law

PITTSBURGH
Koppers Building, 30th Floor
436 Seventh Avenue
Pittsburgh, PA 15219

DETROIT
440 Burroughs Street, Suite 136
Detroit, MI 48202

Walter P. DeForest
Licensed in Pennsylvania, West Virginia, Ohio, Michigan, New York
Direct Dial: 412-227-3101
Email: deforest@deforestlawfirm.com
REPLY TO PITTSBURGH

NEW YORK
401 Park Avenue South, 10th Floor
New York, NY 10016

April 2, 2018

**VIA ELECTRONIC AND FIRST CLASS MAIL**

Jonathan A. Patchen
Taylor & Patchen, LLP
One Ferry Building
Suite 355
San Francisco, CA 94111

Re:   **SRS Acquiom, Inc. Employment Agreements with Heather Kelly and Alex Tsarnas**

Dear Jonathan:

In the phone call that Marie and I had with you and Yesica on March 21, you asked that we inquire of Heather Kelly what material she has taken from SRS. I have been advised by Heather as follows.

Heather has forwarded to me without retaining a copy:

- Two notebooks with various notes and phone numbers – personal and deal related. Scratch type papers and notes. – Hard copy

- 40 or so pages of printed / redline procedures for SRS Acquiom Administration
- One FED EX envelope containing the following hard copy documents:
    - SRS Acquiom (VMware specific) escrow agreement
    - SRS Acquiom (VMware specific) second form of escrow agreement.
    - SRS Acquiom standard form of escrow agreement
    - SRS Acquiom standard form of payments administration agreement (LT)
    - SRS Acquiom standard form of payments administration agreement (No LT)

The 40 or so pages of printed redline procedures were taken by Heather so she could train or answer questions for employees staying at SRS, which was the original plan of SRS. The Federal Express envelope was sent to Heather by one employee in anticipation of Heather being a resource for questions.

DeForest Koscelnik Yokitis & Berardinelli

Jonathan A. Patchen
Taylor & Patchen, LLP
April 2, 2018
Page 2

She has the following emails on her personal email account:

- SRS Acquiom Tender Agreement
- SRS Acquiom Form of Payment Spreadsheet
- SRS Acquiom copy of Opinion re: certificates "Proskauer Opinion"

These again, were obtained so Heather could answer questions about the deals Heather was leaving and train or answer questions for employees staying at SRS.

Heather wiped her computer shortly after leaving SRS.

Heather no longer can access whatever is on the cloud from her work account, because she no longer has access to her work account.

This letter, in addition to my letter of March 21, 2018, should effectively constitute a response to your letter of March 9, 2018 to Gregory Jordan, as well.

Very truly yours,

DeFOREST KOSCELNIK YOKITIS
& BERARDINELLI

By *[signature]*
Walter P. DeForest

WPD:sb