**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

---

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTION (ECF 562) TO SPECIAL MASTER'S ORDER RE: SUBPOENA TO KIVU CONSULTING (ECF 554)**

---

THIS MATTER comes before the Court upon Plaintiffs SRS Acquiom Inc.'s and Shareholder Representative Services LLC's (collectively, "SRSA") Motion for Leave to File Response to Defendants' Objection to Special Master Order ("Motion"). The Court, having reviewed the Motion and being fully advised in the premises, concludes that there is good cause to grant SRSA's Motion, and SRSA's Response is hereby accepted as filed. The Clerk's Office is directed to file SRSA's Response under Level 1 Restriction, to publicly file Exhibits A, C, and D to W to SRSA's Response, and to file Exhibits B and E to SRSA's Response under Level 1 Restriction.

1766757

DONE AND ORDERED this _____ day of_____, 2021.

BY THE COURT:

_____
United States District Judge

1766757