**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

---

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO RESTRICT
PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO SPECIAL
MASTER ORDER (ECF NO. 570) AND EXHIBITS B AND E THERETO
(ECF NOS. 570-1 AND 570-2)**

---

THE COURT, having reviewed ECF No. \_\_\_, Plaintiffs' Unopposed Motion to Restrict Plaintiffs' Response to Defendants' Objection to Special Master Order (ECF No. 570) and Exhibits B and E Thereto (ECF Nos. 570-1 and 570-2), and for good cause shown, hereby ORDERS that the Motion is GRANTED. The materials identified in this Motion shall continue to maintain their Restricted Level 1 status.

DONE AND ORDERED this _____ day of November, 2021.

                                                   BY THE COURT:

                                                   United States District Judge