IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## JOINT MOTION TO EXTEND JOINT STATUS REPORT DEADLINE [ECF NO. 582]

Pursuant to D.C.COLO.LCivR. 6.1, Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively "SRSA"), and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly and Alex Tsarnas (collectively, "Defendants") hereby jointly move for a one-week extension of the July 21, 2023 deadline to file the Parties' Joint Status Report.

Good cause exists for the requested relief.  In support of this Motion, the Parties state as follows:

1.    On July 7, 2023, the Court issued an Order [ECF No. 582] that, *inter alia*, requires the Parties to file a Joint Status Report on or before July 21, 2023.  In order to do so, the Parties will need to meet and confer.

2.     Plaintiffs' lead counsel, however, is currently traveling out of the country on a pre-planned vacation and as such, a short extension of the July 21st deadline is warranted, which Defendants do not oppose.

3.     Thus, the Parties request a one-week extension to and including July 28, 2023 to file the requisite Joint Status Report as outlined in the Court's July 7, 2023 Order.

4.     In light of the foregoing, there is good cause to grant this short extension. As no trial date has been set, no Party will be prejudiced by this relief.

5.     Pursuant to D.C.COLO.LCivR. 6.1 (b) and (c), this Motion is being served contemporaneously on the Parties' respective clients. In addition, this is the Parties' first joint request to move the Joint Status Report deadline.

WHEREFORE, the Parties jointly request that the Court grant this Motion, and reset the deadline for the Parties to file their Joint Status Report to and including July 28, 2023.

Dated: July 12, 2023

By: s/ Scott R. Bialecki
  Warren A. Braunig
  *wbraunig@keker.com*
  Michelle S. Ybarra
  *mybarra@keker.com*
  Benjamin D. Rothstein
  *brothstein@keker.com*
  Katie Lynn Joyce
  *kjoyce@keker.com*
  Victor H. Yu
  *vyu@keker.com*
  Puja V. Parikh
  *pparikh@keker.com*
  KEKER, VAN NEST & PETERS LLP
  633 Battery Street
  San Francisco, CA 94111-1809
  Telephone:     415-391-5400
  Facsimile:     415-397-7188

  Scott R. Bialecki
  *sbialecki@sheridanross.com*
  Brian S. Boerman
  *bboerman@sheridanross.com*
  SHERIDAN ROSS P.C.
  1560 Broadway, Suite 1200
  Denver, Colorado 80202
  Telephone:     303 863 9700
  Facsimile:     303 863 0223
  Email:     litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

Respectfully submitted,

By: s/ Matthew E. Johnson
  James Forrest Bennett
  Megan S. Heinsz
  Jeffrey R. Hoops
  Dowd Bennett LLP St. Louis
  7733 Forsyth Boulevard, Suite 1410
  St. Louis, MO 63105
  jbennett@dowdbennett.com
  mheinsz@dowdbennett.com
  jhoops@dowdbennett.com

  Matthew E. Johnson
  DOWD BENNETT LLP
  1775 Sherman Street, Suite 2010
  Denver, Colorado 80203
  Telephone: 303-353-4361
  Facsimile: 314-863-2111
  mjohnson@dowdbennett.com

  Hara K. Jacobs
  *jacobsh@ballardspahr.com*
  Noah S. Robbins
  *robbinsn@ballardspahr.com*
  Elizabeth P. Weissert
  *weissert@ballardspahr.com*
  BALLARD SPAHR LLP
  1735 Market Street, 51st Floor
  Philadelphia, PA 19103-7599
  Telephone: 215-668-8500
  Facsimile: 215-864-8999

Attorneys for Defendants
PNC FINANCIAL SERVICES GROUP, INC.,
PNC BANK, N.A., HEATHER KELLY, and
ALEX TSARNAS

**Compliance With Type-Volume Limitation**

It is hereby certified that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.