IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

**ORDER GRANTING JOINT MOTION TO EXTEND JOINT STATUS REPORT DEADLINE [ECF NO. 582]**

    THIS MATTER, coming before the Court upon the Parties' Joint Motion to Extend Joint Status Report Deadline [ECF No. ___] ("Joint Motion"), and being fully advised on the issues,

    IT IS HEREBY ORDERED that there is good cause to grant the Parties' Joint Motion. The Parties shall have up to and including July 28, 2023 to file their Joint Status Report in this matter.

    DONE AND ORDERED this _____ day of July, 2023.

                                                     BY THE COURT:

                                                     _____
                                                     United States District Judge