# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Pursuant to the Court's Docket No. 580, Katie Lynn Joyce of the law firm Keker, Van Nest & Peters LLP states that she has complied with D.C.COLO.LAttyR 3(a) and District Court General Order 2022-7, and hereby enters her appearance on behalf of Plaintiffs SRS Acquiom, Inc. and Shareholder Representative Services, LLC in the above-referenced matter. The undersigned requests that all papers in this matter be served upon her at the e-mail address set forth below.

    Respectfully submitted,

Dated: July 17, 2023    By: s/ Katie Lynn Joyce
    Warren A. Braunig
      *wbraunig@keker.com*
    Michelle S. Ybarra
      *mybarra@keker.com*
    Benjamin D. Rothstein
      *brothstein@keker.com*

Katie Lynn Joyce
    *kjoyce@keker.com*
Victor H. Yu
    *vyu@keker.com*
Puja V. Parikh
  *pparikh@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile:  415-397-7188

SHERIDAN ROSS P.C.
Scott R. Bialecki
    *sbialecki@sheridanross.com*
Brian S. Boerman
    *bboerman@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
Email:       *litigation@sheridanross.com*

ATTORNEYS FOR PLAINTIFFS
SRS ACQUIOM INC. AND SHAREHOLDER
REPRESENTATIVE SERVICES LLC