IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

      Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

      Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's July 7, 2023 Order Granting in Part and Denying in Part Motion for Summary Judgment (ECF No. 582), Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") hereby submit the following Joint Status Report to identify (1) the prospects for settlement of this action; (2) mutually agreeable trial dates and the anticipated length of trial; and (3) other issues the parties wish to bring to the Court's attention.

**I.    SETTLEMENT PROSPECTS**

In 2021, the parties had a series of settlement discussions, which were unsuccessful. The parties have re-initiated discussions and will continue to explore possibilities for resolution between now and trial, including, if appropriate, with the assistance of a private mediator or court-appointed settlement judge, provided that doing so will have no impact on the trial date.

2331982

## II. TRIAL DATE AND LENGTH OF TRIAL

Per the Court's order, the parties have met and conferred on trial dates in December 2023, January 2024, or February 2024 that would work for all parties and their counsel. The parties' available trial dates during this time period are:

- December 4, 2023
- December 11, 2023[1]
- January 16, 2024[2]

Of these dates, Plaintiffs have no preference, and Defendants prefer the January 16, 2024 date.

The parties anticipate that trial will last 10 court days.

## III. OTHER ISSUES

The parties alert the Court to three additional issues.

### A. SRSA's Spoliation Motion

SRSA filed a motion for spoliation sanctions against Defendants on December 12, 2019. ECF Nos. 113, 115. That motion was transferred to the Special Master, David Tenner. ECF Nos. 313, 324. Mr. Tenner held a two-day evidentiary hearing on that motion on February 2 and February 17, 2021, at which four witnesses testified. The parties then filed two rounds of post-hearing briefs. ECF Nos. 352-54, 364-366. That motion was fully submitted to Mr. Tenner in March 2021. Mr. Tenner has informed the parties that he will issue an order by no later than September 1, 2023. *See* Ex. A. Given Magistrate Judge Crews's pending nomination to the District Court and the short time until trial, the parties request that any objections to Mr. Tenner's order may be brought directly to the district court judge for resolution.

---

[1] The parties appreciate that a two-week trial wrapping up on December 22 is not ideal from a juror scheduling perspective.

[2] Monday, January 15, 2024, is a court holiday, Dr. Martin Luther King Jr. Day.

### B. Supplemental Data Production and Expert Reports

The parties last exchanged expert reports on damages in 2021.

The parties are analyzing what supplements may be necessary and they will continue to confer on that issue. The parties agree that supplemental reports may not include new theories but shall be limited to updating damages estimates based on supplemental data. The parties will work in good faith to resolve any disputes about the scope of supplemental information to be provided. The parties also intend to continue to confer as to whether shortened supplemental depositions of each side's damages experts may be needed. To the extent the parties are unable to resolve any such disputes informally, they request that they be allowed to bring any such disputes directly to the district court judge for resolution.

Dated: July 28, 2023

Respectfully submitted,

By: */s/ Warren A. Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188

Scott R. Bialecki
*sbialecki@sheridanross.com*
Brian S. Boerman
*bboerman@sheridanross.com*
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303 863 9700
Facsimile: 303 863 0223
Email: litigation@sheridanross.com

Attorneys for Plaintiffs
SRS ACQUIOM INC. and
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

By: */s/ Matthew E. Johnson*
James Forrest Bennett
Megan S. Heinsz
Jeffrey R. Hoops
Dowd Bennett LLP St. Louis
7733 Forsyth Boulevard, Suite 1410
St. Louis, MO 63105
*jbennett@dowdbennett.com*
*mheinsz@dowdbennett.com*
*jhoops@dowdbennett.com*

Matthew E. Johnson
DOWD BENNETT LLP
1775 Sherman Street, Suite 2010
Denver, Colorado 80203
Telephone: 303-353-4361
Facsimile: 314-863-2111
*mjohnson@dowdbennett.com*

Hara K. Jacobs
*jacobsh@ballardspahr.com*
Noah S. Robbins
*robbinsn@ballardspahr.com*
Elizabeth P. Weissert
*weissert@ballardspahr.com*
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215-668-8500

Attorneys for Defendants
PNC FINANCIAL SERVICES
GROUP, INC.,
PNC BANK, N.A., HEATHER
KELLY, and ALEX TSARNAS

2331982