# Exhibit A

| | |
|---|---|
| **From:** | David Tenner |
| **To:** | Ben D. Rothstein |
| **Cc:** | "jbennett@dowdbennett.com"; "mjohnson@dowdbennett.com"; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com; ACQUIOM-KVP; sheridan-srs@sheridanross.com; sbialecki@sheridanross.com |
| **Subject:** | RE: SRSA v. PNC et al. |
| **Date:** | Monday, July 24, 2023 7:11:38 PM |
| **Attachments:** | image001.png |

**[EXTERNAL]**

Received. Thank you for the courtesy.

You may inform the Court that I intend to have an order out by September 1, 2023. Hopefully sooner.



**DAVID M. TENNER**

*tenner@ridleylaw.com*

303 16th Street, Suite 200, Denver, Colorado 80202

**P** 303.629.9700 **F** 303.629.9702 ridleylaw.com

The information contained in this message along with any attachments hereto may be attorney-client privileged work product or otherwise confidential. If you receive this communication in error please notify the sender and delete it immediately. Any unintended or unauthorized examination, use, distribution or copying of this message is prohibited. Thank you.

---

**From:** Ben D. Rothstein <BRothstein@keker.com>
**Sent:** Monday, July 24, 2023 5:26 PM
**To:** David Tenner <tenner@ridleylaw.com>
**Cc:** 'jbennett@dowdbennett.com' <jbennett@dowdbennett.com>; 'mjohnson@dowdbennett.com' <mjohnson@dowdbennett.com>; jacobsh@ballardspahr.com; robbinsn@ballardspahr.com; jhoops@dowdbennett.com; ballardpnclitteam@ballardspahr.com; ACQUIOM-KVP <ACQUIOM-KVP@keker.com>; sheridan-srs@sheridanross.com; sbialecki@sheridanross.com
**Subject:** SRSA v. PNC et al.

Dear Mr. Tenner,

As you may have seen on the docket for the SRSA v. PNC matter, on July 7, 2023, Judge Domenico granted in part and denied in part the Defendants' motion for summary judgment, denied the three pending motions to exclude expert testimony, and ruled on all pending objections to discovery rulings. We have attached the Court's rulings for your reference.

Judge Domenico's summary judgment ruling requires the parties to propose trial dates in this matter between December 2023 and February 2024, and to submit a joint status report (the deadline for which is now July 28—Friday of this week). Could you please let us know the status of SRSA's

spoliation motion prior to the July 28 deadline, so that the parties may apprise the Court in the forthcoming joint filing?

Thank you,
Ben Rothstein

**Benjamin D. Rothstein**
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
415 773 6666 direct | 415 391 5400 main
brothstein@keker.com | vcard | keker.com
Pronouns: he/him/his