IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

    Plaintiffs,

  v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

    Defendants.

## JOINT STATUS REPORT

Pursuant to the Court's Trial Preparation Order (ECF No. 587), Plaintiffs SRS Acquiom Inc. and Shareholder Representative Services LLC (collectively, "SRSA") and Defendants PNC Financial Services Group, Inc., PNC Bank, N.A., Heather Kelly, and Alex Tsarnas (collectively, "Defendants") hereby submit the following Joint Status Report.

Pursuant to Local Civil Rule 16.6, the Court ordered the Parties to arrange a private mediation to be conducted in advance of the Final Pre-Trial Conference. The Final Pre-Trial Conference is currently scheduled for December 15, 2023. After meeting and conferring, the Parties have agreed to conduct a private JAMS mediation with The Hon. John Madden IV (Ret.) in Denver, Colorado, on November 10, 2023.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 30, 2023 | By:   s/ *Warren A. Braunig*<br>Warren A. Braunig<br>*wbraunig@keker.com*<br>Michelle S. Ybarra<br>*mybarra@keker.com*<br>Benjamin D. Rothstein<br>*brothstein@keker.com*<br>Katie Lynn Joyce<br>*kjoyce@keker.com*<br>Victor H. Yu<br>*vyu@keker.com*<br><br>KEKER, VAN NEST & PETERS LLP<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>Telephone:    415-391-5400<br>Facsimile:    415-397-7188<br><br>SHERIDAN ROSS P.C.<br>Scott R. Bialecki<br>*sbialecki@sheridanross.com*<br>Brian S. Boerman<br>*bboerman@sheridanross.com*<br>1560 Broadway, Suite 1200<br>Denver, Colorado 80202<br>Telephone:    303 863 9700<br>Facsimile:    303 863 0223<br>Email:    *litigation@sheridanross.com*<br><br>Attorneys for Plaintiffs<br>SRS ACQUIOM INC. AND<br>SHAREHOLDER REPRESENTATIVE<br>SERVICES LLC |

2352657

|  |  |
|---|---|
| Dated: August 30, 2023 | By:   s/ *James F. Bennett*<br>DOWD BENNETT LLP<br>James Forrest Bennett<br>*jbennett@dowdbennett.com*<br>7733 Forsyth Boulevard, Suite 1410<br>St. Louis, MO  63105<br>Telephone:    314-889-7300<br>Facsimile:    314-863-2111<br><br>DOWD BENNETT LLP<br>Matthew E. Johnson<br>*mjohnson@dowdbennett.com*<br>1775 Sherman Street, Suite 2010<br>Denver, CO  80203<br>Telephone:    303-353-4361<br>Facsimile:    314-863-2111<br><br>BALLARD SPAHR LLP<br>Hara K. Jacobs<br>*jacobsh@ballardspahr.com*<br>Noah S. Robbins<br>*robbinsn@ballardspahr.com*<br>1735 Market Street, 51st Floor<br>Philadelphia, PA  19103-7599<br>Telephone:    215-665-8500<br>Facsimile:    314-863-2111<br><br>Attorneys for Defendants |

2352657