IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-02005-DDD-SKC

SRS ACQUIOM INC., a Delaware corporation, and
SHAREHOLDER REPRESENTATIVE SERVICES LLC, a Colorado limited liability company,

       Plaintiffs,

    v.

PNC FINANCIAL SERVICES GROUP, INC., a Pennsylvania corporation,
PNC BANK, N.A., a national association,
HEATHER KELLY, an individual, and
ALEX TSARNAS, an individual,

       Defendants.

---

**PLAINTIFFS' MOTION FOR LEAVE TO FILE RESPONSE TO DEFENDANTS' OBJECTIONS TO SPECIAL MASTER'S ORDER: RE SPOLIATION (ECF NO. 592)**

---

Plaintiffs SRS Acquiom Inc. and Shareholder Representatives Services LLC (collectively, "SRSA") move the Court for leave to file a Response to Defendants' Objection to Special Master Order, Report and Recommendation (ECF No. 592) ("Objection"). SRSA's proposed Response is included as an attachment to this Motion, and all subsequent exhibits to the Response are attached as Exhibits A, B, 18, 19, 20, 22, 34, 48, 54, and 160.

**I.    PROCEDURAL HISTORY**

On November 30, 2020, the Court appointed David M. Tenner as Special Master for the purpose of "resolv[ing] all pending and upcoming discovery disputes between the parties and oversee[ing] their remaining discovery, including depositions." *See* ECF No. 324 ¶ 1 ("Order Appointing Special Master"). The Order Appointing Special Master sets forth that any party

2374290

seeking review of any ruling by the Special Master shall file objections pursuant and subject to the timing requirements of Federal Rule of Civil Procedure 53(f). *Id*. ¶ 5.

On September 8, 2023, the Special Master issued an Order, Report, and Recommendation re: Plaintiffs' Discovery Brief re: Defendants' Spoliation of Text Messages. ECF No. 590 ("Spoliation Order"). On September 29, 2023, Defendants filed their Objection, challenging the Special Master's findings that (1) the duty to preserve evidence had attached at the time of Defendants' spoliation, and (2) Defendants' spoliation prejudiced Plaintiffs. ECF No. 592.

## II. ARGUMENT

SRSA moves for leave to file a Response to the Objection filed by Defendants, which seeks to overturn the Special Master's Spoliation Order and compel alternative findings regarding Plaintiffs' Motion for Sanctions for Spoliation of Evidence. *See* Objection. SRSA moves for leave to respond pursuant to Fed. R. Civ. P. 53(f)(1), which requires that "[i]n acting on a master's order, report, or recommendation, the court must give the parties notice and an opportunity to be heard." As articulated by the corresponding Advisory Committee Notes, "[t]he requirement that the court must afford an opportunity to be heard can be satisfied by taking written submissions"—a common practice in this District. *See, e.g., L-3 Communs. Corp. v. Jaxon Engr. & Maint., Inc.*, 2013 WL 1687592, at *2 (D. Colo. Apr. 18, 2013) (granting the parties permission to file responses within two weeks of the filing of objections to a Special Master's report). Indeed, in this matter, Defendants have repeatedly objected to orders of the Special Master and/or magistrate judge, and the Court has granted similar requests by SRSA to submit a written response. *See* ECF Nos. 370, 383, 472.

In this instance, a response is particularly appropriate, if not necessary. The Special Master made several factual and legal findings, and ultimately recommended that certain issues pertaining to spoliation should be tried before the jury. *See* Spoliation Order at 6-7, 11-13. In doing so, the Special Master had the benefit of an evidentiary record that included more than ten hours of live testimony and oral argument, more than 150 exhibits, a 28-page forensic expert report, along with more than 100 pages of written argument spread across three separate rounds of post-hearing briefing. Defendants not only dispute the Special Master's findings of fact and law but they also ask the Court to compel alternative findings, without the benefit of that full record. Defendants' Objection repeatedly cherry picks evidence in support of their position, while omitting large portions of the actual evidence that animated the Special Master's findings. As a matter of basic fairness and due process, SRSA should be given the opportunity to respond to Defendants' incomplete factual assertions and incorrect legal arguments. Moreover, SRSA's response will assist the Court as it evaluates the vast record that was available to the Special Master and which animated his findings and conclusions.

Accordingly, SRSA respectfully requests that the Court accept SRSA's proposed Response (attached hereto and filed Restricted Level 1) and its Exhibits A, B, 18, 19, 20, 22, 34, 48, 54, and 160 (attached to SRSA's proposed Response and filed Restricted Level 1).

### III.   CERTIFICATE OF CONFERRAL PURSUANT TO D.C.COLO.LCivR 7.1(A)

The Parties conferred via email on October 10-11, 2023. Defendants' stated position is as follows: "Defendants object to Plaintiffs' effort to file a response because the Federal Rules do not permit a response, but Defendants defer to the Court's determination as to whether additional

briefing is necessary or appropriate." For the reasons set forth herein, SRSA disputes Defendants' interpretation of the Federal Rules.

## IV. CONCLUSION

WHEREFORE, SRSA respectfully moves that this Court permit SRSA to file a Response to Defendants' Objection, and direct the Clerk of the Court to enter on the docket the Response attached hereto as Attachment 1.

Respectfully submitted,

Dated: October 13, 2023

By: s/ *Warren Braunig*
Warren A. Braunig
*wbraunig@keker.com*
Michelle S. Ybarra
*mybarra@keker.com*
Benjamin D. Rothstein
*brothstein@keker.com*
Katie Lynn Joyce
*kjoyce@keker.com*
Victor H. Yu
*vyu@keker.com*
Luke P. Apfeld
*lapfeld@keker.com*
Catherine C. Porto
*cporto@keker.com*
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415-391-5400
Facsimile:     415-397-7188

4

SHERIDAN ROSS P.C.
Scott R. Bialecki
*sbialecki@sheridanross.com*
Brian S. Boerman
*bboerman@sheridanross.com*
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:	303 863 9700
Facsimile:	303 863 0223
Email:	*litigation@sheridanross.com*

Attorneys for Plaintiffs
SRS ACQUIOM INC. AND
SHAREHOLDER REPRESENTATIVE
SERVICES LLC

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III.A.1.

5

2374290